1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

-------------------------------

CHRIS BRUCKER, TREVER S.
NUTTING, XIOMARA RAVELO,
WILFREDO E. RETANA and
BEATRIX CELSA RETANA,
Individually, and on
Behalf of all others
Similarly situated,                    Case Action No.
                                    2:10-cv-405-FtM-29SPC

        Plaintiffs,


Vs.


LOWES HOME CENTERS, INC.,
A North Carolina
Corporation, and NATIONAL
GYPSUM COMPANY, a
Delaware Corporation,


        Defendants.

-----------------------------

GEORGE BRINCKU AND
BRENDA BRINCKU,

        Plaintiffs,                    Case Action No.
                                    2:11-cv-00338-JES-SPC
Vs.


NATIONAL GYPSUM COMPANY,
A Delaware Corporation,


        Defendant.

-----------------------------
             VIDEOTAPED DEPOSITION OF
        BRENDA JOYCE GARR LITTLE, PH.D.
             February 21, 2012
           Philadelphia, Pennsylvania
                  9:14 a.m.

Reported By:
Ann Medis
Job No: 23819

2

1
2
3
a witness herein, called by the Plaintiffs for
4 examination, in accordance with the Federal Rules of
Civil Procedure, taken by and before Ann Medis,
5 Registered Professional Reporter and Notary Public in
and for the Commonwealth of Pennsylvania, at the offices
6 of Morgan Lewis & Bockius LLP, 1701 Market Street,
Conference Room G, Philadelphia, Pennsylvania 19109, on
7 Tuesday, February 21, 2012, commencing at 9:14 a.m.
8
9
10
11
12
13 APPEARANCES:
14   Counsel for the Plaintiffs
      VARNELL & WARWICK, P.A.
      20 La Grande Boulevard
15    The Villages, Florida 32159
      352.753.8600
16    BY: BRIAN W. WARWICK, ESQ.
         bwarwick@varnellandwarwick.com
17
18   Counsel for the Defendants
      MORGAN LEWIS & BOCKIUS, LLP
19    1701 Market Street
      Philadelphia, Pennsylvania 19103
20    215.963.5719
      BY: THOMAS V. AYALA, ESQ.
21       tayala@morganlewis.com
22
23
24 ALSO PRESENT:
      Howard Brodsky, Videographer
25

3

1            *INDEX*
2 BRENDA JOYCE GARR LITTLE, PH.D.            PAGE
3   EXAMINATION BY MR. WARWICK                  5
4   EXAMINATION BY MR. AYALA              250
5
6            EXHIBITS
7 NO.      DESCRIPTION                     PAGE
  Exhibit 1  Expert Report of Brenda J. Little, PH.D.    74
8            December 18, 2011
9 Exhibit 2  API RP 38 Recommended practice for         112
            Biological Analysis of Subsurface
10           Injection Waters
11 Exhibit 3 "Reclassification of 'Sulfobacillus    206
            thermosulfidooxidans subsp. thermotolerans'
12           strain K1 as Alicyclobacillus tolerans sp.
            nov. and Sulfobacillus disulfidooxidans
13           Dufresne et al. 1996 as Alicyclobacillus
            disulfidooxidans comb. nov., and emended
14           description of the genus Alicyclobacillus"
15 Exhibit 4 "Succession of Sulfur-Oxidizing Bacteria   217
            in Microbial Community on Corroding
16           Concrete in Sewer Systems"
17 Exhibit F  Nutting Home; Inspection and Lab Work      87
            conducted on Samples taken on April 28, 2011,
18           9/26/11, by Realtime Laboratories, Inc.
19 Exhibit P  The Use of Epifluorescent Microscopy and   145
            Quantitative Polymerase Chain Reaction
20           to Determine the Presence/Absence and
            of Identification of Microorganisms
21           Associated With Domestic and Foreign
            Wallboard Samples, 9/14/11, by Dale
22           Warren Griffin, Ph.D., MSPH
23            - - - -
24
25

4

1        THE VIDEOGRAPHER:  Good morning.  Here
2 begins Video Recording No. 1 in the deposition of
3 Brenda Little taken by the plaintiffs in the
4 matter of George Brincku, Brenda Brincku, and
5 Chris Brucker, et al., plaintiffs, versus National
6 Gypsum Company, a Delaware Corporation, and Lowe's
7 Home Centers, et al., defendants, Civil Action No.
8 211-CV-00338-JES-VNF in the United States District
9 Court, Middle District, of Florida, Fort Myers
10 Division.
11      This deposition is being held at Morgan
12 Lewis, 1701 Market Street, Philadelphia,
13 Pennsylvania, on Tuesday, February 21, 2012, at
14 approximately 9:14.
15      My name is Howard Brodsky from the firm of
16 David Feldman Worldwide, and I'm the legal video
17 specialist.  The court reporter is Ann Medis on
18 behalf of David Feldman Worldwide.
19      Will counsel please introduce themselves.
20      MR. WARWICK:  Good morning.  Brian
21 Warwick on behalf of the plaintiffs today.
22      MR. AYALA:  And good morning.  Tom Ayala
23 on behalf of New NGC, doing business as National
24 Gypsum Corporation.
25      Before we get started, Brian, will you

5

1 stipulate that objections, except as to form, are
2 reserved until the time of trial?
3      MR. WARWICK:  Sure.
4      MR. AYALA:  And just for the record, the
5 witness has the right to read and sign.  And I
6 reserve the right to do that.
7      MR. WARWICK:  That'll be fine.
8      And just so the record's clear -- I know you
9 read the name Brucker and Brincku.  I think you
10 only read one case name.  We're going to use
11 deposition freely in the Brincku case and Brucker
12 case.  Would you agree?
13      MR. AYALA:  I agree that this deposition
14 is being taken for purposes of what we call the
15 Brincku case and Brucker case.  We, of course,
16 reserve our rights with respect to the
17 admissibility.
18      MR. WARWICK:  Sure.
19      THE VIDEOGRAPHER:  Will the court
20 reporter please swear in the witness.
21      BRENDA JOYCE GARR LITTLE, PH.D.,
22 having been first duly sworn, was examined
23 and testified as follows:
24          EXAMINATION
25

6

1   BY MR. WARWICK:
2       Q   Good morning, Dr. Little.
3       A   Good morning.
4       Q   My name is Brian Warwick, and I
5   represent the plaintiffs in this litigation
6   regarding some homes in the state of Florida that
7   have severe corrosion.  We believe it's caused by
8   problems with the drywall.
9       And you've been tendered as an expert in this
10  case by the defendants.  Are you aware of that?
11      A   Yes.
12      Q   Okay.  And could you please state your
13  full name for the record.
14      A   Brenda Joyce Garr Little.
15      Q   Okay.  And who are you employed by
16  today, Ms. Little, Dr. Little?
17      A   I am employed by Morgan Lewis --
18      Q   Okay.
19      A   -- & Bokius.
20      Q   Okay.  And other than -- when I said --
21  I did say today.  Other than your work as an
22  expert, do you work for anybody else?
23      A   Yes, I do.
24      Q   Who do you work for?
25      A   I work for the U.S. Naval Research

7

1   Laboratory.
2       Q   Where is that located?
3       A   The city is Stennis Space Center,
4   Mississippi.
5       Q   That's the name of the town, Stennis
6   Space Center?
7       A   It is, because it turns out if you have
8   a post office, you can be a city.
9       Q   And how long have you been in that
10  position?
11      A   Thirty-seven to 38 years.
12      Q   And all the time at the location in
13  Mississippi.
14      A   Yes, all the time at the same physical
15  location.  If you look at my CV, you will see that
16  the name of the laboratory has changed and the
17  name of the city has changed.  But I have been
18  within a few miles all of my career.
19      Q   Okay.
20      A   Just -- I have changed buildings.
21      Q   And just from a broad view, could you
22  just give a general -- general rendition of your
23  education?
24      A   I have an undergraduate degree from
25  Baylor University in biology and chemistry, and I

8

1   have a Ph.D. in chemistry from Tulane University
2   in New Orleans.
3       Q   Would you consider yourself a
4   microbiologist?
5       A   I do not have a degree in microbiology,
6   but I have spent most of my career looking at
7   microbial interactions with -- with surfaces or
8   metals.
9       Q   So you would consider yourself a
10  microbiologist?
11          MR. AYALA:  Object to form.
12      A   I actually answered the question the way
13  I am comfortable.
14  BY MR. WARWICK:
15      Q   Okay.
16      A   I do not have a degree in microbiology,
17  but I work with microorganisms every day.
18      Q   What is your current position with the
19  U.S. Naval Research Lab?
20      A   My title is senior scientist for marine
21  molecular processes.
22      Q   What are your job duties in that role?
23      A   My duties involve writing proposals,
24  conducting both basic and applied research, and
25  representing the Naval Research Laboratory as a

9

1   senior scientist.
2       Q   So you have research facilities there at
3   the lab?
4       A   I do.
5       Q   Okay.  And you perform some of that
6   research yourself as well as with other
7   colleagues?
8       A   What do you mean, "perform the
9   research"?
10      Q   Well, I'm just wondering if -- if you --
11  at your senior level, do you have fellows or
12  students, or somebody, doing the research; or do
13  you sometimes get hands-in and participate in some
14  of the research that's done at the lab.
15      A   I generate the ideas.  I generate most
16  of the proposals.  And I sometimes get hands-on
17  involved in the -- in handling the glassware and
18  weighing and preparing things.  Yes, I do.
19      Q   When you say "proposals," what type of
20  proposals do you mean you prepare?
21      A   As a senior scientist for the Naval
22  Research Laboratory, we're a corporate lab.  We
23  have -- we have to bring in our funding.  We do
24  not have line-item funding.  So I write proposals
25  for in-house funding and for external funding.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

10

1    Q    Okay.  So the lab isn't solely funded by
2  the United States government; is that fair to say?
3    A    It's very complicated.
4    Q    Okay.
5    A    It is complicated.  My salary and the
6  salary of my colleagues depends on bringing in
7  outside funding.  Some of that funding is from
8  other government agencies outside of the Navy.
9    Q    Okay.
10    A    But to be precise, it doesn't have to
11  be.
12    Q    Okay.  And your role here today as an
13  expert, was that done as -- through the U.S. Naval
14  Research Lab?
15    A    It was not.
16    Q    It was not.  Okay.  And how -- today
17  what are you here -- if you're not here in -- in
18  your role as an employee of the U.S. Naval
19  Research Lab, what role are you here today in?
20         MR. AYALA:  Object to form.
21         Go ahead.
22    A    I am in an unofficial capacity as far as
23  the Naval Research Laboratory is concerned, and I
24  am here as a consultant.
25

11

1  BY MR. WARWICK:
2    Q    Just a private consultant?
3    A    A private consultant.
4    Q    And have you done work as a private
5  consultant before?
6    A    I have.
7    Q    And -- in litigation?
8    A    Yes.
9    Q    Okay.  And how many times have you given
10  a deposition?
11    A    I haven't tallied that up recently, but
12  I'm --
13    Q    Generally.
14    A    I'm going to say between 12 and 15.
15    Q    And over what period of time?
16    A    Probably 30 years, 25 to 30 years.
17    Q    So the first deposition you took was as
18  far back as 25 years ago as a private --
19    A    Could have been.
20    Q    Okay.
21    A    I haven't looked at that recently, but
22  it could have been.
23    Q    Okay.  I'm just kidding.
24    A    Time flies.
25    Q    Sure.  I agree.

12

1    Q    The -- tell me about some of the cases that
2  you've worked in within the last -- let's just
3  limit it to the last ten years -- some -- just
4  generally, some of the cases that you've
5  participated in as a private expert.
6    A    The only one that I can call up, because
7  I had to provide it, was within the last four
8  years, actually had to do with Wichita Falls,
9  Texas, and the utility -- water utility there.
10  The case involved the corrosion of 316L stainless
11  steel in a water-purification process.
12    Q    And who did you work for in that case?
13    A    I worked for the city of Wichita Falls.
14    Q    And were they in litigation, or did they
15  just hire you to advise them?
16    A    They were in litigation.
17    Q    Do you know what they were sued for?
18    A    They were --
19         MR. AYALA:  Objection, because it
20  assumes facts not in evidence.
21         But go ahead.
22  BY MR. WARWICK:
23    Q    You can answer.
24    A    I'm sorry.  You made some assumptions.
25    Q    Sure.  I was just trying to say -- was

13

1  the city of Wichita Falls a plaintiff or a
2  defendant in the case?
3    A    Okay.  I don't use those terms.
4    Q    Okay.
5    A    So I'm going to use my terms --
6    Q    Okay.  Please do.
7    A    -- if you don't mind.
8  The city of Wichita Falls had bought
9  equipment that failed, and they were suing because
10  of the failure of their equipment.
11    Q    Okay.  So they're the one doing the
12  suing.  They would be the plaintiff.
13    So -- and did you determine what the cause of
14  the problem was, in your opinion?
15    A    During the installation of the
16  equipment, there were periods of -- of stagnation.
17  The water in question contained high solids and
18  high chlorides and iron-oxidizing bacteria.
19    316 is an alloy that is extremely prone to
20  under-deposit, or crevice, corrosion.  So during
21  the stagnation period, deposits formed; and so the
22  cause of the failure was under-deposit corrosion.
23    Q    Okay.  Are -- do you know the -- the
24  species of iron-oxidizing bacteria that was at
25  issue in that case?

4  (Pages 10 to 13)

14

1    A  I do not.
2    Q  Did you know it at the time and you just
3  don't recall it, or you didn't go that detailed?
4    A  I -- I did not do the analysis.
5    Q  Okay.
6    A  So I did not do the identification.  And
7  I do not recall specifically -- I believe the name
8  Gallionella was mentioned.
9    Q  And are -- are iron-oxidizing bacteria
10  generally also known to be sulfur-oxidizing
11  bacteria generally?
12      MR. AYALA:  Objection to form.
13    A  No, not in this case.
14    There are two types of iron-oxidizing
15  bacteria.  There are acidophiles that grow in acid
16  environments, and there are neutrophils that grow
17  in neutral environments.  The organisms that were
18  involved in this particular situation were
19  neutrophils, growing optimally at neutral pHs.
20  BY MR. WARWICK:
21    Q  Do you remember approximately the time
22  that you were first contacted with regard to
23  working in this case?
24    A  Yes.
25    Q  When was that?

15

1    A  Late October of 2011.
2    Q  And at that time had you done any
3  previous work on drywall -- drywall-related
4  issues?
5      MR. AYALA:  Objection to form.
6    A  And what do you mean by "work"?
7  BY MR. WARWICK:
8    Q  Well, have you studied for
9  microbial-influenced corrosion in the drywall
10  industry prior to October of 2011?
11      MR. AYALA:  Objection to form as to
12  "drywall industry."
13    A  Would you ask me again?
14  BY MR. WARWICK:
15    Q  Sure.  We'll -- we'll back up.
16    I think you -- you're familiar with the term
17  "microbial-influenced corrosion"?
18    A  Yes, I am.
19    Q  Correct.  And you wrote a book about
20  microbial-influenced corrosion, correct?
21    A  Yes.
22    Q  And my question is:  Prior to October of
23  2011, when you were contacted in this case, had
24  you done any work related to microbial-influenced
25  corrosion regarding drywall?

16

1    A  All right.  And my question's about
2  "work."
3    Q  Okay.
4    A  What --
5    Q  Sure.
6    A  What defines "work"?
7    Q  Sure.  Investigation of possible causes
8  of corrosion related to microbial processes within
9  drywall.
10    A  I was retained by attorneys to look at
11  potential microbiologically influenced corrosion
12  in homes that had imported drywall.
13    Q  Okay.  And would that be drywall
14  imported from China?
15    A  Yes.
16    Q  And who were the attorneys that retained
17  you in that case?
18    A  I don't recall the name of the firm.
19    Q  Do you remember the name of the
20  attorney?
21    A  I do.
22    Q  What's his name?
23    A  Ben Gordon.
24    Q  Do you remember who Ben Gordon
25  represented in those cases?

17

1    A  Yes.
2    Q  Who?
3    A  The homeowners.
4    Q  What did you do as far as -- what --
5  what did Ben Gordon ask you to do?
6    A  I visited several of the homes and made
7  observations.
8    Q  Visual observations, or did you do
9  testing?
10    A  I did not do testing.
11    Q  So, then, was your observations from a
12  visual inspection of the home only?
13    A  I assisted in sample collection.
14    Q  Did you do any lab testing yourself --
15    A  I did not.
16    Q  -- of the samples?
17    Did you render any opinions in that case?
18    A  I did not.
19    Q  Did you see the corrosion in that case
20  that was on some of the metal components within
21  the home?
22      MR. AYALA:  Objection.  Assumes facts
23  not in evidence.
24    A  I observed some corrosion, yes.

18

BY MR. WARWICK:
Q   Okay.  And where was the -- could you
describe the corrosion that you observed in some
of those Chinese-drywall homes?
A   Darkening on air-conditioning coils,
darkening of copper wiring, darkening of brass
doorknobs.
Q   So that's --
A   That sort.
Q   Okay.  What about an odor in the home?
Did you notice any odor in the home when you were
there?
A   Yes.
Q   What -- could you describe that, please?
A   Very distinctive odor, but not one I'm
familiar with.
Q   Okay.  So it's -- it's clear that there
was an odor, but it's hard to describe; is that
fair to say?
A   It's a very -- it's a complex odor.
Q   Okay.  But would -- would you classify
it as the rotten-egg smell you read about in the
newspaper?
MR. AYALA:  Just -- before you answer,
I'm going to object because there's been no

19

foundation established as to which -- as to what
home we're talking about, where it was, whether
it's one or more than one, so --
MR. WARWICK:  Okay.  That's fair enough.
BY MR. WARWICK:
Q   Dr. Little, let's go back.  Where were
the homes located?  How many homes did you visit?
A   I -- I don't recall specifically, but
I'm going to say five to six.
Q   And when did you look at those five or
six homes?
A   I don't remember.
Q   Was it -- not specifically, but
generally do you remember whether it was 2009 or
2008?
A   I do not remember.
Q   And where were the homes located?
A   Louisiana.
Q   All five or six of them?
A   Yes.
Q   We were talking about in those five or
six homes in Louisiana you visited, you said you
noticed an odor that was distinct.  But would you
classify it as rotten-egg smell?
A   I would not.

20

Q   Would you classify it as more of a -- if
I described it as a -- more like a burnt-matches
smell, would that be fair to say?
A   If I could characterize it, I would.
Q   Okay.  But you just can't.
A   I can't.
Q   Did Ben Gordon or anyone else ever ask
you to evaluate the water in those homes for the
presence of bacteria that may be causing
microbial-influenced corrosion from the -- the
water?
A   I was not asked to evaluate the
potential microorganisms in the water.
Q   Were you asked to determine whether or
not the problems with the corrosion in the homes,
being the coils and the copper and the doorknobs
and such, could be caused by microbial-influenced
corrosion?
A   I was asked to make observations.  I
don't know that I was ever asked for my opinion.
I never generated an opinion.
Q   Did you ever do a report in that case?
A   I did not.
Q   Did you review any reports from other
experts in that case?

21

MR. AYALA:  Objection.  Lack of
foundation.
A   I reviewed the materials that -- the
open, published materials from the Consumer
Product Safety Commission, the USGS.  I had access
to those reports.
BY MR. WARWICK:
Q   And did -- was that access to the
reports provided by Mr. Gordon, or did you find
those reports on your own?
A   I'm not sure.
Q   When you were contacted in this case in
October of 2011, what did National Gypsum or
Mr. Ayala ask you to do in this case?
A   I was asked to review the methodologies.
Q   Which --
A   -- that --
Q   I'm sorry.
A   I'm sorry.
I had been asked to review the methodologies
that had been used to produce reports by RealTime
Laboratories.
Q   Anybody else besides Real Time
Laboratories?
A   Well, the accompanying interpretations

6  (Pages 18 to 21)

22

1   by Strauss.
2      Q   Were you asked to evaluate, yourself, as
3   an expert in microbial-influenced corrosion,
4   whether microbial-influenced corrosion could be a
5   cause of a problem in these homes?
6      A   I was asked, more specifically, to
7   determine whether or not the methodologies that
8   had been used could be used --
9      Q   Right.
10      A   -- to establish microbiologically
11   influenced corrosion.
12      Q   Okay.  But they don't -- didn't ask you
13   to do your own evaluation of whether or not the
14   drywall could be causing microbial-influenced
15   corrosion?
16          MR. AYALA:  Objection.  Asked and
17   answered.
18   BY MR. WARWICK:
19      Q   You can answer.
20      A   Okay.  I'm going to repeat what I said.
21      Q   Okay.
22      A   I was asked to evaluate whether or not
23   the methodologies that had been used, that were in
24   the reports, could be used to establish a basis
25   for microbiologically influenced corrosion.

23

1      Q   Okay.  And just to clarify -- that's
2   what I was trying to do, was clarify -- that they
3   did not ask you to just step back, yourself, and
4   evaluate whether the corrosion in the home could
5   have been caused by microbial-influenced
6   corrosion; correct?
7          MR. AYALA:  Just --
8   BY MR. WARWICK:
9      Q   They didn't ask you to do that.  I'm
10   just trying to clarify.
11          MR. AYALA:  Objection to form.  Asked
12   and answered.  And you know what:  Frankly, you're
13   getting into communications that are -- that are
14   privileged between attorneys and -- and a
15   testifying expert, and it doesn't fall within any
16   of the exceptions of Rule 26.  I think you can --
17   you can get at what you're trying to get at
18   another way, without trying to delve into the
19   communications.
20   BY MR. WARWICK:
21      Q   Yeah.  I mean, I don't want to know
22   anything that -- obviously, direct communications.
23   But I'm just trying to say as part of your
24   work in this case, I understand that you evaluated
25   the test method used -- done by RealTime Labs;

24

1   correct?
2      A   Yes.
3      Q   And you evaluated the analysis of those
4   test results by Dr. Strauss; correct?
5      A   Yes.
6      Q   Okay.  But you did no testing or
7   analysis for corrosion yourself; correct?
8      A   I did not.
9      Q   Okay.  That's what I was trying to get
10   at.
11      If you were asked to determine if the drywall
12   in the home could be caused by
13   microbial-influenced corrosion, what type of test
14   would you have suggested?
15          MR. AYALA:  Objection.
16      A   I think you asked me -- I think you
17   asked me if the drywall could be caused by
18   microorganisms.
19   BY MR. WARWICK:
20      Q   Okay.  I'll -- I'll just ask it again.
21      If you had been asked whether the corrosion
22   in the homes was caused by microorganisms within
23   the drywall, what sort of tests would you have
24   suggested that be run --
25      A   Oh, I --

25

1      Q   -- to make that determination?
2          MR. AYALA:  Objection.
3      A   I have written a book --
4   BY MR. WARWICK:
5      Q   Right.
6      A   -- and I have outlined a protocol.  And
7   there are four steps essentially.
8      Q   Right.
9      A   And I would -- and I think those four
10   steps are also in my opinion.
11      And the first is to obtain samples --
12      Q   Okay.
13      A   -- that haven't been contaminated.
14      Q   Okay.  And what's the second step?
15      A   Well, I'd like to elaborate on that just
16   a little bit.
17      If the samples are, in fact, a problem in the
18   drywall, I would have examined samples from the
19   factory that had never been put into a home,
20   because if the problem is the drywall, I would
21   have examined that first.
22      The second step is to establish a mechanism.
23      Q   What do you mean by "mechanism"?
24      A   What I mean by that is that there are
25   metal microbe-specific interactions which produce

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

26

1  corrosion. And those mechanisms require very
2  specific conditions, so it's not enough to
3  identify a microorganism that could potentially
4  cause corrosion. You need to have a mechanism.
5  Q   Okay. Well, that's kind of what I was
6  getting at.
7  So if you have to identify the mechanism, you
8  have to identify the bacteria; is that correct?
9  A   You have to identify a bacterium. And
10  step number three is to demonstrate that that
11  microorganism can sustain that mechanism in
12  whatever environment you're working.
13  Q   All right.
14  A   And you need to establish a spacial
15  relationship between the causative organism and
16  the corrosion.
17  Q   Okay. If we go back, then, to the
18  identification of the mechanism, okay, what test
19  would you have suggested be run to identify the
20  bacteria that may be at issue? Do you know what
21  I'm saying? So you say, okay, there's possibly
22  some corrosion here. And let's say there's
23  bacteria in the drywall. So what test would you
24  run -- suggest be run in order to determine if
25  there was bacteria within the drywall?

27

1  MR. AYALA: Objection. Beyond the scope
2  of the report.
3  Go ahead.
4  A   Actually, in a case like this, the place
5  to start is the corrosion product: What is the
6  composition of the corrosion product, what is the
7  mineralogy of the corrosion product, are there
8  microorganisms associated with the corrosion
9  product.
10  BY MR. WARWICK:
11  Q   Okay. And so if we start -- let's say
12  the corrosion product is the drywall and so --
13  MR. AYALA: Objection.
14  Go ahead.
15  BY MR. WARWICK:
16  Q   If you assume the micro -- corrosion
17  product at issue were the drywall -- and that's
18  what they were asking you to look at -- what test
19  would you then do on the drywall samples that you
20  had to determine whether or not there was a
21  bacteria in those samples?
22  MR. AYALA: Before you answer, I'll just
23  object to form as to the term "corrosion product."
24  A   All right. The corrosion product is
25  actually what's on the metal. It's not the

28

1  drywall. The corrosion product is whatever has
2  formed on the metal, and that can be identified
3  with any number of techniques.
4  BY MR. WARWICK:
5  Q   Could you name some?
6  A   Sure. The elemental composition can be
7  determined using energy-dispersive x-ray
8  fluorescence, and that's usually coupled to a
9  scanning electron microscope. X-ray diffraction
10  can be used to determine the mineralogy.
11  Q   That is some examples.
12  That's what's the, actually, corroding agent
13  that's on the metal that's causing the metal to
14  corrode; correct?
15  A   No.
16  Q   Okay. That's what I need to --
17  A   That is not the corroding agent.
18  Q   Okay. That's the corroding product?
19  A   That's the corrosion product.
20  Q   Okay. And, then, how do -- did you back
21  up, then, to find out where the corrosion came
22  from or what was the corroding agent?
23  A   After you know the mineralogy, and if
24  you're interested in microbiologically influenced
25  corrosion, you look for microorganisms in that

29

1  corrosion product.
2  Are there? Are there byproducts there,
3  you know? And here's where you get into the
4  mechanism. Well, what mechanism could
5  microorganisms have potentially caused this
6  corrosion product?
7  Q   And so if you wanted to see whether
8  there could have been any bacteria within the
9  drywall that helped to cause these corrosion
10  products to be present within the home, what test
11  would you do to narrow in on the drywall?
12  MR. AYALA: Same objection. Beyond the
13  scope of the report.
14  A   All right. After you understand the
15  chemistry, the mineralogy, of your corrosion
16  product, then you would develop hypotheses about
17  any potential role that microorganisms could have
18  played.
19  And I haven't seen a development of a
20  straightforward hypothesis that links the drywall
21  to the corrosion product.
22  BY MR. WARWICK:
23  Q   If -- the question was: If you were
24  asked to hypothesize about could the drywall be
25  causing the corrosion, what test would you do to

8  (Pages 26 to 29)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

30

1   determine if there were bacteria in the drywall?
2        MR. AYALA: Objection. Same objection
3   as I've been making.
4        A   All right. If -- I mean, there are --
5   this -- the hypotheticals are piling up, if you
6   don't mind my saying so.
7        But if you suspect microorganisms in any
8   environment are causing the corrosion, the -- the
9   next thing you look for is water.
10  BY MR. WARWICK:
11       Q   Okay. And why do you look for water
12  next?
13       A   Because bacteria require water. They
14  require water that contains all the nutrients that
15  they're going to need for growth and water that is
16  at the correct pH and temperature for their
17  growth.
18       Q   Okay. Again, I'm not trying to be
19  difficult. I'm just talking about -- so you have
20  to see if there's water present.
21       But I'm talking about if you're going to be
22  asked to test the drywall to see whether the
23  drywall could be in any way -- have a microbial
24  connection to the -- to the corrosion you're --
25  that we're seeing in these homes, would you have

31

1   done any tests of the drywall itself?
2        MR. AYALA: Objection to the form.
3   Improper hypothetical, and beyond the scope of the
4   report.
5        A   Will you ask it one more time?
6        Q   Sure.
7        MR. WARWICK: Why don't you just --
8   could you read it back, please, Madam Court
9   Reporter?
10       (The record was read back.)
11       MR. AYALA: Okay. Same objection and,
12  also, the objection that it was asked and
13  answered.
14  BY MR. WARWICK:
15       Q   You can answer if you understand the
16  question.
17       A   I think I -- I do understand.
18       I'm going to go back to something I said in
19  the beginning. If I thought the drywall was the
20  problem, I would go to a virgin piece of new
21  drywall and look at the microbial population in
22  that drywall.
23       Q   Okay. And what tests would you run on
24  that piece of drywall?
25       MR. AYALA: Same objection. Improper

32

1   hypothetical, beyond the scope of the report.
2   Calls for speculation, too. Lack of foundation.
3        MR. WARWICK: I thought we were going do
4   reserve objections.
5        MR. AYALA: These are all objections to
6   the form.
7        A   I think that the Consumer Product Safety
8   Commission used a prudent approach.
9   BY MR. WARWICK:
10       Q   Okay. And what approach did they use?
11       A   They used fluorescence in situ
12  hybridization to look for DNA within the
13  wallboard; and what they found was very few
14  isolated cells, no indication that cells were
15  multiplying.
16       Q   Okay. Well, let's go back to the -- the
17  question, which was about the testing. You said
18  the CPSC took a prudent approach in their testing.
19       So would you agree the CPSC did some
20  fluorescent -- I'm sorry. What was the
21  fluorescent?
22       A   It's FISH, fluorescent in situ
23  hybridization.
24       Q   Okay. And what is that process?
25       A   It's a process whereby they can cause

33

1   portions of DNA in the wallboard to fluoresce so
2   they can actually see the distribution of the
3   microorganisms, if they're there.
4        Q   Is that the only test the CPSC did?
5        MR. AYALA: Objection. Lack of
6   foundation.
7        A   I don't know. I don't know.
8   BY MR. WARWICK:
9        Q   Okay. Do you know whether they cultured
10  it, took a culture of the wallboard?
11       A   I don't know.
12       Q   Do you know whether they did some PCR of
13  the wallboard?
14       A   I do know. They did some, yes.
15       Q   Do you know whether the PCR done was
16  of -- of the wallboard directly or of the culture,
17  the results?
18       A   I don't know.
19       Q   Well, earlier you said that the approach
20  that they took would be a prudent approach. When
21  you said that, did you include the PCR or just the
22  fluorescent in your statement?
23       MR. AYALA: Object. Just objection to
24  the form. We're talking about a published
25  document that the -- that the attorney hasn't

9  (Pages 30 to 33)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

34

1    shown her. This isn't a memory game. The
2    documents speaks for itself.
3            MR. WARWICK: That's fine. She said
4    earlier --
5    BY MR. WARWICK:
6        Q   I'll go back to the questions.
7        Earlier you said the CP -- you thought the
8    CPSC took a prudent approach to determine whether
9    there was a bacterial corrosion problem in the
10   drywall; correct?
11       A   I did. And I cited specifically looking
12   for the organisms with the FISH technique.
13       Q   All right. Okay. And that technique is
14   the -- that's what I'm asking. Was that the only
15   test you think was appropriate done --
16   appropriately done by the CPSC?
17           MR. AYALA: Hold on. Same objection.
18   Lack of foundation. You haven't shown her the
19   document. Just lack of foundation.
20   BY MR. WARWICK:
21       Q   Okay. You can answer, if you understand
22   the question.
23       A   I think I have answered it.
24       Q   Okay.
25       A   I think that using FISH to do a jungle

35

1    survey is a very prudent approach.
2        Q   Okay. What about the PCR? Is that also
3    a prudent approach --
4            MR. AYALA: Same --
5    BY MR. WARWICK:
6        Q   -- taken by the CPSC?
7            MR. AYALA: Objection to the form, to
8    the undefined term "PCR."
9    BY MR. WARWICK:
10       Q   Dr. Little, are you familiar with the
11   term "PCR"?
12       A   I am.
13       Q   And what does it stand for?
14       A   Polymerase chain reaction.
15       Q   And you stated earlier that you recalled
16   that the CPSC also did some PCR testing on some
17   drywall samples; correct?
18       A   I did not say I recalled. I did not say
19   that I recalled.
20       Q   Okay. So you don't recall whether they
21   did or not?
22       A   I don't recall.
23       Oh, wait a minute. I am sorry. I am so
24   sorry. They -- I did say that I recalled that
25   they did it.

36

1        Q   I thought you --
2        A   I'm sorry.
3        Q   I thought that you said it.
4        A   I'm sorry. I did. I recall that they
5    did it. I believe -- but that's all I recall.
6        Q   Okay.
7        A   I don't remember more -- any more than
8    that about it.
9        Q   Okay. And in your opinions in this
10   case, did you -- did the work done by the CPSC on
11   drywall samples influence your opinions with
12   regard to RealTime Lab's testing or Dr. Strauss'
13   analysis?
14       A   As related to the PCR?
15       Q   As related to anything. Did you -- did
16   you look at the RealTime Lab's testing procedures
17   and Dr. Strauss' analysis?
18       And in that -- you know, you gave an opinion
19   with regard to the procedures and the steps they
20   took; correct?
21       A   I have an opinion about the RealTime Lab
22   and Strauss' opinions.
23       Q   Okay.
24       A   Yes.
25       Q   Were those opinions influenced by the

37

1    testing procedures done on Chinese wallboard by
2    the Consumer Product Safety Commission?
3            MR. AYALA: Just objection to the form.
4    And it mischaracterizes the document that the
5    attorney hasn't shown her.
6        A   Okay. For one thing, I think they had
7    domestic samples in their survey.
8        Q   Okay.
9        A   And the answer is no.
10       Q   You mentioned earlier that you are the
11   coauthor of a book on microbial-influenced
12   corrosion; correct?
13       A   I am.
14       Q   And what's the name of that book?
15       A   Microbiologically Influenced Corrosion.
16       Q   And what is -- and the acronym for that
17   is MIC; correct?
18       A   It is.
19       Q   Okay. And what is MIC?
20       A   MIC is caused -- corrosion caused by the
21   presence or activities of microorganisms.
22       Q   And are you familiar with the term
23   "sulfur-reducing bacteria"?
24       A   I am.
25       Q   Okay. What do you understand that term

10  (Pages 34 to 37)

38

1    to mean?
2        A   I think the term refers specifically to
3    sulfur that is reduced by microorganisms.
4        Q   How about the term "sulfate-reducing
5    bacteria"?
6        A   That term is specific to microorganisms
7    that use sulfate in a respiratory reaction.
8        Q   Okay.  When you say "respiratory
9    reaction," what do you mean?
10       A   It means that they respire using
11   sulfate.  They dump their electrons in an energy
12   process to sulfate and convert it to sulfide in a
13   dissimilatory reaction.
14       MR. WARWICK:  Okay.  Let's go off the
15   record for two seconds.
16       THE VIDEOGRAPHER:  The time is 9:57, and
17   we are off the record.
18       (There was a recess in the proceedings.)
19       THE VIDEOGRAPHER:  The time is 10:09.
20   We are on the record.
21   BY MR. WARWICK:
22       Q   Dr. Little, before we took a break, we
23   were talking about sulfur-reducing bacteria versus
24   sulfate-reducing bacteria.  And I apologize.  I
25   was distracted by the rude interruption.

39

1        And if you could just go back over your
2    answer with regard to what is sulfate-reducing
3    bacteria in your opinion.
4        A   Sure.  Sulfate-reducing bacteria are
5    anaerobic bacteria that, in a respiration process,
6    dump their electrons to sulfate, reduce sulfate to
7    sulfide, to produce sulfide.
8        Q   Okay.  And when you say "respiration,"
9    would that be the same as metabolization?
10       A   No.
11       Q   No.  Okay.  What is respiration?
12       A   Respiration is breathing.
13       Q   Okay.
14       A   Respiration is about energy.
15       Q   Okay.  Would it be fair to say that
16   sulfate-reducing bacteria can metabolize sulfate
17   and convert it into hydrogen sulphide?
18       MR. AYALA:  Objection to form.
19       A   I would not say that.
20   BY MR. WARWICK:
21       Q   Okay.  What would you say?
22       A   It's a -- it's not -- when you say
23   "metabolize," that sounds like an assimilatory
24   reaction where they're assimilating the sulfate.
25   This a dissimilatory reaction, which means

40

1    that they do not assimilate the sulfate.
2        Do you see the distinction?
3        Q   I apologize.  My -- my lack of science,
4    because I don't.
5        And so it has to do with whether you're
6    transferring electrons, correct, in order to form
7    a different product?
8        MR. AYALA:  Objection.
9    BY MR. WARWICK:
10       Q   Is my understanding.  So if that was
11   your answer, the respiration -- because my
12   understanding was bacteria don't breathe oxygen,
13   they may transfer atoms and exist in that manner
14   or form energy that -- so, again, if you could
15   just -- I apologize.  Strike the last question.
16   Start over.
17       So how -- how do -- how do sulfate-reducing
18   bacteria metabolize, or do they?
19       A   Of course they metabolize.
20       Q   Okay.
21       A   But I want to make clear that
22   sulfate-reducing bacteria -- the reason we're
23   calling them "sulfate-reducing bacteria" is they
24   reduce sulfate to sulfide in -- in respiration.
25       Q   All right.

41

1        A   They do not assimilate the sulfate.
2        Q   All right.  And when you say they reduce
3    sulfate to sulfide, what does the "reduce" word
4    mean?
5        A   That's a transfer of electrons.
6        Q   And one of the results of
7    sulfate-reducing bacteria is the product hydrogen
8    sulfide; correct?
9        A   Yes.
10       Q   And so when you say sulfate-reducing
11   bacteria can reduce sulfate to sulfide, it can
12   reduce calcium sulfate to hydrogen sulfide?  Would
13   you agree with that?
14       MR. AYALA:  Objection to form.
15       A   These organisms have to be in water.
16   BY MR. WARWICK:
17       Q   In the right environment?
18       A   In water, calcium sulfate will be
19   ionized to calcium and sulfate.
20       Q   I see.  Okay.  So then the SRB in that
21   environment would then reduce the sulfate that's
22   present into sulfide, including hydrogen sulfide;
23   correct?
24       MR. AYALA:  Objection to the form, to
25   the term "SRB."

11  (Pages 38 to 41)

42

1    A    You have asked me about sulfur-reducing
2  bacteria and sulfate-reducing bacteria.
3  BY MR. WARWICK:
4    Q    Right.
5    A    And the term "SRB" has been used for
6  several groups of bacteria.  When you say "SRB,"
7  to -- specifically to what do you refer?
8  BY MR. WARWICK:
9    Q    Okay.  And I'll first talk about
10  sulfur-reducing bacteria.  Let me ask it this way:
11  Are there sulfur-reducing bacterias that can
12  produces hydrogen sulfide?
13    MR. AYALA:  Objection to form.
14    Go ahead.
15  BY MR. WARWICK:
16    Q    In the right environment.
17    A    There are bacteria that can reduce
18  sulfur to sulfide.
19    Q    Okay.  Including hydrogen sulfide;
20  correct?
21    A    Perhaps, yes.
22    Q    And I was talking about sulfur-reducing
23  bacteria.  So there are sulfate-reducing bacteria
24  that can reduce sulfate to hydrogen sulfide;
25  correct?

43

1    A    That's right.
2    Q    Are you familiar with the term
3  sulfur-oxidizing bacteria?
4    A    I am.
5    Q    And what does -- what do you understand
6  sulfur-oxidizing bacteria to refer to?
7    A    Sulfur-oxidizing --
8    Q    Yes.
9    A    -- bacteria?
10    Q    Yes.
11    A    Sulfur-oxidizing bacteria in aerobic
12  acid solutions can oxidize reduced forms of sulfur
13  to oxidized forms of sulfur.
14    Q    Can you give me an example?
15    A    Of?
16    Q    Of a situation where a sulfur-oxidizing
17  bacteria can -- like a specific pathway for a
18  specific genus of the sulfur-oxidizing bacteria --
19    A    Okay.
20    Q    -- and what the result would be.
21    MR. AYALA:  Object to form.
22    A    Ask me again.
23  BY MR. WARWICK:
24    Q    Okay.  Let me just ask it this way.
25  Sulfur-oxidizing bacteria can -- would they

44

1  reduce -- they don't reduce; right?  They oxidize.
2  It's different; correct?
3    MR. AYALA:  Objection to form.
4    A    Okay.  Sulfur-oxidizing bacteria in
5  aerobic acidic environments -- and these
6  environments are pH one to pH two -- can oxidize
7  reduced forms of sulfur to produce oxidized forms
8  of sulfur.
9  BY MR. WARWICK:
10    Q    Okay.  So can sulfur-oxidizing bacteria
11  reduce hydrogen sulfide?
12    A    Repeat the question.
13    Q    Can sulfur-oxidizing bacteria reduce
14  hydrogen sulfide?
15    A    No, because you have said can
16  sulfur-oxidizing bacteria reduce.
17    Q    I'm sorry.  Can sulfur-oxidizing
18  bacteria oxidize hydrogen sulfide?
19    A    Some can, and some can't.
20    Q    Okay.  The ones that can, what is the
21  end result of the oxidation process?
22    A    Sulfuric acid.
23    Q    Is there a difference between
24  sulfur-oxidizing bacteria and sulfate-oxidizing
25  bacteria?

45

1    MR. AYALA:  Just -- before we go
2  forward, I'm just going to put an objection on the
3  record with respect to questions about
4  sulfur-oxidizing bacteria, since there's
5  absolutely nothing in the complaint about
6  sulfur-oxidizing bacteria.  It's limited to
7  sulfur-reducing bacteria.
8    The time for disclosure of expert reports has
9  long expired and both the federal rules and the
10  Court's orders in this case preclude new theories
11  at this point.
12    With that said, let's proceed.
13  BY MR. WARWICK:
14    Q    Sulfur-oxidizing bacteria, what we're
15  talking about -- the distinction between
16  sulfur-oxidizing bacteria and sulfate-oxidizing
17  bacteria -- are they distinct?
18    A    Sulfate-oxidizing bacteria?  I don't
19  know what that is.
20    Q    So you're not familiar with that term,
21  but sulfur-oxidizing bacteria you are; is that
22  fair to say?
23    A    Yes.
24    Q    So as we talk about it today, if I use
25  the term "sulfur-oxidizing bacteria" instead of

12  (Pages 42 to 45)

46

1    "sulfate-oxidizing bacteria," that would be more
2    consistent with your understanding of the bacteria
3    that oxidizes forms of sulfur aerobically in an
4    acidic environment?  I should use that term,
5    "sulfur-oxidizing bacteria"?
6        A    I -- I recognize that term.
7            MR. AYALA:  Just a continuing objection
8    to the term so I don't have to --
9            MR. WARWICK:  That's fine.
10   BY MR. WARWICK:
11       Q    Okay.  You mentioned earlier that --
12   that you have a book on microbial-influenced
13   corrosion.
14       And what are the signs that you look for when
15   there may be a microbial-influenced-corrosion
16   issue?
17           MR. AYALA:  Objection.
18       A    That's a very broad question.  You
19   haven't --
20   BY MR. WARWICK:
21       Q    Okay.
22       A    You haven't narrowed it down for me at
23   all.
24       Q    All right.
25       A    But I will attempt to answer it.

47

1        Q    Okay.
2        A    And the first thing you do is to
3    eliminate all other possible causes of
4    corrosion --
5        Q    Okay.
6        A    -- establish that you have an
7    environment that can support the organisms, and
8    then all those other things I mentioned before.
9        Q    Those four factors?
10       Do you ever look at whether the corrosion is
11   related to changes in temperature as a sign that
12   it might be microbial-based?
13           MR. AYALA:  Objection to form.
14   BY MR. WARWICK:
15       Q    For example, if you're seeing higher
16   corrosion rates when it's higher temperature, and
17   lower corrosion rates when it's a lower
18   temperature, would that be more -- would you be
19   more inclined to believe that would be a
20   bacteria-based issue rather than some other
21   constant that doesn't change with temperature,
22   those type?
23           MR. AYALA:  Objection.
24       A    I -- I need you to go through the first
25   part of that again with the temperature.

48

1    BY MR. WARWICK:
2        Q    Okay.  So if you had corrosion rates
3    that were going up when the temperature went up,
4    would that be a sign that it might be a microbial
5    problem?
6        A    Not necessarily.
7        Q    Okay.  What about when the humidity went
8    up?  Would that be another sign you looked at for
9    maybe this is a microbial problem versus some
10   other problem?
11       A    Humidity?
12       Q    Humidity or temperature or a combination
13   of both.
14       A    No.
15       Q    Okay.  As we talk today about bacteria,
16   would you agree that bacteria can be alive within
17   an environment, but that it is alive, but not
18   metabolizing?
19           MR. AYALA:  Objection to the form to the
20   term "bacteria."
21       A    Can be alive?
22   BY MR. WARWICK:
23       Q    It's alive, but it's just -- it's not
24   metabolizing, it's not doing anything except
25   sitting there, being alive.

49

1        A    Yes.
2        Q    Okay.  Would you agree that bacteria --
3    when I say "bacteria," I mean either
4    sulfur-reducing bacteria or sulfur-oxidizing
5    bacteria -- it can be metabolizing, but it could
6    not be growing.  Would you agree with that?
7            MR. AYALA:  Objection to form.
8        A    Define "growing."
9    BY MR. WARWICK:
10       Q    Growing meaning replicating itself.
11       A    So could a microorganism -- repeat all
12   of that.
13       Q    Okay.  So would you agree that a
14   micro -- a bacteria -- specifically,
15   sulfur-reducing bacteria, sulfate-reducing
16   bacteria, or sulfur-oxidizing bacteria -- can be
17   alive and metabolizing, but not growing, meaning
18   replicating itself?
19           MR. AYALA:  Objection to form.
20       A    I don't know.
21   BY MR. WARWICK:
22       Q    What does the term "growing" mean to you
23   as -- in the bacterial sense?
24       A    Replication.
25       Q    And what does the term "metabolize" mean

13  (Pages 46 to 49)

50

1  to you with regard to those three types of
2  bacteria?
3      A   Assimilating nutrients.
4      Q   And depending on the type of bacteria,
5  whether it be sulfur- or sulfate-reducing
6  bacteria, the metabolization process is where the
7  sulfur or sulfate is reduced, in that metabolism
8  process; correct?
9      A   You have asked me that several different
10 ways, and my answer is that it's in the
11 respiration.
12     Q   Okay.  And it's also the respiration in
13 the sulfur-oxidizing bacteria process?
14     A   It is.
15     Q   Do sulfur -- do sulfur-reducing
16 bacteria --
17     A   You know what.  I'm think I'm going to
18 say I'm not sure on that -- ask me that last
19 question again.
20         MR. WARWICK:  I'll have to have the
21 court reporter read it back, please.
22     (There was a recess in the proceedings.)
23         (The record was read back.)
24     A   I don't know.
25

51

1  BY MR. WARWICK:
2      Q   Specifically, you don't know with regard
3  to sulfur-oxidizing bacteria?
4      A   Right.
5      Q   Prior to this case, have you done any
6  work specifically on sulfur-oxidizing bacteria in
7  your career?
8      A   Some years ago I published a paper that
9  had to do with sulfur-oxidizing bacteria and their
10 impact on titanium alloys.
11     Q   Do you happen to recall what the genus
12 of that --
13     A   I do not.
14     Q   -- species was?
15     What are the general characteristics of
16 sulfur-reducing bacteria?
17         MR. AYALA:  Objection to form.
18     A   Sulfur-reducing?
19 BY MR. WARWICK:
20     Q   Yes.
21     A   I don't work with many sulfur-reducing
22 bacteria.
23     Q   Okay.
24     A   So I'm uncomfortable giving you a list.
25     Q   Okay.  How about sulfate-reducing

52

1  bacteria?
2      A   You know, sulfate-reducing bacteria are
3  ubiquitous.  They all have in common that when
4  they're reducing sulfate, they're in an anaerobic
5  condition; but they have vast temperature
6  preferences.
7      Q   What do you mean by that, "vast
8  temperature preferences"?
9      A   Some are thermophilic; some are
10 mesophilic.  Some are -- some are thermophilic in
11 that they like high temperatures, and some are
12 mesophilic.  And I'm sure that there are some that
13 prefer cooler temperatures.
14     Q   Okay.  So you've said that they're
15 aerobic, ubiquitous, vast temperature.
16     A   Wait a minute.  I did not say --
17     Q   I'm sorry.  Anaerobic.  I apologize.
18     A   Okay.
19     Q   No, ubiquitous, anaerobic, and vast
20 temperatures were the first three you mentioned.
21     A   It's hard to generalize about a group of
22 organisms --
23     Q   Okay.
24     A   -- when you're talking about the product
25 they produce.

53

1      Q   Okay.  I was talking about the general
2  characteristics of sulfate-reducing bacteria.
3         MR. AYALA:  Objection.
4  BY MR. WARWICK:
5      Q   And I was -- the three you mentioned
6  was -- they're ubiquitous, anaerobic --
7      A   Anaerobic when they are carrying out the
8  sulfate reduction.
9      Q   So -- so they can exist in an aerobic
10 environment.  They just won't be reducing in an
11 aerobic environment; is that correct?
12     A   What I said was that there's a lot of
13 diversity among these organisms, and I -- I
14 pointed to temperature as one of the areas in
15 which they're extremely diverse.
16     It's imprudent to make generalizations about
17 the oxygen tolerances of this vast group of
18 microorganisms.  Some can tolerate oxygen for
19 very, very short periods of time.  It's completely
20 toxic to them.  Others can tolerate oxygen for
21 short periods of time.  And there are some that
22 may even be facultative.
23     Q   What do you mean by "facultative"?
24     A   That can reduce thiosulfate under an
25 anaerobic condition, but they could use another

14  (Pages 50 to 53)

54

1  electron receptor like oxygen. So there's some
2  flexibility in their respiration.
3      Q   Under what conditions will
4  sulfate-reducing bacteria reduce sulfur compounds?
5      MR. AYALA: Objection.
6      A   You're asking me to specify conditions
7  for a hypothetical organism when there are --
8  there's lots of diversity here.
9  BY MR. WARWICK:
10     Q   Have you seen situations where
11 sulfate-reducing bacteria have been involved in
12 microbial-influenced corrosion?
13     A   Sulfate-reducing bacteria? Yes.
14     Q   Can you give me an example?
15     A   Seawater contains two grams per liter
16 sulfate that can be reduced by sulfate-reducing
17 bacteria under anaerobic conditions.
18     And there are some materials that can be
19 derivatized by the sulfide that's produced by the
20 sulfate-reducing bacteria. That would include
21 carbon steel and, in my experience, copper-nickel
22 alloys. And I've written extensively about 90/10
23 and 70/30 copper-nickel.
24     Q   When you say produces -- the sulfide
25 that it produces, is that hydrogen sulfide that it

55

1  would be producing?
2      A   It is.
3      May I continue with my answer?
4      Q   Sure.
5      A   Because in the experiences that I am
6  talking about, when sulfate-reducing bacteria and
7  seawater produce hydrogen sulfide, the corrosion
8  product is the copper sulfide. And I just want to
9  make sure that you -- that I didn't leave the
10 impression -- any other impression. The hydrogen
11 sulfide is reacting with the copper to create the
12 corrosion product.
13     Q   Okay. Thank you.
14     A   You bet.
15     Q   Do you recall that there were five
16 different types of bacteria that were at issue or
17 identified by RealTime Labs in their testing that
18 they were looking for?
19     A   I would not have stated it that way --
20     Q   Okay.
21     A   -- because I think there was a fair
22 amount of confusion as to what they were looking
23 for.
24     Q   Okay.
25     A   And I know that they named five

56

1  sulfur-oxidizing bacteria, but that they also
2  referenced sulfate-reducing bacteria and
3  sulfur-reducing bacteria. So I -- I know the five
4  organisms to which you refer.
5      Q   Okay. And that's what -- I was just
6  trying to go through those now. So if I was to
7  say Thiobacillus ferrooxidans, that was one of the
8  bacteria that was listed specifically by RealTime
9  Labs; correct?
10     A   It is.
11     Q   Okay.
12     A   Was.
13     Q   And in your opinion, is that a
14 sulfur-reducing bacteria, sulfate-reducing
15 bacteria, or sulfur-oxidizing bacteria?
16     A   Sulfur-oxidizing.
17     Q   And do you have an opinion as to how
18 common Thiobacillus ferrooxidans is in aerobic
19 environments?
20     A   No, I don't.
21     Q   And how about how common it is in
22 anaerobic environments?
23     A   I -- I don't have --
24     MR. AYALA: Objection to form.
25     Go ahead.

57

1      A   I don't have an opinion.
2  BY MR. WARWICK:
3      Q   Okay.
4      A   My global opinion is that, like
5  sulfate-reducing bacteria, sulfur-oxidizing
6  bacteria are ubiquitous in their distribution.
7      Q   Okay. Let's -- let's cover that,
8  because it says "ubiquitous in their
9  distribution," but they're generally found in an
10 aerobic environment; correct?
11     A   They are oxidizing and growing in an
12 oxygenated environment, but that's different than
13 "found."
14     Q   Okay. And that's what -- because you
15 said early they were ubiquitous. So I'm wondering
16 if they -- they can't live without an energy
17 source that has sulfur, sulfur energy source.
18 Then -- for example, this table right here, would
19 you expect to find sulfur-oxidizing bacteria on
20 this table?
21     A   It wouldn't surprise me if you -- if you
22 could not isolate a sulfur-oxidizing bacterium
23 from this table.
24     Q   Okay. And when you say "isolate" it,
25 what do you mean?

15  (Pages 54 to 57)

58

1     A   That you could grow them from the table.
2     Q   And what about in a bucket of water?
3  Because a bucket of water is an anaerobic
4  environment, would you expect sulfur-oxidizing
5  bacteria to be present there as well?
6          MR. AYALA: Objection to form. Assumes
7  facts not in evidence.
8     A   Why did you say this bucket of water
9  is -- anaerobic or aerobic?  What did you say?
10 BY MR. WARWICK:
11    Q   The -- the -- we know that seawater, for
12 example, is an anaerobic environment; correct?
13         MR. AYALA: Objection.  Form.
14 BY MR. WARWICK:
15    Q   I just need some help.  Let's go back.
16    The reason I ask is because you said they're
17 ubiquitous.  And my understanding is they can
18 be -- are you saying they're alive and growing on
19 this table or they're just in the atmosphere
20 generally or they're metabolizing on this table?
21         MR. AYALA: Just -- objection to the
22 compound question.
23    A   All right.
24 BY MR. WARWICK:
25    Q   That's my question.

59

1     A   I think you asked -- I think you asked
2  me -- I've lost track, but I think you asked me
3  "found." I think that you said "found."
4     Q   Fair enough.  Okay.
5     A   And "found" is just that.
6     Q   Okay.  Would you expect them to be
7  metabolizing on this table?
8     A   No.
9     Q   Why not?
10    A   There's no water, to start with.
11    Q   Okay.  What about water in the
12 atmosphere, so humidity in the air?  Is that
13 enough?
14         MR. AYALA: Just -- which -- which
15 bacteria are we talking about right now?
16         MR. WARWICK: Sulfur-oxidizing bacteria.
17    A   Humidity and water are two different
18 things.
19 BY MR. WARWICK:
20    Q   Okay.
21    A   So what are you getting at?  What --
22 what's your question?
23    Q   If there's humidity in the air, and that
24 humidity within the air comes in contact with the
25 bacteria -- and a sulfur-oxidizing bacteria, would

60

1  that be enough water for a sulfur-oxidizing
2  bacteria to metabolize, assuming that the humidity
3  was relatively high but -- but still suspended in
4  the air, rather than liquid water?
5          MR. AYALA: Objection to form.
6     A   Bacteria require liquid water, and that
7  water has to contain everything they need to grow.
8  Sulfur-oxidizing bacteria grow best in acidic
9  water, pHs one to two.  And, again, that is a
10 gross generalization.  Each one of those organisms
11 has a pH optimum.
12 BY MR. WARWICK:
13    Q   All right.  Okay.  I'll come back to
14 that.
15    The second bacteria that was listed by
16 RealTime Labs is Leptospirillum ferrooxidans.  Do
17 you remember that?
18    A   I haven't memorized that list.
19    Q   Okay.  Does that sound familiar?  I can
20 get you the report.
21    A   If you represent to me that that's the
22 second one on the list, I accept that.
23    Q   Okay.  Well, do you know whether that
24 specific bacteria is an SRB or an SOB?
25    A   I think before you when you asked me, I

61

1  said that all of those organisms are SOBs.
2     Q   Okay.  And I'm just going to go through
3  them quick.
4     Thiobacillus caldus would also be an SOB, in
5  your opinion?
6     A   Yes.
7     Q   And Thiobacillus thiooxidans would also
8  be an SOB, in your opinion?
9     A   Yes.
10    Q   And Sulfobacillus thermosulfidooxidans
11 is also an SOB?
12    A   Yes.
13    Q   Do you know whether any of these five
14 bacterium are considered to be a facultative
15 anaerobe?
16         MR. AYALA: Objection to form.
17    A   No, I don't.
18 BY MR. WARWICK:
19    Q   What is a facultative anaerobe?
20    A   I defined it before; but a facultative
21 anaerobe is an organism that, in the presence of
22 oxygen, can use oxygen.  In the absence of oxygen,
23 it can use other electronic ceptors for
24 respiration.
25    Q   Is one of those electron ceptors iron

16  (Pages 58 to 61)

62

1  that it can use?
2        MR. AYALA: Objection.
3     A  What is "it"?
4  BY MR. WARWICK:
5     Q  The -- the facultative anaerobe, could
6  it use iron? If the sulfur-oxidizing bacteria is
7  found to be a facultative anaerobe, can one of the
8  electronic ceptors that it can use to survive be
9  iron?
10       MR. AYALA: Objection to form.
11    A  I don't know that any of these are
12 facultative anaerobes.
13 BY MR. WARWICK:
14    Q  Okay.
15    A  And I said that.
16    The alternate electronic ceptors for
17 different species are very specific.
18    Q  Do some species of sulfur-oxidizing
19 bacteria also oxidize iron?
20    A  Yes.
21    Q  And when they do oxidize iron, what is
22 the end result?
23       MR. AYALA: Objection. Beyond the scope
24 of the report, and a continuing objection to this
25 since it's not contained in any of the complaints

63

1  in this matter and there's nothing at the time of
2  the produced expert reports, and violates the
3  rules. Continuing objection.
4  BY MR. WARWICK:
5     Q  You can answer the question.
6     A  Okay. Ferrous is oxidized to ferric.
7     Q  Ferrous, O-U-S, is oxidized to ferric
8  iron; is that correct?
9     A  Ferrous, F-E-R-R-O-U-S, is oxidized to
10 ferric.
11    Q  Have you ever specifically done work
12 with the bacterium Sulfobacillus
13 thermosulfidooxidans in your background?
14    A  I don't believe so.
15    Q  With regard to this specific case, did
16 you do any research specifically on Sulfobacillus
17 thermosulfidooxidans, background research just
18 about that bacterium, in general?
19    A  What -- what is background research?
20    Q  I just said in relation to this case.
21 You said you hadn't worked with it before this
22 case; correct?
23    A  Right.
24    Q. When you got hired in this case, did you
25 do any outside research specifically on the

64

1  bacterium Sulfobacillus thermosulfidooxidans?
2     A  And I'm asking you: What is "outside
3  research"?
4     Q  Did you go to Bergey's manual and look
5  it up and find out the, you know, genus of it and
6  what it characteristics are and where it grows,
7  anything like that?
8     A  I've read several papers. I don't know
9  that I went Bergey's, but I have read several
10 papers.
11    Q  But that was after you were retained in
12 this case that you reviewed those papers?
13    A  Yes.
14    Q  Do you understand the concept of redox
15 potentials?
16    A  Yes.
17    Q  Okay. And what are they?
18    A  They have to do with the oxidizing and
19 reduction potential of an environment.
20    Q  What about the phrase
21 "disproportionation"?
22       MR. AYALA: Objection to form.
23 BY MR. WARWICK:
24    Q  Are you familiar with that phrase, that
25 term?

65

1     A  Yes.
2     Q  What does that mean?
3     A  It applies directly to sulfur, a
4  reaction of sulfur, where the -- the split is not
5  proportionate, is the -- when the molecule splits,
6  it doesn't split in half exactly. You have a
7  positively charged and a negatively charged, I
8  believe.
9     Q  Okay. With regard to this to the
10 Sulfobacillus thermosulfidooxidans, do you know
11 whether that bacterium can create hydrogen sulfide
12 through disproportionation pathways using iron?
13       MR. AYALA: Objection. Beyond the scope
14 of the report. Lack of foundation.
15    Go ahead.
16    A  May I have the question?
17 BY MR. WARWICK:
18    Q  Sure. With regard specifically to
19 Sulfobacillus thermosulfidooxidans, do you have an
20 opinion as to whether that organism can create
21 hydrogen sulfide through disproportionation
22 pathways that involve iron?
23       MR. AYALA: Objection. Lack of
24 foundation. Beyond the scope of the report.
25    A  I don't have an opinion.

17  (Pages 62 to 65)

66

1  BY MR. WARWICK:
2      Q   Earlier this morning you mentioned that
3  you had gone on and toured some homes that had
4  Chinese-wallboard problems, four or five or six of
5  them, I think you said.
6      A   Yes.
7      Q   Did you or your employer play any role
8  in the testing that was done on any of the
9  Chinese-wallboard samples --
10         MR. AYALA: Objection to form.
11  BY MR. WARWICK:
12     Q   -- for the CPSC?
13         MR. AYALA: Objection to form.
14     A   Wow.  How did you tie the CPSC in there?
15  BY MR. WARWICK:
16     Q   Well, I just want to make sure that you
17  didn't have any role in the testing procedures
18  that were used or reported by the Consumer Product
19  Safety Commission.  Correct?
20     A   That's correct.
21     Q   Okay.  And neither did your employer;
22  correct?
23         MR. AYALA:  Objection to form.
24     A   I have no insight into that but -- I
25  don't have insight into that.

68

1  reviewed a report from the CPSC that involved some
2  testing that was done by the U.S. Geological
3  Survey; correct?
4      A   Yes.
5      Q   Okay.  Were there any other reports from
6  the CPSC that you reviewed in preparation for this
7  case?
8      A   Perhaps. I don't remember. I've
9  reviewed a lot of documents.
10     Q   Okay.  Do you remember reviewing the
11  51-home study?
12     A   Yes.
13     Q   Okay.  What about the six-home study
14  that was done afterwards?  Did you review that
15  document?  Do you recall?
16     A   I don't recall.
17     Q   Okay.  Were any of your opinions in this
18  case influenced in any way by the investigations
19  or the reports involving the testing that was done
20  by the Consumer Product Safety Commission or labs
21  on behalf of the Consumer Product Safety
22  Commission?
23         MR. AYALA:  Objection to form.
24     A   All right.  I think you asked me that
25  question earlier, and I said no.

67

1  BY MR. WARWICK:
2      Q   Okay.  So you don't know whether, as you
3  sit here today, whether the U.S. Naval Research
4  Lab did any testing?
5      A   Oh.
6      Q   That's -- I'm sorry.
7      A   Oh.
8      Q   In the past.
9      A   I can say with confidence that the U.S.
10  Naval Research Lab had nothing to do with that
11  testing.
12     Q   Okay.  That's what I wanted to make
13  sure.  And --
14     A   But I would like it cleared up in the
15  record --
16     Q   Sure.
17     A   -- that the U.S. Naval Research
18  Laboratory also had nothing to do with my visiting
19  those homes.  So tying all of that into the Naval
20  Research Laboratory is inaccurate.
21     Q   Right.  Certainly.  I was just trying to
22  clarify that they didn't have anything to do with
23  the Chinese wallboard.
24     A   Absolutely not.
25     Q   You mentioned earlier that you had

69

1  BY MR. WARWICK:
2      Q   Just trying to be clear.
3      As an expert in microbial-influenced
4  corrosion, what is your opinion on the cause of
5  the corrosion in the Chinese-drywall homes?
6         MR. AYALA:  Objection.  Beyond the scope
7  of the report.
8      A   I do not have an opinion.
9  BY MR. WARWICK:
10     Q   Do you know what the conclusion of the
11  causative agent in the problem drywall that was
12  investigated by the Consumer Product Safety
13  Commission ultimately was determined to be?
14         MR. AYALA: Objection to form.
15     A   I think that's an oversimplification of
16  the conclusion.  I don't think it was any single
17  component, but that it's -- it's more complex than
18  that.
19  BY MR. WARWICK:
20     Q   Okay.  Well, what -- do you know -- in
21  your words, what -- what is the problem causing
22  the corrosion in those homes?
23         MR. AYALA:  Objection.  Asked and
24  answered, and beyond the scope of her report.
25     A   I have answered that.  I don't know what

18  (Pages 66 to 69)

70

1 it is; but it is not simply an agent, as you
2 indicated.
3 BY MR. WARWICK:
4    Q   Okay.  Well, are you aware that, as we
5 sit here today, the Consumer Product Safety
6 Commission has not determined what the cause is?
7       MR. AYALA:  Objection.  Assumes facts
8 not in evidence.
9 BY MR. WARWICK:
10   Q   Specifically.
11   A   I am willing to accept that you said
12 that.
13   Q   Do you know anything else?  Do you know
14 whether -- have you seen any report from the
15 Consumer Product Safety Commission that says,
16 "Here is the exact cause of the problem with the
17 Chinese wallboard"?
18   A   I have not seen that report.
19   Q   Are you aware that there have been some
20 reports involving Chinese wallboard that have
21 mentioned markers for problem drywall?
22   A   I am, yes.
23   Q   Okay.  And what do you -- do you recall
24 what those markers are?
25   A   Strontium, high strontium, elevated

71

1 carbonate, sulfur 8.
2    Q   That's also known as elemental sulfur?
3    A   Yes.
4    Q   In your experience as an expert in
5 microbial-influenced corrosion, does elemental
6 sulfur generally by itself cause corrosion?
7       MR. AYALA:  Objection.  Beyond the scope
8 of the report, and lack of foundation.
9    A   Based on my experience?
10 BY MR. WARWICK:
11   Q   Uh-huh.
12   A   I'm aware that elemental sulfur can
13 cause corrosion of some materials under some
14 circumstances.
15   Q   Are you aware of S8 by itself
16 off-gassing hydrogen sulfide?
17      MR. AYALA:  Objection.  Again, lack of
18 foundation, and beyond the scope of her report.
19   A   What does "by itself" mean?
20 BY MR. WARWICK:
21   Q   Without the presence of a microbial
22 influence.
23   A   I have no information about that.
24   Q   How about strontium?  Is strontium in
25 and of itself known to cause corrosion?

72

1       MR. AYALA:  Same objection.  Lack of
2 foundation.  Beyond the scope of the report.
3    A   I have no information about that.
4 BY MR. WARWICK:
5    Q   Do you know whether strontium, without
6 the presence of a microbial agent, off-gas
7 hydrogen sulfide?
8       MR. AYALA:  Objection.  Same objection.
9 Beyond the scope of her report, and lack of
10 foundation.
11      MR. WARWICK:  That's fine.
12   A   I think that's physically impossible.
13 BY MR. WARWICK:
14   Q   Could it be physically possible with the
15 presence of microbial activity?
16      MR. AYALA:  Objection.  Calls for
17 speculation.
18   A   As I understand the question, you're
19 asking me if an element, a pure element,
20 strontium, in and off itself can off-gas hydrogen
21 sulfide.
22 BY MR. WARWICK:
23   Q   Right.  You said no.
24   A   No.
25   Q   Is there a process by which someone

73

1 could hypothesize that a microbial agent could
2 react with strontium in the correct environment
3 and then cause hydrogen sulfide to off-gas?
4       MR. AYALA:  Objection.  Calls for
5 speculation.  Beyond the scope of the report.
6    A   I would have to know more about this
7 "correct environment" to have an opinion about
8 that.
9 BY MR. WARWICK:
10   Q   Do you happen to know whether the gypsum
11 that was used to make Chinese wallboard was from
12 mined gypsum or synthetic gypsum?  Do you know?
13   A   I believe it was mined.
14   Q   As mined gypsum, the elemental sulfur
15 would have come from the rock that it was mined
16 from?
17      MR. WARWICK:  Hold on, hold on.
18 Objection.  Calls for speculation.  Lack of
19 foundation and personal knowledge.
20   Q   If you know.
21   A   I do not know.
22   Q   Did you review anything to lead you to
23 believe that the Chinese company producing the
24 wallboard added elemental sulfur to their mixture,

19  (Pages 70 to 73)

74

1  if you recall?
2      A   I have no information about that.
3      (There was a discussion off the record.)
4          THE VIDEOGRAPHER:  Herein ends Video
5  Recording No. 1.  The time is 11:00.  We are off
6  the record.
7      (There was a recess in the proceedings.)
8          THE VIDEOGRAPHER:  Here begins Video
9  Recording No. 2.  The time is 11:13.  We are on
10  the record.
11  BY MR. WARWICK:
12      Q   Dr. Little, you gave a report in this
13  case; correct?
14      A   I did.
15          MR. WARWICK:  And can I have this
16  marked, please, by the court reporter?
17      (Little Exhibit 1 was marked.)
18  BY MR. WARWICK:
19      Q   And I'm going to mark this as -- it's
20  been marked as Plaintiffs' Exhibit 1 to the
21  deposition today.  Do you recognize that document?
22      A   I do.
23      Q   What do you recognize it to be?
24      A   My opinions, my publications.
25          MR. AYALA:  Can I have a copy?

75

1          MR. WARWICK:  Sure.
2      A   My publications within the last ten
3  years and my one deposition in the last four
4  years.
5  BY MR. WARWICK:
6      Q   Okay.  And does this appear to be your
7  entire report that was submitted in this case?
8      A   It does.
9      Q   And in this opinion, starting on
10  page 3 -- you go through pages 3, 4 and 5, each of
11  the four tests that were conducted by RealTime
12  Labs; correct?
13      A   Yes.
14      Q   Okay.  The first test is a liquid
15  culture listed on page 3; is that correct?
16      A   Yes.
17      Q   And then on page 4, you go through the
18  enzyme assay?
19      A   Yes.
20      Q   On page 5 you talk about the E&A
21  testing; correct?
22      A   Yes.
23      Q   And on 5 at the bottom, you talk about
24  the corrosion test; correct?
25      A   Yes.

76

1      Q   Okay.  I'd like to go through each of
2  those four things, starting with the corrosion
3  test on page 3.
4      You reviewed there between page 3 and 4 -- we
5  need to -- first, let's find out:  Are you
6  familiar with culture tests generally?
7      A   Yes.
8      Q   And what is a culture test designed to
9  determine?
10      A   Well, that depends on how you use them.
11      Q   Okay.
12          MR. AYALA:  Let's go off the record.
13          THE VIDEOGRAPHER:  The time is 11:15.
14  We are off the record.
15      (There was a recess in the proceedings.)
16          THE VIDEOGRAPHER:  The time is 11:15.
17  We are on the record.
18  BY MR. WARWICK:
19      Q   Let's go back.  What is a culture test?
20      A   It's when you grow microorganisms in a
21  liquid or solid medium.
22      Q   And what is a medium?
23      A   A medium is a -- water and the nutrients
24  required for growth.
25      Q   Can you give an example of some

77

1  situations -- or, first of all, are cultures used
2  to detect microorganisms?
3      A   Yes.
4      Q   Are they used in the medical industry?
5          MR. AYALA:  Objection.
6      A   I have no basis.
7  BY MR. WARWICK:
8      Q   Okay.  The reason I'm wondering, for
9  example, if you go -- you've heard of a
10  strep-throat culture.  Would that be similar to a
11  culture test we're talking about?
12          MR. AYALA:  Object to form.
13      A   I don't know what a strep test --
14  whatever you said was.
15  BY MR. WARWICK:
16      Q   Okay.  And do -- are culture tests some
17  of the testing that you do in your job?
18      A   I do.
19      Q   Okay.  And on what sort of
20  microorganisms do you do culture tests at your
21  position at the U.S. Naval Station?
22      A   I culture fungi, sulfate-reducing
23  bacteria, acid-reducing bacteria, general
24  heterotrophs, anaerobic and aerobic.  We sometimes
25  culture -- those are -- those are the groups.

20  (Pages 74 to 77)

78

1    Q   Okay. So you sound very experienced in
2  culture testing.
3    A   I am very experienced.
4    Q   Okay. So describe the process to me.
5  If you have a particular product that you are
6  trying to culture, what's the steps you normally
7  take?
8      MR. AYALA: Objection to the form.
9    A   A product?
10 BY MR. WARWICK:
11   Q   Somebody brings you a sample of
12 anything; a sample of drywall, for example. If
13 they brought you a sample of drywall and asked you
14 to do a culture on it, what would you do?
15     MR. AYALA: Objection.
16   A   I would be more comfortable answering
17 what, I think, was your previous question, which
18 is what do I do in my own experience.
19 BY MR. WARWICK:
20   Q   Okay. We'll start with that.
21   A   All right. If we are culturing for
22 fungi, we collect samples on sterile swabs and
23 transfer that either to liquid media or solid
24 media specific for the growth of fungi.
25   Q   Okay. So you put sample in the media.

79

1  Then what?
2    A   Wait for it to grow, wait to see what
3  happens.
4    Q   Okay. Do you have -- generally do you
5  use a control sample?
6    A   We always have blanks; and that would be
7  the medium with no inoculation, because you need
8  to know -- some of these media are extremely rich,
9  and you want to make sure you haven't contaminated
10 your medium. So we always run blanks and often
11 in -- I think I've answered your question.
12   Q   Okay. Do you -- do you also run a
13 control, a positive control?
14   A   Often we do not have that luxury.
15   Q   So sometimes you do it, and sometimes
16 you don't?
17     MR. AYALA: Objection. Asked and
18 answered.
19   A   If I don't have a positive control, I
20 cannot.
21 BY MR. WARWICK:
22   Q   Okay. But if you do have a positive
23 control sample, do you run a positive control
24 sample?
25   A   Certainly with fungi, we do.

80

1    Q   And so you incubate the medium for a
2  period of time, and then you wait to see if
3  anything grows; correct?
4    A   Yes.
5    Q   And what is that test designed to tell
6  you, the culture test?
7      MR. AYALA: Objection to the form.
8    A   We are talking specifically about
9  fungi --
10 BY MR. WARWICK:
11   Q   Okay.
12   A   -- because that's the medium I've
13 selected. I'd like to say that media selection is
14 very important. So if I'm growing fungi, in this
15 instance, I'm going to select a medium that has
16 the pH that's perfect for fungi -- so that's
17 around five -- and I'm going to incubate at room
18 temperature and I will wait for the organisms to
19 grow and then I will take them to the University
20 of Mississippi and have them identified.
21   Q   Okay. And so when you say "have them
22 identified," the -- you take a sample of the
23 culture material?
24   A   I take the whole thing.
25   Q   Okay. So when you say "the whole

81

1  thing," what do you mean, "the whole thing"?
2    A   The entire plate or the entire volume.
3    Q   And "volume" meaning a test tube?
4    A   They're usually in ampules.
5    Q   What's an ampule?
6    A   A little jar with a lid.
7    Q   Okay. And they're then taken to
8  University of Mississippi? Is that what you said?
9    A   Southern Mississippi.
10   Q   And have them identified. How do they
11 identify the fungi for you?
12   A   Fungi? There are -- there are keys for
13 fungi. And mycologists look at shapes, they look
14 at sporulating bodies, and these are distinct for
15 certain organisms.
16   Q   Okay. So they use a microscope and
17 actually look at the bacteria?
18   A   Exactly, at fungi. Fungi.
19   Q   Fungi. Fungi.
20 Would you -- would the process differ
21 dramatically for bacteria?
22     MR. AYALA: Objection to form.
23   A   We do handle bacteria differently, and
24 we use selective media for different types of
25 organisms.

21  (Pages 78 to 81)

82

1   BY MR. WARWICK:
2       Q   And if the organism grows in the media
3   you've selected, then, do you also send that to be
4   identified?
5       A   No.
6       Q   Okay.  What do you do at the end of the
7   testing?
8       A   Selective media are designed so that you
9   get a reaction that you can interpret.
10      Q   What do you mean by that?
11      A   What I mean by that is for
12  sulfate-reducing bacteria, we use a specific
13  medium that we purchase.  We don't make it.  And
14  that medium contains an iron nail.  And if
15  microorganisms produce sulfides, the nail turns
16  black.  We can interpret -- over a certain period
17  of time, we can interpret that as positive.
18      Other selective media that we use have a
19  color change.  And in all cases, when we use
20  liquid media, we do serial dilution to extinction.
21      Q   And what is the purpose of that process?
22      A   That allows you to bracket your
23  population size.
24      Q   When you do the culture test, does it
25  tell you what specific species of bacteria are

83

1   growing?
2       A   No.
3       Q   Do you ever have to determine what
4   specific species are present in the growing
5   bacteria?
6       A   In the growing bacteria?
7       Q   In the culture results.
8       MR. AYALA:  Objection to form.
9       A   Most often that's not the approach that
10  we would take if we were interested.
11  BY MR. WARWICK:
12      Q   Well, what is the approach you would
13  take if you wanted to determine the specific --
14  whether a specific organism was present?
15      MR. AYALA:  Just objection.  Lack of
16  foundation.
17      Go ahead.
18      A   We are more interested in the
19  chemistries that the organisms are producing.  But
20  if we want to know more, we send those samples to
21  the University of Oklahoma where they do
22  qualitative PCR and other testing.  I mean, that's
23  their specialty.
24      But I'd like to back up a little bit.  If
25  we're interested in organisms, we're going to do

84

1   the culture work from the medium, from the --
2   let's just use seawater as an example.  We're
3   going to -- we're going to culture from seawater
4   and get some notion of the chemistries that are
5   taking place, that could potentially take place;
6   and we're going to send that seawater -- the
7   seawater, not the cultures in the case of
8   bacteria -- we're going to send the seawater to
9   the University of Oklahoma, not what was growing
10  in the culture media.
11  BY MR. WARWICK:
12      Q   Okay.  And then are you saying that the
13  University of Oklahoma then will do a qPCR process
14  on the seawater?
15      MR. AYALA:  Hold on.  Just objection to
16  the form, qPCR.
17      A   They're going to do exhaustive molecular
18  assays so they can tell us more precisely what was
19  in the seawater.
20  BY MR. WARWICK:
21      Q   Okay.  Do they perform cultures there as
22  well?
23      A   Of course they perform cultures.
24  They're microbiologists.  But they don't -- they
25  don't necessarily culture the seawater before they

85

1   test it for us.
2       Q   Your review of the culture techniques
3   conducted by RealTime Labs -- were they culturing
4   for aerobes, anaerobes, or facultative anaerobes?
5       A   That's a --
6       MR. AYALA:  And I'll object because she
7   hasn't been shown the report.
8       A   May I see.
9   BY MR. WARWICK:
10      Q   Sure.
11      A   The summary of the liquid culture?
12      Q   I'd be glad to do that.  If you'll take
13  your report and go to page 2 of the report, just
14  so we get it on the record, it talks about the
15  review of data and discussion on page 2.  Do you
16  see that there?
17      It says -- I'm just going to read it, and
18  make sure I read it correctly.  "Real" -- under
19  "Review of Data and Discussion" on page 2.
20      A   Okay.
21      Q   It says, "RealTime Laboratories, Inc.
22  RTI" -- I think that's supposed to be RTL, but it
23  says RTI -- "performed laboratory testing on
24  drywall samples from the following five homes:
25  Brincku, Brucker, Nutting, Ravelo, and Retana."

22  (Pages 82 to 85)

86

1    Did I read that correctly?
2    A   Yes.
3    Q   Okay.  And you actually physically got
4  copies of those five reports from RealTime Labs?
5    A   I believe so, yes.
6    Q   And do you believe that --
7    A   No, not from RealTime Labs.
8    Q   Well, right.  They were -- they had
9  RealTime Labs' heading?
10   A   Headings, yes.
11   Q   Okay.  They were provided to you by
12  counsel for National Gypsum; correct?
13   A   Yes.
14   Q   Okay.  The test procedures that were
15  described in those several reports appear, to you,
16  to be the same for each of the five homes?
17   A   No.
18   Q   Okay.  They were different for each of
19  the five homes.
20   MR. AYALA:  Just objection.
21   A   Parts were similar; parts were
22  different.  In some cases the appendices were
23  different.
24  BY MR. WARWICK:
25   Q   Okay.  Let's talk -- I'm going to have

87

1  marked for the deposition today what was
2  previously marked as Exhibit F.  I think it's the
3  Nutting report.
4    (There was a discussion off the record.)
5    MR. WARWICK:  Just for the record, we're
6  trying to use the same letters that were used in
7  prior expert depositions so that we're not all --
8  don't have five of the same document listed ten
9  times.
10   (Little Exhibit F was marked.)
11  BY MR. WARWICK:
12   Q   Dr. Little, I'm showing you what's been
13  marked as Exhibit F.  Do you recognize that
14  document?
15   A   Yes.
16   Q   What do you recognize that to be?
17   A   The report from RealTime Laboratory,
18  dealing with the Nutting home.
19   Q   Okay.  Let's talk about the culture
20  procedure that's described in the Nutting report
21  from RealTime Labs.  Turn to the third page of the
22  report.
23   A   Okay.
24   Q   It's -- there's a testing procedure that
25  talks about culture; correct?

88

1    A   Yes.
2    Q   Okay.  Does that refresh your
3  recollection as to whether RealTime Labs was
4  culturing for aerobes, anaerobes, or facultative
5  anaerobes?
6    MR. AYALA:  Objection to form.
7    Go ahead.
8    A   I couple this with another appendix.
9  BY MR. WARWICK:
10   Q   Well, anything in the report --
11  does it allow you to determine whether they were
12  searching aerobic, anaerobic bacteria or
13  facultative bacteria?
14   MR. AYALA:  Objection to form.
15   A   I -- based on Exhibit 6 --
16  BY MR. WARWICK:
17   Q   Okay.
18   A   -- which is referred to in 4A2 -- and in
19  4A2 it says, "The tube is tightly closed to ensure
20  on oxygen exchange."  So I assume that is "no
21  oxygen exchange."
22   Q   Okay.  And so the culture under No. 2,
23  that would be a anaerobic test?
24   A   Yes.  It looks like some oxygen is there
25  to start with; but then they actually say they are

89

1  testing for SRB, sulfate-reducing bacteria, and
2  that the result is going to be a black
3  precipitant.
4    Q   Okay.
5    A   So that would be an anaerobic test.
6  But this is for the paper.
7    Q   Okay.
8    A   In the same manner, approximately --
9  approximately three grams of crushed rock is added
10  to the core medium preparation.
11   Okay.  That is No. 2 -- Method No. 2 in
12  Enclosure 6; and that is an aerobic.
13   Q   Okay.  And so if I understand you
14  correctly, method one would be, as listed in
15  Exhibit 6, as anaerobic test and Method 2 would be
16  aerobic test; correct?
17   A   That's right.
18   Q   Okay.  If you will look to your report,
19  then, as well as the RealTime Labs report, can we
20  get a list for me the problems you identified with
21  the culture procedure that was done by RealTime
22  Labs?
23   MR. AYALA:  Objection to the form.
24  BY MR. WARWICK:
25   Q   The things you think they did wrong.

23  (Pages 86 to 89)

90

1       MR. AYALA: Same objection.
2       A   The samples were collected days before
3   testing in some cases.
4   BY MR. WARWICK:
5       Q   That's one.  What else did they do
6   wrong, in your opinion?
7       A   I'm getting there.
8       Q   Okay.
9       A   Under Method 2 they actually didn't
10  measure the amount of gypsum core that they added
11  to the tube.  They just added a small amount.
12      These tubes were incubated at body
13  temperature.  The medium in Method No. 2 is an
14  extremely nutrient-rich medium that would support
15  the growth of any non-fastidious organism that
16  uses organic carbon.  I was -- I was actually
17  confused under Item 5-7 of Method 1, because it
18  says for a positive SRB, that the presence of
19  black precipitant throughout the vial is the
20  positive.  And a black precipitant means that the
21  stuff fell out, so I didn't know how you could
22  have a black precipitant throughout the tube.
23      And they added iron powder to this medium,
24  this anaerobic medium.  And API specifies that
25  the -- a positive is black colonies.  So it wasn't

91

1   clear to my how they were going to differentiate
2   between the iron powder and a positive for black
3   precipitant.
4       Q   Okay.
5       A   The Method No. 2 is actually adjusted to
6   a pH of seven, and it is this medium in which the
7   sulfur-oxidizing bacteria -- it is some subpart of
8   this culture that is used to test for the
9   sulfur-oxidizing bacteria.  And it isn't clear to
10  me that those organisms could grow or that -- that
11  spores could actually germinate at this pH for the
12  Sulfobacillus.
13      Just as an aside, the Sulfobacillus should
14  grow at a pH of two.  This is a pH of seven.  That
15  is, at a minimum, five orders of magnitude
16  difference in acidity.  So it -- it wasn't clear
17  to me why you would grow in this medium and then
18  test for sulfur-oxidizing bacteria.
19      Q   What about if you were using that medium
20  for sulfur-reducing bacteria?  Would that be okay?
21      MR. AYALA: Objection.
22      A   No, it would not be okay.
23  BY MR. WARWICK:
24      Q   Why?
25      A   Because it is aerobic.

92

1       Q   Okay.  But as far as the medium itself,
2   aerobic versus anaerobic, and the test procedure
3   set aside, what about the -- pH of the media
4   specifically?
5       MR. AYALA: Objection to form.
6       A   I don't think it's fair to pull that
7   out.  There is no sulfate here to be reduced.
8   BY MR. WARWICK:
9       Q   Okay.  Well, there's sulfate in the
10  drywall; correct?
11      A   There is sulfate in the drywall?
12      Q   Okay.  And the drywall goes in the tube;
13  correct?
14      A   Yes.
15      Q   So there will be some sulfate to be
16  reduced.
17      A   But then you don't have a control.
18      Q   Assuming you don't have a control.  If
19  you did a control of an empty tube without the
20  drywall, then you would have the control; right?
21      A   Okay.  You would.  But that's not
22  reported.
23      Q   Okay.  But if they did that, that would
24  be appropriate?
25      MR. AYALA: Objection.  Form.

93

1   Speculation.
2       A   I'm not sure.
3   BY MR. WARWICK:
4       Q   You're not sure whether it would be
5   appropriate, or you're not sure whether they did
6   report it?
7       A   I'm not sure I follow what you're
8   saying, and I'm -- if they did it, they did not
9   report it.  I am sure of that.
10      Q   Right.  And if they didn't report it, I
11  don't disagree with you.  I'm saying it would be
12  appropriate to run a control without the drywall
13  present to make sure your that your test method
14  is -- methodologies were not infected with some
15  outside bacteria; correct?
16      MR. AYALA: Objection to form.
17      A   Repeat what you said.
18  BY MR. WARWICK:
19      Q   Okay.  I think you said earlier that one
20  of your procedures is you run a blank, is what you
21  called it.
22      A   A blank.
23      Q   Okay.  And that's -- I think what we
24  were just talking about a second ago would be a
25  sample run at the same time with the same medium,

24  (Pages 90 to 93)

94

1    but without the material being tested so that
2    you're assured to make -- assured that your
3    procedure had not been infected by some outside
4    bacteria.
5       MR. AYALA: Objection to form.
6    Go ahead.
7      A   This medium would not be a good control
8   medium --
9 BY MR. WARWICK:
10    **Q   Okay.**
11      A   -- for sulfate-reducing bacteria --
12    **Q   Okay.**
13      A   -- because there -- without the drywall
14 because there is -- then there would be no sulfate
15 here.
16    **Q   I see.**
17      A   And those are the objections that I can
18 remember, without reading through here.
19    **Q   Okay.  Well, if you need to read**
20 **through -- read through your report -- is that**
21 **what you're talking about?**
22      A   Yes.
23    **Q   Take a moment and refresh your**
24 **recollection.  Then we're going to go back through**
25 **them.  So I just want to make sure I have this.**

95

1      A   I'm ready.
2    **Q   And the first thing you mentioned was**
3 **the samples were collected, the manner in which**
4 **the samples were collected.  You said that was a**
5 **potential cause of a problem, RealTime Labs.**
6     **What did you mean by that?**
7      A   I think I said the time that elapsed
8 between -- it seemed that in almost all cases,
9 more than 24 hours had elapsed before the samples
10 were introduced into the medium.  And according to
11 API, which is what they started with as a
12 standard, the sample should be introduced within
13 24 hours of collection.
14    **Q   Okay.  And the API RP 38 is specifically**
15 **what they used; correct?**
16      A   Yes.  No, no, it is not what they used.
17    **Q   Okay.  Well, they intended to use, as a**
18 **guideline, API; right?**
19      MR. AYALA: Hold on, hold on.  Just --
20 objection.  Calls for speculation as to what they
21 intended to do.
22 BY MR. WARWICK:
23    **Q   Okay.  I'll rephrase it.**
24     **When you stated that the -- the API method**
25 **that you just mentioned told them to test within**

96

1 **24 hours, what were you referring to?**
2      A   I was referring to the title of
3 Exhibit 6, which says API RP 38 media.
4    **Q   Okay.  And when you said that it**
5 **requires testing to be done within 24 hours, does**
6 **that document say that?**
7      A   It does not, but API RP 38 does.
8    **Q   Okay.  That's what I was trying to get**
9 **to.**
10     **And API RP 38 is designed for testing in**
11 **water; correct?**
12      A   It has, I believe, a section for testing
13 for solids.
14    **Q   Right.  And would you agree that --**
15 **well, okay.  Let me ask it this way:  Why is it**
16 **necessary, other than -- I realize it says it in**
17 **the API RP 38 that it should be tested within 24**
18 **hours.  This drywall has -- the drywall that**
19 **you're testing has been in a home for two, three,**
20 **four, five years.  And you take it out of the home**
21 **and put it in a sample bag.  Sterile procedures**
22 **are used.**
23     **Are you certain that that sample would not be**
24 **suitable for sampling purposes if they took three,**
25 **four, or five days?**

97

1      MR. AYALA: Objection.
2      A   I am certain that there are sampling
3 protocols that have been established over decades.
4 And they monitor.  And I'll grant you most of it
5 has been done in water, but that follow the
6 changes in samples once they are moved from one
7 location to another.  And those are
8 well-documented.
9 BY MR. WARWICK:
10    **Q   Okay.  And are you familiar with any**
11 **testing procedures specifically for testing for**
12 **bacteria in drywall?**
13      MR. AYALA: Objection.  Form.
14      A   I am not.
15 BY MR. WARWICK:
16    **Q   Okay.  So when you say they're**
17 **well-documented, you mean they're well-documented**
18 **for things other than drywall; correct?**
19      A   I mean they're well-documented for
20 handling microorganisms.
21    **Q   Okay.  And most of them are for water**
22 **you said; correct?**
23      A   I did not say that.  I said that you
24 said that the standard was for water and the
25 sections to which I was referring are for water.

25  (Pages 94 to 97)

98

1   But for collection -- sample-collection
2   period, solids or liquids, there are protocols and
3   most of them recall -- require refrigerating the
4   sample and getting the -- the sample to the medium
5   as quickly as possible.
6   And within 24 hours is what this particular
7   recommended practice specified.
8   **Q  I don't disagree with you.  The question**
9   **is:  Are you certain, to a reasonable degree of**
10  **scientific certainty, that the organisms that were**
11  **in the drywall would be affected in some way**
12  **during, let's say, a five- or ten-day time period**
13  **so that testing that sample would definitely be**
14  **affected?**
15  MR. AYALA:  Okay.  Hold on.  Don't
16  answer that question.
17  Objection.  It certainly assumes facts not in
18  evidence.  And, also, objection to form.
19  A   I think it is reasonably certain that
20  there would be changes.
21  BY MR. WARWICK:
22  **Q   Okay.  What would those changes be?**
23  MR. AYALA:  Objection.  Form.
24  A   The literature on liquids, as I said, is
25  well-established, and in -- the microbial

99

1   population becomes less diverse with time if you
2   take it out of the environment.
3   BY MR. WARWICK:
4   **Q   What do you mean by "less diverse over**
5   **time"?**
6   A   The diversity in -- in terms of the
7   microorganisms that are in the sample.
8   **Q   You mean the different types of**
9   **microorganisms --**
10  A   Yes.
11  **Q   -- are different species?**
12  A   Yes.
13  **Q   You think they would reduce over time**
14  **rather than grow over time?**
15  MR. AYALA:  Objection to form.
16  A   That is not what I said.  I said that
17  the species diversity would decrease.
18  BY MR. WARWICK:
19  **Q   Okay.  So the number of bacteria that**
20  **would be present or alive?  Is that -- do you see**
21  **what I'm trying to get to.**
22  A   I don't.  I don't see what you're trying
23  to get to.  But I'm telling you this is
24  established, good-laboratory practice.  I think
25  it's in both my books.  It is established by

100

1   Bio-Industrial Technologies, who actually produce
2   media that you can take to sites, and there are
3   hold -- if you can't get your solid into the
4   medium of choice, there are holding media.
5   But it is not standard practice to remove a
6   sample from an environment and retain it in some
7   altered state for days.
8   **Q   And my question is only because this**
9   **drywall -- if it's not being tested at the lab,**
10  **it's going to be sitting in their home.  So it's**
11  **not like seawater, which is constantly changing,**
12  **doing whatever it's doing.**
13  **It's been in their house for three, four,**
14  **five years, sitting there.  So if you take it out**
15  **of the house and you put it in a FedEx envelope**
16  **and you get it to the lab and it sits in the lab**
17  **at room temperature, instead of sitting in the**
18  **house at room temperature, I'm saying do you know**
19  **for certain whether that would definitely affect**
20  **the results of the tests of drywall, not of water**
21  **or any other samples, because drywall is different**
22  **because, like you I said, we don't have a testing**
23  **protocol for drywall.**
24  MR. AYALA:  Just -- again, objection to
25  form.  Argumentative.  Assumes facts not in

101

1   evidence.
2   A   What I know for certain is that no one
3   has demonstrated that it hasn't been altered.
4   BY MR. WARWICK:
5   **Q   And you can't demonstrate that it has;**
6   **correct?**
7   MR. AYALA:  Objection.  Beyond the scope
8   of the report.
9   BY MR. WARWICK:
10  **Q   You don't know any testing -- you didn't**
11  **do any testing of any samples yourself; correct?**
12  A   I did not do any testing.
13  **Q   Okay.  So you can't sit here today and**
14  **say for certain that samples of bacteria tested**
15  **within 24 hours are fundamentally different than**
16  **testing of samples taken after 24 hours.**
17  MR. AYALA:  Just hold on.  Objection.
18  Calls for speculation.  Lack of foundation.  And I
19  object to the form.  Vague question.
20  BY MR. WARWICK:
21  **Q   Correct?  You can't -- can't tell me the**
22  **distinction between two?**
23  MR. AYALA:  Same objection.
24  A   I think tell you that the recommended
25  practice recommended a certain procedure and that

26  (Pages 98 to 101)

1  procedure was not followed.
2  BY MR. WARWICK:
3      Q   Okay.  And, again, my question was,
4  though, you can't tell me that -- for certain that
5  testing done within 24 hours would definitely --
6  of drywall -- would definitely be different than
7  test results of drywall samples tested ten days
8  later.
9          MR. AYALA:  Objection.  Same objection.
10  BY MR. WARWICK:
11     Q   You can't tell me, can you?
12     A   I can tell you it would be my
13  expectation that they would be different, but I do
14  not have data.
15     Q   Okay.  So if you need the test
16  results -- have you reviewed the test results of
17  any tests that were done by the other experts
18  working for National Gypsum in this case?
19     A   I've looked at those reports.
20     Q   Okay.  Did you look at the jar testing
21  that was done?
22     A   For the corrosion testing?
23     Q   Yes.
24     A   I'm aware of those tests.
25     Q   Okay.  And are you aware that they were

1  Gypsum experts at all --
2          MR. AYALA:  Objection to form.
3  BY MR. WARWICK:
4      Q   -- in this case?
5      A   National Gypsum's --
6      Q   Correct.
7      A   -- experts?
8      Q   Right.
9      A   Any microbial testing?
10     Q   Correct, of the drywall samples.
11     A   I am not.
12     Q   Okay.  How about the testing that was
13  done by USGS?  You mentioned that you were
14  familiar with that; correct?
15     A   Yes.
16     Q   And do you know over what time period
17  the samples were collected from the 51 homes that
18  were researched by the Consumer Product Safety
19  Commission?
20     A   I did not review that.
21     Q   Do you know how long the period was
22  before the U.S. Geological Survey received the
23  samples from the Consumer Product Safety
24  Commission?
25     A   I did not review that.

1  not done within 24 hours?
2      A   I am not aware of that.
3      Q   Okay.  So you can assume that any
4  testing that was done by National Gypsum, other
5  experts, that were not done with 24 hours, that
6  taking those samples out of the home would not be
7  reliable; correct?
8          MR. AYALA:  Objection.  Lack of
9  foundation.  Assumes facts not in evidence.
10  BY MR. WARWICK:
11     Q   Would you rely on those data if they
12  were tested after 24 hours?
13     A   I haven't seen those.  I need to look at
14  that document.
15     Q   So you haven't answered the question.
16  The question was:  Do you think the tests done by
17  National Gypsum's other experts after the 24 hours
18  of collection are reliable or unreliable?
19          MR. AYALA:  And objection.  Lack of
20  foundation.  Assumes facts not in evidence,
21  particularly assumes there was bacterial testing
22  done.
23  BY MR. WARWICK:
24     Q   Okay.  Let go back.  The -- are you
25  aware of any bacterial testing done by National

1      Q   Do you know whether they were testified
2  within 24 hours?
3      A   I did not review that.
4      Q   Do you know whether they tested -- they
5  did test -- we talked about earlier they tested
6  for bacterial -- bacteria within the wallboard
7  samples, through fluorescent microscopy.
8      A   Fluorescent in situ hybridization.
9      Q   FISH.  I remember FISH.  I can't
10  remember the other words.
11         That -- that was one way they tested for the
12  bacteria; correct?
13     A   Yes.
14     Q   And it was in wallboard samples;
15  correct?
16     A   Yes.
17     Q   Is your opinion that the testing done by
18  the U.S. Geological Survey, then, therefore had to
19  be done within 24 hours of sample collection?
20     A   In the FISH hybridization?
21     Q   Yes.
22     A   They actually did not culture.
23     Q   In that specific test?
24     A   That's right.
25     Q   If they did a culture, it would have had

27 (Pages 102 to 105)

106

1   to have been done within 24 hours, in your
2   opinion; correct?
3       A   I don't know that they've referenced an
4   API 38 standard --
5       Q   Okay.
6       A   -- that told them to test within 24
7   hours.
8       One of the problems here is the -- the
9   representation that there is a standard, the
10  representation that there is some gold standard,
11  RPI -- API RP 38.  But it wasn't followed.
12      Q   Okay.  I'm trying to get to -- you
13  stated earlier there isn't a standard for testing
14  for bacteria in drywall, that you know of;
15  correct?
16      A   That's right.
17      Q   Did you look for one?
18      A   No, I did not.  I reviewed the -- the
19  ones that were in this document.
20      Q   And if there is no procedure -- if
21  there's no designated process that's been adopted
22  by some testing organization, what does a
23  scientist do when they want to test for a
24  particular bacteria that doesn't have an
25  established protocol?

107

1       MR. AYALA:  Hold on.  Objection.  Lack
2   of foundation and beyond the scope of the report.
3       Go ahead.
4   BY MR. WARWICK:
5       Q   If you know.
6       A   You'd use the tools that you have.
7       But I would also like to say that the way you
8   handle your sample also determines how you can
9   interpret your data.
10      Q   Okay.
11      A   So if you're going to interpret your
12  data as to specific organisms, their specific
13  source, and specifically what they're doing, then
14  you have to be -- and you're going to cite a
15  standard, you have to follow that or state why
16  you've deviated from it.
17      Q   Okay.
18      A   So you could take samples and not
19  over-interpret the data.
20      Q   And that would be scientifically okay?
21      MR. AYALA:  Objection to form.
22      A   It depends on how the data are
23  interpreted.
24  BY MR. WARWICK:
25      Q   Okay.  The second thing you mentioned is

108

1   the -- you did not measure the specific amount of
2   the -- of the material being tested, and let's go
3   back to that opinion.
4       Could you explain that in a little more
5   detail, please?
6       A   Sure, right here.  Method 2 under
7   "Drywall Gypsum Core Testing."
8   BY MR. WARWICK:
9       Q   Right.
10      A   "Add a small amount."
11      Q   Okay.  "Add a small amount is not" --
12  because -- would it matter if you put a little
13  more?  I mean, it has to be even, right, the same
14  amount in each test tube?  Is that why you need to
15  have the same amount?
16      MR. AYALA:  Objection to form.
17      Go ahead.
18      A   What -- the reason this is objectionable
19  is that no one could reproduce this.
20  BY MR. WARWICK:
21      Q   Okay.  If you go back to page 4 of the
22  RealTime Labs result, the culture testing on
23  page --
24      A   Five?
25      Q   -- 4, under A2 it states, "A

109

1   5-millimeter by 5-millimeter portion of paper is
2   placed in the media."
3       A   Right.
4       Q   Okay.  And then that same paragraph then
5   also references procedures on Exhibit 6; would
6   that be fair to say?
7       A   Right.
8       Q   Okay.  Would a 5-millimeter by
9   5-millimeter portion be a specific enough
10  measurement?
11      A   It is.
12      Q   Okay.
13      A   That's for the paper.
14      Q   Okay.  And then if you go down to
15  paragraph 3 there, A3, under "Culture," it says,
16  "Approximately three grams of crushed gypsum is
17  added to the core media preparation."  Do you see
18  that?
19      A   I -- I do.
20      Q   Okay.  And if they added three grams,
21  would that be a specific enough measurement?
22      MR. AYALA:  Objection.
23      A   It says approximately three grams.
24  BY MR. WARWICK:
25      Q   Okay.  And when you're measuring to do

28  (Pages 106 to 109)

110

1  this type of testing, do you use -- if you're in a
2  kitchen, you'd use, like, a measuring spoon.  Is
3  there some sort of --
4      A   This is a laboratory.
5      Q   -- measuring spoon?
6      Right.  That's what I'm saying.  In a
7  laboratory is there some other device that is
8  specific, like a measuring spoon, that would be --
9  that would have a specific tool that could be used
10  to measure three grams?
11      A   There's a balance.
12      Q   Okay.  A balance, what is that?
13      A   A balance is a -- device for measuring
14  weights.
15      Q   Okay.
16      A   And you can measure weights to three and
17  four decimal places, if that's the kind of
18  accuracy you want.
19      Q   Okay.  And --
20      A   But -- but -- okay.
21      Q   So I'm just saying -- so the real issue
22  you have, then, is with the word "approximately."
23  It should be exactly three millimeters -- three
24  grams?
25      A   This is science, yes.

111

1      Q   Okay.  So --
2      A   It should be some standard unit of
3  measure, because I don't know what "approximately
4  three grams" is.  Is that 2.6, or is that 3.6?
5      Q   Okay.  In your opinion, would the
6  difference be -- 2.6 or -- if they put in 2.6
7  versus -- or 3.6, would that affect the outcome of
8  a culture test if you were trying to determine if
9  there was active, live bacteria growing within the
10  drywall?
11      MR. AYALA:  Object to form.
12      Go ahead.
13      A   It will affect the amount of starting
14  material you have, the time, or turbidity.  And it
15  will -- if it had been done as directed by
16  API RP 38, and there had been a serial dilution,
17  it would be extremely important.
18  BY MR. WARWICK:
19      Q   Okay.
20      A   And I should add that to my list.  The
21  serial dilution was not performed.
22      Q   Okay.  Add it to the list.
23      Okay.  But as far as growing bacteria within
24  the medium, if they tried to get it as close to
25  three grams as possible, would that be a fair

112

1  measurement, three grams?
2      MR. AYALA:  Objection.  Lack of
3  foundation.  Improper hypothetical.
4      MR. WARWICK:  Let's have this marked.  I
5  think it was previously marked.  It's the
6  API RP 38 the protocol.  I don't -- I don't have
7  an exhibit number on this one.  Do you have this
8  one, or do you want me to remark it?
9      MR. AYALA:  Let me see.
10      (Little Exhibit 2 was marked.)
11  BY MR. WARWICK:
12      Q   Dr. Little, I'm showing you what's been
13  marked.  Do you recognize that document?
14      A   I do.
15      Q   And what do you recognize it to be?
16      A   It is API Recommended Practice, RP, 38.
17      Q   And would you find the section here that
18  talks about the amount of the material you're
19  testing that is to be added to the media?
20      A   And where is that?
21      Q   That's what I'm asking you.  Do you know
22  where that states the specific amount that must be
23  added?
24      A   Oh, no, I do not.  Do you?
25      Q   I'm looking.  It is in here somewhere.

113

1      So just to be clear, you don't know of
2  anywhere in this document that states that the
3  specific amount of material being tested must be
4  very carefully measured.
5      MR. AYALA:  Objection to the form and
6  objection to --
7  BY MR. WARWICK:
8      Q   In order for this protocol to be
9  followed; correct?
10      MR. AYALA:  Objection to the form.  The
11  document speaks for itself.
12  BY MR. WARWICK:
13      Q   Do you find any types of specifics about
14  the measurements, the amount of material being
15  tested that -- how it should be measured and what
16  amount is appropriate for the testing method
17  APR --
18      A   API.
19      Q   API RP 38.  Thank you.
20      A   I do not.
21      Q   So you said that the amount they chose
22  wasn't appropriate.  It was because they said
23  approximately three grams, not whether or not
24  three grams was enough one way or the another;
25  correct?

29  (Pages 110 to 113)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

114

1    A   It's the imprecision.
2    Q   Okay.  And, in fact, as you sit here
3  today, you can't tell whether they were imprecise.
4  You're just basing it on the word "approximately"
5  being contained in the report; right?
6    A   The imprecision is in two places.
7    Q   Okay.
8    A   One, here it says "approximately
9  three grams"; and in Exhibit 6, it says "a small
10  amount."
11    Q   Okay.  But if the lab tech testifies at
12  the trial that they actually measured each time
13  they used three grams, that would be okay?
14      MR. AYALA:  Objection.  And we would
15  object to that because it's not in the report.
16      MR. WARWICK:  To the extent we get to
17  rebut her testimony that they did do it to three
18  grams, they can come in and say they did it to
19  three grams.
20  BY MR. WARWICK:
21    Q   I'm just saying if they did come in and
22  say, "Yeah, I measured it to three grams, I put
23  three grams in there, it should have said exactly
24  three grams, but it said 'approximately,' I got as
25  close as humanly possible to three grams," that

115

1  would be okay?
2      MR. AYALA:  Objection.
3  BY MR. WARWICK:
4    Q   Correct?  Would that be okay if they
5  tried to get it as close to three grams as they
6  could?
7      MR. AYALA:  Again -- again, objection.
8  Argumentative.  Lack of foundation.
9    A   These are laboratories.  If you do look
10  at RP 38, it specifies very precise measurements.
11  And, as I said, it specifies serial dilution.  And
12  if you don't know how much you added, you could
13  never -- if you had -- if they had done serial
14  dilutions, they could not relate that back to a
15  specific amount.
16  BY MR. WARWICK:
17    Q   Likewise, all I'm trying to say is if
18  they had, in fact, measured it to three grams,
19  then that could be replicated; correct?
20      MR. AYALA:  Objection.
21    A   And all I'm saying is I have reviewed
22  these documents and I have taken these reports at
23  face value as to -- they are recording precisely
24  what they do.
25

116

1  BY MR. WARWICK:
2    Q   Right.
3    A   So, I mean, I -- I have no comment about
4  what they recant in this.
5    Q   I'm not asking you to comment.  I'm
6  asking you a specific question.
7      If they, in fact, measured not to
8  approximately three grams, but as close to
9  three grams as they could get it, and still be
10  human, then that would be a specific measurement
11  that would be acceptable to you; correct?
12      MR. AYALA:  Again, objection.
13    A   I just want to make this clear.  Humans
14  can measure three grams to the seventh decimal
15  place, if we want to and choose to.  And
16  laboratories have balances that measure -- let's
17  just -- let's just check out Exhibit 6.  I don't
18  know how to read this, but it looks like they are
19  measuring to a hundredth of a decimal place for
20  these other ingredients.
21  BY MR. WARWICK:
22    Q   Right.
23    A   So there's no need for imprecision.
24    Q   I agree.
25    A   I mean, human --

117

1    Q   Right, right.  You're measuring exactly.
2  So I'm saying in regular laboratories, you expect
3  the measurements to be exact; correct?
4    A   In regular laboratories?
5    Q   Yeah.  In the laboratories you've worked
6  in, the measurements are exact; correct?
7    A   When we are making serial dilutions and
8  relating it back to a specific quantity, yes.
9    Q   Correct.  But they didn't do serial
10  dilutions here, did they?
11    A   No.
12    Q   And so you also realize that this lab
13  does other culture testing.  Do you know that?
14      MR. AYALA:  Objection.
15  Go ahead.
16    A   I'm not aware of their other work.
17  BY MR. WARWICK:
18    Q   Okay.  As part of their exhibits -- I
19  think Exhibit 4 is a statement that RealTime Labs
20  is a clinical laboratory that's been licensed and
21  approved by CMS.
22      Are you familiar with that organization, CMS?
23    A   No.
24    Q   And they do culture tests for doctors'
25  offices, for example.  You would expect that

30  (Pages 114 to 117)

118

1   they're -- assuming they do culture tests -- I'll
2   represent to you that they do culture tests for
3   doctors' offices.
4       You would expect the measurement procedures
5   to be accurate?
6           MR. AYALA:  Objection.  Lack of
7   foundation.
8       A   I have no basis for judging.
9   BY MR. WARWICK:
10      Q   So we're going to go back to the same
11  question.  That hasn't -- I don't think it's been
12  answered.
13      If they did measure it to three grams, that
14  would be an accurate measurement, if they did it
15  to three grams each time; correct?
16      A   If -- if they measure to three grams
17  precisely each time, then by definition that is a
18  replicable measurement.  But that is not indicated
19  in either of those sections that we reviewed.
20      Q   The next problem that you had with
21  RealTime Lab's testing was that they incubated the
22  samples -- I'm sorry -- incubated the media at
23  body temperature; correct?
24      A   (Nodding.)
25      Q   And why do you believe that was a

119

1   mistake?
2       A   API Recommended Practice 38 states that
3   the medium should be stated -- should be incubated
4   plus or minus five degrees Centigrade of the
5   collection temperature.
6       Q   Okay.
7       A   And I could not find anywhere that the
8   collection temperature had been recorded.
9       Q   Okay.  And do you know what the
10  temperature of the collection -- you don't know
11  what the temperature of the collection environment
12  was; correct?
13      A   I do not.
14      Q   Okay.  And do you know that the samples
15  were not collected by RealTime Labs; they were
16  collected by a separate entity?
17          MR. AYALA:  Hold on.  Just I object to
18  the form, and it assumes facts not in evidence.
19  BY MR. WARWICK:
20      Q   On the -- if you look at the front of
21  RealTime Lab's report --
22      A   Right.
23      Q   -- Exhibit F, it says right here the
24  samples were collected by Skyetec, Inc.
25      A   Okay.

120

1       Q   Do you see that?
2       So as you sit here right now, you just don't
3   know what the temperature was at the collection
4   site; correct?
5       A   I do not.
6       Q   Okay.  And so you don't know, as you sit
7   here today, whether or not the collection
8   temperature site could have been within
9   five degrees of body temperature?
10          MR. AYALA:  Hold on.  Objection.  Calls
11  for speculation.
12      A   I don't know what the collection
13  temperature was.
14  BY MR. WARWICK:
15      Q   Okay.  And so why was it inappropriate
16  that they incubated it at the temperature -- why
17  RealTime Labs incubated it at the temperature that
18  they choose -- that they chose?
19      A   Okay.  Liquid cultures -- the one thing
20  you can count on with liquid cultures is you can
21  get -- the temperature you choose, the medium you
22  choose, everything that you select determines the
23  outcome of your experiment.  You can have two
24  different incubation temperatures and get very
25  different results, maybe not just -- if the only

121

1   thing you're looking at is turbidity, maybe
2   they'll all turn turbid at different temperatures;
3   but that doesn't mean you're growing the same
4   organisms, because there are some organisms that
5   very narrow temperature ranges.
6       Q   Okay.
7       A   So selecting an incubation temperature
8   is extremely important.  And to select body
9   temperature, without any mention of why it was
10  selected, is -- is hard to figure out for a
11  reviewer.
12      Q   Okay.  In your research of Sulfobacillus
13  thermosulfidooxidans, were you were you able to
14  determine that that particular bacteria will grow
15  at body temperature, but it would not grow at room
16  temperature?
17          MR. AYALA:  Objection.
18      A   I do not know that.
19  BY MR. WARWICK:
20      Q   Okay.  Do you have any opinion one way
21  or another whether the temperature between room
22  temperature being, let's call it, 70 degrees, and
23  a body temperature being 98.6 would have
24  materially affected the growth patterns of
25  Sulfobacillus thermosulfidooxidans?

31  (Pages 118 to 121)

122

1      A   You're getting at the answer, when you
2    should be asking the question, not -- not in the
3    setting here we have today, but you have to go
4    into this being open-minded.
5      Q   Well, I agree.
6      A   And you're selecting -- by -- by
7    choosing media and the incubation temperatures,
8    you're influencing the outcome.
9      So your question should be when you're
10   collecting a sample, what are the organisms that
11   are in this sample in the setting, not what is the
12   temperature that's going to influence
13   Sulfobacillus, because that's unknown to you when
14   you are making that incubation.
15     **Q   But at the same time, if that particular**
16   **variation between 70 degrees and 98 degrees, those**
17   **20 degrees -- if they're not going to make a**
18   **material difference to the growth of the**
19   **Sulfobacillus thermosulfidooxidans bacteria, then**
20   **this is a distinction without a difference, isn't**
21   **it?**
22       MR. AYALA:  Objection.  Argumentative,
23   and lack of foundation.
24   BY MR. WARWICK:
25     **Q   I'm trying to find out how relevant that**

123

1    **small temperature change between 70 and 98.6**
2    **degrees is with regard to that particular**
3    **bacteria.**
4      A   All right.  This is all about a medium
5    and a procedure that was designed for general
6    heterotrophs and sulfate-reducing bacteria, those
7    two, not Sulfobacillus.  Right?  So this
8    difference in temperature, you're assuming, means
9    that you've already made -- I mean, you're talking
10   about a decision that you make when you start to
11   incubate, when you do know the outcome.
12     You know the outcome, and now you're
13   questioning what the difference is and asking me
14   if I understand how 20 degrees influences
15   Sulfobacillus.
16     But this test was not designed specifically
17   for Sulfobacillus.  RP -- API RP 38 was designed
18   for sulfate-reducing bacteria and general
19   heterotrophs.
20     **Q   I understand what you're saying, and I**
21   **agree with that statement.  However, what I'm**
22   **trying to find out is if you draw a distinction**
23   **that this temperature distinction between room**
24   **temperature, plus or minus five degrees, and 98.6,**
25   **body temperature -- if we have to just start over**

124

1    **and redo the whole testing methodology because of**
2    **that distinction of temperature, or whether the**
3    **change in temperature between room temperature and**
4    **body temperature is irrelevant to this particular**
5    **bacteria, then we should go on.  That's all I'm**
6    **trying to figure out.**
7      **If it's really going to kill the bacteria,**
8    **like there's no way it will grow at room**
9    **temperature, well, then, that's a very important**
10   **factor.  But if it doesn't matter between 70**
11   **degrees and 98.6, then I think we need to say it**
12   **doesn't matter with that particular bacteria.**
13       MR. AYALA:  And, again, objection.  It
14   is -- he's assuming facts that are not in
15   evidence.
16     A   All right.  I -- I think I have already
17   said this.  But if -- in your argument, if you
18   knew that you wanted to grow Sulfobacillus and
19   were selecting a temperature that would not impact
20   its growth, you would not have selected this
21   medium.  This medium is at seven.  That organism
22   grows best at an acidic and at a much higher
23   temperature, by the way.
24   BY MR. WARWICK:
25     **Q   Okay.**

125

1      A   So you -- you are selecting for -- you
2    are selecting for organisms when you make these
3    decisions.  And at every step along the way, these
4    decisions are important.  And -- and that's what
5    RP -- API RP 38 says.
6      **Q   Okay.  And I'm -- I'm just trying to get**
7    **to the specific issue.  You're right.  They didn't**
8    **know what they were going to find when they**
9    **started -- when they picked the results, so**
10   **they -- when they chose the media --**
11       MR. AYALA:  Well, objection because it
12   mischaracterizes the witness' testimony.
13   BY MR. WARWICK:
14     **Q   So, you know, you don't know what you're**
15   **going to find when you pick the media.  You pick a**
16   **media, and you do some tests.  And one of the**
17   **distinctions that you said made their test**
18   **methodology improperly and unreliable -- so you're**
19   **saying that they can't -- the judge and the jury**
20   **should not rely on this test.  Okay.  One of the**
21   **reasons you're saying that is because they**
22   **incubated it at body temperature, okay, and --**
23   **because the bacteria that we're worried about in**
24   **this case are those five that were listed,**
25   **including Sulfobacillus.**

32  (Pages 122 to 125)

126

1      A   Well --
2      Q   Well, what I want to know is if this
3  Sulfobacillus will grow just as good or bad, or
4  otherwise, in 70 degrees as it will in 98.6, then
5  is that temperature distinction that you
6  referenced a real issue that the jury should use
7  to say, "No, don't rely on this test"?
8          MR. AYALA: Hold on. Objection. He's
9  again -- he's assuming facts that are not in
10  evidence.
11      A   All right. When you started this
12  test -- and I have said this already today. When
13  you started this test -- you have listed those
14  five organisms, but this test does not appear to
15  have been targeting those organisms.
16      In the discussion that Strauss provided, it
17  appears to be targeting sulfate-reducing bacteria.
18  Sulfate-reducing bacteria. Otherwise, why would
19  you have gone to API Recommended Practice 38?
20      And if -- if at that stage you were targeting
21  those organisms and using this medium, why
22  wouldn't you have grown at the temperature from
23  which these organisms were isolated?
24  BY MR. WARWICK:
25      Q   The question is not whether they could

127

1  have done something different. I'm asking you
2  whether the temperature distinction between 98.6
3  and room temperature will materially affect
4  Sulfobacillus thermosulfidooxidans' ability to
5  survive in that media. Yes or no?
6      A   I don't know, but I do know that
7  RealTime Laboratories maintains this organism.
8  They -- they say in their work that they maintain
9  this organism. They should know that answers.
10      Q   Right. So if they run a control sample
11  and put the -- the bacteria they receive from
12  American Type Culture Control in that media and it
13  comes back positive and they run the same -- they
14  run a control for negative, that means that's a
15  proper procedure for validating a test; correct?
16          MR. AYALA: And, again, hold on.
17  Objection, because there's simply nothing in the
18  RealTime Laboratory reports that reports on a
19  positive or negative control. So it's an improper
20  question.
21  BY MR. WARWICK:
22      Q   You're an expert in this area, and you
23  can answer the question.
24      If they did a -- like you said, you mentioned
25  that they have possession of the bacteria. They

128

1  received that from American Type Culture Control,
2  correct, as far as you know?
3      A   No. It's American Type Culture
4  Collection.
5      Q   Collection. Okay. Well, what is
6  American Type Culture Collection?
7      A   It's a repository.
8      Q   Okay. Repository for what?
9      A   For microorganisms.
10      Q   Okay. And if you want to test a
11  particular microorganism, can you contact them and
12  have them send you a particular organism?
13      A   It's -- it works something like that.
14  You buy it. If you have the licenses for it, you
15  get it. They do not verify the reliability of the
16  organism that you get.
17      Q   And then when you receive it and you
18  want to make sure your test methods or medium is
19  appropriate for the bacteria you've received from
20  American Type Culture Collection, would you run a
21  test for that culture?
22      A   Well, what I know is what our --
23  RealTime Laboratories has given me. And it does
24  not appear, to me, that they have done any of the
25  testing that you have suggested, nor have they

129

1  reported any of the results with positive
2  controls, negative controls.
3      So I have -- I have no basis for answering
4  that question because that information was not
5  provided to me by RealTime Laboratories in these
6  reports. But the standard states --
7      Q   What does the standard state?
8      A   That these should be incubated plus or
9  minus five degrees of the collection temperature.
10      Q   Okay. And that is your basis for saying
11  it was improper, is they didn't follow the
12  standard API RP 38; correct?
13      A   And they didn't justify. There's no --
14  there's no reasoning given for incubating at that
15  temperature.
16      Q   Okay. But that's the sole basis for
17  your opinion that the temperature they chose was
18  incorrect, is that they didn't follow API RP 38
19  and they didn't explain why; correct?
20          MR. AYALA: Objection. Objection.
21      A   Those are two of my objections.
22  BY MR. WARWICK:
23      Q   Okay. You don't have any basis for your
24  statement that they cultured it at the wrong
25  temperature based on whether or not particular

33  (Pages 126 to 129)

130

1  bacteria can grow at that specific temperature;
2  correct?
3       MR. AYALA: Again, objection.
4   A   My -- we are talking about the
5  incubation now. We're not talking about the
6  interpretation of the data you collected later on.
7  BY MR. WARWICK:
8   Q   Right.
9   A   We're just talking about the incubation.
10   Q   Right.
11   A   The problem, from reviewing this as a
12  laboratory procedure, is there -- they didn't
13  follow API, which they cited, and they didn't
14  justify any of the deviations from API.
15   Q   A bacteria that grows in a culture, the
16  end result of the culture test basically says
17  whether you -- it was positive for growth inside
18  the culture or if it was negative for growth
19  inside the culture; correct?
20   A   That's an oversimplification.
21   Q   Okay. The results -- explain why that's
22  an oversimplification.
23   A   If you -- if you do a serial dilution,
24  you have some notion of how far it went. If you
25  use a selective medium, you can say something

131

1  about the contents after a culture test; I had
2  sulfate reducers, I had acid reducers, I had this,
3  if you use a selective medium.
4       If you use a nonselective medium for general
5  heterotrophs, you can't say anything except
6  something grew.
7   Q   Right.
8   A   You can't tell anything about the
9  microorganisms, how many, what kind. They just
10  grew.
11   Q   They just grew. That's what you have in
12  this situation. Is that fair statement of what
13  RealTime Labs did here? They tested it in that
14  medium and just were able to determine that
15  something grew?
16       MR. AYALA: Objection to form.
17  BY MR. WARWICK:
18   Q   Is that how you read it?
19   A   There are no real data here. There --
20  there are no pictures. There are -- in these
21  things you can have weak positives. You can have
22  turbidity at day one, turbidity at day four.
23  There are no raw data here. There are no
24  pictures. There are nothing that would help the
25  interpreter except their interpretation. Their

132

1  interpretations are positives or negatives.
2   Q   Okay. Underneath -- in the RealTime
3  Lab's report, under "Culture" it states under
4  Section 4 -- looking under A4, it says that
5  "Negative controls, as well as known positive
6  controls, are incubated side by side the specimens
7  to ensure quality control of the test procedures."
8   A   Okay. And where are those data?
9   Q   The data, I agree, were not reported;
10  but it does say that they were conducted; correct?
11   A   Yes.
12   Q   Okay.
13   A   But there are no data.
14   Q   Okay. So if you had the supporting data
15  that said negative controls came out negative and
16  positive controls came out positive, would that
17  help support --
18       MR. AYALA: Again, objection. Lack of
19  foundation.
20  BY MR. WARWICK:
21   Q   -- the data?
22   A   It's not here.
23   Q   Okay. The culture that was selected,
24  the culture media that was selected, API RP 38,
25  had been used to search for, as you stated

133

1  earlier, sulfur-reducing bacteria; correct?
2       MR. AYALA: Hold on. Just objection to
3  the form of the question. It's not clear what
4  culture we're talking about, if it's the paper or
5  the drywall.
6  BY MR. WARWICK:
7   Q   Well, we're talking about the general
8  API RP 38 procedure.
9   A   I actually think you misstated it.
10   Q   Okay. Well, let me -- let me state it
11  again.
12       Do you know what the purpose of API RP 38
13  protocol is?
14   A   It is for the enumeration -- the
15  enumeration of sulfate-reducing bacteria in
16  subsurface injection waters and for general
17  heterotrophic bacteria and their counts.
18   Q   And are sulfur-reducing bacteria
19  acidophilic bacteria?
20   A   Okay. I think you are misstating this
21  again.
22   Q   Okay.
23   A   And I just gave you the verbiage that I
24  prefer, and it is "sulfate-reducing bacteria."
25  And you used "sulfur."

34  (Pages 130 to 133)

134

1    Q   I apologize.
2    A   No problem.
3    Q   That's good to point out the
4  distinction.
5        So sulfate-reducing bacteria, are they
6  generally an acidic bacteria?
7    A   In this protocol they are grown at
8  neutral pH, near neutral.
9    Q   That was not my question.
10       My question was:  Are sulfate-reducing
11  bacteria acidic bacteria?  They generally grow in
12  acidic conditions; correct?
13       MR. AYALA:  Objection.
14   A   You and I discussed something very
15  similar to this this morning.  And there are a lot
16  of different sulfate-reducing bacteria, and they
17  grow at different temperatures.  They have
18  different growth requirements, and I -- I think
19  most grow best near neutral pH.  That does not
20  mean there aren't some that could grow in an
21  acidic environment.
22  BY MR. WARWICK:
23   Q   Okay.  And of the five species
24  specifically that were identified later by
25  RealTime Labs, are those considered to be acidic

135

1  bacteria or neutral bacteria?
2    A   They are acidophiles, which means that
3  they like acidic conditions.
4    Q   Okay.  And you stated that the medium
5  that was used by RealTime Labs is nutrient-rich
6  and is capable of growing all organisms that grow
7  with a carbon?
8    A   I do not know precisely what I said --
9    Q   Okay.
10   A   -- but I hope that I did not say all
11  organisms.
12   Q   Okay.  You probably didn't.  The -- I
13  was taking notes quickly.
14       So let's just move back a minute.  So let's
15  talk about specifically the medium that -- that
16  was produced here, because it was based on
17  API RP 38; correct?
18   A   Yes.
19   Q   That medium is generally used for
20  sulfate-reducing bacteria; correct?
21       MR. AYALA:  Just objection, because
22  there were two different medium used.  So we need
23  to know which one we're talking about.
24  BY MR. WARWICK:
25   Q   Let's talk about the -- well, the media

136

1  was the same.  It was whether it was tested
2  aerobically or anaerobically; correct?
3    A   No.
4    Q   Or one added iron and one didn't?
5    A   No.  Look at Exhibit 6.
6    Q   All right.  I got Exhibit 6.
7    A   Okay.  The medium here is -- this is an
8  undefined medium.  It is supposed to contain beef
9  extract, peptones, sodium chloride, and distilled
10  water.  But, in fact, a nutrient broth was used
11  in -- in lieu of beef extract and peptone.
12   Q   Was that appropriate to use the broth in
13  lieu of beef extract and peptone, in your opinion?
14   A   I don't understand why it was done.  I
15  don't -- as I mentioned, in my opinion, it is very
16  hard to follow the logic.  And -- and one problem
17  with the logic is why cite a standard, why cite
18  API RP 38, if you're going to use something else?
19  So that's -- that's just a logic issue --
20   Q   Okay.
21   A   -- right?
22       This medium is -- it's -- it's not defined.
23  It's extremely rich in terms of proteins,
24  carbohydrates.  A lot of bacteria are going to
25  grow in here.

137

1    Q   Okay.
2    A   So it's hard to know -- this is the --
3  this is the medium into which the gypsum drywall
4  was put.
5    Q   Yes.  And just so the record's clear,
6  you're talking about Method 2?
7    A   Method 2.
8    Q   Okay.
9    A   So it's hard to know -- in reading the
10  text, it's hard to know why this was done and what
11  the target organism was, because this is
12  nonspecific.
13   Q   And so if the target organisms were
14  sulfate-reducing bacteria, would that have been an
15  appropriate media?
16   A   Not in my mind.
17   Q   Okay.  Why?
18   A   Because the medium that was designated
19  for sulfate-reducing bacteria is -- is the medium
20  that was designated as No. 1.
21   Q   Method 1?
22   A   Method 1.
23   Q   Okay.
24   A   So if you were going to look for
25  sulfate-reducing bacteria and you were using RP --

35 (Pages 134 to 137)

138

1  API RP 31, why wouldn't you use this medium?
2     **Q   My question was:  If you look at the**
3  **medium used in Method 2 --**
4     A   Right.
5     **Q   -- will that medium grow sulfur-reducing**
6  **bacteria?**
7     A   Sulfate-reducing bacteria.  It isn't
8  clear to me that it will because it's aerobic.
9     Q   Okay.
10    A   This is maintained in an aerobic
11 situation.  You know, we went through that
12 earlier.
13    Q   Sure.
14    A   So the medium is aerobic.
15    Q   Okay.
16    A   I don't -- and it isn't clear to me --
17 they -- they say that the positive for this is
18 turbidity.
19    Q   Okay.
20    A   So you would not have an indication that
21 you had sulfate reduction.
22    **Q   You would just have something growing?**
23    A   You would have something growing, but
24 you won't have any notion of what it is.
25    **Q   Okay.  And is it -- will**

139

1  **sulfur-oxidizing bacteria grow, in your opinion,**
2  **in the Method 2 media?**
3        MR. AYALA:  Objection.
4  BY MR. WARWICK:
5     **Q   Potentially.**
6        MR. AYALA:  Again, objection.
7     A   I -- I mentioned this before.  This
8  would not have been the medium for choice because
9  of the pH --
10 BY MR. WARWICK:
11    **Q   I understand that it may not have been**
12 **your medium of choice.**
13       MR. AYALA:  Hold on.  Finish your
14 answer.  Go ahead.
15    A   Because of the pH and -- and it isn't
16 clear that there is a reduced sulfide here for a
17 sulfide-oxidizing organism.
18    And I have looked at the A -- American Type
19 Culture Collection recommendations for growing
20 Sulfobacillus; and it recommends a low pH, pHs
21 that are five orders of magnitude lower than this,
22 five orders of magnitude.
23 BY MR. WARWICK:
24    **Q   Right.**
25    A   And so it in isn't clear to me that

140

1  spores for acid-producing bacteria would germinate
2  in this medium, and it isn't clear to me that the
3  organisms would grow in this medium.
4     **Q   Okay.**
5     A   I do -- but I do not have data.  And if
6  data were provided -- if RTI knows the answer,
7  they have not provided that to me.
8     **Q   Okay.  Meaning that you don't know**
9  **whether it won't grow in the bacteria.  The pH may**
10 **be better for optimal growth; but you can't say,**
11 **as you sit here today, that sulfur-oxidizing**
12 **bacteria can't grow?**
13       MR. AYALA:  Again, objection.  Lack of
14 foundation.
15    Go ahead.
16    A   And that is not what I said.
17 BY MR. WARWICK:
18    **Q   Okay.**
19    A   I said -- I addressed two issues with
20 logic --
21    **Q   Okay.**
22    A   -- that if you were going to test for
23 SRB, you would not use this medium, and if you
24 were testing for SOB, you would not use this
25 medium.

141

1     **Q   Okay.  My question to you was:  As you**
2  **sit here today, can you tell us, to a reasonable**
3  **degree of scientific certainty, that**
4  **sulfur-oxidizing bacteria cannot grow in that**
5  **medium?**
6        MR. AYALA:  Objection.  Same objections.
7  BY MR. WARWICK:
8     **Q   It's not possible for it to grow?**
9     A   I can tell you that this is not the
10 optimum medium for it.
11    **Q   Okay.  That was not my question.**
12 **My question was:  Can you sit here today and**
13 **say, to a reasonable degree of scientific**
14 **certainty, that Sulfobacillus thermosulfidooxidans**
15 **cannot grow in that media listed in Method 2?**
16       MR. AYALA:  Objection.  Lack of
17 foundation.
18    Go ahead.
19    A   I don't know.  But I have -- I will say
20 this.  I will say this:  In the papers that I have
21 reviewed, the peer-reviewed publications on the
22 growth of this organism, none of those papers grow
23 this organism in a medium that even approximates
24 that.
25

36  (Pages 138 to 141)

142

BY MR. WARWICK:

Q   Have you seen any papers where testing has been done where sulfur-oxidizing bacteria have produced sulfuric acid and thereby changed the pH of the structure that the bacteria was growing in?

MR. AYALA: Hold on. Just object to any question about sulfuric acid. It's well beyond the scope of the complaint and not contained in any timely produced expert reports. It's in violation of the federal rules and the Court's orders.

BY MR. WARWICK:

Q   You can answer the question. You said you did some -- some research and read some papers about testing of the pH in sulfur-oxidizing bacteria.

A   That is not what I said.

Q   Okay. What did you say?

A   I said that I have reviewed papers looking at the growth of Sulfobacillus and the recommendation of the American Type Culture Collection and the medium that is recommended for growth of that organism is done or in testing the organism, none of those media look anything like that.

143

Q   Okay. My question to you, have you seen any papers, research papers, peer-reviewed papers that talk about sulfur-oxidizing bacteria, generally, that was growing in cement, specifically, that was able to change the pH of its own environment by the production of acid?

MR. AYALA: Again, same objection, continuing objection.

A   I have not reviewed those papers on cement in a while. But the environment in which those organisms are growing is acidic, and they can further make it more acidic the point that it deteriorates the concrete. But I do not know that they can grow in concrete at -- when their environment is seven.

BY MR. WARWICK:

Q   Do you know that it definitely can't grow if their environment is seven?

MR. AYALA: Objection. Objection. Lack of foundation, and objection to the form.

A   I'm comfortable with what I said.

BY MR. WARWICK:

Q   Well, I need you to just clarify it because you said you don't know that it can grow. And that's fine.

144

I'm saying do you know that it can't grow? There's a distinction between the two.

A   I know that it is not the optimum growth condition.

Q   So your answer is no, you don't know --

MR. AYALA: Objection. Asked and answered.

BY MR. WARWICK:

Q   -- that it can't grow?

A   I gave you my answer.

MR. AYALA: It's 12:45. What do you guys want to do?

(There was a discussion off the record.)

THE VIDEOGRAPHER: Here ends Video Recording No. 2. The time is 12:45. We are off the record.

(There was a luncheon recess in the proceedings from 12:45 to 1:39 p.m.)

THE VIDEOGRAPHER: Here begins Video Recording No. 3. The time is 1339. We are on the record.

BY MR. WARWICK:

Q   Okay, Dr. Little. Earlier this morning, prior to lunch, we had talked about some testing that had been done by the U.S. Geological Survey.

145

Do you remember that?

A   Yes.

(There was a discussion off the record.)

(Little Exhibit P was marked.)

BY MR. WARWICK:

Q   Dr. Little, do you recognize that document?

A   I do.

Q   What do you recognize it to be?

A   It is a paper that was authored by Dale Warren Griffin, and the title is "The Use of Epifluorescent Microscopy and Quantitative Polymerase Chain Reaction to Determine the Presence/Absence and Identification of Microorganisms Associated with Domestic and Foreign Wallboard Samples."

Q   Okay. And on the first page, down at the bottom, there's a footnote; and there's a sentence that talked about -- the second sentence reads, "Importantly, CPSC staff provided samples, including several that were among" --

A   Wait a minute. I don't know where you are.

Q   Okay. The Footnote No. 1 at the bottom of page 1.

37 (Pages 142 to 145)

146

1    A   Yes.
2    Q   The second sentence starts with the word
3  "Importantly."  Do you see that?
4    A   Okay.  Yes.
5    Q   Okay.  And it states, "The CPSC staff
6  provided samples, including several that were
7  among the highest hydrogen-sulfide emitters in the
8  Lawrence Berkeley Laboratory report on
9  Small-Chamber Measurements of Chemical-Specific
10 Emission Factors for Drywall."
11     Do you see you see that sentence?
12    A   I do.
13    Q   Do you have an opinion whether the
14 samples that were tested by the USGS then were
15 tested within 24 hours of collection?
16       MR. AYALA:  Objection to the extent that
17 it's beyond the scope of the report.  It's not in
18 her statement.
19 BY MR. WARWICK:
20    Q   That statement appears that the same
21 test that -- the same samples that were tested in
22 this report had previously been tested by Lawrence
23 Berkeley Labs.  Does that appear to be what they
24 were saying?
25    A   Yes.

147

1    Q   Okay.  And if they were previously
2  tested by Lawrence Berkeley Labs and they were
3  waiting for the test results from the emission
4  tests of Lawrence Berkeley Laboratory, then if
5  they had to wait for those test results, it
6  couldn't have been tested within 24 hours; would
7  that be fair to say?
8    A   It seems unlikely.
9    Q   Okay.  Do you believe that the test
10 results then done by -- or the methodologies used
11 by the U.S. Geological Survey are unreliable?
12    A   I think that their interpretation of the
13 data is satisfactory.
14    Q   And if you turn to page 6 of that
15 document, there's a heading in there that talks
16 about direct and culture-based analyses --
17    A   Yes.
18    Q   -- using quantitative polymerase chain
19 reaction.  Do you see that?
20    A   I do.
21    Q   Okay.  And the sulfate-reducing broth
22 that they talk about there in the first
23 sentence -- do you ever know what general pH that
24 sulfate-reducing broth base is?
25    A   I do not.

148

1    Q   Okay.  Are you familiar with that name
2  FLUKA?  Is that the distributor?
3    A   I do not know.
4    Q   Okay.  Do you know -- have you ever used
5  that type of --
6    A   I have never used that medium, no.
7    Q   Okay.  This description at pages 6 and 7
8  talks about the fact that the U.S. Geological
9  Survey did a culture test; correct?  They describe
10 the culture test that was performed, broth base?
11    A   Yes.
12    Q   Okay.  And they talk about -- at the
13 bottom of that first paragraph, it says that the
14 DNeasy Blood and Tissue Kit gram plus positive
15 bacteria extraction protocol was used.  Do you see
16 that?
17     It says DNA was extracted from aliquot, using
18 QIAGEN's DNeasy Blood and Tissue Kit's gram
19 positive bacteria extraction protocol?
20    A   Yes.  What page are we on?
21    Q   We're on page 6, the bottom of the first
22 full paragraph, the last sentence.
23       MR. AYALA:  Okay.  I see it.
24 BY MR. WARWICK:
25    Q   Are you familiar with that protocol, the

149

1  DNeasy Blood and Tissue Kit?
2    A   I am not.
3    Q   Do you have an opinion as to whether
4  that would be an appropriate protocol for
5  culturing bacteria in drywall samples?
6    A   I have not reviewed this to that extent.
7    Q   Okay.  Have you used that -- and then
8  for the rest of that sentence that talks about for
9  SRB-specific qPCR --
10    A   Yes.
11    Q   The rest of that paragraph talks about
12 the fact that they actually did some DNA testing
13 through qPCR on the culture as opposed to on the
14 drywall samples themselves; correct?
15       MR. AYALA:  Well, just object to the
16 underlying term "qPCR."
17    A   And I want to make it clear that they
18 used a medium for SRB and they're using the qPCR
19 for SRB.
20 BY MR. WARWICK:
21    Q   Okay.
22    A   So they grew the organisms in a medium
23 specific for sulfate-reducing bacteria, and then
24 they are looking for those organisms.
25    Q   Right.  And the question is:  They did

38 (Pages 146 to 149)

150

1  do a culture, but then they performed the qPCR on
2  the culture results rather than on the drywall
3  itself; correct?
4      MR. AYALA:  Objection.  Just
5  mischaracterizes the document.
6  BY MR. WARWICK:
7      Q   The first sentence, it reads, For
8  SRB-specific qPCR, a preliminary run, using
9  extract from the positive control, was conducted
10  to obtain standard template for post culture SRB
11  analysis.  Is that what the first sentence reads?
12     A   It is.
13     Q   Okay.  And that means that they did PCR
14  DNA testing on the culture results; correct?
15     A   I believe they also did it on the wall
16  itself.
17     Q   Right.  But they -- they did both.
18     A   Okay.  But I want to make sure that -- I
19  state they -- they grew the SRB in an SRB-specific
20  medium, and then they tested for SRB.
21     Q   I understand.  That's what you said.
22     A   Okay.
23     Q   I'm asking you -- the question is:  They
24  did test the culture results for DNA through the
25  qPCR process; correct?

151

1      MR. AYALA:  And objection to the term
2  "qPCR," because it hasn't been defined.
3      A   Do you want to define it?
4  BY MR. WARWICK:
5      Q   To the extent -- do you understand the
6  term "qPCR"?
7      A   I understand it to be quantitative
8  polymerase chain reaction.
9      Q   Okay.  And that a method of examining
10  for DNA; correct?
11     A   Quantifying.
12     Q   As well as identifying?
13     A   Identifying and quantifying.
14     Q   Right.
15     A   But the "q" is --
16     Q   "Quantifying," right?
17     A   Yes.
18     Q   But it does both.  It identifies a
19  particular bacterium and how much of it is
20  present; correct?
21     A   I don't know that that is true.  This
22  is -- I don't know if -- that it identifies a
23  particular bacterium.
24     Q   Okay.  What do you understand qPCR to
25  identify, then?

152

1      A   They used desulfovibrio desulfuricans, a
2  known SRB, as a positive control, but I don't know
3  if this is a universal probe for SRB.
4      Q   Okay.  If we go back, then, to the --
5  your report --
6      A   May I give you this back, or should I
7  keep it?
8      Q   Yeah.  Let's just leave it here so that
9  we don't get the ones that are marked, because
10  those will be part of the deposition.  The court
11  reporter will take those.  If I mix them up with
12  my stuff, they might get lost.
13      If we go back to your report regarding the
14  DNA testing, which is on page 5 of your report,
15  you discuss several issues that you have with the
16  DNA test that was done by RealTime Labs.  And one
17  thing that you stated is that the DNA testing
18  performed on the five homes produced by National
19  Gypsum are not independent tests on the drywall.
20      What did you mean by that sentence?
21      A   I mean that they did not test the
22  drywall directly.
23      Q   Meaning the -- without a medium as
24  opposed to a medium from a culture?
25      A   I mean that they did not test the

153

1  drywall directly, so any -- and as I said before,
2  when you use a liquid culture medium, you are
3  selecting for specific organisms when you choose
4  the carbon source, incubation temperature.  So
5  you've already preselected the growth of some
6  organisms in that specific medium, so it's no
7  longer independent.  It's related to the
8  wallboard, but it's not independent of it, because
9  you have grown organisms in a culture medium, and
10  the fast-growing ones are going to dominate the
11  population.
12      Q   Okay.  Now, if RealTime Labs had done
13  direct PCR directly on the wallboard and found a
14  specific type of bacteria, would it then be
15  appropriate to check those results through a
16  culture test?
17      MR. AYALA:  Objection.  Lack of
18  foundation.  Calls for speculation.  And that's
19  not contained in any of the RealTime Labs reports,
20  so I object to the question.
21  BY MR. WARWICK:
22      Q   And I realize it's not obtained.  I'm
23  asking you to assume that they did some testing
24  directly on the wallboard samples and found the
25  presence of Sulfobacillus thermosulfidooxidans

39 (Pages 150 to 153)

154

1  directly.
2       MR. AYALA:  Again, object --
3       MR. WARWICK:  Tom --
4       MR. AYALA:  I object to that because it
5  violates the Court's orders.
6       MR. WARWICK:  There's no Court order.
7  BY MR. WARWICK:
8       Q   Do you understand the question?
9       A   I've forgotten the question.
10      Q   Okay.  The question is:  Had RealTime
11  Labs performed PCR testing directly on the drywall
12  samples and obtained a result identifying
13  Sulfobacillus thermosulfidooxidans, you wouldn't
14  have a problem with that result?
15      MR. AYALA:  Again, objection.
16      A   That is not the result I have here.  And
17  as you present that to me, my question is:  If
18  they -- if such a result existed, why isn't it
19  tabled, like these results are, so that there is a
20  comparison so that you could use data to answer
21  your question?  I have no data to answer your
22  question.
23  BY MR. WARWICK:
24      Q   I understand that's your position.  I'm
25  asking about your language in your paper.

155

1       You said that they are not independent tests
2  of the drywall, I think.  I was asking you about
3  if they had done independent tests of the drywall,
4  that would be an appropriate thing for them to
5  have done, in your opinion; correct?
6       MR. AYALA:  Hold on.  Objection.  Asked
7  and answered.
8       A   I think I have answered that.
9  BY MR. WARWICK:
10      Q   I don't think you have.  You simply told
11  me that you thought that they should put -- if
12  they did it, they should have put it in the
13  report.  That's not the question.
14      The question is assume that they did.  Okay?
15  Assume that for me on this question, that they did
16  do that test.  That would be an appropriate test
17  methodology, in your opinion; correct?
18      MR. AYALA:  Objection.  I object to the
19  request that she assume something that is not in
20  the report.  And Rule 26 and the Court's case
21  management orders in this case require it to be in
22  the report.
23      MR. WARWICK:  Tom, I think we gave you a
24  continuing objection.  So we don't need to
25  continually interrupt the deposition.

156

1       Go ahead.
2  BY MR. WARWICK:
3       Q   Do you understand the question?
4       A   I'm a scientist.  I make decisions based
5  on data.  And what I know about direct analysis is
6  that if -- that results get skewed when you have
7  an intermediate step, like culturing.  And that's
8  been demonstrated many times.  And so the -- the
9  best approach is to examine the material directly.
10      Q   If you examine the product directly and
11  find a specific organism and then you perform it
12  again on another sample and find another specific
13  organism directly on the sample material and then
14  you perform it again and you find the same
15  organism, and thereafter you perform a culture
16  test and then you use PCR to look at that culture
17  and now you find the exact same organism you found
18  on the product directly, in that situation, would
19  it be appropriate then to go through and use the
20  culture test to identify that bacteria?
21      MR. AYALA:  Hold on.  Objection.  Asking
22  her to comment on data she hasn't seen.
23      MR. WARWICK:  She's an expert in all
24  these procedures.  She's given a report that says
25  they did everything improper and wrong.  She

157

1  explained why.  I have a right to ask her what
2  they should have done right.
3       MR. AYALA:  She's given her report based
4  on their report, and you're asking him to comment
5  on -- you're asking her to comment on undisclosed
6  data, and I object to that.
7       MR. WARWICK:  She's an expert.  She
8  did -- I can ask her a hypothetical question.
9  She's an expert.
10      MR. AYALA:  It's an improper and
11  unfounded hypothetical.
12  BY MR. WARWICK:
13      Q   Do you understand the question?
14      A   What I understand is that the PC -- the
15  qPCR is not quantifying live organisms.  And as
16  this was outlined in Medium No. 2, as I have
17  already said, I think it is extremely unlikely
18  that the target organism that you have asked me
19  about repeatedly today, ST, could growth in this
20  minimum.  It's extremely unlikely.  And it's
21  extremely unlikely that its spores could
22  germinate.
23      So I repeat that in the work with USGS, they
24  used a medium for sulfate-reducing bacteria and
25  they used a proper primer for sulfate-reducing

40  (Pages 154 to 157)

158

1  bacteria, so...
2      Q   You stated earlier that in your opinion,
3  the best approach for PCR is to test the product
4  itself, the drywall itself; correct?
5      A   Yes.
6      Q   Okay.  My question to you is:  If you
7  have already tested the product itself, then is it
8  also appropriate to follow up and try to find the
9  same bacteria you found in the product itself in
10  the culture results?
11      MR. AYALA:  Same objection.
12      A   If you use an appropriate medium.
13  BY MR. WARWICK:
14      Q   You said that it's highly unlikely that
15  it would grow inside the medium that was chosen
16  under Method 2 by RealTime Labs; correct?
17      MR. AYALA:  Objection to form.  It
18  just -- just hasn't clarified which bacteria.
19  BY MR. WARWICK:
20      Q   The ST bacteria.
21      A   I think it's highly unlikely, incubated
22  at 37 degrees at a pH of seven.
23      Q   Do you recall -- earlier you stated that
24  when you get an organism -- an organism from
25  American Type Culture Collection -- it comes to

159

1  you in what form, like when you get the material?
2      A   It can come in different formats.
3      Q   Okay.
4      A   You can get it freeze-dried.  I'm trying
5  to think.  I think most of the organisms that we
6  have ordered, we have gotten as a freeze-dried
7  vegetative cell.
8      Q   Okay.  And when you get those reports,
9  they come with kind of a data sheet that explains
10  the bacteria that you're receiving; correct?
11      A   I don't know that it explains it.  It
12  items how to provided revive it.
13      Q   Okay.  And when it talks about reviving
14  it, it talks about a specific temperature you
15  should revive it at or -- I think they call it a
16  medium temperature.  Do you recall that?
17      A   A medium temperature?
18      Q   Yes.
19      A   I don't remember that.
20      Q   Is it you don't recall one way or
21  another or that --
22      A   I know that there's an optimum
23  temperature.
24      Q   Okay.  And if the American Type Culture
25  Collection provided a an optimum temperature for

160

1  that bacteria, would you follow it?
2      A   In my laboratory?  Yes.
3      Q   Do you know what the American Type
4  Culture Collection data sheet for ST bacteria
5  states as the appropriate medium temperature for
6  ST bacteria?
7      A   I believe it's 55C.
8      Q   Would it surprise you to know that -- if
9  it was -- you would disagree that it would be 35C?
10      A   I think that is extremely unlikely.
11      Q   I'm going to show this to you.  I
12  realize it's on iPad.  It's one of those documents
13  I didn't have in my possession.  If you'll look at
14  that document, it's a Sulfobacillus-based bacteria
15  from American Type Culture Control.
16      MR. AYALA:  And I object because the
17  witness is entitled to a paper copy, and that
18  hasn't been marked as an exhibit.
19  BY MR. WARWICK:
20      Q   Right.  I'm just seeing if you recognize
21  that type of document.  Does that look -- appear
22  to be the type of document that comes from
23  American Type Culture Collection?
24      MR. AYALA:  Objection.
25

161

1  BY MR. WARWICK:
2      A   Yes.
3      Q   Okay.  Do you see on there where it
4  talks about temperature for that bacteria?
5      A   This is not your bacterium.
6      Q   Okay.  It is a Sulfobacillus-based
7  bacteria; correct?
8      A   It is a Sulfobacillus, but it is not a
9  thermophile.
10      Q   Okay.  It's for which bacteria
11  specifically?
12      A   It's blank.
13      Q   In your report under "DNA testing," you
14  also state, in the third paragraph under "DNA
15  testing," that there are two fundamental problems
16  with any interpretation of these data.  And then
17  it says, "Detection of DNA does not mean the
18  target organism was alive."  Is that the first
19  reason?
20      A   Yes.
21      Q   Okay.  And what's the second reason in
22  that paragraph?
23      A   DNA from dead cells can be detected.
24      Q   So those are the two reasons?
25      A   No.

41 (Pages 158 to 161)

162

1    Q   Okay.  Got two fundamental problems.  I
2  could understand the first one.  What's the second
3  fundamental problem?
4    A   Okay.  DNA from dead cells can be
5  detected is an amplification of alive.  Don't you
6  see?
7    Q   Right.  Okay.
8    A   The second point is the enzymes from
9  Thiobacillus ferrooxidans, described in Cooper,
10  et al., 2010, have not been reported for
11  Sulfobacillus.
12    Q   Okay.  And just to be clear, for
13  Sulfobacillus thermosulfidooxidans --
14    A   I'll let you say that.
15    Q   Okay.  Let's take those two.  If you
16  take the DNA of the -- say through PCR, you're
17  examining DNA through PCR, and you take it of the
18  material itself, is there a higher --
19    A   What material?
20    Q   Okay.  Well, let's talk about this case.
21  Okay.  So you said the proper way to do DNA
22  testing was on the drywall itself; correct?
23    A   Right.
24    Q   That's the most -- best approach?
25    A   That's right.

163

1    Q   Okay.  If you take it on the drywall
2  itself, is there a higher likelihood or lower
3  likelihood that you'll find the presence of dead
4  cells?
5    A   What did you say?  Start all over.
6    Q   No problem.  We talked about using PCR
7  to search the DNA of the drywall directly to see
8  if there's any bacteria DNA present, as the best
9  approach; correct?
10    A   (Nodding.)
11    Q   Okay.  Now, if you used that approach,
12  would you be more likely or less likely to find
13  dead cells than if you used PCR to identify the
14  culture results?  Do you see what I'm saying?
15    A   I see what you're saying.  And I'm going
16  to go back to this medium.  I -- I do not
17  think that -- I think it is extremely unlikely
18  that ST will grow in this medium.  So you can add
19  dead cells or you can add spores that wouldn't
20  germinate, and I think the likelihood that you
21  would find dead cells is the same.
22    Q   And here's why I ask.  If you have a
23  vial and it has some growth in it from the
24  culture, it's turned black, you insert a needle
25  and you withdraw 15 milliliters of liquid from

164

1  that culture material and then you test for the
2  DNA from that culture material, aren't you testing
3  the live bacteria that's been cultured, whatever
4  it is?
5    MR. AYALA:  Objection.  Argumentative.
6    Go ahead.
7    A   For one thing, this medium is never
8  going to turn black.
9  BY MR. WARWICK:
10    Q   What if it did?
11    MR. AYALA:  Sorry.  Sorry to interrupt.
12  For the record -- you say "this medium."  Just to
13  make sure the record is clear about what we're
14  talking about --
15    THE WITNESS:  Perfect.
16    A   The medium into which the core was taken
17  and from which the PCR data were extracted is the
18  medium to which you are referring, and it is never
19  going to turn black.  You said it turns black and
20  so I pull it out.
21    So this is a fundamental difference between
22  the work that was done by USGS and the work that
23  was done here, because the work that was done by
24  USGS actually grew the organisms in a medium that
25  was meant for SRB; and then they did the PCR,

165

1  qPCR, for sulfate-reducing bacterium.  Bacteria.
2  Sorry.
3    Here you've -- you've put drywall into a
4  medium in which it is extremely unlikely that your
5  target organism is going to grow; but it is
6  extremely likely that if you have spores or dead
7  cells, you could transfer them to the medium and
8  still detect dead cells.
9    Because something is growing in here, you
10  cannot assume that it is the ST.  In fact, the
11  medium is extremely unlikely to support the growth
12  of the ST.
13  BY MR. WARWICK:
14    Q   That's why you do the PCR, to determine
15  if it has the DNA specific for ST; correct?
16    A   But there's a very -- there's a vital
17  missing step in there.  You never demonstrated
18  that ST were growing in here.  You just detected
19  some DNA from ST that could be from dead cells or
20  spores that did not germinate.
21    Q   Okay.  Do you know what the detection
22  limit for PCR is?
23    A   I do not, and that was not included in
24  the report.
25    Q   Okay.  Well, generally, as a general

42 (Pages 162 to 165)

166

1  methodology of PCR, do you know that when you put
2  it through the -- when you put the material that
3  you've extracted from the culture test into a PCR
4  process, would you agree that there is additional
5  liquid added?
6       MR. AYALA: Objection to form.
7  BY MR. WARWICK:
8       Q  If you know.
9       A  I don't know. I don't know to what
10 you're adding liquid.
11      Q  Let me back this up. Have you,
12 yourself, done qPCR assays for bacteria?
13      A  No.
14      Q  Okay. Are you an expert in qPCR?
15      A  No.
16      Q  Okay. On what basis is your background
17 and education specific to qPCR?
18      A  I have these analyses performed for me,
19 as I told you, routinely at the University of
20 Oklahoma.
21      Q  Okay. And --
22      A  And I've reviewed a vast literature on
23 techniques using direct samples from the
24 environment and samples that have gone through
25 culture. So I think that qualifies me to have the

167

1  kind of comments that I have.
2       Q  Okay. But you, yourself, do not
3  routinely perform qPCR testing in your laboratory?
4       A  I do not.
5       Q  So the procedure for -- if you look at
6  the RealTime Lab's report that you have in front
7  of you there on page 4 --
8       A  Are the pages numbered?
9       MR. AYALA: No.
10 BY MR. WARWICK:
11      Q  I don't believe they are.
12      A  Okay. Okay.
13      Q  Okay. And the paragraph starts with
14 "Powdered." Do you see the word "powdered" there,
15 the second paragraph down?
16      A  I do.
17      Q  It says, "Powdered samples were
18 extracted by tree treatment with proteinase K in
19 lysis solution in the presence of silica beads for
20 B beading. A set of volume of internal control
21 GEO spores were introduced to all sampling,
22 including the negative control. All samples were
23 incubated at 55 degrees C for one hour and 72
24 degrees C for 15 minutes and then finally further
25 subjected to a second lysis solution."

168

1       What's the purpose of the lysis solution in
2  that test methodology?
3       A  You're lysing the cells to get the DNA
4  out.
5       Q  Okay. And then the next sentence says,
6  "After ethanol addition, the samples were placed
7  into spin columns containing the silica filter.
8  DNA in the mixture was bound to the silica filter,
9  washed several times to remove contaminants, and
10 eluded from a spin column filter by utilizing a
11 low-salt solution."
12      Do you know whether or not the washing
13 process or the addition of a low-salt solution
14 will dilute the samples at all?
15      MR. AYALA: Objection.
16      A  Dilute what in the samples?
17 BY MR. WARWICK:
18      Q  I have notes that I have documented
19 here. I'm not reading the email. I'm trying to
20 understand.
21      If there are dead cells growing in the --
22 dead cells aren't growing. If there are dead
23 cells present in the medium when you extract it,
24 isn't that possibility -- does it always make all
25 qPCR subject to that same problem, potential that

169

1  you're -- you're detecting dead cells?
2       MR. AYALA: Objection to the term
3  "qPCR."
4       A  There are techniques -- in fact, you
5  will find these in my papers, with other people
6  having done the work. But there are techniques to
7  look at RNA instead of DNA, and RNA has a longer
8  lifetime. So you often see that there are probes
9  for RNA rather than DNA. So there are ways to get
10 at, whether you're measuring live or dead; and RNA
11 is one of the techniques that is frequently used.
12 That just was not done here.
13 BY MR. WARWICK:
14      Q  Right. And I'm just talking about your
15 statement that detection of DNA does not mean that
16 the target organism is alive.
17      That is going to always be the case with the
18 use of qPCR techniques; correct?
19      MR. AYALA: Hold on. Objection to the
20 term "qPCR."
21      A  It is a problem with qPCR directed at
22 DNA.
23 BY MR. WARWICK:
24      Q  Okay. So in your opinion, is qPCR
25 directed at DNA inherently flawed?

43 (Pages 166 to 169)

170

1       MR. AYALA:  Objection.
2    A   No.  My goodness, my goodness, my
3  goodness.
4  BY MR. WARWICK:
5    Q   But you state here that the reason we
6  can't rely on this data is that the detection of
7  DNA does not mean the target cell is alive and DNA
8  cells can be detected.
9    Okay.  So I thought you just said that that
10  is a potential for any PCR testing of
11  culture-based, you know, results through qPCR.
12    A   Okay.  You are grossly misunderstanding
13  or repeating what I said.
14    Q   Okay.
15    A   I said nothing about this being a
16  limitation to culture techniques.
17    Q   Okay.
18    A   It is a problem, a real problem, with
19  analysis of DNA in environmental samples.  It is a
20  particular problem here because you do not have a
21  medium and you didn't do the drywall and you have
22  a medium in which it is unlikely that you are
23  growing your target.
24    Q   Right.  In fact, I think you said it
25  didn't turn black, was the words you used earlier.

171

1    A   Okay.  We -- we need to look at six and
2  go through this very carefully, because six is
3  never going to turn black.  This is a medium for
4  aerobic microorganisms.  The one that could
5  potentially turn black is Medium 1.  Medium 2 is
6  never going to turn black.
7    Q   Okay.
8       MR. AYALA:  For the record, that's
9  Exhibit 6 to Exhibit Y.
10  BY MR. WARWICK:
11    Q   So the lab technicians, the people at
12  RealTime Labs, that are -- stated -- if they
13  stated it did turn black, are they're mistaken?
14    A   Look, look, it says here -- it says
15  presence of turbidity is the positive for bacteria
16  for this medium in which they put the gypsum
17  drywall.
18    I don't know who says what.  But this Medium
19  No. 1 that was used for the paper is the one that
20  could potentially turn black because this Medium
21  No. 1 is specific for sulfate-reducing bacteria.
22    Medium No. 2 -- Method No. 2 is meant for
23  heterotrophic bacteria.
24    Q   Okay.
25    A   General heterotrophs.

172

1    Q   Okay.  And if they're present and
2  something there is growing, what will happen to
3  the -- to the medium?
4    A   It will get turbid.  It won't turn
5  black.
6    Q   Turbid.  It won't turn black.
7    It would just -- could you give me more
8  explanation to "turbid," in your experience?
9    A   I can tell you my experience on
10  turbidity, and I can tell you that I can't tell
11  you anything about RTI's experience with turbid
12  because there are no data.  They just gave you the
13  bottom-line interpretation, positive or negative.
14    But when back grow in a medium, they cause a
15  certain kind of cloudiness; and usually in a
16  system like this that isn't shaken, the turbidity
17  will start at the bottom and the cells will grow.
18  And if you swirl it, there will be some -- like a
19  string.  And the -- the longer the growth takes
20  place, the more turbid that medium gets, meaning
21  that you can't see through it.
22    These white to iridescent to yellow,
23  depending on the organisms, may be gray,
24  discoloration will take place; and sometimes you
25  have to swirl to see the turbidity.

173

1    Q   So the RealTime Lab test results, being
2  positive for turbidity, simply show that there's
3  some bacteria growing within the medium; correct?
4    A   Right.  And, remember, this is a very
5  rich medium.  Fungi will grow in here.  It's
6  nonselective, fungi, bacteria.
7    Q   So, then, if you take the -- but you're
8  sure that Sulfobacillus thermosulfidooxidans is
9  not growing in Method 2 medium?
10    A   What I said was, it is extremely
11  unlikely.
12    Q   But they -- you also realize that
13  RealTime Lab's PCR testing did detect
14  Sulfobacillus thermosulfidooxidans in the samples
15  from the culture; correct?
16       MR. AYALA:  Objection.
17    A   I do realize that.  And I reiterate:
18  They did -- that -- that does not necessarily mean
19  that they had live cells.
20  BY MR. WARWICK:
21    Q   But it also doesn't necessarily mean
22  they had dead cells.
23    A   That is a problem with interpreting the
24  data.  And when you're conducting these tests, you
25  cannot -- you cannot interpret them in your favor.

44  (Pages 170 to 173)

174

1    You have to be open to the possibility -- I mean,
2    that's what science is all about, is keeping your
3    eyes open and looking at all the possibilities.
4        And one possibility in interpreting these
5    data is that the DNA is from dead cells.
6        **Q   And another possibility, from**
7    **interpreting the data, that the DNA is from live**
8    **cells; correct?**
9            MR. AYALA: Objection.
10       A   That is the alternative, but there is no
11   proof.
12   BY MR. WARWICK:
13       **Q   There's no proof that there's dead --**
14   **they're dead cells either; correct?**
15       A   Let me -- may I read my opinion?
16       **Q   Sure.**
17       A   My opinion says, "The detection of DNA
18   does not mean that the target organism was alive.
19   DNA from dead cells can be detected." That's my
20   opinion.
21       **Q   Right. I'm just clarifying that your**
22   **opinion also is that DNA from live cells can be**
23   **detected; correct?**
24       A   DNA from live cells can be detected. It
25   is extremely unlikely that the target organism

175

1    that you chose could grow in this medium.
2        **Q   In your opinion?**
3        A   In my opinion.
4        **Q   Do you have a peer-reviewed paper that**
5    **states specifically that it cannot grow in that**
6    **medium?**
7        A   No. But I have not seen a peer-reviewed
8    paper, as I mentioned before, that indicates that
9    it would grow.
10       **Q   And we talked right before the break**
11   **about sulfur-oxidizing bacteria affecting the pH**
12   **of its environment. Do you remember that?**
13       A   I do.
14       **Q   Okay. And are you aware that there's**
15   **been papers in which sulfur-oxidizing bacteria**
16   **have effectively changed the pH of its environment**
17   **by the production of acid; in particular, sulfuric**
18   **acid?**
19           MR. AYALA: Objection.
20   Go ahead.
21       A   I am aware of that. I am also aware of
22   work in acid mine drainage where the chemical
23   reactions decrease the pH to a certain point and
24   it has to get to that point, like a pH of four,
25   before the -- the oxidizing organisms will start

176

1    to grow and they further decrease the pH.
2        But the pH in the beginning is governed by
3    chemical reactions because they are so much
4    faster, and these organisms will not grow in those
5    environments until they get to a certain pH.
6    BY MR. WARWICK:
7        **Q   So just for clarification, you would**
8    **agree that sulfur-oxidizing bacteria have been**
9    **shown to be able to affect the pH in their own**
10   **environment?**
11           MR. AYALA: Objection. Asked and
12   answered.
13   BY MR. WARWICK:
14       **Q   Correct?**
15       A   I think I have answered that.
16       **Q   Well, I need to you clarify it, please.**
17       A   All right. These organisms have pH
18   optima, and their optima are pH two to one. And
19   often chemical reactions, particularly in acid
20   mines, will decrease the pH because the chemical
21   reactions are faster, will decrease the pH to the
22   point that these organisms can take over the
23   oxidation and further decrease the pH. So...
24       **Q   Your last sentence here under the "DNA"**
25   **section states that the enzymes from Thiobacillus**

177

1    **Ferrooxidans, described in Cooper, et al. have not**
2    **be reported for Sulfobacillus**
3    **thermosulfidooxidans.**
4        **What did you base that statement on?**
5        A   The -- for one thing, I haven't found a
6    single paper that indicates that Sulfobacillus can
7    actually use hydrogen sulfide to produce sulfuric
8    acid. I have references that it can use a gold
9    arsenic pyrite.
10       But the -- the reactions that were reported
11   for the Thiobacillus Ferrooxidans seemed -- well,
12   they reported for that organism; and you can't
13   make the assumption that those enzymes are in your
14   Sulfobacillus.
15       **Q   You didn't find any other papers or**
16   **reports that would lead you to believe the same**
17   **enzyme would be produced by --**
18       A   I did not.
19       **Q   -- the ST?**
20   **Have you had a chance to review Dr. Myatt's**
21   **report in this case?**
22       A   I did not.
23       **Q   You did not. Okay. Are you familiar**
24   **with Dr. Myatt?**
25       A   I only know his name.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 (212)705-8585

178

1    Q   Okay.
2    A   So I'm -- no.
3    Q   Did you know his name before this
4  case --
5    A   No.
6    Q   -- or you just knew about him from this
7  case?
8    A   Just from this case.
9    Q   In his report at page 12, he states that
10 the enzyme test that -- he's not specific to SRB.
11 It's just a short sentence, so I'll read it:  The
12 enzyme test used by the plaintiffs' expert detects
13 an enzyme, adenosine 5-phos -- phoso --
14    A   Phospho.
15    Q   -- phosphosulfate reductase.  This
16 enzyme is common to most strains of SRB.  However,
17 it can also be found in sulfur-oxidizing bacteria
18 that are not capable of producing H2S.  And he
19 cites two papers referring to sulfur-oxidizing
20 bacteria.
21    Do you have any reason to disagree with
22 Dr. Myatt that the enzymes that were mentioned
23 here, the adenosine 5-phos --
24    A   Pho.
25    Q   -- phosphosulfate can also be produced

179

1  by sulfate-oxidizing bacteria?
2    A   I agree with that.
3    Q   You agree with that.  But not specific
4  to ST bacteria?
5    A   I do not know the answer to that.  The
6  APS is found, as far as we know, in all SRB and in
7  some -- in some SOB.  But it's not obligatory.
8    Q   Okay.
9    A   In fact, that's the way Odom describes
10 it, Odom in 1991.  He describes it as possible,
11 but not obligatory.
12    Q   Okay.  Let's talk about the corrosion
13 test that was done by RealTime Labs.  In your
14 report at the bottom of page 5, it talks about
15 corrosion.  What was the problem with the
16 procedure done by RTL with regard to the corrosion
17 tests?
18    A   My main complaint or criticism --
19 criticism -- is that they didn't look at the final
20 product to confirm that it had anything to do with
21 a reaction with sulfur.
22    Q   Meaning they -- they didn't do what?
23    A   EDS -- we mentioned this before.  You
24 asked me what tests could have been.  They didn't
25 do -- an EDS would tell you if sulfur reacted with

180

1  the surface, and a more sophisticated XRD.
2    Q   Right.  All they did was give you a
3  visual result, whether it turned black or not.
4    A   As --
5      MR. AYALA:  Objection.  Go ahead.
6    A   Actually, they did not do that.
7  BY MR. WARWICK:
8    Q   Okay.  What do you understand that they
9  did?
10    A   They provided the same picture in every
11 single report as an example of oxidized -- and
12 I've forgotten the other term, but they did not
13 put in the report the actual images from each
14 test.
15    Q   Okay.  But they gave you a result of
16 whether it was positive or negative; correct?
17    A   They gave the interpretation of positive
18 or negative.
19    Q   And do you understand that their
20 interpretation was it was closer to the darkened
21 example than the nondarkened example?
22      MR. AYALA:  Objection.  Calls for
23 speculation.
24    A   What example?
25

181

1  BY MR. WARWICK:
2    Q   The picture they gave was an example of
3  what they believed to be oxidized copper wire on
4  the left.  It was dark -- darker in color;
5  correct?  Exhibit --
6    A   This is the example that is with every
7  one.
8    Q   Right.  Okay.  And if you look at that
9  example, the one on the left is obviously darker
10 than the one on the right; correct?
11      MR. AYALA:  Objection.
12 BY MR. WARWICK:
13    Q   In color.
14    A   It is a different color.
15    Q   Okay.  Right.  And it appears to be
16 darker, or black, in that picture?
17    A   Right.
18    Q   And you know from the description that
19 the wire is copper wire; correct?
20      MR. AYALA:  Objection.
21    A   It is labeled as copper wire.
22 BY MR. WARWICK:
23    Q   Okay.  And you know that generally
24 copper wire is copper color; correct?
25    A   Yes.

46 (Pages 178 to 181)

182

1    Q   And shiny?
2    A   (Nodding.)
3    Q   As appears the one on the right in that
4    picture; correct?
5        MR. AYALA:  Objection.
6    A   What I know is that that new copper wire
7    is bright and shiny.
8    BY MR. WARWICK:
9    Q   Okay.
10   A   What I also know is that copper wire can
11   be derivatized by a lot of chemicals and produce a
12   range of colors.
13   This test was not conducted like any of the
14   other tests were.  The wallboard was crushed.
15   Water was added, which meant that there was a lot
16   of oxygen; and then it was incubated at 39 degrees
17   C for a period of time.
18   And that's all I know except the
19   interpretation that the wires darkened.  That
20   doesn't tell you anything about the chemistries.
21   Q   But it does tell you something happened
22   to turn it dark; correct?
23   A   It doesn't tell you what.
24   Q   Well, but it does tell you whether it
25   turned dark for not; would that be fair to say?

183

1        MR. AYALA:  Objection.  Calls for
2    speculation.
3    A   It -- it really doesn't even tell you
4    that.  What it tells you is that the technician
5    that did the work interpreted it as darker.
6    BY MR. WARWICK:
7    Q   Right.
8    A   But there are no pictures that were
9    included.
10   Q   Okay.
11   A   So...
12   Q   You have to trust technician?
13   A   You have to trust the technician's
14   interpretation.
15   Q   So other than it wasn't -- the corrosion
16   test wasn't specific enough regarding the testing
17   of the wire afterwards, regarding whether it was
18   copper oxide or copper sulfide corrosion or any
19   other type of corrosion, what else was -- were
20   there any other --
21   A   Criticisms?
22   Q   -- criticisms of that test?
23   A   I don't believe this crushed board with
24   addition of water has -- incubated at 39 degrees C
25   has anything to do with a situation that could be

184

1    maintained in a home.
2    I -- I note in my report that there were no
3    controls with -- copper wire was incubated with
4    water at 37 degrees C in a bag without wallboard.
5    No thickness measurements were made.  That's sort
6    of the same thing.  No verification that the
7    change in color was related to sulfur compounds,
8    and no description of this discolored --
9    discoloration was reported other than it was a
10   discoloration.  And then I further note that the
11   color of copper-reaction product cannot -- cannot
12   be used to conclude chemistry.
13   Q   The thing that no controls were run on
14   copper samples exposed to water, would it have
15   been appropriate, in your opinion, for them to run
16   control samples of known corrosive drywall in the
17   same situation with the same amount of water in a
18   bag to determine whether they came up with
19   positive?  Would that be a good control sample?
20   A   No.
21   Q   And why not?
22   A   Until you analyze the discoloration and
23   describe it, you really do not know what happened.
24   And so a different sample could introduce a whole
25   new reaction that has nothing to do with what

185

1    happened here.
2    Q   Okay.  So the blackening could be from a
3    variety of different circumstances?
4    A   It could.
5    Q   Did National Gypsum provide you with any
6    photographs of the corrosion in the plaintiffs'
7    homes in this case?
8        MR. AYALA:  Just objection to the lack
9    of foundation to the characterization in the
10   question.
11   A   I have -- I have reports from the homes,
12   and there are pictures in them.
13   BY MR. WARWICK:
14   Q   And do you know whether those pictures
15   were taken by National Gypsum experts or
16   plaintiffs' experts, if you recall?
17   A   I believe they were taken by plaintiffs'
18   experts.
19   Q   Does the Skyetec report sound familiar?
20   A   No, it does not.
21   Q   Did you -- do you recall viewing those
22   photographs for evidence of blackening of copper
23   wires?
24   A   No.
25   Q   So you don't recall one way or another

47  (Pages 182 to 185)

186

1    whether you saw blackening of copper wires?
2        A    I -- I don't recall the details about
3    the reports, the images.  I just don't recall
4    details.
5        Q    Okay.  Do you recall whether the
6    Consumer Product Safety Commission has identified
7    blackening of copper wires as one of the factors
8    to be considered by a consumer to determine
9    whether or not they may have a problem with what
10   the CPS calls "problem drywall"?
11       A    What I recall is that there is a
12   hierarchy of considerations, and that corrosion
13   cannot be interpreted independently as diagnostic
14   for problem drywall.
15       Q    Okay.  All right.  Well, let's go back
16   then and talk about the enzyme test that was done
17   by RealTime Labs.  Prior to your work in this
18   case, have you had any experience with the test
19   methodology described as the Rapid Check II SRB
20   test method?
21       A    I have had some experience with it.
22       Q    And what was your experience?
23       A    When it was first developed at DuPont, I
24   had the product in my lab; and I'm sure we used
25   it.  I also wrote a paper comparing the different

187

1    techniques for looking at sulfate-reducing
2    bacteria, and this kit was in that report.
3        Q    And what is the scientific basis for the
4    Rapid Check II, kind of the foundation of the
5    test?
6        A    The enzyme is present, as I said, in all
7    sulfate-reducing bacteria; and so the enzyme is
8    extracted and quantified.  And there's a color
9    chart within the kit that allows you to compare
10   the color in your unknown with a color chart to
11   derive a known.
12       Q    A known bacteria or a known quantity?
13       A    Known quantity.
14       Q    And the darker the color, the higher the
15   quantity, generally; correct?
16       A    Right.  There's a little caveat in that
17   this test -- the color will keep darkening with
18   time, so you have to be very careful to stop it at
19   a certain time.
20       Q    And I believe that time is ten minutes;
21   correct?
22       A    Could be.
23       Q    Whatever the time is, it's set forth in
24   the instructions that came with the test kit?
25       A    Right.

188

1        Q    Okay.  And you, therefore, agree that
2    the test kit for the Rapid Check II comes as a
3    complete kit from the manufacturer; correct?
4        A    I don't have any experience with
5    ordering it from the manufacturer, but that is my
6    understanding.
7        Q    Okay.  And you mentioned earlier that
8    the enzyme that the test -- first of all, the
9    enzymes would not be present if the bacteria that
10   you're looking for were dead; correct?
11            MR. AYALA:  Objection.
12       A    That's probably true.
13   BY MR. WARWICK:
14       Q    And so one of the reasons that this test
15   is used is to determine not only whether the
16   bacteria was ever there, but whether you have live
17   bacteria present that could potentially cause a
18   problem in the industry; is that right?
19            MR. AYALA:  Objection.  Object to the
20   form.
21   BY MR. WARWICK:
22       Q    Let me back up.  Do you know what the
23   Rapid Check II SRB test kit -- what industry that
24   test is commonly used in?
25       A    The oil field.

189

1        Q    And do you know what they use it in the
2    oil industry for?
3        A    Actually, let me back up and say --
4    I'd -- I would like to -- I would like to amplify
5    my last answer.
6        Q    Okay.
7        A    I do not know that it is routinely used
8    in the oil field.  I know that it was designed for
9    the oil field, but I really do not know that it is
10   used there.
11       Q    Okay.  But you don't -- when you say you
12   don't know, you don't know one way or another.  It
13   could be used all the time, but you just don't
14   know?
15       A    I don't see it in papers related to
16   research in oil field situations.  I can't
17   remember the last time I saw it.  But I -- I do
18   not know how widely it is used.  But it was
19   designed for petroleum -- waters in petroleum
20   situations.
21       Q    Right.  And it's designed to be used
22   like in the field, as opposed to by scientists in,
23   like, a studies-type setting.  It's used in the
24   field; correct?
25       A    It is Rapid Check.  It is Rapid Check.

48  (Pages 186 to 189)

1  And it has the advantage over culture techniques
2  that you can extract and get an answer.
3      Q   And so as you sit here today, it could
4  be used often in the petroleum industry from a
5  standpoint of, you know, actually industry use
6  versus papers and other sources of information?
7      MR. AYALA:  Objection.  Lack of
8  foundation.
9      A   I don't know.
10 BY MR. WARWICK:
11     Q   And earlier I read that section from
12 Dr. Myatt's paper that said some SOBs also
13 produced the same enzymes that would be detected
14 in the Rapid Check II test method.  Correct?
15     A   That is correct.  His language is very
16 specific.
17     Q   Right.  It just says "could"?
18     A   It says it's not obligatory and that it
19 can occur.
20     And I wish that my memory were better because
21 it specifies the kind of sulfur-oxidizing bacteria
22 in which this could be a possibility.
23     Q   When you say "it specifies," what
24 specifies?
25     A   The paper, Odom.

1      Q   Odom?
2      A   Odom, 1991.
3      Q   Is that paper listed in your --
4      A   It is not.
5      Q   Do you know if that's the same Professor
6  Odom, Dr. Odom, that's an expert in this case?
7      MR. AYALA:  That's -- that's not --
8  that's a different person.  There's no Odom who's
9  an expert in this case.
10     A   And I hope I have that citation right.
11 BY MR. WARWICK:
12     Q   Okay.  And the Rapid Check II system
13 has -- is appropriate for testing both liquid
14 materials and solid materials; correct?
15     A   Right.
16     Q   And you stated that -- does the protocol
17 say it's more accurate if it's done on, you know,
18 liquid versus solid material?
19     MR. AYALA:  Hold on.  Just objection
20 because the document speaks for itself.  He hasn't
21 shown it to her.
22 BY MR. WARWICK:
23     Q   If you recall.
24     A   As you pointed out, Rapid Check can be
25 used for quantification.  So if you wanted to use

1  the material -- the check, and wanted to quantify,
2  you would use the material directly, not cultured,
3  because once you inject the drywall -- once you
4  put the drywall into that medium, you're getting
5  growth and so all -- all of those possibilities
6  are lost.  Do you -- if you extract from the
7  original material, then you have some notion of
8  what you had in the original material.
9      Q   But this particular test is designed,
10 unlike the standard culture media, which we talked
11 about earlier which is designed for a broad base
12 of different bacteria -- this specific test is
13 made to identify enzymes specific to
14 sulfur-reducing bacteria; correct?
15     MR. AYALA:  Objection to the term.
16     Go ahead.
17     A   It's meant for sulfate-reducing
18 bacteria.
19 BY MR. WARWICK:
20     Q   Okay.
21     A   Okay.
22     Q   And some forms of sulfur-oxidizing
23 bacteria?
24     A   It's not meant for them.
25     Q   Okay.

1      A   It's not meant for them.  It's meant for
2  sulfate-reducing bacteria, and they are an
3  interference.
4      But back to my point, it's not just to say
5  yes or no.  It's about how many, how much.  And to
6  do that, you -- if you're interested in the
7  liquid, you should use the liquid directly; or if
8  you're interested in the solids, you should use
9  the solid directly.  But when you put the solid in
10 a liquid and grow the organism, you've lost that
11 ability.
12     Furthermore, you've got a test for
13 sulfate-reducing bacteria; and the medium that was
14 tested was this Medium No. 2.  That's an aerobic
15 medium.  That's never going to -- that's not meant
16 for sulfate-reducing bacteria.  That's the medium
17 that was tested with Rapid Check.
18     Q   Okay.  Do you know whether they tested
19 only that medium, or did they test the medium from
20 the first method as well?
21     A   I have read the Sutton deposition --
22     Q   Okay.
23     A   -- and I believe that question was
24 asked --
25     Q   Okay.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

194

1      A   -- and I do not understand the answer
2  because the answer may be that they mixed the two
3  media.
4      Q   Okay.  What if they did that?  What if
5  they had taken 1.5 milliliters from the paper
6  media, Method 1 media, and 1.5 milliliters from
7  the Method 2 media, and put them in a vial and
8  then use them to identify whether the enzymes
9  identified through the Rapid Check II system were
10  present in that combined media?
11      MR. AYALA:  Objection.
12  Go ahead.
13  BY MR. WARWICK:
14      Q   Would that be appropriate?
15      A   It would be not be appropriate.
16      Q   Why?
17      A   And what isn't appropriate is to use
18  methodology that's tested, that's true, and then
19  adapt it in some way that is illogical so that
20  it's -- it's impossible to follow the logic.
21      So it is -- it is hard to understand why you
22  would run Rapid Check on a -- on a medium that
23  you've incubated aerobically, that doesn't have
24  the possibility of being a positive for
25  sulfate-reducing bacteria.

195

1      Q   But some sulfur-oxidizing bacteria grow
2  aerobically, or all of them do; correct?
3      MR. AYALA:  Just objection to the lack
4  of foundation and the mischaracterization.
5      A   Let me just read what they -- why they
6  said they did --
7  BY MR. WARWICK:
8      Q   Just answer the question first, which
9  is, is -- let's be more specific -- is
10  Sulfobacillus thermosulfidooxidans an aerobic
11  bacteria?
12      A   Yes.
13      Q   And as you sit here today, can you tell
14  me whether Sulfobacillus thermosulfidooxidans
15  produces the type of enzymes would be identified
16  by the Rapid Check II system?
17      A   I cannot.  I do not -- I think it is
18  unlikely.  I think it is extremely unlikely.
19      Q   So it's unlikely that they produce the
20  same type of enzyme?
21      A   I think it is extremely unlikely they
22  produce APS reductase.
23      Q   Okay.  What do you base that on?
24      A   The phraseology of Odom and the
25  limitation he put on the sulfur-oxidizing bacteria

196

1  that could potentially have the APA -- APS
2  reductase.
3      But I'm just going to -- I'm just going to
4  read you the motivation.  They say that they use
5  the Rapid Check SRB enzyme test.  There's no
6  mention in here at all of SOB, the rationale for
7  running this enzyme test.
8      Q   Okay.
9      MR. WARWICK:  Let's go off the record.
10  (There was a discussion off the record.)
11      THE VIDEOGRAPHER:  Here ends Video
12  Recording No. 3.  The time is 1455.  We are off
13  the record.
14  (There was a recess in the proceedings.)
15      THE VIDEOGRAPHER:  Here begins Video
16  Recording No. 4.  The time is 1516.  We are on the
17  record.
18  BY MR. WARWICK:
19      Q   Dr. Little, a little while ago you
20  mentioned that you reviewed the deposition
21  testimony of Sam Sutton; is that correct?
22      A   Yes.
23      Q   And did you review his entire deposition
24  or portions of it?
25      A   I reviewed the entire deposition.

197

1      Q   Did you review the section where
2  Mr. Sutton states that he personally did DNA --
3  PCR testing on the drywall material itself?
4      A   I don't recall that.  And --
5      MR. AYALA:  Just object to the form of
6  that.
7  BY MR. WARWICK:
8      Q   Why don't you go ahead.
9      A   And why isn't that in the report?  I'm
10  not asking the questions, but why isn't that in
11  the report?  Is that in the deposition?
12      Q   Well, if you read the deposition, I was
13  wondering if that would -- would that be something
14  that was interesting to you --
15      MR. AYALA:  Objection.
16  BY MR. WARWICK:
17      -- if he said that?
18      MR. AYALA:  Objection.
19      A   I would be interested in it if it were
20  in the report.
21  BY MR. WARWICK:
22      Q   Okay.  So if he said it in his
23  deposition, you weren't interested?
24      A   I haven't reviewed it.  It isn't in my
25  opinion.  It isn't part of my opinion.  I reviewed

50  (Pages 194 to 197)

198

1   the materials that I presented.
2       Q   Prior to reaching your opinion.  You
3   testified earlier that for your deposition today,
4   one of the things you reviewed was Sam Sutton
5   deposition testimony; correct?
6       A   I did.
7       Q   Okay.  But you just can't recall whether
8   or not he stated in his deposition that he tested
9   the drywall material itself rather than the
10  culture for DNA testing?
11          MR. AYALA:  And objection to the form
12  with respect to the term -- the undefined term
13  "the drywall material."
14      A   I do not recall that from his
15  deposition.
16  BY MR. WARWICK:
17      Q   Do you recall Mr. Sutton testifying
18  about the amount of material that was used to
19  conduct the culture tests by RealTime Labs?
20      A   I do not.
21      Q   Do you recall him testifying towards the
22  end of his deposition with regard to the control
23  methodologies that were used by RealTime Labs?
24      A   I do not.  Again, I -- I do know that
25  that information was not in the report.

199

1       Q   Dr. Little, do you realize that now that
2   you've had a chance to review additional
3   information, including Sam Sutton's deposition
4   testimony, you have an opportunity to change any
5   opinions in your report?  You realize you have
6   that opportunity?
7           MR. AYALA:  Objection.  Calls for
8   speculation.
9       A   I do not know.  I hadn't thought about
10  that.
11  BY MR. WARWICK:
12      Q   Okay.  Based on what you read in Sam
13  Sutton's deposition testimony, would you change
14  any of the opinions in your report?
15      A   I am certainly not prepared to answer
16  that right now.
17      Q   When did you receive a copy of Sam
18  Sutton's deposition?
19      A   I don't remember.
20      Q   Was it last night, or was it a week ago
21  or -- generally?
22      A   It was not last night.
23      Q   Okay.
24      A   Perhaps a week ago.
25      Q   Did you have a chance to review the

200

1   deposition testimony of Dr. David Strauss?
2       A   I did.
3       Q   And how much -- did you receive his
4   entire deposition?
5       A   I did.
6       Q   And did you read the section where
7   Dr. Strauss states that he believes that the
8   corrosion is caused by sulfur-oxidizing bacteria?
9           MR. AYALA:  Hold on.  Just objection.
10  Mischaracterizes the testimony.  And I object to
11  asking her about the testimony without showing her
12  a complete version of the document.  And I just
13  make an objection about sulfur-reducing bacteria.
14  Sorry.  Sulfur-oxidizing bacteria.
15  BY MR. WARWICK:
16      Q   Let me rephrase it.
17  Dr. Little, did you recall Dr. Strauss
18  discussing, towards the end of his deposition,
19  pathways for corrosion involving sulfur-oxidizing
20  bacteria?
21          MR. AYALA:  Same objection.  Again,
22  mischaracterizes the testimony.
23      A   I read his deposition, and I read it in
24  its entirety.  I would not have characterized his
25  testimony as describing pathways for corrosion.

201

1   BY MR. WARWICK:
2       Q   Okay.  Do you recall where he stated
3   that he believed the Sulfobacillus
4   thermosulfidooxidans bacteria was oxidizing the
5   hydrogen sulfide, if at all?
6           MR. AYALA:  Same -- objection as to
7   form, and mischaracterizes the testimony.
8       A   What I remember -- what I recall is
9   that Dr. Strauss said that he had read the
10  McCarthy report and that he had had grave concerns
11  about the hypothesis that sulfate-reducing
12  bacteria could cause enough hydrogen sulfide to
13  cause the corrosion that Brucker had reported.
14      He then went on to describe a situation that
15  I -- as I remember it, he described it as a
16  general situation, and not a situation in
17  particular to any one home or one scenario, and
18  that it involved sulfuric acid, but that he did
19  not have pathways and he did not delineate a clear
20  mechanism for corrosion related to
21  microbiologically produced sulfuric acid.  That is
22  my recollection of the testimony.
23  BY MR. WARWICK:
24      Q   Have you reviewed the other National
25  Gypsum reports, or any other National Gypsum

51 (Pages 198 to 201)

202

1  reports, that report on the presence of hydrogen
2  sulfide in the plaintiffs' homes based on
3  well-water testing that was done?
4      A   Repeat the question.
5      Q   Okay.  Have you reviewed or are you
6  aware of testing that was done by National Gypsum
7  through their other experts regarding the well
8  water within the plaintiffs' homes?
9      A   I am aware of measurements related to
10  well water.
11      Q   And are you aware of measurements
12  related to hydrogen sulfide being emitted from the
13  well water?
14      A   I don't know that I am, no.
15      Q   Are you aware of any expert opinion --
16  so -- let me rephrase it.  So you said you were
17  aware of some testing that was done regarding well
18  water; correct?
19      A   Yes.
20      Q   Did you review a report on that, or are
21  you just generally aware?
22      A   I have seen the -- I believe they're HSA
23  reports --
24      Q   Okay.
25      A   -- for the homes.

203

1      Q   What do you recall they determined with
2  regard to hydrogen sulfide?
3      A   After turning the -- in a quiescent
4  home, there is essentially zero in the air.  They
5  turn on the water in the bathrooms, and the
6  concentration goes up in those areas.  The
7  concentration of hydrogen sulfide goes up in those
8  areas.
9      Q   Okay.  And there were -- certainly it
10  goes up beyond -- above the reporting limits for
11  hydrogen sulfide; correct?
12      A   What does "reporting limits" mean?
13      Q   The amount per million so -- or parts
14  per million.  So were they -- I think five parts
15  per million would be the reporting limit for those
16  test results.
17      A   Whose reporting limits?
18      Q   Just in general.
19          MR. AYALA:  Objection.  It
20  mischaracterizes the HSA reports.
21          Go ahead.
22  BY MR. WARWICK:
23      Q   Do you recall any of the amounts that
24  were reported by the HSA reports for hydrogen
25  sulfide?

204

1      A   They were in parts per billion, and I
2  don't remember the exact numbers.
3      Q   Okay.  Is it possible for Sulfobacillus
4  thermosulfidooxidans to oxidize hydrogen sulfide?
5          MR. AYALA:  Just objection to the form.
6  Objection generally.
7          Go ahead.
8      A   I think I stated earlier I don't know
9  that it can oxidize hydrogen sulfide.  I do not
10  have a single literature citation.
11  BY MR. WARWICK:
12      Q   Do you have a single literature citation
13  that says it does -- it cannot?
14      A   I'll tell you what I have; and that is,
15  a listing of sulfur-oxidizing bacteria and the --
16  the sulfides that they can reduce and -- for
17  example, not all Thiobacilli can -- can oxidize
18  hydrogen sulfide.  Some can; some can't.  So
19  that's specified in this chart.  And next to
20  Sulfobacillus for hydrogen sulfide, there is a
21  bank.  So that's the extent of my knowledge.
22          In other sulfides there will be a yes or an
23  indication that it can oxidize those sulfides; but
24  for hydrogen sulfide, it's just a blank.
25      Q   And that's for all Sulfobacillus

205

1  bacteria, the genus together, or specifically to
2  the ST bacteria?
3      A   Okay.  It is for -- it's a listing, and
4  it is for Sulfobacillus as a genus.
5      Q   What article or book were you looking
6  at?
7      A   Yeah.  Yeah.  It's a metallurgy book.
8  And I just looked at it the other day.  I didn't
9  bring it with me.  I just noticed it.
10          May I get you a proper reference?
11      Q   Sure.  Do you remember the author?
12      A   It might be Brierley.  He might be the
13  editor.
14      Q   But that book wasn't mentioned in your
15  report; correct?
16      A   No.
17      Q   Okay.  Yes, I'd appreciate if you send
18  Tom that book.
19          Are you aware that sulfur-oxidizing bacteria
20  generally, including Sulfobacillus -- let me ask
21  you this way:  Are you aware of any other names
22  that the specific bacteria Sulfobacillus
23  thermosulfidooxidans is known by?
24      A   No.
25      Q   Are you aware of a request to have ST

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585



206

1    bacteria reclassified?
2        A   No.
3        Q   Are you aware that it actually has been
4    reclassified under the name Alicyclobacillus or
5    under the genus Alicyclobacillus?
6            MR. AYALA:  Objection.  Could you say
7    that again, too, because I --
8            MR. WARWICK:  Sure.
9            THE WITNESS:  And spell it.
10           MR. AYALA:  I'm sure the court reporter
11   will appreciate it.
12           MR. WARWICK:  I'm sure she would.
13           THE WITNESS:  And then let me say it.
14   BY MR. WARWICK:
15       Q   I say Alicyclobacillus, and it's spell
16   A-L-I-C-Y-C-L-O-B-A-C-I-L-L-U-S.  It's in the
17   middle of the page.  How would you pronounce that?
18           MR. AYALA:  Are you going to mark it as
19   an exhibit?
20           MR. WARWICK:  I'm just going to have her
21   pronounce it, say it correct way for the court
22   reporter.
23           THE WITNESS:  Maybe I won't.
24           MR. WARWICK:  Here, I got a copy, Tom.
25   Go ahead and mark this, please.

207

1        (Little Exhibit 3 was marked.)
2    BY MR. WARWICK:
3        Q   So there's no confusion, I think I'm
4    going to pronounce this Alicyclobacillus.  Does
5    that sound about right?
6            MR. AYALA:  Object to the form.  I need
7    to object to the form of that question.
8    BY MR. WARWICK:
9        Q   I'm not asking you to read the whole
10   paper.  I was just -- I needed to know if you've
11   seen that paper before.
12       A   I have not.
13       Q   If you look at the very end of the
14   paper, it talks about an amended description.
15       And just to clarify, you haven't seen any
16   other studies -- when you did your research on the
17   ST bacteria you talked about before -- you said
18   you did some general research -- did you happen to
19   look for any research regarding the genus
20   Alicyclobacillus --
21       A   I did not.
22       Q   -- that's referenced in this paper?
23       And if you look at the top, this appears to
24   be a 2005 paper; correct?
25       A   Yes.

208

1        Q   Do you have any understanding whether
2    the American Type Culture Collection has formerly
3    known Sulfobacillus thermosulfidooxidans listed as
4    both Sulfobacillus thermosulfidooxidans and
5    Alicyclobacillus?
6        A   I would have no insight into that.
7        Q   Have you ever worked on or worked on
8    any Alicyclobacillus bacteria under --
9        A   No.
10       Q   Okay.  Are you aware of Alicyclobacillus
11   characteristics generally?
12       A   No.
13       Q   Are you aware that Alicyclobacillus
14   genus bacteria are known to have caused problems
15   in the fruit juice industry?
16           MR. AYALA:  Objection.  Lack of
17   foundation.
18       A   (Nodding.)
19   BY MR. WARWICK:
20       Q   I wouldn't think so.
21       A   No.
22       Q   And are you aware that one of the
23   characteristics of Alicyclobacillus -- if you look
24   at that end paragraph there, it talks about the
25   temperature growth range is broader minus 20 to

209

1    70 degrees C.  Do you see that --
2            MR. AYALA:  Just --
3    BY MR. WARWICK:
4        Q   -- underneath the section that says
5    "Amended description of the genus
6    Alicyclobacillus"?
7            MR. AYALA:  Objection to the form.
8    Objection because she doesn't have --
9        A   Put your finger on it.
10   BY MR. WARWICK:
11       Q   Sure, no problem.  Right here under
12   the --
13       A   Okay.
14       Q   -- amended description, it talks about
15   the temperature range.  And it says -- that
16   paragraph is on the last page of the document,
17   which looks to be page 55, or whatever article
18   this was in, and it states that "The description
19   of the genus Alicyclobacillus should be
20   supplemented with the following phenotype
21   characteristics:  Temperature growth ranges
22   broader minus 20 to 70 degrees C."  Do you see
23   that?
24       A   I do see that.  That is for the genus.
25       Q   Right.

53 (Pages 206 to 209)

210

1   A   That is not for particular species.
2   Q   Right. Okay.
3   A   So...
4   Q   And if you have a statement regarding
5 the genus generally, then everything listed
6 underneath that genus, would you expect it to have
7 those same properties?
8   A   I don't interpret this that way. And
9 you know that I am seeing this document for the
10 first time?
11   Q   Absolutely.
12   A   But the way I interpret this is, there
13 is a new genus that includes several species. The
14 genus now has been expanded. The temperature
15 range of all the species in the genus falls within
16 this span; but within a particular species, you
17 could have a very narrow --
18   Q   Okay.
19   A   -- range, is the way I interpret this.
20   Q   Fair enough.
21   A   So I haven't read this entire article.
22 Does -- is there a one-to-one assignment? That
23 is, is the new organism still thermo -- does it
24 still have the same species name, just a new genus
25 name?

211

1   Q   Well, I would have to ask you. If you
2 don't know, then that's the thing I --
3   A   I'm seeing this for the first time.
4   Q   Yeah, right. And that's why -- I don't
5 expect you to answer any questions regarding it.
6   A   Okay.
7   Q   I was just wondering if you had seen it
8 before --
9   A   No.
10   Q   -- and knew whether or not the -- one of
11 the species we're looking at had been
12 reclassified.
13   A   I'm going to return this to you before I
14 take it.
15   Q   There you go. Thank you.
16   I'm going to now show you -- go back to
17 Dr. Strauss' testimony. I asked you in your
18 experience in your -- that's how we got off the
19 subject, was if you knew whether ST bacteria could
20 oxidize hydrogen sulfide.
21   And you stated that you hadn't seen any
22 papers stating that it could; correct?
23   A   That's right.
24   Q   Were you able to do any research -- I
25 think I know the answer -- I just need to clarify

212

1 it for the record -- regarding any
2 reclassification of the species that was formerly
3 known as Sulfobacillus thermosulfidooxidans if it
4 is now under an Alicyclobacillus genus? Did you
5 do any -- you, likewise, don't know anything
6 regarding the ability of that reclassified
7 bacteria to oxidize hydrogen sulfide; correct?
8   MR. AYALA: Objection to the form.
9   Go ahead.
10   A   I have not seen any specific indication
11 that the reclassified organism can oxidize
12 hydrogen sulfide.
13 BY MR. WARWICK:
14   Q   Okay. And other than the one chart that
15 had a space in the chart -- in the column for
16 hydrogen sulfide, have you seen other papers that
17 say specifically Sulfobacillus
18 thermosulfidooxidans, or its alternate genus
19 classification, cannot oxidize hydrogen sulfide?
20   MR. AYALA: Objection to the form of the
21 question.
22   Go ahead.
23   A   I have not seen that. What I have seen,
24 the papers that I have seen discussing
25 Sulfobacillus, have it growing on gold arsenic

213

1 pyrite.
2 BY MR. WARWICK:
3   Q   How many papers have you seen with
4 regard to that?
5   A   With that I believe there are two.
6   Q   As a general statement about sulfur --
7 sulfur -- sulfur-oxidizing bacteria, generally
8 speaking, sulfur oxidizing bacteria are known to
9 oxidize sulfites; correct?
10   MR. AYALA: Object to form.
11   Go ahead.
12   A   In general, that is the case; but within
13 all of the oxidizers, there is specificity. There
14 is specificity as to temperature optimum and
15 reduced sulfide that can be oxidized.
16 BY MR. WARWICK:
17   Q   Okay. And when the sulfide is oxidized,
18 what is it oxidized to?
19   A   Sulfate.
20   Q   And how do you get from sulfate to
21 sulfuric acid?
22   A   It -- sulfate is the oxyanion on the
23 acid. So it's -- it's hydrogen sulfate or
24 sulfuric acid.
25   Q   Those two things are the same

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

214

1   chemically, hydrogen sulfate and sulfuric acid?
2       A   Sulfuric acid is H2S04, and sulfate is
3   SO4. So it's -- they -- they are not the same
4   thing.
5       But I answered you in a very general way.
6   You asked me to come back and be more specific.
7       Q   Okay.
8       A   And it is sulfuric acid.
9       Q   Are you familiar with the research that
10  has been done regarding wastewater treatment
11  plants and corrosion caused by microbial oxidation
12  or -- I'm sorry -- microbial corrosion?
13          MR. AYALA: Objection. Beyond the
14  scope.
15      A   You would have to be more specific for
16  me to -- I am aware that wastewater treatment
17  plants have microbiologically influenced corrosion
18  problems, but I don't know to what you're
19  referring specifically.
20  BY MR. WARWICK:
21      Q   Okay.
22      A   I mean, these are material-specific,
23  organism-specific.
24      Q   Okay. Are you aware that
25  sulfur-oxidizing bacteria can corrode the concrete

215

1   sewer pipes?
2       A   I --
3           MR. AYALA: Objection.
4       Go ahead.
5   BY MR. WARWICK:
6       Q   Do you have any experience in that area?
7       A   I have -- I have reviewed the literature
8   on that, and I understand the full sulfur cycle
9   that is involved in that.
10      Q   Right. And if you could, just briefly
11  explain the full cycle -- sulfur cycle that is
12  involved in that process.
13      A   In a sewer?
14      Q   Yes.
15      A   The problem with sulfur-oxidizing
16  bacteria in sewer is the following: The sewers
17  are most often not filled with water. They're
18  only partially filled. So the water at the bottom
19  is full of organic material. And there are
20  anaerobic zones in this organic-rich water where
21  sulfate-reducing bacteria reduce the sulfate to
22  hydrogen sulfide. The hydrogen sulfide is
23  converted to a gas. The gas makes its way to the
24  crown of the sewer, where the sulfate-reducing --
25  where the sulfur-oxidizing bacteria inhabit. They

216

1   oxidize the hydrogen sulfide to sulfuric acid.
2   The -- the concrete is basic, essentially; and the
3   acid degrades the concrete.
4       Q   Okay. If the concrete is basic, then
5   how do the sulfur-oxidizing bacteria grow there if
6   they only grow in an acidic environment?
7       A   Organisms that live in communities make
8   their own niches.
9       Q   What do you mean by that?
10      A   What do I mean by that? Microorganisms
11  don't occur -- if they're growing and if they're
12  carrying out metabolic processes, they do not
13  occur singly. They build communities. And most
14  communities on surfaces are called biofilms. And
15  in a biofilm, the -- cells make up just a
16  fraction of the volume. So you could have
17  microorganisms that make their own niche within a
18  biofilm that could be isolated from the bulk
19  medium or isolated from the substratum in some
20  cases.
21      Q   When you say they make their own niche,
22  you mean they're able to survive within that
23  environment?
24          MR. AYALA: Objection.
25      A   They are able to survive and grow in

217

1   that environment.
2   BY MR. WARWICK:
3       Q   Okay. And one of the ways that
4   sulfur-oxidizing bacteria survive and grow in that
5   environment is that they effectively change the pH
6   to a pH they like better, by producing their own
7   acid; correct?
8           MR. AYALA: Objection to form.
9       A   Not having made these measurements --
10  like I said, I've reviewed the literature, and I
11  know the cycle. And I know the work of Islander,
12  I-S-L-A-N-D-E-R, who actually used, in the subways
13  of LA, Alka-Seltzer to neutralize the acid
14  produced by the microorganisms. But I do not know
15  the pHs in those environments.
16          MR. WARWICK: Could I have this marked?
17      (Little Exhibit 4 was marked.)
18  BY MR. WARWICK:
19      Q   Dr. Little, I realize you're just now
20  getting this document; so I don't expect you to
21  read through the whole thing and be prepared to
22  testify on it.
23      If you notice, that this paper appears to be
24  from the Applied Environmental Microbiology. Are
25  you familiar with that publication?

55 (Pages 214 to 217)

218

1    A   I am.
2        MR. AYALA:   All right.   And I object to
3    the use of this document, too, because it relates
4    to sulfur-oxidizing bacteria, which is beyond the
5    scope of the report.
6    BY MR. WARWICK:
7        Q   Let me just clarify this.   When you
8    first received the reports from RealTime Labs and
9    they listed specific bacteria, those five specific
10   bacteria that were in the RealTime Lab's reports,
11   did you understand those to be -- at the time you
12   read the report, did you understand those to be at
13   that time sulfur-oxidizing bacteria?
14       A   Yes.
15   BY MR. WARWICK:
16       Q   The -- if you'll look at the second page
17   of this document, the third line down starts with
18   the sentence "In sewer systems."
19       A   Yes.
20       Q   Do you see that?
21       I'm going to read into the record, just so we
22   have something to discuss that's -- so I don't get
23   anything wrong, actually.
24       In sewer systems in wastewater treatment
25   facilities where high concentrations of hydrogen

219

1    sulphide, moisture, and oxygen are present in the
2    atmosphere, the deteriorization --
3    deterioration -- sorry -- of concrete is caused
4    mainly by biogenetic acid; i.e., sulfuric acid.
5    It is known as microbially induced concrete
6    corrosion, MICC.   The biogenic acid is generated
7    by various microbial species and complex
8    mechanisms.   The general mechanism for the
9    sulfuric-acid-caused corrosion of the sewer
10   systems had been described in the literature.   In
11   the first step, hydrogen sulfide is produced by
12   sulfur-producing bacteria under anaerobic
13   conditions in sewer pipes.   This hydrogen sulfide
14   enters the sewer atmosphere by volatilization and
15   dissolves in the condensate on the sewer crown.
16   Finally, sulfur-oxidizing bacteria oxidized the
17   dissolved H2S and other sulfur compounds to
18   sulfuric acid and corrodes the concrete.
19       Okay.   Would you agree with that general
20   explanation?   It's very close to what you did off
21   the top of your head.
22       MR. AYALA:   And object -- just
23   objection.
24       A   It is very close to what I said except
25   that I'm not sure you read sulfate-reducing

220

1    bacteria.   I think you read sulfur-reducing
2    bacteria.
3    BY MR. WARWICK:
4        Q   I apologize if I did.
5        A   No problem, no problem.   But apart from
6    that --
7        Q   Okay.   You would with that statement,
8    that explanation?
9        A   Yes.
10       Q   Okay.   If you'll then go to the back of
11   this paper, get to the results -- and it's on
12   page -- it says page 6 of 15 at the top, in the
13   right-hand corner.
14       A   I'm getting there.   Okay.
15       Q   There's a little paragraph there that
16   says Figure 1, and then underneath it --
17   underneath that box, it states, "The initial pH of
18   the new concrete surface was about 12 and
19   gradually decreased to 8.2 within the initial 56
20   days.   Thereafter, the pH decreased further to
21   about 1.6 by day 102 and remained in this range."
22       Now, earlier I had asked you whether you
23   would agree that sulfur-oxidizing bacteria could
24   affect its environment by producing acid and lower
25   the pH.

221

1        Does this document refresh your recollection,
2    or is this consistent with your understanding of
3    the procedure that sulfur-oxidizing bacteria can
4    go through to -- to essentially make the pH in its
5    environment more suitable to its growth?
6        MR. AYALA:   Objection.
7        A   (Nodding.)
8    BY MR. WARWICK:
9        Q   Now -- okay.   If -- in your explanation
10   earlier, you talked about the sewer pipes not
11   being full of sewage and that the lower part
12   produces the hydrogen sulfide because it's an
13   anaerobic environment; correct?
14       A   Because it is anaerobic, it is loaded
15   with water, and it is organic-rich.
16       Q   Okay.   But for the sulfur-oxidizing
17   bacteria to grow, they don't have to be under
18   water; correct?   They just have to be in the
19   presence of moisture?
20       MR. AYALA:   Objection.
21   BY MR. WARWICK:
22       Q   Is that correct?
23       A   No, that is not correct.
24       Q   Okay.
25       A   I think the sewer crowns are wet.

56  (Pages 218 to 221)

222

1    Q   Okay.  It has to be wet to the touch?
2    A   They have to be wet.
3    Q   Okay.  Let's say that the testing that
4  was done by National Gypsum regarding the hydrogen
5  sulfide being --
6        (There was a pause in the proceedings.)
7        MR. WARWICK:  Do you want to take a
8  break?
9        MR. AYALA:  Just one second.
10        MR. WARWICK:  Go off the record.
11        THE VIDEOGRAPHER:  The time is 1554.  We
12  are off the record.
13     (There was a discussion off the record.)
14        THE VIDEOGRAPHER:  The time is 1559.  We
15  are on the record.
16  BY MR. WARWICK:
17     Q   Dr. Little, the section I just read out
18  of the paper entitled "Succession of
19  Sulfur-oxidizing Bacteria in the Microbial
20  Community on Corroded Concrete Sewer Systems" --
21  do you understand that's basically the same
22  microbial-influenced corrosion that Dr. Strauss
23  believes is happening in the plaintiffs' homes?
24        MR. AYALA:  Just objection to form.
25  Objection.

223

1  BY MR. WARWICK:
2    Q   Per his testimony.
3    A   No, I did not understand that.  For one
4  thing, the sewer is organic-rich, a lot of
5  organics.  I don't know what the sulfur -- sulfate
6  concentration is.  I know that the sulfate
7  concentration is high in the drinking water in
8  Florida, but I don't know how those two things
9  compare.
10     But equally important is in a sewer system,
11  there's a spacial relationship between the sulfide
12  that's being produced and getting it to the
13  organisms that can oxidize it.
14     Q   Okay.
15     A   I mean, it's a straightforward spacial
16  relationship.
17     And what I did not get from Dr. Strauss'
18  deposition was -- you said pathways, but I did not
19  get any notion of how the microorganisms, hydrogen
20  sulfide, and -- how any of that could exist, nor
21  did I get any notion of how -- where
22  microorganisms could get enough water -- the
23  sulfur-oxidizing bacteria could get enough water
24  to grow.
25     Q   Well, let's look at that, because if the

224

1  testing done by National Gypsum has shown that the
2  water when it's turned on in a shower produces
3  large amounts of hydrogen sulfide, wouldn't that
4  provide the hydrogen-sulfide source that's being
5  provided in the example situation in the sewer
6  systems from the sulfur-reducing bacteria?
7        MR. AYALA:  Objection.
8    A   Okay.  One of the things I want to make
9  clear is I read this -- I read what Dr. Strauss
10  had to say in his deposition, but I have not gone
11  through this theory nor -- in fact, I wouldn't
12  even call it a theory.  I would have called it --
13  the way he stated it as conjecture.  And it was
14  as -- I got the notion that he was
15  extemporaneously talking through this while an
16  attorney -- and I -- I don't even remember which
17  attorney was asking questions, but he could not --
18  he did not at that time provide enough information
19  for me, nor was there time for me to go through
20  this, whatever was there, in a systemic way but
21  I -- so I have not developed an opinion about
22  this.
23     But I would like to answer the question that
24  you just posed with an approach that would have to
25  be taken.  And my concerns are the following, just

225

1  based on what you said:  You turn the tap on.
2  Hydrogen sulfide comes out.  That hydrogen sulfide
3  comes out of that water quickly.  That hydrogen
4  sulfide can then react, also very quickly, with
5  oxygen in the air.  It has a very short lifetime
6  in the air.  It also has -- it also can react with
7  copper very quickly.  So whatever concentration
8  comes out of the water has two quick reactions
9  before anything else can happen.  That much, I
10  understand.
11     The -- the other considerations, I really
12  have not thought about at all.  And I don't know
13  if you intend to pose them to me one by one; but I
14  do know that Dr. Strauss did not list them one by
15  one in a well-developed hypothesis in his
16  deposition.
17  BY MR. WARWICK:
18     Q   Okay.  The question is -- and I
19  understand that you have your opinions with regard
20  to the -- Dr. Strauss' testimony, with regard to
21  your understanding, as opposed to Dr. Strauss as
22  an expert in microbially influenced corrosion.
23     Would it be possible if there were bacteria,
24  sulfur-oxidizing bacteria specifically, growing
25  within the well water and that wallboard was in

57 (Pages 222 to 225)

226

1   connection with or adjacent to a water source that
2   was off-gassing hydrogen sulfide -- my question is
3   whether it would be possible for that bacteria to
4   oxidize the hydrogen sulfide and produce sulfuric
5   acid.
6           MR. AYALA:  Objection.
7   BY MR. WARWICK:
8       Q   Under that hypothetical situation.
9           MR. AYALA:  Objection to the improper
10  "would it be possible" hypothetical.
11      A   As you know, I have not gone through
12  this systematically; but I think that scenario is
13  extremely unlikely.
14  BY MR. WARWICK:
15      Q   Okay.  Why?
16      A   There's been no demonstration that there
17  are organisms growing, as you said, in the
18  wallboard, of any kind.  There's been no
19  demonstration that there is enough water and
20  enough nutrients.  These organisms needs more than
21  hydrogen sulfide.
22          There's -- there are chemical and physical
23  considerations here that would -- that could be
24  figured out.  I mean, you've got some kinetics.
25  You've got some thermodynamics.  But I have not

227

1   figured those out, nor would I like to attempt it
2   in this setting.
3           But my reaction, based on what I know about
4   microbiologically influenced corrosion in this
5   environment, I think it is highly unlikely.
6       Q   Okay.  And the first thing, you said
7   that the reason you believe it would be unlikely
8   is because you don't believe there's been evidence
9   of growing bacteria within the wallboard.  I
10  understand that.
11          My question was:  Assuming that there is
12  bacteria that's alive and growing in the
13  wallboard, would that live, growing
14  sulfur-oxidizing bacteria in the wallboard be able
15  to metabolize the hydrogen sulfide produced from
16  the water, in my example, to produce sulfuric
17  acid?
18          MR. AYALA:  Objection to the improper
19  hypothetical.  Lack of foundation.  Beyond the
20  scope of the report.
21          Go ahead.
22      A   There are -- there are considerations
23  before your hypothetical sulfide gets there --
24  BY MR. WARWICK:
25      Q   Okay.

228

1       A   -- because there are fast reactions that
2   are competing reactions, and so I meant -- I mean,
3   I -- I just do not see it.
4           And I do not think that the sewer is a good
5   analogy for another reason.  I mentioned the
6   organics, but the sewer system -- of course,
7   there's water flowing through the sewer system;
8   but in terms of the bacteria there are here, this
9   is a fixed system and they are in close proximity,
10  so --
11      Q   But there's also the oxygen present as
12  well, correct, because it's not full of water?
13      A   It's not full of water, but there's a
14  lot of hydrogen sulfide production.  Yes, there
15  will be some oxygen in the sewer; but the fact
16  that it gets to the crown, which isn't so far
17  away, means that it isn't oxidized before it gets
18  there.
19      Q   Okay.  One of the other things that you
20  mentioned would have to be present is organic
21  material.  Are you aware -- do you have an opinion
22  whether -- let me state it this way:  Have you
23  done any analysis of the amount of organic
24  material that has been present in drywall
25  generally?

229

1           MR. AYALA:  Objection.
2       A   I have done no analysis of drywall.
3   BY MR. WARWICK:
4       Q   Okay.  And so --
5       A   But I want to make -- I want to just --
6   because this is just this hypothetical situation.
7   You need organic material that is not only present
8   but it's got to be dissolved in the water.
9       Q   Okay.
10      A   So you've got to have water that has all
11  the constituents for growth.  And from
12  Dr. Strauss's testimony, I could not tell where
13  the water was supposed to be, nor did he -- I did
14  not --
15      Q   So in your situation, would you believe
16  that water would have to be present in a format
17  other than condensation on drywall?
18          MR. AYALA:  Objection.
19  BY MR. WARWICK:
20      Q   In this -- in this hypothetical.
21          MR. AYALA:  Objection.
22      A   Okay.  You have -- you have used two
23  terms.  You've used "condensation on drywall" and
24  "bacteria in drywall."
25

58  (Pages 226 to 229)

230

1 BY MR. WARWICK:
2     Q   Okay.
3     A   So the condensation on drywall, no.
4     Q   Okay. So for sulfur-oxidizing bacteria
5 to grow, it has to be more than -- what I'm
6 interested in -- I need you to explain it to me, I
7 guess -- is when you say water has to be present,
8 how much water has to be present for
9 sulfur-oxidizing bacteria to metabolize?
10       MR. AYALA: Objection.
11 BY MR. WARWICK:
12     Q   You see what I'm saying?
13     A   I do. I do. And here's -- they need
14 water. They need free water, and they need
15 everything to make their living in free water.
16 And the requirements for different organisms vary.
17     But here's the problem. And to answer your
18 question, I do not know. But you've got to have
19 free water. And for every organism, there's a
20 water activity, and as you -- and for most
21 bacteria, it's about nine -- free water with all
22 the dissolved constituents -- the carbon, the
23 nitrogen, the salts, the vitamins -- everything
24 they're going to need to grow.
25     Q   It has to be present, not necessarily in

231

1 the water; correct?
2     A   It has to be in the water for -- to do
3 them any good.
4     Q   Really? Okay. So if they're in --
5 growing in a substance, whether it be concrete or
6 sewer material that -- and the material -- or
7 drywall -- and the material that it's growing in
8 has organic material and it has sulfur and it has
9 some of these other requirements that it needs to
10 live, then the water mixed with those other
11 requirements would give it -- wouldn't give it all
12 the necessary requirements?
13       MR. AYALA: Objection.
14     A   It isn't clear to me that it would give
15 them all the necessary requirements but -- this --
16 and I -- I'm stuttering because I haven't
17 considered all these possibilities.
18     But there's no staining on the drywall that
19 would indicate anything had happened; and there's
20 been no reports, that I'm aware of, of
21 deterioration of the drywall. So...
22 BY MR. WARWICK:
23     Q   In the course of your work for National
24 Gypsum, did you have the opportunity -- or did you
25 ask National Gypsum if it, as a company, had any

232

1 problems internally with its manufacturing process
2 and the presence of bacteria?
3       MR. AYALA: Objection.
4     A   I did not.
5 BY MR. WARWICK:
6     Q   Have you since had an opportunity to
7 learn about any problems National Gypsum has had
8 with bacteria in its manufacturing process?
9       MR. AYALA: Objection.
10     A   I am aware, based on maybe some
11 depositions, of isolated problems with odor; and
12 the odors were related to specific acids that
13 could have been produced by bacteria.
14 BY MR. WARWICK:
15     Q   And do you recall the source of the --
16 the source of the bacteria, meaning where the
17 bacteria was growing in the manufacturing process?
18     A   I believe that the bacteria were
19 growing -- I don't have the vocabulary for
20 building wallboard, but in a slurry that has water
21 in it that was -- that allowed to stagnate over
22 time --
23     Q   Okay.
24     A   -- without the benefit of biocide.
25     Q   And how about the freeze, the pulp

233

1 mixer? Does that ring any bells?
2     A   No.
3     Q   Okay. What if it was a container that
4 has a lid on it, but is not full all the way with
5 liquid, similar to a sewer system that was full of
6 water and paper products that had been agitated?
7 In that scenario would that be a environment you
8 would expect to see the presence of, first off,
9 sulfate-producing bacteria?
10       MR. AYALA: Hold on. Objection. Calls
11 for speculation, and assumes facts not in
12 evidence.
13     A   I don't know.
14 BY MR. WARWICK:
15     Q   You don't know.
16     Okay. What about in that same situation,
17 would you expect to see sulfur-oxidizing bacteria?
18       MR. AYALA: Objection. Calls for
19 speculation, and assumes facts not in evidence.
20     A   I don't know.
21 BY MR. WARWICK:
22     Q   What's the difference between a
23 fungicide and a biocide?
24       MR. AYALA: Objection. Beyond the scope
25 of the report.

59 (Pages 230 to 233)

234

1    A   Fungicide is a biocide.  A biocide is a
2  inclusive term, and a fungicide is a specific
3  term.
4  BY MR. WARWICK:
5    Q   Okay.  And so if you were to add a
6  fungicide in an attempt to kill bacteria, would
7  you expect that to do the job?
8        MR. AYALA: Objection.  Calls for
9  speculation, and lack of foundation.
10   A   I have no experience with fungicides.  I
11 don't know their chemistries.  I do not have an
12 opinion about this.
13 BY MR. WARWICK:
14   Q   Okay.  You would agree, though, that the
15 requirements, from an environmental standpoint,
16 for growing fungus are different from the
17 requirements for growing bacteria?
18   A   In terms of?
19   Q   What they each need to survive.
20   A   There are differences.
21   Q   Okay.  What are the differences?
22   A   I asked you to name the differences.
23 But fungi can survive in lower water
24 activities than bacteria.  Fungi prefer a slightly
25 acidic pH.  Fungi are, for the most part -- the

235

1  problem with bacteria is the minute you say
2  something authoritative, someone writes a paper
3  and says -- but for the most part, bacteria are
4  heterotrophs.  They require organic materials.
5  They cannot be autotrophs.  And they are aerobes.
6    Q   Okay.  And "they" are aerobes, meaning
7  fungi are aerobes?
8    A   Fungi are aerobes.
9    Q   And when you say "organic material,"
10 what do you mean by "organic material"?
11   A   They have to have a carbon -- an organic
12 carbon source.  So in that water, wherever they
13 are, they have to have their organic source with
14 them.  They're not photosynthetic.  They can't --
15 or autotrophic.  They have to have it dissolved in
16 the water.
17   Q   Dissolved paper elements, would that be
18 considered a carbon source?
19       MR. AYALA: Objection.
20   A   I don't know anything about degradation
21 of carbon, carbon cellulose.  I just don't know
22 about that.
23 BY MR. WARWICK:
24   Q   Okay.  So you don't know whether --
25 would any of your opinions change if you knew that

236

1  National Gypsum had a problem with bacteria
2  growing in its slurry mixture --
3        MR. AYALA: Objection.
4  BY MR. WARWICK:
5    Q   -- at the time that the boards sold to
6  the plaintiffs were made?
7        MR. AYALA: Objection.  Assumes facts
8  not in evidence, and calls for speculation.  Lack
9  of foundation.
10   A   No.
11 BY MR. WARWICK:
12   Q   Dr. Little, I'm going to show you -- let
13 me have this marked first.  I only have one copy.
14 It's the Sutton deposition, page 211, 212, and
15 313.
16       MR. WARWICK:  Can I have that marked,
17 please?
18       MR. AYALA: 211, 212, and 213?
19       MR. WARWICK:  Yeah.  Actually, I don't
20 want to have it marked.  I'm just going to
21 reference it.
22       MR. AYALA: Just give me a minute to get
23 there.
24       MR. WARWICK:  Okay.
25

237

1  BY MR. WARWICK:
2    Q   Doctor, I apologize for having to share.
3  If you notice, on the front page here, this
4  is the deposition of Sam Sutton.  Does this appear
5  to be similar to the deposition you reviewed of
6  Sam Sutton?  Was it also the deposition that was
7  taken on or about February 2, as best you can
8  recall?
9    A   I don't know, but I'm going to see.
10 This is just a portion of it.
11   Q   Yes.  This is just a portion of it.
12   A   Okay.
13   Q   I'm going to refer to page 212 of
14 Mr. Sutton's deposition, where the question was
15 asked, "Can you tell us about the process?"
16   A   And "What is the process?"
17   Q   Right.
18   A   "What is the process?"
19   Q   The process we're talking about has
20 been -- well, let's start with this question up
21 here.  Before you became an employee of RealTime
22 Labs -- do you -- do you remember that?
23   Yes.  I only found it on --
24   Let's go back here.
25   Earlier this morning, since we're on the DNA,

60 (Pages 234 to 237)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

238

1  briefly, we talked about that you actually did
2  some of the testing, the Brincku home, early on
3  from -- or from the Brincku home.
4      He says: Uh-huh.
5      So before you became an employee of RealTime
6  Labs -- do you remember that?
7      Yes. I only found it -- out about the
8  Brincku stuff later on but" --
9      Okay. And at that time, had you performed
10  many assays on American drywall?
11      And he states: We were in the process of
12  developing the assay and we had gotten to the
13  point where the assay was efficient and had been
14  validated and so those were some of the samples
15  that we ran after it was validated and those were
16  all from drywall extractions, extracted directly
17  from the drywall.
18      In that testimony, then, do you -- does that
19  refresh your recollection of what Mr. Sutton
20  testified to regarding direct testing of the
21  drywall material for DNA?
22          MR. AYALA: Just objection, because it's
23  only part of the testimony and it mischaracterizes
24  the totality of the testimony.
25      A  It does not refresh my memory.

239

1  BY MR. WARWICK:
2      Q  Do you have an understanding or belief
3  of what he's talking about there when he says he
4  tested directly on the drywall itself?
5          MR. AYALA: Hold on. Objection. Calls
6  for speculation.
7      A  I have to tell you, that was very
8  difficult to follow; and I could tell it was very
9  difficult for you to read.
10  BY MR. WARWICK:
11      Q  It was, not to mention it was upside
12  down.
13      A  I wasn't -- I wasn't going to say that.
14  I don't know what to make of this. I don't
15  really have the background for it, so I don't have
16  any comment about this.
17      Q  When you say you really don't have the
18  background for it" --
19      A  The background in this.
20      Q  Oh.
21      A  I have just been read this one
22  portion --
23      Q  Right.
24      A  -- and do not have enough background
25  material about the question you are asking to

240

1  answer it.
2      Q  Are you aware of any culture tests that
3  were done by any of National Gypsum's other
4  experts in this case?
5      A  No.
6      Q  Are you aware of any PCR analysis that
7  was done by National Gypsum drywall samples taken
8  in the plaintiffs' homes in this case?
9      A  No.
10      Q  Are you aware of any enzyme testing that
11  was performed by National Gypsum's experts of the
12  samples taken from the plaintiffs' homes in this
13  case?
14      A  No.
15      Q  Whether they testified or not, are you
16  aware of any analysis that was actually done of
17  the plaintiff -- of the drywall samples taken from
18  the plaintiffs' homes by National Gypsum to
19  determine for itself whether or not bacteria was
20  present in any way, shape, or form in those
21  drywall samples?
22          MR. AYALA: Objection. Lack of
23  foundation.
24      You can answer.
25      A  Sitting here right now, I don't recall.

241

1  BY MR. WARWICK:
2      Q  Your first opinion that's listed in your
3  report is that there was -- we'll go to your
4  report so that I don't misquote you.
5      A  Here.
6      Q  Just reference your report. Go ahead.
7  I have my own copy. The first page states
8  "Opinions" sort of in the middle. Do you see that
9  section?
10      A  I do.
11      Q  Okay. The first one says, "There is no
12  evidence of microbial activity in the wallboard
13  produced by National Gypsum."
14      Is that still your opinion today?
15      A  It is.
16      Q  And so in your opinion, the culture test
17  that was done by RealTime Labs, of the paper
18  listed in Method 1, does not constitute any
19  evidence of microbial activity with positive test
20  results?
21      A  It doesn't relate it to the wallboard.
22      Q  It was a culture of the wallboard.
23      A  You said the paper.
24      Q  Okay. But isn't the paper part of the
25  wallboard?

61  (Pages 238 to 241)

242

1   A   Well, not when they separate them.
2   Q   Okay.  So wallboard, as used in your
3   report, what does that mean in that sentence?
4   A   It -- it does mean the totality, but the
5   way you asked the question about the paper seemed
6   to separate them.
7   Q   Okay.  Fair enough.
8   Your -- your opinion does not draw a
9   distinction between the paper and the gypsum core;
10  correct?
11  A   Growing microorganisms in a
12  culture-rich -- an organic-rich medium doesn't
13  mean that the organisms were growing in the
14  wallboard.  And it's really -- I have seen no
15  evidence that there's microbial activity in the
16  wallboard or in the -- associated with the paper.
17  Q   But they had a -- positive test results
18  from the culture.  There's something growing
19  there.
20  A   No, there isn't.  There's something
21  growing in the medium, but that doesn't mean that
22  it's growing in the wallboard or on the paper.
23  Q   But as a standard culture procedure, you
24  could say that with regard to every culture,
25  that -- if it's growing something, we don't know

243

1   what it is; right?
2   MR. AYALA: Objection.
3   A   I think you're trivializing the
4   significance of doing culture work.  You can
5   culture microorganisms -- and you asked me if we
6   could -- I think you asked me earlier today if we
7   could culture microorganisms from the surface, and
8   the answer is yes.  Are they growing there?  No,
9   probably not.  But they're there and if we swabbed
10  them and put them into a nutrient-rich medium,
11  they would grow and they would -- you could get a
12  reaction, probably could get sulfate-reducing
13  bacteria.  You could certainly get turbidity in
14  that Medium No. 2.
15  Q   Okay.
16  A   But presence and activity are two
17  different things.  So the culture work
18  demonstrated presence.
19  Q   Okay.  Did -- you stated that your
20  opinion was there was no evidence of microbial
21  activity.  A culture result that said turbidity is
22  actually evidence of some form of microbial
23  activity, is it not?
24  MR. AYALA: Objection.
25  A   In that tube, but not from the original

244

1   source.
2   BY MR. WARWICK:
3   Q   Okay.  But isn't -- wouldn't that be
4   true for all cultures, then?  It would just tell
5   you what's growing in the tube?
6   MR. AYALA: Objection.  Asked and
7   answered.
8   A   Precisely.
9   BY MR. WARWICK:
10  Q   Okay.  And, therefore, people rely on
11  culture tests to determine whether bacteria is
12  present all the time, don't they?
13  MR. AYALA: Objection.
14  A   You said they rely on culture tests to
15  tell them if bacteria are present.  You did not
16  say that the bacteria were growing or carrying out
17  any activity.
18  I mean, our hands are covered in
19  microorganisms.  Are they growing?  How do we deal
20  with them?  We wash our hands.  Our mouths are
21  full of bacteria.
22  BY MR. WARWICK:
23  Q   Okay.  So when you use the term
24  "microbial activity," you mean metabolizing or
25  growing.  You don't mean simply being present.

245

1   A   I'm talking about microbial activity in
2   wallboard --
3   Q   Okay.
4   A   -- and that has not been demonstrated by
5   anyone.
6   Q   Okay.  The enzyme test that was done by
7   RealTime Labs on the culture media would only be
8   produced by sulfur-reducing bacteria or
9   sulfur-oxidizing bacteria and produce the same
10  enzymes that the Rapid Check II test is designed
11  to product; correct?
12  A   Let's talk about that for a little while
13  because I don't feel like I said everything I
14  wanted to say about that Rapid Check.
15  Q   Well, answer my question.  Then we can
16  go -- talk about it.
17  A   Okay.  But I need to -- I need to say
18  this before I answer it or I -- I can do it your
19  way.
20  Q   Okay.
21  A   You -- they checked on enzyme activity
22  in the culture medium, not on the wallboard;
23  right?
24  Q   Okay.
25  A   So they're looking for activity in the

62 (Pages 242 to 245)

246

1   bottle. I mean, they're looking for the enzyme in
2   the bottle. But, once again, there are no real
3   data in this report. They only give us their
4   interpretation of the data. There are no color
5   sticks. There are -- nothing, not even the color
6   wheel, so that you could interpret those. They're
7   just the yes or no answer.
8       But, again, relating that to any -- any
9   activity in the wallboard is impossible.
10      Q   And the same answer would be true for
11  the DNA testing that was done?
12      A   The DNA testing does not demonstrate
13  microbial activity in the drywall.
14      Q   The second opinion that you have says
15  there's no data to indicate the drywall produced
16  by National Gypsum causes corrosion.
17      What about the corrosion tests that were run
18  by RTL? Those corrosion tests don't provide some
19  data that they cause at least the blackening of
20  copper?
21      A   The problem there is you -- you did get
22  blackening, but copper oxide is black, too. So
23  they heated it up and made a slurry. So it has no
24  relevance to the -- to the wallboard in the home.
25      And, you know, in a bag with a lot of oxygen

247

1   that you heat for 37 degrees -- I mean, you just
2   can't say any more about the -- the wire than
3   it -- than that it darkened.
4       Q   Okay. But you say here there's no data.
5   So the darkening would be at least some data;
6   correct?
7       MR. AYALA: Objection. Asked and
8   answered.
9       A   I'm going to say that that is an
10  observation, but there -- there were no data
11  provided in these reports, no raw data at all.
12  BY MR. WARWICK:
13      Q   And if you had the underlying raw
14  data -- for example, if RealTime Labs produced
15  the -- the color charts that showed where the lab
16  technician had found the color after each enzyme
17  test, for example --
18      A   Okay. You've moved from the enzyme --
19      Q   Yeah.
20      A   -- to the corrosion?
21      Q   Let's go back to the enzyme just for a
22  second.
23      MR. AYALA: Just objection because it
24  calls for speculation. It's asking for her to
25  comment on data that she doesn't have here.

248

1       A   It would have been a better report if
2   there would have been data that I could then
3   interpret instead of just interpretations and
4   no -- no results are -- are here at all.
5       But you asked me earlier today if -- you
6   asked me all kinds of questions about the analysis
7   of the copper wire after the test, to make the
8   test better.
9   BY MR. WARWICK:
10      Q   Right.
11      A   But I maintain that either before or
12  after, there are no data that link the corrosion
13  to the drywall in those homes.
14      MR. WARWICK: Tom, can we take a quick
15  break? I think I'm about done.
16      MR. AYALA: Okay.
17      THE VIDEOGRAPHER: The time is 1637. We
18  are off the record.
19      (There was a recess in the proceedings.)
20      THE VIDEOGRAPHER: The time is 1656. We
21  are on the record.
22  BY MR. WARWICK:
23      Q   Dr. Little, just a couple of quick
24  follow-ups with regard to the information that you
25  looked at regarding some of the bacteria.

249

1       You mentioned that there was a paper by Odom?
2       A   I believe it's Odom, 1991.
3       Q   Is that -- do you remember anything
4   about the title of that paper?
5       A   Wait. Wait just a second. Wait just a
6   second. Wait just a second. It definitely has
7   APS reductase; and it has sulfur, both SRB and
8   SOB, in the title.
9       Q   Okay. That's good.
10      A   And it's 1991. Did I say that?
11      Q   Yes.
12      A   Okay. Well, I'm going to say it again.
13      Q   All right.
14      A   It's 1991.
15      Q   Great. And then you also mentioned that
16  there was a book that had a chart that listed some
17  things.
18      A   Yes.
19      Q   Okay. And other than those two
20  things -- you can't remember the name of that
21  book?
22      A   I cannot. It's on -- it's on mineral
23  leaching. And I think it is Brierley,
24  B-R-I-E-R-L-E-Y. But I will definitely send the
25  chart and a proper reference.

63  (Pages 246 to 249)

250

1    Q   Thank you.
2        And other than those two items and the papers
3    listed in your report at pages 7 and 8, was there
4    any other materials that you relied on in reaching
5    your opinions?
6        MR. AYALA:  Objection to the form.
7    A   I'm constantly reading and learning.
8    Those are the ones that I mentioned in my
9    deposition today.  Of that, I am sure.
10   BY MR. WARWICK:
11       Q   Okay.  And as you sit here right now,
12   you can't think of any others?
13   A   I can't recall any others.
14       MR. WARWICK:  That's all I have.
15              EXAMINATION
16   BY MR. AYALA:
17       Q   Dr. Little, I recall one of the things
18   you testified about today was the fact that the
19   methodologies performed by RealTime Laboratories
20   for purposes of this litigation are not
21   repeatable.  Do you remember that?
22   A   I do.
23       Q   Okay.  Why did you say that, Dr. Little?
24   A   The samples were not all examined at the
25   same time after collection, so they had different

251

1    histories before the analyses were done.  The
2    probes -- the DNA probes for the five species
3    of -- from oxidizing bacteria are proprietary, so
4    other people could not use those specific probes
5    and do analyses.  The information about the
6    positive and negative controls in the report --
7    there's an indication that those things were run,
8    but I've seen no data on those.
9        Q   I understand.
10   A   And the -- there really -- as I have
11   said several times today, there are no raw data,
12   just the interpretation of the individuals who ran
13   the tests.
14       Q   Okay.  And so as an expert reviewing the
15   reports of Realtime Laboratories, is it fair to
16   say that you have been -- you have been forced to
17   take the author's word for it, so to speak?
18       MR. WARWICK:  Object to form.
19   A   I honestly don't know who the author of
20   the paper is.
21   BY MR. AYALA:
22       Q   Fair point.  Fair point.
23   A   I think there's a...
24       Q   Okay.  Dr. Little, you were shown an
25   exhibit today.

252

1        MR. AYALA:  The classification.
2        THE WITNESS:  I put them all there.
3        MR. WARWICK:  Yeah, it's right here.
4    It's listed today as Exhibit 3.
5    BY MR. AYALA:
6        Q   Okay.  Dr. Little, you were shown
7    Exhibit 3 earlier is by plaintiffs' counsel; and
8    if I recall correctly, he -- he suggested that
9    this article stood for the proposition that that
10   bacterium Sulfobacillus thermosulfidooxidans has
11   been reclassified as a bacteria called
12   Alicyclobacillus tolerans.
13       And the question that I have for you,
14   recognizing that you're seeing this document for
15   the first time and it hasn't been disclosed in any
16   of the plaintiffs' expert reports, is simply this:
17   Does Exhibit 3, in fact, support the proposition
18   that the bacteria which I'll call ST has, in fact,
19   been reclassified?
20   A   No.  What it says is that one subspecies
21   of the organism, the thermotolerans strain K1 --
22   that only a single substrain has been
23   reclassified.
24       Q   Okay.  In reviewing the RealTime
25   Laboratory reports produced in this litigation,

253

1    did those reports give any indication of whether
2    the ST bacteria they tested for was, in fact, the
3    particular subspecies that is referenced in
4    Exhibit 3?
5    A   No.  There is no indication.
6        MR. AYALA:  No further questions.
7        MR. WARWICK:  Thank you very much.  I
8    appreciate it.
9        THE VIDEOGRAPHER:  Here ends video
10   Recording No. 4.  This concludes the videorecorded
11   deposition of Dr. Brenda Little taken by the  is
12   1702, and we are going off the record.
13       (Whereupon, at 5:02 p.m., the taking of
14   the instant deposition ceased.)
15
16
17
18
19
20
21
22
23
24
25

64  (Pages 250 to 253)

254

```
1
2     STATE OF _____ )
3                          ) :ss
4     COUNTY OF _____ )
5
6
7          I, BRENDA J. LITTLE, PH.D.,
8     the witness herein, having read the foregoing
9     testimony of the pages of this deposition,
10    do hereby certify it to be a true and
11    correct transcript, subject to the
12    corrections, if any, shown on the attached
13    page.
14
15          _____
16          BRENDA J. LITTLE, PH.D.
17
18
19
20    Sworn and subscribed to before
21    me, this        day of
22          , 2012.
23
24    _____
25          Notary Public
```

255

```
1     COMMONWEALTH OF PENNSYLVANIA )   CERTIFICATE
2     COUNTY OF PHILADELPHIA      )  SS:
3          I, Ann Medis, Registered Professional
4     Reporter and Notary Public in and for the
5     Commonwealth of Pennsylvania, certify the witness,
6     BRENDA JOYCE GARR LITTLE, PH.D., was by me first
7     duly sworn to testify to the truth; the foregoing
8     deposition was taken at the time and place stated
9     herein; and the said deposition was recorded
10    stenographically by me and reduced to printing
11    under my direction, and constitutes a true record
12    of the testimony given by said witness.
13         I certify the inspection, reading and signing
14    of said deposition were NOT waived by counsel for
15    the respective parties and by the witness.
16         I certify I am not a relative or employee of
17    any of the parties, or a relative or employee of
18    either counsel, and I am in no way interested
19    directly or indirectly in this action.
20         IN WITNESS WHEREOF, I have hereunto set my
21    hand and affixed my seal of office this 26th day
22    of February, 2012.
23
24    _____
25          Ann Medis
```

256

```
1         INSTRUCTIONS TO WITNESS
2
3         Please read your deposition over carefully
4     and make any necessary corrections. You should state
5     the reason in the appropriate space on the errata
6     sheet for any corrections that are made.
7         After doing so, please sign the errata sheet
8     and date it.
9         You are signing same subject to the changes
10    you have noted on the errata sheet, which will be
11    attached to your deposition.
12        It is imperative that you return the original
13    errata sheet to the deposing attorney within thirty
14    (30) days of receipt of the deposition transcript by
15    you. If you fail to do so, the deposition transcript
16    may be deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25
```

257

```
1              E R R A T A
2
3
4
5         I wish to make the following changes,
6     for the following reasons:
7
8     PAGE LINE
9     ___  ___ CHANGE:_____
10    REASON:_____
11    ___  ___ CHANGE:_____
12    REASON:_____
13    ___  ___ CHANGE:_____
14    REASON:_____
15    ___  ___ CHANGE:_____
16    REASON:_____
17    ___  ___ CHANGE:_____
18    REASON:_____
19    ___  ___ CHANGE:_____
20    REASON:_____
21
22    _____   _____
23    WITNESS' SIGNATURE          DATE
24
25
```

65 (Pages 254 to 257)