1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

--------------------------------

CHRIS BRUCKER, TREVER S.
NUTTING, XIOMARA RAVELO,
WILFREDO E. RETANA and
BEATRIX CELSA RETANA,
Individually, and on
Behalf of all others
Similarly situated,

      Plaintiffs,

V.                       CA No. 2:10-cv-405-FtMSPC

LOWES HOME CENTERS, INC.,
A North Carolina
Corporation, and NATIONAL
GYPSUM COMPANY, a
Delaware Corporation,

      Defendants.

--------------------------------

GEORGE BRUNCKU AND
BRENDA BRINCKU,

      Plaintiffs,

Vs.                  CA No. 2:11-cv-00338-JES-SPC

NATIONAL GYPSUM COMPANY,
A Delaware Corporation,

      Defendant.

--------------------------------

      VIDEOTAPED DEPOSITION OF JOHN F. MCCARTHY, SC.D.,
a witness herein, called by the Plaintiffs for
examination, in accordance with the Federal Rules of
Civil Procedure, taken by and before Ann Medis,
Registered Professional Reporter and Notary Public in
and for the Commonwealth of Pennsylvania, at the
offices of Morgan Lewis & Bockius LLP, 1701 Market
Street, Conference Room G, Philadelphia, Pennsylvania
19109, on Thursday, February 23, 2012, at 8:52 a.m.

Job No: 23823

**2**

```
1   APPEARANCES:
2
3       Counsel for the Plaintiffs
4       LANDSKRONER GRIECO MERRIMAN, LLC
5       1360 West 9th Street
6       Suite 200
7       Cleveland, Ohio 44113
8       BY:  JACK LANDSKRONER, ESQ.
9         jack@lgmlegal.com
10
11      Counsel for the Plaintiffs
12      VARNELL & WARWICK, P.A.
13      20 La Grande Boulevard
14      The Villages, Florida  32159
15      BY:  BRIAN W. WARWICK, ESQ.
16        bwarwick@varnellandwarwick.com
17      Counsel for the Defendants
18      MORGAN LEWIS & BOCKIUS, LLP
19      1701 Market Street
20      Philadelphia, Pennsylvania  19103
21      BY:  JAMES D. PAGLIARO, ESQ.
22        jpagliaro@morganlewis.com
23
24   ALSO PRESENT:
25      Howard Brodsky, Videographer
```

**3**

```
1            *INDEX*
2    JOHN F. MCCARTHY, SC.D.          PAGE
3       EXAMINATION BY MR. LANDSKRONER       5
4
5       * INDEX OF MCCARTHY EXHIBITS *
6    NO.      DESCRIPTION          PAGE
     Exhibit 1  Notice of Videotaped Deposition of   4
7         John F. McCarthy in Brincku, et al.,
          v National Gypsum Company
8
     Exhibit 2  Notice of Videotaped Deposition of   4
9         John F. McCarthy in Brucker, et al.,
          v Lowes Home Centers, et al.
10
     Exhibit 3  Expert Report of John F. McCarthy, Sc.D.  4
11        in the Matter of Brucker v. National
          Gypsum, et al., and Brincku v National
12        Gypsum Company
13   Exhibit 4  Letter, 2/12/09, to G. Brincku from T.  113
          Eagar, Re:  Corroded Metal
14
15            - - - -
16
17
18
19
20
21
22
23
24
25
```

**4**

```
1      (McCarthy Exhibits 1 - 3 were marked.)
2         THE VIDEOGRAPHER:  Good morning.  Here
3    begins Video Recording No. 1 in the deposition of
4    John F. McCarthy taken by the plaintiffs in the
5    matter of George Brincku, Brenda Brincku, and
6    Chris Brucker, et al., plaintiffs, versus National
7    Gypsum Company, a Delaware Corporation, and Lowe's
8    Home Centers, et al., Defendants, in the United
9    States District Court, Middle District of Florida,
10   Fort Myers Division.
11        This deposition is being held at Morgan
12   Lewis, 1701 Market Street, Philadelphia,
13   Pennsylvania, on Thursday, February 23, 2012, at
14   approximately 8:52.
15      My name is Howard Brodsky from the firm of
16   David Feldman Worldwide, and I am a legal video
17   specialist.  The court reporter is Ann Medis on
18   behalf of David Feldman Worldwide.
19      Will counsel please introduce themselves.
20        MR. LANDSKRONER:  Jack Landskroner for
21   the plaintiffs.
22        MR. WARWICK:  Brian Warwick also on
23   behalf of the plaintiffs.
24        MR. PAGLIARO:  James Pagliaro on behalf
25   of the defendant New National Gypsum, NGC.
```

**5**

```
1         THE VIDEOGRAPHER:  Will the court
2    reporter please swear in the witness.
3            JOHN F. McCARTHY,
4      having been first duly sworn, was examined
5         and testified as follows:
6              EXAMINATION
7    BY MR. LANDSKRONER:
8       Q   Good morning, Dr. McCarthy.
9       A   Good morning.
10      Q   My name is Jack Landskroner.  We had a
11   moment to -- to meet prior to your deposition.
12   We're here today for your discovery deposition,
13   and I'm going to ask you some questions regarding
14   opinions that you hold as it relates to the
15   Brincku and the Brucker matters that are the
16   subject of litigation in the United States
17   District Court Middle District of Florida.
18      I've marked, just for the record, Exhibits 1
19   and 2, which are the notices of deposition for
20   both the Brincku and Brucker cases which brings
21   your attendance here -- which brings your
22   attendance here today.  Okay?  I'm just going to
23   leave those for the record.
24      I've also marked as Exhibit 3 a copy of your
25   report that was provided to us in this matter.
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

6

1  I'll ask you to take a look at that for a moment,
2  and if you can identify that for me and indicate
3  if that is a copy of the report that you authored
4  in this matter.
5      A   It appears to be complete, yes.
6      Q   Okay.  Thank you.
7      Just for the record, if you will, state your
8  name and your professional address, please.
9      A   Yes, sir.  My name is John F. McCarthy.
10  My address is 117 Fourth Avenue, Needham,
11  Massachusetts.
12      Q   And who do you work for, sir?
13      A   Environmental Health & Engineering.
14      Q   And what is your profession?
15      A   I'm a certified industrial hygienist.
16      Q   And if you can, explain to me what that
17  entails.
18      A   A certified industrial hygienist is
19  responsible to -- for going out and evaluating
20  problem environments.  That could be industrial
21  environments.  It can be domestic environments.
22  It can be offices environments, hospitals.  We're
23  really looking at the relationships between
24  potential health risks for people as -- and the
25  potential sources that it could be generating from

7

1  as well as means of correcting it.
2      Q   And you've attached to your report in
3  this matter a copy of your curriculum vitae.  I
4  believe it's Exhibit A, or Appendix A, to your
5  report.  And I'm not going to spend a lot of time
6  going through your CV; but I would ask, is the CV
7  that is attached as Appendix A to your report
8  updated to the present time?
9      A   Yes, it is.
10      Q   And in terms of -- and feel free to
11  refer to your report, or anything, as we go
12  through the deposition.
13      And I'll give you some brief instructions.
14  Obviously we're here to have a discussion, but the
15  court reporter has got to take down what we say.
16  So let's not try to talk over each other, and
17  let's try to make our -- your responses to my
18  questions verbal so the court reporter can take
19  them down accurately.  Okay?
20      A   Yes.
21      Q   And to the extent that I ask you a
22  question that is confusing or that you don't
23  understand, please stop me and ask me to rephrase
24  it; and I'll be glad to do so.  I want to make
25  sure that we're on the same page so that if you

8

1  respond to the question, I'm going to assume that
2  you understood it.  Okay?
3      A   Yes.
4      Q   If you need a break at any time, please
5  let me know.  We can go off the record.  Okay?
6      A   Okay.
7      Q   Very good.
8      So in terms of expertise, I notice your
9  degrees are in environmental science and
10  physiology and environmental health sciences and
11  then your undergraduate is in biology.
12      Are there any particular areas of scientific
13  study or discipline that you are -- that you
14  specialize in for the purpose of your industrial
15  hygiene -- or your -- your hygienist practice?
16      MR. PAGLIARO:  Objection to the form of
17  the question.
18      A   I -- industrial hygiene covers a very
19  wide area.  So there are many rubrics that it --
20  that is covered in the certification examination.
21      But the areas in which I generally practice
22  in would be risk assessment, exposure assessment,
23  and exposure reconstruction.
24  BY MR. LANDSKRONER:
25      Q   Do you consider yourself to be an expert

9

1  in the area of microbiology?
2      A   I've had training in microbiology, but I
3  would not consider that my main area of expertise.
4      Q   Would you defer to someone with a
5  specialty in microbiology if you were to address a
6  specific microbiological issue?
7      MR. PAGLIARO:  Object to form of the
8  question.
9      A   I would evaluate what someone was
10  saying.  I would not defer to someone because of
11  their degree, but I will certainly evaluate what
12  they're saying.
13  BY MR. LANDSKRONER:
14      Q   Are you an expert in the area of
15  corrosive environments?
16      A   We look at corrosive environments as
17  part of our general work practices.  I would not
18  say I'm a corrosion expert, but I do evaluate it.
19      Q   And like the circumstance where you
20  might evaluate what a microbiologist would say,
21  you would also look -- or would you refer or defer
22  to a corrosion expert to identify specific
23  corrosion issues and then evaluate those opinions
24  yourself?
25      MR. PAGLIARO:  Objection to the form of

3  (Pages 6 to 9)

10

1  the question.
2      A   As I said before, I would look at
3  this -- I always try to go back to basic research
4  to validate and verify what's being said by
5  anyone.
6  BY MR. LANDSKRONER:
7      Q   Do you do any clinical microbiology
8  work?
9      A   No, not at this time.
10     Q   Do you do any clinical work in
11 corrosion?
12     A   As I said, part of our practice may
13 involve evaluating corrosion; and I would be
14 looking at it in that -- in that manner.
15     Q   And I guess to be more specific, do you
16 have a lab at your office or with your company
17 where you do -- would conduct studies?
18     A   Yes.
19     Q   And if there was a study that was to be
20 performed in the area of corrosive environments,
21 would you -- is there someone particular in your
22 employment that would undertake that study?
23     A   We have several people that have been
24 involved in corrosion studies.  It would depend
25 upon the characteristics of the specific study.

11

1      Q   Okay.  Would you take the lead in the
2  actual study itself or just oversee it?
3      A   I would oversee it.
4      Q   In terms of your curriculum vitae, do
5  you utilize any other versions of your -- of a CV?
6      A   No.
7      Q   I note you're the president of
8  Environmental Health & Engineering?
9      A   Yes.
10     Q   And I think I noted that you began that
11 company in 1988.
12     A   Correct.
13     Q   Are you the founder?
14     A   I'm one of the founders.
15     Q   Are you an owner of the company?
16     A   I'm one of the owners.
17     Q   Who else shares in ownership interest in
18 the company?
19     A   I have -- actually, we're an
20 employee-owned company; so all of my employees
21 share in it.
22     Q   And you -- are you familiar with
23 Theodore Myatt?
24     A   Yes, sir.
25     Q   And is he one of the employees at your

12

1  company?
2      A   He was employed, and now he's a
3  part-time employee.
4      Q   And when did he go part-time?
5      A   Approximately a year ago.
6      Q   And do you know why he did that?
7      A   Yes.
8      Q   Why is that?
9      A   He was working with one of our clients,
10 and one of our clients wanted to set up a new
11 program.  This was the Partners Research Group.
12 And they asked if Ted could transfer into that
13 role.
14     Q   How many employees are at EH&E?
15     A   Eighty to 85.
16     Q   And are you responsible for the
17 oversight of all employees?
18     A   Yes.
19     Q   Were you involved in the hiring of
20 Dr. Myatt?
21     A   Yes.
22     Q   And does he report -- he reports to you?
23     A   He actually reports to one of the other
24 division leaders, but we work closely together.
25     Q   Other than Dr. Myatt and yourself, is

13

1  there anyone else from your company that has been
2  involved into the investigation or evaluation of
3  problematic domestic drywall?
4      A   Yes.
5      Q   Who else?
6      A   We have a number of people who have been
7  involved in that.  We have Joseph Allen, David
8  Macintosh, Brian Baker.  There's a number of other
9  people that I can go through.
10     Q   Just, in general, was there anybody that
11 played a role, a principal role, other than data
12 research or -- any testing that was performed?
13     A   These are the people that would perform
14 the major role.
15     Q   Okay.  Can you tell me what -- what
16 their titles were and what role they played?
17     A   Joseph Allen is a senior scientist.  He
18 does a lot of the data analysis.  He's a
19 statistician and epidemiologist.  David Macintosh
20 is the head of our Advanced Analytics Group.  He's
21 the director.  And Brian Baker is a mechanical
22 engineer, and he would have been the project
23 manager overseeing the fieldwork.
24     Q   Did any of these gentlemen create
25 reports upon which you relied in forming the

4  (Pages 10 to 13)

14

1    opinions that you set forth in your report?
2        A   I relied upon the data that we collected
3    for the Consumer Product Safety Commission and the
4    reports that were produced by the Consumer Product
5    Safety Commission.  So as a contributor to that, I
6    would have been relying on what they were saying.
7        Q   Were those also the individuals at your
8    company that were involved in the investigation of
9    problematic Chinese drywall?
10       A   Yes.
11       Q   Anybody in addition to those individuals
12   that were involved in the Chinese drywall
13   investigation as opposed to the domestic drywall
14   investigation?
15       A   We had a number of people involved in
16   the study of the Chinese issues; but they would,
17   again, be the key people that would have had
18   the -- most of the leadership in that area.
19       Q   These are the principal people that have
20   investigated all drywall issues that have been --
21   your company has been involved with?
22       A   Correct.  As I said, they would have had
23   the leadership in that area.
24       Q   And just -- just to follow up,
25   understanding that these gentlemen created data or

15

1    developed data or recorded data related to their
2    investigation, did any of them provide you written
3    reports or summaries of their opinions upon which
4    you relied, independent of what was in the Chinese
5    drywall investigation?
6        A   No.
7        Q   Dr. McCarthy --
8        A   Actually -- I'm sorry.  I just wanted to
9    clarify.
10       Q   Yes.
11       A   I guess if we look at Dr. Myatt's
12   report, I would have relied upon his report.
13       Q   Fair enough.
14       And that's the report that's been produced in
15   this litigation?
16       A   Correct.
17       Q   Okay.  Dr. McCarthy, do you know how
18   many hours that you have billed for your time thus
19   far in this litigation?
20       MR. PAGLIARO:  Relating to these cases,
21   Counsel?
22   BY MR. LANDSKRONER:
23       Q   Relating to the National Gypsum
24   litigation.
25       A   I don't know exactly how many hours I

16

1    would have billed.
2        Q   Okay.  Is -- can you estimate for me?
3    Have you spent more than 40 hours working on this
4    particular piece of litigation?
5        A   Yes, I have.
6        Q   Have you spent more than 80 hours?
7        A   It could be 80 hours, maybe a little bit
8    more.  I'm not sure.
9        Q   Okay.  Do you know what amount of time
10   Dr. Myatt has spent on the National Gypsum-related
11   litigation?
12       A   No, I don't.
13       Q   Do you have an idea of what the total
14   billing to date has been to National Gypsum or
15   counsel for the time that you have spent as it
16   relates to this litigation?
17       A   I would have to estimate that.
18       Q   And can you estimate that for me?
19       A   I would think it's somewhere in the --
20   in the 50 to $60,000 range.
21       Q   Can you estimate for me the revenues
22   generated to EH&E as it relates outside of this
23   litigation to its investigation of all problematic
24   drywall issues?
25       A   Again, this is an estimate.  I'd say

17

1    it's approximately $2 million, something along
2    those lines.
3        Q   Is it -- am I correct that you began
4    your investigation into the problematic drywall
5    issues in approximately early 2009?
6        A   That would be about the right time
7    period, yes.
8        Q   You've given a number of depositions
9    that you've identified in your report per federal
10   disclosures.  Have any of the depositions that
11   you've been -- that you've given to date involved
12   the topics of bacterial contamination?
13       A   The ones that are identified in the --
14   in my CV right now?
15       Q   Yeah.  You have a federal disclosure
16   that you've done and it is Appendix C to your
17   report and it lists a number of cases.  And rather
18   than going through each one, I just --
19       MR. PAGLIARO:  Sure.  And precisely
20   what's your question again, Counsel?
21   BY MR. LANDSKRONER:
22       Q   My question is:  Have any of the
23   depositions or the testimony that you've rendered
24   in a court proceeding or otherwise, as listed in
25   this appendix, related to the subject of bacterial

5 (Pages 14 to 17)

18

1  contamination?
2      A   I have been involved in cases that have
3  looked at bacterial contamination, and the Tomlin
4  versus Caldemeyer did have some issues surrounding
5  bacteria involved in that.
6      Q   And were you in that case an expert for
7  the plaintiff or for the defendant?
8      A   That would have been the defendant.
9      Q   And do you know who the attorneys were
10  that were representing the plaintiff in that case?
11     A   I don't recall.
12     Q   Do you know who the attorney was that
13  you were working for on behalf of the defendant?
14     A   Yes.  It would have been McGivney and
15  Kluger.
16     Q   Based in Indiana?
17     A   No.  They're in New Jersey.
18     Q   Have you ever done any work for the
19  Morgan Lewis firm before, prior to this
20  litigation?
21     A   Yes, I have.
22     Q   Can you tell me about the circumstances
23  you've done work with Morgan Lewis?
24     A   I was retained to evaluate some studies
25  that had to do with flavorings.

19

1      Q   And does that relate to any of the cases
2  that are listed in Appendix C of your report?
3      A   Yes, it does.
4      Q   Which cases would that be?
5      A   That would be Kuiper versus
6  International Flavors and Fragrances, Aldrich
7  versus International Flavors and Fragrances, and
8  Mitchell Versus International Flavors and
9  Fragrances.
10     Q   Who are the attorneys that you worked
11  with in those matters?
12     A   I worked with Mr. Pagliaro and attorney
13  Miller, Victoria Miller.
14     Q   And are any of those matters still
15  pending?
16     A   I don't believe so.
17     Q   Dr. McCarthy, when were you first
18  retained in this matter on behalf of National
19  Gypsum and the Morgan Lewis firm?
20         MR. PAGLIARO:  When you say "this
21  matter," Counsel, I object to the form.  You
22  mean -- you mean in relation to this litigation,
23  including Brucker and Brincku?
24         MR. LANDSKRONER:  Fair statement.
25

20

1  BY MR. LANDSKRONER:
2      Q   In terms of allegations that have been
3  paid against National Gypsum as it relates to the
4  production of their drywall.
5      A   I believe it would have been October of
6  2011.
7      Q   And how were you contacted?
8      A   I was contacted by Mr. Pagliaro via
9  phone.
10     Q   And what was your understanding of what
11  you were being requested to do?
12     A   He asked if I was available to review
13  documents, specifically some test reports, and to
14  comment on those.
15     Q   And what were you reviewing those test
16  results for, to what purpose?
17     A   He wanted to get my opinion as to their
18  validity, if there were issues I saw that would be
19  of concern.
20     Q   And which -- what reports was he
21  referring to?
22     A   These are reports that were generated by
23  Dr. Straus, RTL Laboratories, Mr. Einbrecher and
24  Dr. Hejzlar.
25     Q   Prior to your retention in October of

21

1  2011, had anybody else from your office been
2  retained for the purposes of assisting Morgan
3  Lewis or National Gypsum in claims that were
4  related to problems with their drywall?
5      A   No.
6      Q   Was Dr. Myatt brought into this matter
7  through you after your retention in October of
8  2011?
9      A   Yes.
10     Q   Prior to October of 2011, had you ever
11  talked with Mr. Pagliaro about your role in the
12  investigation of the problematic Chinese drywall?
13     A   I've been contacted by a number of
14  attorneys over the last several years, including
15  Mr. Pagliaro, and -- asking if I was available to
16  consult on issues.  And since I was in a contract
17  with the Consumer Product Safety Commission, I
18  declined to speak to anyone about that.
19     Q   And are you no longer under contract
20  with the Consumer Product Safety Commission?
21     A   That's correct.
22     Q   And is there now no conflict between
23  your role in assisting in the representation or
24  offering opinions for the benefit of National
25  Gypsum, one of the manufacturers of drywall when

6 (Pages 18 to 21)

22

1  you played a role as a principal investigator in
2  the determination as to the cause of problematic
3  drywall?
4       MR. PAGLIARO:  I object to the form of
5  that.  Are you asking for a legal opinion?
6       MR. LANDSKRONER:  I'm asking him in
7  terms of his ethical position and his role as a
8  investigator on behalf of the Consumer Product
9  Safety Commission.
10 MR. LANDSKRONER:
11      Q   Whether or not you see that as a
12 conflict.
13      A   Well, I specifically contacted the
14 Consumer Product Safety Commission and spoke with
15 the general counsel about this, and whether or not
16 after my contract was complete, if they felt that
17 it was a conflict.
18      They did not feel there was a conflict as
19 long as I did not use any confidential information
20 that had been provided to me.
21      Q   And who was the legal counsel you spoke
22 to, if you recall?
23      A   It was Neal Cohen.
24      Q   At this point if the Consumer Product
25 Safety Commission contacted you and asked you to

23

1  continue to do research that you initially
2  undertook for them, would you be able to do so?
3       MR. PAGLIARO:  Object to the form of the
4  question.
5       A   Well, it would depend upon what they
6  were asking me to do.  And if -- we'd go through
7  all the discussions that we had before about
8  potential conflicts, and if -- I'd have to take
9  that on a case-by-case basis, working with the
10 attorneys that I deal with there.
11 BY MR. LANDSKRONER:
12      Q   In terms of the depositions that you've
13 given, the other depositions you've given, did any
14 of those matters involve issues of
15 sulfur-oxidizing or sulfur-reducing bacteria?
16      A   Not specifically.
17      Q   Was there some tangential relationship
18 between any of these cases and SOBs or SRBs?  And
19 I ask you because you were somewhat hesitant in
20 that response.
21      A   Right.  I mean, in other cases that
22 we've had, not necessarily the ones that were
23 listed in my CV right now, or in the appendix, we
24 have had to look at corrosion.  And some of that
25 could have been related to SRBs or SOBs, but I

24

1  cannot say specifically.
2       Q   And that's my next question.  Did any of
3  these questions that you've been involved in deal
4  with the issues of corrosion or corrosive
5  environments?
6       A   Several of my cases do involve that,
7  yes.
8       Q   Okay.  Can you identify those cases for
9  me?
10      A   I can't be -- I can't identify the
11 specifics, but we've been involved in several
12 cases where we've had broken sewer mains where you
13 may have gases being emitted back into the home.
14 You have dried traps or broken pipes behind a wall
15 that -- and this is being -- both in domestic
16 settings as well as in institutional settings.
17      Q   And in those matters -- are those
18 matters any of the matters that are listed on your
19 disclosures as Appendix C?
20      A   No.
21      Q   Are those matters that are presently
22 pending?
23      A   No.
24      Q   Matters that have been resolved more
25 than ten years ago?

25

1       A   Yes.
2       Q   And can you identify for me in what
3  courts that you were -- did you testify in those
4  cases?
5       A   There were -- I was deposed in one of
6  the cases.  I did not testify in court in any of
7  those cases.
8       Q   In the -- in the matter in which you
9  were deposed, can you tell me where that case was
10 pending?
11      A   That would have been in Massachusetts.
12      Q   State court or federal court?
13      A   State, I believe.
14      Q   Suffolk County?
15      A   I don't -- it all -- actually, it would
16 have been -- is it Bourne?  It's Bourne,
17 B-O-U-R-N-E.  It's on the cape, Cape Cod.
18      Q   And were you involved on behalf of the
19 plaintiff or the defendant in that case?
20      A   That would have been defendant.
21      Q   And do you recall the name of the
22 attorneys that you were working with?
23      A   I don't recall those.  It was sometime
24 ago.
25      Q   Do you remember the name of the party

7  (Pages 22 to 25)

26

1 that you were engaged by or the caption of the
2 case that we could find?
3   A  I'm sorry.  I can't recall.
4   Q  Was there a particular product that was
5 involved?
6   A  These were condominiums, and there was
7 concern about the -- a break in water lines that
8 had been patched behind a wall.
9   Q  Dr. McCarthy, what percentage of the
10 work that you do in EH&E is involved with
11 litigation?
12   A  Somewhere between 10 and 15 percent.
13   Q  And of that 10 to 15 percent of the work
14 that you do in matters of litigation, what
15 percent, if you can estimate for me, do you work
16 on behalf of plaintiffs and what percent do you
17 work on behalf of defendants?
18   A  It's pretty -- it depends.  It's pretty
19 evenly split between defense and plaintiffs.
20   Q  I note you're a member of the American
21 Board of Industrial Hygiene.
22   A  Yes.
23   Q  And when did you first become a member?
24   A  Probably 1980.
25   Q  And you had to go through a

27

1 certification process for that title?
2   A  Yes.  Actually, it would have been '79.
3   Q  And do you sit for an exam for that
4 certification?
5   A  Yes, we did.
6   Q  And are you required to recertify?
7   A  Yes.
8   Q  How often?
9   A  Every five years.
10   Q  So when was the last time you took your
11 recertification exam?
12   A  Well, you can recertify either by
13 examination; or you can garner a certain number of
14 points to become certified.  And you have to put
15 in your documentation for review by the
16 certification board, and I believe my last -- my
17 last certification would have been approximately
18 two years ago.
19   Q  By points, publications are submitted
20 and things of that nature?
21   A  Correct.
22   Q  Has your membership ever lapsed or been
23 withdrawn?
24   A  No.
25   Q  Do you agree -- are you familiar with

28

1 the Code of Ethics for the organization?
2   A  Yes.
3   Q  And do you agree that the first priority
4 must be given to the health and safety interests
5 related to the protection of people?
6   A  Yes.
7   Q  Would you agree that as a safety rule,
8 where a product is manufactured in a condition
9 that poses a risk to the health or safety of
10 consumers, that that product should not be sent to
11 market?
12   A  If there was a harmful product,
13 certainly, yes.
14   Q  In preparation for your deposition
15 today, I assume you had the opportunity to meet
16 with counsel.
17   A  Yes.
18   Q  And in that process, did you review any
19 materials in preparation for your deposition
20 today?
21   A  Yes.
22   Q  Can you tell me what you reviewed?
23   A  We discussed my report.  We discussed
24 Dr. Straus' report, reviewed Dr. Hejzlar's --
25 Hejzlar's and the RTL reports as well.

29

1   Q  Anything else you reviewed in
2 preparation for your deposition?
3   A  I briefly looked at the Packer
4 Engineering report.
5   Q  I'm sorry.  Which one?
6   A  Packer Engineering Report.  And -- oh, a
7 report by -- or some letters from Dr. Eagar from
8 MIT.
9   Q  Do you know Dr. Eagar?
10   A  Yes.
11   Q  Have you worked with him before?
12   A  I have not worked directly with him, but
13 we were in the same department for a period of
14 time.
15   Q  At MIT?
16   A  Yes.
17   Q  Was that when you were doing your
18 research fellowship there?
19   A  Yes.  I was a -- I was a -- I had a
20 research laboratory there.
21   Q  Is Dr. Eagar a respected scientist in
22 the Boston community?
23   A  Yes.
24   Q  Respected nationally as well?
25   A  Yes.

8  (Pages 26 to 29)

30

1    Q   Are you critical of any of the
2  statements made by Dr. Eagar in letters that you
3  reviewed?
4    MR. PAGLIARO:  Object to the form of the
5  question.
6    A   I'd like to understand the specifics of
7  what you're specifically trying to get at there,
8  if you point something out to have me comment on
9  it.  I think there -- looking at what was
10 provided, there are a lot of gaps.
11 BY MR. LANDSKRONER:
12   Q   I'll pull that report so we can look at
13 it together as we get a little further along.
14   Attached to your report as Appendix B are the
15 materials you have identified as those that you
16 relied on for the basis of your expert opinion;
17 correct?
18   A   Yes.
19   Q   Is there anything that you had requested
20 from National Gypsum or counsel for purposes of
21 completing your assessment in this matter that you
22 were not provided?
23   A   No.
24   Q   Is there any additional testing that you
25 would have liked to have seen performed that was

31

1  not completed in this matter?
2    A   I think the tests that were performed
3  were complete and -- but as with everything,
4  there's always more tests you'd like to see done.
5    Q   Can you identify additional tests that
6  you would like to see done in this matter?
7    A   You know, there -- as far as the --
8  looking at the basis for the -- making decisions,
9  I think what we have is sufficient.  I think that
10 there's -- I would have liked to have seen more
11 work done by RTL as far as being able to better
12 elucidate a realistic mechanism.  I would have
13 liked to have seen the -- see the specific
14 information that they used in order to generate
15 their data.  And it was not broken out in an
16 appropriate manner, so I think a lot of work could
17 have been done on the RTL reports.
18   Q   I got you.  So what you're saying is
19 that you would like to have seen more data, they
20 may have it, you don't know, it just wasn't
21 well-positioned in their report, it wasn't
22 attached to their report.
23   You're not saying it wasn't done.  You're
24 just saying that you haven't seen it?
25   MR. PAGLIARO:  Objection to the form of

32

1  the question.  That mischaracterizes the
2  testimony.
3    A   What I'm saying is looking at the data
4  that they presented, I can't use that information
5  to draw any conclusions from the report.
6    Looking at the depositions of some of the
7  principals that were taken, those depositions did
8  not serve to clarify that the information was
9  actually available; so I would have liked to have
10 seen the real data that was underlying that,
11 because I have no idea where -- where it stands.
12 BY MR. LANDSKRONER:
13   Q   Right.  And if you were provided the
14 data and it supports the conclusions drawn by
15 Realtime Labs, would you be satisfied with the
16 opinions that they rendered in this matter?
17   MR. PAGLIARO:  Hold on, Counsel.  I
18 object to that question.  If there's data you
19 withheld, I'd like to see it.  Are you saying --
20 the premise of your question is there's data out
21 there that hasn't been produced -- is that true --
22 by the plaintiffs?
23   MR. LANDSKRONER:  Sir, I'm conducting a
24 deposition here.  Do you have an objection?
25   MR. PAGLIARO:  I have an objection.  I

33

1  made it.  But you also made a question based on
2  the premise that there's data available.  If there
3  is, you haven't produced it.
4    MR. LANDSKRONER:  The data that is
5  available that was discussed in the depositions of
6  the experts of the plaintiffs is data which
7  they've testified about; and to the extent that
8  there's additional information that the doctor
9  would like to see or is required to review and he
10 would like to see it and it's there, if it hasn't
11 been produced, we'll produce it.  If it has been
12 produced, we'll -- we'll address it in the
13 deposition, so --
14   MR. PAGLIARO:  Ask your question.
15   MR. LANDSKRONER:  Excuse me?
16   MR. PAGLIARO:  Re-ask your question.
17 BY MR. LANDSKRONER:
18   Q   The question is if the data that's
19 referenced in the reports of RTL supports the
20 conclusions that they've drawn in those reports,
21 would you withdraw any criticisms you have of
22 their opinions?
23   A   To be blunt, I don't know what opinions
24 we're discussing right now.  There's one opinion
25 that's provided in a report by Dr. Straus and a

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

34

1 mechanism. Then there was a revision to an
2 opinion that's not supported by any data.
3      So before I can make any decisions about
4 would I accept their opinions, I'd, first of all,
5 like to know what opinion they're giving. And,
6 secondly, I would like to see what data there is
7 to support it.
8      Q   Okay. Since the time that you completed
9 your report, can you identify any additional
10 materials that you've reviewed in this matter?
11 And I -- you've referenced some depositions --
12 that's what I'm getting at -- right?
13      A   It would have been the depositions that
14 have been generated over the last several weeks.
15      Q   Would you be able to identify those by
16 name? I think we indicated Dr. Straus.
17      A   Yes. There's Dr. Straus. Dr. Hejzlar,
18 Mr. Sutton, Mr. McCarey, Mr. Tuday's, Dr. Myatt's.
19      Q   Brenda Little?
20      A   Brenda Little. No. Actually, I did
21 not. I only read a short amount of Brenda
22 Little's. And there was a -- an individual from
23 the, I believe, Hillsborough County Water
24 Commission. I don't recall the name. And I
25 believe that is the extent of what I reviewed.

35

1      Q   Did you review any of the plaintiffs'
2 depositions, depositions of the named plaintiffs
3 in this case?
4      MR. PAGLIARO:  The named plaintiffs.
5      A   No, I did not.
6 BY MR. LANDSKRONER:
7      Q   I think you indicated you reviewed
8 some -- supplemental report from Dr. Straus?
9      A   The literature?
10      Q   Yeah.
11      A   Is that what you call it?
12      Q   Yeah. He brought some additional
13 literature.
14      A   Yes, I did look at that.
15      Q   Any additional literature that you
16 reviewed or relied upon subsequent or outside of
17 this list in your report?
18      A   I can't think of any.
19      Q   Was there anything in terms of those
20 deposition transcripts, the literature that you've
21 reviewed after completing your report that has
22 resulted in a change or a modification of any of
23 the opinions that you hold in this matter, as
24 they're set forth in your report?
25      A   I can -- I -- no. I think there's

36

1 nothing that I've seen that is modifying my
2 opinions based on the original reports that were
3 generated. I think, if anything, they're
4 reinforced.
5      Q   Dr. McCarthy, you're aware of the nature
6 of the problems that are complained of by the
7 plaintiffs as it relates to the environments in
8 their home?
9      A   Yes.
10      Q   Can you define for me what you
11 understand those concerns or problems to be?
12      A   My understanding is that there was a
13 concern of extensive corrosion in the homes
14 whether it be on air-handling units or on metal
15 surfaces located throughout the home.
16      Q   And how did you learn of those problems?
17      A   The -- some of the early reports that I
18 looked at described those -- described those, as
19 well as discussions with Mr. Pagliaro.
20      Q   Have you been to any of the plaintiffs'
21 homes?
22      A   No, I have not.
23      Q   Having reviewed the data which has been
24 presented in this case and the expert reports, can
25 we agree that there is a corrosive environment

37

1 that exists in the homes of the five plaintiffs?
2      A   Based on the reports we've seen and the
3 photos, I'd say yes.
4      Q   And do you agree that this corrosive
5 environment in these homes, if uncorrected, poses
6 a danger -- potential danger to person and
7 property in those homes?
8      A   The property damage would be -- is a
9 serious problem, yes.
10      Q   And in terms of the danger to the
11 person, I note in some of your studies, you --
12 although it's not the focus of the study, you do
13 reference some of the physical effects of these
14 corrosive environments on people in the home.
15      Has there been reported physical effects
16 resulting from corrosive environments in the homes
17 of problem drywall?
18      MR. PAGLIARO:  Object to the form of the
19 question.
20      A   Are you talk about the plaintiffs'
21 homes, or are you talking about in general?
22 MR. LANDSKRONER:
23      Q   I'm talking about in general.
24      A   There have been reports of health
25 issues, yes.

10  (Pages 34 to 37)

38

1    Q   And do you know if any of the plaintiffs
2  in this litigation have had concerns for --
3  physical concerns resulting from the environments
4  in the homes?
5    A   I don't know.
6    Q   Can we agree, sir, that under normal
7  circumstances a home should not have a corrosive
8  environment?
9    A   We would not see corrosion to the extent
10 that's found in these homes, yes.
11   Q   And do you have an opinion as to whether
12 the source of the indoor corrosive environments in
13 these homes, the plaintiffs' homes, is something
14 of biological origin that exists in the home?
15      MR. PAGLIARO:  I object to form of the
16 question.  When you say corrosive environment, are
17 you talking about the corrosion in the metal?  Is
18 that what you're talking about?
19      MR. LANDSKRONER:  I'm talking about the
20 corrosive environment that exists in the home.
21   A   I have not seen any data that supports
22 that it would be biologically generated, so I
23 can't comment on that.
24 BY MR. LANDSKRONER:
25   Q   And have you seen any reports that

39

1  establish that is something specific other than a
2  biological problem that exists?
3    A   We've seen that -- several alternative
4  causes that it could be occurring from.
5    Q   Can you identify for me what the
6  possible causes are for the environments that have
7  been created in these homes?
8    A   One possible cause has to do with water,
9  with high hydrogen sulfide concentrations being
10 brought into the home and dispersed.  The --
11 another possible cause could be water that is
12 being used for irrigation purposes from wells and
13 the like, and that could be entering into the
14 home.  One of the homes also -- Chinese drywall
15 was identified in the home.  So I think those
16 would be the major differences.
17   Q   Is there also a possibility that there
18 could be a biological problem that exists in these
19 homes?
20      MR. PAGLIARO:  Objection to the form of
21 the question.  It's ambiguous.
22   A   I have not seen any data or mechanism that
23 that would support a biological cause for this.
24 So the -- all the mechanisms that I understand to
25 be related to biological sources would not be

40

1  occurring in the -- in these homes.
2      So if we're talking about it being associated
3  with drywall, I don't see the biological effects
4  being associated with drywall.
5  BY MR. LANDSKRONER:
6    Q   When I -- when I say "biological," I
7  should define that; or perhaps we should define
8  it.  And I am referring to a problem that
9  originates from a bacterial or fungal source.  Is
10 that -- are we on the same page in that?
11   A   I -- I think we need to clarify.
12   Q   Yeah, I want to do that.  I want to make
13 sure we're both clear on that.
14   A   Thank you, sir.
15   Q   When I -- when you respond to the
16 question about biological origin, what are you
17 referring to, just so we're clear?
18   A   If we're talking about biological origin
19 occurring outside -- say, in well water or in
20 surrounding areas -- that could be a possibility.
21 If we're talking about biological origin
22 associated with drywall, which is what I thought
23 you meant --
24   Q   Yeah.
25   A   -- I do not see a mechanism that would

41

1  drive that.
2    Q   Okay.  In terms of your investigation
3  into the problematic Chinese drywall, can you tell
4  me what the mechanisms were in place that you
5  believe created corrosive environments in those
6  homes?
7      MR. PAGLIARO:  Objection to the form of
8  the question.
9    A   The specific mechanisms have not been
10 fully validated at this time.  There are a number
11 of hypotheses that have been put forward and so
12 I -- but I don't have a specific mechanism.
13 BY MR. LANDSKRONER:
14   Q   Okay.  And can we talk about -- or can
15 you give me the overview of the different
16 hypotheses that have been put forward as to the
17 cause of the Chinese-drywall homes where there's a
18 corrosive environment?
19   A   Yes.  The -- there's been discussions
20 about various gaseous reactions that could be
21 taking place in which material could be reacting
22 with elemental sulfur and then being released into
23 the environment.  There's also a potential for
24 gases that could be trapped inside the drywall to
25 be emitted over time.  So there's two -- two

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

42

1  theories.
2     Q   Is drywall porous?
3     A   Yes.
4     Q   Can you walk me through how gas would
5  get trapped inside drywall that it was porous?
6     A   You can have certain pockets of material
7  that could solely hydrolyze, for example, and then
8  release material into the environment.
9     Q   Okay.  Keep in mind I'm not a scientist.
10  Hydrolize means retain moisture?
11     A   It could -- moisture would react with
12  certain bonds, chemical bonds that were present,
13  then release material into the air.
14     Q   And when you say "moisture," is that
15  humidity in the air?
16     A   That could be humidity in the air, yes.
17     Q   We know most of these homes were in
18  South Florida or southeastern United States.  Is
19  that an area that's deemed to be higher humidity
20  content than the northern section of the country?
21     A   Yes, sir.
22     Q   Humidity was one of the factors that you
23  investigated when you were doing your studies to
24  determine -- to assess the Chinese -- problematic
25  Chinese-drywall concern?

43

1     A   Yes.
2     Q   And was that deemed to be a contributing
3  factor, the high humidity in the southeastern
4  United States, as to the cause of the problematic
5  Chinese drywall?
6     A   We saw higher gas concentrations being
7  associated with higher dewpoints relative to
8  humidity in the environments.
9     Q   I think you indicated you had not been
10  to any of the homes of the plaintiffs in this
11  litigation.  Has anybody from EH&E been to any of
12  the plaintiffs' homes?
13        MR. PAGLIARO:  Counsel, just so we're
14  clear, when you say the plaintiffs' homes, are you
15  talking about the -- the named plaintiffs in the
16  Brucker and Brincku cases?
17        MR. LANDSKRONER:  Yes.  That's fair.
18  BY MR. LANDSKRONER:
19     Q   Yeah, and as I -- as I -- through this
20  litigation if I talk about the plaintiffs, I'm
21  talking about the five plaintiffs that have been
22  identified that you referred to in your report.
23  And if I need to go broader than that, I'll try to
24  clarify that.
25     A   Okay.

44

1     Q   Has anybody from EH&E been to any of the
2  named plaintiffs' homes?
3     A   Yes.
4     Q   Who has gone to the homes?
5     A   I don't know who specifically was at the
6  homes, but we would have had someone, as part of
7  the CPSC study, been at the Brincku home.
8     Q   Okay.  To your knowledge, are any of the
9  other named plaintiffs' homes subject of any of
10  the CPSC reports that have been rendered as it
11  related to problematic drywall?
12     A   I don't know.
13     Q   You do know the Brinckus' home has been
14  visited?
15     A   Yes.
16     Q   And the data that was obtained from the
17  Brincku home, where would that be?  In which
18  report would that had -- have been included?
19     A   That would be in our "Study of Domestic
20  Drywall."
21     Q   Where was that 11 homes that were
22  investigated in that study?
23     A   Yes.
24     Q   And that study was completed in 2011?
25     A   I believe so, yes.

45

1     Q   And that was also done on behalf of the
2  Consumer Product Safety Commission?
3     A   Yes.
4     Q   And what was the purpose for EH&E's
5  sending someone to the Brincku home for that
6  study?
7     A   We were asked to perform a field study
8  to evaluate 11 homes, and as -- and the Brincku
9  home was one of the 11 homes that were provided to
10  us from the Consumer Product Safety Commission.
11     Q   Fine.  Are you -- did you or anyone from
12  EH&E visit any of the neighbors' homes in those
13  communities?
14        MR. PAGLIARO:  Let's be clear, Counsel.
15  You're talking about the neighbors of the 11
16  people he was referring to in the --
17        MR. LANDSKRONER:  Correct.
18        MR. PAGLIARO:  Okay.
19        MR. LANDSKRONER:  Correct.
20        MR. PAGLIARO:  Just so we're clear on
21  what we're talking about.
22     A   If they were not -- if their names were
23  not provided to us by the Consumer Product Safety
24  Commission, we were not going to the neighbors'
25  homes.

12  (Pages 42 to 45)

46

BY MR. LANDSKRONER:

Q   Okay.  And for the purposes of the named plaintiffs in this case, did anyone from EH&E visit or communicate in any way with the neighbors of the named plaintiffs?

A   No.

Q   Turning to your report, Exhibit 3, this -- does this report that you've authored, Exhibit 3, contain the substance of all the opinions that you hold as it relates to this case?

A   It is the opinions based on what I had to review up to that point in time.

Q   Is there any testing or any investigation that you conducted or relied upon in this matter which has not been reported in the opinions or the materials that you set forth in Exhibit 3?

MR. PAGLIARO:  Object to the form.  Are you asking if -- if he's done any testing or investigation that hasn't been reported in this exhibit?

MR. LANDSKRONER:  Yeah.

BY MR. LANDSKRONER:

Q   I'm asking: Have you done anything, or EH&E done anything, additional to what's been

47

reported in your -- in Exhibit 3, in your report, by way of testing or investigation that's not referenced in this report?

A   No, we have not.

Q   Would it be fair to say, Dr. McCarthy, that there's -- in the content of your report, you have replicated research and sections of the reports that you authored for the purposes of the CPSC investigations that EH&E has conducted?

A   I've included reference materials from the CPSC reports, yes.

Q   And, specifically, I note some pictures that are -- picture in this report that's also a picture that you've produced or that you've utilized in the CPSC reports, so I'm guessing that you took some of those materials and cut and pasted and incorporated into this opinion report that you've rendered in this case?

MR. PAGLIARO:  Objection to the form of the question.

A   All of the information that was included in this report came from the CPSC Web sites.  We did not use any of the reports or documents that we have in our possession from EH&E.

48

BY MR. LANDSKRONER:

Q   Okay.  In terms of the work that you did for the CPSC across the scope of the problematic drywall issue, you were the principal investigator on behalf of EH&E?

A   Yes.

Q   In terms of -- was the first report that was generated the January 28, 2010, report on "Indoor Environmental Quality Assessment of Residences Containing chinese Drywall"?

A   Yes.

Q   That's also known as the 51-home study?

A   Yes.

Q   And as I understand it, there were 41 homes of the 51 where the homeowners had complaints of problematic -- or of a problem environment in their homes and ten that did not?

A   The initial complaints, there were -- there were 41 people who had complaints and ten who did not, yes.

Q   Can you tell me what that study was designed to do?

A   We were asked to go in and do a -- an evaluation of these homes to try to determine what characteristics existed and if we could find

49

specific tracers that would be useful in helping determine problematic homes in the future.

Q   And, specifically, that study was done to identify critical -- critical parameters related to the potential for suspect Chinese drywall to adversely affect health and property; correct?

A   At that time it was being termed "Chinese drywall," yes.

Q   So to the extent that those reports reference -- that report references "problematic drywall," it was referring wholly to Chinese drywall?

A   There's a -- I think some discussion about problem drywall with respect to the 41 homes, because there was corrosion being found in some of the homes that were what the people thought was corrosion that was not necessarily related to the drywall.  So it was corrosive environments.

Q   But the specific markers that you were seeking to identify were the markers that were specific to imported Chinese drywall in that study; correct?

A   If -- we were looking to identify

13  (Pages 46 to 49)

50

1 markers that were associated with drywall, and it
2 was believed it was all imported at that time.
3    Q   At the time you did -- conducted that
4 study you didn't realize that there was domestic
5 drywall that was included in the study?
6    A   Most homes had mixtures of the drywall,
7 both domestic and imported.
8    Q   At the time that you completed that
9 report, did you become aware that there was a
10 problem that extended beyond just beyond the
11 Chinese drywall, the imported Chinese drywall?
12       MR. PAGLIARO:  Objection to the form of
13 the question.  You mean complaints relating to
14 other types?
15       MR. LANDSKRONER:  Sure.
16    A   When we -- I'm not sure exactly when we
17 heard about additional complaints; but the concern
18 had always been looking at all drywall, whatever
19 the point of origin was.  So we were not -- I
20 think it was sometime after we finished the study
21 that we heard that there were concerns about
22 domestic drywall.
23 BY MR. LANDSKRONER:
24    Q   But you titled the report "Final Report
25 Indoor Environment on Quality Assessment of

51

1 Residences Containing Chinese Drywall"; correct?
2    A   That's correct.
3    Q   And the objective of the study was
4 designed to identify critical parameters related
5 to the potential or suspect imported Chinese
6 drywall to adversely affect health and property;
7 correct?
8    A   Right.  That was -- that was our initial
9 charge, and then we were -- when we went into the
10 home, we evaluated all the drywall in the home to
11 determine what was domestic or what was imported
12 and which had the markers and which didn't.
13    Q   And in -- in the course of that
14 investigation, you determined that the markers
15 were specific to Chinese drywall; correct?
16    A   All of the drywall that we found that
17 contained the markers was -- actually, that's not
18 true.  We had -- certain of the markers could
19 appear in other drywalls from other sources, but
20 the majority were from China.
21    Q   And one of the objectives was to
22 identify sensitive and specific markers of suspect
23 imported Chinese drywall so it could be used to
24 positively identify potentially impacted homes?
25    A   Yes.

52

1    Q   And what were the markers that were
2 identified of Chinese drywall?
3    A   We found levels of elemental sulfur.  We
4 found strontium and carbonate.
5    Q   And did you conclude that those markers
6 in any way were a cause of corrosion in these
7 homes?
8    A   We found they were associated.  We did
9 not found a cause, a causality.
10    Q   And if you can, explain for me what
11 "associated" means so I can understand what a
12 marker does.
13    A   Sure.  What we were trying to do was
14 identify materials within the wallboard that would
15 allow us to have an idea as to whether or not
16 there would be a higher probability of corrosion
17 occurring within the homes.  Since we don't have a
18 specific mechanism that we can tie this to, we
19 could identify an association.  We could not say
20 specifically they were causing it.
21    Q   Independently, do any -- are any of
22 those markers -- elemental sulfur, strontium, or
23 carbonite --
24    A   Carbonate.
25    Q   Carbonate.  Are they independently

53

1 deemed to be corrosive agents?
2    A   No.
3    Q   And I think you explained this, but I
4 want to make sure I understand it.  So the fact
5 that they're present may be a coincidence; but if
6 it's consistent enough, it's indicative that there
7 may be a problem?
8    A   That's correct.  It may be indicative
9 that there's a high probability.
10    Q   And did you make -- did the presence of
11 markers indicative of a particular mechanism that
12 is present when you identify those markers in the
13 drywall -- strike that.  Let me see if I can ask
14 it a little bit better.
15    Did you determine in that study that the
16 problematic Chinese drywall was off-gassing any
17 agent or chemical that was causing corrosion?
18    A   There were a number of chemicals that
19 were off-gassing from the Chinese drywall.
20    Q   Okay.  And what were those?
21    A   There was hydrogen sulfide, carbon
22 disulfide, carbonyl sulfide.  There are several
23 other minor constituents that were involved as
24 well, and that was really shown by the Lawrence
25 Berkeley National Laboratories.

14  (Pages 50 to 53)

54

1    Q   And are any of those particular
2  chemicals corrosive by nature?
3    A   Yes.  The three that I mentioned all
4  are.
5    Q   And in terms of hydrogen sulfide, do you
6  believe that the hydrogen sulfide that was
7  off-gassing from the problematic Chinese drywall
8  played a role in the corrosion that occurred in
9  those homes?
10   A   The hydrogen sulfide certainly can play
11  a role.  It couldn't explain all of the corrosion,
12  but it did appear to be associated with corrosion
13  in the homes.
14   Q   Do you know how the hydrogen sulfide was
15  produced from the wallboard?
16   A   We don't have a mechanism for that.
17  Again, it could be either a reaction that's taking
18  place, a chemical reaction that's taking place
19  with atmospheric gases; or it could be material
20  that is slowly being driven off over time from the
21  wallboard.
22   Q   Do you believe that the cause of the
23  off-gassing of hydrogen sulfide was bacterial in
24  nature?
25   A   No, I do not.  And that's really based

55

1  on the fact that we don't have conditions that
2  would support bacterial growth that would drive
3  off hydrogen sulfide in the wallboard.
4    Q   You're aware of domestic drywall that
5  has been known, also, to off-gas hydrogen sulfide;
6  true?
7    A   There -- some work has been done at --
8  Lawrence Berkeley National Labs have shown low
9  levels of hydrogen sulfide, and some of the work
10  that's been done at Columbia Analytical has showed
11  levels of -- detection of hydrogen sulfide being
12  involved.
13   Q   And are you aware of certain cases where
14  hydrogen sulfide was being off-gassed from
15  domestic drywall and there were not the presence
16  of the markers of problematic Chinese drywall?
17   A   Could you repeat the question?
18   Q   Sure, sure.  We've talked about the
19  markers that were present in problematic Chinese
20  drywall; and I'm asking if you're aware of
21  circumstances, from the literature or otherwise,
22  where the -- there was domestic drywall that was
23  off-gassing hydrogen sulfide, but did not have
24  those markers of the problematic Chinese drywall.
25   A   Yes.

56

1    Q   Okay.  So can we agree that there may be
2  different -- differing mechanism of chemical
3  off-gassings of -- or compositions of source
4  material in drywall that may be creating a
5  particular type of problem in drywall that's
6  different between domestic and Chinese drywall?
7    MR. PAGLIARO:  Object to the form of the
8  question.
9    A   That's a hypothetical that really is --
10  there's no basis to say there's a different --
11  different mechanism, so I can't agree to that.
12  BY MR. LANDSKRONER:
13   Q   Okay.  So tell me -- can you agree with
14  this statement, that there is a possibility that
15  some problem drywall, including domestic drywall,
16  may have different characteristics from the
17  originally defined problem drywall from China?
18   A   I'm sorry.  Can you repeat that one more
19  time?
20   Q   There's a possibility that some drywall,
21  including domestic drywall, may have different
22  characteristics from the originally defined
23  problem drywall from China?
24   A   I think that you'd have to look for that
25  information.  I think that it's a possibility, but

57

1  I've not seen data that would support that.
2    Q   Can you agree that there may be
3  differing mechanisms of chemical off-gassing or
4  compositions of source materials that exist in
5  domestic drywall that does not exist in Chinese
6  drywall?
7    A   I have not seen any information that
8  would support some different mechanism in domestic
9  drywall versus Chinese drywall.
10   Q   You're not saying that's not a
11  possibility.  You're just saying you haven't seen
12  it?
13   A   Well, I think that, you know, we're --
14  we're stating a hypothetical that is potentially
15  so rare that it's nonexistent.  So I'd -- I would
16  like to know what a potential mechanism could be
17  so I could opine on whether or not it's a likely
18  scenario.  But I have nothing to base that on, so
19  I really can't say.
20   Q   Can we agree that S8, like the -- S8 is
21  elemental sulfur?
22   A   Yes.
23   Q   That S8 might be a good marker for a
24  particular type of drywall problem -- for example,
25  Chinese drywall -- but not all problem drywall?

15  (Pages 54 to 57)

58

1     A   We've not seen problem drywall that does
2 not contain S8.
3        MR. PAGLIARO: Can we take a comfort
4 break?
5        MR. LANDSKRONER: We can.
6        MR. PAGLIARO: Do you mind?
7        MR. LANDSKRONER: Yeah.
8        THE VIDEOGRAPHER: There ends Video
9 Recording No. 1. The time is 10:03. We are off
10 the record.
11     (There was a recess in the proceedings.)
12        THE VIDEOGRAPHER: Here begins Video
13 Recording No. 2. The time is 10:10. We are on
14 the record.
15 BY MR. LANDSKRONER:
16   **Q   Okay, Dr. McCarthy. Back on the record.**
17 **We were talking about a particular type of**
18 **problem that existed in problematic Chinese**
19 **drywall and the markers that were associated with**
20 **those -- with that particular drywall, and I think**
21 **you indicated -- and correct me, if I'm wrong --**
22 **that you haven't seen anything to indicate that**
23 **there is a problem other than -- with drywall**
24 **other than with Chinese drywall; is that correct?**
25        MR. PAGLIARO: Objection to the form of

59

1 the question. I'm not sure that's exactly what he
2 said.
3     A   I believe you asked me if there were
4 other markers that were associated with -- or the
5 mechanism of markers that could be associated with
6 the drywall, and I said the only problem drywall
7 we had seen had S8 associated with it.
8 BY MR. LANDSKRONER:
9   **Q   And do you know the mechanism that was**
10 **creating the problem in the Chinese drywall?**
11     A   I said earlier there was -- there was
12 not a specific mechanism that had been identified.
13 Several have been hypothesized, but none have been
14 confirmed.
15   **Q   The marker strontium, is -- is that --**
16 **do you know where that particular -- is it**
17 **chemical, is the proper term for that?**
18     A   It's an element, yes.
19   **Q   Element. I had to think of my periodic**
20 **table for a moment.**
21 **That element itself was derived from its**
22 **presence in the drywall?**
23     A   We don't know the specific source.
24   **Q   Was -- does strontium suggest that the**
25 **drywall contained natural gypsum as opposed to**

60

1 byproduct gypsum?
2     A   That's not been qualified yet, so there
3 were some reports of synthetic gypsum containing
4 strontium as well.
5   **Q   Do you know if the gypsum that was used**
6 **to produce the drywall in the named plaintiffs'**
7 **homes was synthetic or natural gypsum?**
8     A   I don't know the specifics of all the
9 drywall that was -- were in those homes. My
10 understanding is that there were multiple --
11 multiple vendors, multiple manufacturers.
12   **Q   Other than the -- I think the Retana**
13 **home that had the presence of Chinese drywall in**
14 **it, are you specifically aware of any other**
15 **vendors that produced drywall in the named**
16 **plaintiffs' homes other than National Gypsum?**
17     A   We've not examined all of the drywall in
18 everyone's homes. I thought there was some
19 reports of U.S. gypsum appearing in some of the
20 other homes; but I have to go back to confirm
21 reports, specific reports.
22   **Q   Do you know what specific reports those**
23 **would be?**
24     A   I'm not sure if it was the HSA reports
25 or someone else's but -- I'd have to go back and

61

1 look. I don't recall.
2   **Q   So they would have been reports that**
3 **were included as part of the materials that relate**
4 **to this specific case the expert -- the other**
5 **defendants' experts?**
6     A   Correct.
7   **Q   And are you fairly confident that those**
8 **experts, from their reports, went through those**
9 **houses with some detail to determine what drywall**
10 **was present in those homes?**
11     A   I believe they accessed -- when they
12 were able to access significant amounts of
13 drywall, they were able to do so. I think they
14 were diligent.
15   **Q   In your report -- and I'm going to go**
16 **into the report in more detail in little bit**
17 **later; but just in general, if you recall, you**
18 **referenced an association between dewpoint and**
19 **hydrogen sulfide in the Chinese-drywall homes.**
20     A   Yes.
21   **Q   What is dewpoint?**
22     A   Dewpoint is the temperature in which --
23 if air is cooled down, that you'll start getting
24 condensation on the surface.
25   **Q   And is the dewpoint higher or lower in**

16  (Pages 58 to 61)

62

1  southeastern United States?
2       MR. PAGLIARO:  Objection to the form of
3  the question.  Where?
4  BY MR. LANDSKRONER:
5       Q   In general, in South Florida is it
6  higher or lower than the rest of the country?
7       A   It's generally going to be higher.
8       Q   And that's because there's greater
9  humidity levels there?
10      A   Correct, and it's warm.
11      Q   And what is the significance of dewpoint
12  in relation to hydrogen sulfide, at least in terms
13  of your investigation into the problematic Chinese
14  drywall?
15      A   We found an association between higher
16  dewpoints and the evolution of more hydrogen
17  sulfide.
18      Q   And because drywall is porous, if the
19  dewpoint is higher, does that suggest that there
20  is -- would be higher moisture content that comes
21  in contact with the drywall?
22      A   Yes.
23      Q   And I think you made a reference that
24  where dewpoint reached a typical room temperature
25  and condensation of water vapor would be expected,

63

1  H2S was present, if you recall that.
2       A   Yes.
3       Q   I just -- can you explain that to me?
4  Because I'm not sure I understood it.
5       A   Sure.  In certain homes and in areas
6  within the homes -- say, around the HVAC supply
7  grill, or something like that -- you may start to
8  get some condensation on some of those surfaces.
9       What we found was in homes that -- several of
10  the homes we were in were no longer occupied, and
11  so they were not conditioning the homes to the
12  same extent that you generally were so the -- a
13  lot of times, the HVAC systems were what you call
14  "short cycling" where they're turning on to get a
15  certain temperature, but they're not effective at
16  dehumidifying the air so you'll actually have more
17  moisture than you typically and we'd see
18  condensation occurring.  That's where we found
19  higher levels of hydrogen sulfide being found.
20      Q   Around the areas where there was higher
21  condensation, higher moisture?
22      A   Higher moisture.
23      Q   And that would include rooms like
24  bathrooms and laundry rooms and areas where there
25  might would be faucets as well?  There would be

64

1  higher moisture content?
2       A   Yes, in general, higher moisture
3  content.
4       Q   Do you know if any of the homes that
5  were referenced in the 51-home study had drywall
6  manufactured by National Gypsum at its Apollo
7  Beach plant?
8       A   I don't know that.
9       Q   In your report you reference the term
10  "multivariant model."  This is where I get my
11  education.  Can you tell me what that is?
12      A   Sure.  What we're really doing is taking
13  a number of different variables -- and there are
14  statistical procedures that you can use that will
15  take and look at dependencies among those
16  different variables.  And you can use an analysis,
17  which is the multivariant analysis, to determine
18  which are the ones that have the greatest
19  significance.
20      So if you're looking at the temperature and
21  relative humidity and day of the week and area of
22  the country, and all of that, you can determine
23  what is significant and what isn't significant.
24      Q   And so why do you do it?
25      A   Because everything is -- you know,

65

1  basically our lives are wrapped up in, you know,
2  multiple factors every day.  And what you need to
3  be able to do is to have a method to tease out
4  what is significant, so what is significantly
5  impacting the phenomena that you're looking at.
6       Q   You ask three questions either in -- I
7  think in one of your studies.  One was:  Are
8  reduced sulfur gases indoor associated with
9  imported drywall?  Do you recall what your
10  conclusion was?
11      A   I'd like to look at the specific study.
12      Q   Yeah, it's here in one of the articles;
13  but I may come to it more specifically.
14      But just in general, do you believe that
15  reduced sulfur gases indoors are associated with
16  the problematic Chinese drywall?
17      A   Yes.
18      Q   And I think it was your testimony that
19  you do not believe that any off-gassing of
20  hydrogen sulfide from the problematic Chinese
21  drywall was a result of any bacteria and,
22  specifically, a sulfur-reducing bacteria, in your
23  report?
24      A   That's correct.
25      Q   I think you also asked the question if

66

1 corrosion rates were associated with the presence
2 of problematic Chinese drywall.
3     Do you believe that there is an association
4 between problematic Chinese drywall and corrosion
5 rates in the homes on the studies that you
6 performed?
7     A   Could you try to clarify that question?
8     Q   Yeah.  And I'm sorry.  I can't place
9 exactly where, but it was one of the papers -- I
10 think it was one of the CPSC papers -- you had
11 posed these questions.  And there was discussion
12 about whether or not, in theory, corrosion rates
13 were associated with the problematic Chinese
14 drywall in these homes.
15     And as we're following it, I think I
16 understood where you were headed with it; but I'm
17 just asking, in general, do you believe that the
18 corrosion rates in these homes that you studied in
19 the 51-home study, or the subsequent studies you
20 did, were present -- were associated with the
21 problematic Chinese drywall?
22     A   Yes.  We found a statistically
23 significant difference between the problem homes
24 that contained -- or the complaint homes that
25 contained problem drywall and the homes that did

67

1 not contain it.
2     Q   And in -- and in -- excuse me.  In
3 undertaking your multivariant modeling, did you
4 contemplate that the corrosion in the homes you
5 investigated could have been accelerated as a
6 result of the synergistic effect between hydrogen
7 sulfide and other elements or chemicals that were
8 present in the homes?
9     A   Yes.
10     Q   And your conclusion was that they
11 could -- that could have occurred?
12     MR. PAGLIARO:  Objection to the form of
13 the question.  What could have occurred?
14     A   The -- I think -- are you talking about
15 that a synergy would have occurred with additional
16 chemicals being present?
17 BY MR. LANDSKRONER:
18     Q   Correct.
19     A   Yes.  We -- we found that hydrogen
20 sulfide alone would not -- at the levels that we
21 found in the home would not account for all the
22 corrosion that was found.
23     Q   And did your multivariant modeling
24 consider that it could be other chemicals or it
25 could be other bacteria that could have come in

68

1 contact with the hydrogen sulfide that would
2 result in corrosion?
3     A   We contemplated whether or not there
4 could be additional chemicals or physical
5 characteristics that would be contributing to
6 this.  The bacterial issue is not considered
7 because there was no mechanism for it.
8     Q   And you say -- explain for me
9 "mechanisms" just so I understand what you're
10 referring to.
11     A   Sure.  You know, when you're looking at
12 different possibilities, you're trying to evaluate
13 the probability of something occurring.  When
14 you're trying to look at the probability, you're
15 looking at all the conditions that are going to be
16 required for that to occur.
17     We did not see that there were conditions
18 that were going to be conducive to bacterial
19 action or fungal action, or anything like that,
20 that would be causing degradation of the board, or
21 whatever, that would be involving more material
22 also.  So that was not necessarily included.
23     Q   As we sit here today, do you believe
24 that H2S present in these homes, in conjunction
25 with other ubiquitous microorganisms, might have

69

1 contributed to the corrosive environments in the
2 Chinese-drywall homes?
3     A   When you're talking about -- if
4 you're -- when you're linking hydrogen sulfide and
5 other ubiquitous microbiological organisms, again,
6 I have to say I don't understand where the
7 microorganisms are coming into the question here.
8 I've not seen any hypothesis that's been put
9 forward that's reasonable to say that
10 microorganisms play an important role here, so I
11 can't agree with that statement.
12     Q   And so you didn't consider it in your
13 evaluation?
14     A   I don't agree with the premise of the
15 statement, so we didn't consider it.
16     Q   And is that also true for your
17 assessment of the problems alleged by plaintiffs
18 in this litigation as to the drywall in their
19 homes?
20     A   Is that true -- what are you referring
21 to?
22     Q   That -- that you do not consider that a
23 viable solution or a viable answer to the cause of
24 the corrosion in these homes is a combination of a
25 synergistic effect between hydrogen sulfide in

18  (Pages 66 to 69)

70

1   those homes and any other microorganism.
2       A   I've not seen any credible evidence
3   that's put forward that says that there is a
4   microbiological mechanism being -- in place here.
5       Q   Okay.  And just so it's clear for the
6   record, you're not saying that's not a
7   possibility.  You're saying you just have not seen
8   any credible evidence to support that proposition,
9   as we sit here today?
10      A   Well, this goes back to what I said
11  earlier.  You know, what you'd like to see is some
12  evidence that says that this is a reality or this
13  is a potential occur -- potential -- has a
14  potential to occur.
15      You know, what you're asking me to do is make
16  a statement on a premise that is probably so rare
17  that it's nonexistent, so it's -- I guess I can't
18  really agree to that.
19      Q   And so let me just flip that around on
20  you, Doctor.  So in your -- it's your testimony
21  that there is no possibility, zero percent
22  possibility, that the combination of hydrogen
23  sulfide and microorganisms present in the homes of
24  the plaintiffs in this litigation is causally
25  related to the corrosion in those homes?

71

1       A   It's -- it's like you're saying this
2   building is going to get hit by a meteor at 2:00
3   this afternoon.  I can't say that it isn't going
4   to happen, but I can't see any -- I don't have any
5   evidence that says there's a high probability that
6   it is going to happen.
7       So I -- and that's pretty much how I would --
8   how I would characterize this.  I can't say with
9   absolute certainty, but the probability is
10  vanishingly small.
11      Q   Okay.  That's fair enough.
12      In your report you talk about the term "SRB,"
13  so let's define these terms so we're on the same
14  page.  What is SRB?
15      A   Well, SRB has been talked about as both
16  sulfur-reducing bacteria and sulfate-reducing
17  bacteria.  And a sulfur-reducing bacteria will
18  utilize elemental sulfur as its main source of
19  energy, and you'll have a sulfate-reducing
20  bacteria that will utilize sulfate and will reduce
21  that to hydrogen sulfide.
22      Q   These are anaerobic bacteria?
23      A   I believe the majority of them are, yes.
24      Q   And anaerobic is they exist in the
25  absence of oxygen; correct?

72

1       A   That's correct.
2       Q   And I think you've talked about SRBs.
3   And is it okay -- if you need to distinguish
4   between sulfate or sulfide, please do.  I'll refer
5   to them more generally as SRBs.
6       Are they capable of producing hydrogen
7   sulfide?
8       A   With the right environment and
9   conditions, they can, yes.
10      Q   Okay.  And can you walk me through the
11  metabolic pathway that an SRB will take to produce
12  hydrogen sulfide?
13      A   Well, I wouldn't want to get into the
14  microbiology of it and -- but, you know, basically
15  what you're doing is you'll have your sulfate that
16  will -- your SRB will react, you know, with
17  sulfate and reduce it, transferring its electrons
18  to the sulfate to then produce hydrogen sulfide
19  and water.
20      Q   And when you say you don't want to get
21  into the microbiology, that would be matters you
22  would defer to the microbiologist at your shop for
23  the specifics and you just have the overview, or
24  the general overview, I should say?
25      A   That's correct.

73

1       Q   And understanding that, I'm looking at
2   page 22 of your report; and you sort of it, it looks
3   to me like, lay out the -- what I interpreted to
4   be the pathways -- let me define them a little bit
5   differently -- for source emission effect of SRBs
6   and, as it relates to drywall, SRBs, hydrogen
7   sulfide, and corrosion.
8       So sort of using this as a model,
9   specifically dealing with that, can you define for
10  me what an SOB is?
11      A   That's a sulfur-oxidizing bacteria.
12      Q   And are these -- I understand these to
13  be aerobic bacteria, meaning they need oxygen?
14      A   Correct.
15      Q   Are sulfur-oxidizing bacteria capable of
16  producing hydrogen sulfide?
17      A   Yes, they are.
18      Q   And how does that occur, if you can walk
19  me through the metabolic pathway?
20      A   Sure.  What's happening with a
21  sulfur-oxidizing bacteria is that they're
22  generally acting on a reduced sulfur compound,
23  such as hydrogen sulfide, and then oxidizing that
24  to form H2S04, which is sulfuric acid.
25      Q   That -- that talks about what happens

19  (Pages 70 to 73)

74

1   when sulfur-oxidizing bacteria metabolizes
2   hydrogen sulfide, and you indicated that the
3   pathway then would be H2S04, sulfuric acid.
4       A   It'll produce -- it can produce certain
5   sulfates, or one other end point would be sulfuric
6   acid, H2SO4.
7       Q   Okay.  Can it specifically also produce
8   hydrogen sulfide, H2S, by metabolizing any other
9   elements?
10      A   I don't know the specifics of all the
11  organisms that would be -- that would qualify
12  under the term "SOB," so I defer to Dr. Myatt.
13      Q   And -- and I just generally refer to
14  literature that talks about sulfur-oxidizing
15  bacteria utilizing sulfide -- I'm sorry --
16  utilizing iron sulfide or pyrite to create
17  hydrogen sulfide.  Does that refresh your
18  recollection of what the literature talks about?
19      A   I've seen that, but I don't know the
20  specifics of it.
21      Q   You had talked about under certain
22  circumstances these SOBs can metabolize into
23  sulfuric acid or into hydrogen sulfide.  Can you
24  tell me under what conditions that a SOB would
25  metabolize hydrogen sulfide to create sulfuric

75

1   acid?
2           MR. PAGLIARO:  I'm going to object.
3   This witness hasn't been introduced as an expert
4   on microbiology.  We have those yet to be deposed
5   as experts.
6       If you can answer, answer.
7       But I'll just make an objection on that
8   basis.
9       A   Could you repeat the question again?
10  BY MR. LANDSKRONER:
11      Q   Sure.  You said under certain conditions
12  SRBs can produce hydrogen sulfide; under certain
13  conditions SOBs can produce hydrogen sulfide or
14  sulfuric acid.
15      Can you tell me what the conditions would be
16  under which the SOBs would be able to produce
17  sulfuric acid?
18      A   Well, I don't want to address it as an
19  expert in microbiology.
20      Q   Okay.  That's fair.
21      A   But the literature that I've reviewed
22  have -- has indicated that it's going to be
23  elevated temperatures and it's going to be a
24  highly acidic environment and it's also going to
25  be done in solution.  So there's going to be

76

1   liquid, water, present and, of course, time.
2       Q   Are you aware as to whether National
3   Gypsum drywall contains iron sulfide?
4       A   I don't recall the elemental
5   constituents.
6       Q   Dr. McCarthy, is -- is H2SO4 -- is
7   sulfuric acid corrosive?
8       A   If it's in direct contact with the
9   materials, yes.
10      Q   Can it be airborne?
11      A   It can be -- it can be in a droplet
12  form, but it generally does not evolve as a gas
13  unless it's heated significantly.
14      Q   You had the opportunity to review
15  Dr. Straus' report and RealTime Lab's reports in
16  this matter.  When you looked at those reports and
17  they referenced particular bacteria that they
18  identified in the plaintiffs' home, the drywall in
19  plaintiffs' homes, and specifically Sulfobacillus
20  thermosulfidooxidans -- and I'll refer -- if it's
21  okay, I'll refer to that as ST.
22      A   Uh-huh.
23      Q   And you can as well.  I'm sure you're
24  probably more comfortable with the pronunciation.
25      A   ST works fine.

77

1       Q   Okay.  You -- you saw that they
2   identified that as a -- as a bacteria that they
3   found present in the samples from the plaintiffs'
4   homes; correct?
5       A   Yes.
6       Q   And when you saw that in their reports,
7   did you understand that to be a sulfur-oxidizing
8   bacteria?
9       A   When I looked at the reports initially,
10  I was under the impression that they were
11  referring to it as sulfur-reducing bacteria.  We
12  had determined that it was a sulfur-oxidizing
13  bacteria.
14      Q   Okay.  So when you -- when you had the
15  opportunity to review the report and started to do
16  your report about it, you recognized it as a
17  sulfur-oxidizing bacteria?
18      A   Yes.
19      Q   They also identified present, at least
20  in one home, a bacteria Thiobacillus thiooxidans?
21      A   Yes.
22      Q   And is that also a sulfur-oxidizing
23  bacteria?
24      A   Yes, it is.
25      Q   Okay.  Did you recognize that at the

20  (Pages 74 to 77)

78

1    time that you reviewed their reports?
2        A   The name gives it away, yes.
3        Q   In your report you spend some time
4    addressing the role of sulfur-reducing bacteria as
5    it relates to the -- strike that.
6        In your report you refer and discuss the role
7    of sulfur-reducing bacteria and the potential it
8    played, if any, in the drywall that's present in
9    the plaintiffs' homes.  I think we can agree that
10   there was no finding by RealTime Labs, or anyone
11   in this case, that there was a sulfur-reducing
12   bacteria that was present in the plaintiffs'
13   homes; is that correct?
14       MR. PAGLIARO:  Well, I object to that,
15   the form of that question; and I object to the
16   statement.
17       But you can answer, if you can, Doctor.
18       A   Dr. Straus specifically gave his
19   mechanism to be one of sulfur-reducing bacteria.
20   BY MR. LANDSKRONER:
21       Q   Fair enough.
22       A   And so that's why -- because he was
23   considering sulfur-reducing bacteria as being the
24   mechanism -- we thought he was misinterpreting
25   what was being discussed there as far as the

79

1    oxidizing factor.  And so that was his method he
2    was postulating, and we were addressing --
3    addressing his mechanism.
4        Q   But the bacterium that was identified
5    was a oxidizing bacterium; and we can all agree to
6    that, as we sit here today?
7        MR. PAGLIARO:  That he got it wrong?
8    BY MR. LANDSKRONER:
9        Q   That his -- that the bacteria that was
10   identified by Dr. Straus in reference was an
11   oxidizing bacteria?
12       A   The -- let's break that apart.  What
13   Dr. -- what was identified by RTL in the RTL data
14   was an oxidizing bacteria.  What Dr. Straus was
15   hypothesizing as his mechanism for corrosion
16   occurring in the home was based on formation of
17   hydrogen sulfide by a sulfur-reducing bacteria.
18   So that's why we were focusing our report on a
19   sulfur-reducing bacteria, because that's what
20   Dr. Straus was talking about as the mechanism.
21       Q   And as we sit here today, we understand
22   it to be a sulfur-oxidizing bacteria that he --
23   that was identified by RealTime Labs.  And you
24   read Dr. Straus' deposition at this stage, and you
25   understand that he's been able to explain his

80

1    position on that bacterium and the pathways that
2    the bacterium took to create sulfuric acid,
3    correct.
4        MR. PAGLIARO:  I object to the form of
5    the question.
6        A   That's quite a question.
7        The -- Dr. Straus -- I did not see anything
8    from Dr. Straus, other than some conjecture, that
9    there was a -- the -- how sulfur-oxidizing
10   bacteria impacted this.
11       I'd like to see, you know, something that's
12   equivalent to the report that he initially
13   provided where he's talking about a specific
14   mechanism as opposed to him just, you know,
15   verbalizing something at a meeting, because I have
16   no -- I have no basis to -- to evaluate the
17   validity of what he's saying.
18   BY MR. LANDSKRONER:
19       Q   Understood.
20       Bear with me, Dr. McCarthy, as I check.
21       In terms of the 51-home study, as part of
22   that study, did you assess the water in the homes
23   that were on wells to determine what, if any, H2S
24   content was present?
25       A   No, I did not.

81

1        Q   And why not?
2        A   We were asked to go in and evaluate the
3    drywall and the impact of problematic drywall on
4    the homes.  We were not asked to evaluate water or
5    anything along those lines.  We were very focused
6    on the drywall and overall characteristics of the
7    home.
8        Q   As we've learned in this case, the water
9    in South Florida often has a presence of hydrogen
10   sulfide in it?
11       A   Yes.
12       Q   As we sit here today, do you believe
13   that the water in the homes with problematic
14   Chinese drywall contributed in any way to the
15   corrosive environment in those homes?
16       A   Yes, I do.
17       Q   And do you believe that the water in
18   conjunction -- in some way, although not clearly
19   defined, as you've indicated, acted in conjunction
20   with the drywall to create the corrosive
21   environment?
22       A   I don't see the mechanism by which that
23   would be occurring.  If you could give me a
24   hypothesis for it, then we can discuss it.
25       Q   Sure.

21  (Pages 78 to 81)

82

1      A   Right now I'd be trying to think through
2   what you're getting at.
3      Q   Sure.  Let me see if I can hash it out.
4   You've indicated there's some presence of H2S in
5   the water, particularly in South Florida, that you
6   believe has some causal relationship to the
7   corrosive environments and the homes with
8   problematic Chinese drywall; correct?
9      A   Yes, it could.
10     Q   And you also have indicated that you
11  found that there were elements of hydrogen sulfide
12  that were being off-gassed, along with other
13  chemicals, from the problematic Chinese drywall;
14  correct?
15     A   That's correct.
16     Q   So do you believe that the off-gassing
17  or the problems that have been developed, have
18  been identified with problematic drywall, in
19  conjunction with the water that exists in South
20  Florida, contributed synergistically, or
21  otherwise, to cause the corrosion problems that
22  has developed in those homes?
23     A   Let me try to break that down.
24     If we're talking about the homes we
25  investigated in the Chinese-drywall study, we know

83

1   they're evolving levels of hydrogen sulfide into
2   the environment.  It is quite possible that if
3   those homes also had hydrogen sulfide coming out
4   of their taps into the home, that that could be
5   additive to the corrosion in the homes.  They
6   could certainly both be contributing to it.
7      Q   Are you familiar with the fatty acid
8   valeric acid?
9      A   Yes.
10     Q   And are you also familiar with butyric
11  acid?
12     A   Yes.
13     Q   It's also a fatty acid?
14     A   Yes.
15     MR. PAGLIARO:  What was the first one?
16     MR. LANDSKRONER:  Valeric acid,
17  V-A-L-E-R-I-C.
18  BY MR. LANDSKRONER:
19     Q   Are they created as a product of a
20  biological reaction?
21     A   Yes, they are.
22     Q   Is there any distinguishing
23  characteristics of those particular acids?
24     A   Yes.  They smell like vomit.
25     Q   Is there any relationship or association

84

1   between fatty acids and sulfur-oxidizing bacteria,
2   that you're aware of?
3      A   I'd have to defer to a microbiologist on
4   that.
5      Q   I think in your report you indicated
6   that you paid a visit to the National Gypsum
7   Apollo Beach plant.
8      A   Yes.
9      Q   Do you recall approximately, not the
10  specific date but -- when you did that?
11     A   I believe it would have been
12  mid-November.
13     Q   2011?
14     A   Yes.
15     Q   And why did you go there?
16     A   I wanted to see what the plant looked
17  like, understand the process better.
18     Q   Specifically, I think in your report you
19  talk about looking for things like -- looking for
20  corrosion at the plant.  Why did you do that?
21     A   Again, you know, when we're going in to
22  evaluate different settings; and in looking at
23  corrosion, we found a lot of corrosion in the
24  plant, or significant amounts of corrosion in the
25  plant, that might indicate that there is material

85

1   that's off-gassing, either starting material or
2   the finished product.  So that would give us a
3   clue that maybe there is something going on within
4   the product itself.  We didn't see that.
5      Q   So if there was some indication that
6   there was off-gassing in the finished product, it
7   would raise a red flag for you that there might be
8   a bacterial concern or a fungal concern with the
9   product?
10     MR. PAGLIARO:  I object to that.  I'm
11  not sure that's what he said at all.
12     A   What I'm looking for is -- if there is
13  evidence of corrosion, then I would want to go
14  back and try to understand why, is it because of
15  storage of chemicals or some other cause.  And
16  that's -- but, again, we're looking for clues
17  here.
18  BY MR. LANDSKRONER:
19     Q   But you specifically referenced the
20  finished product.  And if there was a problem with
21  the finished product -- and I was just trying to
22  narrow down.  Why did you isolate the finished
23  product?  What would you be looking for in the
24  finished product if there was a problem?
25     A   Well, I don't believe I initially said

22  (Pages 82 to 85)

86

1  the finished product.  I think I said looking for
2  starter materials as well as the finished product,
3  because I would be looking -- and we did go
4  through the plant, from material being brought in
5  from the FGD starter material all the way through
6  the entire facility to the end product.
7      One of the things I was looking for is the
8  presence of odors, were there characteristic odors
9  that we would be picking up.  And as I said, the
10  other thing was looking for corrosion.
11     **Q    And what is the significance of the**
12  **presence of odors?**
13     A   Well, you've got a very large mass of
14  material that's present at that facility; and
15  you'd expect that odors are going to be enhanced
16  because of just the large mass of material that's
17  there.  So even if it was present in low
18  concentrations, you'd expect to pick up the odors.
19  It would be much more distinctive than having a
20  single board by itself.
21     **Q    Are there any particular odors that you**
22  **were looking for?**
23     A   We were looking for the odors of rotten
24  eggs, hydrogen sulfide, anything else that really
25  had a strong characteristic sulfur odor, the burnt

87

1  match that people talk about a lot, as well as
2  anything else that would be present that would be
3  unusual.
4      **Q    Did you identify any corrosion problems**
5  **or concerns in the course of your walk-through of**
6  **the plant?**
7      A   Looking at the facility, we didn't find
8  evidence of corrosion.  There was a very clean
9  facility, clean operation.
10     **Q    Are you aware as to whether or not the**
11  **National Gypsum Apollo Beach plant ever had any**
12  **corrosion problems that existed within the plant,**
13  **on the plant grounds?**
14     A   I had asked one of the managers there if
15  they had had any problems with corrosion, and he
16  said they didn't.  And that's the extent of the
17  information that I had.
18     **Q    And do you recall who the manager was?**
19     A   It was Pat McCarey as well as
20  Mr. Machesney.
21     **Q    And how long did you spend at the plant?**
22     A   Probably six hours, seven hours.
23     **Q    Was it just one visit there?**
24     A   Yes.
25     **Q    Was counsel present with you at that**

88

1  visit?
2      A   Yes.
3      **Q    Who was there?**
4      A   Mr. Ayala was there initially, and
5  Mr. Pagliaro was there at the end.
6      **Q    Dr. McCarthy, had there been a history**
7  **of problems with corrosion at the Apollo Beach**
8  **plant, what would that have indicated to you?**
9      A   I would have wanted to know why and what
10  they had done to resolve it.  So if there was a
11  history of it, we would have probed more deeply.
12     **Q    I think you indicated that you were**
13  **informed that there was no history of corrosion at**
14  **the plant.**
15     A   That's correct.
16     **Q    And did you -- I think you indicated you**
17  **did not -- you did -- did you, when you walked**
18  **through the plant, identify any smells that were**
19  **of concern?**
20     A   No, we did not.
21     **Q    Did you have any discussions with**
22  **Mr. Machesney and Mr. McCarey -- or anyone else,**
23  **for that matter -- about problems with odors that**
24  **had developed at the plant at Apollo Beach?**
25     A   I can't recall specifically.  I

89

1  believe -- I believe that I spoke with Mr. McCarey
2  about if he ever did smell hydrogen sulfide, and
3  he responded that he did not.
4      **Q    And had there been a history of the**
5  **smell of hydrogen sulfide, what would that have**
6  **indicated to you?**
7      A   We would have wanted to ask what had
8  been done, if they knew the cause of it, and what
9  had been done to correct it.
10     **Q    And that information, along with the**
11  **history of corrosion, would have been relevant --**
12  **may be relevant or -- may be relevant to the**
13  **opinions you hold in this case; correct?**
14     A   I would have considered them, certainly.
15     **Q    Are you familiar with the term "smelly**
16  **board"?**
17     A   I've heard that, yes.
18     **Q    What is your understanding of what a**
19  **"smelly board" is?**
20     A   I believe at one of the plants, that
21  there was a -- some board that was sold that was
22  termed "smelly board."
23     **Q    And do you know what that referred to?**
24     A   I believe it was the valeric acid being
25  present in the board.

23  (Pages 86 to 89)

90

1　　Q　Now, what does the presence of valeric
2　acid in finished drywall indicate to you?
3　　A　That there was some upset condition that
4　existed in the plant that was conducive to the
5　growth of bacteria.
6　　Q　And from your review of the materials or
7　any discussions you had, did you understand what
8　the source of the bacteria was that was creating
9　the problem in the "smelly board" at the National
10　Gypsum plants?
11　　A　Well, as far as I know, it was only one
12　plant. I think it was the -- I don't know if it
13　was -- well, I'm not sure of the plant, which one;
14　but I think there was only one plant, that I'm
15　aware of, that had the issue.
16　　And what they were doing was storing material
17　over the weekend in the digester, and there was
18　bacterial growth. I think it was when they had
19　slowed down the production line, and so there was
20　bacterial growth.
21　　And when -- probably when they started the
22　product line up again, some of that material was
23　incorporated into the board.
24　　Q　Would you expect to see bacterial growth
25　in -- I think they call it the "pulper"?

91

1　　A　Pulper.
2　　Q　Would you expect to see bacterial growth
3　in the pulper given the products that are used in
4　creating the pulp, paper, starch?
5　　A　Based on -- certainly those are starter
6　materials that could support bacterial growth, and
7　so given the right conditions, the right pH, the
8　right temperature and the right amount of time,
9　it's possible that it could be growing, yes.
10　　Q　Is it good practices to treat slurries
11　or pulps like that with some sort of biocide to
12　kill the bacteria before it's produced in the
13　product?
14　　A　Well, that's outside my expertise.
15　　Q　Okay. Do you know, from your
16　experience, how you treat bacterial-growth
17　problems in slurries, what the mechanism is you
18　use to treat or kill those bacteria?
19　　A　Well, there are different mechanisms
20　that can be utilized. There could be heat
21　treatment. You can have ultraviolet light. You
22　can oxidize it with a bleach, or you can use a
23　biocide.
24　　Q　Are there certain biocides that are
25　effective in treating bacteria versus treating

92

1　fungus?
2　　MR. PAGLIARO: If you know, Doctor.
3　　A　There are different biocides that have
4　specific applications, but I don't know the
5　specifics. I don't know specifically what would
6　be associated with these products.
7　BY MR. LANDSKRONER:
8　　Q　Are you aware of any complaints or
9　concerns that were voiced to National Gypsum
10　outside of those that are alleged by the
11　plaintiffs in this case as to "smelly board" that
12　was produced by National Gypsum that had
13　rotten-egg/hydrogen-sulfide-type smells arising
14　from it?
15　　A　I've not heard anything about rotten-egg
16　odors being associated with the "smelly board."
17　　Q　And would any history of complaints of
18　rotten-egg odors arising from the National Gypsum
19　drywall be something that would be important to
20　the opinions that you have rendered in this case?
21　　A　Well, I would certainly want to know
22　about it and evaluate the credibility of the
23　individual that's rendering the opinion.
24　　Q　Dr. McCarthy, were you asked, in terms
25　of your assessment of plaintiffs' claims in this

93

1　case and opinions that you've rendered, to
2　determine what the cause of the corrosion was in
3　the plaintiffs' homes?
4　　A　I was asked to evaluate the reports and
5　then, also, to see if there were potentially
6　alternative causes that can be found in the
7　documents that I had.
8　　Q　In terms of the alternative causes that
9　you've identified -- and I'm aware of what you've
10　indicated -- in your conclusions, that you believe
11　that a contributing factor is the well water in
12　the plaintiffs' homes; correct?
13　　A　That's one, yes.
14　　Q　Can you give me all the alternatives
15　that you've considered as to the cause of the
16　corrosion in the plaintiffs' homes in this
17　litigation?
18　　A　Well, looking at the data that was
19　presented, one that stands out, as you just said,
20　was the high levels of hydrogen sulfide that was
21　present and identified in the well water. Another
22　one of the homes had Chinese wallboard that was
23　present. And then you could also look at some of
24　the corrosion that was found on the coupons that
25　were put out, say, for the -- in one of the CPSC

24 (Pages 90 to 93)

94

1    studies.  And you would find sometimes elevated
2    levels of outdoor corrosion that would be
3    significant indoors, because it would be
4    transferred indoors.  So outdoor sources of
5    hydrogen sulfide or other corrosive gases cannot
6    be ruled out.
7        Q   Can you explain for me the mechanism of
8    how outdoor corrosion comes inside?
9        A   How outdoor corrosive gases --
10       Q   Corrosive gases, yeah.
11       A   Yes.  Sure.  You could have a number of
12   different sources outdoors.  Some of them can be
13   industrial.  Some of them may be biogenic in
14   origin.  That means, for example, being near a
15   swamp.  Sometimes you'll find people utilizing
16   well water with high levels of hydrogen sulfide.
17       And what happens is you have an air exchange
18   that occurs with outdoor air that is brought in
19   through sometimes direct ventilation.  Other times
20   it will go in through windows or leaks around
21   doors, windows in the home, the shell of the home
22   itself.
23       So you get air exchange constantly inside,
24   from outside to in.  And a lot of it is wind
25   driven, temperature driven.  And so that is how

95

1    you get some of these outdoor materials inside.
2        Q   And in your conclusions, I believe that
3    you found that the -- with the exception of the
4    home that had -- the one home that had the
5    presence of Chinese drywall, that the
6    plaintiffs -- the cause of the corrosion in the
7    plaintiffs' home was most likely the well water
8    from the aquifer that these plaintiffs reside on
9    or utilize?
10       A   I believe that was a significant
11   contributor.  The Brinckus also had elevated
12   levels of corrosion on the outdoor coupon.  So
13   that could be another contributor.
14       Q   Did you do any -- and by "you" I mean
15   you or EH&E -- do any testing of these homes
16   independent of what was done by the other experts
17   in these cases and whose reports you reviewed?
18       A   No, we did not.
19       Q   Outside of the testing that was done by
20   plaintiffs' experts, are you aware of any other
21   testing that was done to either confirm or to rule out
22   the presence of Sulfobacillus thermosulfidooxidans in
23   the homes of the plaintiffs?
24       A   I'm sorry.  Could you rephrase?
25       Q   Sure.  Other than what's been done by

96

1    the plaintiffs in this case in terms of the
2    testing for SOBs, are you aware of any other
3    testing that was done as it relates to this
4    litigation to either confirm or to rule out the
5    presence of the Sulfobacillus thermosulfidooxidans
6    in the drywall in the plaintiffs' homes?
7        A   Do you mean whether or not the material
8    was present in the drywall?
9        Q   Yeah, whether there was any other
10   testing that was done to determine either it was
11   or was not present, other than what the plaintiffs
12   did.
13       A   I don't know of any other testing.
14       Q   And do you dispute that, in fact, this
15   SOB bacteria is -- was found and was present in
16   the homes of the plaintiffs in the National Gypsum
17   drywall?
18       A   I'd have to defer to one of our -- to a
19   microbiologist about that.  I'm not sure of the
20   accuracy of the testing that was done.
21       Q   Okay.  I understand that you may be
22   critical of the testing that was done.  You have
23   no reason to believe that that bacterium was not
24   present in the home, as identified by the
25   plaintiffs in the RealTime Lab reports?

97

1        A   I have no reason to believe it was
2    there.  I have no reason to believe it wasn't
3    there.
4        Q   And I think you indicated you'll defer
5    to the microbiologist as to the validity of the
6    testing that was done by the plaintiffs in this
7    litigation?
8        A   I would turn to Dr. Myatt for that, yes.
9        Q   Is the off-gassing of the hydrogen
10   sulfide and the other chemicals that you
11   identified in the Chinese drywall studies
12   indicative of a biological process that was
13   occurring in the drywall?
14       A   I don't believe so because we don't have
15   the conditions that would be causing that to be
16   occurring, but we don't know that specifically.
17       Q   In your study, the 51-home study, you
18   determined that SRBs were culturable from the
19   drywall that you studied?
20       A   I'm sorry.  Can you repeat that?
21       Q   Was there SRBs that were culturable --
22   and I think that's your word, not mine -- from the
23   drywall that you studied in the 51-home study?
24       A   I don't recall the specific samples that
25   we used in Dr. Myatt's microbiological analysis.

25  (Pages 94 to 97)

98

1    I don't know if they -- I don't know if they came
2    from the 51-home study or not.
3        Q   Have you done any studies or reviewed
4    any literature that addresses whether -- strike
5    that.
6        Have you conducted any studies or are you
7    aware of any studies that have been conducted to
8    determine if there were problems -- again, a
9    poorly asked question. I'll get it right.
10       In the 51-home study when you were studying
11   problematic Chinese drywall, did you consider
12   whether or not the presence of sulfur-oxidizing
13   bacteria played any role in the cause of the
14   corrosive environment in those homes?
15       A   When we were looking in -- when we were
16   doing work in the 51-home study, we did not have
17   any reason to believe that sulfur-oxidizing
18   bacteria would be an issue in that, so that was
19   not considered.
20       Q   Subsequent to that, have you considered
21   or done any studies to determine if
22   sulfur-oxidizing bacteria played any role in the
23   problematic Chinese drywall?
24       A   There was consideration as to whether or
25   not there were sulfur-reducing bacteria, and that

99

1    was because of the -- a number of people came
2    forward and talked about sulfur-reducing bacteria.
3    So that was evaluated by both Environmental
4    Health & Engineering as well as the United States
5    Geological Survey. And in those samples, I know
6    there were samples from China that were
7    problematic.
8        Q   And that's specific to sulfur-reducing
9    bacteria. Are you aware of any studies or any
10   tests that were done addressing the presence of
11   sulfur-oxidizing bacteria?
12       A   I don't recall the specifics of the USGS
13   study, if they were looking for some of the
14   specific sulfur-oxidizing bacteria or not. I
15   defer to Dr. Myatt.
16       Q   Dr. McCarthy, this may be something you
17   want to defer to the microbiologist; but do you
18   know if the ST bacteria is spore-based?
19       A   There are certain bacteria that can form
20   spores.
21       Q   Specifically, do you know if the ST
22   bacteria is spore-based?
23       A   I don't know that specifically.
24       Q   Again, if this is more appropriate for
25   the microbiologist, let me know. But can you walk

100

1    me through how spores become viable bacteria?
2        A   I can give you the high-level overview.
3        Q   The 10,000-foot view. All right. I'll
4    take it.
5        A   Basically, you have to have a spore that
6    is still potentially viable, which not all spores
7    are. You then have to have an environment that
8    will be conducive to initiating growth. The
9    growth doesn't occur immediately. The viability
10   does not come back immediately. It takes a period
11   of time for the polysaccharide coating to dissolve
12   and for the spore to start to become metabolically
13   active.
14       So typically you're looking at having the
15   appropriate pH, the appropriate temperature,
16   appropriate nutrients surrounding it, and enough
17   time for this action to take place. It's not an
18   on/off switch.
19       Q   You indicated in your report that the ST
20   bacteria is optimally grown in a high-acidic
21   environment?
22       A   Low.
23       Q   I'm sorry?
24       A   It's an acidic environment.
25       Q   Acidic environment?

101

1        A   Right.
2        Q   That's for optimal growth?
3        A   That's correct.
4        Q   Can ST bacteria grow in a neutral
5    environment?
6        A   I would -- I don't know exactly what the
7    curves would be for growth. Some bacteria have
8    very sharp -- very sharp growth curves and very
9    narrow tolerances for acceptability. I don't know
10   about this specific bacteria, and I'd defer to
11   Dr. Myatt for that.
12       Q   Can you distinguish for me the
13   difference between growth and metabolism or
14   metabolizing bacteria?
15       A   Again, we'll go the 20,000-foot view.
16   Again, metabolism is the action of various
17   chemical processes that are going on inside the
18   cell; and that is designed for reproduction. And
19   so if you have a cell -- and the way bacteria
20   grow, since they're unicellular, they grow by
21   division. So that is where this -- how this
22   metabolism takes place. So metabolism does not
23   occur -- or, yeah, metabolism does not occur in
24   the absence of growth. That's what it's designed
25   to do.

26  (Pages 98 to 101)

102

1    Q   Are you aware of literature, or from
2  your personal experience, as to whether SOBs are
3  capable of lowering the pH of their own
4  environment over time to allow them to increase
5  their microbial populations?
6    A   I saw the paper that Dr. Straus put
7  forward, describing that.
8    Q   And do you concur with the conclusions
9  in that paper?
10   A   Well, I think under the right
11  conditions -- if you're in a sewer and you have
12  constant wetting and you have a substrate that's
13  amenable to this, you're going to see degradation
14  of the substrate because that's what's happening
15  inside the sewer.  You're creating its own
16  microenvironment.  You're leaching materials out.
17  And you have a succession of bacteria growing
18  there, because this is not one bacteria.  It's not
19  changing its pH.  What it's basically doing is
20  you're looking at an entire ecology of multiple
21  organisms.
22    It's like a forest that's growing, you know.
23  You cut down a hardwood forest.  You start with
24  small plants, small shrubs that will start growing
25  into pines and soft woods before you're able to

103

1  establish a hardwood forest.  And that takes a
2  long time.  And that's what you have in these
3  kinds of situations.
4    Q   So under the right circumstances, you
5  would agree that SOBs are capable of lowering or
6  creating more acidic environments for themselves
7  in the right environment?
8    A   In the sewer environment as described,
9  yes.
10    Q   And do you believe that outside the
11  sewer environment, that is not possible?
12    A   I've not seen any evidence of that
13  occurring.  I've not found any information that
14  would support that.
15    Q   And are you aware of any information
16  that suggests that it is not capable of doing
17  that?
18    A   Again, I have not seen any information
19  that supports it.  So that's a hypothetical
20  situation.  The sewer environment is a very unique
21  environment.  And if you're asking can it be
22  transferred to a home environment, I'd say no.
23    Q   Are you aware of any published
24  literature, peer-reviewed or otherwise, that says
25  it cannot?

104

1    A   That theory doesn't make sense based on
2  the conditions that we have in the home and based
3  on any of the evidence that we've seen, or I've
4  seen, in this action.  You'd have to have a
5  constantly wet environment.  You'd have to have a
6  sequence of bacteria that are going to be
7  inhabiting that.  If you had the wet environment
8  like we had -- like occurs in the sewer, you're
9  also going to get mold growth occurring on
10  wallboard.  You're going to -- you'd have to have
11  a constantly wet source of material that's going
12  to show water damage, and it's going to degrade
13  the basis of the material.
14    That's why when you go into flooded homes,
15  whether it be from a sewage break or homes that
16  are chronically wet because of leaks and things
17  like that, you'll actually see the ecology
18  changing.  But that's not what we have in these
19  homes, as I understand.
20    Q   Understanding that, the question was
21  just more basic.  Are you aware of any literature,
22  or otherwise, that's published that says that that
23  cannot occur?
24    A   I've not seen any literature that has
25  looked at wet wallboard that has shown that

105

1  process taking place --
2    Q   And --
3    A   -- in homes.
4    Q   And just so I can hammer it home, I
5  suppose, you've not seen any literature anywhere
6  out there that would otherwise suggest that could
7  not happen?
8    MR. PAGLIARO:  Well, objection.  Asked
9  and answered.
10    A   I think --
11  BY MR. LANDSKRONER:
12    Q   I'm asking the opposite side of the
13  question, basically.  You haven't seen anything
14  that suggests that it could happen.  You've laid
15  the foundation for what you've indicated that you
16  don't think, yourself, it could happen.  But you
17  haven't seen anything out there -- that's what I'm
18  getting at.  You haven't seen anything out there
19  that suggests it cannot happen, where there's
20  research they've done, peer-reviewed, and said it
21  could not?
22    A   Oh, I've seen -- again, I've seen
23  peer-reviewed literature on wetting of wallboard
24  and growth of material, of microbiological
25  organisms in that.  And I've not seen anything in

27  (Pages 102 to 105)

106

1 that literature that has indicated that that is a
2 possibility.
3 BY MR. LANDSKRONER:
4      Q   But that's different than saying you're
5 aware of literature out there that suggests that
6 in a home environment, sulfur-oxidizing bacteria
7 is incapable of producing -- of creating a more
8 acidic environment for itself.
9      A   I have an issue about the terminology,
10 about the sulfur-oxidizing bacteria creating the
11 more acidic environment, because I think what's
12 happening is there are other bacteria that are
13 creating the acidic environment, and then the
14 sulfur-oxidizing bacteria basically is able to
15 inhabit it at some point.  So I don't think that
16 that's what's driving it at that point.
17      Q   Okay.
18      A   Again, you'd have to have very specific
19 conditions to have that occur.
20      Q   I think you indicated that if you -- if
21 there was a circumstance where National Gypsum was
22 having an internal problem with inadequate
23 protection from bacterial/microbial issues in its
24 plant, that would be something significant and
25 something you would want to know about for

107

1 purposes of the opinions you rendered in this
2 action; correct?
3      MR. PAGLIARO:  I object to the form of
4 the question.
5      A   I think I said if there were -- there
6 was information available, we'd like to be made
7 aware of it, yes.
8 BY MR. LANDSKRONER:
9      Q   And are you aware of any circumstance
10 where National Gypsum was determined to have
11 inadequate protections from bacterial/microbial
12 issues in its plants?
13      A   Well, I think the -- what I understand
14 is the origin of the "smelly board" was related to
15 bacterial action, as we discussed earlier.
16      Q   And would the presence of the "smelly
17 board" in and of itself be indicative that
18 National Gypsum was not adequately protecting
19 itself from bacterial and microbial issues at its
20 plants?
21      MR. PAGLIARO:  Objection to the form of
22 the question.
23      A   No, I wouldn't say that.  I think that
24 plants are very dynamic places; and if you have a
25 change in conditions and something happens, you

108

1 get an upset condition like that, you take steps
2 to resolve it.  That's what you like to
3 investigate, what are the steps taken to resolve
4 that.
5 BY MR. LANDSKRONER:
6      Q   And ideally those steps are taken timely
7 to correct the problem as quickly as possible?
8      A   Yes.  It's my understanding steps were
9 taken.
10      Q   And your understanding, I think you
11 indicated, was that that problem with the "smelly
12 board" was related to just one plant; correct?
13      A   Boy.  I believe it was Long Beach.  You
14 know, I don't know the names of all the plants.
15 I'm not sure if it was the same plant or it was
16 another plant.  I don't know if there's just one
17 or two plants involved.  I don't know
18 specifically.
19      Q   Do you know if there was ever complaints
20 or concerns raised out of the Apollo Beach plant
21 as to "smelly board" and microbial activity?
22      A   I'm not aware of anything from Apollo
23 Beach.
24      MR. LANDSKRONER:  Let's go off the
25 record a moment.

109

1      THE VIDEOGRAPHER:  Herein ends Video
2 Recording No. 2.  The time is 11:27.  We are off
3 the record.
4 (There was a luncheon recess in the proceedings
5      from 11:27 a.m. to 12:11 p.m.)
6      THE VIDEOGRAPHER:  Here begins Video
7 Recording No. 3.  The time is 12:11.  We are on
8 the record.
9 BY MR. LANDSKRONER:
10      Q   Dr. McCarthy, resuming our conversation,
11 I'll try to hit a few points.  Then we're going to
12 turn you to your report.  In your 51-home study,
13 you write that there is -- I'll read for you a
14 paragraph, and I just want to see if we're still
15 in agreement or you still hold this position, at
16 least in terms of the 51-home study, that the
17 acceleration -- the accelerated corrosion in the
18 homes that you studied could be the product of
19 synergistic effects of hydrogen sulfide with
20 formic or acetic acid or other species that are
21 ubiquitous in indoor environments, perhaps
22 potentiated by dew points in the vicinity of
23 ambient indoor temperatures as described in an
24 earlier section of your report.
25      Do you still hold that opinion today in terms

28  (Pages 106 to 109)

110

1  of the problematic Chinese drywall, that the
2  corrosion in the homes can be caused between a
3  synergistic effect of the hydrogen sulfide and
4  other ubiquitous species in the indoor
5  environment?
6      A   Yes.
7      Q   Could that also be true for the
8  accelerated corrosion that was seen in the named
9  plaintiffs' homes in these cases, in this case?
10     MR. PAGLIARO:  Again, objection to the
11  form of the question.
12     A   When you're saying is that true what can
13  be seen in the homes of the plaintiffs, can you be
14  more specific about that?
15  BY MR. LANDSKRONER:
16     Q   Sure.  We know in the plaintiffs' homes
17  from the other reports of experts in this case,
18  that there is the presence of hydrogen sulfide;
19  correct?
20     A   Um-hum.
21     Q   And so my question is:  Can it also be
22  true that the corrosion, accelerated corrosion in
23  the plaintiffs' homes that is visible is a product
24  of a synergistic effect of the existing hydrogen
25  sulfide in the home and other species that are

111

1  ubiquitous in indoor environments also potentiated
2  by the dew points in the vicinity of the ambient
3  indoor temperatures?
4      A   Sure, yeah.  I just want to clarify.
5  When you talk about species, you're talking about
6  chemical species?
7      Q   Right.
8      A   And the -- and I think as far as they
9  could be -- there could be other materials in the
10  home that would be potentially corrosive, then
11  yes, it could be additive or synergistic effects,
12  yes.
13     Q   Okay.  And you say chemical species, why
14  did you clarify that?
15     A   When you said species, I wasn't sure if
16  you were talking or biological species or -- I
17  just want to be clear about that.
18     Q   Yeah, and that's what I'm getting at.
19  Is it your opinion that it couldn't be the
20  accelerated corrosion in the homes of either the
21  Chinese drywall or in the domestic drywall
22  situation, that there could not be species of a
23  biological nature that would be ubiquitous indoors
24  and that potentially exacerbated or
25  synergistically affected or worked with the

112

1  hydrogen sulfide to create the corrosion?
2      A   And that's why I wanted to clarify.
3  Because specifically you're talking about chemical
4  species that are present, are ubiquitous in the
5  indoor environment.  I've not seen any evidence
6  that microbiological species would be falling into
7  that category.
8      Q   Okay.  When you say chemical -- the
9  reference here in your report was formic or acetic
10  acid.  Those are chemical species?
11     A   Yes.
12     Q   And when you indicate or other species
13  that are ubiquitous in indoor environments, your
14  testimony here today is that you were not
15  referring to microbiological species?
16     A   That's correct.
17     Q   And just to clarify, it is your position
18  that accelerated corrosion in the homes of the
19  plaintiffs in this case could not be caused by a
20  synergistic effect between the existing hydrogen
21  sulfide present in the homes and microbiological
22  species?
23     A   I've not seen evidence of a mechanism,
24  so I can't rule it out entirely, but I don't --
25  it's a low probably event from what I've seen so

113

1  far.
2      Q   Okay.  Fair enough.  Let's mark Exhibit
3  4.
4      (McCarthy Exhibit 4 was marked.)
5      MR. LANDSKRONER:  Take a look at this.
6  This is -- I mean, I only have one copy.  So,
7  again, that's the --
8      MR. PAGLIARO:  Dr. Eagar?
9      MR. LANDSKRONER:  Right.
10  BY MR. LANDSKRONER:
11     Q   Dr. McCarthy, I'm showing you what we've
12  marked as Exhibit 4.  It's captioned Thomas W.
13  Eagar, a letter dated February 12, 2009, and
14  attached materials to that.  Have you seen these
15  materials before?
16     A   Yes, sometime ago, yeah.
17     Q   And we had talked earlier about
18  Dr. Eagar's report that you had reviewed.  Is this
19  one of the reports you viewed from Dr. Eagar?
20     A   Yes, it is.
21     Q   And I think you indicated earlier you
22  had worked with Dr. Eagar at MIT at one point?
23     A   Yes.
24     Q   On page 2 of this document, second page
25  of the February 12, 2009 letter, Dr. Eagar sets

29  (Pages 110 to 113)

114

1  forth in his opinion as it relates to -- and I
2  should clarify.  This is a letter directed to
3  Mr. Brincku, one of the plaintiffs in this case;
4  correct?
5     A  Yes.
6     Q  And Dr. Eagar sets forth an opinion on
7  his assessment of the problems that had developed
8  in the Brincku home.  He states, "It is my opinion
9  that the mixture of gypsum and cellulose from the
10  drywall in the home combined with normally humid
11  atmosphere in Florida is releasing sulfurous gas
12  causing corrosion of copper, brass and silver in
13  the home.  Sulfurous gas plus the humidity are
14  also decomposing other cellulose products, such as
15  kraft paper backing in your insulation."
16     Do you see that?
17     A  Yes.
18     Q  Earlier I had asked you if you were in
19  concurrence with the opinions of Dr. Eagar as it
20  relates to the drywall concerns in the Brincku
21  home.  And can you answer that question now,
22  specifically referring you to this paragraph?
23     A  Well, I see his -- I see his opinion,
24  and there are -- there are a couple of issues that
25  I have with the report.

115

1     Q  Okay.
2     A  That is being attached here.  One is
3  looking at the quality of the photos that are
4  there in the documentation, it's hard to really
5  see what Dr. Eagar is talking about.  I think the
6  other thing is really about who did the
7  work, what procedures were followed.  This is you,
8  know, his opinion.
9     Having worked at MIT for a number of years,
10  having a research laboratory there and knowing how
11  sometimes materials come in, it's really dependent
12  upon who's doing the analysis, if there's a
13  quality control program in place.  And I don't see
14  any evidence of that here.
15     So I don't see the calibration of the
16  instruments.  I don't see how material is handled.
17  I don't know who actually did the analysis,
18  whether or not the person was qualified.  So I
19  have a lot of questions about the underlying data
20  that Dr. Eagar is using for his -- to support his
21  opinion.  So I would not concur with that because
22  of, I think, some flaws in the underlying data.
23     Q  Okay.  Any other concerns about the
24  opinion Dr. Eagar sets forth other than that?
25     A  I'm not sure how he has made a

116

1  determination that the -- that it's a mixture of
2  gypsum and cellulose that's releasing the
3  sulfurous gases.  He doesn't show that he's done
4  specific testing on that.  I've not seen the
5  results of that testing.  And so I think that I --
6  that's really where I have an underlying concern.
7     Q  In terms of the next paragraph of that
8  second page, Dr. Eagar suggests that the only
9  solution is removal of the drywall.
10     Is it your experience or do you have an
11  opinion as to whether the homes that had been
12  affected by corrosive drywall in the context of at
13  least the Chinese drywall, that the solution
14  involves removal of the drywall and inspection of
15  the electrical systems or electrical wiring to
16  make sure that they're safe?
17     A  That seems to be the solution that is
18  most effective.
19     Q  Is the statement at the last part of
20  that -- that paragraph says, "Stated more simply,
21  the four-year-old wiring in your home is tarnished
22  as if it were 40 years old."
23     And my question is:  Is that consistent
24  with the type of corrosion that you were seeing in the
25  homes that had problematic drywall in your

117

1  studies?
2     A  I'm not a corrosion engineer, but the --
3  and I'm not sure what Dr. Eagar is -- what he's
4  using for a point of comparison.  It appears it's
5  conjecture, but I know that the work that had been
6  done on behalf of the CPSC by Sandia Laboratories
7  and by the National Institutes of Standards and
8  Testing actually made comparisons of metage of
9  wire in homes of the problematic drywall and other
10  standards that they had.  So they'd be in a better
11  position to actually qualify that.
12     Q  Have you been in any of the homes?  I
13  know you said you weren't -- you didn't visit the
14  plaintiffs' homes.  But did you visit any of the
15  homes that were involved in the 51-home study or
16  subsequent 11 homes you looked at or the six after
17  that?
18     A  No.
19     Q  So you haven't had hands-on experience
20  looking at any of the corrosion in any of the
21  specific homes that you studied?
22     A  I have gone to some additional homes as
23  part of the CPSC study, but I did not go into the
24  51 homes or the 11 homes.
25     Q  And in the homes that you did go into,

30  (Pages 114 to 117)

118

1    were those part of any study?
2        A    Yes.
3        Q    What study was that?
4        A    That was a study that was done in North
5    Carolina looking at homes where there was concern
6    of infant deaths.
7        Q    And what was the purpose of that study?
8        A    There had been a concern that there was
9    material -- that there was corrosive material in
10   the homes, and so could it be associated with
11   Chinese drywall and could that be a potential
12   causative agent.
13       Q    Was that a reported study?
14       A    Yes.
15       Q    What's the title of that, if you recall?
16       A    I don't recall.  It would be
17   Investigation of Drywall at Fort Bragg, something
18   along those lines.
19       Q    When did you do that study?
20       A    That would have been the spring of 2011.
21       Q    And what were your conclusions
22   generally?
23       A    We did not find levels of elevated
24   corrosion in the home.  We did not find the
25   tracers that were associated with Chinese drywall,

119

1    did not find evidence of, as I said before,
2    corrosion in homes.
3        Q    How many homes did you look at?
4        A    There were two.
5        Q    And were either of those homes National
6    Gypsum produced drywall?
7        A    Not that I recall.
8        Q    The Brincku home, as we talked about
9    Dr. Eagar, that home was negative for the Chinese
10   drywall markers; correct?
11       A    Yes.
12            MR. PAGLIARO:  Counsel, could we just
13   have the date of that Eagar letter?  There's a
14   couple of those floating around.
15            MR. LANDSKRONER:  Yeah.  It's on the
16   front.  I think I read it.
17            MR. PAGLIARO:  Can you state the date on
18   the record.  I don't remember the date.
19            THE WITNESS:  February 12, 2009.
20            MR. LANDSKRONER:  Yeah.
21   BY MR. LANDSKRONER:
22       Q    And just to clarify, the two markers
23   that we were discussing that were assessed and
24   which were negative or not found in the Brincku
25   home were the elemental sulfur and the elevated

120

1    strontium carbonate?
2        A    Yes.
3        Q    Take a look at your report.  What I'd
4    like to do is walk through it together and ask
5    specific questions and be on the same page when
6    you respond.
7            On page 3 of 61, the caption of Section 2
8    indicates "The Criteria Applied to the Plaintiffs
9    Cohort is Inadequate to Determine that a Home Has
10   Problem Drywall."
11           Can you define for me problem drywall as you
12   referenced it in this caption?
13       A    Yes.  I'd be defining problem drywall as
14   material that when it was put into a separate
15   chamber under controlled conditions would show
16   corrosion of metals.
17       Q    In your use of the term problem drywall
18   here, are you referring to drywall that would have
19   shown the markers for both S8 and strontium or
20   carbonate?
21       A    That would be one of the indicators that
22   we would be looking for, but not the only
23   indicators.
24       Q    If that was not one of the indicators or
25   there was no finding of those markers, then you

121

1    would not consider it problem drywall; correct?
2        A    Not necessarily.  If there was corrosion
3    that was being shown to be associated with the
4    drywall, then we'd certainly want to consider
5    that.
6        Q    And how would you determine if there was
7    corrosion that would be associated with the
8    drywall with -- without a causal determination of
9    what caused the corrosion, what the -- what role
10   the drywall played in causing the corrosion?
11       A    Well, you'd be looking at the drywall in
12   isolation and trying to determine whether or not
13   it was corrosive.  You could not say that the
14   drywall was the actual cause, but you could say
15   it's associated with the corrosion.  So you want
16   to dig deeper into that to try to elucidate that
17   issue.
18       Q    And I guess I'm maybe putting the cart
19   before the horse or the horse before the cart, one
20   way or the other.  But the -- I guess the issue I
21   have with that is that it's determined -- you in
22   your assessment have determined that in order to
23   be associated with corrosion, the drywall had to
24   have two markers that were indicative of Chinese
25   drywall; correct?

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

122

1    A   We had found that the drywall that was
2  associated with corrosion had the markers.  And
3  just to be clear, all of the drywall had the
4  elemental sulfur marker.  The strontium was a very
5  good indicator, but it was not necessarily unique
6  to the problem drywall.
7    Q   So at a minimum, in order to be deemed
8  problem drywall, based on the criteria you
9  established, the drywall would have had to have a
10  positive finding for elemental sulfur?
11    A   Based on the results that we have to
12  date, that would be true.  If someone else could
13  demonstrate that there were other materials that
14  were equally good in determining problem drywall,
15  then we would certainly consider that.
16    Q   In paragraph 2.11, you referenced the
17  U.S. Geological Survey investigation of SRB in
18  drywall.  And there's -- you quote a statement
19  that said -- in the last part of that third
20  paragraph says, "These and other data indicate the
21  reported sulfur emissions from these suspected
22  drywall samples are not, in all likelihood, due to
23  microbial activity."
24    And my question is:  The study done by U.S.
25  Geological Survey, that investigation in

123

1  particular, was a study of imported Chinese
2  drywall; correct?
3    A   The U.S. Geological Survey I believe had
4  both domestic drywall and imported Chinese
5  drywall.
6    Q   To be deemed to be problem drywall, did
7  they use the markers that you identified in that
8  survey?
9    A   Did the U.S. Geological Survey use the
10  markers?
11    Q   Correct.
12    A   They did not use the markers in their
13  work.  The markers were available both from our
14  work as well as from the work that was performed
15  by Lawrence Berkeley National Labs, and that was
16  all compiled into a database.  So all of that went
17  into making this determination.
18    Q   And that survey specifically was looking
19  sulfur-reducing bacteria; correct?
20    A   The U.S. Geological Survey was focused
21  on sulfur-reducing bacteria.
22    Q   The U.S. Geological Survey did not
23  investigate sulfur-oxidizing bacteria; correct?
24    A   I'm not sure whether -- what -- whether
25  or not they were looking for the specific

124

1  oxidizing bacteria that was present, but I know
2  the focus of the study was on the sulfur
3  reduced -- sulfur-reducing bacteria.
4    Q   Are you aware if any of the samples used
5  in that study were produced from the National
6  Gypsum Apollo Beach plant?
7    A   I do not know.
8    Q   Turning to the section -- on page 4,
9  Section 2.1.2, EH&E investigation of SRB in
10  drywall.  And at the time you conducted a study
11  that you referenced March 16, 2010 report.
12  There's a footnote to the study, I believe.
13    A   March 26?
14    Q   Yeah, March 26, 2010.
15    A   Yes.
16    Q   And that's what you're referring to in
17  terms of the investigation of SRB in drywall?
18    A   Yes.
19    Q   And that, again, was in reference to
20  sulfur-reducing bacteria, not sulfur-oxidizing
21  bacteria; correct?
22    A   That's correct.
23    Q   And the focus of that study was odors
24  attributed to material imported from China;
25  correct?

125

1    A   That's correct.
2    Q   Turning to page 5, at the top of the
3  page, you identify, again, the two sensitive
4  markers of problem drywall; and, again, those are,
5  at least in terms of the context of this study,
6  were markers that were identified in association
7  with problematic Chinese drywall; correct?
8    A   That's correct.
9    Q   Turning to page 6, Section 2.2, you
10  discuss corrosion in a home can be due to multiple
11  sources and reports of corrosion cannot be relied
12  upon to determine that a home is impacted by
13  problem drywall.  I think we discussed earlier,
14  and if there are any additional topics or any
15  additional sources that we should discuss, let's
16  do that now.
17    Have we talked about the sources that you've
18  identified and some of the multiple sources may be
19  attributable to or impacting problem drywall?
20    MR. PAGLIARO:  Object to the form of the
21  question.
22  BY MR. LANDSKRONER:
23    Q   I know that's broad.  I'm just -- we've
24  talked about a lot.  I don't want to rehash what
25  we talked about, but is there anything additional?

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

126

1      MR. PAGLIARO:  Are you asking him
2  whether there are additional sources that he
3  hasn't got in the report?
4      MR. LANDSKRONER:  Correct.
5      A   As I said, I think that this -- I think
6  we've summed it up pretty well with the outdoor
7  sources, the water and other materials.
8  BY MR. LANDSKRONER:
9      Q   Turning to the section on page 7,
10  Section 2.2.1, in this section you reference the
11  Florida Department of Health definition and
12  study -- I guess it was a study -- that was done
13  related to problematic drywall; correct?
14      A   Yes.
15      Q   And under the criteria that's set forth
16  in the Florida Department of Health study, no
17  domestic drywall would qualify; correct?
18      A   That's -- when you look at the fact that
19  they're looking for markers of Chinese origin,
20  then that would be -- that's true.  I would
21  think -- I would think, just to elaborate that, if
22  they were finding the other characteristics and
23  they were finding it with material from other
24  sources other than China, that they would have
25  modified that.  As it stands, that's a true

127

1  statement.
2      Q   On page 8, and I want to talk generally,
3  you reference the term "confounding."  Can you
4  explain for me what confounding is?  And in the
5  context, it says, "Examples of failing to account
6  for confounding due to water are extremely
7  relevant to plaintiffs' houses."
8      A   Yes.  Any time that you do an
9  experiment, you have to understand that there are
10  potentially confounding variables, and a
11  confounding variable is something that can
12  influence an effect or have an effect that may not
13  be appropriately accounted for.  And so you want
14  to look for, you know, what are these different
15  items and whether or not they could be impacting
16  the outcome that you're measuring.
17      Q   And how do you determine what the
18  confounding factors are in a situation like what
19  we have in the plaintiffs' homes?
20      A   Sure.  One of the things that you're
21  looking for are some of the items that are well
22  known, well characterized.  A lot of times in
23  investigations, you know, people have a specific
24  idea of what may be causing the problem and focus
25  all their attention on that and not look at some

128

1  of the other potential issues that could exist.
2      So here what you're trying to do is take an
3  understanding of what some of these different
4  factors may be, whether it be outdoor exposures,
5  potential outdoor exposures, water
6  characteristics, you're looking for open sewer
7  lines, things along those lines, to be able to
8  help account for this.  Just take that into your
9  considerations of your evaluation.
10      Q   Were bacterial sources one of the
11  confounding factors that were considered?
12      A   No, because there were not the
13  conditions present in which you would expect the
14  bacteria to be growing.
15      Q   We've talked a little bit about
16  metabolic pathways earlier.  Are metabolic
17  pathways consistent and uniform?  In other words,
18  if you have a sulfur-reducing bacteria and you
19  have a -- take me through that -- sulfur-reducing
20  bacteria that creates hydrogen sulfide.  So in the
21  face of the same environment, will the metabolic
22  pathway always be the same?
23      A   Okay.  I'm not exactly sure of the
24  question.
25      Q   Okay.

129

1      A   Can you rephrase it?
2      Q   Yeah.  So as a matter of chemistry, if
3  you have a metabolic pathway by which a chemical
4  can be created, as in the case of hydrogen
5  sulfide, we said that hydrogen sulfide can be
6  created from a sulfur-reducing bacteria in the
7  right environment.  Assuming that environment is
8  present and is consistent, will that pathway
9  always be the same?
10      A   Again, from a 20,000-foot view, I think
11  you'd want to speak to a microbiologist that would
12  really understand it.  I would expect that the
13  metabolic pathways are going the same because
14  that's how you understand these things.  There may
15  be temperature modifications that occur or there
16  may be substrate modifications that occur, but
17  that's a subtlety that I can't address.
18      Q   Okay.  The section on page 9,
19  Section 2.2.3, you talk about type of copper
20  corrosion cannot be determined by visual
21  assessment.  And I think earlier you indicated
22  that you can give me the 20,000-foot view of
23  corrosion, but you would defer to someone who was
24  an expert in corrosion to be specific about the
25  different types of corrosion that can exist?

33  (Pages 126 to 129)

130

1    A   Yes.  Again, I would -- just to clarify,
2    I think that even an expert in corrosion would
3    have -- would be -- would have difficulty in
4    making assumptions without doing chemical
5    analysis, a more detailed analysis.
6        Q   Are you individually qualified to
7    classify corrosion?
8        A   Am I?
9        Q   Yeah.
10       A   Well, when you say qualified, I can have
11   laboratory analyses run to qualify it, and I would
12   use that information, but I'm not going to run the
13   analysis.
14       Q   Section -- page 10, Section 2.31, you're
15   discussing the significance and importance to
16   identify the drywall in the homes when assessing
17   problematic drywall.
18       And my question is:  Are you -- and I think
19   we talked about it earlier, but other than I think
20   in the Retano home that we know had the presence
21   of some Chinese drywall, are you aware of any
22   other homes of the other remaining four named
23   plaintiffs in this litigation that had drywall
24   other than drywall produced by National Gypsum?
25       A   I don't know of -- I don't know the

131

1    brand drywall that was found in the other
2    plaintiffs' homes.  I -- I had thought that at
3    least one home, there was reports of U.S. Gypsum,
4    but I'm not sure which house it was.  I'd have to
5    go back to those reports and look.
6        Q   And so other than Retana and the one
7    home you're referring to, was it your
8    understanding that the drywall contained in all
9    the other plaintiffs' homes has been assessed and
10   determined to be National Gypsum board?
11       A   I don't -- I can't say that for a fact.
12       Q   You talk on page 12 of examples of
13   misclassification of homes thought to have
14   corrosion caused by problem drywall.  And you
15   indicate that the -- a hundred percent of the
16   homes are -- and I want to make sure I
17   understand -- a hundred percent of the homes
18   referenced -- strike that -- a hundred percent of
19   the plaintiffs' homes in this case are
20   misclassified.  Am I reading that correctly?
21       A   Yes.  And that's what that says, yes.
22       Q   And is that -- and when you indicate
23   misclassified, you mean misclassified because they
24   don't have the markers that you've identified as
25   associated with problem drywall?

132

1    A   Well, I mean going through the state of
2    Florida criteria of the CPSC criteria, you're, you
3    know, looking at potential confounders.  That was
4    not taken into account here.  And so there's the
5    potential for those to be misclassified, and I
6    don't have any of the other markers that would be
7    associated with the problem drywall that's been
8    identified to date.
9        Q   We know under the Florida scenario, the
10   fact that it's -- the Florida criteria, they
11   wouldn't even qualify even if they were problem
12   drywall homes because the definition doesn't
13   include homes that have drywall that is not from
14   China?
15       A   Well, that's true, but the basic
16   classification scheme that's used is still a valid
17   approach to take here.  And taking into account
18   looking for other potential sources is certainly
19   something that should be considered, and that, I
20   think, would lead to potential misclassification.
21       Q   On page 13 you have Table 5.1, and you
22   are referencing in that table the markers that you
23   established to identify problematic Chinese
24   drywall in that table; correct?
25       A   Yes.

133

1    Q   There was -- the paragraph that says not
2    present and then it has three homes where under
3    the section that says there is a complaint.  So
4    are those homes that did not have the markers but
5    did have a complaint of problem drywall?
6        A   Yes.
7        Q   And were those --
8        A   Actually let's clarify.  They had
9    complaints of corrosion in their home.
10       Q   Fair enough.  Do you know if any of
11   those homes were homes that had National Gypsum
12   produced drywall?
13       A   No.
14       Q   Turning to page 14, I want to make sure
15   I understand this chart.  This is Table 6.2, and
16   it references environmental test results of each
17   home by location in conjunction with the 11-home
18   study?
19       A   Yes.
20       Q   The 11-home study was a follow-up study
21   that you did after the 51-home study?
22       A   Yes.
23       Q   And that was of homes that were affected
24   by problematic Chinese drywall?
25       A   The 51-home study or the 11-home study?

34  (Pages 130 to 133)

134

1    Q   The 11-home study.
2    A   The 11-home study was homes that were
3  felt to contain domestic drywall.
4    Q   Domestic drywall.  Okay.  And in those
5  homes, if I'm reading this correctly, looking at
6  the home H, I, J and K in the right part of the
7  column, there is an indication that those homes
8  met or exceeded the decision criteria for having
9  blackening of copper in the home?
10   A   Yes.
11   Q   And they had no S8 marker?
12   A   Correct.
13   Q   No finding of Chinese drywall?
14   A   Correct.
15   Q   And no finding of the marker for
16 strontium carbonate; correct?
17   A   Correct.
18   Q   Do you know if there was any
19 sulfur-oxidizing bacteria present in the drywall
20 of those homes?
21   A   No, I do not.
22   Q   Do you know if any of the drywall from
23 those homes was produced by National Gypsum?
24   A   No, I do not.
25   Q   I believe page 15, we talked about the

135

1  criteria that were necessary from the Florida
2  Department of Health case definition for
3  drywall-associated corrosion in residences?
4    A   Yes.
5    Q   Turning to page 18, Section 2.4.2, "CPSC
6  Guidance for Identification of Homes with
7  Corrosion from Problem Drywall," like the Florida
8  criteria for qualifying to meet the definition of
9  problem drywall, is it fair to say that the CPSC
10 guidance also requires that the problem drywall
11 have confirmed markings of Chinese origin in order
12 to be included in its study or in its -- as -- to
13 be defined as problem drywall?
14   A   Yes.  And as I said before, I think
15 that's because they've not found domestic drywall
16 to fall into this category.  Excuse me.  Could we
17 just take a short break?
18   Q   Sure.
19       THE VIDEOGRAPHER:  The time is 12:52.
20 We are off the record.
21       (There was a recess in the proceedings.)
22       THE VIDEOGRAPHER:  The time is 12:58.
23 We are on the record.
24 BY MR. LANDSKRONER:
25   Q   Dr. McCarthy, turning to page 2261, in

136

1  your report you reference a Section 3.1 that deals
2  with extreme heat as it relates to killing
3  sulfur-reducing bacteria.  Are you in a position
4  to discuss with me whether you have any opinions
5  as to what type of heat would be necessary to kill
6  sulfur-oxidizing bacteria, or would you defer?
7    A   I would defer to the specifics, but my
8  understanding is that for a lot of the -- there's
9  a wide variety of sulfur-oxidizing bacteria, but
10 the majority would fall underneath this category
11 of heat destroy.
12   Q   Do you have a temperature range which
13 you believe would be appropriate to kill any
14 sulfur-oxidizing bacteria?
15   A   I don't have a specific temperature, but
16 you're looking at many of the bacteria that we're
17 seeing or being mentioned, they tend to fall
18 somewhere in the 40 to 50-degree Centigrade range.
19 But I would defer to Dr. Myatt to discuss that.
20   Q   So you, as we sit here today, can't say
21 with scientific certainty what the appropriate
22 temperature would be necessary to kill the ST
23 bacteria?
24   A   I would have to -- I defer to Dr. Myatt.
25 My recollection is somewhere in the vicinity of

137

1  50 degrees Centigrade, but I'd have to go back and
2  verify that.
3    Q   And in that context, would that
4  temperature also be capable of killing the ST
5  spores that would be present in drywall?
6    A   Which temperature are we talking about?
7    Q   The 50 degrees Centigrade.
8    A   I don't know what temperature would be
9  required to kill the spore.
10   Q   Are you aware of any problems that
11 existed in National -- in the Apollo Beach plant
12 related to the proper drying of its drywall?
13   A   My recollection is that Mr. McCarey
14 mentioned that there was an issue around drying
15 the drywall at one point, but I -- I'm not -- I
16 can't remember specifically.  I'd have to go back
17 and look at his deposition.
18   Q   You'd agree that if there was an issue
19 with the complete drying of drywall at the
20 National Gypsum Apollo Beach plant, that that
21 would be significant in terms of the opinions you
22 hold as to whether or not the kiln drying of the
23 drywall would kill bacteria present?
24   A   Well, it depends upon the conditions
25 that existed there, and I'm trying to recall, and

35 (Pages 134 to 137)

138

1   this is recollection, talking with Mr. McCarey at
2   the plant whether or not as he described -- I
3   think he described an issue where there was a
4   problem with the drying.  And my understanding was
5   that the board was faulty and pulled up when --
6   because it just was not setting up properly.  But
7   I, you know -- I think we'd have to go and look at
8   the exact conditions at the time at which the
9   temperature was reached to be able to create an
10  informed decision about the impact on bacteria.
11      Q   And as we sit here today or at least in
12  terms of your opinions, you don't have -- you
13  didn't have that information when you rendered
14  your opinions and you don't know that information
15  as we sit here today?
16      A   The information regarding?
17      Q   About the problem with drying the
18  drywall and whether or not the temperatures --
19  what the core temperatures were consistent with
20  the difficulties they had in getting their drywall
21  properly dried.
22      A   Again, I'm trying to recall the specific
23  discussion, but my recollection was it was not a
24  continuous issue that they had, that when they
25  identified it wasn't setting up proper, because if

139

1   it isn't dried properly, it won't set up properly
2   and won't have the firmness that they want and so
3   they pulled the -- pulled that board out.  It
4   doesn't pass the quality check.
5       Q   Do you have any information as to
6   whether they materially altered their drying
7   temperatures after that problem developed?
8       A   I don't know.  I would imagine they did
9   because they didn't report any continuing problems
10  with drying.
11      Q   In Section 3.21, you indicate or you
12  discuss -- I think we discussed earlier that
13  drywall is very porous?
14      A   Yes.
15      Q   And that ambient air can diffuse drywall
16  in a home?
17      A   Yes.
18      Q   And is that also true that hydrogen
19  sulfide that might be present in a home can also
20  diffuse -- that's present in the ambient air in a
21  home will also diffuse into the drywall that's
22  present in the home?
23      A   All gases will diffuse, yes.
24      Q   I think at the beginning of this next
25  paragraph, you indicate that drywall is reported

140

1   as being 65 to 70 percent porous?
2       A   Yes.
3       Q   Is that also true, to the best of your
4   knowledge, of the National Gypsum drywall produced
5   at the Apollo Beach plant?
6       A   To the best of my knowledge, that's
7   true.
8       Q   Turning to page 28, at the top of the
9   page, you were commenting on Dr. Eagar's, if I
10  pronounced that correctly, his report.  And at the
11  end of the top paragraph there, you talk about
12  that corrosion is multicomponent.  What does that
13  mean?
14      A   What we found was that the hydrogen
15  sulfide concentrations that were found in the
16  homes were not sufficient by themselves to cause
17  the extent of corrosion on the coupons that were
18  found.  So looking at other materials that could
19  be present, other chemicals that could be present,
20  as well as humidity and the like, that these are
21  multiple factors that have to be included in the
22  evaluation.
23      Q   So hydrogen sulfide in conjunction with
24  something else was the contributing factor?
25      A   Yes.  It could be many things.

141

1       Q   And that is what you later call the
2   multicomponent model of corrosion?
3       A   Yes.
4       Q   Page 32, Section 4.0, first paragraph,
5   you state that, "Sulfobacillus
6   thermosulfidooxidans is not an SRB, and,
7   therefore, it does not generate hydrogen sulfide."
8   I think earlier we discussed that SOBs can
9   generate hydrogen sulfide; correct?
10      A   I think under limited circumstances they
11  can.
12      Q   So that statement is inaccurate, at
13  least as it relates to sulfur-oxidizing bacteria?
14      A   Yeah.  I would say -- and I should have
15  qualified that -- that would be under very
16  specific conditions.
17      Q   You go on to say that, "The ST bacteria
18  requires a hot acidic environment which does not
19  exist in these homes."  And when you're
20  referencing that requirement, you're referencing
21  the optimal growth environment for the ST
22  bacteria; correct?
23      A   Wait.  Can you just point that to me one
24  more time?
25      Q   Sure.  The last sentence of that very

36  (Pages 138 to 141)

142

1    top paragraph.
2       A   The ST bacteria requires a hot acidic
3    environment which does not exist in these homes,
4    is that what you're saying?
5       Q   Yes.  And my question is that when you
6    refer to a hot acidic environment, you're
7    referring to the optimal growth environment for ST
8    bacteria?
9       A   As I said earlier, you're going to
10   have to -- certainly you're talking optimum
11   conditions for the bacteria to grow.  The
12   questions also exists, you know, how tolerant is
13   this bacteria to any changes in these conditions.
14       You can't look at having a cold, neutral, dry
15   environment and expect that you're going to have a
16   broad production of a hydrogen sulfide.  It
17   doesn't tolerate everything being suboptimal.  So
18   it's -- so I think we have to be very careful as
19   far as just talking about optimum with respect to
20   looking at anything -- we have to look optimal one
21   condition at a time.
22       Q   And that's what I think you earlier
23   testified, that the ranges, at least as to the
24   environment that is conducive for ST bacteria,
25   were not something you were familiar with in terms

143

1    of the extremes one way or the other; correct?
2       A   Correct.  I've looked at it.  I've
3    looked at some papers, but I don't recall them
4    specifically.
5       Q   And that's something you defer to the
6    microbiologist for the specifics?
7       A   Yes.
8       Q   Looking at Section 4.1, you referred to
9    Dr. Myatt's report, and you identify the ST
10   bacteria, and the Sulfobacillus
11   thermosulfidooxidans bacteria we discussed earlier
12   as iron-oxidizing bacteria; correct?
13       A   Yes.
14       Q   And I think there's a reference to
15   the ability of the ST bacteria to oxidize ferrous
16   iron, elemental sulfur, reduced sulfur compounds
17   such as H2S.  And so I guess what we're talking
18   about, that under certain circumstances
19   sulfur-oxidizing bacteria can produce hydrogen
20   sulfide?
21       A   Yes.
22       Q   I came across in, I believe, the 51-home
23   study and maybe the supplemental study you
24   referenced, that you indicated that iron pyrite
25   had been identified in both Chinese and domestic

144

1    drywall.  Do you recall that?
2       A   I believe that's true, yes.
3       Q   Looking at page 33 and Section 4.2, are
4    you identifying there the optimal temperatures and
5    pH for the growth of ST bacteria?
6       A   Um-hum.
7       Q   The fact that the drywall may not be in
8    the optimal conditions for growth as indicated
9    here does not mean that the bacteria is not
10   present; correct?
11       A   I guess if you could clarify that.  Are
12   we saying that -- you're not asking about -- are
13   you just asking about the presence or absence of
14   bacteria?
15       Q   Yeah.  Let me -- let me clean it up.
16   What I'm getting at is you've indicated at the
17   last section, last sentence of that paragraph that
18   bacteria -- you indicate if it's not in this
19   condition of optimal growth, that it would not be
20   active.  My question is:  First of all, you're not
21   suggesting that if it's not -- if it's in this --
22   not in this condition of optimal growth, that it's
23   not present; correct?
24       A   No.  As I said earlier, this is a
25   ubiquitous organism that is found all around.  So

145

1    it could be present without growing, yes.
2       Q   And I think we've covered the scope of
3    how active or not active, so I'll move on.
4       Turning to page 34, Section 5.0, you indicate
5    plaintiffs' expert did not address the alternative
6    hypothesis of conditions in plaintiffs' houses
7    that can be explained by emissions from water in
8    each home that has elevated sulfide content which
9    caused elevated hydrogen sulfide concentrations in
10   the air when showers were on and one plaintiff's
11   home had problematic Chinese drywall.
12       In terms of your alternative hypothesis, can
13   you tell me what your alternative hypothesis is to
14   the explanation of water in the home causing the
15   increase in hydrogen sulfide?
16       MR. PAGLIARO:  Object to that form of
17   the question.  I'm not sure what it's asking.
18   BY MR. LANDSKRONER:
19       Q   Okay.  Let me ask it again.  So you're
20   critical of the plaintiffs' expert for not
21   considering water as the source of hydrogen
22   sulfide in the home as the cause of corrosion;
23   correct?
24       A   Yes.
25       Q   My question is:  Your hypothesis is that

37 (Pages 142 to 145)

146

1  water is the cause of the corrosion in these homes
2  other than the Chinese drywall situation; correct?
3      A   Yes.
4      Q   What is the alternative hypotheses that
5  you considered in your assessment to the water
6  being the cause of the corrosion?
7      A   When -- in looking at the results that
8  were collected and identifying whether or not
9  there is what we're terming problematic drywall
10  being present, are there any markers that are
11  present that is consistent with the production of
12  sulfur gases that we found in other homes, and
13  they weren't there.  So that's an alternative
14  hypothesis that we didn't feel was appropriate.
15      And it goes along with the mechanism that we
16  had for the hypothesis for the Consumer
17  Product Safety Commission work.  You know, I think
18  looking at the types of gases that were found in
19  the home by the work that was done by HSA didn't
20  show that there were other likely sources that
21  were impacting.
22      We did consider and I think there's a
23  possibility that the -- in the Brincku home, that
24  it could be impacted by outdoor sources as well,
25  that we felt that was likely attributed to the

147

1  well water supply.
2      Q   Which then made its way into the house?
3      A   Yes.
4      Q   Dr. McCarthy, are you aware of any
5  literature or studies that have been done and
6  published that establish that hydrogen sulfide has
7  caused corrosion in any other homes in Florida
8  unrelated to drywall?
9      A   My understanding is that there is
10  information from the Florida Department of Health
11  with respect to corrosion that has occurred in
12  homes.  I can't give you the specific document for
13  that, but I believe that exists.
14      Q   Is that something you relied on in the
15  scope of your opinions you've rendered in this
16  case?
17      A   Well, you know, there has been
18  discussion about the need for aerators, and that's
19  one of the reasons that the -- that there is an
20  ordinance that's in place for reducing the
21  concentration of hydrogen sulfide in the water by
22  use of aerators, and I believe that's due to
23  corrosion.
24      Q   Would you -- can you reference me to
25  that anywhere in your report, to that literature?

148

1      A   The -- I believe it's -- it may be
2  reference No. 82, the Florida Administrative Code.
3      Q   And that discusses that there was
4  corrosion caused by hydrogen sulfide in these
5  homes other than as it related to drywall?
6      MR. PAGLIARO:  Objection to the form.  I
7  don't believe that's what he testified to,
8  counsel.
9      A   That's what I had looked at to determine
10  whether or not there were acceptable levels of
11  hydrogen sulfide that can be found in well water.
12  BY MR. LANDSKRONER:
13      Q   So let me just clarify the question.
14  I'm just looking for if you -- you've indicated
15  that the Florida Department, administrative
16  government, administrative offices, whoever
17  properly looked at this, had some literature that
18  said that there was corrosion that was out there
19  from sources other than drywall, and then you
20  directed me to the administrative code.
21      Can you point me to where I could go to get
22  the publication or what the publication is
23  specifically that points out?
24      A   Sure.  I -- I can't point you to that as
25  I'm sitting here, but I do know in speaking with

149

1  people in Florida that they have talked about
2  corrosion issues.  I know that -- and I'm sure
3  that I have seen documents.  I know I've seen
4  recommendations.  I know I've seen sales
5  literature with respect to aerators being
6  supplied.  I'd have to go back and try to find the
7  specific scientific documents.
8      Q   Do you believe there's anything that's
9  published and peer reviewed that says that?
10      A   I can't say for certainty.  I'd have to
11  go back and look.
12      Q   You believe that the cause of the
13  corrosion is most probably the water from the
14  aquifers in the homes, homes of the plaintiffs;
15  correct?
16      A   Correct.
17      Q   And, again, not excluding the home that
18  has some presence of Chinese drywall?
19      A   Right.
20      Q   And do you believe that to be the sole
21  cause of the corrosion in those homes?
22      A   It appears to be a major source of the
23  hydrogen sulfide that's present.  I have not seen
24  anything else that identifies another source at
25  this time.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

150

1      Q   And I think we talked earlier that --
2  you said you believe at least the -- in some
3  instance that the problem in Chinese drywall homes
4  also may be contributed to by the water source in
5  areas in south Florida?
6      A   If the -- if it's producing hydrogen
7  sulfide, it's certainly going to contribute to it,
8  yes.
9      Q   Have you contemplated supplementing your
10  CPSC reports with that opinion, that the water may
11  be a contributing factor in the homes in south
12  Florida rather than the Chinese drywall or in
13  conjunction with the Chinese drywall?
14      A   Well, that's already understood.
15      Q   Is that in your report, is that you
16  indicated the south Florida water in particular is
17  a contributing factor to the Chinese --
18  problematic Chinese drywall homes?
19      A   No.  It was in the Florida Department of
20  Health guidance.
21      Q   And would you expect to see corrosion
22  consistent across the communities where homes are
23  on the same aquifers if there's hydrogen sulfide
24  in the water?
25      A   If aerators are not working properly,

151

1  then yes, I would.
2      Q   And so would it be fair to say that a
3  home that is on the same -- is it aquifer?
4      A   Aquifer.
5      Q   Proper pronunciation.  The same
6  aquifer that -- strike that.
7      Would you expect to see a home that's on the
8  same aquifer as one of the plaintiffs' homes where
9  there is no aerator in place to have corrosion in
10  the home?
11      A   That's certainly a possibility.  You
12  know, we've seen that.  We actually heard it from
13  Dr. Hejzlar when he was talking about his own
14  home.  When he took his well off the aquifer, how
15  is it that he'd get corrosion on metals.  So I
16  would imagine if you have an aquifer that's high
17  in sulfides and it's not going through an
18  appropriate aerator, that's going to cause
19  corrosion.
20      Q   And you'd agree then that if there are
21  homes that are on the same aquifers where there is
22  no aerator or water treatment and there is no
23  presence of corrosion in the home, that that
24  undermines the theory that you're setting forth as
25  the cause of the corrosion in this case?

152

1      A   I don't know of any evidence that's been
2  put into place in has indicated that.  So I'd be
3  speculating.
4      Q   Okay.  Well, in this instance I want you
5  to assume for me that there are homes that are on
6  the same aquifers as the plaintiffs that do not
7  have water treatment in their homes and do not
8  have corrosion.  And on that assumption, would you
9  agree with me that your theory is not feasible and
10  is not, therefore, the most probable cause of
11  corrosion in the homes?
12      MR. PAGLIARO:  Objection.  Assumes facts
13  not in evidence.
14      A   No, I wouldn't agree with that.  Until
15  we actually were able to inspect those homes and
16  make a determination as to is the anything that's
17  potentially different with those homes.  Is there
18  something that is occurring and that may be
19  modifying it?  What we do know, what the facts do
20  say is that when you go into these homes and you
21  have objective tests being run, that you can turn
22  the water on and find incredibly high levels of
23  hydrogen sulfide within the homes.  So those are
24  facts that I know.  I don't know what else exists
25  in the adjacent homes.  We'd have to go in and

153

1  evaluate those.
2  BY MR. LANDSKRONER:
3      Q   Well, I just want you to assume for me
4  these facts:  You have a home that's on the same
5  aquifer using the same water.  You have the
6  plaintiffs' homes where there's a water treatment,
7  and you have the neighbors' homes on the same
8  aquifer without a lot of treatment.  Plaintiff's
9  home has corrosion.  The neighbor's home does not
10  have corrosion.
11      Under that scenario, you'd agree that your
12  theory as to the water being the cause of the
13  corrosion in the homes, as the primary cause of
14  corrosion in the homes is not feasible?
15      MR. PAGLIARO:  Objection.
16      A   Again, I would disagree as far as saying
17  that that's not a reasonable theory.  What we'd
18  have to do to make a direct comparison is take
19  measurements, you know, in the plaintiffs' homes
20  and then take measurements in the other homes.  If
21  for some reason the other homes that aren't
22  getting high levels of hydrogen sulfide, then I
23  would suspect that there's maybe something unique
24  about the plaintiffs' homes that is causing high
25  levels of hydrogen sulfide.

39 (Pages 150 to 153)

154

1   We don't know if there's some other reactions
2   taking place farther down the line, different
3   types of pipes. There's so many different factors
4   that could occur here. What we do know and this
5   is what I'm -- what my hypothesis is based on is
6   that we have extremely high levels of hydrogen
7   sulfide being found in these homes when the water
8   is being run.
9   BY MR. LANDSKRONER:
10   **Q   So let me add one more qualifier to my**
11   **hypothetical for you. I want you to assume that**
12   **the emissions of hydrogen sulfide in the**
13   **plaintiffs' homes is consistent with the emissions**
14   **of hydrogen sulfides in the neighbors' homes.**
15   **Under that scenario, where the neighbors' homes**
16   **does not have water treatment, would you agree**
17   **then that the -- it is not likely that the water**
18   **alone is the primary source of corrosion in the**
19   **plaintiffs' homes?**
20       MR. PAGLIARO: Objection. Assumes facts
21   not in evidence.
22   A   I would -- you know, you're asking me to
23   make a statement based on a hypothetical --
24   BY MR. LANDSKRONER:
25   **Q   I am.**

155

1   A   -- that we have no data to base it on.
2   And so -- and this goes back to what we talked
3   about earlier. Can we say that anything is
4   possible? Well, it could be such a vanishingly
5   small possibility of something occurring. Yet we
6   can't eliminate everything with absolute
7   positivity. But the likelihood of having those
8   levels of hydrogen sulfide in a home and not have
9   any corrosion, I just don't see how that would
10   happen.
11   **Q   But you have to acknowledge that under**
12   **that hypothetical -- I get to ask you**
13   **hypotheticals -- that it does draw into question**
14   **if given two homes, one with water treatment, one**
15   **without, on the same aquifer and the same**
16   **scenario, draws into question whether or not your**
17   **theory that the water is the primary cause of this**
18   **corrosion is plausible; does it not?**
19       MR. PAGLIARO: Objection.
20   A   I would go back and say -- I mean,
21   you're asking me to render a conclusion with no
22   facts to base that on other than an assertion that
23   you're making.
24   BY MR. LANDSKRONER:
25   **Q   Correct.**

156

1   A   And I deal in facts. And so, as I said
2   before, if you're saying this is happening,
3   then -- and I'm putting all, you know, my faith in
4   what you're saying, and I certainly trust you, but
5   the fact is, you know, I'd want to see the facts.
6   Because looking at the concentrations that we're
7   finding in the plaintiffs' homes when the showers
8   are turned on, when the water is run, and then
9   having that occurring in another home and not
10   seeing the corrosion, I would find that very, very
11   difficult to believe.
12   **Q   Unless there's something else in the**
13   **environment that is contributing or confounding**
14   **with the hydrogen sulfide to cause a corrosive**
15   **environment; correct?**
16   A   Well, you have to have conditions that
17   are going to create an environment that's going to
18   be highly corrosive, and we've not seen anything
19   that is unique to the plaintiffs' homes. Nothing
20   has been brought to -- you know, brought to light
21   yet.
22   **Q   We do know that there's sulfur-oxidizing**
23   **bacteria that's been identified in their drywall;**
24   **correct?**
25   A   We know that there are some

157

1   sulfur-oxidizing bacteria, but we don't know the
2   conditions of the drywall in the other homes. So
3   we can't say if that's different in the
4   plaintiffs' homes versus the neighbors' homes.
5   **Q   Okay. Have you been provided any**
6   **information about the levels of corrosion which**
7   **are or are not present in the neighbors' homes**
8   **around the plaintiffs?**
9   A   I have not seen any information.
10   **Q   Looking at page 34, referencing the**
11   **Brincku home, at the second paragraph there, you**
12   **refer to the HSA Builders and you say HSA Builders**
13   **routinely install aerators to reduce sulfide**
14   **content in the water supply. Do you see that**
15   **that?**
16   A   I believe HSA is a consulting company.
17   **Q   Right. I'm sorry. I missed the**
18   **"according to HSA." And that the aerator in the**
19   **Brincku house did not function sufficiently to**
20   **remove sulfide. Do you have any personal**
21   **knowledge about what the condition was of the**
22   **Brinckus' aerator?**
23   A   No. That was taken from the HSA report.
24   **Q   Do you know what HSA did to determine**
25   **whether or not the aerator was functioning**

40  (Pages 154 to 157)

158

1   properly?
2        A  I don't know the specifics.
3        Q  Turn to page 36.  You have photographs
4   there of the Brincku home that were taken by
5   Mr. Kramer?
6        A  Yes.
7        Q  Do you know what type of metal is shown
8   in those photographs?
9        A  No, I don't.
10       Q  Do you know if the rod that is
11  identified in those photographs that appears to be
12  corroded was underwater or above water?  Obviously
13  it's taken above water, but...
14       A  Right.  This looks like the float on.
15  And so I believe that would be above water, but I
16  don't know specifically.  It could have been
17  submerged.
18       Q  On page 37, Section 5.1.2, I think it's
19  the indication there that there was no elemental
20  sulfur or strontium identified in the Brincku
21  home; is that correct?
22       A  That's correct.
23       Q  Turning to the third page, 38,
24  addressing the Brucker home, 5.2.1 indicates
25  elevated sulfide content in the water in the

159

1   Brucker home and a faulty aerator explains
2   elevated hydrogen sulfide measurements and
3   corrosion, not drywall.
4        Again, same questions as to the Brincku home.
5   And related to Brucker, are you aware -- do you
6   have any personal knowledge of the condition of
7   the Brucker's aerators?
8        A  No.  This was taken from the HSA report.
9        Q  And you don't know what the HSA did to
10  determine whether the aerator was working or not?
11       A  No.
12       Q  The Brucker home also did not identify
13  the Chinese drywall problem markers?
14       A  That's correct.
15       Q  Turn to page 40.  The Nutting home, you
16  indicate elevated sulfide content in the water in
17  the Nutting home and the faulty on-site water
18  softener treatment system explains elevated
19  hydrogen sulfide measurements and corrosion.
20       Is it fair to say that you do not have any
21  personal knowledge of the condition of the water
22  softener treatment in that home?
23       A  That's correct.
24       Q  And you do not know what HSA did to
25  determine the condition of that water softener

160

1   treatment?
2        A  No, I do not.
3        Q  The Nutting home did not have any
4   identifying markers consistent with the Chinese
5   drywall problem?
6        A  That's correct.
7        Q  The drywall in the Nutting home was
8   collected and was significant for hydrogen sulfide
9   emissions above the detect level; correct?  I'm on
10  page 42.
11       MR. PAGLIARO:  What are you asking was
12  collected?
13  BY MR. LANDSKRONER:
14       Q  I'm asking whether the drywall
15  collected, the samples taken from the Nutting
16  home, were -- had hydrogen sulfide levels detected
17  that were close to the laboratory reports.
18       A  Yes.  That's what my report says.
19       Q  Okay.  Can you explain what was causing
20  the emissions of hydrogen sulfide from the Nutting
21  drywall?
22       A  Well, I'm -- I'm relying on the
23  information from Columbia Analytical.  And knowing
24  how analytical tests were run, it's -- when you're
25  at close to the limit of detection, you may find

161

1   some that the -- the instrument gets -- can get
2   noisy at that time.  There's several different
3   factors that can impact it.
4        Another potential could be if it there was a
5   high level of sulfur and run in the test chamber
6   prior to this sample being run.  There may be some
7   residual contamination.  Or it could be that there
8   is a low level of -- a low level of hydrogen
9   sulfide, because it has been found in different
10  pieces of nonproblematic drywall.
11       Q  If there was residual hydrogen sulfide
12  from prior tests, that would mean they didn't
13  properly perform the tests; correct?
14       A  Well, that's -- we have to go back and
15  look at the quality control records for that.
16       Q  And did you assume that all the tests
17  that were performed by Columbia were performed
18  with a competent level of quality control?
19       A  Yes.  They generally do a very good job.
20       Q  Assuming that there was -- that the
21  readings were accurate and that there was, in
22  fact, off-gassing of hydrogen sulfide from the
23  Nutting National Gypsum drywall, can you explain
24  for me what would be the cause of that
25  off-gassing?

41 (Pages 158 to 161)

162

1  A   Well, first of all, we don't know if
2  it's true off-gassing or it's an artifact of the
3  analytical method.  As I said before, when you're
4  at close to the limit of detection, sometimes the
5  instrument will get noisy and you'll get a reading
6  that may not be real.  So we have to go back and
7  evaluate that.
8       There have been pieces of drywall that have
9  been tested by Lawrence Berkeley National Lab that
10 have given off low levels of hydrogen sulfide.
11 And so it could be contained within the drywall.
12 I'm not sure what the mechanism would be for it to
13 be there, but it has been recognized at very, very
14 low concentrations.
15      Q   Now, you've been studying this for a
16 couple of years now?
17      A   Yes.
18      Q   And at this point you still do not have
19 an explanation for why the hydrogen sulfide would
20 be there in the drywall?
21      A   Well, there are a number of different
22 possibilities, you know, and I think that it's
23 such a rare occurrence that you're seeing this.
24 It's not like you're seeing routinely elevated
25 levels of hydrogen sulfide coming off at pretty

163

1  high concentrations, you know.  This seems to be a
2  fairly sporadic event.  And so this isn't a common
3  there's a lot of study that's being done.
4       But you can have material that will be held
5  for a period of time and then when you put it into
6  a chamber, you might detect some hydrogen sulfide.
7  I'm not sure why that would be released like that.
8       Q   You indicated that it's not a common
9  event, but the Chinese drywall also has presence
10 or high levels of hydrogen sulfide emitted from
11 it, and so this isn't an uncommon event.  It's
12 obviously happening, at least in this instance,
13 and it's consistent with what you've seen in the
14 Chinese drywall.  Do you have an explanation for
15 why the Chinese drywall is emitting hydrogen
16 sulfide?
17      A   Well, it's -- it could be that you have,
18 you know, hydrogen sulfide gas that's contained
19 within the drywall and it's off-gassing as most
20 materials do off-gas various types of chemicals.
21 So this can just be a normal occurrence.  It's
22 kind of like the new car smell.  There are
23 plastics that are evolving material off over time,
24 where you go into a home that's newly furnished
25 with carpeting or something along those lines and

164

1  that's off-gassing over a period of time.  So this
2  is not an unusual phenomenon.  And the question
3  becomes how long is it going to off-gas for.
4       Q   Do you know if in the construction
5  industry off-gassing is a common occurrence from
6  drywall that's installed in homes?
7       A   This I think gets back to are we talking
8  about Chinese drywall?  Are we talking about
9  domestic drywall?
10      Q   Well, I'm talking about drywall in
11 general.  If a construction company goes out or a
12 homeowner goes out and buys drywall, should they
13 reasonably expect to have hydrogen sulfide
14 off-gassing from the drywall they install in their
15 home?
16      A   Well, I think the issue is, taking one
17 step back, when someone goes out and buys drywall
18 it's off-gassing, and the question becomes what
19 chemicals is it actually off-gassing.  And, you
20 know, it may be that you're off-gassing extremely
21 low levels of hydrogen sulfide for whatever
22 reason, but it's really below the limit of
23 detection.  It's below the olfactory levels.  But,
24 you know, if you go into a store and you go near
25 drywall, you will smell drywall.  Put that into a

165

1  home.  You have that drywall smell.
2       And so, you know, what we have now are
3  extremely sensitive testing procedures that allow
4  us to go and detect parts per trillion levels of
5  chemicals.  And that's really what we're looking
6  at here when we start looking at some of the
7  domestic drywall.
8       Q   Okay.  So across the board as a
9  statement of the use of drywall, I just want to
10 make sure, is it your position that consumers
11 should have some expectation that drywall is going
12 to have some odor at least detectable when it's
13 installed in their home?
14      A   I think the -- it comes back to every
15 material that we're putting into our homes emits
16 some chemical.  And what we are able to do right
17 now is detect extremely low levels of these
18 various chemicals.  And, you know, 10 or 15 years
19 ago, we wouldn't even be able to see these because
20 the analytical equipment was not sufficient to do
21 that.
22      So what we're trying to do is to say that a
23 consumer should have the expectation that no
24 harmful chemical is going to be emitted into their
25 home, and harmful is determined by the

42  (Pages 162 to 165)

166

1 concentration level.
2    Q   Would it be fair to say that a
3 consumer would -- it would not be reasonable for a
4 consumer to have to expect that he's going to have
5 the smell of rotten eggs in his brand new home
6 with fresh drywall?
7    A   Again, this comes down to a question of
8 concentration. We're looking at material that is
9 being picked up on analytical instruments that are
10 extremely sensitive and that are below the odor
11 threshold of humans. So it's not a question --
12 you know, we have chemicals around us right now.
13 If we took measurements, we'd have hydrogen
14 sulfide in this room if we could get down to a low
15 enough level, because it's a bioeffluent. So
16 you're going to get some of this material.
17    And the question is, I think going back to
18 what you said earlier, is it going to be harmful
19 chemicals. We're talking about the concentrations
20 are so low that I would not consider them not
21 harmful.
22    Q   To get back to my specific question, as
23 a consumer, would you agree that it would be
24 unreasonable to have the presence of chemicals
25 that are at a detectable level when you buy a new

167

1 home fresh with new installed drywall to the point
2 where you can smell rotten eggs in the home?
3    A   If that's above the odor threshold, I,
4 you know, don't think that people would want to
5 have a rotten egg odor in their home. The
6 question becomes -- because, you know, we go
7 through this all the time looking at volatile
8 organic chemicals. There are materials that are
9 given off.
10    The question becomes -- and sometimes that's
11 a byproduct of the installation -- how quickly
12 they dissipate. If it was persisting, then we'd
13 certainly not want to have that, but, again, it
14 depends upon the concentration.
15    Q   That would also be true of the smell of
16 vomit in the home as well I assume; correct?
17    A   Yes.
18    Q   The Columbia Analytical identified the
19 finding of samples of hydrogen sulfide from the
20 Nutting home as being -- emitted from the drywall
21 in the Nutting home as being anomaly. Do you
22 agree with that?
23    A   Are you looking at the table?
24    Q   I was -- it's from their report. I
25 don't know that you reference it, their

168

1 conclusion, but that's just from my recollection
2 of it.
3    A   I would have to -- it seems reasonable.
4 I'm not sure how they're defining anomaly. But I
5 think that when they're looking at that, they have
6 a definition that they have in mind.
7    Q   I guess in my definition I would -- I'm
8 directing to you that the finding that was --
9 hydrogen sulfide detected in the Nutting home, in
10 your opinion, is within acceptable levels; is that
11 fair to say?
12    A   Well, I think on the next page here, we
13 have a figure that is looking at, you know,
14 different gases that are present in homes, and we
15 do have certain levels of detection of various
16 chemicals in wallboard that's not been considered
17 to be problematic. And so when you -- I think you
18 have to go back and look and see what are -- what
19 are you determining to be problematic.
20    If you're talking about harm to human health,
21 are these concentrations high enough to be causing
22 harm to human health, are they high enough to be
23 noticed by people, are they going to dissipate
24 over time, or are they going to be constant.
25 These are all the questions you ask in making that

169

1 determination.
2    Q   Is this chart that's identified on page
3 43, is that taken from the homes where there had
4 been complaints of problem drywall?
5    A   These are samples that were sent to
6 Lawrence Berkeley National Labs by the Consumer
7 Product Safety Commission.
8    Q   From homes where there had been
9 complaints?
10    A   These were source materials and
11 materials which reflected complaints and those
12 that did not have complaints.
13    Q   And that would have been from the
14 51-home study or the 11-home study or the six-home
15 study?
16    A   I'm -- they had -- CPSC had collected
17 large quantities of samples from warehouses that
18 had stockpiled this material and from distributors
19 and some job sites. So I don't believe any of
20 these homes were -- any of these samples were
21 actually collected from the 51-home study. I
22 think these were all diversion samples, if you
23 will.
24    Q   Turning to page 44, addressing the
25 Ravelo house, you indicate that elevated sulfide

43 (Pages 166 to 169)

170

1  content in the water in the Ravelo house and the
2  faulty aerator explains elevated hydrogen sulfide
3  measurements and corrosion of drywall.
4      Same questions as relate to the Ravelo house.
5  You don't have any information about the faulty
6  aerator from independent knowledge; correct?
7      A   Yes.
8      Q   And you don't know what HSA did to
9  assess whether the aerator was faulty or not?
10     A   That's correct.
11     Q   Turning to page 46, the Columbia
12  Analytical Services, there's an indication that
13  six samples with hydrogen sulfide -- six of the
14  Ravelo samples had hydrogen sulfide detect levels
15  that were close to laboratory reporting limit and
16  state previously emissions testing for the drywall
17  for hydrogen sulfide was -- strike that.
18     Six of their samples also had detect levels
19  that were close to laboratory reporting limit, do
20  you see that?
21     A   I'm sorry.  What paragraph are we
22  looking at?
23     Q   In the middle of Section 5.4.3, right in
24  the middle of that paragraph.
25     A   The six samples of hydrogen sulfide?

171

1      Q   Yes.
2      A   Yes, I see that.
3      Q   There were 13 samples tested, and six of
4  the samples were positive for hydrogen sulfide;
5  correct?
6      A   Yes.
7      Q   The Retana home was negative for the
8  problematic Chinese drywall markers?
9      A   Retana?
10     Q   Retana.
11     A   I believe Retana was positive for the
12  Chinese drywall markers.
13     Q   I'm sorry.  Ravelo.  You're correct.  I
14  got ahead of myself here.  The Ravelo home was
15  negative for the Chinese drywall markers?
16     A   Yes.
17     Q   And is it statistically significant that
18  two of the five homes tested that had National
19  Gypsum drywall tested with detect levels that were
20  close to the laboratory limit for hydrogen
21  sulfide?
22     A   I can't say for a couple of reasons.
23  One is I don't know if they all are National
24  Gypsum or not.  I don't recall if they were
25  qualified as National Gypsum.  I think they were

172

1  taken from the homes.  But I'm not absolutely
2  certain about that.
3      Secondly, what we'd want to do is a
4  broader-based study to understand exactly what the
5  statistical variation could be.  We don't know.
6  If you have a noisy instrument, for example -- and
7  this gets into some of the different factors of
8  laboratory analysis.  You can have an instrument
9  that you calibrate and you do everything right,
10  but on given days, you may start getting more
11  noise.
12     Sometimes it's due to electrical service
13  lines coming in.  Sometimes it's due to sensors or
14  not.  And so there are a lot of different factors
15  that you'd want to evaluate in order to get the
16  information to make that determination.  But
17  looking at this right now, you can't make a
18  statistical determination about it.
19     Q   If you had those circumstances where
20  your instruments were not acting properly or you
21  had a concern as to the validity of your findings,
22  would you then scrap those findings and retest as
23  a matter of good practice?
24     A   Well, you know, one of the things that
25  you have in a laboratory -- and this is one of the

173

1  reasons that many of us use outside third-party
2  laboratories -- is that you're trying to keep a
3  level of independence of the laboratories.  So
4  when they're going through and looking at their
5  standards, looking at how things are being
6  operated, their calibrations are being met and
7  their standards are appropriate, and when they run
8  those samples, they don't know that this is a
9  sample that should, quote, not be generating
10  hydrogen sulfide.  All they know is that this is a
11  sample.
12     So, therefore, they're blinded to whether or
13  not this is a sample coming from a problem drywall
14  situation or from a control home or from a home
15  that is unknown.  So they're going back.  And,
16  again, it comes to the point where when you're
17  measuring some of these concentrations at very,
18  very low levels, there's going to be some
19  variation.
20     But if their calibrations are correct and,
21  you know, their -- all their other quality control
22  procedures are appropriate for their extraction,
23  then I would not see them rerunning those samples,
24  because they don't know what -- they don't have
25  any preconceived ideas as to what those

44  (Pages 170 to 173)

174

1    concentrations should be.
2        Q    So you would assume that the data that
3    they recorded would be valid?
4        A    Yes.
5        Q    The Retana home is the home that you've
6    identified that did have the presence of Chinese
7    drywall?
8        A    It had some Chinese drywall, yes.
9        Q    I believe that your opinion that the
10   cause of the corrosion in the Retana home was both
11   a combination -- strike that -- the cause of the
12   corrosion in the Retana home was the Chinese
13   drywall?
14       A    I believe that there was a concern that
15   there could be both emissions from the water as
16   well as the Chinese drywall.
17       Q    In the Retana home, one of the six
18   samples tested for hydrogen sulfide from the
19   domestic drywall were positive; is that correct?
20       A    Bear with me while I find that.
21       Q    Sure.  I'm on page 60, 61, Section 5.53.
22       A    Yes.  Samples had measurable --
23   detectable levels of hydrogen sulfide.
24            MR. LANDSKRONER:  Let's go off the
25   record for about five minutes.  I got to run to

175

1    the rest room, and then I'm going to come back and
2    finish up in probably the next ten minutes.
3            THE VIDEOGRAPHER:  Here ends Video
4    Recording No. 3.  The time is 1358, and we are off
5    the record.
6            (There was a recess in the proceedings.)
7            THE VIDEOGRAPHER:  Here begins Video
8    Recording No. 4.  The time is 1404.  We are on the
9    record.
10   BY MR. LANDSKRONER:
11       Q    Dr. McCarthy, just to finish up today,
12   returning now to page 60 or 61 of your report,
13   your opinions that set forth -- just to walk down
14   the line here and make sure we have your opinions,
15   and I'm looking at the bullet points, you indicate
16   the SRB would not survive the manufacturing
17   process due to extreme heat in the final steps of
18   processing.
19       Is that also your opinion as it relates to
20   sulfur-oxidizing bacteria?
21       A    As far as I know, sulfur-oxidizing
22   bacteria would be similar in many ways.  I would
23   say that would be true, yes.
24       Q    I think we've discussed the low level
25   hydrogen sulfide emissions alone cannot explain

176

1    accelerated corrosion rates.  We've talked about
2    that?
3        A    Yes.
4        Q    Is there anything you'd like to add that
5    we didn't discuss as to that opinion?
6        A    Not at this time.
7        Q    The next bullet is the plaintiffs did
8    not identify any species of SOB on the samples of
9    drywall in plaintiffs' houses.  The only bacterial
10   species identified are sulfur oxidizers, not SRB,
11   and, therefore, they do not emit hydrogen sulfide.
12       In terms of that opinion, I think we've
13   discussed that.  I think you've indicated that
14   there are some sulfur-oxidizing bacterias that
15   will emit hydrogen sulfide; correct?
16       A    Under certain conditions, it's possible,
17   yes.
18       Q    SRB are ubiquitous, so sporadic,
19   detection on drywall would not be surprising is
20   your next bullet.  Is that also true with
21   sulfur-oxidizing bacteria?
22       A    I would believe that would be true.
23       Q    And just to clarify, these issues
24   that -- is that an issue that is more
25   appropriately addressed for a microbiologist?

177

1        A    I was turn to a microbiologist for a
2    final determination, yeah.
3        Q    SRB detected on drywall from plaintiffs'
4    houses cannot be attributed to the manufacturing
5    process due to numerous locations where the
6    drywall was prior to testing.  Again, that's
7    referring to SRBs.  Do you have the same opinion
8    as to sulfur-oxidizing bacteria?
9        A    Yes, depending on the -- how the
10   sulfur-oxidizing bacteria would occur, how it's
11   distributed, I would expect the same to be true
12   for that as well.
13       Q    In terms of the testing of drywall to
14   determine if there is bacteria present, if the
15   testing is done from the core of the drywall,
16   would you agree that then you're not likely to
17   be -- it's not likely to be affected by the
18   numerous locations where the drywall was prior to
19   testing?
20       A    If it's maintained under sterile
21   conditions and it's handled properly, it's not
22   going to have the same impact as material that is
23   the surface that could exist.
24       Q    The second bullet, SRB requires
25   anaerobic and liquid water conditions which do not

1    exist in drywall in homes and, therefore, SRB
2    would not be biologically active even if present.
3    I think we discussed sulfur-oxidizing bacteria are
4    aerobic and, the oxidizing bacteria would be able to survive
5    in drywall; is that fair to say?
6        A    Well, if we're talking about it being
7    biologically active, the oxidizing bacteria
8    require liquid water as well.  And so just because
9    it's aerobic does not mean it's going to be
10   growing and surviving.
11       Q    Let's talk about that for a moment.
12   Liquid water, would that include water that would
13   be present when the dew point is reached?
14       A    You'd have to have -- based on my
15   reading of the literature, you'd have to have
16   liquid water which is just not going to be
17   moisture, but it would have to be a condensate
18   that's going to be on a surface, because the
19   bacteria require the ability to actually dissolve
20   the sulfate before it can start to process it.  So
21   it would be like a flooding condition or a
22   pond-type area, things like that.
23       Q    I think in one of your reports you
24   indicated that once the dew point was reached when
25   there was hydrogen sulfide present, it became --

1    it turned to a liquid form; is that correct?
2        A    Well, that's not precisely what I said.
3    What I said was that when we reach a certain dew
4    point, we see an association with an increase in
5    the production of hydrogen sulfide or the emission
6    of hydrogen sulfide from surfaces.
7        Q    Was there a reference to there
8    becoming -- turning to a liquid at some point once
9    the dew point is reached?
10       A    Well, if the dew point is reached, you
11   will get some condensation that will occur.  What
12   we were seeing was there was a relationship with
13   the increasing amount of moisture that's present
14   in the air.  So you'd see an increase in dew point
15   even before you're getting condensation.
16       Q    I want to read for you just a statement
17   that was taken from the Consumer Product Safety
18   Commission Staff Summary of the Contractors'
19   Evaluation of Homes Reported to be Constructed
20   with Domestic Drywall, April 15, 2011.  Did you
21   participate in that report?
22       A    In the?
23       Q    In the actual --
24       A    In the summary, the staff summary?
25       Q    No, in the report, the underlying report

1    of the Contractors' Evaluations of Homes.  Was
2    there a report associated with that from CPSC that
3    you participated in, or no?
4        A    I'm sorry.  Could you -- just go back to
5    what is the summary for?
6        Q    Well, it's a Staff Summary of
7    Contractors' Evaluation of Homes Reported to be
8    Constructed with Domestic Drywall, April 15, 2011.
9        A    Our report would have been one of those
10   studies.
11       Q    You wouldn't have participated in the
12   staff report, but you would have provided the
13   underlying study on which the staff was meeting or
14   one of the studies?
15       A    Yes.
16       Q    Okay.  And just tell me briefly what was
17   your role in that particular study?
18       A    I did senior review, helped with the
19   direction, the technical direction of the study.
20       Q    And what was the goal of the study?
21       A    This was the domestic drywall study.  We
22   were being asked to go in and determine what the
23   characteristics were of emissions from the
24   drywall, whether or not it was consistent with
25   Chinese drywall.

1        Q    And did you find it to be consistent?
2    Did you find the domestic drywall to be consistent
3    with Chinese drywall?
4        A    No, we did not.
5        Q    I'd like to read you this statement.
6    And I'm sorry I don't have the document in front,
7    but I cut and pasted it rather than -- couldn't
8    print it out.
9        It says, "There is a possibility that some
10   problem drywall including domestic drywall, may
11   have different characteristics from the originally
12   defined problem drywall.  For example, there may
13   be differing mechanisms of chemical off-gassing or
14   composition of source materials, or S8 might be a
15   good marker for a particular type of problem, for
16   example problematic Chinese drywall, but not all
17   problem drywall."
18       Do you agree with that statement?
19       A    I think what that statement is alluding
20   to is they don't want to rule anything out.  They
21   want to keep an open mind about it, and they're
22   saying that there may be some other mechanisms
23   that are there.  What they haven't done -- and,
24   again, it's just a matter of just not ruling
25   everything out, but they're not saying that it's

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

182

1 not going to be an effective marker. There was no
2 other marker that was found.
3     **Q   And it goes on to say, and to your**
4 **point, if that's the case, this study would not**
5 **have been able to identify this drywall as**
6 **problematic because it had materially different**
7 **characteristics from the problem drywall you**
8 **studied to date.  So do you agree with that**
9 **statement?**
10     A   That's correct.
11     **Q   Doctor, the last part of your report,**
12 **you indicate that you reserve the right to amend**
13 **or supplement your opinion as new information**
14 **becomes available.  I'd simply ask that to the**
15 **extent that you become -- you come across new**
16 **information or your opinion is modified or altered**
17 **in any way, that you will let counsel know and get**
18 **that information to me so that we can talk about**
19 **any alterations or changes in your opinions should**
20 **you have new information.  Okay?**
21     A   That's fine.
22     **Q   Okay.  Great.  Thank you very much.**
23 **That's all I have.**
24     A   Thank you.
25     MR. PAGLIARO:  Okay.  Thank you.

183

1     THE VIDEOGRAPHER:  Here ends Video
2 Recording No. 4, and this concludes the video
3 recorded deposition of Dr. John F. McCarthy taken
4 by the plaintiffs on Thursday, February 23, 2012.
5 The time is 1413, and we are going off the record.
6     (Whereupon, at 2:13 p.m., the taking of
7 the instant deposition ceased.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

184

1
2 STATE OF _____ )
3           ) :ss
4 COUNTY OF _____ )
5
6
7     I, JOHN F. MCCARTHY, SC.D., the
8 witness herein, having read the foregoing
9 testimony of the pages of this deposition,
10 do hereby certify it to be a true and
11 correct transcript, subject to the
12 corrections, if any, shown on the attached
13 page.
14
15           _____
16           JOHN F. MCCARTHY, SC.D.
17
18
19
20 Sworn and subscribed to before
21 me, this          day of
22 _____, 2012.
23
24 _____
25     Notary Public

185

1 COMMONWEALTH OF PENNSYLVANIA )       CERTIFICATE
2 COUNTY OF PHILADELPHIA        )  SS:
3     I, Ann Medis, Registered Professional
4 Reporter and Notary Public in and for the
5 Commonwealth of Pennsylvania, certify the witness,
6 JOHN F. MCCARTHY, SC.D., was by me first duly
7 sworn to testify to the truth; the foregoing
8 deposition was taken at the time and place stated
9 herein; and the said deposition was recorded
10 stenographically by me and reduced to printing
11 under my direction, and constitutes a true record
12 of the testimony given by said witness.
13     I certify the inspection, reading and signing
14 of said deposition were NOT waived by counsel for
15 the respective parties and by the witness.
16     I certify I am not a relative or employee of
17 any of the parties, or a relative or employee of
18 either counsel, and I am in no way interested
19 directly or indirectly in this action.
20     IN WITNESS WHEREOF, I have hereunto set my
21 hand and affixed my seal of office this 29th day
22 of February, 2012.
23
24       _____
25       Notary Public

47 (Pages 182 to 185)

186

```
1          INSTRUCTIONS TO WITNESS
2
3      Please read your deposition over carefully
4  and make any necessary corrections. You should state
5  the reason in the appropriate space on the errata
6  sheet for any corrections that are made.
7      After doing so, please sign the errata sheet
8  and date it.
9      You are signing same subject to the changes
10 you have noted on the errata sheet, which will be
11 attached to your deposition.
12     It is imperative that you return the original
13 errata sheet to the deposing attorney within thirty
14 (30) days of receipt of the deposition transcript by
15 you. If you fail to do so, the deposition transcript
16 may be deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25
```

187

```
1              E R R A T A
2
3
4
5      I wish to make the following changes,
6  for the following reasons:
7
8  PAGE LINE
9  ___ ___ CHANGE:_____
10 REASON:_____
11 ___ ___ CHANGE:_____
12 REASON:_____
13 ___ ___ CHANGE:_____
14 REASON:_____
15 ___ ___ CHANGE:_____
16 REASON:_____
17 ___ ___ CHANGE:_____
18 REASON:_____
19 ___ ___ CHANGE:_____
20 REASON:_____
21
22 _____  _____
23   WITNESS' SIGNATURE        DATE
24
25
```

48 (Pages 186 to 187)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585