1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FT. MYERS DIVISION
---------------------------x
GEORGE BRINCKU, BRENDA
BRINCKU,

        Plaintiffs,

        VS.               CIVIL ACTION NO.
                       2:11-CV-00338-JES-DNF
NATIONAL GYPSUM COMPANY,
a Delaware Corporation,

        Defendants.
---------------------------x
CHRIS BRUCKER, et al.,

        Plaintiffs,

        VS.               CIVIL ACTION NO.
                       2:10-CV-405-FTM-20SPC
LOWES HOME CENTERS, INC.,
et al.,

        Defendants.
---------------------------x


VIDEOTAPED DEPOSITION OF THEODORE MYATT
      Philadelphia, Pennsylvania
      Wednesday, February 22, 2012
         9:06 a.m.




Reported By:
Jennifer Ocampo-Guzman, CRR, CLR
Job No: 23821

2

February 22, 2012
9:06 a.m.

Videotaped Deposition of THEODORE
MYATT, held at the offices of Morgan,
Lewis & Bockius, LLP, 1701 Market
Street, New York, New York, New York,
pursuant to notice, before Jennifer
Ocampo-Guzman, a Notary Public of the
Commonwealth of Pennsylvania.

3

APPEARANCES:

Attorneys for the Plaintiffs
  VARNELL & WARWICK, P.A.
  20 La Grande Boulevard
  The Villages, Florida 32159
  (352) 753-8606
  BY:  BRIAN W. WARWICK, ESQ.
       bwwarwick@aol.com

Attorneys For the Defendant New NGC.,
  Inc., doing business as National Gypsum
  Company
  MORGAN, LEWIS & BOCKIUS, LLP
  1701 Market Street
  Philadelphia, PA 19103-2921
  (215) 963-5719
  BY:  THOMAS V. AYALA, ESQ.
       tayala@morganlewis.com

ALSO PRESENT:
  HOWARD BRODSKY, Videographer

4

THE VIDEOGRAPHER:  Good morning.
Here begins video recording number 1 in
the deposition of Theodore Myatt, taken
by the plaintiffs in the matter of
George Brincku, Brenda Brincku and Chris
Brucker, et al, plaintiffs, versus
National Gypsum Company, a Delaware
corporation and Lowes Home Centers, et
al, defendants, in the United States
District Court, Middle District of
Florida, Fort Myers Division.
    This deposition is being held at
Morgan Lewis, 1701 Market Street,
Philadelphia, Pennsylvania, on
Wednesday, February 22nd, 2012, at
approximately 9:06.
    My name is Howard Brodsky from the
firm of David Feldman Worldwide, and I
am the legal video specialist.  The
court reporter is Jennifer
Ocampo-Guzman, on behalf of David
Feldman Worldwide.
    Will counsel please introduce
themselves.

5

MR. WARWICK:  Good morning.  Brian
Warwick, on behalf of the plaintiffs.
    MR. AYALA:  Good morning.  Tom
Ayala, on behalf of New NGC Inc., doing
business as National Gypsum Company.
    Before we get started, I just want
to reserve the witness' right to read
and sign the deposition.
    And, Brian, if we could stipulate
that objections, except as to form, are
reserved until trial.
    MR. WARWICK:  Yes, we can
stipulate.
    THE VIDEOGRAPHER:  Will the court
reporter please swear in the witness.
T H E O D O R E    M Y A T T, having been
duly sworn, was examined and testified as
follows:
EXAMINATION BY
MR. WARWICK:
    Q.  Good morning, Dr. Myatt.
    A.  Good morning.
    Q.  Could you please state your full
name for the record?

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

6

**Myatt**

1
2      A.   Theodore Alan Myatt.
3      **Q.   And where do you reside?**
4      A.   I reside in Barrington, Rhode
5   Island.
6      **Q.   Have you given a deposition before?**
7      A.   Once.
8      **Q.   Once, okay.  How long was that?**
9      A.   About two years ago, I believe.
10     **Q.   Okay.  And you understand, then,**
11  **that today, I will be -- be involved, and I**
12  **will ask you a series of questions.  If at**
13  **any time you don't understand the question I**
14  **ask, just ask me to rephrase it.  It will**
15  **probably happen a lot today, because I'm**
16  **talking about microbiology; so if I misstate**
17  **a word or misuse it, please, please don't be**
18  **afraid to correct me or ask me to rephrase**
19  **it, I will be glad to do so.**
20     **But if you answer the question, I'm**
21  **going to have understood that you basically**
22  **understood the form of the question and are**
23  **going to do your best to answer; is that**
24  **fair?**
25     A.   That's fair.

7

Myatt

1
2      **Q.   And who are you currently employed**
3   **with?**
4      A.   I work for Brigham and Women's
5   Hospital in Boston, Mass, is my full-time
6   employer.
7      **Q.   Do you have any other employers?**
8      A.   I also do with Environmental Health
9   & Engineering Inc., in Needham, Mass.
10     **Q.   If we use the acronym EHE today,**
11  **would that be fair?**
12     A.   Yep.
13     **Q.   Okay.  And you realize that you**
14  **were designated as an expert in this case?**
15     A.   Correct.
16     **Q.   And you gave a report in this case?**
17     A.   Yes.
18     **Q.   It's a report that's approximately**
19  **13 pages long?**
20     A.   Yes.
21     **Q.   And you only issued the one report**
22  **in this case?**
23     A.   Yes.
24     **Q.   And is it your understanding that**
25  **report is to be used in both the Brincku case**

8

**Myatt**

1
2   **and the Brucker case?**
3      A.   Yes.
4      **Q.   With regard to the report that you**
5   **issued, prior to issuing that report, did you**
6   **have an opportunity to review the Realtime**
7   **Labs' report and analysis for each of the**
8   **five plaintiffs' homes?**
9      A.   Yes.
10     **Q.   And did you also have an**
11  **opportunity to review the report and analysis**
12  **by Dr. Straus for each of the five**
13  **plaintiffs' homes?**
14     A.   Yes, I believe so.
15     **Q.   Did you have an opportunity to**
16  **review some of the inspection reports that**
17  **were attached thereto from a company called**
18  **Skyetec?  Do you remember that?**
19     A.   Yes.
20        MR. AYALA:  Just object to that,
21     because some of the reports had, such as
22     Skyetec, appended to it, but some did
23     not.
24     A.   Brincku did not, and one other --
25  three did and five -- or two did not.

9

Myatt

1
2      **Q.   I think that's correct, okay.**
3        **And have you seen, either in the**
4   **Skyetec reports or in the reports from**
5   **National Gypsum experts, actual photographs**
6   **of the corrosion in plaintiffs' homes?**
7        MR. AYALA:  Objection, assumes
8     facts not in evidence.
9      A.   I don't believe so, no.
10     **Q.   So you didn't see any pictures of**
11  **corrosion in the Skyetec reports?**
12     A.   There may have been.  I'm not sure.
13     **Q.   Have you personally visited any of**
14  **the plaintiffs' homes in this case?**
15     A.   No, I haven't.
16     **Q.   Have you personally visited any**
17  **homes other than the plaintiffs that have**
18  **complained of symptomatic or problem drywall?**
19     A.   No, I haven't.
20     **Q.   At the end of your report, the last**
21  **paragraph states, "In addition to the**
22  **opinions set forth in this document, I may**
23  **also rely upon publications, data and**
24  **materials that are produced in this action,**
25  **as well as those commonly used in the**

3  (Pages 6 to 9)

10

Myatt

1
2 practice of environmental microbiology.  I
3 reserve the right to amend or supplement my
4 opinion as new information becomes
5 available."
6      Did I read that correctly?
7   A.  Yes.
8   Q.  Okay.  And before your deposition
9 today, did you have an opportunity to review
10 any of the depositions that have been taken
11 so far in this case?
12   A.  Briefly, yes.
13   Q.  Okay.  Did you review the
14 deposition of Sam Sutton?
15   A.  Is that, is it John?
16   Q.  John S. Sutton?
17   A.  Yes, I did, briefly.
18   Q.  Do you remember about the amount of
19 time you had access to that deposition?
20   A.  It's been, what, a week and a half
21 or two weeks, something like that.
22   Q.  What about the deposition of Dr.
23 Straus?
24   A.  Same, looked at it briefly and had
25 it for a week or so.

11

Myatt

1
2   Q.  What about the deposition of
3 Mr. McChesney from National Gypsum?
4   A.  Yes, I've had that, I think I had
5 that prior to writing my report.
6   Q.  And what about the deposition of
7 Mr. Macary from National Gypsum, have you
8 seen his deposition?
9   A.  I don't recall.  I don't think so.
10   Q.  And what about the deposition of
11 National Gypsum's expert, is it, I just don't
12 know, is it Mr. Tuday or Dr. Tuday?
13      MR. AYALA:  Michael Tuday.
14   Q.  Michael Tuday?
15   A.  Yes, I saw that very briefly, just
16 in the last day or two.
17   Q.  Did you have access to the entire
18 depositions, or did counsel just provide you
19 with portions of them?
20   A.  The whole deposition or the draft
21 of them.
22   Q.  Right, the rough draft, okay.
23      Based on that information that you
24 had, the additional information since you
25 issued your report, in addition to these

12

Myatt

1
2 deposition testimony, is there any other
3 information you looked at or reviewed or
4 relied on since you gave your report?
5      MR. AYALA:  Objection to form.
6      Go ahead.
7   A.  Not that I've, that -- wait, can
8 you repeat the question?
9   Q.  Sure.  Since you issued your
10 report, have you reviewed any materials,
11 information other than these depositions that
12 would have affected in any way your opinions
13 in this case?
14   A.  I did look briefly at I think some
15 of the papers that Dr. Straus may have
16 brought along, but only briefly.
17   Q.  Do you remember any of them
18 specifically?
19   A.  Not specifically, no.
20   Q.  Do you remember, were you given the
21 entire papers or just the list or?
22   A.  I was given the papers themselves.
23   Q.  It was several, 15 or 20 of them?
24   A.  Yeah, something like that, yeah.
25   Q.  Well, based on the information you

13

Myatt

1
2 received, would you like to change or revise
3 any of the opinions that are in your report?
4   A.  Not at this time, no.
5      MR. AYALA:  And I'll just note an
6 objection to the extent that question
7 insinuates anything with respect to a
8 new and untimely conjecture by Dr.
9 Straus disclosed for the first time in
10 his deposition.
11   Q.  The -- okay.
12      As we talk today, we're going to be
13 repeatedly discussing several topics, and so
14 I would like to talk about them up front so
15 that we kind of know if we're talking apples
16 and apples.
17      MR. WARWICK:  I thought I put that
18 on -- excuse me.  Okay.  I apologize.
19   Q.  So we're talking about bacteria.
20      Would you agree that bacteria can
21 be alive but not metabolized?
22   A.  They can be -- yeah, similar to a
23 seed, if you are talking about a spore, a
24 bacterial spore, if it's a spore-forming
25 bacteria, they could be viable -- is the term

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

14

Myatt

1  I like to use -- but not, but not
2  metabolically active.
3      Q.  And if it is viable, it can also
4  be -- and maybe that's a better term to use,
5  viable rather than living, because it makes
6  sense; but viable would not include dead
7  cells that cannot regenerate, correct?
8      A.  Correct.
9      Q.  So if we use the term "viable," and
10 then "metabolizing," what would that term
11 mean to you?
12     A.  Metabolizing means to me that it's
13 in appropriate conditions for that specific
14 species to germinate and grow and proliferate
15 and be metabolically active, so it's
16 releasing byproducts and multiplying.
17     Q.  That was my next question.  If it's
18 metabolizing, does it also necessarily mean
19 that it is multiplying?
20     A.  Yes.
21     Q.  So if I understand you correctly,
22 it's your position that bacteria that are
23 metabolizing are also necessarily growing;
24 would that be fair to say?

15

Myatt

1      A.  Correct.
2      Q.  So you can't have a bacteria that's
3  growing but not metabolizing, just to be
4  clear?
5      A.  That's my understanding, yeah.
6      Q.  Are you familiar with the term
7  sulfate-reducing bacteria?
8      A.  Yes.
9      Q.  And are sulfate-reducing bacteria
10 generally spore-forming bacteria?
11         MR. AYALA:  Objection.
12         Go ahead.
13     A.  I think it's a very broad class.
14 Some are and some aren't.
15     Q.  Can sulfate-reducing bacteria
16 produce hydrogen sulfide?
17     A.  Yes.
18     Q.  Okay.  How?
19     A.  They are using sulfate as a
20 terminal electron acceptor, so they're
21 basically removing the oxygen from sulfate
22 and transferring it; and as part of that
23 process, they generate hydrogen sulfide.
24     Q.  When you say "removing," is that

16

Myatt

1  the metabolism process?
2      A.  Yes, I mean that's the process that
3  they create energy.
4      Q.  Okay.  Right, okay.
5          And that's the same process, so if
6  I were to use the term today, they metabolize
7  sulfate to produce hydrogen sulfide, would
8  that be accurate?
9      A.  Yeah, that's reasonably accurate.
10     Q.  Are you familiar with the term
11 sulfur-reducing -- sulfur-oxidizing bacteria?
12     A.  Yes.
13     Q.  And what are the general
14 characteristics of sulfur-oxidizing bacteria?
15     A.  Sulfur-oxidizing bacteria are
16 bacteria that are typically oxidizing, either
17 sulfur, reduce sulfur compounds or iron, as
18 part of their metabolism and as part of their
19 respiration.
20     Q.  And if it's able to oxidize iron,
21 what does it oxidize it to?
22         MR. AYALA:  Just objection to the
23 form, to the term "it."
24         MR. WARWICK:  Just to be clear.

17

Myatt

1      Q.  Sulfur-oxidizing bacteria
2  generally.
3      A.  I mean it just reduce -- or it's
4  oxidizing sulfur to a different state, so $Fe3$
5  to $Fe2$.
6      Q.  So ferrous iron to ferric?
7      A.  Yes, correct.
8      Q.  And if it was to reduce, it being,
9  if sulfur-oxidizing bacteria were to reduce
10 the sulfur compound, hydrogen sulfide --
11     A.  Oxidize.
12     Q.  I'm sorry.  You're right.
13     -- oxidize hydrogen sulfide, what
14 would it oxidize it to?
15     A.  It's likely to be oxidizing it to
16 sulfuric acid.
17     Q.  That's also known as $H2SO4$?
18     A.  Yes.
19     Q.  Are you also familiar with the term
20 sulfur-reducing bacteria?
21     A.  Yes.
22     Q.  What do you understand the
23 distinction to be between sulfur-reducing
24 bacteria and sulfate-reducing bacteria?

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

18

**Myatt**

1
2    A.  Sulfur-reducing bacteria use, or
3  can use, elemental sulfur as -- sort of
4  reducing elemental sulfur as opposed to
5  reducing sulfate.  Some of those organisms
6  can also reduce sulfate; it just depends.
7    Q.  And when you say "elemental
8  sulfur," that's also known as S8?
9    A.  I believe so, yeah.
10   Q.  In the Realtime Labs initial study,
11 and then again in their report, they talk
12 about five different strains of bacteria.
13      Do you recall that?
14   A.  Yes.
15   Q.  And do you recall that one of the
16 strains is Thiobacillus ferrooxidans?
17   A.  Yes.
18   Q.  Do you classify Thiobacillus
19 ferrooxidans as a sulfate-reducing bacteria
20 or sulfur-oxidizing bacteria, or something
21 else?
22   A.  It's typically an iron and
23 sulfur-oxidizing bacteria.
24   Q.  And when you say it's typically
25 that, is there some circumstances when it's

19

**Myatt**

1
2  something else?
3    A.  Yes, I've seen -- I've seen studies
4  that have shown, under very specific
5  conditions, that it can also reduce sulfate,
6  or reduce -- sorry, correct that -- reduce,
7  can reduce reduced sulfur compounds like, I
8  believe tetrathionate, I believe, is one of
9  those from those papers.
10     I don't know if it's been shown to
11 be able to reduce, and I think it's correct,
12 it hasn't been shown to reduce sulfate but
13 these other reduced forms of sulfur.
14     But in those conditions, it's --
15 it's believed those conditions it was grown
16 anaerobically, and it was at a very low pH.
17   Q.  As far as, is it possible for
18 Thiobacillus ferrooxidans, through the
19 oxidation process, to produce H2S?
20     MR. AYALA:  Objection, form.
21     Objection to form.
22   A.  Not through the oxidation process.
23   Q.  Is there any other way,
24 biologically, it can create H2S?
25   A.  I believe that that's what that

20

Myatt

1
2  paper showed, under those very specific
3  conditions.
4    Q.  And that's the paper you referenced
5  tetrathionate?
6    A.  I believe so, yeah.
7    Q.  Is that the same paper that
8  referenced something about gold?
9    A.  I recall a paper with gold in the
10 title.
11   Q.  That's not the same one.  That's
12 what I was wondering.
13   A.  I mean I could look at the report
14 here and see what the title of that one
15 particular one was.
16   Q.  That's okay.  I was just...
17      And is the Thiobacillus
18 ferrooxidans able to oxidize, actually able
19 to oxidize hydrogen sulfide?
20     MR. AYALA:  Objection to form.
21   A.  No, I don't believe so.
22   Q.  So when you say it's a -- it can
23 oxidize sulfur compounds, it can't oxidize
24 hydrogen sulfide?
25   A.  I believe that's the case.  I don't

21

Myatt

1
2  recall exactly.  It can oxidize, reduce
3  sulfur compounds, but I'm not sure if it
4  specifically can oxidize hydrogen sulfide.
5    Q.  Okay.  So typically isn't hydrogen
6  sulfide a reduced sulfur compound?
7    A.  Yes, yeah, but that doesn't mean
8  that every organism can utilize those
9  substrates.
10   Q.  Do you recall a paper or, in your
11 report, is there a situation that says, here
12 is a paper that says specifically, they
13 tested it and Thiobacillus ferrooxidans
14 cannot oxidize hydrogen sulfide?
15   A.  I would have to go back and look.
16 I'm not positive.
17   Q.  You can't recall.
18      Would reviewing the report assist
19 you in that or?
20   A.  Yeah, I think that I saw it can
21 reduce tetrathionate, but cannot reduce -- I
22 haven't seen any reference to reducing
23 hydrogen sulfide.
24   Q.  But there's a distinction -- and
25 that's what I am trying to get to -- between

6 (Pages 18 to 21)

22

Myatt

1  
2  not seeing a paper that said it could and
3  seeing paper that says specifically it
4  cannot.
5      A.  Yeah, I haven't seen a paper that
6  says it cannot, as far as I know.
7      Q.  Thiobacillus ferrooxidans, what
8  type of environment does that bacteria
9  typically grow in?
10     A.  It's aerobic -- aerobic and
11  acidophile, so it likes very low pHs.
12     Q.  And what about temperature?
13     A.  I would have to look and see, I
14  think it's a thermophile as well, so it likes
15  elevated temperatures, if I recall correctly.
16     Q.  Okay.  Now, in the -- Okay.
17         Let's go to the next bacteria that
18  was listed.
19         Do you recall the bacteria
20  Leptospirillum ferroxidans?
21     A.  Yes.
22     Q.  And do you classify that bacteria
23  as a sulfate-reducing bacteria or
24  sulfur-oxidizing bacteria?
25     A.  Oxidizing.

23

Myatt

1  
2      Q.  And how do you know that?
3      A.  From papers I've read or references
4  I've looked at.
5      Q.  Okay.  Sometimes you can tell by
6  the name?
7      A.  That one was --
8      Q.  I didn't know if that was one of
9  them that you could tell.
10     A.  That one is not as easy to
11  identify.
12     Q.  Right, okay.
13         Like, for example, Thiobacillus
14  ferrooxidans, the name kind of tells you --
15     A.  Yeah, tells its story.
16     Q.  The Leptospirillum ferroxidans, it
17  can -- you said it's a sulfur-oxidizing
18  bacteria.
19         Is it also known as an
20  iron-oxidizing bacteria?
21     A.  Yeah, sulfur and iron oxidizing.
22     Q.  And, again, this particular
23  bacteria, does it -- is it capable of
24  oxidizing hydrogen sulfide?
25     A.  I don't know that for sure.

24

Myatt

1  
2      Q.  One way or another or just...
3      A.  I don't particularly know one way
4  or the other.
5      Q.  Could it potentially oxidize,
6  because -- let me ask it this way:  Is
7  Leptospirillum ferrooxidans, because it's
8  classified as a sulfur-oxidizing bacteria,
9  would you expect it to be able to oxidize
10  sulfur compounds?
11         MR. AYALA:  Objection to form.
12     A.  I mean it can oxidize reduced
13  sulfur compounds, but each organism has
14  unique sets of materials that it can grow on.
15  So I'm not -- I don't know if I've seen
16  anything specifically that says it can grow
17  on hydrogen sulfide, or it can oxidize
18  hydrogen sulfide.
19     Q.  And in the same regard, you haven't
20  seen a paper that says it cannot oxidize
21  hydrogen sulfide, specifically?
22     A.  Not that I recall.
23     Q.  And the environment for
24  Leptospirillum ferrooxidans, what would that
25  be like?

25

Myatt

1  
2      A.  Also acidophile, so enjoys the low
3  pHs.
4      Q.  Okay.  Is it aerobic or anaerobic?
5      A.  Aerobic, I believe.
6      Q.  And what about the temperature?
7      A.  I don't recall specifically.
8      Q.  The next category of bacteria that
9  was identified, or, I'm sorry, the next
10  bacteria that was identified is called
11  Thiobacillus caldus.
12         Do you recall that one?
13     A.  Yeah.
14     Q.  And is that bacteria a
15  sulfate-reducing bacteria or sulfur-oxidizing
16  bacteria?
17     A.  Oxidizing.
18     Q.  And does it also oxidize iron?
19     A.  I believe so, yeah.
20     Q.  And as a sulfur-oxidizing bacteria,
21  do you know whether it can, this material,
22  Thiobacillus caldus, can oxidize hydrogen
23  sulfide?
24     A.  I don't know that for sure.
25     Q.  And just again, for clarification,

7 (Pages 22 to 25)



26

Myatt

1
2  you don't know whether it can or cannot or
3  either way?
4      A.  I haven't seen anything that says
5  it can or it cannot.
6      Q.  Or it cannot, okay.
7          Have you seen things that said that
8  it can oxidize iron?
9      A.  I believe so, yes.
10     Q.  And have you seen anything that
11 would -- again, what would it oxidize the
12 iron to?
13     A.  Ferrous to ferric.
14     Q.  And once the iron is in the ferric
15 state, could it be further reduced to
16 hydrogen sulfide --
17         MR. AYALA:  Objection.
18     Q.  -- to create hydrogen sulfide?
19     A.  I don't know for sure.
20     Q.  Do you use the iron as the electron
21 acceptor?
22         MR. AYALA:  Objection.
23     A.  I couldn't tell you.  I'm not sure.
24     Q.  And what type of environment does
25 Thiobacillus caldus prefer?

27

Myatt

1
2      A.  Also an acidophile.
3      Q.  Is it aerobic?
4      A.  Yes.
5      Q.  And what about the temperature?
6      A.  I don't know for sure.
7      Q.  Okay.  The next bacteria that was
8  identified is called Thiobacillus
9  thiooxidans.
10         Do you recall that?
11     A.  Yes.
12     Q.  And do you recall if that specific
13 bacteria is a sulfate-reducing bacteria or
14 iron- and sulfur-oxidizing bacteria?
15     A.  Iron- and sulfur-oxidizing.
16     Q.  And as a sulfur- and iron-oxidizing
17 bacteria, do you know whether it, being
18 Thiobacillus thiooxidans, has the ability to
19 oxidize hydrogen sulfide?
20     A.  I don't know that.
21     Q.  Just for clarification, you don't
22 know one way or another?
23     A.  Yes.
24     Q.  And what type of environment is
25 Thiobacillus thiooxidans?

28

Myatt

1
2      A.  Also acidophile, also aerobic.  I'm
3  not sure about the temperature.
4      Q.  The final category of bacteria that
5  was identified by Dr. Hooper and Dr. Straus
6  was Sulfobacillus thermosulfidooxidans.
7          Do you recall that?
8      A.  Yes.
9      Q.  And do you categorize that bacteria
10 as a sulfate-reducing bacteria or iron- and
11 sulfur-oxidizing bacteria?
12     A.  Iron- and sulfur-oxidizing.
13     Q.  And as an iron- and
14 sulfur-oxidizing bacteria, can you tell me
15 whether or not Sulfobacillus
16 thermosulfidooxidans has the ability to
17 oxidize hydrogen sulfide?
18     A.  I don't know that.  I haven't seen
19 anything that says it can.
20     Q.  Can?
21     A.  Yeah.
22     Q.  Have you seen anything that says it
23 cannot?
24     A.  No.
25     Q.  And what type of environment does

29

Myatt

1
2  Sulfobacillus thermosulfidooxidans prefer?
3      A.  Acidophile, so very low pH;
4  elevated temperature, as the name suggests;
5  and aerobic environment.
6      Q.  Do you know whether Sulfobacillus
7  thermosulfidooxidans is considered to be a
8  facultative anaerobic?
9      A.  Facultative anaerobic?  I don't
10 believe so.
11     Q.  How about a facultative aerobic?
12     A.  I mean they're sort of synonymous.
13 They both imply that they could go either
14 direction.
15     Q.  Right.
16     A.  It's my understanding that it's
17 aerobic.
18     Q.  I think that went back to the
19 earlier question about, do you know whether
20 Sulfobacillus thermosulfidooxidans has the
21 ability to use iron as an electron acceptor?
22         MR. AYALA:  Objection.
23     A.  As an electron acceptor.  I think
24 so.
25     Q.  And in that situation, if it gets

8 (Pages 26 to 29)

30

Myatt

1
2  its electron from iron, it would be oxidizing
3  that iron from ferrous to ferric?
4      A.  Correct.
5      THE WITNESS:  Sorry.
6      Q.  See, all this microbiology is
7  paying off.
8      If -- so all these five bacteria
9  we've talked about, which is the five
10  bacteria that are identified specifically by
11  Hooper and Straus in their reports --
12      MR. AYALA:  Objection.
13      A.  They weren't identified.  They were
14  mentioned.
15      Q.  Yeah, discussed, sure.
16      That we've just been talking about.
17  So I'll repeat them again, just to be clear.
18      Thiobacillus ferrooxidans,
19  Leptospirillum ferrooxidans, Thiobacillus
20  caldus, Thiobacillus thiooxidans and the
21  Sulfobacillus thermosulfidooxidans, those are
22  the five.
23      And of those five, they all, as far
24  as what you just explained to me, they're all
25  aerobic, they all prefer an acidic

31

Myatt

1
2  environment, and they all prefer elevated
3  temperatures, correct?
4      MR. AYALA:  Objection.
5      A.  I didn't say temperatures on all of
6  them.
7      Q.  You're correct, okay.
8      But they are all --
9      A.  They're all --
10      Q.  And they are all acidophilic?
11      A.  Correct.
12      Q.  Because these bacterium are -- let
13  me just say it this way:
14      The -- if these bacteria prefer an
15  acidic environment, is the general
16  atmosphere, like as we sit in this room, is
17  this atmosphere considered to be acidic?
18      A.  No.
19      Q.  And what would the pH be of this
20  table, for example?
21      MR. AYALA:  Objection.
22      A.  I don't know, actually.
23      Q.  But it wouldn't be considered to be
24  acidic?
25      A.  No.

32

Myatt

1
2      Q.  And you wouldn't consider it, it
3  would be -- my question is:  How common are
4  these five bacteria in the general
5  atmosphere?
6      A.  I don't think anybody has
7  identified them in the atmosphere, but on
8  surfaces or, you know, sort of the general
9  environment, I believe they're ubiquitous.
10      Q.  Well, that's part of my question.
11  If they're ubiquitous, but they only like
12  these very acidic environments, then those
13  things seem inconsistent, because you think
14  it wouldn't be present in an environment like
15  this room that is not acidic.  So when you
16  say they're ubiquitous and everywhere, it
17  seems inconsistent to me to state, yes,
18  they're ubiquitous and everywhere, and at the
19  same time, they only like these very acidic
20  environments that have a low pH and, you
21  know, at maybe elevated temperatures.
22      Do you see what I'm saying?
23      A.  Yeah.
24      Q.  Have you studied that at all?
25      MR. AYALA:  Objection.

33

Myatt

1
2      A.  I mean what it really boils down to
3  is, they like acidic or thermophilic
4  environments, and that's where they can
5  proliferate.  That doesn't mean that they
6  aren't everywhere in a viable state that are
7  not metabolically active.
8      Q.  But in order to -- in order to
9  produce more of itself and therefore it --
10  become ubiquitous, it would have to be in a
11  state that it could multiply and metabolize,
12  in order to become ubiquitous, correct?
13      MR. AYALA:  Objection.
14      A.  I mean there are acidic
15  environments around, and that's where they
16  proliferate, and then they disperse.
17      Q.  Disperse, okay.
18      Are you aware of any studies that
19  specifically identify or determine how common
20  any of these five specific bacteria are, in
21  the general environment?
22      MR. AYALA:  Objection to form.
23      A.  I don't know if anybody has really
24  looked at that in detail.
25      I mean they look at it in areas

9  (Pages 30 to 33)

34

Myatt

1
2  where there's concern or there's likelihood
3  that they'll be proliferating and causing an
4  issue in an acid drainage mine or something,
5  but they won't -- they're not going to be
6  looking at it, typically, in a normal
7  environment.
8      Q.  And that's why I asked.  I mean
9  I've seen some papers that they talk about
10 finding Sulfobacillus thermosulfidooxidans
11 inside a mine, or they talk about it inside a
12 cave where they have these specific
13 conditions.  And then you also read that they
14 said they're ubiquitous.
15     So I'm kind of confused by that
16 juxtaposition of those two statements, and
17 so -- but you specifically haven't seen or
18 read any papers that discuss the ubiquitous
19 nature of any of these five specific
20 bacteria, correct?
21     MR. AYALA:  Objection.
22 A.  In the general environment?
23 Q.  Yes.
24 A.  I haven't seen them, but it doesn't
25 mean they don't exist.

35

Myatt

1
2  Q.  Right, but you can't point me to
3  any.  Okay.
4      So when you make the statement that
5  these bacteria are ubiquitous, what are you
6  basing that on?
7  A.  I think you see that in, maybe not
8  specific articles but in general discussions
9  of acidophiles in, I believe I referenced it
10 in one of the book chapters that I included
11 in my, in my report, that it talks about the
12 ubiquity of these organisms.
13 Q.  So you would expect to find it in,
14 find acidophiles or the presence of
15 acidophiles, maybe not in a growing or a
16 metabolically active state but the presence
17 of acidophiles in, in the ground?
18 A.  In the ground, yeah.  I don't -- it
19 wouldn't shock me, that's for sure.
20 Q.  How about in like a holding pond?
21 A.  Potential, yeah.  I think, you
22 know.
23 Q.  Sea water?
24 A.  Yeah, potentially.
25 Q.  And that's commonly understood in

36

Myatt

1
2  the scientific community?
3      MR. AYALA:  Objection.
4  A.  Yes.
5  Q.  What about sulfur-oxidizing
6  bacteria present in wastewater?
7  A.  Sulfur-oxidizing --
8      MR. AYALA:  Objection, form.
9      MR. WARWICK:  Let me rephrase it,
10 as far as sulfur-oxidizing bacteria.
11 Q.  Generally, first, in the presence
12 of wastewater treatment environments --
13 A.  Yeah.
14 Q.  -- generally, maybe not in the
15 water itself, because it's aerobic, but
16 somewhere in that environment, have you seen
17 any papers on that?
18 A.  Not specifically, no.
19 Q.  If Sulfobacillus
20 thermosulfidooxidans were to oxidize hydrogen
21 sulfide, what would it oxidize it to?
22     MR. AYALA:  Objection.
23 A.  I don't know that it does, so I
24 don't know if I can answer that.
25 Q.  So you wouldn't agree with the

37

Myatt

1
2  statement that Sulfobacillus
3  thermosulfidooxidans can oxidize hydrogen
4  sulfide and create sulfuric acid?
5      MR. AYALA:  Objection, lack of
6  foundation.
7  A.  I don't know that for sure.
8  Q.  Do you know whether Sulfobacillus
9  thermosulfidooxidans is a spore-forming
10 bacteria?
11 A.  I believe so.
12 Q.  And I think I forgot to ask about
13 the Thiobacillus thiooxidans.
14     Do you know whether that is a
15 spore-forming bacteria?
16 A.  I don't believe so.
17 Q.  How about the Thiobacillus caldus?
18 A.  I don't believe so.  I don't think
19 any of the Thiobacilluses are.
20 Q.  And what about the Leptospirillum
21 ferrooxidans?
22 A.  I don't know.
23 Q.  Are there some sulfur-oxidizing
24 bacteria that do produce H2SO4 through the
25 oxidation process?

38

**Myatt**

1
2  A. I believe so, yeah.
3  **Q. Can you name any of those?**
4  A. I mean I believe most do produce
5  hydrogen -- or sulfuric acid.
6  **Q. So when I asked you whether**
7  **Sulfobacillus thermosulfidooxidans can, the**
8  **answer that you don't know?**
9  A. Well, I thought you said through
10  the hydrogen -- using hydrogen sulfide.
11  **Q. Okay. Let me ask it this way: How**
12  **does -- is it possible for Sulfobacillus**
13  **thermosulfidooxidans to produce H2SO4?**
14  MR. AYALA: Objection.
15  A. I believe so.
16  **Q. Through what process?**
17  A. Through the oxidation of reduced, a
18  reduced sulfur compound.
19  **Q. Okay.**
20  A. I don't know if it can use hydrogen
21  sulfide or not in that process.
22  **Q. Okay. Do you know of other**
23  **specific sulfur compounds that have been**
24  **found to be successfully reduced -- I'm**
25  **sorry, oxidized by Sulfobacillus**

39

**Myatt**

1
2  thermosulfidooxidans?
3  A. I mean I think generally
4  sulfur-oxidizing bacteria, they can use
5  elemental sulfur or other reduced sulfur
6  compounds, but I don't know specifically
7  about that, about Sulfobacillus.
8  **Q. Okay. In your experience, is H2S04**
9  **considered to be corrosive?**
10  MR. AYALA: Objection.
11  A. It's acidic.
12  **Q. So yes?**
13  A. I guess so, yeah.
14  **Q. Are you familiar with the term**
15  **"microbial-influenced corrosion"?**
16  A. Just -- I don't know the right
17  word -- briefly, but I -- just sort of in
18  passing, yes.
19  **Q. When you say "in passing," have you**
20  **specifically studied in your, either your**
21  **education or your work history any**
22  **circumstances of microbial-influenced**
23  **corrosion?**
24  A. No.
25  **Q. And in your -- prior to working in**

40

**Myatt**

1
2  **this case, had you done any work on any, any**
3  **specific work on studying, identifying or**
4  **testing any of the five bacteria that we've**
5  **been talking about this morning?**
6  A. None of those five. I mean I was
7  involved in, in the drywall issue, but not
8  those specific five organisms.
9  **Q. And let's put the drywall issue**
10  **aside.**
11  **Just for clarification, you're**
12  **talking about some of the problems they've**
13  **been having with problem drywall as being**
14  **investigated by the CPSC?**
15  A. Correct.
16  **Q. So putting that aside, so prior to**
17  **getting involved in any issues with drywall,**
18  **had you worked with any of these five**
19  **bacteria before?**
20  A. No, I have not.
21  **Q. Have you done work, prior to being**
22  **involved with problem drywall. On**
23  **sulfur-oxidizing bacteria?**
24  MR. AYALA: Objection to the form.
25  A. I mean not specifically a -- you

41

**Myatt**

1
2  know, in general microbiology course work I
3  was exposed to that, but not specifically
4  after that.
5  **Q. Right, you didn't write a paper**
6  **about sulfur-oxidizing bacteria or doing**
7  **testing?**
8  A. Correct.
9  **Q. And the same thing with sulfur --**
10  **sulfate-reducing bacteria, would that be**
11  **fair?**
12  MR. AYALA: Objection.
13  A. Well, not -- I mean it's been
14  several years I've been involved in the
15  drywall issue with CPSC, so not prior to
16  that, no.
17  **Q. And we talked briefly earlier that**
18  **you were employed by Brigham and Women's**
19  **Hospital.**
20  **And what is your position there?**
21  A. I'm the director of their
22  institutional biosafety committee.
23  **Q. And what are your job duties in**
24  **that position?**
25  A. That committee reviews the research

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 (212)705-8585

42

Myatt

2  that involves biological agents that are
3  going on at Partners Healthcare, which
4  includes Brigham and Women's Hospital and
5  Mass General Hospital, so those have very
6  large research complexes where a wide variety
7  of research is going on that involves
8  biological agents.  So our committee has an
9  NIH mandate, reviews that research and looks
10  at the risks associated with that research,
11  in terms of the handling of those biological
12  agents and stipulates specific precautions to
13  put in place so that they can do that work
14  safely.
15      Q.  Okay.  And when you said "NIH,"
16  what does that stand for?
17      A.  National Institutes of Health.
18      Q.  Okay.  And so the work you do in
19  your position with Brigham and Women's
20  Hospital, would you say that's more directed
21  to human interaction with biological agents
22  and health effects that may be caused
23  thereby?
24      A.  With both, with both the agents and
25  any, any metabolites that are produced.  You

43

Myatt

2  know, we look at that as sort of a whole
3  package of, you know, working with a
4  particular organism.
5      Q.  But does your work view it from the
6  standpoint of exposure to people all the
7  time, or can it just be in the environment?
8      MR. AYALA:  Objection.
9      A.  Both.
10      Q.  Both.  Okay.
11      A.  That part of the mandate is to
12  not only look at the risks associated with
13  the specific person working with that
14  material on the bench, but the environment in
15  general as well, and the community
16  surrounding the institutions.
17      Q.  Okay.  In your position at -- is it
18  Brigham and Women's?
19      A.  Yes.
20      Q.  Okay, Brigham and Women's.
21      A.  Two hospitals squished together.
22      Q.  Put together?
23      I didn't know if it was Brigham
24  Women's Hospital.  Okay, that makes more
25  sense.

44

Myatt

2      In your position at Brigham and
3  Women's Hospital, then, have you had an
4  opportunity to do any testing or research,
5  reviewing of studies done on sulfate-reducing
6  bacteria or sulfur-oxidizing bacteria?
7      A.  I would have to go back and look to
8  see if we have any researchers working with
9  those specific bacteria, but it doesn't --
10  not that I recall, but it doesn't mean, I
11  mean it's --
12      Q.  Right.  But you can't recall of any
13  specific analysis you did?
14      A.  Not specifically, no.
15      Q.  And is that a full-time position
16  you're in with Brigham and Women's?
17      A.  Correct.
18      Q.  And you also stated that you, you
19  do work sometimes for Environmental Health?
20      A.  EH&E.
21      Q.  EH&E.  And when did you start in
22  that position?
23      A.  I started with EH&E, I believe in
24  2002 or 2003.  It might have been the very
25  beginning of 2003.

45

Myatt

2      Q.  And what do you do for EH&E?
3      A.  Currently or in the past?
4      Q.  Let's start off like in the
5  beginning, when you came there in 2002, 2003
6  time period, what was your first?
7      A.  Essentially what I've been working
8  on there for a number of years is looking at
9  the interaction between biological agents and
10  the indoor environment.  That's been sort of
11  the primary focus.  That doesn't mean I
12  hadn't worked on projects that were kind of
13  outside of that scope, but that's the been
14  the focus of looking at, due to my background
15  in microbiology, it's been specific to issues
16  related to, like I said, biological exposures
17  or their metabolites in indoor environments
18  and how those, how that, how that environment
19  modifies or changes someone's exposure.
20      Q.  Okay.  And so you were doing some
21  work for them prior to any reported problems
22  with drywall, correct?
23      MR. AYALA:  Objection to form.
24      A.  Yeah, back 2002 and 3.
25      Q.  We refer to that as the good ole

46

Myatt

1
2  days.
3        So what other types of work did you
4  do for EH&E specifically, like what type of
5  projects?
6        A.   Specific to biological agents,
7  we've worked on exposures to mold in homes
8  and in the workplaces to other, to other
9  biologicals.  We've done work with one's risk
10 of exposure to infectious agents like
11 influenza or rhinovirus, like the common
12 cold.  So we've looked at a variety of, had a
13 variety of projects that have looked at, you
14 know, how likely is it -- is someone infected
15 with influenza to give you influenza, that
16 sort of thing is some of the projects we've
17 looked at, and what can be done to minimize
18 exposures.
19       Q.   Okay.  And on those projects, who
20 is the client in those situations?
21       A.   It varies.  There's, you know,
22 private companies, government projects,
23 municipalities, it's pretty across the board;
24 non-profits.  It's just a variety of
25 hospitals.

47

Myatt

1
2        Q.   Have you ever done work for an
3  individual consumer, regarding their problem
4  with mold or fungus or any other exposure --
5        MR. AYALA:  Objection to form.
6        Q.   -- within their home environment?
7        A.   Individual, I mean only in the --
8  we typically didn't work with individual
9  homeowners on specific projects.  They were
10 generally larger projects than those.
11       Q.   And you said you were -- you gave a
12 deposition one time before.
13       What was that deposition about?
14       A.   An exposure, potential exposure to
15 Legionella bacteria.
16       Q.   Do you remember who first contacted
17 you with regard to this case?
18       A.   I believe Jack McCarthy had some
19 discussions with Tom, perhaps, about this
20 case prior to my involvement.  I believe Jack
21 may have contacted me about it.
22       Q.   Okay.  And who is Jack McCarthy?
23       A.   He's the principal and co-owner of
24 EH&E.
25       Q.   Do you remember approximately what

48

Myatt

1
2  time that was?
3        A.   It's in, I believe --
4        MR. AYALA:  Just objection to form.
5        A.   -- late November or early December
6  of last year.
7        Q.   And in the later part of last year,
8  had EH&E already been involved in the
9  problems with imported drywall?
10       A.   Yes.
11       Q.   So when Mr. McCarthy came to you
12 and first discussed this case with you, what
13 did he tell you?
14       A.   I don't recall the conversation.
15 It was probably very brief.
16       I do remember having a conference
17 call with Tom and maybe others from the law
18 firm about, about the case --
19       Q.   Hold on just a second.  I don't
20 want you to disclose anything, any
21 conversations you had with the lawyers.  But
22 as far as conversations you've had between
23 yourself and Mr. McCarthy --
24       A.   McCarthy.
25       Q.   -- that's what I was asking about.

49

Myatt

1
2        A.   Oh.  Nothing in particular.  I mean
3  just sort of the, you know, prior to, prior
4  to participating in agreeing to write a
5  report, I think we talked briefly about sort
6  of just the basis of the case, something like
7  that.  But nothing --
8        Q.   Do you remember his explaining the
9  case to you?
10       A.   Not really, no.
11       Q.   Did you have any discussions about
12 what test procedures could be run on the
13 plaintiffs' drywall by EH&E to determine
14 whether, in fact, it did have bacteria?
15       MR. AYALA:  Objection.
16       A.   No.
17       Q.   And what were you specifically
18 asked to do in this case?
19       A.   To review the reports we discussed
20 from RTL and Straus and to offer an opinion
21 about those reports.
22       Q.   Offer an opinion on what,
23 specifically?
24       A.   On the likelihood that the
25 organisms that they identified were related

13  (Pages 46 to 49)

50

Myatt

1  Myatt
2  to issues of corrosion.
3      **Q.  And what was your conclusion?**
4      A.  That the, that there is no -- none
5  of the testing that was done, in my mind,
6  indicates that these organisms are involved
7  in this at all.
8      **Q.  So it would be fair to say you**
9  **disagree with Dr. Hooper and Dr. Straus?**
10         MR. AYALA:  Just an objection to
11     the characterize of Dr. Hooper, who has
12     not been designated as an expert in this
13     case.
14         MR. WARWICK:  Okay.
15     A.  I don't really know what Dr.
16  Straus' opinion is at this point, but I would
17  say, yeah, I mean my opinion is that these
18  organisms or the organism that was identified
19  is not involved in, in any corrosion issues.
20     **Q.  In making your decision, did you**
21  **review or rely on any of your own testing of**
22  **the drywall samples from the plaintiffs'**
23  **homes?**
24     A.  My own personally?
25     **Q.  Yes.**

51

Myatt

1  Myatt
2      A.  I didn't perform any testing.
3      **Q.  What about evaluation, have you**
4  **ever physically examined the samples from the**
5  **plaintiffs' homes?**
6      A.  Not from the plaintiffs' homes.
7      **Q.  I think you testified earlier you**
8  **didn't go to the plaintiffs' homes?**
9      A.  Correct.
10     **Q.  And have you reviewed any of the**
11  **depositions of the plaintiffs in this case?**
12     A.  No.
13     **Q.  Prior to writing your report, have**
14  **you had any discussions with National Gypsum**
15  **about the, their drywall manufacturing**
16  **process, generally?**
17         MR. AYALA:  Objection, form.
18     A.  Not -- no, not at all.
19     **Q.  Before issuing your report, did you**
20  **have any discussions about problems that**
21  **National Gypsum had had with bacteria in its**
22  **drywall manufacturing process?**
23     A.  No.
24         MR. AYALA:  Hold on, give me a
25     chance to object.

52

Myatt

1  Myatt
2      Objection, it assumes facts not in
3  evidence.
4      **Q.  Do you have an understanding, a**
5  **basic understanding of the drywall**
6  **manufacturing process?**
7      A.  Yes.
8      **Q.  And how did you obtain that**
9  **understanding?**
10     A.  Through both the deposition from
11  McChesney, if that's correct, and discussed a
12  visit that Jack McCarthy and others from EH&E
13  had, where they went down and visited a plant
14  in Florida.
15     **Q.  Okay.  But you didn't go on that**
16  **visit yourself?**
17     A.  I didn't, no.
18     **Q.  Okay.  So you discussed the visit**
19  **with Jack McCarthy?  Okay.**
20         What was that discussion?
21     A.  Just generally, their, their
22  feelings after the visit, what they saw, what
23  they -- what -- basically, what they saw at
24  the plant.
25     **Q.  Okay.  And what did he tell you he**

53

Myatt

1  Myatt
2  saw?
3      A.  He just -- I mean, really,
4  basically, just how the process works.  You
5  know, the calcimization and the generation of
6  stucco and how the board is laid out and
7  dried and that sort of thing.
8      **Q.  Do you know whether Mr. McCarthy**
9  **had gone down to -- for the purpose of**
10  **testing the temperature inside the board?**
11         MR. AYALA:  Objection, lack of
12     foundation.
13     A.  I don't really know if he did or
14  not, actually.
15     **Q.  Because you didn't discuss any**
16  **testing of the temperature in the board at**
17  **that time with Mr. McCarthy?**
18     A.  Not at that time, no.
19     **Q.  Are you familiar with the problems**
20  **associated with Chinese wallboard?**
21     A.  Yes.
22     **Q.  And obviously, you would agree that**
23  **not all Chinese wallboard is problematic?**
24         MR. AYALA:  Hold on.  Just for the
25     record, maybe you could be clear about

14  (Pages 50 to 53)



54

Myatt

1  what you mean by "Chinese."
2      MR. WARWICK: That's what I'm
3  trying to get to. Not all of it is
4  problematic, so let's to talk about who
5  made it.
6      MR. AYALA: So for the record,
7  you're referring to Chinese manufactured
8  drywall that was imported into the
9  United States; is that fair?
10      MR. WARWICK: Sure. We can do
11  that.
12      Q. All right, let me do it this way:
13      Are you familiar with the term
14  that's generally used, known as Chinese
15  drywall?
16      A. Yes.
17      Q. And what does that term, as it's
18  generally used, mean to you?
19      A. I mean it, in the media it seems as
20  if it's denoting drywall that was imported
21  from China during a specific period of time,
22  sounded like from a specific manufacturer, or
23  manufacturers, I'm not really sure, and their
24  related corrosion problems after

55

Myatt

1  installation.
2      Q. Do you know who the Chinese
3  manufacturers of the defective or problematic
4  wallboard were?
5      A. I mean just what I've seen, I think
6  from the media is some -- Knauf or Knauf or
7  something like K-N-A-U-F. I believe some
8  sort of company like that, perhaps.
9      Q. How about the name Tangen, does
10  that ring any bells?
11      A. Yeah, I believe I've seen that,
12  but...
13      Q. Do you know whether Knauf was the
14  importer or the manufacturer?
15      If you know.
16      A. I don't know.
17      Q. Did you do any work related to the
18  -- I'm just going to call it the Chinese
19  drywall problem; is that fair, for the
20  purpose of the deposition today?
21      A. Sure.
22      MR. AYALA: As long as we have an
23  understanding that when he seas the
24  Chinese drywall problem, we're referring

56

Myatt

1  to the Chinese manufactured drywall that
2  was imported into the United States from
3  China.
4      MR. WARWICK: That's right, and the
5  corrosion that's related thereto.
6      A. Potentially.
7      Q. Potentially related thereto.
8      What role did you play in any of
9  the studies regarding the Chinese drywall?
10      A. I participated in the -- in an EH&E
11  report that we generated, where we looked at
12  some samples of Chinese and domestic drywall
13  for -- specifically for a microbiological
14  sort of component to this issue, that small
15  report that's referenced in my report here.
16      Q. And that report was issued by EH&E
17  prior to the later report that was done based
18  on epifluorescent microscopy and PCR testing
19  of samples; is that correct?
20      A. The CPSC work, yeah, this was prior
21  to that.
22      MR. WARWICK: I am going to have
23  this marked, please.
24      (Exhibit 1, Draft Report on

57

Myatt

1  Preliminary Microbiological Assessment
2  of Chinese Drywall, marked for
3  identification, this date.)
4      Q. Dr. Myatt, a moment ago you were
5  talking about a short report that you helped
6  to create.
7      Is this the report you were talking
8  about?
9      A. Yes, I believe so.
10      Q. Were you actually the author of
11  this report?
12      A. Yeah, in part.
13      Q. In part, okay.
14      Who did you work with in drafting
15  this document?
16      A. That's a good question. I mean I'm
17  sure there is probably a gentleman, Joe
18  Allen, that participated; and Jack McCarthy,
19  I'm sure, reviewed it.
20      Q. Would you consider yourself to be
21  the primary author of this document?
22      MR. AYALA: Objection to form.
23      A. Yeah, I think so.
24      Q. And who made the decisions

58

Myatt

1 regarding the procedure that was described in
2 this paper?
3     MR. AYALA:  Objection.
4     A.  It was collaborative with both the
5 laboratory, EML is what I call them, EMLab
6 P&K, and the folks at EH&E.
7     Q.  Okay.  And if you could walk me
8 through the procedure -- first of all, yeah,
9 what is the procedure that you decided to
10 follow, that is described in this paper?
11     A.  This is a, in this sort of limited
12 study, it was -- we were just looking at
13 culture specific for sulfate-reducing
14 bacteria.
15     Q.  Okay.  Why did you focus on
16 sulfate-reducing bacteria?
17     A.  Because of others had brought up
18 the potential for sulfur-reducing bacteria
19 degenerate hydrogen sulfide and so various
20 folks in -- were claiming that there was,
21 that SRBs were involved, in some way, in the
22 problem Chinese drywall issue.
23     Q.  Did you, prior to performing this
24 study, did you have an opinion whether SRBs

60

Myatt

1 in here that you knew that Thiobacillus
2 ferrooxidans wasn't a sulfur-reducing
3 bacteria, correct?
4     A.  Uh-huh, yes.
5     Q.  And you identify it in this paper
6 as a sulfur-oxidizing bacteria?
7     A.  Correct.
8     Q.  So my question is, why didn't you
9 perform a culture to determine whether
10 sulfur-oxidizing bacteria were present,
11 rather than -- if you knew that was the
12 bacteria that had been identified?
13     A.  I mean I think people were
14 hypothesizing that SRBs were involved.  The
15 only one that was really hypothesizing that,
16 that sulfur-oxidizing bacteria involved was
17 Hooper.  There were many others that were
18 identifying SRBs as being involved.  And so
19 we -- and since SRBs have the potential to
20 generate hydrogen sulfide, I think that's why
21 we were looking at hydrogen sulfide
22 specifically.
23     Q.  But you also knew that SRBs grow
24 anaerobically, correct?

59

Myatt

1 were involved in the problem Chinese drywall?
2     A.  No.
3     Q.  Did you not have an opinion one way
4 or another, or you didn't think it was
5 present?
6     A.  I think that we needed to do
7 research and determine if there was some
8 potential for SRBs or not.  I don't think I
9 had an opinion one way or the other, because
10 there is no data to really support an
11 opinion.
12     Q.  Do you know what the pH of drywall
13 typically is?
14     A.  It's around 7.
15     Q.  And Dr. Hooper's report is
16 referenced as one of the -- Dr. Hooper's
17 paper is referenced within this March 26,
18 2010 document that's in front of you now,
19 correct?
20     A.  Correct.
21     Q.  And in there, Dr. Hooper identifies
22 Thiobacillus ferrooxidans, correct?
23     A.  In his paper, yes.
24     Q.  Okay.  And at the time you stated

61

Myatt

1     A.  Correct.
2     Q.  So it wasn't likely that they were
3 going to be present in drywall, because
4 drywall in a home is an aerobic environment,
5 correct?
6     A.  Correct.
7     Q.  It's your understanding that
8 sulfate-reducing bacteria require liquid
9 water to produce hydrogen sulfide?
10     A.  Correct.
11     Q.  There is no liquid water typically
12 available to bacteria in drywall in a home
13 environment, correct?
14     A.  Correct.
15     Q.  So you knew the pH would be the
16 same.
17         Did you ever have a discussion
18 about whether you should also culture for
19 sulfur-oxidizing bacteria?
20     MR. AYALA:  Objection.
21     A.  At this time?
22     Q.  Yes.
23     A.  I don't believe so.
24     Q.  Because sulfur-oxidizing bacteria

16  (Pages 58 to 61)

62

Myatt

1
2  grow aerobically, right?  And a person's home
3  is an aerobic environment, correct?
4        MR. AYALA: Objection.
5     Q.  You have to answer for the court
6  reporter.
7     A.  Yeah, correct.
8        I mean it's an aerobic environment,
9  but these organisms also require very low pHs
10  and have other conditions that are not
11  appropriate for growth at a home.
12     Q.  I agree.  But so does
13  sulfur-reducing bacteria, it's anaerobic and
14  it requires a little bit of water, but you
15  tested for that?
16     A.  Yes.
17     Q.  See what I'm saying?
18        So even though the pH would have
19  been different, theoretically, for
20  sulfur-oxidizing bacteria, it does grow
21  aerobically, and it does produce sulfuric
22  acid in some conditions, correct?
23        MR. AYALA: Objection, form.
24     A.  The thermosulfidooxidans?
25     Q.  Well, sulfur-oxidizing bacteria in

63

Myatt

1
2  general.
3     A.  Yeah.
4        MR. AYALA: Objection to form.
5     A.  Wait.  Can you restate?  I guess I
6  missed it.  Sorry.
7     Q.  Sure.  I was just trying to
8  determine what caused you to go the
9  sulfur-reducing bacteria route, to the
10  exclusion of sulfur-oxidizing bacteria, when
11  sulfur-oxidizing bacteria grow aerobically,
12  and they also are known to produce sulfuric
13  acid.
14        MR. AYALA: Objection to form.
15     A.  In this one specific species, the
16  Thiobacillus ferrooxidans has a pathway to
17  generate hydrogen sulfide.  The pathway is
18  actually anaerobic, so it, you know, it would
19  have to be anaerobic just like SRBs, if
20  that's the argument.
21        I mean part of it, I think, was at
22  the direction of our client in this
23  particular case, so CPSC was requesting that
24  these tests be done as well; so that played a
25  role as to why we were looking at SRBs, as

64

Myatt

1
2  opposed to Thiobacillus.
3     Q.  Or any other SRBs, correct?
4        MR. AYALA:  Objection.
5     A.  Yes.
6     Q.  So as far as EH&E is concerned, are
7  you aware of any studies that have been done
8  by EH&E or, for that matter, anybody else on
9  behalf of the CPSC, to try to determine
10  whether there are sulfur-oxidizing bacteria
11  present and causing any biological issues
12  with regard to the Chinese drywall?
13        MR. AYALA:  Objection to form.
14     A.  Not that I'm aware of, no.  I
15  believe it's Hooper, and Hooper alone.
16     Q.  The -- and when you were doing
17  these, this sampling -- and I may have asked
18  it, I can't recall -- and doing the testing,
19  did you actually perform the testing of the
20  culture tests and stuff that are discussed in
21  this paper, personally?
22     A.  No.
23     Q.  Were they done at EH&E?
24     A.  No, EH&E does not have a laboratory
25  facility.  So what we do, typically, for this

65

Myatt

1
2  project and all the projects, is we work very
3  closely with laboratories that have those
4  facilities, so we work with them to develop
5  the method, understand the methods, et
6  cetera.
7     Q.  Okay.  And do you know who did the
8  culture tests that were done for the
9  March 26, 2010 report from EH&E?
10     A.  Specifically?
11     Q.  Yes.
12     A.  I do actually know his name, but --
13     Q.  I didn't mean the person, but I
14  just meant the lab.
15     A.  The lab, yeah EML P&K, EMLab, I
16  guess is -- I call them EML, usually.
17     Q.  And during the time that EH&E was
18  involved in the Chinese drywall analysis, did
19  you have an opportunity to go to any of those
20  homes that had complaints --
21     A.  No.
22     Q.  -- of drywall?
23        Do you know if anybody from EH&E
24  went to examine the homes of the people
25  complaining of corrosion caused by Chinese

17  (Pages 62 to 65)



66

Myatt

1  drywall?
2
3      A.  Yes, EH&E conducted a large study
4  of homes, both homes that were identified at
5  least in some way of having problem with
6  drywall and control over.
7      Q.  And that was -- is that study known
8  as the 51-home study?
9      A.  Yes.
10     Q.  Did you participate in the drafting
11 of that document?
12     A.  Yep.
13     Q.  Do you know who the primary author
14 of that document was --
15         MR. AYALA:  Objection, lack of
16     foundation.
17     Q.  -- on behalf of EH&E?
18     A.  I believe it was Jack McCarthy was
19 probably the lead on that.
20     Q.  Have you reviewed that paper, the
21 51-home study?
22     A.  I've looked at it, yeah.
23     Q.  Are any of the opinions you reached
24 in this case affected in any way by the
25 analysis that was done by EH&E in either this

68

Myatt

1  drywall, more than half the samples you had
2  were from the United States, correct?
3
4      A.  Correct.
5      Q.  Now, there, each have a CPSC sample
6  designation number.
7         Do you see that?
8      A.  Yes.
9      Q.  Some of them say, like the first
10 United States sample says,
11 "CPSC4-09-8409858."
12         Do you see that number?
13     A.  Uh-huh.
14     Q.  Do you know whether that 09 at the
15 beginning stands for something in particular?
16     A.  I have no idea.
17     Q.  You don't know whether it stands
18 for the year that it was made?
19     A.  I don't know that.
20     Q.  Can you tell me if any of this
21 drywall that was sampled in this paper came
22 from National Gypsum?
23     A.  I don't know that.
24     Q.  Do you know if any of these samples
25 that were tested came from National Gypsum's

67

Myatt

1  report that we're talking about now, dated
2  March 26, 2010, or the 51-home study paper?
3
4         MR. AYALA:  Objection, form.  It's
5     just so vague.
6      A.  I mean these samples -- not really.
7  I guess, you know -- no, I would say not
8  particularly.
9         I don't really know how to answer
10 that.
11     Q.  Okay.  Of the -- of the samples --
12 I believe there were ten samples analyzed in
13 the March 26, 2010 EH&E paper; is that
14 correct?
15     A.  Correct.
16     Q.  Okay.  Of those --
17     A.  Yeah.
18     Q.  Of those ten samples there, there
19 are one, two, three, four, five samples of
20 drywall from the United States, correct?
21     A.  Yes -- well, five -- one, two,
22 three -- six.
23     Q.  I didn't see the one at the bottom.
24 Okay, six.
25         So of the -- of the sampled

69

Myatt

1  plant in Apollo Beach, Florida?
2         MR. AYALA:  Objection, asked and
3     answered.
4      A.  No.
5      Q.  And do you know if any of these
6  samples tested that were manufactured in the
7  United States were manufactured between the
8  years 2004 and 2008?
9      A.  It's possible.  I don't know for
10 sure.  I don't know the details.
11     Q.  Okay.  And those samples were
12 provided to EH&E by CPSC?
13     A.  That's my understanding, yes.
14     Q.  Do you know the time period between
15 the time the samples were collected by CPSC
16 and somebody else and the time they were
17 received by -- well, first, let me --
18         MR. WARWICK:  Strike that.  Let me
19     start over.
20     Q.  Do you know whether EH&E received
21 the samples or if the samples were sent
22 directly to EMLab?
23     A.  I don't know.
24     Q.  Do you know the time frame between

18  (Pages 66 to 69)

70

Myatt

1
2     the time that samples were taken from the
3     consumers' homes and they were tested in the
4     culture media by EMLab?
5          A.  I don't.
6          Q.  In your description of the testing
7     that was done in this report, did you
8     describe the collection procedure of the
9     drywall samples?
10         A.  No, we were -- they were collected
11    by CPSC, is my understanding.
12         Q.  Right, it says here on page 4 of
13    the March 26th report that "On Friday,
14    October 30, 2009, a subset of ten drywall
15    samples was assembled from the CPSC supplied
16    set of drywall samples with known origins
17    identified as 'catalog samples.'"
18         But you don't give any other detail
19    in this report regarding when the samples
20    were taken, whether they were taken in a
21    sterile manner, how they were transported to
22    the lab, whether they were transported in
23    plastic bags.
24         MR. AYALA:  Hold on.  Just
25    objection to form.

71

Myatt

1
2          Q.  Where is all that data?
3          A.  I mean that's, I think that goes to
4     the intent of this report.  I mean the intent
5     of this report was not for a legal
6     proceeding, so if it had been, we probably
7     would have included all that information.
8          Q.  What was the intent of this report?
9          A.  We were doing it at the request of
10    CPSC to look at these samples, some of which,
11    it is my understanding, were shown to cause
12    corrosion or shown to generate hydrogen
13    sulfide, to look at those samples in
14    particular and see if SRB was at all
15    identifiable in these samples.
16         MR. AYALA:  Could we take a break?
17         MR. WARWICK:  Sure.  Let's go off
18    the record, please.
19         THE VIDEOGRAPHER:  Here ends video
20    recording number 1.  The time is 10:25.
21    We are off the record.
22         (A brief recess was taken.)
23         THE VIDEOGRAPHER:  Here begins
24    video recording number 2.  The time is
25    10:41.  We are on the record.

72

Myatt

1
2          Q.  Dr. Myatt, when we took a break, we
3     were just talking about some of the reports
4     that had been done by EH&E regarding the
5     Chinese drywall problem.
6          And during your course and work on
7     the Chinese drywall homes, have you seen any
8     photographs of corrosion in those homes?
9          A.  I believe so, yeah.
10         Q.  Okay.  About how many?
11         A.  I couldn't really say.
12         Q.  Was it two or three, or was it
13    several?
14         A.  You know, probably less than ten.
15         Q.  Individual photographs or like a
16    series of homes from -- or a series of
17    photographs from less than ten homes?
18         A.  I don't actually know.  I don't
19    know.
20         Q.  You don't have any recollection of
21    how many times you've seen it?
22         A.  No.
23         Q.  Have you seen the pictures of the
24    corrosion in the -- were there any pictures
25    taken, as far as you know, by EH&E, when they

73

Myatt

1
2     conducted the 51-home study?
3          A.  I would imagine, yeah.
4          Q.  But you haven't seen any of those
5     pictures?
6          A.  Not -- not specifically, no.
7          Q.  I think we already clarified.  You
8     didn't specifically work on that --
9          A.  Correct.
10         Q.  -- 51-home study report?
11         A.  Correct.
12         Q.  In the pictures you did view, were
13    you able to see a blackening on the copper
14    components of the home?
15         MR. AYALA:  Objection to form.
16         A.  You know -- I don't really -- yeah,
17    I imagine there probably was.  I'm not a
18    corrosion expert, though, so I don't --
19         Q.  Right.  I'm just asking.
20         Did you see any pictures of copper
21    components from the homes?
22         A.  Yeah, I imagine I did.
23         Q.  Okay.  And just so the record is
24    clear, you imagine you did, or did you?  I'm
25    just trying to -- if you recall.

19  (Pages 70 to 73)

74

Myatt

1
2      A.  I honestly don't really remember
3  how many or what I saw, to be honest.
4      I know that there are photos
5  associated with that study, but that's about
6  the extent of what I know.
7      Q.  Okay.  Do you have an opinion as to
8  whether the drywall in the Chinese -- homes
9  with the problem Chinese drywall is causing
10  the corrosion?
11      MR. AYALA:  Objection, lack of
12      foundation, beyond the scope of his
13      report.
14      A.  Yeah, I don't -- would you repeat
15  the question?
16      Q.  Sure.  Do you have an opinion, as a
17  microbiologist working for EH&E, based on
18  either the paper you drafted or the 51-home
19  study or anything else, do you have an
20  opinion as to whether the drywall in those
21  homes is actually causing the corrosion?
22      MR. AYALA:  Objection, lack of
23      foundation.  Objection to the form, to
24      the characterization of all those homes
25      that have been unidentified and

75

Myatt

1
2  aggregating them together.  So I object.
3      A.  You know, I think a key point there
4  was as a microbiologist.  And since those
5  investigations were not focused on
6  microbiology, I don't know if I really can
7  offer an opinion about that.
8      Q.  So you just don't have an opinion?
9      A.  Yeah, I don't have an opinion.
10      Q.  Do you know whether EH&E has drawn
11  a conclusion as to the cause of the corrosion
12  in any of the homes suffering from corrosion
13  of metal components that also have Chinese
14  drywall installed therein?
15      MR. AYALA:  Objection, lack of
16      foundation, and beyond the scope of this
17      witness' role.
18      A.  I think you'd have to ask Dr.
19  McCarthy.
20      Q.  But you personally don't have an
21  opinion one way or another?
22      A.  Yeah.
23      Q.  Have you read a report that draws a
24  conclusion as to the cause of the corrosion
25  in the homes with problem Chinese drywall?

76

Myatt

1
2      MR. AYALA:  And, again, objection
3      to the form of the question,
4      mischaracterizing many homes under one
5      ambit.
6      A.  So the question -- I mean I've
7  reviewed the 51-home study but haven't really
8  looked at it in detail.
9      Q.  Do you recall whether the 51-home
10  study draws any conclusions with regard to
11  corrosion in the homes that were studied in
12  that report?
13      MR. AYALA:  Objection, lack of
14      foundation.  The document speaks for
15      itself.
16      A.  I mean I think there is some
17  evidence of corrosion in those homes, but
18  that's about the extent of my knowledge about
19  that.
20      Q.  Okay.  So just to be clear, you
21  haven't seen any documents, or have you seen
22  any documents that come to a conclusion as to
23  the cause of the corrosion in those homes?
24      MR. AYALA:  Objection.
25      Q.  Meaning the homes that were

77

Myatt

1
2  investigated as problematic for drywall and
3  having corrosion, in the 51-home study?
4      MR. AYALA:  Objection to form.
5      A.  I mean I think they've identified
6  markers but not -- not necessarily identified
7  a cause.
8      Q.  What's the difference between a
9  cause and a marker?
10      MR. AYALA:  Objection, beyond the
11      scope of this witness' testimony.  Lack
12      of foundation.
13      A.  I think they've -- they've used
14  some techniques to identify things that are,
15  you know, that -- used laboratory techniques
16  to associate a specific marker, something in
17  the drywall, some element, and an ability of
18  those pieces of drywall to cause corrosion.
19  But the causal pathway I think is still being
20  evaluated, as far as I know.
21      Q.  Okay.
22      A.  I haven't seen anything, to answer
23  your question, I haven't seen anything that
24  relates a cause.
25      Q.  And do you recall what those

20  (Pages 74 to 77)

78

Myatt

1
2  markers that have been identified are?
3        MR. AYALA:  Objection, lack of
4     foundation, beyond this witness' role
5     and the scope of his report.
6     A.  Strontium and which -- and
7  elemental sulfur or sulfur S8 or -- I
8  believe.
9     Q.  As a microbiologist do you have an
10 understanding as how S8, without a microbial
11 process being involved, how it could produce
12 hydrogen sulfide?
13       MR. AYALA:  Objection.
14    A.  No.
15    Q.  Same thing for strontium?
16    A.  Correct, yeah.
17    Q.  Do you know whether EH&E -- when
18 EH&E --
19       MR. WARWICK:  Let me start over.
20    Q.  When EH&E did its studies related
21 to the Chinese drywall, being the study that
22 you authored, we talked about earlier from
23 March, or the 51-home study, who was your
24 client in those situations?
25    A.  CPSC.

79

Myatt

1
2     Q.  Okay.  And is EH&E currently
3  working on trying to determine the cause of
4  the corrosion in the homes with Chinese
5  drywall?
6        MR. AYALA:  Objection, lack of
7     foundation, beyond the scope of this
8     witness' role.
9     A.  You would have to ask Jack
10 McCarthy.
11    Q.  So you are not currently working on
12 anything for the CPSC regarding Chinese
13 drywall?
14    A.  Me personally, no.
15    Q.  And you don't know of any work done
16 by EH&E for the CPSC on the cause of the
17 corrosion and the problem with the drywall?
18       MR. AYALA:  Objection, lack of
19    foundation.
20    A.  You would have to ask Dr. McCarthy.
21    Q.  Just to be clear on the record, you
22 don't know of any work being done currently
23 by EH&E?
24    A.  Right.  That doesn't mean it
25 doesn't exist, but, no.

80

Myatt

1
2     Q.  All right.  Fair enough.
3        Did you have any discussion with
4  Dr. McCarthy regarding the markers that were
5  found in the Chinese drywall?
6     A.  Not -- not in any detail.
7     Q.  Did you have a chance to review
8  Dr. McCarthy's report submitted in this case?
9     A.  Yes.
10    Q.  And in there, are you aware that
11 Dr. McCarthy points out that the markers for
12 problem drywall that were found in the
13 51-home study were not found in this case?
14    A.  Yes, I believe so.
15    Q.  Do you have an understanding of why
16 the markers found in the problem drywall from
17 China would be relevant to the drywall that's
18 made by National Gypsum in this case?
19       MR. AYALA:  Objection, lack of
20    foundation, beyond the scope of this
21    witness' report.
22    A.  Can you repeat that again.
23    Q.  Sure.  I was just trying to figure
24 out -- I understand that you found, there
25 were some markers found for Chinese

81

Myatt

1
2  wallboard --
3     A.  Yeah.
4     Q.  -- and Dr. McCarthy issued a report
5  here that said that the National Gypsum
6  drywall that's at issue here doesn't have any
7  markers for defective Chinese wallboard.  And
8  I'm trying to figure out if you have an
9  understanding of why the two are relevant to
10 one another.
11       MR. AYALA:  And before you answer,
12    I just object to the form.  Object to
13    the mischaracterization of
14    Dr. McCarthy's report, which speaks for
15    itself.
16    A.  The -- I think it has some
17 relevance in that if you -- so we found, or
18 Jack or EH&E found markers of, of
19 corrosion or of drywall that could cause
20 corrosion.  That's what they found.  They
21 didn't find, oh, these are markers for
22 Chinese drywall, they found markers for
23 wallboard that can cause corrosion.
24       So it would be interesting to know
25 if those markers were identified in these

21  (Pages 78 to 81)

82

Myatt

1
2  homes as well, because those could be markers
3  of corrosion, but they weren't identified, is
4  my understanding.
5      Q.  But to determine whether the
6  marker's for the corrosion, don't you have to
7  first know the pathway for the corrosion?
8      MR. AYALA: Objection.
9      A.  Why would you have to do that?
10     Q.  Just because they have
11 similarities.  For example, if I have some
12 tires on a particular vehicle that are
13 exploding, and they all happen to be on Ford
14 cars and they're all made by Firestone in
15 that case, so they could say that a marker is
16 all these tires that exploded are Ford; so
17 Ford must be causing the tires to explode,
18 because every one that was defective was on a
19 Ford vehicle, so it must be the car and not
20 the tire.
21     So that would have been a marker
22 for a, you know, defective tire, that they
23 may have all had that thing in common, but
24 the cause had really nothing to do with the
25 vehicle it was on.

83

Myatt

1
2      You see what I'm saying?
3      MR. AYALA:  Objection, lack of
4  foundation.
5      A.  Well, I think it also ties in to
6  some of the, some of the studies from, from
7  Columbia that they didn't find any elevated
8  hydrogen sulfide or anything that looked
9  corrosive to them on those samples, too.
10     So would we like to identify a
11 mechanism, sure, I think everybody would.
12 CPSC and everybody would like to know the
13 specific mechanism.  But -- but, more
14 importantly, I think, is if the samples cause
15 corrosion or not.  That's sort of the bottom
16 line.
17     I mean the rest of the stuff is
18 sort of, you know, the added -- what's the
19 phrase -- I don't know, the icing on the
20 cake.  You obviously want to know if they're
21 causing corrosion or not, yes or no.  What's
22 happening, why they're happening, that's very
23 interesting, and we want to know that so that
24 we can prevent it from happening in the
25 future or figure out ways to remediate it or

84

Myatt

1
2  whatever.  But, ultimately, corrosion versus
3  not corrosion is really what you're -- what's
4  most interesting.
5      Q.  Do you believe that the corrosion
6  that's happening in the homes of the 51-home
7  study was caused by hydrogen sulfide?
8      MR. AYALA:  Objection, lack of
9  foundation, beyond the scope of this
10 report.
11     A.  I think that is one factor.  I
12 don't think it's been identified as the --
13 the only factor in the corrosion.
14     Q.  You think it's one of them?
15     A.  One of -- yeah, one factor.
16     Q.  Do you recall any of the studies
17 that were done for the Chinese drywall by
18 EH&E, on behalf of CPSC, whether they
19 identified that the cause of the corrosion in
20 a particular home was the well water?
21     MR. AYALA:  Objection, lack of
22 foundation.
23     A.  I don't recall.
24     Q.  You don't recall one way or
25 another, or you don't recall them having

85

Myatt

1
2  found that this particular home had
3  corrosion, but it was not the drywall, it was
4  well water?
5      A.  Yeah.
6      MR. AYALA:  Further objection, lack
7  of foundation.  It's already been
8  established that he wasn't involved in
9  that study.
10     A.  I wasn't really involved.  I mean
11 it's something that's -- that I can't really
12 comment on, because I don't really know.
13     Q.  Did you review the study that was
14 produced by National Gypsum in this case that
15 said they found high levels of hydrogen
16 sulfide produced by the wall water in all
17 five of the plaintiffs' homes in this case?
18     A.  I thought it was four, but, yeah, I
19 saw some, some studies that looked -- that
20 were referenced in Dr. McCarthy's report that
21 talked about the high levels of hydrogen
22 sulfide in the water.
23     Q.  And did that report by Dr. McCarthy
24 influence your opinions in this case in any
25 way?

22  (Pages 82 to 85)

86

Myatt

1
2     MR. AYALA:  Objection to form.
3     A.  I actually didn't know that until
4  after I produced my report.
5     MR. WARWICK:  Before we go into
6  your report, just very briefly.
7     Can I have this marked, please.
8     Tom, this is the Indoor
9  Environmental Assessment of Residences
10  Containing Problem Drywall:  Six-Home
11  Follow-Up Study by EH&E, dated May 12,
12  2011.  Do have you that, or do you want
13  a copy?
14     MR. AYALA:  If I could have a copy,
15  please.
16     MR. WARWICK:  You gave me so many
17  copies last week, by the time I got my
18  briefcase into the -- after that trip
19  where we were in Tampa, and I didn't go
20  home first, so the briefcase was like
21  40 pounds, trying to get it up into the
22  the overhead bin by the end of the week.
23  Brutal.
24     (Exhibit 2, Indoor
25  Environmental Assessment of Residences

87

Myatt

1
2  Containing Problem Drywall:  Six-Home
3  Follow-Up Study, marked for
4  identification, this date.)
5     Q.  Dr. Myatt, do you recognize that
6  document?
7     A.  I don't believe I've seen this
8  before.
9     Q.  Just glance through it.  We may be
10  real quick, if you have not seen it.
11     The document says it's prepared by
12  EH&E on the front, correct?
13     A.  Correct.
14     Q.  And I take it, since you said you
15  haven't recognized it, you didn't write it?
16     A.  I did not write it.
17     Q.  Did you have any participation in
18  it, now that you've had a second to look
19  through it?
20     A.  No.
21     Q.  Do you know who did?
22     A.  I would imagine Jack McCarthy and
23  Joe Allen and many others.
24     Q.  And you mentioned Joe Allen before.
25     Is he a full-time employee of EH&E?

88

Myatt

1
2     A.  Yes.
3     Q.  And what's his position or title at
4  the company, if you know?
5     A.  It's changed.  As a senior
6  scientist is at least one of his titles.  I
7  don't know what other titles he has.
8     Q.  Okay.  Is there any way, on an EH&E
9  document like this, to know who is the author
10  of the paper?  Is there any references or --
11     MR. AYALA:  Objection, lack of
12  foundation.
13     A.  Not particularly, no.  I just know
14  that Joe and Jack were involved in the, you
15  know, in working with CPSC, so it's, you
16  know, somewhat speculation on my point -- or
17  on my part about who actually wrote it.
18     Q.  Okay.
19     MR. WARWICK:  I just wanted to make
20  sure.
21     Q.  Well, if you didn't know about it,
22  then I'm just going to trust that none of
23  your opinions today, or at the time you
24  issued your report, were based on the
25  six-home study by EH&E.

89

Myatt

1
2     A.  That would be correct.
3     It looks very nice.
4     Q.  I will say that EH&E does an
5  outstanding job of putting together a nice
6  looking report.
7     MR. AYALA:  Yes, they do.
8     A.  They've been that way for 20 years.
9  I'm waiting for them to fancy up the
10  graphics.
11     Q.  You should get a bedazzler and go
12  to town.  Hello, look out, Ted Myatt
13  bedazzled report.
14     A.  That's Joe's title.  I'm just not
15  aware.
16     Strike that from the record, so
17  Jack doesn't hear that his reports aren't as
18  fancy as they could be.
19     Q.  I notice in front of you, you have
20  a copy of your report, correct?
21     A.  Yes, I do.
22     Q.  I'm going to grab that from you.
23  You're welcome to keep it.
24     Is it the first 13 pages, or the
25  whole thing?

23  (Pages 86 to 89)

90

Myatt

1
2   A. It may just be double-sided.
3   Q. Let's do this, so that we can talk
4   about the same page.
5       MR. WARWICK: Let me have the court
6   reporter mark it. I'm sorry. And you
7   are welcome to have that back. I just
8   think that if we are going to reference
9   it, we should reference the exhibit.
10      THE WITNESS: Sure.
11      MR. WARWICK: So once I give you
12  this, you will have it.
13      MR. AYALA: So this is Exhibit
14  Number 3?
15      MR. WARWICK: Yes.
16      (Exhibit 3, Expert Report of
17  Theodore A. Myatt, SC.D., marked for
18  identification, this date.)
19      THE WITNESS: Thank you.
20  Q. Dr. Myatt, do you recognize that
21  document that's been marked as Exhibit 3 to
22  your deposition today?
23  A. I do.
24  Q. What do you recognize that to be?
25  A. My expert report in this case.

91

Myatt

1
2   Q. If you go ahead and flip through
3   that to the back, just generally, does that
4   appear to be your entire report?
5   A. Yes.
6   Q. And just for explanation, it's
7   numbered up to page 13, where the signature
8   page is?
9   A. Yep.
10  Q. And then after appendix A is your
11  CV?
12  A. Yep.
13  Q. Appendix B are documents relied on
14  by you?
15  A. Correct.
16  Q. It goes on for several pages, and
17  then Exhibit C is your expert testimony in
18  the past, and Exhibit D is your compensation
19  rates, correct?
20  A. Correct.
21  Q. That's your entire report in this
22  case?
23  A. Yes, it is.
24  Q. Would you please turn to page 1 of
25  that report. It talks about your

92

Myatt

1
2   qualifications in the second paragraph, it
3   talks about your experience. And at the
4   bottom of that second paragraph it says, "I
5   participated in the design and analysis of
6   the studies related to drywall and
7   sulfate-reducing bacteria."
8       Specifically, what analysis and
9   studies were you referring to, when you made
10  that statement?
11  A. The one that is, whatever, Exhibit
12  1 or whatever. Yeah, Exhibit 1.
13      It should probably be clarified
14  that it's the study, the, of the study
15  related to drywall and sulfate-reducing
16  bacteria.
17  Q. Okay. And that was my question.
18  So the studies was in plural, so I was
19  wondering if you did participate in either
20  the 51-home study design and analysis or any
21  of the other design and analysis of the
22  reports that have been done on drywall by
23  EH&E, other than the one that we talked about
24  this morning from March 26, 2010.
25  A. Yeah, specifically, I mean this is

93

Myatt

1
2   the one that I was most heavily involved in.
3   The 51-home study, I mean, I think there is
4   probably conversations that, you know, that I
5   was involved in, but very brief. Not really
6   involved in any substantive way.
7   Q. Okay. So when you say you
8   participated in the design and analysis of
9   the studies, you're really just talking about
10  the one --
11  A. Correct.
12  Q. -- study of these ten samples in
13  the Exhibit 1, March 26, 2010 report?
14  A. Correct.
15  Q. If you would turn over to page 2,
16  your report is, has various sections in it,
17  2.0, 2.1.
18      Would you explain the descriptions
19  of the various numbers, just so I understand?
20  And it appears to be in sort of an outline
21  format?
22  A. Yeah, so the heading, the 2.0, the
23  ones that are capitalized, are sort of the
24  primary opinion, and the sort of subopinions
25  are the whatever, 2.1.

24  (Pages 90 to 93)



94

Myatt

1       Myatt
2    Q.  So if you only had, under section
3 2, for example, you only have one
4 subheading --
5     A.  Correct.
6    Q.  -- under section 2, okay.
7      And it's the same throughout the
8 paper?
9     A.  Correct.
10    Q.  This document starts off talking
11 about sulfate-reducing bacteria, and it
12 states that they are ubiquitous.
13      How many different -- you would
14 agree with me, would you not, that there are
15 thousands of different strains of
16 sulfate-reducing bacteria?
17     A.  I would agree with that.
18    Q.  Would you agree that they're all
19 ubiquitous?
20     A.  I don't really know, one way or the
21 other.
22      I know that, as a class, they are
23 ubiquitous.
24    Q.  But if you were to do DNA sampling,
25 for example, so if you were to find and

95

Myatt

1       Myatt
2 narrow it down to a specific microorganism,
3 would you be likely to find the same broad
4 scope of microorganisms in different parts of
5 a state, for example?
6      MR. AYALA:  Objection to form.
7     A.  I guess I don't really know.
8      I mean, I think, you know, if
9 you're looking for very specific strains, as
10 opposed to looking at using PCR as a
11 methodology to look at the entire class of
12 SRBs, then, you know, I'm sure that there are
13 ones that are more dominant than others, and
14 it just depends on the environmental
15 conditions.
16      MR. AYALA:  Just for the record,
17 when you're using the term SRB today,
18 Dr. Myatt, what do you use that term to
19 mean?
20      THE WITNESS:  I mean SRBs,
21 sulfate-reducing bacteria, not
22 sulfate-oxidizing bacteria.
23    Q.  I think that's good to say.
24      And I think we should further
25 classify it, that you're also not referring

96

Myatt

1       Myatt
2 to sulfur-reducing bacteria, correct?
3     A.  Yeah, I guess that's fine.
4    Q.  So can you point me to these
5 studies that are cited in your paper that
6 talks about the ubiquitous nature of
7 sulfur-oxidizing bacteria or sulfur-reducing
8 bacteria?
9      MR. AYALA:  I'm sorry to interrupt
10 you.  I'm thinking about what you just
11 said, Brian.  The problem is that I
12 think he testified that some
13 sulfate-reducing bacteria actually do
14 reduce sulfur, so can be sulfur-reducing
15 bacteria.
16      MR. WARWICK:  So if I'm referring
17 to the sulfur-reducing bacteria, I will
18 try to say "sulfur-reducing bacteria,"
19 as opposed to sulfate-reducing bacteria.
20 So if we use the acronym SRB, we're
21 going to try to use it for
22 sulfate-reducing bacteria.
23      MR. AYALA:  Correct.  Thank you.
24 Great.  Perfect.
25      MR. WARWICK:  Just for

97

Myatt

1       Myatt
2 clarification.
3    Q.  Do you understand the question?
4     A.  So in terms of SRBs, I've listed a
5 number of studies on page 3 that all
6 demonstrate their ubiquity in many different
7 environments.
8    Q.  Okay.  Could you be more specific?
9 On page 3 of the report?
10     A.  Of the report.  So page 3, so, like
11 the report says, they've been detected in
12 marine and freshwater sediments, aquifers,
13 hot water systems, wetlands in Florida,
14 wastewater treatment plants, landfills; it
15 kind of goes on and on for SRBs.
16    Q.  Well, that's interesting, because I
17 find that these, the list here is very
18 specific about the places where it's been
19 found.
20      So it's been found in freshwater
21 sediments, which are a liquid environment,
22 correct?
23     A.  Yep.
24    Q.  And potable water distribution
25 systems is usually a liquid environment,

25 (Pages 94 to 97)

98

Myatt

correct?

A.  Yep.

Q.  And aquifers, which would be a liquid environment, correct?

A.  Correct.

Q.  And hot water systems, which would be a liquid environment, correct?

A.  Correct.

Q.  And hydrothermal vents, which would be liquid environment, correct?

A.  Correct.

Q.  Aquifers are a liquid environment, correct?

A.  Correct.

Q.  And anoxic environments would be areas -- as explained here, thank goodness -- areas with depleted oxygen would be, for example, aquatic environments, correct?

A.  Yes.

Q.  Just for the court reporter, we have to say yes.

And then wetlands systems would also be water environment, correct?

A.  Correct.

99

Myatt

Q.  So, you know, under 2.0, you said they're ubiquitous, you know, in the environment generally; and then, when you list the actual places they've been found in the studies, they're all found in water.

A.  Well, that's not exactly true.  I mean the next page, on page 4 I talk about it, them, being identified in soil.

Q.  Okay?

A.  And then HSA conducted that study of samples that included soil samples, that they were identified in, you know, pretty much wherever they looked.

I think the bottom line is, when you look, you find them.

Q.  Okay.

A.  People don't necessarily look on walls of a conference room, because there's no reason to do so --

Q.  Right.

A.  -- typically.

Q.  But to make the statement that they're ubiquitous in this conference room, without having done the test and having --

100

Myatt

you know, you're assuming that they're here.

MR. AYALA:  Objection to form.

A.  I would say they are ubiquitous in nature.

Q.  Okay.

A.  And if they're in soil, soil gets tracked into homes, you find it in the home.  They're in the water that you drink.  They're in your own body, et cetera.

Q.  So then you would expect them to find them in a wastewater type of environment?

A.  Potentially, yeah.

Q.  And when I say "them," let me clarify that.

A.  Sulfate-reducing.

Q.  Sulfate-reducing bacteria.

What about sulfur-oxidizing bacteria, are they ubiquitous as well?

A.  Yes, that would be my understanding.

Q.  And so you would expect to find them as well in rock formations and in soil, kind of like they did the SRBs?

101

Myatt

A.  Wouldn't surprise me.

Q.  And what about aquatic environments?

A.  It wouldn't surprise me.

Q.  When you say they're present, is that different than they're growing and metabolizing?

A.  Yes.

Q.  Could you explain, just kind of a general explanation, you know, because for a nonmicrobiologist, how would you explain that the bacteria are present in the environment, but they're not actively metabolizing and they're not growing?

A.  I mean they're -- there are potentially viable and nonviable bacteria, fungi, viruses, you know, all around us, so. But, for example -- actually, all three of those, bacteria, fungi, viruses, they need the appropriate conditions to become metabolically active, so excluding viruses -- being metabolically active and proliferating. So they can be here, you know, we can take a swab of a desk and put it in the appropriate

26  (Pages 98 to 101)

102

Myatt

2 medium, we will find bacteria, without a
3 doubt.
4 **Q.   And how rapidly do sulfate-reducing**
5 **bacteria proliferate, once they're in the**
6 **right environment?**
7       MR. AYALA:  Objection to form.
8 **Q.   Generally.**
9       MR. AYALA:  Same objection.
10      A.   I mean I don't know specifically.
11 I mean the culture tests that we conducted
12 with EML, we cultured them for 21 days, I
13 believe, so -- and that's in, you know, a
14 medium that is really geared for them to
15 grow.
16      So if it was in a medium that was
17 less specific for them, it would take even
18 longer than that, if -- if at all.
19 **Q.   And would the same thing apply for**
20 **SOBs?**
21      MR. AYALA:  Objection to form.
22      A.   Yeah, it needs the appropriate,
23 they need the appropriate environment to be
24 metabolically active, for those specific
25 species to grow.

103

Myatt

2 **Q.   And once they're in that correct**
3 **environment, can you tell me, you know, is**
4 **there a constant rate, or it just varies,**
5 **depending on the type of bacteria and the**
6 **environment that they're in?**
7      A.   I don't know any specific constant
8 rate that you could say.
9 **Q.   Okay.**
10      A.   I mean two, becomes four, four
11 becomes eight, you know, but beyond that...
12 **Q.   There is no constant known rate for**
13 **that particular bacteria, so you just have to**
14 **go do the testing to figure out what --**
15      A.   Yeah, I mean I think some species
16 are known to be, to take much longer to grow
17 than others.  So I would imagine there
18 probably are -- you know, if you look, you
19 could probably find some information on that
20 for specific species, in the specific
21 environment, it takes, you know, organism X a
22 certain amount of time to grow.  But
23 generally I don't think there is, you know,
24 kind of one number to pin on.
25 **Q.   And your report does recognize that**

104

Myatt

2 **in the studies that were done by EH&E of the**
3 **samples that were taken from some of the**
4 **homes in the 51-home study regarding the**
5 **presence of SRBs, the USGS was actually the**
6 **lab that did the study, correct?**
7      A.   What page are you on?
8 **Q.   I'm sorry, on page 4 of your**
9 **report.**
10      A.   Yeah, so that's, you know,
11 that's -- specifically, that piece is talking
12 about the molecular methods.  So beyond just
13 the culture studies that we performed, USGS
14 used those molecular methods, or they used
15 specific probes for, you know, growing or
16 generating bacteria and then culturing and
17 doing quantitative PCR off of that.
18 **Q.   Right.  And when the, that study**
19 **that you're referring there by the USGS, it's**
20 **cited down here in your paper at 22 --**
21      A.   Correct.
22 **Q.   -- footnote 22.  And it's titled,**
23 **"The use of epifluorescent microscopy and**
24 **quantitative polymerase chain reaction to**
25 **determine the presence/absence and**

105

Myatt

2 **identification of microorganisms associated**
3 **with domestic and foreign wallboard samples";**
4 **is that correct?**
5      A.   Correct.
6 **Q.   Did I read that right?**
7      A.   Okay.
8 **Q.   And you will agree with me that**
9 **that study by the USGS was searching for**
10 **sulfate-reducing bacteria, correct?**
11      A.   Correct.
12 **Q.   They weren't looking for**
13 **sulfur-oxidizing bacteria in that study, as**
14 **far as you know?**
15      MR. AYALA:  Objection to form.
16      A.   That's correct.
17 **Q.   And in the USGS study they did find**
18 **the presence of DNA -- I'm sorry -- yes, the**
19 **presence of DNA for sulfate-reducing**
20 **bacteria?**
21      A.   Yes.  Well, they -- I would have to
22 look at the report specifically.  So they --
23 they did, off of the direct 16S rDNA, found
24 bacteria, any bacteria; then they took a
25 sub-sample, cultured it in sulfate-reducing

27 (Pages 102 to 105)

106

Myatt

1
2  media and did again 16S rDNA off of that and
3  found most of the samples were positive,
4  again, for bacteria.  And then they did the
5  quantitative analyses of using a primer set
6  that's specific for the whole class of SRB
7  and found very infrequent hits; and then in
8  sort of the reanalysis phase, most of those
9  samples were, you know, when they did the
10 test again to test for repeatability, they
11 weren't able to identify SRB.
12     Q.  Okay.  And in that study, when they
13 were looking for SRB, so they found it -- let
14 me ask this first:
15     Do you know whether they did any of
16 the PCR testing directly on the wallboard
17 samples themselves?
18     A.  Yeah, the initial 16S for bacteria
19 in general.  All bacteria was off the
20 wallboard, initially.
21     Q.  And then they cultured the
22 wallboard, and then they did PCR of the
23 culture samples?
24     A.  Correct.
25     Q.  Do you believe that that procedure

107

Myatt

1
2  was an appropriate, scientific study, in
3  particular the PCR testing of the culture
4  test results?
5     A.  Yes.  I mean what they were doing
6  is they were using that specific medium for
7  SRBs and then doing the PCR off of that.
8     Q.  And the media that they used for
9  SRBs in that case, do you recall if it was a
10 neutral pH or if it was an acidic pH?
11     MR. AYALA:  Objection, asked and
12 answered.
13     Q.  If you remember.
14     A.  Yeah, I mean --
15     MR. AYALA:  Without showing him the
16 document.
17     A.  Yeah, I'd love to see the document.
18     I believe it was 7.3, so it's a
19 neutral pH.
20     Q.  Okay.
21     Dr. Myatt, let's look at that
22 document real briefly.
23     Do you recall the question?
24     A.  No.  Sorry.
25     MR. WARWICK:  Madam Court Reporter,

108

Myatt

1
2  could you read it back, please.
3     A.  Oh, the neutral pH.
4     Q.  Correct.  I believe they did
5  neutral pH.
6        (A portion of the record was read.)
7     Q.  It talks about the direct and
8  culture-based analysis?
9     A.  Uh-huh.
10     Q.  Can you tell from that description
11 there in the first, I think it's the first
12 paragraph, it talks about a sulfate-reducing
13 broad base?
14     A.  Correct.
15     Q.  Are you familiar with the Fluka
16 Analytical?
17     A.  It's a company that makes media and
18 stuff.
19     Q.  So they -- that's the company that
20 makes that particular media?
21     A.  Correct.
22     Q.  Have you used that media before?
23 Do you know from this or your own experience
24 whether that broth base is an acidic base or
25 whether it's a neutral base?

109

Myatt

1
2     A.  I think, based on my experience, it
3  would be a neutral base.
4     Q.  And what do you base that on?
5     A.  Just the knowledge that I have that
6  sulfate-reducing bacteria grow in neutral
7  environments, or pH neutral environments, and
8  that all the other -- not that specific
9  media, but other medias I've seen have been
10 generally right around 7 or a little above 7.
11     Q.  So you wouldn't expect the
12 sulfur-oxidizing bacteria would grow in that
13 media used by USGS in this case?
14     MR. AYALA:  Just objection to the
15 form.  You're referring to the
16 sulfate-reducing broth base?
17     MR. WARWICK:  Yes.
18     Q.  The sulfate reducing broth base
19 that we just mentioned, you wouldn't expect
20 sulfur-oxidizing bacteria to --
21     A.  I would say it's unlikely that it
22 would be growing in that broth.
23     Q.  And the PCR that was done by USGS
24 in this situation, they were specifically
25 looking for DNA strains of sulfate-reducing

28  (Pages 106 to 109)

110

Myatt

```
1          Myatt
2  bacteria, correct?
3      A.  Yes, the quantitative PCR that they
4  did was specific to the primers that they
5  used for specific SRBs.
6      Q.  But they weren't specific to an
7  exact specific microorganism, correct?
8      A.  Correct.
9      Q.  Do you know if the primer for SRB
10 is different than the primer for SOB?
11     A.  That would be my understanding,
12 yes.
13     Q.  So again, you wouldn't expect the
14 primer and the PCR analysis that was done by
15 the USGS to have found any sulfur-oxidizing
16 bacteria that may have been present in that
17 sample, through the PCR analysis, correct?
18     MR. AYALA:  Objection.
19     A.  I would say it's unlikely.
20     Q.  So would it be fair to say that if
21 there were sulfur-oxidizing bacteria present
22 in the samples that were tested by the USGS,
23 their test methods wouldn't tell you whether
24 they were there or not?
25     MR. AYALA:  Objection.
```

111

Myatt

```
1          Myatt
2      Q.  Is that fair to say?
3      A.  Yeah, I would have chosen different
4  methods, if I was looking for SOBs, than
5  these methods.  What they did do was look for
6  all bacteria in some of the initial samples,
7  so, you know, the direct 16S and the post --
8  well, specifically the direct 16S would have
9  presumably detected SOBs.
10     Q.  Right, but when you put that --
11     A.  But not specific.
12     Q.  -- those criteria into the medium
13 specific for SRBs, and then you cultured
14 that, and then you did a PCR analysis of the
15 results from the SRB-specific media, you're
16 obviously not going to find SOBs?
17     MR. AYALA:  Objection, form.
18     A.  Yeah, not particularly.  I mean
19 what they did identify was there were some
20 cases where, and this comes up from time to
21 time, is that not all organisms are
22 culturable, for one; but the other point I
23 think is that -- shoot, I lost my train of
24 thought -- is that these -- it's sort of an
25 imperfect science.  We could say we're going
```

112

Myatt

```
1          Myatt
2  to use sulfate-reducing broth.  That doesn't
3  mean that everything and only -- everything
4  that grows in that broth is a
5  sulfate-reducing bacteria.  It could be other
6  things.  But it's predominantly, you're
7  hoping that it would be -- it would only be
8  growing SRBs, but that's not always the case.
9      Q.  Can you tell -- let's say this
10 first.  In your report back on page 4, your
11 report in this case, on page 4, it's still
12 talking about the USGS study there?
13     A.  Uh-huh.
14     Q.  It states, "The detection of
15 bacteria using molecular methods employed by
16 the USGS and the plaintiffs' expert does not
17 suggest that cells were metabolically active,
18 but only the presence of their DNA or RNA.
19 Specifically, the USGS study noted that the
20 cells detected with microscopy were not
21 clusters of replicating cells, and would be
22 required for SRB to generate H2S."
23         Could you explain that, the cluster
24 of the replicating cells and the microscopy
25 that you're referencing in your report, which
```

113

Myatt

```
1          Myatt
2  references the USGS report?
3      A.  Sure.  So the USGS did an
4  epifluorescent technique where they took
5  direct samples of wallboard, and maybe the
6  paper as well; and what they were looking for
7  was evidence of a variety of organisms -- not
8  variety of organisms, but evidence that there
9  was actually colonization of these
10 substrates.
11         Colonization means, like noted
12 here, that there are -- a colony is the same
13 thing as a cluster of replicating cells.  So
14 as opposed to a sporadic cell here or there,
15 sort of independently, they're looking for
16 colonies that, you know, if you can imagine,
17 I don't know, some surface that you can, that
18 you sometimes see bacterial growth.  If you
19 have a window that has a lot of condensation,
20 maybe you will get, you'll actually see
21 visible colonies of bacteria.
22         So that's what they were seeing, if
23 they could identify any cases where sort of
24 colonization of these substrates was
25 occurring, which would be an indication where
```

29 (Pages 110 to 113)

114

Myatt

1
2  these cells were metabolically active and
3  growing.
4      Q.  And as far as you understand it,
5  did the USGS use a control sample so they
6  could see what, you know, an actual
7  colonization of known cells were?
8      A.  I thought they did.  I think
9  they -- I mean they have here, the first
10  sentence of the result, figure 1, panel A
11  illustrates where the bacteria and virus
12  particles look like when stained under cyber
13  gold and are visualized with epifluorescent,
14  so I would say that is their positive sample.
15  Or positive control.
16      Q.  Right.  And if you look at it, it
17  says, "In an Afghanistan soil sample," and so
18  I was, I was interested in that.  I'm
19  thinking, wow, they're everywhere, they're
20  easy to find; and then we're going to go all
21  the way to Afghanistan to get some soil, so
22  we can run our control.
23      Do you know why they picked an
24  Afghanistan soil sample to find this
25  ubiquitous bacteria?

115

Myatt

1
2      MR. AYALA:  Objection to the
3      characterization of the report and lack
4      of foundation about what exactly this
5      soil sample is.
6      A.  I don't particularly know why they
7  have that as a positive sample.  Positive
8  samples, a lot of times they'll -- you know,
9  a typical sample that we will use sometimes
10  when we are looking at a particulate in the
11  air, there's a positive sample that people
12  use that's called Arizona road dust.  And
13  yeah, there is plenty of dust around here,
14  too, but for some reason that's the positive
15  control, that set is utilized.
16      So I don't have any specific
17  knowledge as to why that sample was chosen,
18  but it could be something like that.
19      Q.  Okay.  So if you look at figure 1
20  of the USGS bacteria report, Exhibit A there
21  is supposed to be kind of a positive control
22  that has the -- and as far as you understand
23  it, this is a view with an electron
24  microscope?
25      A.  An epifluorescent microscope.

116

Myatt

1
2      Q.  Okay, an epifluorescent microscope.
3  And that is what positive SRBs look like
4  under an epifluorescent microscope, which is
5  set forth in Exhibit A there?
6      MR. AYALA:  Objection to form.
7      Q.  Is that your understanding?
8      A.  I don't think that's -- it's not my
9  understanding, necessarily, that that's SRB.
10  It just says "bacteria or virus-like
11  particles."  I actually don't even know, it
12  doesn't even specifically say if that's
13  clusters of bacteria, actually.
14      So what do they say?  So they say,
15  "Clusters of bacteria are produced in much
16  larger or brighter areas of fluorescence, as
17  identified by the short arrow in panel A."
18      Q.  So they're pointing to that on
19  page 14, panel A, then, the short arrow
20  appears to be in the box in the -- is that
21  how you understand it?
22      A.  How much brighter it is.
23      Q.  And so if you are looking at
24  various dots --
25      A.  You look at the amount of the

117

Myatt

1
2  fluorescence, because the dye is attaching to
3  the DNA, is my understanding.  So the more
4  DNA that's present, the more cells that are
5  present, the brighter it's going to
6  fluoresce.
7      The size is maybe somewhat
8  unrelated, but it's the amount of the
9  fluorescence.  So you can see there is a
10  couple of examples of brighter dots that are
11  indications, perhaps, of clustering, it
12  appears to be that.
13      Q.  If you go to page 50, do you know
14  how many samples they actually looked at in
15  this study by the USGS?  And when I say
16  looked at, they examined with
17  epifluorescence?
18      A.  I assumed they sampled or evaluated
19  with epifluorescent all their, all the
20  samples that were subsequently looked at with
21  PCR, quantitative PCR.
22      Q.  If you would turn over to page 21.
23      A.  Uh-huh.
24      Q.  Page 21 lists a number of samples
25  that were tested.  It doesn't say how many,

30  (Pages 114 to 117)

118

Myatt

but one, two, three, four, five, six, seven,
eight -- 20, plus however many positive and
negative controls; is that --
   A.   Yeah.
   Q.   -- accurate?
   A.   That looks correct.
   Q.   Okay.  So then if you go back here
and look at the epifluorescent analysis that
was done, you have your figure 2 through
figure 3 through 7 appear to be the only
samples that were listed.
        And so if you go through, let's
start with figure 2, it talks about
particular drywall sample, you know, number
098107339, and then it shows that from that
bacteria, my understanding is that these four
samples were taken from --
   A.   Those four pictures are --
   Q.   Yeah, these four pictures --
   A.   -- from that particular sample.
   Q.   -- are from that particular sample.
   A.   That appears to be so, yes.
   Q.   So if you look at, on page 15,
under figure 2, under panel C, you see some

119

Myatt

of those bright spots --
   A.   Uh-huh.
   Q.   -- in the bacteria there.
        Would you consider that to be
consistent with colonies under
epifluorescent, kind of like, when I look at
figure 1, figure C looks fairly close.
        MR. AYALA:  Objection.
   Q.   Would you agree?
   A.   I mean I would agree with the --
you know, I would take the expert's opinion
here and this particular technique that was
doing it, that these individual cells are
small clusters of cells and do not represent
a growing colony.
   Q.   But you don't have any experience
actually looking at epifluorescent and
distinguishing figure 2, Exhibit C, or
picture C, versus figure 1, picture A?
   A.   No, no.
   Q.   So that in your report, when you
stated that in your report in this case, that
the detection of bacteria using molecular
methods employed by the USGS and plaintiffs'

120

Myatt

expert does not suggest that cells were
metabolically active.
        So we didn't do any epifluorescent
microscopy, our experts, meaning Realtime
Labs or Dr. Straus.  So when you're referring
to, you know, the analysis that was done by
USGS and plaintiffs' expert, why did you lump
those two together?
        That's what I'm trying to figure
out, because they did an extra test that you
didn't do?
   A.   Yeah, I mean think, well, the term,
in my opinion, the term "molecular method"
does not imply epifluorescent.  So I would
say that molecular methods are the PCR
testing that RTL did or the quantitative PCR
testing that USGS did.
   Q.   But we already established that the
USGS was only looking for sulfate-reducing
bacteria, correct?
        MR. AYALA:  Objection.
Mischaracterizes the form of the
testimony, and the document.
   A.   And that was their intent, was to

121

Myatt

look for sulfur -- sulfate-reducing bacteria.
   Q.   Okay.  And so the specific, five
specific bacteria that Realtime Labs was
looking for in its PCR analysis were
different from the bacteria strains they were
looking for in the USGS study, correct?
   A.   Correct, yeah.  And neither of
them, the results from neither of those
studies suggest that the cells are
metabolically active.
   Q.   Okay.
   A.   Either Realtime Labs or USGS.
   Q.   But specific to the PCR testing,
correct?
   A.   Yeah.
   Q.   That's what the section of your
report is testing, just the PCR test at this
point?
   A.   Yeah.
   Q.   Do you have an opinion as to
whether -- do you know the procedure for
collecting material from a culture sample to
be tested via PCR analysis?
        MR. AYALA:  Objection to the form.

31 (Pages 118 to 121)

122

Myatt

1
2     A.   The -- I mean it would collect some
3  of the culture media that looks like there is
4  growth.
5     Q.   Right.  How would you collect it?
6        Would you collect it with a
7  syringe?
8     A.   Typically a Pipette, if you know
9  what those are.
10    Q.   I think I know what those are.
11    A.   A little, they have a little tip
12 that you can suck up a certain amount of
13 culture material.
14    Q.   Like a real tiny turkey baster?
15    A.   Yeah.
16    Q.   Theoretically?
17    A.   Theoretically.
18    Q.   When you do that, do you take the
19 pipette and shove it way in the bottom of the
20 glass, or do you generally take it from the
21 top, so that you are able to withdraw just
22 the culture media and not anything that may
23 have fallen to the bottom of the tube?
24       MR. AYALA:  Objection, lack of
25 foundation.

123

Myatt

1
2     Q.   If you know?
3     A.   I don't know that, specifically.
4        I mean I would assume you would go
5  for the detection of what looks like
6  bacterial growth.
7     Q.   So you would agree that you're
8  attempting to actually withdraw the bacterial
9  growth, rather than the substance that was in
10 the vial to begin with?
11    A.   That would be the intent, yeah.
12    Q.   Or the media, I should say.
13       If you're testing the -- well,
14 first of all, have you yourself, are you
15 experienced in testing the polymerase chain
16 reaction methods?
17    A.   I have used that in the past, yes.
18    Q.   Have you yourself ever created or
19 -- I don't know the right word -- identified
20 an assay for a particular bacterium to be --
21 I'm looking for, you know, when you decode
22 the DNA.
23    A.   Identify the specific primer
24 sequence to use --
25    Q.   Exactly.

124

Myatt

1
2     A.   -- for -- yeah, I have limited
3  experience in that, but I have with viruses,
4  so I have some experience with that.
5     Q.   So did you, in that virus
6  situation, were you able to actually create a
7  DNA -- what was the term you used, a DNA
8  protocol?
9     A.   Primer.
10    Q.   Primer?
11       -- a DNA primer for, that could be,
12 that could identify, it could be used to
13 identify bacteria growing within a culture?
14    A.   Not specifically, no.
15       I mean since it was virology, it
16 was not culture.  I mean we were collecting
17 -- we were looking specifically if we could
18 identify a specific virus.  So you wouldn't
19 do the culture side of things.
20    Q.   So you just took the --
21    A.   We collected samples and did
22 similar extractions to what they talked
23 about, where they tried to extract the DNA
24 out of the sample.  And then they, you know,
25 mix that, the extraction media, what you hope

125

Myatt

1
2  is the DNA of your organism, plus, you know,
3  whatever else is out there and mix that with
4  the primers, to start the PCR reaction.
5     Q.   Right.
6        When you did that process, how were
7  you able to ensure that the DNA that you did
8  find was metabolically active DNA and not
9  some dead cells that just happened to be in
10 the environment that you were testing from?
11       MR. AYALA:  Objection to form.
12    A.   You can't.  That's a limitation of
13 PCR in general.
14    Q.   Right.  And so all PCR testing has
15 that limitation, whether it's done by the
16 plaintiffs, the defendants, the USGS or
17 anybody else, right?
18    A.   Correct.
19    Q.   And how often, in your experience,
20 is PCR testing utilized in the bacteria field
21 in general?
22       MR. AYALA:  Objection to form.
23    A.   I mean I think it's used a lot.  I
24 mean I think the key is that PCR is one
25 technique, and then you can utilize other

32  (Pages 122 to 125)

126

Myatt

1
2  techniques like epifluorescent to get at this
3  issue of was there any active growth in that
4  particular environment.
5      Q.  Right, okay, it's just one piece of
6  the puzzle.
7      The next page of your report, page
8  5, states, "some species of SRB produce
9  spores that are able to withstand hostile
10 environmental conditions, and when confronted
11 with unfavorable environments, the spores
12 become dormant."
13     I think we talked this morning
14 generally, when I went through this five
15 different strains of bacteria that were under
16 examination by Realtime Labs, you mentioned
17 that the Thiobacillus ferrooxidans was not a
18 spore based --
19     A.  Spore former.
20     Q.  Yes, spore former?
21     A.  I believe so, yes.
22     Q.  And you didn't know, with respect
23 to the Leptospirillum ferrooxidans?
24     A.  Correct.
25     Q.  And that the Thiobacillus caldus

127

Myatt

1
2  was not a spore former?
3      A.  Correct.
4      Q.  And the Thiobacillus thiooxidans
5  was not a spore former?
6      A.  Correct.
7      Q.  But you thought that the
8  Sulfobacillus thermosulfidooxidans did
9  produce spores?
10     A.  Yes, I believe I have seen some
11 studies that --
12     Q.  So this statement herein that some
13 species of SRB produce spores that are able
14 to withstand hostile environmental conditions
15 would also apply to some species of
16 sulfur-oxidizing bacteria as well?
17     A.  Correct.
18     Q.  Okay.  When I asked you this
19 morning about the characteristics of those
20 five specific bacteria -- and I'm going to,
21 just for the ease of the deposition today,
22 when I say -- I'm going to call them the five
23 Realtime Labs bacteria.  And so if you want
24 me to clarify, I will clarify more; but just
25 generally, so we don't have to keep saying

128

Myatt

1
2  the darn things over and over again.  I've
3  said them enough.
4      Several of the five bacteria, you
5  stated that you didn't have a specific
6  knowledge or understanding with regard to
7  their temperature viability; is that fair to
8  say?
9      A.  Yeah, I think so.  Yeah.
10     Q.  And so the next sentence in your
11 report states, "The degree to which SRB can
12 withstanding extreme conditions such as
13 elevated temperatures for long periods of
14 time varied dramatically among individual
15 species and can be dependent upon a number of
16 environmental factors."
17     Would that sentence as well apply
18 to sulfur-oxidizing bacteria?
19     MR. AYALA:  Just let me note an
20     objection to any and all questions about
21     sulfur-oxidizing bacteria, since they're
22     beyond the scope of the complaint.
23     Q.  Let me narrow that to say, if you
24 could just break your answer up or limit it
25 to the five bacteria that are identified by

129

Myatt

1
2  Realtime Labs, all five of which are
3  sulfur-oxidizing bacteria.
4      A.  Yeah, I mean I think -- so some
5  sulfur-oxidizing bacteria can, you know, live
6  in extreme environments and that extreme
7  environments could be elevated temperature,
8  acidic environments, et cetera.
9      So, you know, those -- those
10 acidophiles like the SOBs are -- they can,
11 you know, potentially find a home in those
12 sort of extreme conditions of elevated
13 temperature or, you know, very acidic
14 environments.  So that's where, you know,
15 they might actually be best suited.  Like
16 Sulfobacillus thermoferrooxidans, you know,
17 that optimal temperature for that organism is
18 50 C, so it's, it enjoys the hot temperature,
19 you know, that's where it has its niche.
20     MR. AYALA:  Sulfobacillus --
21     THE WITNESS:  Sulfobacillus
22     thermoferrooxidans, right?
23     MR. AYALA:  Sulfobacillus
24     thermosulfidooxidans.
25     THE WITNESS:  Thermosulfidooxidans,

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

130

Myatt

1
2  correct, sorry.
3       Let's call it ST.
4       MR. WARWICK:  For the record, I can
5  say it and the microbiologist can't, I
6  think I should get some kind of plaque
7  or honorary degree to MIT, something.
8       A.  I can't spell regular -- I can't
9  pronounce regular words, let alone these
10 sorts of words; not my forte.
11      Q.  I completely understand.
12      Okay.  Another way, or would you
13 agree that another way that -- some forms of
14 sulfur-oxidizing bacteria, potentially
15 including the ones that are identified by
16 Realtime Labs, have the ability to affect the
17 pH within their own environment?
18      MR. AYALA:  Objection to form.
19      A.  Yeah, I believe I have seen
20 something like that.  Because they generate
21 sulfuric acid, they can, you know, in certain
22 environments with many other organisms
23 present to do some of the legwork, they
24 can -- the pH is lowered.  I believe I saw a
25 study that maybe Straus brought up that

131

Myatt

1
2  talked about that.
3       Q.  And are you familiar with valeric
4  acid?
5       A.  No, not really.
6       Q.  How about butyric acid?
7       A.  Not in any real way, no.
8       Q.  And I'm asking this just because I
9  don't know one way or another, if a -- do you
10 know whether the presence of valeric acid to
11 a medium would increase -- or, I'm sorry,
12 would decrease the pH of that medium?
13      MR. AYALA:  Objection.
14      Q.  Just because it's called an acid?
15      MR. AYALA:  Objection, lack of
16 foundation.
17      A.  I don't particularly know.  I would
18 speculate yes, because it's, you know, it's
19 an acid, but that's --
20      Q.  Let's say -- I don't want you to
21 speculate, but generally speaking, from a
22 microbiological standpoint, the addition of
23 acid to a neutral medium will reduce the pH,
24 correct?
25      A.  Sure.

132

Myatt

1
2       Q.  So that would include valeric acid,
3  in your opinion?
4       MR. AYALA:  Objection, asked and
5  answered, calls for speculation.
6       A.  I don't know.
7       Q.  What about fatty acids?  Would the
8  presence of fatty acids, would that reduce
9  the pH in a sterile medium?
10      MR. AYALA:  Same objection.
11      A.  I don't actually think so, with
12 fatty acids.  But I'm not, you know, I don't
13 particularly know.  I don't have any specific
14 knowledge about that.
15      Q.  Do you know whether any of the
16 bacteria identified by Realtime Labs, the
17 five, produce fatty acids during the
18 metabolization process?
19      A.  I don't know specifically, no.
20      Q.  Do you know a bacteria generally
21 that produces fatty acids during metabolism?
22      MR. AYALA:  Just objection, beyond
23 the scope of the report.
24      A.  Yeah, I don't know, you know,
25 bacteria in general, potentially.  I don't

133

Myatt

1
2  know, I think SRBs is, specifically, probably
3  not.
4       Q.  What about SOBs specifically?
5       A.  SOBs?  I don't particularly know.
6       Q.  The last paragraph on page 5 of
7  your report talks about "In addition to an
8  environment that has a lack of oxygen, SRB
9  requires a source of sulfate ions and
10 electron donor (e.g., organic components or
11 H2).  SRB typically reside in marine
12 environments or engineered environments with
13 a suitable quantity of water in which the
14 sulfate can dissolve to form sulfate ions."
15      When you use the term "engineered
16 environments," what are you referring to?
17      A.  Like wastewater treatment plants or
18 something like that.
19      I would say that I would, you know,
20 looking at that sentence, I would say that
21 "typically reside" is probably not the best
22 term; but it would be those marine
23 environments or engineered environments with
24 a suitable quantity of water in which sulfate
25 can dissolve, so if it's an environment

34  (Pages 130 to 133)

134

Myatt

1
2  that's got water and dissolves sulfate -- you
3  know, reside is probably not the best term --
4  those are the sort of environments that SRBs
5  will proliferate to and grow.
6      MR. WARWICK:  Let's mark this.
7      (Exhibit 4, Document
8  entitled, "Succession of
9  Sulfur-Oxidizing Bacteria in the
10  Microbial Community on Corroding
11  Concrete in Sewer Systems," marked for
12  identification, this date.)
13      Q.  Have you seen, first of all, do you
14  recognize that document that's just been
15  marked Plaintiffs' Myatt Exhibit 4?
16      A.  4?
17      Q.  4.
18      A.  Yeah, I believe it was one of the
19  documents that Straus provided at his
20  deposition.
21      Q.  Okay.  So you at least had a chance
22  to glance through that previously.
23      I would like to turn your attention
24  to the second page of the document, the first
25  paragraph about three lines down, the

135

Myatt

1
2  sentence starts "In sewer systems..."
3      A.  Uh-huh.
4      Q.  Do you see that paragraph?
5      MR. AYALA:  Sorry to interrupt.  I
6  object to the use of this document as
7  well, because it was not disclosed in
8  any of plaintiffs' timely produced
9  reports, in violation of Rule 26 and the
10  court's orders.
11      MR. WARWICK:  We will -- I'm just
12  going to read this paragraph so we can
13  talk about it, so that I don't misstate
14  the science.
15      Q.  So you just mentioned in your
16  report that, you know, you understood
17  something about that sewer systems were
18  involved --
19      A.  Uh-huh.
20      Q.  -- you know, the adjusting of the
21  pH.  So I was wondering if this was the paper
22  that you were referring to.
23      A.  Not particularly.  I was talking
24  more about wastewater treatment plants
25  that -- and engineered systems.

136

Myatt

1
2      I guess the other thing I didn't
3  mention was, I would include, say, like
4  landfills into that sort of discussion as
5  well.
6      Q.  Okay.
7      A.  Regardless.
8      Q.  I'm going to go ahead.
9      A.  Yes.
10      Q.  So this document states, "In sewer
11  systems and wastewater treatment facilities
12  where high concentrations of hydrogen
13  sulfide, moisture, and oxygen are present in
14  the atmosphere, and deterioration of concrete
15  is caused mainly by biogenic acid (i.e.,
16  sulfuric acid) and is known as
17  microbially-induced concrete corrosion
18  (MICC).  The biogenic acid is generated by
19  various microbial species and complex
20  mechanisms.  The general mechanism for this
21  sulfuric-acid-caused corrosion of the sewer
22  systems has been described in the literature.
23  In the first step, hydrogen sulfide is
24  produced by sulfate-reducing bacteria under
25  anaerobic conditions in sewer pipes.  This

137

Myatt

1
2  hydrogen sulfide enters the sewer atmosphere
3  by volatilization and dissolves in the
4  condensate on the secure crown.  Finally,
5  sulfur-oxidizing bacteria oxidize the
6  dissolved H2S and other sulfuric compounds,
7  (e.g., S2O3 and SO) to sulfuric acid, which
8  corrodes the concrete."
9      Did I read that accurately?
10      A.  Correct, yep.
11      Q.  Do you agree with that?
12      MR. AYALA:  And just let me --
13  objection.  Go ahead.
14      A.  I mean as far as I know.  I mean I
15  haven't had a chance to really review this
16  study and, you know, kind of systematically
17  looked at, you know, for example, where it
18  mentions general mechanisms of
19  sulfuric-acid-caused corrosion of sewer
20  systems have been described in the literature
21  and lists two references, you know, I
22  typically like to look at those papers as
23  well and -- if I thought they were relevant,
24  but.
25      Q.  Certainly.  And this paragraph does

35  (Pages 134 to 137)

138

Myatt

1
2  basically just talk about a general
3  methodology?
4      A.  Yeah.
5      Q.  Would you agree with the general
6  methodology stated there?
7      A.  I believe so, yeah.
8      Q.  If you would then go to the end of
9  the document, which is -- at the top, if you
10  look at the right-hand corner it says, "Page
11  6 of 15."
12      A.  Got it.
13      Q.  I shouldn't have said the end, if
14  it's only halfway through.  But that section
15  underneath the heading there, "Results"?
16      A.  Got it.
17      Q.  There's a box, and then the first
18  sentence after the box states, "The initial
19  pH of new concrete surface was about 12 and
20  gradually decreased to 8.2 within the initial
21  56 days.  Thereafter the pH decreased further
22  to about 1.6 by day 102 and remained in this
23  range."
24          I realize you haven't had this
25  paper for very long, but do you have any

139

Myatt

1
2  reason to disagree with the findings that
3  were read in that, in that sentence?
4      MR. AYALA:  Objection.
5      Go ahead.
6      A.  Not particularly, no.
7      Q.  So if we go back to your report
8  where it talks about how sulfur-reducing
9  bacteria can, you know, withstand extreme
10  situations, would you agree that
11  sulfur-oxidizing bacteria, based on the paper
12  we just discussed as Exhibit 4, can also
13  manipulate their environment so that it could
14  adjust the pH to a level where it, you know,
15  it basically likes, you know, to grow and
16  proliferate?
17      MR. AYALA:  Objection.
18      A.  I mean if -- if the implication is
19  that if Sulfobacillus can lower the pH of the
20  drywall in a home, because it's generating
21  hydrogen sulfide -- sorry, sulfuric acid, it
22  just seems to be not very realistic.  I don't
23  really, you know, to me that's sort of a
24  theory that was thrown out there, and if you,
25  if you think about it, and you say, well, now

140

Myatt

1
2  it's got a pH of 1.6, it's corroding
3  concrete, so wouldn't you think that that
4  would also corrode the drywall that it's on,
5  presumably?  I mean it seems like it's -- I
6  just don't find it very believable in a home
7  environment.
8      Q.  But wouldn't the level of corrosion
9  also be affected by the amount of available
10  water in a sewer?
11      A.  Yeah, I mean essentially you
12  wouldn't have corrosion without water.  You
13  have a lot of water in a sewer and a lot of
14  biological material for these organisms to
15  grow on, and you don't really have any of
16  that in a home environment.
17      Q.  Let's talk about that.
18          So some of the studies that were
19  done by National Gypsum's expert in this case
20  found that the water in these homes was
21  producing, according to them, off-gassing
22  hydrogen sulfide into the home, correct?
23      A.  I think -- so the Columbia
24  Analytical results -- wait, we're talking
25  about the water?  We're talking about the

141

Myatt

1
2  showers?
3      Q.  Yeah, the shower tests that showed
4  that, you know, some of the results showed
5  high level of hydrogen sulfide being released
6  into the home.
7      MR. AYALA:  Just objection to the
8  form.
9      A.  I mean so that gives, that
10  potentially would give an organism hydrogen
11  sulfide to -- to oxidize, but there's still,
12  you are missing so many other pieces, the
13  water, the pH, the fact that Sulfobacillus
14  thermosulfidooxidans we don't even know for
15  sure can use hydrogen sulfide.
16          So I mean it seems like there is
17  big gaps in that, in that, to link hydrogen
18  sulfide and water to anything to do --
19      Q.  Let's go back to the paper here.
20  On page, the second page of the paper --
21      MR. AYALA:  The sewer paper?
22      MR. WARWICK:  The sewer paper.
23      Q.  Because, you know, it talks about
24  the fact that, you know, in that paragraph
25  that we read earlier, where it says,

36 (Pages 138 to 141)

142

Myatt

1    "Hydrogen sulfide enters the sewer atmosphere
2    by volatilization and dissolves in the
3    condensate on the sewer crown.  Finally,
4    sulfur-oxidizing bacteria oxidize the
5    dissolved H2S and other sulfur compounds to
6    sulfuric acid, which corrodes the concrete."
7        So the amount of available water
8    that's present in a sewer, you know, because
9    we're not talking about the -- the
10   sulfur-oxidizing bacteria in this example are
11   not present in the liquid, correct?
12       MR. AYALA:  Objection.
13   Q.  Is that the way you understand it?
14       MR. AYALA:  Objection, lack of
15   foundation.
16   A.  In the liquid here?
17   Q.  Yes, the sulfur-oxidizing bacteria
18   are present in the sections of the pipe that
19   are full of air, but not -- you know, the
20   pipe is not completely full of liquid.
21   A.  It's awfully wet.  They're talking
22   about the condensate on the sewer crown.  So
23   this at least has a mechanism to get the H2S
24   into the water to make it potentially oxidize

143

Myatt

1    by SOBs, which, looking at this paper, I
2    don't see Sulfobacillus listed as one of
3    these species, one of the SOBs that are part
4    of this process.
5    Q.  But if you go back with me to the
6    idea you had before, which is, you said it's
7    highly unlikely that -- so if you had the
8    shower and it's on, and it's producing steam
9    in the shower, and the hydrogen sulfide is
10   coming out of the shower, if the
11   Sulfobacillus thermosulfidooxidans were
12   present in the drywall and therefore had
13   access to the hydrogen sulfide,
14   theoretically, that bacteria could produce
15   sulfuric acid.
16       MR. AYALA:  Objection, calls for
17   speculation, lack of foundation.
18   A.  I think there is still some missing
19   pieces, because there is -- you know, you're
20   talking about condensing, presumably talking
21   about condensing water on surfaces that have
22   hydrogen sulfide in it, but to me that would
23   probably be, you know, you know, if you're
24   having water condense on your surfaces after

144

Myatt

1    you take a shower in some other part of the
2    room, that doesn't seem very realistic to me.
3        I mean I guess the question to me
4    is, if that is the theory, which it seems
5    like it's a theory, then I would love to have
6    a chance to analyze some actual document that
7    kind of fully lays out that theory, because I
8    don't think that's, to me, that really hasn't
9    been done.  It seems like there's been some
10   discussion about it in the depositions, but
11   that's it.
12   Q.  And I understand you may have
13   issues about the reports that have been
14   issued so far, but my question to you still
15   stands:  Theoretically, if the bacteria were
16   growing in the drywall and had access to that
17   hydrogen sulfide, in theory, it could produce
18   sulfuric acid?
19       MR. AYALA:  Objection, lack of
20   foundation, calls for speculation.
21   A.  I don't know if we know that for
22   Sulfobacillus, ST, because we don't know
23   about how it works with hydrogen sulfide in
24   particular.  And I don't -- I mean to me,

145

Myatt

1    there is just so many things to speculate.  I
2    don't think I can even come close to saying
3    one way or the other on that.
4    Q.  But as you sit here today, can you
5    say it's definitely not possible?
6        MR. AYALA:  Objection.
7        Go ahead.
8    A.  It's highly unlikely.
9    Q.  And based on what?
10   A.  Based on all those things that I've
11   just been talking about, that we don't know
12   about Sulfobacillus, in terms of the H2S.  We
13   don't know if there is available H2S in
14   water, in condensate.  We don't know about
15   the temperature, Sulfobacillus likes 50
16   degrees C.  None of these homes are, you
17   know, no home is 50 degrees C.  We don't know
18   about the acidic nature of the environment.
19       So it seems like there is many,
20   many sort of steps in the process that are
21   gaps.
22   Q.  I think we'll talk about that here
23   in a second in the report.
24       But you said that the Sulfobacillus

37 (Pages 142 to 145)

146

Myatt

1
2  thermosulfidooxidans likes 50 C.  That's its
3  optimal preferred growing temperature,
4  correct?
5       A.  That's my -- yes, I've seen some
6  reports that talk about that.
7       Q.  That doesn't mean -- let me ask you
8  this:  What does that mean to you, optimal
9  growing temperature?
10       A.  That means, you know, I understand
11  that the, you know, the optimum is different
12  from the range that it can grow.  But I
13  haven't seen anything that talks about
14  Sulfobacillus growing in a normal indoor
15  environment of 20 C or anything like that.
16       I think there is actually one study
17  that actually cut off the temperature range.
18  They produced a bell curve of 50, around 50,
19  as being the optimum.  That didn't even go
20  down to temperatures too low, because I
21  think the understanding is that it's, you
22  know, it's far removed from its optimal
23  growth.
24       MR. AYALA:  At room temperature?
25       THE WITNESS:  Yes.

147

Myatt

1
2       Q.  And room temperature is 20 C?
3       A.  Around 20 C.  That's 68, 70,
4  something like that.
5       Q.  What is that, F?  70, okay.
6       And did you cite that paper in your
7  report that talks about the limitations on
8  the temperature variation of Sulfobacillus
9  thermosulfidooxidans?
10       A.  I believe the one I'm referring to
11  is, it's on page 9 in my report, where I --
12  there is 49, 50 and 51, so it's -- it's
13  either 49 or 50, I can't recall exactly which
14  of those two.  I think probably -- I'm not
15  sure.
16       Q.  And it's your position that you
17  recall either 49 or 50, being on footnotes 49
18  of your report, states that Sulfobacillus
19  thermosulfidooxidans cannot survive at
20  temperatures -- at room temperature?
21       A.  No, I didn't say that.
22       MR. AYALA:  Objection.
23       Q.  I misunderstood you, then.
24       A.  All I'm saying is that they didn't
25  experiment with the bell curve where they

148

Myatt

1
2  grew the organism at various temperatures, so
3  on the bottom axis is temperature, and at the
4  top of the bell curve was around 50, and it
5  could obviously grow at temperatures above
6  and below 50.
7       But I believe, if I'm recalling the
8  figure correctly, they didn't look at
9  temperatures around 20 or at room
10  temperature, because it was such -- the
11  bottom of the bell curve.  That also, I think
12  is -- it's important to think about is, that
13  is, while it's looking at different
14  temperatures, it's also looking at, you know,
15  it's basically growing it in a media, if I
16  recall correctly.  So it has all the other
17  conditions that are -- that it would -- that
18  it prefers, so the right pH, the right amount
19  of water, the right, you know, the right
20  reduced sulfur, et cetera.
21       Q.  And it appears from looking at the
22  titles of those three reports, in those
23  papers, obviously -- not obviously, I haven't
24  reviewed those.  Weren't they trying to grow
25  the bacteria in optimal conditions in those

149

Myatt

1
2  reports?
3       MR. AYALA:  Objection.
4       A.  Yeah, that may be the case, because
5  they're looking at, you know, they're trying
6  to utilize that strain in a specific
7  procedure for, you know, some sort of
8  metallurgy to leach out the metal.
9       Q.  Right.
10       MR. WARWICK:  Let's go off the
11  second for a second.
12       THE VIDEOGRAPHER:  Here ends video
13  recording number 2.  The time is 12:19.
14  We are off the record.
15       (Lunch recess taken at 12:19 p.m.)

38  (Pages 146 to 149)

150

Myatt

1
2       A F T E R N O O N   S E S S I O N
3         (Time noted: 1:07 p.m.)
4       T H E O D O R E   M Y A T T, resumed.
5       EXAMINATION (Cont'd.)
6       BY MR. WARWICK:
7           THE VIDEOGRAPHER: Here begins
8       video recording number 3. The time is
9       13:07. We are on the record.
10          Q. Okay. Dr. Myatt, before we broke
11      for lunch, we were going through your report.
12      And we finished section 2, and we were
13      turning over to section 3, on page 6 of your
14      report.
15          Would you find that section,
16      please?
17          A. Yep.
18          Q. And this section talks about the,
19      it's entitled, "High Heat of the Drywall
20      Production Process Makes the Production --
21      Production Facility an Unlikely Source of
22      SRB."
23          The first paragraph of this section
24      talks about the fact that a number of species
25      of SRBs are spore-based bacteria, correct?

151

Myatt

1
2           A. Spore forming, yes.
3           Q. Spore forming. And you also talk
4       about some papers and some discussions of
5       certain spore-forming bacteria which can
6       survive extreme temperatures, correct?
7           A. Correct.
8           Q. But those species are all SRBs in
9       your paper, correct?
10          A. The one, yeah, specifically that
11      was mentioned, the Desulfotomaculum, yes.
12          Q. Would the statements in your report
13      in this first paragraph still hold true for
14      sulfur-oxidizing bacteria which produce
15      spores?
16          MR. AYALA: Objection.
17          A. Which specific statement, that --
18      the title?
19          Q. We will just go through it. If you
20      take that first sentence, "A number of
21      species of SOB," sulfur-oxidizing bacteria,
22      "produced spores which are capable of
23      surviving extreme conditions."
24          Would that be true for SOBs?
25          MR. AYALA: Same objection.

152

Myatt

1
2           A. Yes.
3           Q. And "Several species of SRBs are
4       thermophilic, in that the normal temperature
5       range that these organisms grow is 190
6       degrees Fahrenheit."
7           2 -- I'm sorry, "190 degrees
8       Fahrenheit to 172 degrees Fahrenheit."
9           There is no citation after that
10      statement, so I didn't know if that was just
11      your general understanding, or that was a
12      paper you were referring to specifically.
13          A. I think that's sort of the, you
14      know, the temperature range that you see
15      cited as, you know, we consider an organism
16      to be thermophilic, if it grows within that
17      range generally. So it's not even something
18      that's necessarily specific to SRBs but to
19      thermophilic bacteria in general.
20          Q. So then it wouldn't necessarily
21      also apply to sulfur-oxidizing bacteria?
22          A. Potentially.
23          Q. I don't mean to jump on you, but
24      for the court reporter --
25          A. Sure.

153

Myatt

1
2           Q. -- if you could wait until I'm
3       done, before you agree, it's just -- I do the
4       same thing. No problem.
5           And so the next sentence saying:
6       "Spores from thermophilic bacteria are able
7       to survive temperatures exceeding 250 degrees
8       Fahrenheit."
9           Because -- again, in that sentence
10      were you also talking generally about
11      thermophilic bacteria --
12          MR. AYALA: Objection.
13          Q. -- generally, or were you talking
14      about sulfur-reducing bacteria specifically?
15          A. I think we're still talking about
16      the, you know, generally thermophilic
17      bacteria, which then leads into that next
18      statement.
19          Q. And then the next sample is an
20      example of a specific SRB called
21      Desulfotomaculum --
22          A. Correct.
23          Q. -- and its specific properties.
24          Since you have had a chance to
25      review Dr. Straus' supporting papers that

39 (Pages 150 to 153)



154

Myatt

1      Myatt
2   were provided and his deposition testimony
3   and the deposition testimony of Sam Sutton,
4   have you had an opportunity or have you
5   looked at any studies regarding the
6   temperature extremes that can be withstood by
7   sulfur-oxidizing bacteria?
8          MR. AYALA:  Objection.
9       A.  I haven't had an opportunity to do
10  that.
11      Q.  And so in your paper you had a
12  specific, reference to a specific SRB
13  identified as Desulfotomaculum.
14         As we sit here today, you can't
15  tell me about any, or can you tell me about
16  any specific temperature ranges like that for
17  spores of sulfur-oxidizing bacteria?
18         MR. AYALA:  Objection.
19      A.  Not specifically.  I think I used
20  that specific spore as a -- as far to the
21  extreme as I could find, as one that is, this
22  is, you know, they talk about it being, you
23  know, basically at the top of the line, in
24  terms of survivability.
25         But that being said, I haven't seen

155

1      Myatt
2   any papers that talk specifically about
3   sulfur-oxidizing bacteria and their, the
4   ability of their spores to survive similar
5   temperatures.
6       Q.  Okay.  Have you seen papers that
7   state that their spores cannot withstand
8   certain temperatures?
9          MR. AYALA:  Objection, lack of
10  foundation.
11      Q.  When I say their spores, I mean
12  sulfur-oxidizing bacteria.
13      A.  No, other than just, like I said,
14  that this particular SRB is talked about as
15  being like the hardiest of the hardy sort of
16  bacteria.
17         But that being said, I haven't seen
18  any that -- haven't been able to find or seen
19  any that talked about the survivability of
20  SOBs' spores.
21      Q.  Just one way or another.
22      A.  Yeah.
23      Q.  And just to be clear, down the
24  second paragraph, then, you start talking
25  about the deposition of Jeff McChesney and

156

1      Myatt
2   the temperatures that he discussed in his
3   paper -- or, I'm sorry, in his deposition.
4   And then towards the bottom of that second
5   paragraph on page 6 of your report, it
6   states, "The drywall -- the core drywall
7   temperature during this process was measured
8   and determined to be 230 degrees Fahrenheit
9   to 275 degrees Fahrenheit."
10         MR. AYALA:  237 to 275.
11         MR. WARWICK:  Yeah, 237.  What did
12  I say?
13         MR. AYALA:  230.
14      Q.  237 to 275 Fahrenheit, do you see
15  that section?
16      A.  Yep.
17      Q.  And have you seen any specific
18  papers that talk about the ability of
19  sulfur-oxidizing bacteria to be able to
20  withstand a temperature of 237 degrees, one
21  way or the other?
22         MR. AYALA:  Objection.
23      A.  No, no, that I haven't, no.
24      Q.  Do you know what, do you happen to
25  know what the temperature of the

157

1      Myatt
2   pasteurization process is?
3       A.  Essentially boiling, so over 200.
4   I'm not exactly sure.
5       Q.  You don't know exactly how far over
6   200?
7       A.  No.
8       Q.  That's 200 degrees Fahrenheit?
9       A.  Yeah.
10      Q.  Over that?
11      A.  I, you know, don't know
12  particularly.
13      Q.  Do you know of any form -- have you
14  read any research papers regarding the
15  bacteria genus Alicyclobacillus?
16         MR. AYALA:  Objection.
17      A.  Alicyclobacillus, not, not that I
18  recall specifically.
19      Q.  How about any papers about the
20  genus Alicyclobacillus -- to see if I could
21  refresh your recollection -- being present
22  and proliferating in fruit juice that has
23  been through the pasteurization process?
24         MR. AYALA:  Objection.
25      A.  No.

40  (Pages 154 to 157)

158

Myatt

1    Myatt
2    Q.  Are you aware of any strains of the
3  bacteria Sulfobacillus thermosulfidooxidans
4  that have been recategorized as falling
5  within the genus Alicyclobacillus?
6    A.  I think I did see, I think maybe
7  Straus produced one of those papers,
8  essentially.
9    Q.  Right.
10    A.  I just probably glanced at it, but
11  I haven't looked at it in any detail.
12    Q.  Okay.
13    When you were reviewing the
14  information about Sulfobacillus
15  thermosulfidooxidans generally so that you
16  could understand their -- its
17  characteristics, did you -- were you able to
18  look at the different strains of that
19  bacteria, or did you just look at the strain
20  generally known as Sulfobacillus
21  thermosulfidooxidans?
22    A.  I mean, most of the papers I
23  identified may have had some reference to
24  specific strains, especially these ones that
25  they're trying to grow them under optimal

159

Myatt

1  conditions, the ones where they're looking at
2  them from a bioleaching point of view, so
3  they, I'm sure, used specific strains that
4  may have been identified in the methods of
5  those papers.
6    Q.  But you don't recall --
7    A.  No.
8    Q.  -- any specific strain having
9  particularly different characteristics that
10  some other strain of Sulfobacillus
11  thermosulfidooxidans?
12    MR. AYALA:  Objection.
13    A.  Not that, you know, not
14  specifically, no.
15    Q.
16    MR. WARWICK:  May I have this
17  marked, please.
18    (Exhibit 5, Document
19  entitled, "Reclassification of
20  'Sulfobacillus thermosulfidooxidans
21  subsp. Thermotolerans' strain K1 as
22  Alicyclobacillus toleras sp. nov. and
23  Sulfobacillus disulfidooxidans Dufresne
24  et al. 1996 as Alicyclobacillus

160

Myatt

1    Myatt
2  disulfidooxidans comb. Nov., and emended
3  description of genus Alicylcobacillus,"
4  marked for identification, this date.)
5    Q.  Dr. Myatt, do you recognize that
6  document?
7    A.  I think this is something that
8  Straus may have brought forth, perhaps.
9    Q.  So a few minutes ago, when you said
10  you thought there was something in the paper,
11  I realize you may not have read every word of
12  the paper --
13    A.  Yeah.
14    Q.  -- but does that appear to be the
15  same paper you were talking about?
16    A.  Yes.
17    Q.  And this talks about strain K-1 of
18  Sulfobacillus thermosulfidooxidans being
19  recategorized as a strain of the genus
20  Alicyclobacillus?
21    A.  Yep.
22    Q.  Is that your understanding?
23    A.  That specific strain of or
24  subspecies of the thermotolerant strain K-1.
25    Q.  Based on your understanding of

161

Myatt

1    Myatt
2  polymerase chain reaction DNA sampling, will
3  the DNA for a particular species of bacteria,
4  meaning in this case Sulfobacillus
5  thermosulfidooxidans, delineate between the
6  different strains of the same bacteria
7  species or just identify the bacteria species
8  itself?
9    MR. AYALA:  Objection, lack of
10    foundation.
11    A.  Well, it certainly won't tell you
12  which ones, you know, if it's strain K-1
13  versus strain whatever, presumably.  The --
14  and it may or may not, depending on the
15  primer set, identify a specific strain or may
16  not.  I think that depends on the primer set,
17  which I haven't had a chance to evaluate,
18  because it's not disclosed.
19    Q.  Okay.  And the -- if you look at
20  the end of this paper, it talks about --
21    A.  The last page?
22    Q.  Yeah.  If you look at the last page
23  there, in the left-hand column there's a
24  section that says, "Amended description of
25  the genus Alicyclobacillus."  And there is a

41 (Pages 158 to 161)

162

Myatt

1   temperature growth range in there that says
2   minus 20 to 70 degrees C is the temperature
3   growth range.
4      Do you see that?
5   A.  Uh-huh.
6      (Discussion off the record.)
7      THE WITNESS:  I'm sorry.
8   A.  Yes, I see that.
9   Q.  Do you understand that to be, to
10  mean, that paragraph, if you know, or if you
11  can tell from looking at the paper as much as
12  you have, whether that temperature range --
13  well, let me ask it this way:
14     Can you tell me the Fahrenheit
15  equivalent to 70 Celsius?
16  A.  I would have to whip out my
17  calculator.
18  Q.  Do you know the formula for
19  converting Celsius?
20  A.  I would have to -- I have an app
21  for that.  I don't need to know that anymore.
22  Q.  Right, right, exactly.
23  A.  9/5ths and --
24  Q.  I believe you multiply by 9 and

163

Myatt

1   then you --
2   A.  Divide by 5 --
3   Q.  Yeah, divide by 5.
4   A.  -- plus 32.
5   Q.  Right.
6      Do you understand that the new, the
7   former strain of Sulfobacillus
8   thermosulfidooxidans, that therefore, in the
9   analysis that was done in this paper, would
10  mean that the temperature growth range for
11  that strain would fall within that category
12  of less than 20 to 70 degrees C?
13     MR. AYALA:  Objection to form.
14  Q.  Is that how you read that section?
15  A.  Yeah.  I mean I would like to see a
16  bit more of the other references.  I don't
17  particularly know.  I would say that just the
18  name, you know, that by indicating that it
19  has that sort of growth range, that to me
20  means that it's probably much less likely to
21  survive the production process.
22     But I -- you know, I haven't had a
23  chance to really evaluate this paper in any
24  detail.

164

Myatt

1   Q.  All right.
2      MR. WARWICK:  This is the only copy
3   I have of this.
4      Madam Court Reporter, can I have
5   that marked, please.
6      (Exhibit 6, Document
7   entitled, "Alicyclobacillus, the
8   Beverage Industry and the BioSys,"
9   marked for identification, this date.)
10     MR. WARWICK:  Before I hand this to
11  you, Dr. Myatt, I'm going to give this
12  to your counsel.
13     I want to switch that document with
14  you, Dr. Myatt, so my notes aren't on
15  there.
16  Q.  First of all, doctor, I don't
17  suspect that you've seen that document
18  before, correct?
19  A.  Correct.
20  Q.  This appears to be an article from
21  a publication called rapid microbiology.
22     Are you familiar with that
23  publication?
24  A.  No.

165

Myatt

1   Q.  The paper talks about a bacteria
2   set, class called Alicyclobacillus, and it
3   talks generally about spoilage problems from
4   the fruit juice industry.
5      And what was interesting is,
6   obviously, would you consider a fruit juice
7   like apple juice, would you consider that to
8   be an acidic environment?
9      MR. AYALA:  Objection.
10  A.  I don't know for sure.  I think
11  that that's probably the case.
12  Q.  Okay.  In the third paragraph down
13  that starts with the word Alicyclobacillus,
14  that paragraph reads, "Alicyclobacillus are
15  sometimes called the acidophilic/thermophilic
16  bacteria.  As the name implies, ATB," which I
17  guess is the abbreviation for the
18  Alicyclobacillus, "grow well in acidic
19  environments, surviving at pH levels as low
20  as 2.5.  The bacteria also grow well at
21  elevated temperatures."
22     And then the sentence says, "The
23  spores can survive the pasteurization
24  treatment given to most shelf-stable glass

42  (Pages 162 to 165)

166

```
1            Myatt
2    packaged fruit juices. The heat treatment
3    activates the spores to begin growth. Most
4    contamination problems show up several days
5    after bottling."
6            Okay. So now we have a strain of
7    Sulfobacillus thermosulfidooxidans which is
8    called K-1 that was reclassified as an
9    Alicyclobacillus. And the Alicyclobacillus
10   bacteria is known to be able to produce
11   spores that can withstand pasteurization.
12           Do you know, as you sit here today,
13   whether Alicyclobacillus is a
14   sulfur-oxidizing bacteria?
15           MR. AYALA: Objection. I really
16       object to any more questions regarding
17       Alicyclobacillus. It's beyond the scope
18       of the complaint and any timely produced
19       expert report.
20   A.  I don't know.
21   Q.   Do you happen to know what the --
22   what the document refers to as the
23   pasteurization treatment, do you know what
24   process that statement refers to?
25           MR. AYALA: Objection, lack of
```

167

```
1            Myatt
2    foundation.
3    A.  I mean I know generally what it is,
4    but I don't know the details about, about it.
5    I don't know the details about, you know, the
6    statements that grow well at elevated
7    temperature, what temperatures they're
8    talking about. I don't know where any of
9    that, the basis of any of those statements in
10   that paragraph.
11   Q.  Okay. Fair enough.
12           I was specifically referring to the
13   pasteurization process. Do you happen to
14   know the temperature that's reached in the
15   pasteurization process?
16           MR. AYALA: Same objection.
17   A.  Not offhand.
18   Q.  Okay. Let's go back to your
19   report, then.
20           There's a statement here that says,
21   "The core drywall temperature during this
22   process was measured and determined to be
23   230 degrees F to 275 degrees F."
24           MR. AYALA: 237 to 275.
25           MR. WARWICK: What did I say?
```

168

```
1            Myatt
2           MR. AYALA: 230.
3           MR. WARWICK: Oh, really?
4           THE WITNESS: Again?
5    Q.   237 to 275 Fahrenheit.
6    A.  Yeah.
7    Q.   Now, there is a footnote 41 listed
8    after that sentence, correct?
9    A.  Correct.
10   Q.   And that paper cited in the
11   footnote at the bottom of that page talks
12   about a paper that was done by a fellow by
13   the name of Ralph Moon; is that correct?
14   A.  By HSA Engineers & Scientists?
15   Q.   It's signed by Ralph Moon.
16           Is that the same paper?
17   A.  I believe so.
18   Q.   Does it describe a process where
19   they take some glass tubes and put a filament
20   inside and place those glass tubes in the
21   drywall as it's going through the
22   manufacturing process?
23   A.  Yes, that's my understanding.
24   Q.   Did you participate in that testing
25   in any way?
```

169

```
1            Myatt
2    A.  No.
3    Q.   When you evaluated that test, did
4    you look at the appropriateness of the
5    methodologies used by HSA Engineers &
6    Scientists?
7    A.  No.
8    Q.   Did you take their findings at face
9    value?
10           MR. AYALA: Objection, form.
11   A.  Yes.
12   Q.   So would you agree with me that
13   their findings determined that -- well, first
14   of all, would you agree with me that their
15   test methods placed a number of glass tubes
16   in the drywall that had different filaments
17   of certain elements or materials or --
18   A.  Compounds.
19   Q.   -- combinations or, what would you
20   use?
21   A.  I said compounds made of different
22   chemicals.
23   Q.   Okay, right, different chemical
24   compounds that have a known melting point,
25   correct?
```

43 (Pages 166 to 169)

170

Myatt

1   A.  That's my understanding, yes.
2   Q.  Okay.  And so when they ran the
3   board through the heating process at National
4   Gypsum, they were then able to cut the glass
5   tubes out and determines which ones had
6   melted; is that your understanding?
7   A.  Generally, yes.
8   Q.  Do you have any recollection of why
9   they chose the particular size glass tubes
10  they chose?
11      MR. AYALA:  Objection, lack of
12  foundation.
13  A.  No, I can't -- I don't.
14  Q.  You didn't look at the report for
15  that level of detail?
16  A.  Not that specifically, no.
17  Q.  And you weren't asked to evaluate
18  that report for its sound scientific basis?
19      MR. AYALA:  Objection, form.
20  A.  No, I was not asked that.
21  Q.  And is it your understanding that
22  the last compound to reach the melting
23  temperature has a known melting temperature
24  of 237 degrees?

171

Myatt

1   A.  I would have to look at the report
2   and see.
3   Q.  So was it -- I'm just trying to
4   find out the range here.
5       Is it your understanding that the
6   range was between the two compounds, one
7   melted and one didn't, and they know the
8   melting of the first compound and they know
9   the melting temperature of the second
10  compound that didn't melt, and therefore they
11  just have this range between the 237 and 275.
12      Is that your understanding of the
13  report?
14  A.  Again, I would have to look at the
15  report to see that.
16  Q.  Did you happen to determine, when
17  you looked at that report, whether the tubes,
18  the glass tubes that contain the compounds
19  were placed in the drywall slurry at a point
20  where they were in contact with the paper?
21      MR. AYALA:  Objection to form, lack
22  of foundation, too.
23  Q.  If you know.
24  A.  I don't recall.

172

Myatt

1   Q.  Okay.  Did you do any other --
2   actually, let me put it this way:  Did you
3   contact National Gypsum and find out if they
4   had any other data telling them what the
5   temperature of the board was at the Apollo
6   Beach plant during the years prior, meaning
7   from 2001 until whatever date the HSA test
8   was run?
9       MR. AYALA:  Objection.
10  A.  No.
11  Q.  So you based this determination
12  only on that HSA report, nothing else from
13  National Gypsum?
14  A.  Correct.
15  Q.  And you didn't ask them for any
16  other supporting data?
17      MR. AYALA:  Objection, asked and
18  answered.
19  A.  No.
20  Q.  No, okay.
21      Did you do any other analysis of
22  drywall manufacturing processes across --
23      MR. WARWICK:  Let me start over.
24  Q.  Do you have any understanding of

173

Myatt

1   any drywall temperatures of the manufacturing
2   process, so the core of the gypsum in the
3   manufacturing process for Chinese wallboard?
4       MR. AYALA:  Objection.
5   A.  No.
6   Q.  Do you know if anybody has that
7   data, or have you ever seen that data?
8   A.  No.
9   Q.  When EH&E was doing its tests of
10  the Chinese wallboard, do you know if anybody
11  ever asked the Chinese manufacturers to give
12  or provide temperature -- core temperatures?
13      MR. AYALA:  Objection, lack of
14  foundation.
15  Q.  If you know.
16  A.  Not that I know.
17  Q.  Do you know if there was any -- do
18  you know the type of kiln they use at the
19  National Gypsum drywall plant in Apollo
20  Beach, Florida?
21  A.  Not other than the details
22  described in McChesney's deposition.
23  Q.  As you sit here today, do you know
24  whether the pasteurization process exceeds

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

174

Myatt

1 237 degrees Fahrenheit?
2
3          MR. AYALA: Objection.
4     A.  I don't know.
5     Q.  On the seventh page of your report,
6 it states that -- the sentence actually
7 starts on page 6.  It says, "Given the
8 temperature extremes and length of time that
9 temperatures are maintained during the
10 drywall production process, it is more likely
11 than not that the process would kill any SRB
12 spores, especially the spores for
13 non-thermophilic SRB."
14          Do you believe that sentence also
15 applies to spores from non-thermophilic SOBs?
16     A.  Yes.
17     Q.  And what do you base that on?
18     A.  I think that's just the general
19 understanding of spores, that, you know,
20 using the one spore here that I've referenced
21 and the bacillus spore, you know, there's a
22 limit to what they can survive, not only in
23 terms of temperature, but in terms of the
24 length of time that they're exposed in this
25 production process.

175

Myatt

1
2          So, you know, based on those pieces
3 of evidence, I think that it's highly
4 unlikely that spores are going to survive;
5 and beyond that, to think that if they were
6 to survive, it's in the home they'll still
7 have the inappropriate conditions for growth
8 in the home.
9          So having a viable spore get
10 through this process or is picked up in the
11 transport or storage or whatever, of drywall,
12 you still -- it's sort of irrelevant.  You
13 still need the conditions for growth in the
14 home to generate any hydrogen sulfide or, in
15 the case of the Sulfobacillus, it doesn't
16 generate hydrogen sulfide, but, you know,
17 sulfuric acid.
18     Q.  You also talk about the ubiquitous
19 nature.  Your next sentence says, "Due to the
20 ubiquitous nature of SRBs, it's more likely
21 than not that the presence of SRB effect on
22 drywall samples would be due to SRB coming in
23 contact with drywall after leaving the
24 plant."
25          If -- and I think we clarified this

176

Myatt

1
2 earlier, but both SOBs and SRBs are, in your
3 opinion, ubiquitous, correct?
4     A.  Correct.
5     Q.  Including the five strains of SOBs
6 that were identified by Realtime Labs?
7     A.  I haven't seen any evidence to the
8 opposite.
9     Q.  Right.  So you would expect to find
10 those bacteria within the drywall plant
11 itself?
12          MR. AYALA: Objection.
13     A.  I haven't seen any data to say that
14 there is or there isn't.
15     Q.  Right.  They're ubiquitous, and
16 they're here in this conference room.
17 They're ubiquitous, and they're likely to be
18 in the plant as well, correct?
19     A.  I don't know about likely, but it's
20 not unlikely.
21     Q.  Well -- the reason I say that
22 because you say it is more likely than not,
23 okay, that the presence of SRB came in
24 contact with the drywall after leaving the
25 production plant, okay?

177

Myatt

1
2          And my question involves that
3 juxtaposition, the statement that they're
4 ubiquitous, and then your statement that
5 says, you know, as a scientist, it's more
6 likely than not that they came into contact
7 with the drywall after it left the plant.
8     A.  Maybe I should clarify that.  I
9 would probably clarify that by saying it's
10 more likely than not that the presence of
11 viable SRB detected on drywall samples is --
12 is due to exposure at some point after the
13 plant; because the heating process, in my
14 opinion, is more likely than not to kill
15 these spores, and so they're no longer
16 viable.
17          That doesn't mean anything that we
18 can't detect their DNA, but -- so that
19 preface should be there, that the presence of
20 viable SRB detected, so when we detected, you
21 know, detected viable SRBs, then it seems, in
22 my opinion, unlikely that it came from the
23 plant and made its way through that heating
24 process.
25     Q.  Okay.  Let's talk about the

45  (Pages 174 to 177)

178

Myatt

1  viability.
2      Am I correct that your -- on page
3  12 of your report, you talk about the enzyme
4  testing done by Realtime Labs, correct?
5      A.  Correct.
6      Q.  And it's just one paragraph
7  regarding that test.
8      What do you understand the enzyme
9  test that was performed by Realtime Labs to
10  be testing for?
11      A.  Tests for the -- a specific, the
12  activity of a specific enzyme, APS reductase.
13      Q.  And when you say the activity of
14  the enzyme, is it the enzyme that's active,
15  or is it the bacteria that's active, and that
16  activity produces the enzyme?
17      A.  Correct, it's the -- the -- the
18  organisms producing that enzyme.
19      Q.  Okay.  And if the organism were
20  dead, it would not be producing the enzyme,
21  correct?
22      A.  It could have.  I mean the enzyme
23  could be internal to the organism, though,
24  and have it there available and may be

179

Myatt

1  detectable.
2      Q.  Really?
3      And so it's your opinion that the
4  enzyme test that was used by Realtime Labs is
5  able to detect the enzyme adenosine
6  5'-phosphosulfate reductase from nonliving
7  bacteria?
8      A.  Well, I mean the -- in this
9  particular case, the APS test or the APS
10  reductase test was done on cultured
11  organisms, so they were cultured, and
12  something was growing in those, in those
13  cultures.
14      You know, again, it goes back to,
15  were they growing on the drywall, we don't
16  really know that.  We know that they,
17  something was growing on the culture that was
18  used in those tests, which it's unclear in
19  the reports by Sutton and evaluated by
20  Straus, if that -- if the -- if the culture
21  that was used for those tests was the paper
22  culture or the core gypsum culture.
23      Q.  Okay.  Whether or not it's
24  explained specifically in the test, would it

180

Myatt

1  make a difference?
2      I mean if it was in the gypsum core
3  material, and the enzyme test was run on the
4  culture material that was grown from the
5  core, then the test was designed to pick up
6  active bacteria --
7      MR. AYALA:  Objection.
8      Q.  -- growing in that culture,
9  correct?
10      MR. AYALA:  Objection.
11      Go ahead.
12      A.  Can you repeat the question?
13      Q.  I'm just trying to get to your
14  statement that it can also detect enzymes
15  from dead bacteria.
16      A.  Yeah, I mean I don't think we've
17  really -- sorry to interrupt -- I don't we
18  really know the, one way or the other.
19      Q.  Did you have a chance to review the
20  paperwork that came, you know, was an exhibit
21  to the Realtime Labs report regarding the
22  enzyme test?
23      A.  Briefly, yes.
24      (Exhibit P, The Use of

181

Myatt

1  Epifluorescent Microbiology and
2  Quantitative Polymerase Chain Reaction
3  to Determine the Presence/Absence and
4  Identification of Microorganisms
5  Associated With Domestic and Foreign
6  Wallboard Samples," marked for
7  identification, this date.)
8      MR. WARWICK:  It's been previously
9  marked as Exhibit Q, so we are just
10  going to mark it again as Exhibit Q.
11      (Exhibit Q, Document entitled,
12  "RapidChek II SRB Detection System,"
13  marked for identification, this date.)
14      Q.  Is there anything in this document
15  that led you to believe that the test
16  methodology would pick up reductase enzymes
17  from dead bacteria?
18      A.  Not that I recall.
19      I mean I guess that's based on some
20  knowledge of enzymes tests in general, if
21  you, let's say you're looking for an enzyme
22  that's produced by a human cell.
23      Q.  Okay.
24      A.  If you fix that cell, so it killed

46 (Pages 178 to 181)

182

Myatt

the cell, you can still get a positive enzyme
test.

Q.  Okay.
A.  So I don't think this document
maybe describes it, that I've seen, so; but
it's based on general knowledge of tests like
that --

Q.  Okay.
A.  -- that are similar.
Q.  And the RapidChek II SRB detection
system that's described in Exhibit 2 has a
methodology by which the amount of bacteria
can be quantified; is that correct?
MR. AYALA:  Objection to form.
A.  So it has -- you can interpret the
darkening, is my understanding.
Q.  Right, if you look at the front
page there's a piece of paper there that
says, "The RapidChek II," and obviously this
copy is in black and white.  But -- and then
above it, it talks about, there's four,
five boxes on the little piece of paper that
says RapidChek II in the picture.
Do you see that?

183

Myatt

A.  Yes.
Q.  And it gets darker.  It's described
in the paper as getting, becoming darker
shades of blue; is that your understanding?
A.  Correct.
Q.  And is it your understanding that
the darker the blue -- I should ask you.
What is your understanding of the
results, if they're a darker blue color
within the established time frame?
A.  I would imagine that means darker
SRBs.  So, you know, that's one question that
was raised was, that would be interesting
information that was not provided by RT --
RTL, so that would have been interesting to
know, was it a very low response or a high
response.  It's not clear from what they've
provided.
Q.  Okay.  What would it tell you, if
it was a high response?
A.  You know, they were able to grow,
more SRB was able to grow, potentially, in
the culture that was present.
I guess the -- you know, I would

184

Myatt

have to know a little bit more about this
test, because it's almost like -- one
question would come to mind is, is this test
really designed for culture at all, which I
don't think it is.  It's -- it's designed for
a water sample.
So if you had a water sample, they
might expect, the developers of this test, to
really be, have a range of SRB that they're
trying to target.  You know, they're trying
to target from nothing to what they might
consider to be a very high level in water.
That's completely different than
what would be very high in a culture, because
you're now growing that organism actively,
potentially; and so I don't know, you know,
if you could really sort of calibrate it.  I
kind of vaguely see numbers on that card, ten
to the something, whatever it is, ten to the
third, ten to the fourth, ten to the fifth,
number of organisms.  That may not
necessarily be calculated very accurately
for, for cultures.  So it really indicates to
me that it's not a great test for -- if

185

Myatt

you're using the starting point of culture.
Q.  In your report at page 12,
discussing the enzyme test, you also state
that, the first sentence talks about the APS
reductase, and then it says, "However, it can
also be found in sulfur-oxidizing bacteria
that are not capable of producing H2S."
In that sentence, the word "it"
refers to the APS reductase, correct?
A.  Correct.
Q.  Okay.  And so is it your
understanding that the enzyme that's being
produced by the SRBs is the same enzyme
that's produced by SOBs?
MR. AYALA:  Objection to form.
A.  I think what those papers talk to,
the ones that I referenced talk about
specific species of SOBs that appear to have
that, that enzyme.  And so in the first one,
the Odom one, I think the conclusion was
that, I know that there is a Thiobacillus and
some others, but there was not Sulfobacillus
in that list.  It has the -- it cross-reacts
with, with their antibody assay.

47 (Pages 182 to 185)

186

Myatt

1
2       And then the second one talks about
3   identifying the gene that relates to that
4   enzyme in, in other sulfur-oxidizing
5   bacteria, but again, not Sulfobacillus.
6       Q.   And if neither one of those
7   reference Sulfobacillus, were they looking
8   for Sulfobacillus and concluded that it did
9   not produce the enzyme, or do you recall
10  whether they were simply, you know,
11  investigating it and testing other
12  sulfur-oxidizing bacteria?
13      MR. AYALA:  Objection, calls for
14  speculation.
15      A.   Yeah, I don't know, you know, I
16  haven't seen any evidence that shows that
17  Sulfobacillus has that enzyme.
18      Q.   That's what I'm asking.  Do either
19  of these reports say for sure it does not
20  have that enzyme?
21      MR. AYALA:  Objection.
22      A.   Not that I know of.  Not that I'm
23  aware that -- you know, the studies don't say
24  that something doesn't have it.
25      Q.   Right.  So my point is they don't

187

Myatt

1
2   specifically address Sulfobacillus
3   thermosulfidooxidans directly and say whether
4   it does or does not have the specific enzyme?
5       A.   I'm not sure about of the Meyer
6   paper, actually.  That may.  I'd have to look
7   and see.  If I recall right, they did look at
8   a list.
9       But the Odom paper, I think you're
10  correct, I think they probably did not look
11  at Sulfobacillus.
12      Q.   If you will turn to page 11 of your
13  report, it talks about inappropriate
14  microbiological methods, in your opinion,
15  that were used by plaintiffs' experts.
16  Section 5.1 talks about inappropriate culture
17  methods, and the second paragraph there talks
18  about the two methods that were used by
19  Realtime Labs, the first one being the method
20  described as API RP38 and the anaerobic
21  culture median specific to SRB.
22      In your first report that you
23  authored for EH&E -- there are so many
24  acronyms.
25      A.   EHE.

188

Myatt

1
2       Q.   -- EHE, the initial report that you
3   did, it was today's Exhibit Number 1, where
4   you designed and you were the primary author
5   of the report talking about some culture
6   tests that were done on SRBs, correct?
7       Correct?
8       A.   I'm sorry, I missed the question.
9       Q.   This report that's from EHE and
10  designated as Myatt-1 is the report that you
11  authored, correct?
12      A.   Correct.
13      Q.   And it talks about some culture
14  samples that were tested, some samples that
15  were tested via culture.  And you were
16  looking for SRBs in that, in that test,
17  correct?
18      A.   Correct.
19      Q.   And in that test you used a pH
20  neutral media, correct?
21      A.   Correct.
22      Q.   And you -- it was an anaerobic
23  culture, correct?
24      A.   Correct.
25      Q.   And how did you make it anaerobic?

189

Myatt

1
2       A.   You essentially fill the tube all
3   the way up, and then you can overlay mineral
4   oil.
5       Q.   Mineral oil, okay.
6       And that was designed by you to
7   detect sulfur-reducing bacteria, correct?
8       A.   I mean it's a standard method in
9   the standard methods for examination of water
10  and wastewaters, method 9240.  So it wasn't
11  designed by me, per se.  But it was, that
12  method describes the broth, the temperature,
13  the length of time to culture it, et cetera,
14  and how to make it anaerobic.
15      Q.   Right.  But it wasn't specifically
16  designed to test drywall samples, correct?
17      A.   Correct.
18      Q.   And you -- and in fact, it was
19  specifically designed to test wastewaters,
20  correct?
21      A.   Yes.  That's why it says a
22  modification of the method, so we indicated
23  that it's a modification of that method
24  there.
25      And so obviously there are no

48 (Pages 186 to 189)

Myatt

1
2  standard methods for culturing drywall, and
3  so we evaluated the best approach to do that.
4  And so the modification, really, the only
5  change is solid drywall powder versus -- or a
6  dilution of the extract versus a liquid
7  sample that you would have for wastewater.
8      Q.  Right.  Do you think the
9  distinction of adding powdered drywall versus
10  a liquid sample materially affected the
11  results of your culture test?
12      MR. AYALA:  Objection.
13      A.  I don't think so.  I mean I don't
14  think that's where I was necessarily going
15  with the API method.  I mean the API method
16  is 30 years old and withdrawn as the standard
17  method, and so -- and they didn't necessarily
18  follow the method or describe the
19  modifications of the method in their paper.
20  And so, you know, as we, I thought, carefully
21  evaluated the best approach, did it in a way
22  that's quantitative, which RPI -- sorry, RTL
23  could have done as well.  They chose not to
24  do it as a quantitative method, for some
25  reason.

Myatt

1
2      So I think those are the big
3  differences.  I mean I understand that, you
4  know, you're kind of in a bind, really, when
5  you want to use a method on a solid media,
6  perhaps, and there's really only liquid-based
7  methods, but it's something that we had to
8  deal with.
9      Q.  Okay.  And like you said, the API
10  RP 38 had been used as a method for over
11  20 years, before it was withdrawn, correct?
12      MR. AYALA:  Objection.
13      A.  Something -- I don't know when it
14  was -- went into in force.
15      Q.  1975?
16      A.  1975 was when the first version of
17  it, I wasn't sure; and then it was
18  republished in 1982, is my understanding.
19  Yeah, so it was used for some amount of years
20  as the method for the petroleum industry.
21      Q.  And it was actually designed to
22  detect sulfur-reducing bacteria for the
23  petroleum industry, correct?
24      A.  Correct, which kind of leads me to
25  wonder what RTL is doing, if their primers

Myatt

1
2  and probe and PCR were designed to
3  specifically not detect sulfur-reducing
4  bacteria, why they were using an anaerobic
5  media to look for sulfur-reducing bacteria.
6  Those have, that doesn't make a heck of a lot
7  of sense.
8      Q.  Why do you believe they weren't
9  interested in looking to see if there were
10  sulfur-reducing bacteria present?
11      MR. AYALA:  Objection,
12  mischaracterizes the testimony.
13      A.  I mean I don't know if they weren't
14  interested, but it seemed from the report,
15  you know, if they're using the culture from
16  that particular method as the basis of their
17  PCR later on, that would indicate to me that
18  they were not interested in reduced,
19  sulfur-reducing bacteria or didn't know the
20  difference and were using that method, the
21  culture method, as the basis of PCR for
22  sulfur-oxidizing bacteria.
23      Q.  But you don't have any, nothing
24  you've read from the deposition testimony or
25  the reports leads you to believe that at the

Myatt

1
2  time they chose the media, that they had
3  specifically decided to, you know, to run
4  PCR?  You don't know when that decision was
5  made?
6      MR. AYALA:  Objection, lack of
7  foundation.
8      A.  I mean other than, I mean I guess
9  maybe it's speculation on my point, but they
10  had produced that Hooper paper that was
11  looking at those five bacteria that were
12  oxidizing bacteria; and so it seems like they
13  -- they kind of fell in line, that they were
14  looking for those five oxidizing bacteria
15  from the start.
16      Q.  The second culture method used by
17  RTL is an aerobic culture, and you say in
18  here it was designed to grow general
19  bacteria; is that correct?
20      A.  Correct.
21      Q.  And you also state that "In this
22  method many types of bacteria could grow and
23  result in a positive test."
24      Can you say for certain whether any
25  of the five bacteria identified by RTL will

194

Myatt

1      **Myatt**
2  **not, will definitely not grow in that second**
3  **media?**
4      A.   I mean I would say it's highly
5  unlikely.  I would say that, you know, any
6  indication by Straus that that helped him
7  determine that SOBs are present, that he
8  says, well, if it's culture positive, that
9  must mean that SRBs or SOBs are present is
10 incorrect.
11     But I would say it's highly
12 unlikely that an SOB would grow in that
13 media; but, you know, predominantly because
14 it's a competitive field out there, in terms
15 of bacteria.  The bacteria that are the
16 strongest will survive, and the bacteria that
17 can best utilize that media will be the ones
18 that proliferate and grow and overtake the
19 culture.
20     And SOBs and even SRBs -- and SRBs
21 are not, are not well-suited for that media.
22 That's why there are other medias for those
23 specific organisms.  If Hooper or Sutton was
24 interested in looking for those five
25 organisms, they could have used the

195

Myatt

1      Myatt
2  sulfur-oxidizing bacteria culture.  There are
3  recipe books out there that they could have
4  used specific for those five species, but
5  they chose not to, for some reason.
6      **Q.   Do you know what the pH of the**
7  **drywall samples themselves are?**
8      A.   Around 7, is my understanding.
9      **Q.   And so if you were trying not only**
10 **to find bacteria, but you were trying to find**
11 **bacteria active and growing in drywall --**
12     A.   Yes.
13     **Q.   -- wouldn't it make sense to you**
14 **that you would want to have a medium that**
15 **would grow the same bacteria that could grow**
16 **in drywall, if that was your concern?  If you**
17 **were worried about bacteria growing in**
18 **drywall --**
19     MR. AYALA:  Objection --
20     **Q.   -- would that not be a basis for**
21 **picking a neutral media?**
22     MR. AYALA:  Objection,
23 argumentative.
24     A.   Yeah, I mean I think, and that's
25 why -- well, I mean you want to choose a

196

Myatt

1  culture that is specific for that media,
2  sure.  But that doesn't mean that it leads
3  you to any conclusion that that would be SOB
4  growing in that media.  It's just highly
5  unlikely that it would be SOB growing in that
6  media.
7      **Q.   Right, but then you take a PCR of**
8  **that media, and they were able to use the PCR**
9  **to actually find the DNA of SRB from the**
10 **culture sample, so it's --**
11     A.   In some cases, but not all.
12     **Q.   Right, in some cases, not all.**
13     **And if they had --**
14     MR. AYALA:  You said SRB.
15     MR. WARWICK:  SOB is what I said.
16     MR. AYALA:  You said SRB.  I think
17 you meant to say SOB.
18     MR. WARWICK:  I did mean to say
19 SOB.  Thanks, Tom.
20     **Q.   So I think that was their typical,**
21 **was, you know, if drywall doesn't have a pH**
22 **that's neutral, and then you go and culture**
23 **the bacteria in something that's totally**
24 **different from the drywall, and you say,**

197

Myatt

1      **Myatt**
2  **well, look, let's see if bacteria will grow**
3  **from the drywall in a media that's so**
4  **different from the drywall.**
5      **But, you know, your statement**
6  **earlier is, these bacteria are ubiquitous,**
7  **okay.  So wouldn't that, if you put it in a,**
8  **if you put the drywall sample into a media**
9  **that was very, very different from drywall in**
10 **general, and it grew a sulfur-oxidizing**
11 **bacteria that is not capable of growing**
12 **within the drywall, well, then, wouldn't**
13 **you -- I mean what would you have proven?**
14     MR. AYALA:  Objection.  Objection
15 to the form.
16     A.   I mean I don't know if I really
17 follow.  But I mean -- so we're talking
18 specifically about the pH, for one.  I mean
19 there are other attributes for sure that go
20 along with it; but, you know, to me, it's
21 highly unlikely that SOBs would grow in that
22 media.
23     You know, the, if we're talking
24 about the pH, you know, you want to pick a pH
25 that's suitable for, that's similar to the

50 (Pages 194 to 197)

198

Myatt

1
2  drywall, I understand that.  But it doesn't
3  really kind of loop back around to picking or
4  using or looking for organisms that require
5  very low pH to grow.  Those organisms all
6  require low pH to grow.  So it just doesn't
7  really follow for me, it doesn't, doesn't
8  make sense.
9      **Q.  I was simply trying to address your**
10 **statement that I don't know why they chose**
11 **this particular media, was your statement.**
12     A.  I mean I would still stand by that
13 statement.  I don't see that they've really
14 justified their use of that media in their
15 report either.
16     **Q.  So then we have to go back and talk**
17 **about, so you believe that the proper media**
18 **for determining whether there are active**
19 **sulfur-oxidizing bacteria in drywall would be**
20 **to use a low pH media?**
21     MR. AYALA:  Objection.
22     A.  Well, I don't understand that term
23 "active," because I still think that on
24 drywall, because of the lack of liquid water,
25 the appropriate pH, the temperature, that

199

Myatt

1
2  those organisms would not be growing on
3  drywall; and I don't think there is anything
4  that we can point to that says otherwise,
5  really.
6         So I guess the point I was trying
7  to make is, if you were interested in SOBs,
8  and you wanted to have a culture that was
9  specific for SOBs, so you could say, yes, I'm
10 reasonably assured that I'm growing SOB --
11 SOB versus some other organism, that you
12 would use an SOB-specific culture.
13        So it's sort of irrespective of
14 the, you know, if it's appropriate to grow on
15 drywall, because I don't think the drywall is
16 conducive for growth of SOBs.  But if you
17 wanted to, like I said, if you wanted to have
18 a culture that was -- you're reasonably
19 assured of saying, this is SOBs, then, you
20 know, just like our culture in our study,
21 where we were looking for SRBs, we used a
22 culture that's specific for SRBs; and so when
23 we got positive results, we were reasonably
24 assured that those were likely to be SRB and
25 not some other bacteria that is ubiquitous in

200

Myatt

1
2  the environment.
3      **Q.  So what made that media that you**
4  **selected particularly appropriate for SRBs?**
5      A.  It's the recipe that, the
6  ingredients that go into it, and the culture
7  temperature, and the fact that it's an
8  anaerobic test.
9      **Q.  Okay.**
10     MR. WARWICK:  Let's take a break,
11 so I can check on where I'm at.
12     THE VIDEOGRAPHER:  Here ends video
13 recording number 3.  The time is 14:15.
14 We are off the record.
15     (A brief recess was taken.)
16     THE VIDEOGRAPHER:  Here begins
17 video recording number 4.  The time is
18 14:25.  We are on the record.
19     **Q.  Okay, Dr. Myatt, I would like to**
20 **show you an exhibit that's previously been**
21 **marked in this case.**
22     MR. WARWICK:  But I'm going to have
23 it remarked by the court reporter.  I
24 should have done it, before I handed it
25 to you.  It's marked with an exhibit

201

Myatt

1
2  sticker in the corner.  I believe it
3  says "6-G, Brincku, 1/23/12."
4      I'm going to have, Madam Court
5  Reporter, please mark that as an
6  exhibit.
7      (Exhibit 7, Documents, marked
8  for identification, this date.)
9      **Q.  Dr. Myatt, if you would take the**
10 **paper clip off of that document, just to make**
11 **sure you got the entire exhibit.**
12     **The first document is a letter from**
13 **Thomas W. Eagar, MIT, it's dated February 12,**
14 **2009, and there are some black and white**
15 **photographs attached thereto.**
16     **Do you have that?**
17     A.  Yes.
18     **Q.  The second separate document of**
19 **Exhibit 7 is a letter, again, from Thomas W.**
20 **Eagar to Mr. George Brincku, that's dated**
21 **June 5, 2009.**
22     **Do you have that document?**
23     A.  Uh-huh.
24     MR. AYALA:  Where is that?
25     MR. WARWICK:  If you take off the

51 (Pages 198 to 201)

202

Myatt

1
2  paper clip, it should be --
3       MR. AYALA:  Oh, it's behind this.
4       MR. WARWICK:  -- behind the first
5  document.
6       MR. AYALA:  Oh, November 2, 2009.
7       MR. WARWICK:  That's the third one.
8  You should have one from February 12,
9  one from June 5th, and one from
10  November 2nd.  I'm just going to put
11  them in chronological order,
12  February 12th, June 5th and
13  November 2nd, all of 2009.
14       Q.  Do you have those three documents
15  in Exhibit 7?
16       A.  Yes.
17       Q.  Have you seen those documents
18  before?
19       A.  Yes.
20       Q.  If you would walk with me, it's a
21  short letter, it's only two pages.  You don't
22  happen to know who Thomas Eagar is, at MIT,
23  do you?
24       A.  No.
25       Q.  It states that the investigation by

203

Myatt

1
2  Mr. Eagar at MIT involved scanning electron
3  microscopy and energy dispersive spectroscopy
4  as well as Fourier Transform Infrared
5  Spectroscopy, FTIR, of the wallboard in your
6  home as well as exemplar wallboard.
7       Are you familiar with the process
8  known as scanning electron microscopy?
9       MR. AYALA:  Objection, beyond the
10       scope of his report, and --
11       A.  It looks like there's a
12  misspelling.  I don't think there's an X
13  in --
14       Q.  I agree.
15       A.  I've heard, but I don't know any
16  details regarding that technology.
17       Q.  Okay.  So you haven't performed
18  that technology yourself?
19       A.  No.
20       Q.  Have you worked with any test
21  results of other people that have performed
22  the test?
23       A.  Maybe air samples that we used, but
24  not in this context, and not that I can
25  recall in any detail.

204

Myatt

1
2       Q.  What about the FTIR?
3       A.  I've never used that either.
4       Q.  Are you familiar with what the
5  process is?
6       A.  Vaguely, but it's not --
7       Q.  What is your vague understanding?
8       A.  That it's a way to detect specific
9  elements in materials, but it's a little bit
10  outside of the realm of microbiology.
11       Q.  Then it says, second paragraph
12  there states, "Based upon my investigation,
13  my experience and education, I've made the
14  following observation, and I have formed the
15  following opinions based upon a reasonable
16  degree of engineering certainty."
17       And the first conclusion there
18  states that "EDS chemical analysis," which
19  stands for the energy dispersive spectroscopy
20  up above, do you see that?
21       A.  Yes.
22       Q.  Are you familiar with that
23  technique, energy dispersive spectroscopy?
24       A.  Not in any detail.
25       Q.  Okay.  Do you have a general

205

Myatt

1
2  understanding of what it is?
3       MR. AYALA:  Objection, beyond the
4       scope of his report.
5       A.  I wouldn't even say I have a
6  general understanding.
7       Q.  They were talking about some,
8  testing some pieces from the home.  I think
9  one was a penny that was in the home, and one
10  was a brass corner from a jewelry box.  And
11  Mr. Eagar states that, in his opinion, the
12  tarnish is due to a sulfur compound.
13       Is hydrogen sulfide considered to
14  be a sulfur compound?
15       MR. AYALA:  Objection.
16       A.  Yes.
17       MR. AYALA:  Sorry, before we go on.
18  I just want to object on the record to
19  the use of Exhibit 7, as Mr. Eagar has
20  not been designated as an expert in this
21  case, and these documents are hearsay.
22       MR. WARWICK:  And I'll just put on
23  the record that these exhibits were
24  discussed with the plaintiffs during
25  their deposition and were exhibits to

52 (Pages 202 to 205)

206

Myatt

2 their deposition and are part of the
3 record.
4     A.  Whose deposition were they part of?
5     Q.  George and Brenda Brincku.
6     A.  Okay.
7     Q.  If you turn to the next page, if
8 you don't have any background in the test
9 results.  The back page there talks about,
10 under number 5, states that -- well,
11 actually, go up to number 4.  Number 4 states
12 that the testing that they did indicates a
13 composition of half gypsum and half
14 cellulose.
15     Based on your review of Mr.
16 McChesney's deposition, do you know whether
17 or not National Gypsum uses cellulose in its
18 drywall manufacturing process?
19     MR. AYALA:  Objection, beyond the
20 scope of his report and lack of
21 foundation.
22     A.  I don't know.
23     Q.  Do you know whether or not EH&E has
24 done any analysis of cellulose within any of
25 the wallboard samples taken from the

207

Myatt

2 plaintiffs' home in this case?
3     MR. AYALA:  Same objection.
4     A.  I don't specifically know.
5     Q.  Okay.  Do you know whether EH&E has
6 done -- I shouldn't say only EH&E.
7     Do you know if any testing of any
8 of the Chinese drywall homes that had
9 corrosion were analyzed for the presence of
10 high amounts of cellulose in the drywall?
11     A.  Not that I'm aware.
12     Q.  You just don't recall one way or
13 another, or you don't believe you've seen it?
14     A.  I don't believe I've seen it.
15     Q.  And then it says, "By contrast, the
16 exemplar wallboard is 100 percent gypsum."
17 And the exemplar wallboard states that -- it
18 says --
19     It just says "exemplar wallboard,"
20 then.  Number 2 on the first page, it just
21 says, "We did these tests, the SEM, the EDS
22 and the FTIR of the wallboard in your home as
23 well as exemplar wallboard?"
24     A.  So we don't know what that exemplar
25 wallboard is or any details about that?

208

Myatt

2     Q.  Correct.
3     And then it states, in number 5,
4 "In our experience, cellulose, sulfate and
5 moisture, when combined, react to form
6 sulfurous acids.  These acids act as a
7 catalyst, causing further decomposition of
8 the cellulose, releasing more moisture,
9 producing more acid and containing the
10 reaction."
11     If, as a microbiologist, if the
12 statement here by MIT, Mr. Eagar at MIT, is
13 correct -- well, first of all, would you
14 agree with that statement?  Do you have any
15 experience in that area?
16     MR. AYALA:  Objection, beyond the
17 scope of his report and lack of
18 foundation.
19     A.  I don't have any experience in that
20 area.
21     Q.  The reason I'm interested, is if
22 what he says is true, and that cellulose,
23 sulfates and moisture can form sulfurous
24 acids, in your experience as a
25 microbiologist, would the presence of

209

Myatt

2 sulfurous acids in the drywall affect the pH
3 within that same wallboard?
4     MR. AYALA:  Objection, beyond the
5 scope of his report.
6     A.  Potentially, I guess RTL, you know,
7 it would have been nice if RTL measured that,
8 I guess.
9     Q.  Right.  And you didn't take any
10 test samples in this case and measure it, did
11 you?
12     A.  Not that I'm aware of.  I didn't
13 personally.
14     Q.  In fact -- we will go over it with
15 an exhibit.
16     Then he states, you know, after
17 talking about some Chinese problems, he says,
18 "It is my opinion a mixture of gypsum and
19 cellulose from the drywall in your home,
20 combined with the normally humid atmosphere
21 in Florida, is releasing sulfurous gases,
22 causing corrosion of the copper, brass and
23 silver in your home."
24     Have you heard a theory like this
25 before, in your experience in the Chinese

53 (Pages 206 to 209)



210

Myatt
1
2    drywall circumstance?
3          MR. AYALA:  Objection, lack of
4    foundation.
5          A.  Not particularly.  I mean it's
6    beyond the microbiology side of this work,
7    that I haven't really been involved in it.
8          Q.  So just to be clear, you haven't
9    seen this, have you seen any, any test
10   results conflicting with or analyzing this
11   methodology in the Chinese drywall case?
12         MR. AYALA:  Same objection.  Lack
13         of foundation, beyond the scope of this
14         witness' role.
15         A.  I mean I've seen the data or --
16   from Columbia Analytical, but I don't think
17   it gets at this aspect of cellulose, and so I
18   don't really have any, anything to add.
19         Q.  What is cellulose?
20         A.  Paper, essentially.
21         Q.  Then the rest of the exhibits are
22   black and white, so I know they're not super
23   helpful, but that just appears to be
24   photographs from the microscopy testing that
25   was discussed, correct?  As far as you can

211

Myatt
1
2    tell?
3          MR. AYALA:  Objection, lack of
4          foundation.
5          A.  Yeah, I can't visualize those very
6    well, with...
7          Q.  Right, okay.  Okay.
8          If you look at the next one, the
9    June 5th letter?
10         A.  Uh-huh, yes.
11         Q.  It states -- it's basically an
12   update from his letter in February, so I
13   assume he's referencing his February 12th
14   letter, talking about the cellulose.  And he
15   states that "My own investigation of the
16   literature confirms that the recycling
17   methods introduce ten to 30 percent cellulose
18   into the gypsum core of the recycled product.
19   With this information, over the past month we
20   have developed an accelerated test to
21   determine whether wallboard will cause
22   sulfidation of copper, as we reported in
23   February, on samples removed from your home.
24   This test consists of placing a clean copper
25   wire, 99.9 percent pure, above a sample of

212

Myatt
1
2    wallboard which has been moistened with
3    water.  This was then placed in an incubator
4    at 53 degrees C, plus or minus 5 degrees, for
5    several days.  The copper samples treated in
6    this manner exhibited noticeable tarnish.
7    However, analysis of the tarnish indicates
8    that it may be either copper oxide or copper
9    sulfide.  The tarnish composition may be
10   distinguished by use of energy dispersive
11   x-ray analysis in a scanning electron
12   microscope."
13         The test method they used here also
14   involved moistening the drywall, but then
15   they placed the copper near the drywall and
16   incubated it at a higher temperature to cause
17   an accelerated reaction, correct?
18         MR. AYALA:  Objection, lack of
19         foundation.  The document speaks for
20         itself.
21         MR. WARWICK:  Right.
22         Q.  I mean, does that appear to be what
23   it --
24         A.  Apparently.
25         Q.  -- what they did?

213

Myatt
1
2          Okay.  And you also know that
3    Realtime Labs did a corrosion test in this
4    case?
5          A.  Correct.
6          Q.  And the Realtime Labs also
7    moistened the drywall, except they actually
8    put the copper into a plastic bag, correct?
9          A.  That's my understanding.
10         Q.  Okay.  And so, in your opinion, is
11   the, is the copper corrosion test discussed
12   in this paragraph by Mr. Eagar at MIT
13   substantially different than the test that
14   was conducted by Realtime Labs?
15         MR. AYALA:  Objection, calls for
16         speculation, beyond the scope of his
17         report, and lack of foundation.
18         A.  I'm not a corrosion expert, so I
19   don't really know.
20         I would say that it is
21   substantially different to have one test
22   where you are placing the copper essentially
23   in the water and one where you are not.
24         Q.  Okay.  Well, in the water, meaning
25   in the --

54  (Pages 210 to 213)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

214

Myatt

2  A. Moistened drywall.
3  **Q. -- moistened gypsum core material?**
4  A. Correct.
5  **Q. And then it states, "The initial**
6  **results indicate the copper wires exposed to**
7  **wallboard from your home contained tarnish**
8  **after three days' exposure, and it has ten**
9  **times as much sulfur over a ten to 50 times**
10 **larger area, as compared to similar wires**
11 **exposed to older non-cellulose-containing**
12 **wallboard."**
13 **Do you have any reason to doubt the**
14 **veracity of that paragraph?**
15 MR. AYALA: Objection, beyond the
16 scope of his report. Lack of
17 foundation.
18 A. I have no -- no specific
19 information one way or the other on that.
20 I mean I would say that this
21 doesn't really talk about the microbial
22 aspects that Straus or Hooper were talking
23 about, so it, to me, it seems to be a
24 different potential theory and specific to
25 only one home and not the rest of the homes

215

Myatt

2  in -- that were discussed in this case.
3  **Q. Fair enough.**
4  **Are you familiar with the testing**
5  **process -- first of all, if you will look at**
6  **the last letter in this exhibit, number 7 to**
7  **your deposition today.**
8  A. The November 2nd?
9  **Q. The November 2nd letter, yes.**
10 **Are you familiar with the process**
11 **described as chromatography, ion**
12 **chromatography?**
13 A. Vaguely.
14 **Q. And what do you understand that to**
15 **mean?**
16 A. Not much, really. It looks for the
17 presence of specific compounds, but I've
18 never used that technology and don't have
19 much experience or any experience with it,
20 really.
21 **Q. Okay. It just says at the end of**
22 **the last paragraph on the first page. It**
23 **says, "At the end of the summer we tested**
24 **sample wallboard purchased from a hardware**
25 **home center in Massachusetts and a piece of**

216

Myatt

2  **wallboard from your home for the presence of**
3  **chloride, using ion chromatography. The**
4  **Massachusetts control sample had less than**
5  **one part per million chloride, while the**
6  **wallboard from your home contained 378 parts**
7  **per million total chloride.**
8  **"We repeated these tests for total**
9  **chloride on nine additional wallboard**
10 **samples, eight of which came from Florida.**
11 **The nine samples include wallboard from**
12 **existing homes as well as wallboard that had**
13 **never been installed. Some of these samples**
14 **came from Chinese wallboard manufacturers,**
15 **while some came with labels from North**
16 **American suppliers. The origin of the**
17 **wallboard in these nine" -- I'm sorry -- "in**
18 **these North American supplier labels is**
19 **unknown. This wallboard may or may not have**
20 **been manufactured in China."**
21 **The next page is a total chloride**
22 **chart that talks about the samples that were**
23 **tested as well as the Massachusetts control**
24 **sample of less than one.**
25 **In your experience working for**

217

Myatt

2  **EH&E, has EH&E done any ion chromatography**
3  **testing of the samples in the Chinese drywall**
4  **homes, to your knowledge?**
5  MR. AYALA: Objection, lack of
6  foundation, beyond the scope of this
7  witness' role and report.
8  A. Not that I'm aware of.
9  It appears -- are we missing a
10 page? Where is -- you would expect, I think,
11 Dr. Eagar to sign it someplace.
12 **Q. I agree. I totally and completely**
13 **agree.**
14 A. So there may be more to this story
15 that we don't know about.
16 **Q. I don't know that.**
17 A. But I haven't done any, don't have
18 any knowledge about ion chromatography; and,
19 again, I don't know how this plays into the,
20 the microbial theory that has been presented.
21 **Q. And, again, you don't have any**
22 **understanding whether the total chlorides**
23 **that are present in drywall would materially**
24 **affect the corrosion in a home, one way or**
25 **another?**

55 (Pages 214 to 217)

218

Myatt

MR. AYALA:  Objection, beyond the scope of his report.

A.  Not that I'm -- I don't know one way or the other.

Q.  Are you aware of the testing that some of the experts have done in this case, regarding the well water?

A.  I've looked at the shower tests.

MR. AYALA:  Objection, asked and answered.

Q.  You looked at the shower tests?

A.  Specifically, I looked at the, at Dr. McCarthy's interpretation of the shower tests, I think.

Q.  Did you look at that before or after you issued your report?

A.  I would think it's probably after.

Q.  So is it fair to say that you did not rely on the information contained in Dr. McCarthy's analysis of the shower tests in reaching your conclusions in your report for this case?

A.  Correct.

Q.  Have you seen any peer-reviewed

219

Myatt

papers describing well water within the State of Florida causing copper components within the home, through a microbial process, to cause corrosion?

MR. AYALA:  Objection, beyond the scope of his report, lack of foundation.

A.  I haven't, specifically.  It wouldn't surprise me if they were out there.

Q.  Okay.  But you haven't seen any?

A.  Correct.

Q.  Did you look for any?

A.  Specifically with well water and corrosion, no.

Q.  Right, okay.

Did EH&E advise the CPSC, its client, that it, being the CPSC, should investigate Florida well water as a possible source of the corrosion in any of the Chinese drywall homes?

MR. AYALA:  Objection, lack of foundation, beyond the scope of his report.

Q.  If you know.

A.  I don't know.  You would have to

220

Myatt

ask Dr. McCarthy.

Q.  Okay.  But you certainly didn't tell -- after reading the report from Dr. McCarthy, you didn't recommend to the CPSC or anybody at EH&E that they should start testing the well water in the Chinese drywall homes?

MR. AYALA:  Objection.

A.  I -- no.

Q.  Do you know whether the Florida Department of Public Health has done any analysis to determine that, yes, in fact, Florida well water is known to cause rapid copper corrosion inside Florida homes?

MR. AYALA:  Objection, lack of foundation.

A.  No, but I would say that it sounded like, from those reports, that there were specific cases in those particular homes where the aeration equipment wasn't functioning correctly, and there's other circumstances beyond just, you know, every home in Florida that has well water has a problem.  So I would say it seemed to me that

221

Myatt

the investigation identified some unique aspects about those homes that may have, that may have been related to the elevated hydrogen sulfide that was observed.

Q.  And do you have an opinion as to how much hydrogen sulfide is required to cause the level of corrosion in any of the plaintiffs' homes?

MR. AYALA:  Just objection.  Beyond the scope of his report, lack of foundation.

A.  I don't have an opinion on that.

Q.  Okay.  Did National Gypsum ask you to perform any testing, from a microbial -- let me say it another way.

Did National Gypsum ask EH&E to perform any culture test on the drywall samples taken from the plaintiffs' homes in this case?

MR. AYALA:  Objection, lack of foundation.

Go ahead.

A.  I would say the first step in our evaluation of those samples was to look at

56  (Pages 218 to 221)

222

Myatt

2 the corrosive nature, and that's what's
3 Columbia Analytical did.  Because there was
4 no -- those samples were noncorrosive, there
5 was no need to follow up with microbial
6 testing.
7    Q.  And so it's your recollection that
8 all the samples from Columbia Analytical came
9 back as negative for hydrogen sulfide?
10    A.  No, I think there were some, if I
11 recall correctly, that had low levels of
12 hydrogen sulfide but were classified as
13 noncorrosive by Dr. -- Mr. Tuday.
14    Q.  And I think he categorized them as
15 anomalies, correct?
16    A.  I don't know if he used that word
17 or not.
18    Q.  And so based on the testing --
19 okay.
20       So prior to receiving the results
21 from Mr. Tuday, had EH&E considered
22 performing culture tests on the drywall
23 samples from the plaintiffs' homes?
24    A.  I think we may have potentially.  I
25 can't recall exactly, but I would imagine

223

Myatt

2 that if they had come back positive for being
3 corrosive, that then we would have evaluated
4 what the next step should be; because, again,
5 we were, I think we're all interested in
6 trying to figure out the mechanisms behind
7 that.
8    Q.  Do you know whether National Gypsum
9 asked you, being EH&E, to determine what the
10 potential cause of the corrosion in these
11 homes could be?
12    A.  I think we -- not me personally,
13 and so if -- so you would have to ask Jack
14 McCarthy.
15    Q.  You personally.  I will ask
16 Mr. McCarthy.
17    A.  Yes.
18    Q.  You personally were asked to just
19 evaluate the test methodologies used by
20 Realtime Labs and Dr. Straus' report and
21 issue an opinion on those two things,
22 correct?
23    A.  Correct.
24    Q.  Today, you don't know of any
25 testing that was done by EH&E, but was not

224

Myatt

2 reported, regarding the drywall samples taken
3 from the plaintiffs' home?
4    A.  Not that I'm aware of.
5       MR. WARWICK:  If we can take a
6 break, but I think I'm about finished.
7       MR. AYALA:  Okay.
8       MR. WARWICK:  If we can go off the
9 record, please.
10       THE VIDEOGRAPHER:  The time is
11 14:54.  We are off the record.
12       (A brief recess was taken.)
13       THE VIDEOGRAPHER:  The time is
14 14:55.  We are on the record.
15       MR. WARWICK:  Thank you, Dr. Myatt.
16 I appreciate your time today.  I have no
17 further questions.
18       THE WITNESS:  Thank you.
19       MR. WARWICK:  Off the record,
20 please.
21       THE VIDEOGRAPHER:  Here ends video
22 recording number 4, and this concludes
23 the video recorded deposition of Dr.
24 Theodore Myatt, taken by the plaintiffs
25 on Wednesday, February 22, 2012.  The

225

Myatt

2 time is 14:56, and we are going off the
3 record.
4       (Time noted:  2:56 p.m.)

57  (Pages 222 to 225)

226

1
2              J U R A T
3
4      I, THEODORE MYATT, the witness
5   herein, the foregoing testimony of the
6   pages of this deposition, do hereby
7   certify it to be a true and correct
8   transcript, subject to the corrections,
9   if any, shown on the attached page.
10   _____
11              THEODORE MYATT
12
13   Subscribed and sworn to before me
14   this ____ day of _____, 2012.
15
16   _____
17         NOTARY PUBLIC
18
19
20
21
22
23
24
25

228

1
2                I N D E X
3   WITNESS                    PAGE
4   THEODORE MYATT
5   BY MR. WARWICK               5
6
7          E X H I B I T S
8   DESCRIPTION                PAGE
9   Exhibit 1, Draft Report on
    Preliminary Microbiological
10  Assessment of Chinese Drywall.............56
11  Exhibit 2, Indoor Environmental
    Assessment of Residences Containing
12  Problem Drywall:  Six-Home Follow-Up
    Study..................................86
13
    Exhibit 3, Expert Report of
14  Theodore A. Myatt, SC.D..................90
15  Exhibit 4, Document entitled,
    "Succession of Sulfur-Oxidizing
16  Bacteria in the Microbial Community on
    Corroding Concrete in Sewer Systems"......134
17
    Exhibit 5, Document entitled,
18  "Reclassification of 'Sulfobacillus
    thermosulfidooxidans subsp. Thermotolerans'
19  strain K1 as Alicyclobacillus toleras sp.
    nov. and Sulfobacillus disulfidooxidans
20  Dufresne et al. 1996 as Alicyclobacillus
    disulfidooxidans comb. Nov., and emended
21  description of genus Alicylcobacillus"....159
22  Exhibit 6, Document entitled,
    "Alicyclobacillus, the Beverage Industry
23  and the BioSys"...........................164
24
25

227

1
2           C E R T I F I C A T E
3
    COMMONWEALTH OF PENNSYLVANIA )
4                   ss:
    COUNTY OF PHILADELPHIA        )
5
6       I, JENNIFER OCAMPO-GUZMAN, a
7   Certified Real-Time Shorthand Reporter and
8   Notary Public within and for the Commonwealth
9   of Pennsylvania, do hereby certify:
10      That THEODORE MYATT, the witness
11  whose deposition is hereinbefore set forth,
12  was duly sworn and that such deposition is a
13  true record of the testimony of such witness.
14      I further certify that I am not
15  related to any of the parties to this action
16  by blood or marriage, and that I am in no way
17  interested in the outcome of this matter.
18      IN WITNESS WHEREOF, I have hereunto
19  set my hand this 27th day of February 2012.
20
21   _____
22   JENNIFER OCAMPO-GUZMAN, CRR, CLR
23
24
25

229

1
2   (Continued):
           E X H I B I T S
3
    DESCRIPTION                 PAGE
4
    Exhibit P, The Use of Epifluorescent
5   Microbiology and Quantitative Polymerase
    Chain Reaction to Determine the
6   Presence/Absence and Identification of
    Microorganisms Associated With Domestic and
7   Foreign Wallboard Samples"................181
    Exhibit Q, Document entitled,
8   "RapidChek II SRB Detection System".......181
9
    Exhibit 7, Documents.....................201
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

230

1       INSTRUCTIONS TO WITNESS
2
3          Please read your deposition over carefully
4       and make any necessary corrections. You should state
5       the reason in the appropriate space on the errata
6       sheet for any corrections that are made.
7          After doing so, please sign the errata sheet
8       and date it.
9          You are signing same subject to the changes
10      you have noted on the errata sheet, which will be
11      attached to your deposition.
12         It is imperative that you return the original
13      errata sheet to the deposing attorney within thirty
14      (30) days of receipt of the deposition transcript by
15      you. If you fail to do so, the deposition transcript
16      may be deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25

231

1          E R R A T A
2
3
4
5          I wish to make the following changes,
6       for the following reasons:
7
8       PAGE LINE
9       ___ ___ CHANGE:_____
10      REASON:_____
11      ___ ___ CHANGE:_____
12      REASON:_____
13      ___ ___ CHANGE:_____
14      REASON:_____
15      ___ ___ CHANGE:_____
16      REASON:_____
17      ___ ___ CHANGE:_____
18      REASON:_____
19      ___ ___ CHANGE:_____
20      REASON:_____
21
22      _____   _____
23         WITNESS' SIGNATURE      DATE
24
25

59  (Pages 230 to 231)