1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FT. MEYERS DIVISION

-------------------------------------X

CHRIS BRUCKER, TREVER S. NUTTING,
XIOMARA RAVELO, WILFREDO E. RETANA,
AND BEATRIX CELSA RETANA, INDIVIDUALLY,
AND ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

                    Plaintiff,


          -against-                    Index No.
                                  2:10-cv-405-FtM-29SPC


LOWES HOME CENTERS, INC., A
NORTH CAROLINA CORPORATION,
AND NATIONAL GYPSUM COMPANY,
A DELAWARE CORPORATION,

                    Defendants.

-------------------------------------X
(Caption continued on next page.)
              February 13, 2012
                 9:19 a.m.
             Two North Central Avenue
               Phoenix, Arizona


          EXAMINATION BEFORE TRIAL of DICK
ENGBRECHT, the witness herein, taken by the
Defendant, held at the above-mentioned time and
place, before Nicole Sesta, a Registered
Professional Reporter, and Certified Reporter
50854.


Job No: 23667

**2**

1  UNITED STATES DISTRICT COURT
2  MIDDLE DISTRICT OF FLORIDA
3  FT. MEYERS DIVISION
4  ------------------------------------X
5  GEORGE BRINCKU, BRENDA BRINCKU,
6  Plaintiff,
7
   -against-           Index No.
8                      2:10-cv-00338-JES-DNF
9  NATIONAL GYPSUM COMPANY, A
   DELAWARE CORPORATION,
10
   Defendants.
11
   ------------------------------------X
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**4**

1        INDEX TO TESTIMONY
2
   WITNESS        EXAMINATION BY     PAGE
3
   Dick Engbrecht  Mr. Ayala    6, 107
4                  Mr. Warwick    95
5
6        INDEX TO EXHIBITS
7  EXHIBITS     DESCRIPTION        PAGE
8  Exhibit KK   Notice of deposition for Brincku    8
   Exhibit LL   Notice of deposition for Brucker    8
   Exhibit MM   Curriculum vitae        8
9  Exhibit NN   Gypsum panel product types      21
   Exhibit OO   November 18, 2011 letter      33
10 Exhibit V    November 17, 2011 document      33
   Exhibit W    November 17, 2011 letter      33
11 Exhibit X    November 17, 2011 letter      33
   Exhibit Y    November 17, 2011 letter      33
12 Exhibit C    November 16, 2011 letter      33
   Exhibit D    September 26, 2011 letter      33
13 Exhibit E    September 26, 2011 letter      33
   Exhibit F    September 26, 2011 letter      33
14 Exhibit I    Case management and scheduling order 53
   Exhibit J    Case management and scheduling order 53
15 Exhibit P    US consumer product summary      62
   Exhibit PP   Press release        65
16 Exhibit QQ   Graph        65
   Exhibit RR   Numerical illustration      65
17 Exhibit O    Article        65
18
19
20
21
22
23
24
25

**3**

1  A P P E A R A N C E S :
2
3
4
5
6  Attorneys for Plaintiffs
7    VARNELL & WARWICK, ESQS.
8    20 LaGrande Boulevard
9    The Villages, Florida 32159
10   BY:  BRIAN W. WARWICK, ESQ.
11     bwarwick@varnellandwarwick.com
12
13 Attorneys for Defendants
14   MORGAN, LEWIS & BOCKIUS, LLP
15   1701 Market Street
16   Philadelphia, Pennsylvania 19103
17   BY: THOMAS V. AYALA, ESQ.
18     tayala@morganlewis.com
19
20 ALSO PRESENT:
21   TOM TRACY, Legal Video Specialist
22
23
24
25

**5**

1        THE VIDEOGRAPHER:  This is
2  tape number one of the videotaped
3  deposition of Dick Engbrecht in
4  the matter of Brucker, et al
5  versus Lowes Home Centers, et al.
6  Also for the case of Brincku
7  versus National Gypsum Company in
8  the Court of the United States
9  Middle District of Florida, Fort
10 Meyers Division.  This deposition
11 is being held at Quarles & Brady
12 in Phoenix, Arizona on February
13 13, 2012.  The time is
14 approximately 9:19 a.m.  My name
15 is Tom Tracy from the firm of
16 David Feldman Worldwide and I'm a
17 certified legal video specialist.
18 The court reporter is Nicole Sesta
19 in association with David Feldman
20 Worldwide as well.  Will counsel
21 please identify themselves at this
22 time starting with plaintiff's
23 counsel.
24        MR. WARWICK:  Brian Warwick
25 on behalf of the plaintiffs.

2  (Pages 2 to 5)

6

1      MR. AYALA:  Good morning,
2  Tom Ayala on behalf of New NGC,
3  Inc. doing business as National
4  Gypsum Company.
5  D I C K   E N G B R E C H T, the Witness herein,
6  having been first duly sworn by the
7  Certified Reporter in and of the State of
8  Arizona, was examined and testified as
9  follows:
10  EXAMINATION BY
11  MR. AYALA:
12      **Q      Good morning, sir.**
13      A      Good morning.
14      **Q      Could you please state your name**
15  **for the record so I have an understanding of how**
16  **to pronounce it?**
17      A      My name is Dick Engbrecht.
18      **Q      And by whom are you employed Mr.**
19  **Engbrecht?**
20      A      Nobody.
21      **Q      It's fair to say that you're**
22  **retired?**
23      A      Yes.
24      **Q      Have you given a deposition**
25  **before, sir?**

7

1      A      Never.
2      **Q      Just a couple of ground rules then**
3  **for depositions.  The court reporter here is**
4  **taking down the questions that I ask and the**
5  **answers that you give and recording those in a**
6  **transcript.  So for purposes of clarity of the**
7  **transcript, first of all you'll need to answer**
8  **my questions verbally, okay?**
9      A      Okay.
10      **Q      And I promise to do my best to**
11  **wait until you're finished answering your**
12  **question before I ask another question.  If you**
13  **could promise to do your best to wait until I'm**
14  **finished asking the question before you answer,**
15  **okay?**
16      A      All right.
17      **Q      Is there any reason such as having**
18  **taken medications or any other reason you can**
19  **think of as to why you wouldn't be able to give**
20  **complete and accurate testimony today?**
21      A      There is no reason.
22      **Q      If you don't understand any of my**
23  **questions or one of my questions, please feel**
24  **free to ask me to rephrase it.  I'll be happy to**
25  **do my best to do so.  If you answer a question**

8

1  I'll assume you understood it, okay?
2      A      Okay.
3      **Q      Have you ever been involved in a**
4  **civil lawsuit of any kind, sir?**
5      A      Other than a divorce many years
6  ago.
7      **Q      Have you ever been involved in a**
8  **criminal proceeding of any kind, sir?**
9      A      No.
10          (Exhibit KK, notice of
11          deposition for Brincku, and
12          Exhibit LL, notice of deposition
13          for Brucker, and Exhibit MM,
14          curriculum vitae, marked for
15          identification, as of this date.)
16      **Q      Mr. Engbrecht, I'm showing you,**
17  **take your time to look at that, I'm showing you**
18  **a document that's been marked as Exhibit KK,**
19  **which for the record is a notice of videotaped**
20  **deposition for the case of Brincku versus**
21  **National Gypsum.  I'm showing you another**
22  **document which has been marked Exhibit LL, which**
23  **is a notice of videotaped deposition in a case**
24  **called Brucker versus Lowes Home Centers.  First**
25  **of all, before I talk about this, Brian do you**

9

1  want to stipulate that objections are reserved
2  except as to form?
3          MR. WARWICK:  Sure, we'll
4  stipulate to that.
5      **Q      So Mr. Engbrecht, looking at**
6  **Exhibits KK and LL, sir, have you seen these**
7  **documents before?**
8      A      I believe I've seen one of them.
9  I brought one of them today but I'm not sure
10  which is the one that I had.  I had notice for
11  the deposition here today.
12      **Q      And it's your understanding, sir,**
13  **that you're here today to provide testimony**
14  **under oath to be used in the litigation of the**
15  **Brincku case embodied in Exhibit KK and the**
16  **Brucker case embodied in LL, correct?**
17      A      That is correct.
18      **Q      I'll direct your attention to**
19  **Exhibit MM, which for the record -- well, let me**
20  **ask you this, sir.  Have you seen this document**
21  **before?**
22      A      Yes, I prepared it.
23      **Q      What is it, sir, for the record?**
24      A      It is a resume, CV, however you
25  want to describe it.

3  (Pages 6 to 9)

10

1    Q    And would you describe MM as a
2  fair and accurate reflection of your resume and
3  your employment and work history, sir?
4    A    Yes, it is.
5    Q    And the second page of MM, what is
6  that?
7    A    It's a schedule for what I charge
8  for my services and how I bill them.
9    Q    Why don't we go off the record.
10       MR. WARWICK:  Yes.
11       THE VIDEOGRAPHER:  We're
12   going off the record.  The time is
13   approximately 9:25 a.m.
14       (Recess taken.)
15       THE VIDEOGRAPHER:  We are
16   back on the record.  The time is
17   approximately 9:27 a.m.
18    Q    Mr. Engbrecht, I think we were
19  just talking about the fee schedule in Exhibit
20  MM, and you were saying this document reflects
21  the schedule of fees for your services, correct?
22    A    That is correct.
23    Q    When you say services, you include
24  in that consulting fees for your retention by
25  the plaintiff's attorneys in this litigation; is

11

1  that correct?
2    A    That's correct.
3    Q    Where do you currently live, Mr.
4  Engbrecht?
5    A    My permanent residence is in
6  Illinois and I'm currently residing in Socorro,
7  New Mexico attending college there at the New
8  Mexico Institute of Mining and Technology.
9    Q    Can you tell us at a high level
10  about your work history?
11    A    I started with USG Corporation as
12  a college student in their off campus coop
13  program from New Mexico Tech, in their
14  Sweetwater, Texas plant I was there for
15  approximately eight months in that capacity.  I
16  graduated bachelors in chemistry.  I started at
17  their Jacksonville, Florida plant and worked
18  there in the quality control department in the
19  board operation side, mill packing and the paper
20  mill side until approximately December of 1977
21  at which point I transferred to their research
22  center in Des Plaines, Illinois at the time and
23  they subsequently moved to Libertyville,
24  Illinois and I retired from there in January 31,
25  2007.

12

1    Q    When you retired in 2007 have you
2  continued to consult in any capacity with USG?
3    A    The first couple of years after I
4  was retired I did consult with them and I have
5  not since 2009.
6    Q    About when in 2009 did you stop
7  consulting with them?
8    A    It was the end of the year.  They
9  had retained me to do some training over the
10  course of those couple of years.
11    Q    Have you consulted with drywall
12  manufacturers other than USG which for the
13  record is US Gypsum?
14       MR. WARWICK:  Object to the
15   form.
16    A    Have I consulted with them?  I
17  have not consulted with any other drywall
18  manufacturers other than USG Corporation.
19    Q    USG is a competitor of National
20  Gypsum Company; correct?
21    A    That is correct.
22    Q    Specifically they're competitors
23  in the business of manufacturing and selling
24  drywall products in the United States, correct?
25    A    That is correct.

13

1    Q    Why did you retire from USG, Mr.
2  Engbrecht?
3    A    I figured 35 plus years was enough
4  time and I could.
5    Q    Mr. Engbrecht, when were you
6  retained to serve as a consultant by the
7  plaintiff's attorneys in this litigation?
8    A    I do not recall the exact date but
9  it was somewhere last fall, early winter,
10  somewhere in that time span.
11    Q    So fall of 2011?
12    A    Correct.
13    Q    Who specifically contacted you to
14  serve as a consultant?
15    A    I don't recall.  I remember
16  conversations with Mr. Warwick and Mr. Anderson,
17  but specifically the details I don't recall.
18    Q    Have you had communications with
19  Dennis Hooper regarding your consultation for
20  the plaintiffs in this litigation?
21    A    Yes, I have.
22       MR. WARWICK:  Objection to
23   the form.
24    Q    When did you first meet Dennis
25  Hooper?

4  (Pages 10 to 13)

14

1    A    Our conversations may have been in
2    the summer of 2011.
3    Q    How did those conversations come
4    about, did he contact you?
5    A    Somewhere, I can't recall where, I
6    saw a paper, an article he had written
7    concerning sulphur bacteria and gypsum.
8    Q    So you contacted Dennis Hooper
9    about the article; is that correct?
10   A    I contacted him, I think I
11   contacted the private principal investigator
12   which was Dr. Strauss and he in turn had me get
13   in contact with Dr. Hooper.
14   Q    So what did you discuss with Dr.
15   Hooper at that time?
16   A    His positive hypothesis on how the
17   mechanism on which the, use the term, Chinese
18   drywall issue was occurring.
19   Q    How did you come across the
20   article which was an article authored by Hooper
21   and Strauss?
22   A    In the course of some of my
23   graduate studies I may have done a literature
24   search and was typing in looking for that kind
25   of information because of my involvement on

15

1    ASTM, trying to write standards for some of the
2    recommendations or some of the opinions being
3    offered by the CPSC on the reasons, causes of
4    the Chinese drywall issue.
5    Q    Have you had communications with
6    Dennis Hooper since your initial contact with
7    him?
8    A    I've had a couple of conversations
9    with him. I had him give his presentation at I
10   guess a meeting we held in I believe it was
11   Tampa in 2010 or it was West Conshohocken in May
12   2011. We had a meeting on the Chinese -- on
13   this whole issue of Chinese drywall issue at the
14   ASTM headquarters in West Conshohocken,
15   Pennsylvania.
16   Q    And it was you, Mr. Engbrecht, who
17   invited Dennis Hooper to speak at the ASTM
18   meeting in May 2011?
19   A    Yes, I extended the invitation to
20   him.
21   Q    Who else attended that meeting,
22   sir?
23   A    I don't know. You would have to
24   pull the records from that meeting. There were
25   several. There were attendees from CPSC was

16

1    represented. I am not sure of the name of it.
2    I think it's US Building. It's Mulhulland's
3    group. He's chairing that task group. I'm
4    chairman of the subcommittee that task group is
5    under.
6    Q    Does Scott Mulhulland also go by
7    the name Spiderman Mulhulland?
8    A    Yes, he does.
9    Q    Who else, sir, that you can
10   recall?
11   A    There were people from all major
12   gypsum companies were in attendance and other
13   interested parties. I can't give you a list off
14   the top of my head of who was there.
15   Q    I wouldn't expect you to.
16   A    But it's an open forum meeting.
17   Q    So I'm correct, Mr. Engbrecht,
18   that you worked for United States Gypsum
19   Corporation for approximately 35 years; is that
20   right?
21   A    That is correct.
22   Q    And US Gypsum is in the business
23   of manufacturing and selling drywall products,
24   correct?
25   A    Yes.

17

1    Q    Drywall products are predominantly
2    composed of gypsum; is that right?
3    A    The mineral gypsum calcium sulfate
4    dihydrate, yes.
5    Q    Tell us, if you would, what is
6    gypsum.
7         MR. WARWICK: Objection to
8    the form.
9    A    Chemically it's calcium sulfate
10   dihydrate. It's normally formed by geological
11   processes.
12   Q    Would one of those geological
13   processes be the evaporation of sea water that
14   leaves deposits of gypsum?
15   A    I am not a geologist but that is
16   my understanding.
17   Q    Gypsum is a naturally occurring
18   mineral?
19   A    Yes.
20   Q    And gypsum is naturally occurring
21   throughout the world, is that your
22   understanding?
23   A    That is my understanding.
24   Q    Do you have an understanding of
25   the uses to which gypsum is put apart from use

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

18

1    in manufacturing wallboard products?

2       A   I have a basic knowledge of some

3    of its other uses.  How it's used specifically I

4    don't know.

5       Q   Do you have an understanding that

6    gypsum is used as a soil additive by farmers?

7       A   Yes.

8       Q   Do you have an understanding that

9    gypsum is used as a component of a cast that

10   would go on someone who is healing from a broken

11   limb?

12      A   Yes.

13      Q   Do you have an understanding that

14   gypsum is used in the process of making beer and

15   wine?

16      A   Yes.

17      Q   Gypsum is used as chalk that's

18   used for writing on blackboards; is that

19   correct?

20      A   I think some applications use

21   gypsum to manufacture chalk.

22      Q   Gypsum is used, I think we covered

23   this, as an ingredient for wallboard products

24   that are sold in the United States to be

25   installed in homes, correct?

19

1      A   Yes.

2      Q   Am I correct, sir, that gypsum

3    wallboard has been manufactured and sold and

4    used in the United States in homes for roughly

5    more than a 100 years?

6      A   Yes.

7      Q   And United States Gypsum in fact

8    has sold gypsum wallboard products in the United

9    States for more than 100 years, is that your

10   understanding?

11      A   Yes, sir.

12      Q   Is it your understanding that in

13   fact National Gypsum Company has manufactured

14   and sold wallboard products in the United States

15   for more than 85 years?

16      A   I don't know when they were

17   incorporated.  So I don't know.

18      Q   Would it surprise you to learn

19   that National Gypsum has manufactured and sold

20   wallboard products in the United States for more

21   than 85 years?

22      A   It would not surprise me.

23      Q   One of the benefits of gypsum is

24   its fire resistance, correct?

25      A   That is correct.

20

1      Q   Why is gypsum fire resistant?

2      A   Gypsum is a mineral when heated up

3    that contains 2 molecules of water and when it

4    is heated up it releases those two molecules of

5    water producing an endothermic reaction, which

6    cools and retards the flow of heat through the

7    membrane.

8      Q   So those two molecules of water

9    that you referenced in gypsum, would it be

10   accurate to refer to those as chemically

11   combined water?

12      A   Yes.

13      Q   At a high level, sir, can you tell

14   us how many gypsum wallboard manufacturers are

15   there in the United States?

16          MR. WARWICK: Object to the

17      form.

18      A   I don't know what you mean by high

19   level.

20      Q   I'll ask it.  How many gypsum

21   wallboard manufacturers are there in the United

22   States?

23          MR. WARWICK: Object to the

24      form.

25      A   I'm not quite sure.  There's been

21

1    consolidation in the industry.  I think there's

2    around seven or eight.

3          (Exhibit NN, gypsum panel

4       product types, uses, sizes, and

5       standards, marked for

6       identification, as of this date.)

7      Q   Mr. Engbrecht, I'm showing you

8    what's been marked as NN, which for the record

9    is a document containing a Gypsum Association

10   header.  The document has a copyright Gypsum

11   Association 2004.  It's entitled gypsum panel

12   product types, uses, sizes, and standards

13   GA-22304.  Have you seen this before, sir?

14      A   No.

15      Q   Would it be accurate to say that

16   there's more than one different type of drywall

17   product?

18          MR. WARWICK: Objection to

19      the form.

20      A   There's more than one type of

21   drywall product for different end uses.  It's

22   still all basically gypsum wallboard.

23      Q   Would you agree that this document

24   from the Gypsum Association in fact lists 14

25   different types of drywall products?

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

22

1          MR. WARWICK: Object to
2     form.
3     A     That's what their list shows, yes.
4     Q     Would you agree, sir, that the
5  Gypsum Association has accurately categorized
6  gypsum wallboard products in 14 categories as
7  they've done here in Exhibit NN?
8     A     Probably given the date of this
9  document.
10    Q     I'm sorry?
11    A     Given the date of this document,
12 yes.
13    Q     In fact, among the 14 types of
14 products listed in Exhibit NN am I correct that
15 there are in fact subtypes listed, which are
16 listed as regular or type X or foil backed?
17    A     Yes.
18    Q     In fact, if you look at the second
19 page, sir, the drywall products come in
20 different dimensions, both thickness, width, and
21 length, correct?
22    A     That is correct.
23    Q     Looking at the bottom of Exhibit
24 NN there is a box that says member company list
25 2004 and it lists ten different companies as

23

1  members of the Gypsum Association. Do you see
2  that?
3     A     Yes.
4     Q     What is the Gypsum Association?
5     A     The Gypsum Association is
6  classified as a trade group of gypsum
7  manufacturers.
8     Q     Specifically would it be an
9  organization of American and Canadian made
10 drywall manufacturers?
11         MR. WARWICK: Object to
12    form.
13    A     Some of these companies are
14 foreign owned but they manufacture in North
15 America.
16    Q     So would it be accurate to say
17 that the Gypsum Association is composed of
18 manufacturers of drywall who manufacture drywall
19 in the United States?
20    A     And Canada.
21    Q     Now the different types of drywall
22 products, the 14 different types listed in
23 Exhibit NN, the products can have different
24 applications in a home, correct, or a commercial
25 facility?

24

1     A     Each product is designed for an
2  application. You generally don't mix one type
3  of board in a different application because they
4  have specific end use properties.
5     Q     Am I correct that the end user
6  typically decides which product is going to go
7  to which application in the property?
8     A     The end user is free to put the
9  panel wherever they want, but it may be an
10 incorrect application of the product.
11    Q     Understood. The different types
12 of drywall products available for sale can have
13 variations in their ingredients, correct?
14    A     That is correct.
15    Q     With respect to USG's different
16 lines of drywall products, for example, would
17 USG consider its formula, if you will, for the
18 different lines of products proprietary?
19    A     Yes.
20    Q     Would you expect that other
21 manufacturers of drywall products would consider
22 their respective formulas proprietary?
23    A     Yes, I would expect that.
24    Q     Mr. Engbrecht, would you also
25 expect the various domestic drywall

25

1  manufacturers to consider certain aspects of
2  their production process proprietary?
3     A     Yes.
4     Q     Would it be fair to say that the
5  United States industry for making and selling
6  drywall products is a competitive one?
7         MR. WARWICK: Object to
8     form.
9     A     I would say that that is a fair
10 characterization. It is very competitive.
11    Q     The roughly eight domestic drywall
12 producers are often times competing for the same
13 customers, correct?
14    A     That is correct.
15    Q     Are you aware, sir, that builders
16 often install more than one manufacturer's
17 drywall in a particular property?
18         MR. WARWICK: Object to
19    form.
20    A     I'm aware that that is a common
21 practice.
22    Q     We talked about gypsum being mined
23 naturally from the earth, remember that?
24    A     Yes.
25    Q     Am I correct, sir, that American

26

1    drywall manufacturers also utilize gypsum that
2    is created as a by-product of the flue gas
3    desulfurization process?
4        A    Yes.
5        Q    And that gypsum is referred to
6    sometimes as by-product gypsum, correct?
7        A    That is one of the terms used to
8    refer to it.
9        Q    It's also referred to as synthetic
10   gypsum?
11       A    Yes.
12       Q    It's also referred to as FGD
13   gypsum?
14       A    Yes.
15       Q    Any other terms that you're aware
16   of that are used to refer to the man-made
17   gypsum?
18       A    There's gypsum use or created for
19   various acid neutralization processes, and the
20   manufacturer of citric acid, maleic acid,
21   titanium, they try to use gypsum from phosphorus
22   production but it is radioactive.  So it's not
23   used in the United States.  Those are some of
24   the other sources.
25       Q    But in terms of the gypsum that is

27

1    created as a by-product of the FGD process,
2    would it be fair to say that that gypsum is
3    commonly referred to as either FGD gypsum,
4    synthetic gypsum, or by-product gypsum?
5        A    Those three terms are all used to
6    describe flue gas desulfurization gypsum
7    materials.
8        Q    Would it be fair to say, Mr.
9    Engbrecht, that the business of manufacturing
10   and selling drywall generally corresponds in
11   some way to the housing market?
12           MR. WARWICK:  Object to
13           form.
14       A    Most definitely.
15       Q    And so because gypsum wallboard is
16   made for installation in homes and residences
17   and commercial facilities, as the demand for
18   such facilities increases the demand for gypsum
19   increases, correct?
20           MR. WARWICK:  Object to
21           form.
22       A    That is correct.
23       Q    And the demand for gypsum
24   wallboard increases?
25       A    That would be correct.

28

1        Q    Before you retired from US Gypsum
2    in 2007 would it be fair to say that in roughly
3    the mid 2000s the demand for gypsum wallboard
4    was high?
5        A    Yes, it was very high.
6        Q    There was a housing boom, correct?
7        A    When I retired it had began to
8    decline but a few years earlier, yes, there was
9    a housing boom across the United States.
10       Q    And in fact the damage brought
11   about Hurricane Katrina gave rise to a
12   rebuilding effort as well, correct?
13           MR. WARWICK:  Object to
14           form.
15       A    Yes, you have to repair what's
16   damaged.  So that hurricane season where there
17   were numerous hurricanes prompted a lot of
18   rebuilding.
19       Q    And in the mid 2000's are you
20   aware, sir, that certain builders and
21   distributors began to import drywall that was
22   made in China?
23           MR. WARWICK:  Object to
24           form.
25       A    I became aware of that after the

29

1    fact.  I did not know they were importing
2    Chinese drywall at the time that that was going
3    on.
4        Q    Now you're not aware of any
5    evidence demonstrating that National Gypsum
6    manufactured drywall in China, are you?
7        A    I am not aware of any such
8    evidence.
9        Q    You are not aware of any evidence
10   demonstrating that National Gypsum re-labeled or
11   re-branded any Chinese manufactured drywall, are
12   you?
13       A    I am not aware of any such
14   evidence.
15       Q    And you're not aware of any
16   evidence demonstrating that National Gypsum
17   recycled Chinese manufacturing drywall during
18   its manufacturing processes, are you?
19           MR. WARWICK:  Object to
20           form.
21       A    I'm not aware of any such
22   evidence.
23       Q    Mr. Engbrecht, approximately when
24   did you learn that Chinese manufactured drywall
25   had been imported into the United States for

8  (Pages 26 to 29)

30

1  installation in homes?
2      A    I would probably say when it
3  started hitting the news reports.  I don't
4  remember if it was 2007 or 2008.
5      Q    And so I take it that the manner
6  in which you learned about the importation of
7  Chinese manufactured drywall was through news
8  reports, the media?
9              MR. WARWICK:  Object to
10      form.
11      Q    Is that correct?
12      A    That is correct.
13      Q    What do you recall about those
14  news reports, sir?
15      A    That it was a national issue
16  primarily occurring in the southeast and other
17  high humid environments.
18      Q    What was your understanding of the
19  issue associated with Chinese manufactured
20  drywall?
21      A    At the time of the reports I did
22  not have any understanding of what the issue
23  was, other than it was being reported.
24      Q    Are you aware that Chinese
25  manufactured drywall has been associated with

31

1  blackening or corrosion of metals in homes in
2  the United States?
3      A    Yes, I am aware of that
4  association.
5      Q    Prior to the media reports about
6  Chinese manufactured drywall and your experience
7  at USG or your experience with ASTM or otherwise
8  in the drywall industry, had you ever heard of
9  any complaints by homeowners associating
10  corrosion of metals with American drywall?
11      A    In my experience I never heard of
12  any association of drywall and blackening of
13  metals in any capacity.
14      Q    Am I correct, just so I understand
15  and so the record is clear, you had never heard
16  of any association between corrosion or
17  blackening of metals in any drywall until after
18  the news reports of Chinese manufactured
19  drywall, correct?
20              MR. WARWICK:  Object to
21      form.
22      A    In my experience at US Gypsum in
23  their research laboratory no one ever brought to
24  me a complaint of that situation.
25      Q    In fact, you hadn't heard of a

32

1  complaint associated with metal blackening or
2  corrosion in any drywall in any capacity in
3  which you served in the American drywall
4  industry; is that correct?
5      A    I'm not sure I understand what
6  you're asking.
7      Q    What I'm trying to find out is
8  this, is it accurate to say that the first time
9  you ever heard of a complaint associating
10  blackening or corrosion with drywall was the
11  first time you ever heard of that that Chinese
12  drywall importation situation?
13              MR. WARWICK:  Object to
14      form.
15      A    The first I ever heard of a link
16  between gypsum wallboard and blackening or
17  corrosion of metals was with the Chinese drywall
18  reports.
19      Q    When you say Chinese drywall
20  reports what you're referring to is reports of
21  drywall being manufactured in China and imported
22  into the United States from China, correct?
23              MR. WARWICK:  Object to
24      form.
25      A    Yes.

33

1              MR. AYALA:  Let's just take
2  a quick break.
3              THE VIDEOGRAPHER:  We are
4  going off the record.  The time is
5  approximately 10:06 a.m.
6              (Recess taken.)
7              (Exhibits OO, V, W, X, Y,
8  C, D, E, and F, documents, marked
9  for identification, as of this
10  date.)
11              THE VIDEOGRAPHER:  We are
12  going back on the record.  The
13  time is approximately 10:21 a.m.
14      Q    Mr. Engbrecht, we were talking
15  about reports of metal blackening associated
16  with Chinese manufactured drywall that had been
17  imported into the United States.  Mr. Engbrecht,
18  are you aware that several government agencies
19  and entities have undertaken an investigation of
20  those reports of metal blackening?
21      A    Yes, I am aware of that activity.
22      Q    Give us a sense, if you would, of
23  what you know about what the government has done
24  to investigate those reports?
25              MR. WARWICK:  Object to

                                    9  (Pages 30 to 33)

34

```
 1        form.
 2        A    It's my understanding that the
 3   Consumer Product Safety Commission, CPSC, took
 4   the lead on the investigation and Lawrence
 5   Berkley, I think it's LBNL, was one of the
 6   investigators and another entity called
 7   Environmental Health Sciences or something like
 8   that.
 9        Q    Environmental Health and
10   Engineering?
11        A    Right.
12        Q    And do you understand that the
13   Environmental Protection Association played a
14   role in that investigation?
15        A    I'm not surprised that EPA got
16   involved.
17        Q    And the Florida Department of
18   Health got involved in that investigation?
19             MR. WARWICK:  Object to
20        form.
21        A    It's my understanding they played
22   a role, yes.
23        Q    Do you know what role Sandia
24   National Laboratories played?
25        A    I was not aware that Sandia was
```

35

```
 1   involved but it would not surprise me.
 2        Q    Are you aware that the National
 3   Institute of Standards and Technology was
 4   involved in the investigation as well?
 5        A    It would not surprise me they were
 6   involved.
 7        Q    Mr. Engbrecht, have you read any
 8   of the reports generated as a result of the
 9   government's scientific investigation of Chinese
10   drywall?
11        A    I read a few, not all of them, but
12   a few of the summaries.
13        Q    Do you recall which ones you've
14   read?
15        A    I do not recall which specific
16   ones I've read, no.
17        Q    Are you aware, sir, that as part
18   of the government's scientific investigation it
19   analyzed the composition of Chinese manufactured
20   drywall and compared it to American made drywall
21   samples?
22             MR. WARWICK:  Object to
23        form.
24        A    I know they made a comparison
25   between that board and domestic board, yes.
```

36

```
 1        Q    By that board, you mean the
 2   Chinese manufactured?
 3        A    Chinese wallboard, yes.
 4        Q    Are you aware that the
 5   government's scientific investigators visited
 6   dozens of homes and analyzed the specific
 7   environments of homes in the United States?
 8             MR. WARWICK:  Object to
 9        form.
10        A    I remember that there's dozens in
11   their study, yes.
12        Q    When you say their study, would
13   you perhaps be referring to the CPSC's 51 home
14   study?
15        A    That would be the study that I
16   would be referring to, yes.
17        Q    Do you have an understanding with
18   respect to the markers that the government
19   scientists identified as associated with
20   potentially corrosive drywall?
21             MR. WARWICK:  Object to
22        form.
23        A    I'm aware that they identified
24   differences in composition between the Chinese
25   drywall and the domestic drywall that was found
```

37

```
 1   exclusively or more predominantly in the Chinese
 2   drywall than in the US domestic manufactured
 3   drywall, yes.
 4        Q    For example, you're aware that the
 5   government scientists identified an elevated
 6   concentration of elemental sulphur in Chinese
 7   manufactured drywall samples?
 8        A    I'm aware that they did find
 9   sulphur, elevated sulphur in the Chinese
10   drywall, yes.
11        Q    Are you aware that the government
12   and scientific investigators identified an
13   elevated strontium content in Chinese
14   manufactured drywall samples?
15        A    Yes.
16        Q    Are you aware, sir, that the
17   government scientists have reported what they
18   refer to as a "clear distinction" between the
19   Chinese manufactured samples they've analyzed
20   and the American made samples they've analyzed?
21             MR. WARWICK:  Object to
22        form.
23        A    I'm aware that they have reported
24   that.
25        Q    Mr. Engbrecht, what is your
```

10  (Pages 34 to 37)

38

1    understanding of the sources of standards that
2    pertain to the manufacture of drywall in the
3    United States?  What are the sources of
4    standards pertaining to the manufacture of
5    drywall in the United States?
6              MR. WARWICK:  Object to
7         form.
8         A    The standards for drywall in the
9    United States are written by ASTM Committee
10   C-11.
11        Q    Maybe you could just repeat the
12   answer.
13        A    Repeat the question.
14             (Record read.)
15        A    The source of the standard is
16   ASTM, Inc.  ASTM is their current acronym but I
17   think the original acronym stood for American
18   Society of Testing and Materials.  I think it's
19   international and not, Inc. I'm not sure of
20   their current title.
21        Q    What, if any, role does
22   Underwriters Laboratories have with respect to
23   promulgating standards pertaining to the
24   manufacture of drywall in the United States?
25        A    My understanding that Underwriters

39

1    Laboratories is used by many gypsum
2    manufacturers to certify the -- primarily to
3    certify their conformance to fire resistance
4    standards for the performance of drywall in
5    systems.
6         Q    And so apart from standards from
7    Underwriters Laboratories and ASTM, are you
8    aware of any other sources of standards for the
9    manufacture of drywall in the United States?
10        A    No.
11        Q    Mr. Engbrecht, I've handed you a
12   number of documents that I'd just like to
13   identify for the record before we talk about
14   them.  The first document has been marked as
15   Exhibit OO.  Do you recognize this document, Mr.
16   Engbrecht?
17        A    Yes, I prepared it.
18        Q    What is it?
19        A    It's a request to -- a response to
20   a request from Mr. Warwick to review some
21   documents that he submitted to me that are
22   listed there on the cover sheet.
23        Q    At the time you prepared Exhibit
24   OO, sir, did you have an understanding that this
25   document was going to be offered as a report for

40

1    use in the Brucker and Brincku litigation?
2         A    Yes, that is my understanding.
3         Q    Maybe if you'll indulge me, I'm
4    going to ask the question this way so the record
5    is clear.  At the time you prepared Exhibit OO,
6    sir, was it your understanding that the document
7    would be used as a report in the Brucker
8    litigation?
9         A    Yes.
10        Q    And I'm going to ask it this way
11   too.  This is just for clarity of the record.
12   And at the time you prepared Exhibit OO was it
13   your understanding that the document would be
14   used as a report in the Brincku litigation?
15        A    Yes.
16        Q    Looking at the document that has
17   been marked as Exhibit V as in Victor, which
18   I'll identify for the record as a document dated
19   November 17, 2001 from David C. Strauss relating
20   to the Brincku house.  Have you seen this
21   document before, sir?
22        A    I have a document dated November
23   7, 2011, not 2001.
24        Q    Thank you.  Thank you for
25   clarifying, 2011, Exhibit V.

41

1         A    Similar to the document that I
2    reviewed without comparing what I saw word for
3    word I don't know if it's the same document.
4         Q    Is it your understanding, sir,
5    that Exhibit V is Dr. Strauss' report relating
6    to the Brincku house?
7         A    That's what's in the first
8    paragraph, yes.
9         Q    Looking at Exhibit W, which for
10   the record is a document dated November 17, 2011
11   from David C. Strauss prepared relating to the
12   Retana house, have you seen a copy of this
13   document before, sir?
14        A    I've seen a document similar.  I
15   don't know that it's the same one but yes.
16        Q    It appears to be?
17        A    It appears to be the same one.
18        Q    Looking at Exhibit X, which I'll
19   identify for the record as a November 17, 2011
20   report from David Strauss pertaining to the
21   Ravelo house, does this document appear to be
22   the same document that you reviewed in
23   connection with your report for this litigation?
24        A    It does appear to be the same.
25        Q    And looking at the document

11  (Pages 38 to 41)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

42

1  identified as Exhibit Y, which for the record is
2  a November 17, 2011 report from David Strauss,
3  pertaining to the Nutting house.  Does this
4  document appear to be the same report you
5  considered in connection with your report for
6  this litigation?
7      A    Yes.
8      Q    And so in your report, Mr.
9  Engbrecht, Exhibit OO, when you note that you
10 reviewed the expert reports of David C. Strauss
11 on the homes of Nutting, Retana, Brincku, and
12 Ravelo, would you agree, sir, that the reports
13 you're referring to from Dr. Strauss are
14 reflected in Exhibits V, W, X, and Y
15 respectively?
16     A    Yes.
17     Q    We're going to do the same thing
18 for the Sutton reports.  I'll direct your
19 attention to Exhibit C, sir.
20     A    All right.
21     Q    Which I'll identify for the record
22 as a November 16, 2011 report from Realtime
23 Laboratories regarding the Brincku home.  Is
24 Exhibit C, does that appear to be the same, one
25 of the same documents that you considered in

43

1  preparing your report for the litigation?
2      A    It appears to be a similar report,
3  yes.
4      Q    With regard to Exhibit D, for the
5  record is dated September 26, 2011 from Realtime
6  Laboratories, Inc. regarding the Retana home,
7  does Exhibit D appear to be one of the documents
8  you considered in preparing your expert report
9  for the litigation?
10     A    Yes, it is.
11     Q    Looking to Exhibit E, which for
12 the record is a document dated September 26,
13 2011 from Realtime Laboratories, Inc. regarding
14 the Ravelo home, does Exhibit E appear to be one
15 of the documents you considered in connection
16 with your report for the litigation?
17     A    It does appear to be one of the
18 reports, yes.
19     Q    Finally looking at Exhibit F,
20 which is a document dated September 26, 2011
21 from Realtime Laboratories, Inc. regarding the
22 Nutting home, does Exhibit F appear to be one of
23 the documents you considered in connection with
24 your report for this litigation?
25     A    It does appear to be one of the

44

1  reports I considered, yes.
2      Q    In your report, Mr. Engbrecht,
3  Exhibit OO, when your report states that you
4  considered the expert report of JS Sutton on the
5  homes or residences of Nutting, Retana, Brincku,
6  and Ravelo, would you agree, sir, that the
7  documents identified today as Exhibits C, D, E,
8  and F respectively comprise the Sutton reports
9  to which your report for this litigation refers?
10     A    Yes, they do.
11     Q    Looking at Exhibit OO, your report
12 for the litigation, Mr. Engbrecht, the report
13 reads, "Mr. Warwick, per your request I have
14 reviewed the information contained in the expert
15 reports from David C. Strauss, PhD and JS Sutton
16 concerning the Brincku residence and the homes
17 or residences of class representatives Nutting,
18 Retana, and Ravelo."  And then the report goes
19 on to list five documents.  Do you see that?
20     A    Yes.
21     Q    The five documents listed in your
22 report, were those documents provided to you by
23 Mr. Warwick?
24     A    Or a representative of his firm.
25     Q    Understood.  Were you asked to

45

1  consider any documents other than the five
2  listed here in connection with preparing your
3  November 18, 2011 report?
4          MR. WARWICK:  Object to
5      form.
6      A    No, I was not.
7      Q    In fact, Mr. Engbrecht, the five
8  documents that are listed in your report as
9  those you considered in connection with
10 preparing it, the only five documents are listed
11 here in the report, correct?
12         MR. WARWICK:  Object to
13     form.
14     A    Yes.  There's more than five
15 because the four are lumped into .5.  So there's
16 actually more than five documents.
17     Q    Understood.  There are more than
18 five documents because item number five in your
19 report actually encompasses a number of reports
20 from David Strauss and JS Sutton, correct?
21     A    Correct.
22     Q    And on Exhibit OO, sir, your
23 signature is on the report, correct?
24     A    That is correct.
25     Q    And you authored the report?

46

1      A    I did.
2      Q    Now if you look at the second page
3  of your report, sir, the second paragraph it
4  reads, "I have reviewed the information
5  contained in the expert reports from David C.
6  Strauss, PhD and JS Sutton concerning the
7  Brincku residence, and the homes or residences
8  of class representatives Nutting, Retana, and
9  Ravelo.  Since I personally did none of the
10 testing I'm assuming the submitted tests are
11 accurate and all of the laboratory testing was
12 properly conducted.  All of my answers assume
13 the accuracy of the provided information."  Did
14 I read that correctly, sir?
15     A    Yes.
16     Q    And would you consider that
17 paragraph that I just read to consist of
18 accurate statements?
19     A    Yes.
20     Q    So that I understand what you've
21 done, so I understand it correctly here, is
22 you've reviewed the reports of Dr. Strauss and
23 JS Sutton and you have assumed for purposes of
24 your report that the testing performed by
25 Realtime Laboratories was performed correctly;

47

1  is that right?
2           MR. WARWICK:  Object to
3        form.
4      A    I assume that they did it
5  correctly, appropriate to the proper protocol.
6      Q    You assume that -- you have also
7  assumed that the content of Dr. Strauss' report
8  is accurate, correct?
9      A    I assume that they are accurate,
10 yes.
11     Q    I think you actually noted that
12 you did not perform any of the testing that
13 forms the basis of any of the Sutton or Strauss
14 reports, you didn't perform any of that testing
15 yourself, correct?
16     A    I did not perform or witness any
17 of the testing that was involved in that.
18     Q    Have you seen any of the drywall
19 samples from any of the plaintiffs' homes at
20 issue?
21     A    I have not.
22     Q    You haven't held any of the
23 drywall samples from any of the plaintiffs'
24 homes in your hands?
25     A    I have not.

48

1      Q    Have you personally been to any of
2  the homes that are the subject of the
3  litigation?
4      A    I have not.
5      Q    Have you done any investigation
6  personally to identify the types of drywall
7  products present at any of the homes at issue in
8  the litigation?
9           MR. WARWICK:  Object to
10       form.
11     A    I have not personally.  I've heard
12 that there are various thicknesses and grades
13 that have been used in the different homes from
14 different manufacturers.  I don't know that that
15 particularly applies to these five residences,
16 more of a general statement.
17     Q    You just don't have personal
18 knowledge, firsthand knowledge, of what drywall
19 products are in any of the homes, correct?
20     A    I do not have personal knowledge.
21     Q    Now apart from the Strauss reports
22 identified in Exhibits V through Y and apart
23 from the Sutton reports identified in Exhibits C
24 through F, have you seen any other expert
25 reports disclosed from either the plaintiffs or

49

1  the defendants in the litigation?
2      A    I've seen a deposition from Mr.
3  McChesney and a report from, I can't remember
4  the name of the company, concerning some
5  temperature test that was done on the board.
6  And Mr. Warwick showed me an e-mail chain
7  concerning a situation that National Gypsum was
8  having at their plant.
9      Q    Okay.  So apart from those three
10 documents have you seen any other documents from
11 the litigation?
12     A    To the best of my knowledge I
13 don't recall any.
14     Q    Now the e-mail chain that Mr.
15 Warwick showed you, what was the general date of
16 that document, do you know?
17     A    I think it started in 2004 and ran
18 through current, 2010, 2011.
19     Q    So perhaps Mr. Warwick showed you
20 more than one document?
21     A    Yes.
22     Q    He showed you a number of e-mails?
23     A    Yes.
24     Q    When did Mr. Warwick show you
25 those e-mails that you're referring to?

13  (Pages 46 to 49)

50

1  A    Yesterday.
2  Q    Yesterday for the first time?
3  A    Yes.
4  Q    When did you first see the
5  transcript of the deposition from Mr. McChesney?
6  A    I'm going to guess it was early
7  December 2011.
8  Q    When did you first see the other
9  report that you mentioned?
10  A    It came with the same e-mail.
11  Q    Are you aware, sir, that there
12  have been numerous expert reports exchanged in
13  this litigation apart from those that you
14  mentioned having received?
15  A    I had no knowledge of what else
16  has been exchanged other than what I've seen.
17  Q    What you've seen has come from the
18  plaintiffs' attorneys in the litigation,
19  correct?
20  A    Yes.
21  Q    Am I correct that you're not aware
22  of any analyses or testing of copper wiring or
23  other metals from any of the plaintiffs' homes
24  in the litigation?
25      MR. WARWICK:  Object to

51

1      form.
2  A    Other than what's been reported in
3  the Realtime Laboratory reports.
4  Q    And is it your understanding that
5  what was reported in the Realtime Laboratory
6  reports included copper wiring taken from the
7  plaintiffs' homes as opposed to copper wiring
8  independently acquired through Realtime
9  Laboratories?
10  A    I don't recall the source being
11  specified but I'm assuming it was something that
12  the laboratory had not from within the building,
13  from the dwelling.
14  Q    Mr. Engbrecht, you're not aware of
15  any testing from any of the plaintiffs'
16  properties to analyze the air, the water, the
17  soil or the metals from the homes, correct?
18      MR. WARWICK:  Object to
19      form.
20  A    Other than what's been reported in
21  the Realtime Laboratory reports.  I have not
22  seen any report that specifically states some
23  other entity other than Realtime Laboratory
24  tested a sample.
25  Q    And would you agree, sir, that

52

1  there is nothing in the Realtime Laboratory
2  reports that reports on the air, the water, the
3  soil, or the metals from any of the homes at
4  issue in the litigation?
5  A    I would agree that there's nothing
6  concerning those areas in those reports.
7  Q    Mr. Engbrecht, have you ever been
8  to any of National Gypsum's manufacturing
9  facilities?
10  A    I don't believe I've ever been to
11  a National Gypsum facility.
12  Q    Have you ever been to Tampa
13  Electric Company's flue gas desulfurization
14  facility in Florida?
15  A    I have not.
16      THE VIDEOGRAPHER:  We are
17  going off the record.  The time is
18  approximately 10:56 a.m.
19      (Recess taken.)
20      (Exhibits I, case
21  management and scheduling order,
22  and Exhibit J, case management and
23  scheduling order, marked for
24  identification, as of this date.)
25      THE VIDEOGRAPHER:  We are

53

1      going back on the record.  The
2      time is approximately 11:05 a.m.
3  A    I would like to amend my previous
4  comment about documents I reviewed.  I remember
5  that Mr. Warwick showed me a deposition from Dr.
6  Strauss and suggested to start reading about
7  page 96.  I reviewed page 96 through the end of
8  that deposition of Dr. Strauss.
9  Q    Thank you for that.  Mr.
10  Engbrecht, I'm showing you what was previously
11  marked as Exhibits I and J.  Exhibit I, for the
12  record, is a case management and scheduling
13  order in the case of Brincku versus National
14  Gypsum.  Exhibit J, for the record, is a case
15  management and scheduling order from the court
16  in the case of Brucker versus Lowes Home Center.
17  First of all, with respect to Exhibit I, Mr.
18  Engbrecht, have you seen this document before?
19  A    I have not seen that document
20  before.
21  Q    And if you look at page two of the
22  document Exhibit I, sir, specifically paragraph
23  E it reads, "Disclosure of expert testimony on
24  or before the date set forth in the above table
25  for disclosure of expert reports, the parties

14  (Pages 50 to 53)

54

1 shall fully comply with federal rule of civil
2 procedure A2 and 26E.
3          "Expert testimony on direct
4 examination at trial will be limited to the
5 opinions, basis, reasons, data, and other
6 information disclosed in the written expert
7 report disclosed pursuant to this order.
8 Failure to disclose such information may result
9 in the exclusion of all or part of the testimony
10 of the expert witness."  And so to be clear,
11 sir, you have not seen Exhibit I before,
12 correct?
13     A    I have not.
14     Q    And having heard me read the
15 Court's directive in paragraph E, the question I
16 have for you is has anyone had discussions with
17 you, sir, about the content of Exhibit E?
18     A    Exhibit E?
19     Q    I'm sorry, paragraph E.
20     A    No.
21     Q    If you look at Exhibit J, which is
22 the Brucker case management and scheduling order
23 from the United States District Court in this
24 matter, I'll represent that paragraph E to
25 Exhibit J says exactly the same thing as

55

1 paragraph E in Exhibit I.  The question I have
2 for you is has anyone advised you of the content
3 of Exhibit E?  I'm sorry, of paragraph E in
4 Exhibit J.
5     A    No.  I'm not quite sure what it
6 means in plain English.
7     Q    And no one explained to you what
8 it means in plain English, correct?
9     A    No.
10     Q    Sir, looking to your report, your
11 report notes the following question; the
12 record, your report Exhibit OO notes the
13 following question, "Is it reasonable to expect
14 that drywall would contain sulphur reducing
15 bacteria that is actively off gas H2S."  First
16 of all, by H2S your report refers to hydrogen
17 sulfide; is that correct?
18     A    That is correct.
19     Q    And second of all, sitting here
20 today can you define the phrase sulphur reducing
21 bacteria?
22     A    It's a biological entity that for
23 lack of a better term uses sulphur as food as we
24 use carbon as food, fuel to sustain our life
25 processes.

56

1     Q    Is it your understanding that the
2 term sulphur reducing bacteria refers to one
3 entity?
4     A    It refers to a particular class of
5 bacteria or genus or species or whatever used to
6 reduce sulphur to obtain their fuel for
7 existence.
8     Q    So does it refer to a class of
9 bacteria or a species of bacteria?
10          MR. WARWICK:  Object to
11     form.
12     A    I don't know.  I'm not a
13 microbiologist.  I don't know the specific
14 details of its origin or classification.
15     Q    And so is it fair to say, sir,
16 that you don't know how many species of bacteria
17 fall within the classification of sulphur
18 reducing bacteria?
19     A    I have no clue.
20     Q    What is your understanding of the
21 term sulfate reducing bacteria?
22          MR. WARWICK:  Object to
23     form.
24     A    They're still using sulphur as
25 their fuel source, whether it's sulphur in one

57

1 particular valence state is just a different
2 source of the same material.  I assume that a
3 microbiologist can give you the distinction of
4 what those are.  They all use sulphur as one of
5 their food sources.
6     Q    In your mind, sir, is sulphur the
7 same thing as sulfate?
8          MR. WARWICK:  Object to
9     form.
10     A    In my mind sulphur is the element.
11 Sulfate is an ion as is sulfide an ion.  Sulphur
12 is an element.
13     Q    Sitting here today, sir, you don't
14 claim to be an expert on the ecological
15 requirements necessary for any particular
16 sulphur reducing bacteria to be alive, for
17 example?
18     A    I'm not quite sure what you mean
19 by ecological.  I do not know what its life
20 parameters are or the range of conditions
21 necessary for it to survive and thrive.
22     Q    And similarly you don't consider
23 yourself an expert with respect to the necessary
24 conditions for any particular sulphur reducing
25 bacterium to be metabolically active; is that

15  (Pages 54 to 57)

58

1    correct?
2        A    Could you restate that question?
3            (Record read.)
4        A    I have to agree with that.  I am
5    not an expert on that.
6        Q    And you're not an expert, sir,
7    with respect to the conditions under which any
8    particular bacterium could form a spore; is that
9    correct?
10       A    The particular conditions, no.
11       Q    You're not an expert on the
12   particular conditions under which any particular
13   bacterium is capable of producing hydrogen
14   sulfide; is that correct?
15           MR. WARWICK:  Object to
16       form.
17       A    Particular, generally they need
18   moisture and a suitable environment.
19       Q    Okay, sir, with respect to the
20   particular bacterium that Realtime Laboratories
21   reportedly detected, what are the Ph
22   requirements for that bacteria to be
23   metabolically active?
24       A    I have no idea.  I am not a
25   microbiologist.

59

1        Q    And so it would be fair to say
2    that you're not purporting be an expert with
3    respect to the necessary conditions for any of
4    the bacteria listed in the Realtime Laboratory
5    reports to live and grow; is that correct?
6        A    I am not an expert in
7    microbiologist.  I know nothing of the details
8    of that.
9        Q    Now one of the references in your
10   report contained at Exhibit OO, in fact, the
11   first reference, sir, is listed as white paper
12   titled "Reduced sulphur compounds in gas from
13   construction and demolition debris landfills."
14   The author is listed as S. Lee et al. Waste
15   Management 26 published in 2006.  Do you see
16   that?
17       A    Yes.
18       Q    Would you agree, sir, that the
19   environment inside a landfill is a different
20   environment from a habitable home?
21           MR. WARWICK:  Object to
22       form.
23       A    Yes.
24       Q    Let me ask you this, if gypsum
25   wallboard were buried within a landfill in wet

60

1    and anaerobic conditions, would you expect
2    sulfate reducing bacteria or sulphur reducing
3    bacteria to be present on the gypsum wallboard
4    and converting sulfate in the gypsum to hydrogen
5    sulfide?
6            MR. WARWICK:  Object to
7        form.
8        A    Over the years I've heard reports
9    about those activities or that situation.  So I
10   would say yes, I would expect that to be a
11   feasibility.
12       Q    Do you have an understanding that
13   sulfate reducing bacteria are ubiquitous in the
14   environment?
15           MR. WARWICK:  Object to
16       form.
17       A    By ubiquitous I'm assuming you
18   mean that they are every where?
19       Q    Yes, sir.
20       A    I would think they are every
21   where.
22       Q    And so if gypsum wallboard were
23   found within a landfill and found to have
24   sulfate reducing or sulphur reducing bacteria
25   present, you wouldn't have a basis to say when

61

1    or where the sulfate reducing bacteria got onto
2    the board; is that correct?
3        A    I do not know how the bacteria
4    entered the landfill.
5        Q    And in fact you wouldn't know
6    where the bacteria on the board came from,
7    correct?
8        A    I would not know where they came
9    from.
10       Q    Are you aware of any testing of
11   any of the plaintiffs' homes in the litigation
12   that was performed in an effort to rule out the
13   presence of sulfate reducing or sulphur reducing
14   bacteria in or around the homes?
15           MR. WARWICK:  Object to
16       form.
17       A    I don't understand the question.
18           (Record read.)
19       A    I am not aware of any sampling
20   that was done of the soil, air, and water that
21   you mentioned earlier that would specifically
22   look for that material or that organism.
23           (Exhibit P, US consumer
24       product safety commission staff
25       summary of contractor's report,

16  (Pages 58 to 61)

62

1    marked for identification, as of
2    this date.)
3        Q    Mr. Engbrecht, I'm showing you a
4    document that's been marked as Exhibit P as in
5    Paul. For the record, the document is entitled
6    US consumer product safety commission staff
7    summary of contractor's report, "The use of
8    epifluorescent microscopy and quantitative
9    polymerase chain reaction to determine the
10   presence/absence and identification of
11   microorganisms associated with domestic and
12   foreign wallboard samples." I'll represent the
13   document actually has two parts.
14       The first part being the title as
15   I just read and the second part, a number of
16   pages in, with the date of September 14, 2011
17   entitled use of epifluorescent microscopy and
18   quantitative polymerase chain reaction to
19   determine the presence/absence and
20   identification of microorganisms associated with
21   domestic and foreign wallboard samples. Have
22   you seen this document before, sir?
23       A    I have never seen this document
24   before.
25       Q    Do you want to take your time to

63

1    look through it? Mr. Engbrecht, so looking at
2    Exhibit P as in Paul and particularly the second
3    part of Exhibit P, which is a document authored
4    by Dale Warren Griffin of the US Geological
5    Survey. First of all, sir, what is the US
6    Geological Survey, to your knowledge?
7        A    They are the government entity
8    that surveys minerals and land in the United
9    States.
10       Q    Looking at the abstract, this
11   article reads that, "Epifluorescent microscopy
12   and quantitative polymerase chain reaction QPCR
13   were utilized to determine the presence,
14   concentration, and identification of bacteria
15   and more specifically sulfate reducing bacteria
16   (SRB) in subsamples of Chinese and North
17   American wallboard and wallboard mine rock." Do
18   you see that?
19       A    Yes.
20       Q    If you look at page two the
21   introduction of the article reads, "The
22   emissions of sulphurous gases in homes that have
23   been built using wallboard of Chinese origin
24   have received considerable attention in the
25   press due to the profuse use of this wallboard

64

1    in domestic construction and its potential
2    economic impact. These 'rotten egg' odor
3    emissions were associated by consumer reports by
4    copper erosion (copper is a common plumbing
5    component) and adverse health affects.
6        "Suspected causes of these
7    emissions have been hypothesized to include
8    natural, non-biologically mediated emissions due
9    to its construction material, and natural common
10   non-biological emissions due to the
11   manufacturing process, or microbiological
12   processes (Burdack-Freitag, Mayer et al. 2009;
13   Curtis, Jones et al. 2009; Hooper, Shane et al.
14   2010.)"
15       Do you see that, sir?
16       A    Yes.
17       Q    In fact if you refer to page 24 of
18   the document, Mr. Engbrecht.
19       MR. WARWICK:  Which page,
20   24?
21       MR. AYALA:  24, yes.
22       A    The reference page, the last page.
23       Q    The references page. The third
24   reference down states, "Hooper, D.G., J. Shane,
25   et al. (2010). 'Isolation of sulfur reducing

65

1    and oxidizing bacteria found in contaminated
2    drywall.' International Journal of Molecular
3    Sciences."
4        The question I have for you, sir,
5    is the Hooper 2010 reference I just read, is
6    that the article you testified earlier to as
7    having read previously?
8        MR. WARWICK:  Object to
9    form.
10       A    Probably. I don't remember the
11   precise title but it would be something similar
12   to that.
13       (Exhibits PP, QQ, RR,
14   documents, and Exhibit O, article
15   entitled isolation of sulphur
16   reducing and oxidizing bacteria
17   found in contaminated drywall,
18   marked for identification, as of
19   this date.)
20       Q    I'm showing you what's been marked
21   as Exhibit O, Mr. Engbrecht, which for the
22   record is a document entitled, "Isolation of
23   sulphur reducing and oxidizing bacteria found in
24   contaminated drywall," Dennis G. Hooper, John
25   Shane, and others, a dated publication of

17  (Pages 62 to 65)

66

1  February 5, 2010. Do you see that?
2      A    Yes.
3      Q    Mr. Engbrecht, could you please
4  compare the title in Exhibit O to the reference
5  page on Exhibit P and tell me whether it's your
6  understanding that the Hooper reference on page
7  24 of Exhibit P is, in fact, referring to the
8  article contained in Exhibit O?
9      A    I would say those references in
10  the article match.
11      Q    And the article in Exhibit O, have
12  you seen that before?
13      A    I believe I have seen this one
14  before, yes.
15      Q    And that's the article that you
16  testified earlier to as having read previously,
17  correct?
18      A    Yes.
19      Q    Going back to page two of Exhibit
20  P, specifically the second part of Exhibit P
21  which is the USGS report. So, in fact, the USG
22  report, USGS report I should say, actually
23  expressly acknowledged the hypothesis espoused
24  by Hooper and Shane in their 2010 article. Do
25  you see that?

67

1          MR. WARWICK: Object to
2      form.
3      A    By making the reference they are
4  considering that hypothesis in that study, yes.
5      Q    On page two the USGS report goes
6  on to state that, "The prime microbiological
7  suspect is SRB," which as you can see from page
8  one that USGS has defined as sulfate reducing
9  bacteria. Do you see that?
10      A    From.
11      Q    Page one in the abstract.
12      A    Yes, first sentence, yes.
13      Q    Back to page two, the USGS
14  reports, "The prime microbiological suspect is
15  SRB as previously defined, which readily
16  discharge hydrogen sulfide as a waste product
17  and are common environmental microfauna. The
18  classic quote rotten egg odor of swamps, aquatic
19  sediments and in some cases sinks is due to SRB
20  metabolic activity.
21          "Due to the association of rotten
22  egg emissions with SRB comprehensive examination
23  of suspect and non-suspect wallboard and
24  wallboard mine rock was needed to determine if
25  SRB were present, metabolically active, and

68

1  responsible for Chinese wallboard emissions."
2  Do you see that, sir?
3      A    Yes.
4      Q    If you looked at page 11, pages 11
5  and 12 of the USGS report in Exhibit P, there's
6  a header on page 11 that refers to discussion
7  and conclusion. Do you see that?
8      A    Yes.
9      Q    If you look at page 12, the last
10  paragraph, the reads as follows, "Based on the
11  overall data set and the various environments
12  that these samples (Chinese and North American
13  wallboard) were exposed to following
14  manufacture, transport and use, and installation
15  in homes. It would not be unusual to
16  occasionally detect SRB when utilizing sensitive
17  molecular assays such as enriched SRB qPCR." Do
18  you see that?
19          MR. WARWICK: Object to
20      form.
21      A    Yes.
22      Q    Did I read that correctly?
23      A    Yes.
24      Q    And then -- let me ask you this,
25  sir: Do you agree with that statement?

69

1      A    I don't know whether to agree or
2  disagree. I'm not a microbiologist and I don't
3  know the geologic survey to know what their
4  answer -- what their reality is.
5      Q    Let's look at page 12 again. In
6  your experience, Mr. Engbrecht, would you
7  consider a residential home to be a sterile
8  environment?
9      A    No.
10      Q    Would you consider the manner in
11  which drywall products are routinely transported
12  in the United States to be conducive to a
13  sterile environment?
14      A    No.
15      Q    Given that we've established that
16  sulfate reducing bacteria are ubiquitous in the
17  environment and that drywall products in the
18  United States routinely are transported and
19  installed in nonsterile environments, do you
20  agree, sir, that it would not be unusual to
21  occasionally detect sulfate reducing bacteria on
22  a drywall product?
23          MR. WARWICK: Object to
24      form.
25      A    I would agree that you could find

18  (Pages 66 to 69)

70

1  sulfate reducing bacteria, yes.
2      Q     Would you expect to find sulfate
3  reducing bacteria?
4      A     I don't know if I would expect to
5  find them.  I don't do the analyses, but if
6  they're ubiquitous and given the non-sterile
7  shipping environment of drywall and assuming
8  that the bacteria are airborne and can be moved
9  around, yes, I would expect that you could
10  probably occasionally detect.
11      Q     That you could probably
12  occasionally detect sulphur reducing bacteria?
13      A     SRBs, yes.
14          MR. WARWICK:  Object to
15      form.
16      A     Yes.
17      Q     On drywall samples?
18          MR. WARWICK:  Object to
19      form.
20      Q     Correct?
21      A     Yes.
22      Q     On page 13 of the USGS report it
23  reads, "This observation of sporadically
24  detectable SRB in Chinese and North American
25  wallboard samples has previously been reported

71

1  (Environmental Health and Engineering, Needham,
2  MA for Massachusetts, Report No. 16152 dated
3  March 26, 2010, titled draft report on
4  preliminary microbiological assessment of
5  Chinese drywall and available at www.CPSC.gov"
6  at the link provided.  Do you see that, sir?
7      A     Yes.
8      Q     So the article by environmental
9  health and engineering, which the USGS report
10  indicates is available at the CPSC's web site,
11  have you seen that article before, sir?
12      A     I do not recall seeing that
13  article nor do I camp out the CPSC drywall site
14  looking for their latest pronouncement either.
15      Q     And then the report states
16  further, "As stated the presence of viable
17  bacteria in these samples was expected and they
18  were readily detectable."  And you agree with
19  that statement, sir?
20          MR. WARWICK:  Object to
21      form.
22      Q     I'll rephrase it.  Let me ask it
23  this way.  Given the non-sterile transportation
24  conditions routinely employed for drywall in the
25  United States and given the non-sterile

72

1  installation environments in which drywall is
2  routinely installed in the United States in
3  homes, would you expect the presence of viable
4  bacteria in drywall samples to be detected from
5  time to time?
6          MR. WARWICK:  Object to
7      form.
8      A     I would expect from time to time
9  but I don't -- I have not read this report in
10  detail.  I don't know the location of the
11  samples that were taken.  My cursory reading
12  indicated that they were surface and not
13  internal and your questions are implying that
14  the samples are all external and not internal.
15  The dust is going to be on the outside of the
16  board, not the inside of the board.
17      Q     Let's look at the beginning of
18  Exhibit P.  So if you look at page one of
19  Exhibit P, sir, beginning on the fourth line
20  down, the USGS report reads that bacteria were
21  visible in most subsamples.
22      A     Which page are you on, the
23  abstract page?
24      Q     Yes, sir, the fourth line down.
25      A     Okay.

73

1      Q     The report reads, "That bacteria
2  were visible in most subsamples which included
3  wallboard lining paper from each side of the
4  wallboard, wallboard filler, wallboard tape and
5  fragments of mined wallboard rock via
6  microscopy."  Do you see that?
7      A     Okay.
8      Q     The report from the USGS is
9  reporting on its analysis not only of paper of
10  the wallboard but also of wallboard filler and
11  wallboard rock.  Do you see that?
12      A     Yes, I'm assuming by wallboard
13  filler they're referring to the gypsum and the
14  core between the two sheets of paper.
15      Q     And that's my understanding as
16  well.  If you go back to page 13, Mr. Engbrecht,
17  starting with the sixth line down the report
18  reads, "That individual bacterial cells and
19  small clusters of cells were visible via
20  epifluorescent microscopy, but there were no
21  visible signs of clusters of replicating cells
22  that would be expected from a metabolically
23  active group.
24          "These and other data indicate
25  that the reported sulphur emissions from these

19  (Pages 70 to 73)

74

1  suspected samples are not in all likelihood due
2  to microbial activity."  Do you see that?
3     A    Yes.
4     Q    Having read Dr. Strauss'
5  deposition transcript do you recall Dr. Strauss
6  testifying under oath that the Realtime
7  Laboratories testing for the litigation did not
8  permit an inference with regard to whether
9  Realtime Laboratories was testing a single
10 bacterium or more than one bacterium, do you
11 recall that?
12          MR. WARWICK:  Object to
13      form.
14     A    I don't recall specifics.  I was
15 reading it for general content.
16     Q    I'd like you to assume for
17 purposes of this question that roughly one week
18 ago Dr. Strauss testified under oath that the
19 Realtime Laboratories testing for the litigation
20 does not permit an inference with respect to
21 whether they reportedly detected a single
22 bacterium or more than one bacterium.  Can you
23 assume that for purposes of this question?
24     A    Okay.  I'm not a microbiologist
25 but I will.

75

1     Q    The question is simply this, you
2  don't have a basis to disagree with Dr. Strauss
3  with regard to his testimony on inferences that
4  can or cannot be drawn from the Realtime
5  Laboratories testing, correct?
6          MR. WARWICK:  Object to
7      form.
8     A    The first part again?
9          (Record read.)
10     A    I do not have a basis to disagree
11 with Dr. Strauss.
12     Q    Mr. Engbrecht, I'm showing you
13 three documents.  The first is a document that
14 has been marked for identification.  And for the
15 record, Exhibit PP is a press release from the
16 US Consumer Product Safety Commission dated May
17 25, 2010.  It's entitled CPSC identifies
18 manufacturers of problem drywall made in China.
19 I'm also showing you a document that's been
20 marked as Exhibit QQ.
21          For the record, Exhibit QQ is, in
22 fact, appended through a link on the CPSC's web
23 site to Exhibit PP.  It is a graph illustrating
24 reactive sulphur emissions from various drywall
25 samples analyzed by Lawrence Berkley National

76

1  Laboratory.  It is a two-page document of
2  Exhibit QQ.  The third document I'm showing you
3  has been marked as Exhibit RR.  This document
4  too comes from the CPSC's web site and is simply
5  a numerical illustration of the table of the
6  graph that illustrates Lawrence Berkley National
7  Laboratories chamber testing of various drywall
8  samples.  Do you see that, sir?
9     A    Yes.
10     Q    Have you ever seen Exhibits PP,
11 QQ, or RR before, sir?
12     A    It's highly likely that I have
13 seen them.
14     Q    If we look at Exhibit PP, the
15 CPSC's May 25, 2010 press release, the document
16 reads, "The US Consumer Product Safety
17 Commission, CPSC, is releasing today the names
18 of the drywall manufacturers whose drywall
19 emitted high levels of hydrogen sulfide in
20 testing conducted for the agency by Lawrence
21 Berkley National Laboratory, LBNL."
22          And it says, "There is a strong
23 association between hydrogen sulfide and metal
24 corrosion.  Of the samples tested the top ten
25 reactive sulphur emitting drywall samples were

77

1  all produced in China.  Some of the Chinese
2  drywall had emission rates of hydrogen sulfide
3  100 times greater than the non-Chinese drywall
4  samples."  Do you see that, sir?
5     A    Yes.
6     Q    You see in the bullet points of
7  Exhibit PP a listing of various Chinese
8  manufacturers of drywall products, and then the
9  paragraph beneath that reads, "Other Chinese
10 drywall samples had low or no detectable
11 emissions of hydrogen sulfide as did the drywall
12 samples tested that were manufactured
13 domestically."  The press release goes on to
14 list a number of other drywall manufacturers,
15 including USG Corporation, CertainTeed
16 Corporation, Georgia Pacific Corporation,
17 National Gypsum Corporation and others.  Do you
18 see that?
19     A    Yes.
20     Q    If you go on to page two of the
21 document at Exhibit PP, the middle of the page
22 there's a link to a PDF chart listing the
23 drywall chamber results.  Do you see that?
24     A    Yes.
25     Q    Let's go to Exhibit QQ, which in

20  (Pages 74 to 77)

78

1    fact is the chart linked to Exhibit PP.  And so
2    if you're looking at Exhibit QQ the graph
3    illustrating reactive sulphur gas emissions from
4    Lawrence Berkley's testing, you can see from the
5    bar chart emissions of what are indicated in the
6    bars of red color indicating hydrogen sulfide
7    emissions during the chamber testing.  Do you
8    see that?
9        A    I see it from the table.  I'm
10   color blind to reds and browns.  So I'm assuming
11   what you're calling red is what I'm interpreting
12   to be red.
13       Q    I'll just represent that the red
14   color is the bottom, is depicted on the bottom
15   of the bar chart.
16       A    Okay.
17       Q    For your sake, Mr. Engbrecht,
18   instead of looking at the colors of the bars
19   because this data in Exhibit QQ actually is
20   reported quantitatively in Exhibit RR, why don't
21   we look at that.
22       A    All right.
23       Q    So looking at the table in Exhibit
24   RR, and specifically the hydrogen sulfide column
25   listed in Exhibit RR, you can see at the top,

79

1    for example, a sample identified as C-17 and
2    CPSC ID number 9673 associated with a company
3    Knauf Plasterboard, Tianjin Co. has a reported
4    detection of 203.27 micrograms per square meter
5    per hour.  Do you see that?
6        A    Yes.
7        Q    If you go down to the sample
8    number NA-2, CPSC ID number 7639 associated with
9    the company USG Corporation, there is a reported
10   emission of hydrogen sulfide of 3.99 micrograms
11   per cubic per square meter per hour.  Do you see
12   that?
13       A    Yes.
14       Q    Do you have an opinion, sir, with
15   respect to whether the emission of hydrogen
16   sulfide reported in Exhibit RR associated with
17   USG Corporation would render that drywall sample
18   corrosive?
19            MR. WARWICK:  Object to
20       form.
21       A    I don't know.  I have not done any
22   experimentation to know what levels that occurs
23   at.
24       Q    So you have not done any
25   experimentation or testing to know at what

80

1    levels a hydrogen sulfide emission from a
2    drywall sample can be corrosive to copper in a
3    laboratory environment, for example, correct?
4        A    That's correct.
5        Q    And you haven't done any testing
6    to determine at what levels a hydrogen sulfide
7    emission from a drywall sample could be
8    corrosive to copper or any other metal in a
9    particular home environment; is that correct?
10            MR. WARWICK:  Object to
11       form.
12       A    That's correct.
13       Q    During your time at US Gypsum
14   Corporation are you aware of testing that was
15   performed for the purpose of detecting hydrogen
16   sulfide emissions from drywall?
17       A    I am not aware of any such
18   testing.
19       Q    Are you aware, sir, of -- Mr.
20   Engbrecht, is it your opinion, sir, that because
21   hydrogen sulfide was detected as off gassing
22   from a US Gypsum Corporation drywall sample that
23   that drywall sample is a defective sample?
24            MR. WARWICK:  Object to
25       form.

81

1        A    As to whether or not hydrogen
2    sulfide is going to be corrosive to material, I
3    don't know the conditions at which the emission
4    was under, nor do I know the conditions of the
5    bare metal or whatever else it supposedly
6    attacked.  So I can't -- I don't think I can --
7    I'm am sure how to answer your question.  I
8    don't see that there's an answer because there
9    are other factors involved in what little bit I
10   know about corrosion.
11       Q    So, for example, sitting here
12   today you can't tell us whether the USG sample
13   reported in Exhibit RR as having off gassed
14   hydrogen sulfide was capable of causing
15   corrosion to copper in a particular home,
16   correct?
17            MR. WARWICK:  Object to
18       form.
19       A    No, I can't say that it was
20   capable because there are many other factors
21   involved in formation of corrosion.
22       Q    Let me ask you this, what rate of
23   emission of hydrogen sulfide coming from a
24   drywall sample is sufficient to cause copper
25   corrosion in a home?

21  (Pages 78 to 81)

82

1          MR. WARWICK:  Object to
2      form.
3      A    I have no idea.
4      Q    What quantity of emission coming
5  from a drywall sample is sufficient to cause
6  corrosion to copper in a home environment?
7          MR. WARWICK:  Object to
8      form.
9      A    I'm sorry?
10     Q    The question is, what quantity of
11 hydrogen sulfide emission from a drywall sample
12 is sufficient to cause corrosion to copper in a
13 home environment?
14         MR. WARWICK:  Object to
15     form.
16     A    Again, I don't know what the level
17 is.  There's many other factors depending on
18 whether or not that is going to occur.
19     Q    Let's talk about those factors.
20 Would you agree that the air exchange rate in
21 the home would be a variable that would go into
22 your assessment of whether hydrogen sulfide is
23 corrosive to copper in a home?
24         MR. WARWICK:  Object to
25     form.  Lacks foundation.

83

1      A    I'm not an indoor air quality or
2  HVAC person to know anything about how air
3  handling or air exchanges and anything else
4  comes in contact with any other piece of
5  equipment.
6      Q    With regard to the USG Corporation
7  sample reported in Exhibit RR, is it your
8  opinion, sir, that that sample could have off
9  gas hydrogen sulfide in a chamber setting but in
10 fact not been corrosive to copper in a home
11 environment?
12         MR. WARWICK:  Object to
13     form.  Lacks foundation.
14     A    Would you repeat that, please?
15         (Record read.)
16     A    Given the sensitivity of the test
17 that is a hypothetical possibility, yes.
18     Q    Would you say it is a real
19 possibility?
20     A    That it really off gassed hydrogen
21 sulfide in a chamber test?
22     Q    And that it would not be corrosive
23 to copper in a home?
24         MR. WARWICK:  Object to
25     form.  Lacks foundation.

84

1      A    I would have to say yes, I would
2  agree it could off gas and not be corrosive
3  given the condition of the metal.
4      Q    And you mentioned before that
5  there were variables, that was your term, that
6  precluded you from giving an opinion about
7  whether a drywall sample having detectable
8  hydrogen sulfide emissions in a chamber setting
9  could be corrosive to copper in a home, do you
10 recall saying that about the variables?
11     A    Yes.
12     Q    So tell us what some of those
13 variables are.
14         MR. WARWICK:  Object to
15     form.
16     A    Again, with the qualification that
17 I'm not a corrosion expert, it's been explained
18 to me by others who are that certain factors,
19 such as the patina on the copper, how much it's
20 oxidized, the amount of moisture on the copper,
21 whether or not it's clad or unclad are all
22 factors, and time and concentration, are all
23 factors in whether or not corrosion is going to
24 occur on any metal.
25     Q    What is your understanding of the

85

1  term oxidation to metal?
2          MR. WARWICK:  Object to
3      form.  Lacks foundation.
4      A    A term of oxidation, it's the
5  oxide state of any metal such as copper oxide,
6  iron oxide, rust.
7      Q    Is copper oxide the same as copper
8  sulfide?
9      A    No.
10     Q    If you were to look at a copper
11 sample or a photo of a copper sample that was
12 blackened, would you be able to tell us without
13 laboratory analysis whether that copper had been
14 blackened because of copper oxide or because of
15 copper sulfide?
16         MR. WARWICK:  Object to
17     form.  Lacks foundation.
18     A    I could not without laboratory
19 analysis.
20     Q    With regard to the Realtime
21 Laboratories testing, which we established you
22 assumed was performed correctly, you didn't
23 review any of the raw data underlying the
24 reports; is that correct?
25     A    I did not review any raw data

22  (Pages 82 to 85)

86

1  underlying the reports.
2      Q    In fact, you didn't review
3  anything with regard to the RTL reports other
4  than the reports themselves; is that correct?
5      A    That's correct.
6      Q    Let's take a look at Exhibit D as
7  in David.  Specifically just for the record,
8  Exhibit D is a report dated September 26, 2011
9  from the Retana home authored by Realtime
10  Laboratories.  I'd like to direct your
11  attention, Mr. Engbrecht, to Exhibit 9 of
12  Exhibit D.
13      A    Okay.
14      Q    So Exhibit 9 to Exhibit D is a
15  document from Realtime Laboratories, LLC
16  entitled sulphur reducing bacteria report
17  environmental.  It relates to the location of
18  the Retana home.  First of all, if you see under
19  the heading procedure, you see there are four
20  items listed.  One is culture by API-RP38.  Two
21  is corrosion test.  Three is RTL per DNA
22  testing.  Actually there are only three listed
23  here.  Let me ask you this.
24          By the way, you see the table as
25  well actually lists four categories of results,

87

1  culture results, APS enzyme results, lab
2  corrosion results and RTL DNA results.  Do you
3  see that?
4      A    Yes.
5      Q    Would you agree with me, sir, that
6  the results reported by RTL in Exhibit D,
7  Exhibit 9, they don't tell us in fact whether or
8  not the culture results are results of a culture
9  on the paper samples or on the gypsum core
10  samples.  Do you see that?
11      A    Yes.
12      Q    Do you agree with me that the
13  results don't tell us that information?
14      A    On this page.
15      Q    On this page.  Let me ask you
16  this, if you look throughout the -- if you look
17  throughout Exhibit D, the Realtime Laboratories
18  report for the Retana home, do you see any other
19  test results reported that clarify for us
20  whether the culture results are of the paper or
21  whether the culture results are of the gypsum
22  core?
23      A    If I look under section four on
24  the third page in, a culture, that leads me to
25  conclude that this is how -- when they describe

88

1  a culture test this is how they obtained the
2  sampling.
3      Q    And specifically when you read
4  section four of the Retana report that leads you
5  to believe that in fact they performed a culture
6  test on paper and they performed a culture test
7  on gypsum core samples; isn't that correct?
8      A    Yes.
9      Q    But when you look at the results
10  that were reported in Exhibit 9, the results
11  don't tell you whether they're reporting on a
12  culture of the paper or whether they're
13  reporting on a culture of the gypsum core; isn't
14  that right?
15          MR. WARWICK:  Object to
16          form.
17      A    They do not specify in their
18  summary table as to where the results came from.
19      Q    And similarly with respect to the
20  RTL DNA results, those results don't specify
21  whether the results came from the paper or
22  whether they came from the drywall core; isn't
23  that right?
24      A    They refer to the general category
25  as culture.

89

1      Q    Are you looking at Exhibit 9?
2      A    Yes.  Under the RTL DNA results,
3  the last page.  If I go back to the section
4  where they talk about it, they assess portions
5  of the sample from the culture and they don't
6  referring to the culture in section A, section
7  C, refers to that.
8      Q    But the results of the RTL DNA do
9  not tell us whether they're reporting results of
10  DNA performed on a culture of the paper or
11  whether the DNA test was performed on a culture
12  of the gypsum core; am I correct?
13      A    Yes, they do not specify which
14  one.  Would this be an appropriate time to ask
15  for a head call?
16      Q    Of course.  That would be fine.
17          THE VIDEOGRAPHER:  We are
18          going off the record.  The time is
19          approximately 12:25 p.m.
20          (Recess taken.)
21          THE VIDEOGRAPHER:  We are
22          going back on the record.  The
23          time is approximately 12:37 p.m.
24      Q    Mr. Engbrecht, I want to make sure
25  I understand correctly.  Is it your testimony,

23  (Pages 86 to 89)

90

1  sir, that a drywall sample can off gas hydrogen
2  sulfide in a chamber setting but not necessarily
3  be corrosive to copper or any other metal in a
4  particular home environment?
5         MR. WARWICK:  Object to
6         form.
7     A    My testimony is that a drywall
8  sample may possibly off gas hydrogen sulfide.  I
9  am not a corrosion engineer.  I don't know if it
10 will corrode metals.
11    Q    So then I'm correct that you're
12 not testifying today that just because a drywall
13 sample has detectable emission of hydrogen
14 sulfide in a chamber setting, it follows that
15 that sample would be corrosive to copper in a
16 particular home environment?
17        MR. WARWICK:  Object to
18        form.
19    A    Yes, I thought that's what I just
20 said.
21    Q    And similarly a drywall sample can
22 have a detectable sulfate reducing bacteria
23 result in a laboratory setting, and it does not
24 necessarily follow from that that that drywall
25 sample would be corrosive to copper in a

91

1  particular home; is that correct?
2         MR. WARWICK:  Object to
3         form.  Lacks foundation.
4     A    Given what I've seen from the
5  USGS, yes, there would be detectable sulfate
6  reducing bacteria possible on a sample.
7     Q    And am I correct that the
8  detection of a sulfate reducing bacterium on a
9  drywall sample in a laboratory does not
10 necessarily give rise to the conclusion that
11 that sample would be corrosive to copper or any
12 other metal in a particular home environment?
13        MR. WARWICK:  Object to
14        form.
15    A    I can't really say whether or not
16 the off gassing or the detection of a sulfate
17 reducing bacteria would, therefore, cause
18 corrosion.
19    Q    And similarly you're not offering
20 an opinion with respect to the quantity of
21 bacteria on a drywall sample that would be
22 necessary to cause corrosion in a particular
23 home environment?
24    A    I do not know how many bacteria
25 are necessary to cause corrosion.

92

1     Q    When you were working at USG were
2  you aware of any testing on USG's drywall
3  products specifically aiming to detect sulfate
4  reducing or sulphur reducing bacteria?
5         MR. WARWICK:  Object to
6         form.
7     A    I am not aware of any specific
8  testing.
9     Q    Based on your experience with the
10 ASTM C-11 committee and based on your experience
11 in the Gypsum Association and based on your
12 experience working with USG, are you aware of
13 any manufacturer of American made drywall in the
14 United States today that tests its drywall
15 products specifically for the purpose of
16 detecting sulfate reducing or sulphur reducing
17 bacteria?
18    A    I'm not aware of any but I'm not
19 intimate with the operations of the Gypsum
20 Association.
21    Q    As of today's date there is no
22 ASTM standard test method for detecting sulfate
23 reducing or sulphur reducing bacteria on gypsum
24 wallboard products; is that correct?
25    A    There is no standard in ASTM

93

1  Technical Committee C-11 concerning the testing
2  of sulfate reducing bacteria.  In the full ASTM
3  family I do not know.
4     Q    You're not aware of any
5  underwriter's laboratory standard for testing
6  drywall products for sulfate reducing or sulphur
7  reducing bacteria; is that correct?
8     A    I'm not aware of any underwriter's
9  laboratory testing about sulfate reducing
10 bacteria.
11    Q    You mentioned there was an ASTM
12 meeting in May of 2011 where Dennis Hooper
13 appeared in person and made a presentation; is
14 that correct?
15    A    Yes, that's the one in West
16 Conshohocken, Pennsylvania, yes.
17    Q    I think you said that
18 Environmental Health and Engineering had a
19 representative make a presentation at that meet;
20 is that correct?
21    A    Yes, as well as somebody reporting
22 the results from Lawrence Berkley under the --
23 that was all under the auspices of the person I
24 dealt with was Rick Cohana with the Consumer
25 Product Safety Commission.

24  (Pages 90 to 93)



94

1    Q    Were the individuals who presented
2  to the ASTM committee in May 2011 -- first of
3  all, what was the medium of their presentations,
4  was it a Power Point presentation?
5    A    Yes, they were Power Point
6  presentations.
7    Q    And were the presenters asked to
8  provide a written copy of their presentations to
9  the committee?
10   A    They were asked to provide written
11 copies and through the ASTM technical manager
12 for the C-11 committee.
13   Q    Did each of them in fact provide
14 written copies to the committee?
15   A    I don't believe we got copies from
16 everybody.
17   Q    Do you recall who you got copies
18 from?
19   A    I do not.  They made the request
20 through the ASTM staff manager and I quite
21 frankly haven't followed up in a few months to
22 see what we did or did not get.
23   Q    Did you get a copy of Dennis
24 Hooper's presentation or I should ask it this
25 way, did the ASTM committee get a copy of Dennis

95

1  Hooper's presentation from May 2011?
2    A    I don't recall.
3    Q    What is your understanding of the
4  term lead certification?
5    A    It's supposed to be some kind of
6  an ecological or environmental certification
7  protocol.
8    Q    Do you know anything about it?
9    A    I don't know what the acronym
10 stands for.
11            MR. AYALA:  No further
12        questions at this time.
13 EXAMINATION BY
14 MR. WARWICK:
15   Q    Let me just ask a few.  Mr.
16 Engbrecht, this morning you mentioned that one
17 of the things you reviewed in preparation for
18 your deposition today was some test results
19 regarding some temperatures of drywall that were
20 done by I think his name was Ralph Moon, do you
21 recall?
22   A    Yes.
23   Q    Do you have any opinions regarding
24 the temperatures that were suggested by Mr.
25 Moon's report?

96

1            MR. AYALA:  Objection.
2        Lack of foundation and beyond the
3        scope of his report and not
4        contained in his report.  Go
5        ahead.
6    A    Yes, I have an opinion of what's
7  contained in that report.
8    Q    What would that opinion be?
9    A    I think the core temperatures were
10 overestimated by about 20 degrees Fahrenheit.
11   Q    What do you base that opinion on?
12   A    My personal experience running
13 tests of boards run through kilns.
14   Q    What temperature does your
15 experience tell you is an accurate temperature
16 range?
17   A    If my memory serves me correctly
18 they reported a temperature, a minimum
19 temperature, about 237 or maximum temperature
20 that the board achieved is my recollection that
21 it's more in the range of between 210 and 215
22 Fahrenheit.
23   Q    Was that your experience while
24 working for USG?
25   A    Yes.

97

1    Q    What were the ranges of
2  temperatures that the ovens used by USG during
3  the time you were there, the temperature range?
4            MR. AYALA:  Objection.
5    A    Most of gypsum board kilns are
6  divided into two or three zones.  When the board
7  enters the kiln it's generally a very hot zone,
8  maybe an ambient air temperature of 500, 600
9  degrees Fahrenheit, and then it moves into
10 subsequent zones which are cooler to control the
11 release of the excess water from the gypsum
12 wallboard.
13   Q    Would you consider the
14 temperatures of the USG kilns that you were
15 familiar with to be similar to the kilns
16 described in the Moon report that are used by
17 National Gypsum?
18            MR. AYALA:  Objection.
19        Lack of foundation.
20   Q    As best as you can recall.
21   A    I would assume that the process is
22 very similar and typical of the industry.
23            MR. AYALA:  Objection.
24   Q    Do you have any experience -- you
25 said you had some experience testing

25  (Pages 94 to 97)

98

1  temperatures of gypsum wallboard in the past.
2  Do you have any understanding of why Mr. Moon's
3  test results are approximately 20 degrees higher
4  than they should be?
5          MR. AYALA: Objection.
6          Lack of foundation. Calls for
7          speculation.
8      A    From my experience we ran
9  temperatures through the kiln a couple different
10  ways. In the beginning we would insert
11  thermocouples into the board on the top
12  interface, which would be the face side of the
13  board as it's going through the kiln and open
14  the core up and insert a thermocouple toward the
15  midpoint, midline of the core, and then measure
16  the temperature as the board traverses.
17          As it exits the kiln we pull the
18  thermocouple wires back. Later technology there
19  is a company called Grenzebach,
20  G-r-e-n-z-e-b-a-c-h. They're a German company.
21  And they made a device called a kiln tracker and
22  that would be embedded at the core, at the board
23  mixture, as it was being -- as the back paper
24  and the face paper were being married by the
25  mixture the computer card would be placed into

99

1  the board core and traverse the line of the kiln
2  and be recovered as it exited the kiln.
3      Q    After it exited the kiln what were
4  you able to do with that card?
5      A    We were able to download the
6  temperature data off that card and look to see
7  what had happened with the temperature profile
8  as it went through the kiln.
9      Q    What was your experience in using
10  that testing methodology at USG?
11          MR. AYALA: Objection.
12      Q    As a result.
13      A    I'm not quite sure but the
14  temperatures were about the same whether I used
15  thermocouples or this other device.
16      Q    What were those temperatures?
17          MR. AYALA: Objection.
18      A    At the two interfaces the
19  temperature would be in the neighborhood of 220
20  to 250 degrees Fahrenheit depending on the
21  ambient air temperature in the kiln and it would
22  be a gradient across the paper in the midline of
23  the core. It would be in the upper 190s to the
24  lower 200s Fahrenheit.
25      Q    What about the methodology that

100

1  Mr. Moon decided to use with the glass tubes
2  being placed in the drywall, do you have an
3  opinion as to whether or not that is an accurate
4  way to test the temperature of the core?
5          MR. AYALA: Objection. Go
6          ahead.
7      A    Looking at the parameters of the
8  tube, the tube was defined as being
9  three-eighths of an inch in diameter, outside
10  diameter. And they would put a melting point
11  standard within that tube and seal the ends and
12  run it through the core.
13          Given that gypsum wallboard is
14  half an inch thick, typically 0.496 inches is
15  typical behavior, a typical measurement. And
16  it's got 12 thousandths .012 inches of paper on
17  both sides of it that reduces effective cross
18  area and when you're putting a three-eighths
19  inch diameter tube in there at the mixer it also
20  may have a tendency to float to one of the
21  interfaces. And therefore the gap between the
22  gypsum and the tube and the paper is reduced as
23  to what you would see in a normal core profile.
24      Q    How would that affect or why would
25  that affect the temperature outcome?

101

1          MR. AYALA: Objection.
2      A    Gypsum wallboard is cooled by the
3  evaporation of water. You don't take it to the
4  chemical point where you're evaporating chemical
5  water. You're evaporating the excess water that
6  was put into the slurry to fluidize it. And the
7  smaller amount of material is going to rule out
8  the temperature to increase sooner than if you
9  had the full board thickness that you were
10  measuring the temperature on.
11          Given that the glass is going to
12  heat up you may get a false reading on the true
13  melting, the true temperature in that because
14  you have a lower temperature or higher
15  temperature gradient across that interface due
16  to the reduction of gypsum thickness imparted by
17  the glass tube.
18      Q    In front of you there in the stack
19  of documents is an exhibit that was given to you
20  I think this morning. It's labeled NN. Can you
21  put your hands on that? It should be one of the
22  first ones closer to the bottom.
23          MR. AYALA: Which one is
24          that, Brian?
25          MR. WARWICK: NN should be

26  (Pages 98 to 101)

102

1    the list of products, 14 different
2    types of products.
3    A    Okay.
4    Q    The document was discussed this
5    morning about the different types of products
6    that are used for gypsum wallboard.  One section
7    talks about three categories, regular, type X,
8    and foil backed; is that correct?
9    A    Yes.
10   Q    Then there are also listed
11   different dimensions of the products on that
12   document, correct?
13   A    Yes.
14   Q    It's the same product but it would
15   be cut into either a thinner substance or a
16   longer board or a shorter board, correct, when
17   we talk about the dimensions?
18   A    Sub-products, all products don't
19   use all dimensions.
20   Q    But all the products that are
21   listed as gypsum wallboard, do they all include
22   a substance known in the industry as pulp?
23   A    Not all of them do but quite a few
24   of them do.
25   Q    Which ones do not?

104

1    your understanding or do you have an
2    understanding that if pulp is used at a
3    particular manufacturer, be it National Gypsum
4    or US Gypsum, would the pulp mixture vary
5    depending on, not the amount used, but the
6    mixture itself varied depending on which product
7    they were making other than the fire board?
8        MR. AYALA: Objection.
9        Same objection.
10   A    No, the type of pulp would not
11   vary, only the amount.
12   Q    Also this morning you mentioned
13   that you reviewed the deposition testimony of
14   David Strauss given the week before last.  Did
15   you read the section of his testimony where he
16   explained a pathway of sulfobacillus
17   thermosulfidooxidans?  Do you recall the section
18   where Dr. Strauss discusses the pathway where ST
19   bacteria can produce H2SO4?
20   A    Yes.
21       MR. AYALA:  Just an
22   objection for the record.  Would
23   you just say the laymen's term for
24   the chemical formula you just
25   stated?

103

1    A    The type X rated boards generally
2    not have paper fiber in them because the type X
3    boards are for fire resistance requirements.
4    Q    Other than the type X boards what
5    else would not include pulp?
6        MR. AYALA: Objection.  Go
7    ahead.
8    A    Some manufacturers do not use
9    paper fiber.  They use only glass fiber in the
10   matrix of the board.
11   Q    To the extent that the
12   manufacturer is using pulp in a paper fiber
13   substance would that pulp vary from product to
14   product; if pulp is used would it be the same
15   pulp used throughout the plant generally?
16       MR. AYALA: Objection.
17   Lack of foundation.  Calls for
18   speculation and not in his report.
19   A    I'm sorry.
20   Q    The document in front of you that
21   Mr. Ayala gave you this morning lists different
22   products and he asked you questions about those
23   different products based on your experience.  So
24   based on your experience working for USG and at
25   ASTM and the rest of the drywall industry, is it

105

1        MR. WARWICK:  H2SO4,
2    sulfuric acid.
3    Q    Do you understand that H2SO4 is
4    sulfuric acid?
5    A    Yes.
6    Q    From your experience in the
7    drywall industry does Dr. Strauss' theory
8    regarding the creation of H2SO4 by the ST
9    bacteria make sense to you?
10       MR. AYALA: Objection.
11   Lack of foundation, not in his
12   report, and calls for speculation.
13   He is not a microbiologist either.
14   He's not qualified.
15       MR. WARWICK:  Well, he's
16   able to testify to all those crazy
17   reports from the CPSC, so he can
18   testify to this as well.
19   A    I'm sorry.
20   Q    Based on your experience in the
21   drywall industry does his explanation regarding
22   the pathways, the bacteria being present and
23   causing the creation of sulfuric acid, does that
24   make sense to you?
25       MR. AYALA: Objection.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

106

1    Same objection.
2    A    What makes sense to me is it is a
3  plausible mechanism for whether it be sulphur or
4  strontium salts as defined by Lawrence Berkeley
5  in the CPSC for them to produce -- for there to
6  be a production of a corrosive material that
7  will, in fact, cause the Chinese drywall
8  problem.
9    The CPSC reports and the Lawrence
10  Berkley reports never offered a mechanism of how
11  sulphur Type 8 or strontium sulfide or other
12  strontium salts would produce hydrogen sulfide.
13  The description by Dr. Strauss and Dr. Hooper
14  about the bacterium providing that methodology
15  to produce or providing the mechanism to produce
16  the corrosive gases that were found is plausible
17  to me.
18    MR. AYALA:  Objection.
19    A    As to specific pathways I am not a
20  microbiologist.  So I don't know the specific
21  conversion.
22    Q    Were the opinions you gave in your
23  report today about drywall off gassing hydrogen
24  sulfide, would those change if the drywall were
25  found to be off gassing H2SO4 instead of or in

107

1  addition to H2S?
2    MR. AYALA:  Objection.
3    A    My opinion would not change.
4    Q    That's all I have.
5  EXAMINATION BY
6  MR. AYALA:
7    Q    Mr. Engbrecht, looking at your
8  report for the litigation at Exhibit OO, you
9  would agree with me, sir, that there is nothing
10  contained in your report with regard to --
11  strike that.  You would agree with me that there
12  is no opinion in your report regarding internal
13  core temperature testing for drywall; is that
14  correct?
15    A    There is nothing in my report
16  concerning internal core testing of drywall.
17    Q    And there's nothing in your report
18  at Exhibit OO concerning the type of pulp used
19  in certain drywall products; is that correct?
20    A    That is correct.
21    Q    Nothing in your report concerning
22  a theory regarding potential production of
23  sulfuric acid from drywall product; is that
24  correct?
25    A    There is nothing in my report

108

1  addressing sulfuric acid.
2    Q    And your report is dated November
3  18, 2011; is that right?
4    A    Yes.
5    Q    Let me ask you this, we
6  established before you've never been to National
7  Gypsum's manufacturing facilities at any part of
8  the country, correct?
9    A    That's correct.
10    Q    And specifically the drywall
11  internal core test performed by Ralph Moon of
12  HSA Engineers was performed at National Gypsum's
13  plant in Apollo Beach, Florida; is that your
14  understanding?
15    A    Yes.
16    Q    Sitting here today you can't tell
17  us what kind of kiln is used at National
18  Gypsum's Apollo Beach facility; is that correct?
19    A    I do not know their kiln design at
20  Apollo Beach.
21    Q    And you can't tell us how many
22  zones are in the kiln; is that right?
23    A    I cannot.
24    Q    And you can't tell us what
25  temperatures are, in fact, utilized in the kiln

109

1  at Apollo Beach to heat the drywall that's
2  produced there; is that correct?
3    A    I do not know what the ambient air
4  temperature inside their kiln is.
5    Q    And in fact you don't know what
6  the ambient air temperatures inside their kiln
7  were when drywall was being produced in the 2003
8  to 2007 time frame; is that correct?
9    A    I do not.
10    Q    In fact, sitting here today you
11  can't tell us the types of drywall products that
12  National Gypsum was producing during the 2003,
13  2007 time frame; is that correct?
14    A    That's correct.
15    Q    Now you mentioned during your time
16  at USG, sir, that you performed internal core
17  testing of drywall products made by USG; is that
18  right?
19    A    Yes.
20    Q    I think you said, correct me if
21  I'm wrong, that you used something called a
22  thermocouple and you used something called a
23  Grenzebach kiln tracker; is that right?
24    A    Yes.
25    Q    Now you're not aware of any

28  (Pages 106 to 109)

110

1    testing performed for this litigation using a
2    thermocouple or a Grenzebach kiln tracker; is
3    that right?
4        A    That is correct.
5        Q    And you're not aware of any
6    testing of any drywall products produced at
7    National Gypsum's Apollo Beach facility using a
8    thermocouple or a Grenzebach kiln tracker; is
9    that correct?
10       A    That is correct.
11       Q    I think you mentioned it's your
12   view, sir, that the core temperatures reported
13   in Ralph Moon's HSA report were over estimated
14   by 20 degrees Fahrenheit; is that correct?
15       A    Yes.
16       Q    Now, in fact, the chemicals used
17   as part of the HSA study have known melting
18   points; isn't that correct?
19       A    That's correct.
20       Q    So in fact, when a chemical with a
21   scientifically known melting point of 237
22   degrees Fahrenheit comes out of a drywall
23   product from a kiln in a melted state, you would
24   infer from that, would you not, that the
25   temperature exposed to that chemical in fact

111

1    exceeded 237 degrees Fahrenheit, wouldn't you?
2        A    Yes, it was at least 237
3    Fahrenheit and possibly greater.
4        Q    And you'll recall from the HSA
5    internal core study that the study was performed
6    not only on half an inch drywall but also on
7    five-eighths drywall; is that correct?
8        A    As I recall, yes.
9        Q    And five-eighths thickness of a
10   drywall product is thicker than a half inch
11   drywall product; isn't that right?
12       A    That's correct.
13       Q    And the chemical utilized in the
14   HSA report, which is referred to as Acetanilide
15   with a scientifically known melting point of 237
16   degrees came out of drywall samples from the
17   Apollo Beach kiln and with a melting point of
18   237 degrees Fahrenheit, that chemical in fact
19   came out of the five-eighths thick drywall
20   melted; isn't that right?
21       A    As I recall, yes, it was the same
22   end point for both thicknesses.
23       Q    Now you offered some testimony a
24   couple minutes ago that's not included in your
25   report with regard to the use of pulp in some

112

1    drywall products.  Do you recall that?
2        A    Yes.
3        Q    Now we talked before about how
4    there are different drywall products made by
5    different members of the domestic drywall
6    industry.  Do you recall that?
7        A    Yes.
8        Q    And we established earlier, sir,
9    that in fact the formulas used in the different
10   product lines are, in fact, proprietary to each
11   manufacturer.  Do you recall that?
12       A    Yes.
13       Q    You've never worked at National
14   Gypsum Company, correct?
15       A    I have never worked at National
16   Gypsum Company.
17       Q    So sitting here today you have no
18   firsthand knowledge of what the ingredients are
19   in any pulp used for any of National Gypsum's
20   drywall products; isn't that right?
21       A    I have no personal knowledge of
22   exactly how they formulate their products.
23       Q    And you don't know which
24   ingredients go into the pulp at the Apollo Beach
25   facility for which of National Gypsum's

113

1    products; is that correct?
2            MR. WARWICK:  Object to
3        form.
4        A    I don't know what -- how they
5    formulate their pulp at Apollo Beach.
6        Q    You're not aware of any detections
7    of elemental sulphur on any National Gypsum
8    drywall products, are you?
9        A    I have not seen any analysis of
10   National Gypsum's drywall products.  So I'm not
11   aware of any sulphur, elemental sulphur in
12   National drywall.
13       Q    With regard to sulfuric acid, we
14   established that sulfuric acid is not contained
15   in your report, correct?
16       A    That is correct.
17       Q    So the first time you're offering
18   testimony with regard to sulfuric acid is today
19   at the deposition; is that right?
20       A    That is correct.
21           MR. WARWICK:  Object to
22       form.  Asked and answered.
23       Q    I'd like you to assume that last
24   week Dr. Strauss testified under oath that in
25   fact none of the five bacteria tested for by

29  (Pages 110 to 113)

114

1   Realtime Laboratories has been shown in the peer
2   reviewed literature or through testing to be
3   capable of generating hydrogen sulfide.
4       A   Has been shown to generate
5   hydrogen sulfide or shown to generate hydrogen
6   sulfuric acid?
7       Q   None of the bacteria reportedly
8   detected by Realtime Laboratories has been shown
9   to generate hydrogen sulfide.
10          MR. WARWICK:  Object to
11          form.
12      Q   I would like you to assume that's
13  true, okay?
14      A   Okay.
15      Q   You don't have any basis to
16  dispute that, right?
17      A   I have no basis to dispute that.
18      Q   I'd like you to further assume
19  that last week Dr. Strauss testified under oath
20  that none of the bacteria that Realtime
21  Laboratories reportedly detected are, in fact,
22  sulfate reducing bacteria or sulphur reducing
23  bacteria, okay?
24      A   Okay.
25      Q   And you don't have any basis to

115

1   dispute that, correct?
2       A   I have no basis to dispute that.
3       Q   Now the opinions that are
4   contained in your report for the litigation at
5   Exhibit OO discuss sulphur reducing bacteria and
6   hydrogen sulfide, correct?
7       A   That's what it was discussed in
8   the reports that I reviewed, yes.
9       Q   Your reports do not discuss or I
10  should say your report at Exhibit OO does not
11  discuss sulphur oxidizing bacteria; isn't that
12  correct?
13      A   That's correct.  However, that
14  would not have changed the content of my report
15  had those facts been present at the time.
16      Q   Are you aware of any testing, sir,
17  on any of the plaintiffs' drywall samples in
18  this litigation that detects sulfuric acid?
19      A   I am not aware of any detection of
20  sulfuric acid on any specimen as tested in these
21  reports.
22      Q   I'm sorry, what was the last part?
23      A   In these reports or the documents
24  pertaining to this litigation that I've seen.
25      Q   Based on everything you've seen in

116

1   the litigation you're not aware of any testing
2   that detects sulfuric acid on any of the drywall
3   samples analyzed for the litigation; is that
4   correct?
5       A   That's correct, but I'm not privy
6   to what's been reported after the facts of what
7   the material I looked at.
8       Q   You get your information from the
9   plaintiffs' attorneys, correct?
10      A   That's correct.
11      Q   You don't purport to be an expert
12  on the particular ecological requirements for
13  the bacterium desulfo bacillus
14  thermosulfidooxidans ; is that correct?
15      A   That's correct.
16      Q   In fact, sitting here today, sir,
17  you can't tell us what the Ph requirements are
18  for that bacterium to live and grow; is that
19  correct?
20      A   That's correct.
21      Q   You can't tell us what the
22  environmental conditions necessary are for that
23  bacterium to be metabolically active; is that
24  correct?
25      A   That's correct.  I would defer to

117

1   the microbiologist to provide that proper
2   information.
3       Q   Are you aware of any testing, sir,
4   based on your experience in ASTM or the Gypsum
5   Association or your time at USG, are you aware
6   of any testing by any domestic manufacturer of
7   drywall aiming to detect the bacterium desulfo
8   bacillus thermosulfidooxidans?
9           MR. WARWICK:  Object to
10          form.
11      A   That specific bacteria, no.
12      Q   Are you aware of any testing --
13  are you aware of any such testing of drywall
14  products aiming to detect sulfuric acid on
15  drywall products?
16      A   No.
17      Q   Even assuming for the moment that
18  someone were to detect sulfuric acid on a
19  particular drywall sample, does it necessarily
20  follow from that that drywall sample would
21  be corrosive to copper or any other metal in a
22  particular home environment?
23          MR. WARWICK:  Object to
24          form.
25      A   If we found sulfuric acid on

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

118

1  gypsum wallboard you have a definite problem.
2  That is not something that is by any means
3  normal to the manufacture of gypsum wallboard.
4  It's very abnormal.  You would not ever expect
5  to find sulfuric acid in a gypsum drywall
6  situation.
7      **Q**   **Am I correct, sir, that you're**
8  **just not here to offer an opinion with respect**
9  **to the cause of corrosion to metals in any of**
10 **the plaintiffs' homes in the litigation; is that**
11 **right?**
12         MR. WARWICK:  Object to
13 form.
14     A   I'm not a corrosion engineer to
15 tell how the metals in their homes corroded.  So
16 I guess I am not offering an opinion on that.
17     **Q**   **Just so I understand correctly,**
18 **you haven't seen any evidence, sir, that any of**
19 **the drywall samples from any of the plaintiffs'**
20 **homes in fact contains sulfuric acid; isn't that**
21 **correct?**
22     A   For the millionth time no, I have
23 not seen any evidence.
24     **Q**   **I have no further questions.**
25         MR. WARWICK:  Me neither.

119

1          THE VIDEOGRAPHER:  This
2  concludes the deposition.  The
3  time is approximately 1:25 p.m.
4        (Time noted: 1:25 p.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

120

1      A C K N O W L E D G M E N T
2
3  STATE OF ARIZONA   )
4            :ss
5  COUNTY OF     )
6
7      I, DICK ENGBRECHT, hereby certify that I
8  have read the transcript of my testimony taken
9  under oath in my deposition of February 13,
10 2012; that the transcript is a true and complete
11 record of my testimony, and that the answers on
12 the record as given by me are true and correct.
13
14       _____
15       DICK ENGBRECHT
16
17 Signed and subscribed to before me this
18 _____ day of _____, 2012.
19
20     _____
21 Notary Public, State of Arizona
22
23
24
25

121

1      C E R T I F I C A T E
2
3      I, Nicole Sesta, a Registered
4  Professional Reporter, and Arizona Certified
5  Reporter No. 50854, do hereby certify:
6      THAT the witness(es) whose testimony is
7  hereinbefore set forth, was duly sworn by me;
8  and
9      THAT the within transcript is a true
10 record of the testimony given by said
11 witness(es).
12     I further certify that I am not related,
13 either by blood or marriage, to any of the
14 parties in this action; and
15     THAT I am in no way interested in the
16 outcome of this matter.
17     IN WITNESS WHEREOF, I have hereunto set
18 my hand this 15th day of February, 2012.
19
20
21     _____
22       NICOLE SESTA, RPR
23
24
25

31  (Pages 118 to 121)

122

```
 1              INSTRUCTIONS TO WITNESS
 2
 3       Please read your deposition over carefully
 4   and make any necessary corrections. You should state
 5   the reason in the appropriate space on the errata
 6   sheet for any corrections that are made.
 7       After doing so, please sign the errata sheet
 8   and date it.
 9       You are signing same subject to the changes
10   you have noted on the errata sheet, which will be
11   attached to your deposition.
12       It is imperative that you return the original
13   errata sheet to the deposing attorney within thirty
14   (30) days of receipt of the deposition transcript by
15   you. If you fail to do so, the deposition transcript
16   may be deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25
```

123

```
 1              E R R A T A
 2
 3
 4
 5       I wish to make the following changes,
 6   for the following reasons:
 7
 8   PAGE LINE
 9   ___ ___ CHANGE:_____
10   REASON:_____
11   ___ ___ CHANGE:_____
12   REASON:_____
13   ___ ___ CHANGE:_____
14   REASON:_____
15   ___ ___ CHANGE:_____
16   REASON:_____
17   ___ ___ CHANGE:_____
18   REASON:_____
19   ___ ___ CHANGE:_____
20   REASON:_____
21
22   _____     _____
23     WITNESS' SIGNATURE        DATE
24
25
```

32  (Pages 122 to 123)