1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

FT. MYERS DIVISION

-------------------------------------------
CHRIS BRUCKER, TREVER S. NUTTING,
XIOMARA RAVELO, WILFREDO E. RETANA
and BEATRIX CELSA RETANA, individually,
and on behalf of all others
similarly situated,


                    Plaintiffs,

                                            CASE ACTION NO.
vs.                                  2:10-cv-00405-FtM-29SPC

LOWES HOME CENTERS, INC., a North Carolina
Corporation, and NATIONAL GYPSUM COMANY,
a Delaware Corporation,


                    Defendants.
-------------------------------------------

VIDEOTAPED DEPOSITION OF:

Zdenek Hejzlar, Ph.D., CSP, CFEI

February 15, 2012

8:58 a.m.

Quarles & Brady, LLP
1395 Panther Lane
Naples, FL




Reported By:
Lori L. Bundy, FPR, RPR, CRR, CLR
Job No: 23669

**Page 2**

```
 1   APPEARANCES:
 2      For the Plaintiff:
 3        Leopold-Kuvin, P.A.
 4        2925 PGA Boulevard, Suite 200
 5        Palm Beach Gardens, FL  33410
 6        (561) 515-1400
 7        BY: GREGORY S. WEISS, ESQ.
 8           gweiss@leopold-law.com
 9
10      For the Defendant National Gypsum:
11        Morgan, Lewis & Bockius, LLP
12        1701 Market Street
13        Philadelphia, PA  19103-2921
14        (215) 963-5668
15        BY:  THOMAS SULLIVAN, ESQ.
16           tsullivan@morganlewis.com
17           CAROLYN F. YEN, ESQ.
18           carolyn.yen@morganlewis.com
19
20      Videographer:      KEVIN BUNDY, CLVS
21
22
23
24
25
```

**Page 3**

```
 1            I N D E X
 2   WITNESS:                   PAGE:
 3   ZDENEK HEJZLAR
     DIRECT EXAMINATION              4
 4   BY MR. SULLIVAN:
     CROSS-EXAMINATION             167
 5   BY MR. WEISS:
     REDIRECT EXAMINATION          188
 6   BY MR. SULLIVAN:
 7              - - -
 8         E X H I B I T S
 9              - - -
10            Description        Page
11   Defendants'    Letter         5
     Exhibit 1
12   Defendants'    witness's file   8
     Exhibit 2
13   Defendants'    witness' CV     25
     Exhibit 3
14   Defendants'    professional profile  40
     Exhibit 4
15   Defendants'    November 18, 2011, report  54
     Exhibit 5
16   Defendants'    November 10, 2011, report  54
     Exhibit 6
17   Defendants'    February 13th, 2012, report  54
     Exhibit 7
18   Defendants'    CPSC report extraction   61
     Exhibit 8
19   Defendants'    Case Definition 12/18/09 For  73
     Exhibit 9      Drywall Associated Corrosion
20                  in Residences
     Defendants'    witness's paper      88
21   Exhibit 10
     Defendants'    51-home study      103
22   Exhibit 11
23
24
25
```

**Page 4**

```
 1        VIDEOGRAPHER:  My name is Kevin Bundy of David
 2   Feldman Worldwide.  The date today is February 15th,
 3   2012.  This deposition is being held at the office of
 4   Quarles & Brady located at 1395 Panther Lane, Naples,
 5   Florida.  The caption of the case is Chris Brucker, et
 6   al, versus Lowe's Home Centers, et al, in the United
 7   States District Court, Middle District of Florida,
 8   Fort Myers Division.  The name of the witness is
 9   Dr. Zdenek Hejzlar.  At this time the attorneys will
10   identify themselves and the parties they represent,
11   after which our court reporter Lori Bundy of David
12   Feldman Worldwide will swear in the witness and we can
13   proceed.
14        MR. WEISS:  Greg Weiss on behalf of the
15   Plaintiffs.
16        MR. SULLIVAN:  Tom Sullivan, Morgan Lewis, on
17   behalf of defendant National Gypsum Company.
18        MS. YEN:  Carolyn Yen for National Gypsum.
19   THEREUPON,
20            ZDENEK HEJZLAR,
21   a witness, having been first duly sworn, upon his oath,
22   testified as follows:
23            DIRECT EXAMINATION
24   BY MR. SULLIVAN:
25     Q.  Good morning, Dr. Hejzlar.
```

**Page 5**

```
 1     A.  Good morning.
 2     Q.  Dr. Hejzlar, have you been deposed before?
 3     A.  Yes.
 4     Q.  How many times?
 5     A.  Oh, a lot.  I mean, usually it's typically
 6   anywhere between 8 to 15 depositions a year.
 7     Q.  Okay.  So you understand the process today --
 8     A.  Yes.
 9     Q.  -- that we're going to go through pretty well?
10   Good.  Is there any reason that you believe that you're
11   not able to provide complete answers to the questions that
12   I ask today?
13     A.  No.
14     Q.  Dr. Hejzlar, I noticed that you brought with you,
15   I think, a box of documents?
16     A.  Yes.  I brought my files with me in a box of some
17   of the samples.
18     Q.  When you say your files, are those files that
19   already have been produced to National Gypsum Company,
20   based on your knowledge?
21     A.  I -- I have no idea.
22     Q.  Okay.  Let me mark this letter here as Exhibit 1.
23        (Defendants' Exhibit 1, Letter, was marked
24        for identification.)
25   BY MR. SULLIVAN:
```

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

6

1    Q.  Dr. Hejzlar, we sent what's been marked as
2  Exhibit 1 to counsel for Plaintiffs in this matter.  Have
3  you seen this letter before?  Have you seen a copy of
4  this?
5    A.  I -- I believe I might have seen it in an e-mail
6  recently.
7    Q.  Okay.  And did you bring the box of documents
8  with you today in response to this letter?
9    A.  I just bring everything to depositions.
10    Q.  Okay.
11    A.  That's my practice, whatever I have in the file.
12    Q.  Okay.  Can you give me an overview, please, of
13  the material that you have in the box?
14    A.  Sure.  What I brought is I have two separate
15  files, one of them is the Brincku file, and the Brinckus I
16  was initially retained by Mr. Lewis's firm out of
17  Washington and did some basic investigation of the Brincku
18  house.  And then for a long time I basically didn't do
19  anything on any of the cases.
20       Then I also received at one point I also received
21  a letter from Mr. Weiss asking me -- he sent me some
22  samples from the Brucker residence, and I usually with the
23  samples that I received from clients, what we do is we
24  start an aging test where we expose, put it in a jar,
25  and expose it, some copper to it.  And I started that

7

1  test, I brought those samples with me, and then there were
2  communications back and forth.  I was asked to prepare a
3  report at a later date, and I believe one of them was on
4  Brincku and one of them was on Brucker to -- to answer
5  just a couple specific questions, so I brought everything
6  that I have associated with that.
7    Q.  So the box of materials that you have, are we
8  able to make -- is that something that we're able to make
9  a copy of?
10    A.  Sure.  In fact, what I made -- you know, our
11  correspondence file, I can't -- those can't leave our
12  offices, so I made copy of the correspondence files, I
13  asked my assistant to pull all the invoices because most
14  of the time we get asked, you know, how much you billed,
15  and so I brought all of that.  I brought also -- they
16  include the copy of my current CV and testimony list and
17  the engineering systems fee and charge schedule, that's
18  it.
19    Q.  Okay.
20    A.  And those are copies, so we can -- I mean, I have
21  no problem with them being marked.
22    Q.  Okay.
23    MR. SULLIVAN:  Why don't we mark -- we'll mark
24  his file as Exhibit 2 then, and we can go take a look
25  through them on the break, or maybe Carolyn, you want

8

1  to start looking through them.
2    (Defendants' Exhibit 2, witness's file, was
3  marked for identification.)
4  BY MR. SULLIVAN:
5    Q.  Dr. Hejzlar, you mentioned that you are asked to
6  answer some specific questions.  Those three questions
7  are, one, does hydrogen sulfide off-gassing cause
8  corrosion to metals in a home.  Two, how much would be
9  required to cause causation.  And, then on February 13th
10  you identified a third question, which is does sulfuric
11  acid potentially corrode copper; is that correct?
12    A.  That seems to be my recollection.  That seems to
13  be correct, yes.
14    Q.  Okay.  You were not asked to answer any other
15  questions in connection with either the Brincku case or
16  the Brucker matter for purposes of your reports here?
17    A.  That would be correct.
18    Q.  And you're not here to testify today regarding
19  any other opinions except for the opinions that you offer
20  with respect to those three questions; correct?
21    MR. WEISS:  Objection to form.  You can answer.
22    THE WITNESS:  I'm here to answer any of your
23  question.  I understand this is a discovery
24  deposition, so you can pretty much ask whatever.  It
25  doesn't have to necessarily be related to that, but as

9

1  of right now, I don't have -- you know, I haven't done
2  much more except to answer those questions.  There
3  might be other topics related, but I don't know what
4  you're going to ask.
5  BY MR. SULLIVAN:
6    Q.  Okay.  Let me put it another way.  You're not
7  providing -- you have not provided any opinion in your
8  report, and you're not providing any opinion here today
9  that -- regarding how the alleged damage in the Brincku
10  home or any of the homes involved in the Brucker matter
11  was caused; correct?
12    MR. WEISS:  Objection to form.  You can answer.
13    THE WITNESS:  Yes.  I have not been asked to do
14  that type of an investigation; correct.
15  BY MR. SULLIVAN:
16    Q.  Okay.  So you have not been asked to provide any
17  opinion with respect to specific causation in any of those
18  homes; correct?
19    MR. WEISS:  Objection to form.  You can answer.
20    THE WITNESS:  Correct.
21  BY MR. SULLIVAN:
22    Q.  Thank you.  And, Dr. Hejzlar, just to go back to
23  this letter for a second and to just drill down a little
24  bit further in what's in that box, we had specifically
25  requested some information relating to previous testing

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

10

1  done by ESI. Have you been asked to locate and produce
2  that information?
3     A.  Well, I've read the letter, and I think I have a
4  lot of the information that I'd listed as part of the
5  report. That's available, but it's a huge electronic
6  file, and I can provide that. But there are -- in terms
7  of other investigations, I cannot produce that unless I'm
8  directed to produce it, and then it would have to be --
9  because there are confidentiality agreements that are with
10 the clients that I had.  So I would have to have get
11 permission from all the clients to basically produce those
12 files.
13    Q.  Okay.  And we -- maybe I'm getting a little bit
14 ahead of myself, but am I correct that this is all
15 material that you have considered in the course of forming
16 the opinion that you set forth in your report served in
17 connection with this case?
18    A.  It's more of my background from working in the
19 field.  To answer the specific questions that I've
20 answered in the field, there's -- it's most of that comes
21 out of the CPSC investigation, and then there's few papers
22 that I relied on, and those I have with me here.
23    Q.  Now, that background information and that
24 background experience, though, that you're referring to,
25 that's information that on the whole you considered in the

11

1  course of preparing your opinion in the Brincku and the
2  Brucker case?
3     MR. WEISS:  Object to the form.  He can answer.
4     THE WITNESS:  Yes, it's part of my -- you know,
5  educational and professional experience, so I am
6  relying on my educational and professional experiences
7  on that. It's -- it's part of what I know.
8  BY MR. SULLIVAN:
9     Q.  So those investigations -- and I don't know all
10 of what's there, but presumably notes and analyses, those
11 are materials that you have considered and you're relying
12 on in order to develop the opinion that you provided in
13 this case; correct?
14    MR. WEISS:  Object to the form.  He can answer.
15    THE WITNESS:  Not necessarily relying
16 specifically on each individual investigations, but
17 because I have done so many of them and they're pretty
18 much the same type of an investigation, I have -- you
19 know, it's part of my background.  I don't know how to
20 answer your question any better.  You know, it's
21 not -- I'm not specifically relying on each of those.
22 I could have arrived at the same conclusion without
23 having that specific experience, but at the same time,
24 you know, it's part of my background in disclosing it.
25 BY MR. SULLIVAN:

12

1     Q.  And that background -- I mean, your background
2  here has been informed by your experience in considering
3  each of those tests, each of those, you know, considering
4  information that was part of each of those investigations?
5     A.  Yes.  I think the whole part becomes the more
6  investigations you do, the more -- the better you should
7  become because you see more of the same types of things.
8     MR. SULLIVAN:  Greg, I'm just going to put a
9  request on the record that I believe that National
10 Gypsum is entitled to production of these materials
11 under the terms of Rule 26.  These are materials that
12 Dr. Hejzlar has testified that he has considered and
13 informed his background and that relate to the
14 opinions that he's providing here in this case and,
15 you know, they need to be produced under the rules.
16    MR. WEISS:  Noted.
17 BY MR. SULLIVAN:
18    Q.  Dr. Hejzlar, how did you first become involved in
19 drywall cases?
20    A.  The drywall cases, it would go probably back to
21 end of 2008. I'm working from recollection, but I was
22 contacted by one of the insurance carriers for, I believe
23 it's in the residence of Dr. Baker, it's a resident that
24 was built by Gary Aubuchon, and it was here in Fort Myers.
25 And at that time I was also contacted by a personal

13

1  professional acquaintance that I've known for a long time,
2  Dr. David Kraus.
3     And Dr. Kraus basically was -- informed me that,
4  you know, he's seen my name during the investigation at
5  Baker residence, and he said him and his team was coming
6  down and was going to go out and investigate several of
7  these residences, what we refer to as complaint homes,
8  that has the Chinese drywall that's reportedly
9  off-gassing.  And he asked me whether I would be willing
10 to share the information that I have found so far and also
11 join him on the inspections that he was doing that day,
12 Baker residence being one of those, and the adjacent
13 residence which didn't have complaint corrosive drywall,
14 but we wanted to basically establish whether it's the
15 background that could be causing it, so we wanted to see
16 some other houses around there.
17    And then we went to another house that we knew
18 had Chinese drywall but didn't have any corrosive effect,
19 and that was also built by Mr. Aubuchon and we were
20 allowed to go and inspect that house and observe the lack
21 of any corrosion in that particular residence.  And there
22 might have been one other house that we went into.
23    And then if I recall correctly, Dr. Kraus also
24 visited the Brinckus' house, and he sent me -- at one
25 point, sent me an e-mail that he wanted to talk to me and

4  (Pages 10 to 13)

14

1  I -- and then we talked, and he said, you should -- you
2  should go see this -- this house, Brincku's house. And I,
3  you know, I didn't do anything about it until I got
4  contacted by I believe at that time it was Bob Gary and
5  Richard Lewis, not the Richard Lewis from Fort Myers but
6  Richard Lewis the attorney from Washington. And then I
7  basically started investigating the Brincku house, seeing
8  what's going on over there.
9      Q.  Okay. Thank you. And then I think you testified
10 earlier that there was a period of time where you didn't
11 do anything in these cases?
12     A.  Yeah, well, in the Brincku case, Brincku case was
13 the only case that I was hired to basically do some
14 investigation. Then over the years, you know, I might
15 have had -- I think I've had some conversation with
16 Mr. Weiss about what's going on, but I wasn't specifically
17 hired by him. It was more of kind of bouncing ideas off
18 of each other and seeing what's going on in the market.
19 You know, since that time I, independently of this Brincku
20 investigation, I started doing a lot of investigation for
21 a number of insurance companies and sometimes homeowners
22 and doing -- and developing a lot of testing.
23     I also then coordinated with some of my testing
24 results with the State of Florida, in fact, State of
25 Florida requested some of the testing that I did and

15

1  participate in around it all being testing type of things
2  to evaluate the methods that were being used at that time
3  in basically detection of corrosive drywall, and I ended
4  up also doing some independent research with that. And
5  there were some published, I believe, there was one white
6  paper and made a presentation. All of that is contained
7  in my CV.
8      And then that I followed with some additional
9  testing, then I published through American Society of
10 Testing and Materials, Journal of Testing -- Journal of
11 Testing and Evaluation, JTE, and then there was another
12 paper that I coauthored with some of the -- couple other
13 engineers at ESI, and that was presented at one other
14 meeting, professional meeting. I don't recall which one
15 it is right now, but, you know, all of those
16 investigations, we were literally doing condominiums and
17 development investigation.
18     I worked a lot with URS corporation and then with
19 them we developed methodology to basically -- because some
20 of their clients were purchasing large properties in the
21 entire developments, and they wanted to know, you know,
22 whether they had any issues related to Chinese drywall.
23 So I would do consulting with URS, URS would actually do
24 the footwork and then we would go review the results,
25 so those were -- so I worked for sometimes attorneys,

16

1  sometimes insurance companies, and sometimes the
2  investigation companies.
3      I also was -- got involved with some of the
4  investigations in New Orleans, and I, and I did pretty much most
5  of the investigation for an attorney named Richard Serpe
6  in Virginia, did a lot of those investigation and actually
7  spent some time there going through some of the
8  developments there.
9      Q.  Okay. When did -- when were you first retained
10 in this litigation by Mr. Weiss -- or Mr. Weiss' -- you
11 know, by the Plaintiffs' attorneys?
12     A.  By the Plaintiffs' attorneys? Can I refer to my
13 correspondence file?
14     Q.  Sure. Why don't we go off the record for a
15 second?
16     VIDEOGRAPHER:  Going off the record. The time is
17 9:21 a.m.
18     (A break was taken.)
19     VIDEOGRAPHER:  Back on the record. The time is
20 9:24 a.m.
21     (The requested portion of the record was read.)
22     THE WITNESS:  I was first retained on the Brincku
23 case, the date we accepted the project was 2/23/2009.
24 BY MR. SULLIVAN:
25     Q.  Okay. And maybe -- maybe I didn't ask a clear

17

1  enough question, but my understanding was, and I could be
2  unclear on this as well, is that you were first retained
3  by a lawyer out of Washington --
4      A.  Correct.
5      Q.  -- on the Brincku matter. And who is that
6  lawyer?
7      A.  That was Richard Lewis.
8      Q.  Richard Lewis. And then you were separately
9  retained by Mr. Weiss and his firm; correct?
10     A.  Correct.
11     Q.  And when were you retained by Mr. Weiss and his
12 firm?
13     A.  Officially on -- when we got first involved was
14 several months ago, a couple months ago maybe when there
15 was a disclosure. Mr. Weiss was going to send me some
16 reports that he wanted me to look at, but he wanted to
17 sign a disclosure agreement, and that's basically what I
18 got after we signed the disclosure agreement, that's when
19 we -- when I officially became involved in that.
20     Q.  When you say a disclosure agreement, do you mean
21 an engagement agreement letter --
22     A.  No, it was more --
23     Q.  -- or a protective order --
24     A.  -- you know, whatever I was -- if I recall it, it
25 was just whatever reports I received, you know, I can't

18

1  just disseminate that information.  It was that type of an
2  agreement.
3     MR. WEISS:  It's a confidentiality order.
4     THE WITNESS:  Okay.  Thank you.
5  BY MR. SULLIVAN:
6     Q.  And, Dr. Hejzlar, what are your rates for your
7  expert services --
8     A.  Right now --
9     Q.  -- in this litigation?
10    A.  In this litigation, right now it's $275 an hour.
11  Previously it was, I believe, 260 an hour last year.
12    Q.  Okay.  And is that $275 an hour for everything,
13  preparation, report, review of materials, testifying, or
14  do you break it down depending upon the task?
15    A.  No, it's pretty much for everything.
16    Q.  Okay.  And your rates last year were $260?
17    A.  I believe that.
18    Q.  Would that be 2011 rates?
19    A.  Yes.
20    Q.  And what were your rates in 2010?
21    A.  I would have to go back.  I really -- probably I
22  brought the invoices, and those invoices are in there.
23  That might have my rate.
24    Q.  Were they more or less?
25    A.  They would be less.

19

1     Q.  Okay.  So is it fair to say that your rate has
2  increased for each year that you've been involved in
3  drywall litigation?
4     A.  I don't know each year, but every now -- it's
5  increased this past year, obviously, and I know that it
6  increased somewhere between 2'09 when we got hired on this
7  and the last increase is another one.
8     Q.  Okay.  And how -- do you have a sense of how much
9  you have charged in connection with this litigation,
10  Brincku and Brucker?
11    A.  I brought all of the invoices with me.
12    Q.  Okay.  And do you have -- do you have an
13  understanding of how much that is?
14    A.  I mean, I would have to check, but I think the
15  Brincku investigation was under $10,000, and then the
16  Brucker would have been, you know, maybe a couple
17  thousand, somewhere around there.  But I'm just working
18  off of the -- off of the numbers --
19    Q.  Okay.
20    A.  -- the actual numbers are reflected by the
21  invoices I brought.
22    Q.  Okay.  And that includes -- that includes the
23  time you spent preparing the reports?
24    A.  Yes.
25    Q.  Okay.  How much of your time do you spend on

20

1  drywall issues generally?
2     A.  Right now?
3     Q.  Yeah.  How much?
4     A.  Probably less than five percent of my time this
5  year.  I mean, it's literally after the initial
6  investigation of the Chinese drywall, then I was pretty
7  busy in '09 and probably a little bit less in '010, even
8  less in 2'11, and, you know, now pretty much it's, you
9  know, I've got maybe three, four other investigations.
10    Q.  Okay.  So since 2009, is it fair to say that
11  you've spent less time each year on drywall issues?
12    A.  Yes.
13    Q.  And you're familiar with the CPSC 51 home study,
14  you know what I mean --
15    A.  Yes.
16    Q.  -- when I use that phrase?  And that came out in
17  January of 2010; correct?
18    A.  Yeah, there were a couple drafts that might have,
19  but, yes, I would agree with that.
20    Q.  Okay.  How many times have you met with Mr. Weiss
21  or with attorneys from -- representing the Brinckus or the
22  Bruckers in this case?
23    A.  Well, they're different law firms.  Okay?  I met
24  with the attorneys, I think the first time I went out to
25  the Brincku residence, Mr. Bob Gary was there, and then we

21

1  had held the meeting.  The second time I met with them was
2  when we had a meeting at the Brincku residence with people
3  from National Gypsum, and there was -- I believe there
4  were some attorneys that were there from National Gypsum.
5  After that I don't think -- there haven't been any other
6  meetings.
7     Q.  Okay.  Let me --
8     A.  That I remember.
9     Q.  Let me ask a more precise question.  Since you
10  were retained by Mr. Weiss' firm, how many times have you
11  met with either he or attorneys for his firm in this case?
12    A.  Never.
13    Q.  Never met.  How often have you communicated
14  either with Mr. Weiss or other attorneys in his firm?
15    A.  It's kind of hard to tell.  You know, I got a
16  phone call, he obviously has got my cell phone, and so he
17  calls me.  But we've communicated, I would say, you know,
18  sometimes a month goes by and then we have a couple phone
19  calls where he's got a couple questions, and that's it.
20  So it might be, you know, from week to week.  It depends.
21    Q.  Okay.  And you were first retained by
22  Mr. Weiss -- and when I refer to Mr. Weiss I'm going to
23  include his firm, so I don't have to keep repeating that,
24  but you were first retained by Mr. Weiss, I think you said
25  a few months ago?

6  (Pages 18 to 21)

22

1    A. Officially. I mean, I've spoken with him, I've
2    had communications, in fact, I was -- one of the
3    investigation I was working on may have been one of the --
4    I was working for an insurance company, and his firm, I
5    believe, was representing the Plaintiff. And there was
6    also one case in -- one investigation in Miami that the
7    homeowner asked me whatever I knew any attorneys that were
8    working on this because he was considering hiring an
9    attorney. And so I gave him the attorneys that I was
10   working with at the time and included Mr. Weiss' name.
11   Q. Okay. And did you meet with Mr. Weiss in
12   preparation for your deposition today?
13   A. Yes, for about two minutes when I walked into the
14   door.
15   Q. And, again, you had only met one -- you hadn't
16   met to prepare for the deposition before that; right?
17   A. Correct.
18   Q. Do you have a sense of the total amount of --
19   money you have charged in connection with your expert
20   services for all the drywall investigations or litigation
21   you've been involved in?
22   MR. WEISS: Object to the form. You can answer.
23   THE WITNESS: I -- I -- I don't have that. I
24   haven't really looked into it, but it would be, you
25   know, obviously in the years that I was busy, it would

23

1    be significant amount. And, you know, what I charge
2    is what my company charges out. I don't get that
3    money. I'm paid on salary.
4    BY MR. SULLIVAN:
5    Q. And how many hours a year? Can you give me a
6    breakdown starting in 2009 --
7    A. I --
8    Q. -- let me just finish the question. Starting in
9    2009 through the present, how many hours approximately per
10   year you've spent investigating what I'll call the drywall
11   issues or involved in drywall litigation?
12   A. You know, in 2009 it would probably be pretty
13   close to half of my time that I -- that I would spend in a
14   year, and then --
15   Q. And how many hours would that be?
16   A. Well, it's typically around -- we're working
17   around anywhere between 2,000 to 2,200 billable hours a
18   year or so, so probably around, you know, 1,000, 1,100
19   hours.
20   Q. And how about in 2010?
21   A. 2010 was, I would say, was less than that,
22   probably somewhere around 40 percent of my time.
23   Q. So about, 8, 900 hours a year?
24   A. Yeah, maybe around there. I mean, that's just
25   the best guesstimate that I can give.

24

1    Q. And for 2011?
2    A. And for 2011, it would have been less than five
3    percent of my time.
4    Q. And 2012 so far?
5    A. So far it's just this and a few other cases that
6    I'm -- I'm actually doing the testing for some of the
7    cases.
8    Q. Okay. And it's your firm that bills out your
9    time; is that correct?
10   A. That's correct.
11   Q. You said you don't know precisely how much the
12   firm has billed out for your services. Do you have an
13   approximate number based on the numbers you just gave me,
14   what that would be?
15   A. No, no.
16   Q. More than a million dollars?
17   MR. WEISS: Objection to form.
18   THE WITNESS: I don't know. You would have to
19   run the calculations.
20   BY MR. SULLIVAN:
21   Q. Where did you go to college, Dr. Hejzlar?
22   A. Well, I started in -- I started my college in
23   Scotland, Scottish college of textiles. After that I
24   finished the undergraduate degree in what used to be
25   called Philadelphia College of Textiles and Science, then

25

1    I got my master's degree from USF and my Ph.D. in
2    occupational health and safety from Columbia Southern
3    University.
4    Q. Okay. We'll just mark as Exhibit 3, I think,
5    which is a copy of your CV.
6    (Defendants' Exhibit 3, witness' CV, was
7    marked for identification.)
8    BY MR. SULLIVAN:
9    Q. Dr. Hejzlar, this is dated June 2011. Do you see
10   that down at the bottom right-hand corner?
11   A. Yes, I see that.
12   Q. Is this the most up-to-date version of your CV,
13   or is there a more recent version?
14   A. I believe there is a newer version, but I don't
15   think anything has been added to it. And I brought --
16   brought one with me, but I don't think there's -- has been
17   any significant changes since June 2011.
18   Q. Okay. And can you tell me what -- you said you
19   got your BS from -- in textile chemistry from the
20   Philadelphia College of Textiles and Science; is that
21   right?
22   A. I believe it was called that, yeah.
23   Q. Okay.
24   A. Do I have it on the -- Philadelphia College of
25   Textiles and Science, yes, that was in 1980.

7 (Pages 22 to 25)

26

1    Q.   And can you tell me what is textile chemistry?
2    A.   Textile chemistry is pretty much polymer
3  chemistry associated with, you know, with fibers, so
4  you're looking at either natural occurring polymer type of
5  materials or you're looking at some of the other polymers
6  that are manmade polymers.  And, of course, it involves,
7  you know, a lot of organic chemistry, basic chemistry,
8  inorganic chemistry and goes into that.  So it's a kind of
9  course of study that makes the foundation for like
10  plastics and polymers, that type of chemistry.
11    Q.   And just briefly, what's a polymer?
12    A.   Polymer is a bunch of molecules, would be what we
13  call a monomer would be a single molecule that then
14  repeats itself many times.  It can be two, three, it can
15  be thousands, and so then that becomes some -- the
16  molecules are connected with an actual chemical bond, and
17  so you get long chemical chains, they can be chains or
18  they can be matrices, so it can be solid or fibers.
19    Q.   Okay.  And how many chemistry classes did you
20  take to --
21    A.   I literally don't know, but it was a lot.  You
22  know, there was -- inorganic chemistry, biology, then
23  there's polymer chemistry, several courses in organic
24  chemistry, and then there was a physical chemistry that
25  were part of the curriculum.  And I -- and when -- I

27

1  started the undergraduate in Scotland, and there was a lot
2  of the chemistry over there was associated with pigments
3  and dyes.
4    Q.   Okay.  And what is the Columbia Southern
5  University?  Is that an online program?
6    A.   Yes, that's an online university basically that I
7  started out and I took me about three years to finish.
8  What you end up doing is you get -- you pick the course of
9  study, then you purchase the manuals and then you
10  communicate -- and the books -- and then you communicate
11  to your professor of the university when you complete your
12  study and you're ready to take a test, you basically let
13  the university know.
14    The university then sends the proctor an
15  examination, and then you take an examination.  Typically
16  most of those examinations were between three to four-hour
17  examinations.  And then for the dissertation, what I did
18  for the dissertation was actually got a permission from
19  the university to publish a book, so the dissertation
20  would be submitted both to the university but also to
21  American Society of Testing and Materials.  They've
22  accepted it, so I had to defend the dissertation not only
23  at the university but also in front of the E50 committee.
24    And that book was published, it was accepted into
25  the Library of Congress, later on translated into

28

1  Japanese, then I co-wrote the second edition on that and
2  we're currently writing on the first edition.  And that
3  kind of -- that book then also launched my career with the
4  Department of Defense where they were interested in the
5  approach that I presented in the book, and they asked me
6  to develop a system for them and some of the standards for
7  them that were designed to protect the troops during
8  deployments.  And the Navy actually hired me to train all
9  of their preventive medicine team in -- in that same type
10  of approach.
11    Q.   And your PhD was in occupational safety and
12  health engineering; right?
13    A.   Correct.
14    Q.   And can you briefly describe for me what that
15  field is?
16    A.   It's a broad field that looks at, you know,
17  anything that -- from physical protection -- from physical
18  hazards all the way to chemical hazards, prevention of
19  diseases and those kind of things.  It also looks at the
20  fire scientists and fire -- fire sciences and fire
21  protection.  It's -- it is a pretty broad course of study.
22    Q.   And it deals with safety and health in the
23  workplace environment; correct?
24    A.   That's -- yes, that would be primary.
25    Q.   In employment situations; right?

29

1    A.   In employment situation, yes.
2    Q.   How many courses did you take as part of your
3  Ph.D. work?
4    A.   I don't know.  I would have to look at the -- I
5  mean, I have looked at the transcripts, but it would be
6  somewhere around ten different courses.
7    Q.   Any chemistry courses?
8    A.   The only thing that chemistry would be assoc --
9  the major part of chemistry that would be associated would
10  have been associated with fire science.
11    Q.   Fire science?
12    A.   Fire science, yeah.  Fire and explosion
13  investigation science.
14    Q.   So you haven't taken any graduate level chemistry
15  courses; correct?
16    A.   That would be correct, yes.
17    Q.   Have you taken any courses in microbiology at the
18  graduate level?
19    A.   No.
20    Q.   How long did it take you to get the Ph.D.?  Did I
21  hear you say three years?
22    A.   About three years.  Roughly three years.
23    Q.   And that included the coursework and the
24  dissertation?
25    A.   Yes.  Actually the publications and the reviews

8  (Pages 26 to 29)

30

1 went past that, so, you know, it took probably a little
2 bit longer to get it published because there were
3 revisions. But the coursework, I think, was completed and
4 I got my degree in three years.
5     Q. Who was your dissertation advisor?
6     A. I don't recall.
7     Q. You don't know? You don't know the name?
8     A. I don't know the name. I submitted it, but, you
9 know, my dissertation advisor really it was when I have to
10 compare the dissertation that I submitted to the
11 university, defending there was considerably easier than
12 it was defending it in front of the ASTM committee which
13 had 1300 members at that time and, you know, I had to --
14 they were the experts in the field more so than the people
15 at the university.
16     Q. Okay. And do you remember the names of anybody
17 on the dissertation committee at the university?
18     A. No, no.
19     Q. Now, you worked at -- before you were at ESI --
20 strike that.
21     Am I correct that you've been at ESI since 2001?
22     A. Yes, but let me just --
23     Q. In different positions?
24     A. In different positions, but the way that that
25 happened before that from basically 1990 I worked for K.C.

31

1 Breen and Associates, Inc., and what happened was
2 Mr. Breen merged the company with Engineering Systems. So
3 basically when they look at my service time with the
4 company, my date -- start date with ESI actually goes back
5 to 1990.
6     Q. I see. Okay. And that was -- and you were -- am
7 I correct that you were primarily working in occupational
8 safety and health at that period of time?
9     A. Well, no, not really because that's -- when I
10 started with Breen and Associates, that's when I got into,
11 you know, doing investigations, accident investigations
12 that we're associated would have been obviously industrial
13 type of accidents, but even involved in slip-and-fall,
14 those kind of -- or chemical exposure type of accidents,
15 you know, where people are claiming that they were being
16 exposed to certain chemicals. Automotive type of
17 exposures where there were people were being exposed -- or
18 claiming to be exposed to sulfuric acid coming from the
19 battery into the -- into the compartment of the car;
20 things like that.
21     Q. Okay. Your work at -- while you were working
22 either at K.C. Breen or ESI until 2008, had you ever
23 investigated any property damage in the context of a home
24 or an alleged health and safety conditions in a home
25 environment?

32

1     A. Let me understand this question. Did you say
2 before I started working?
3     Q. While you were with -- K.C. Breen or ESI --
4     A. Yes.
5     Q. -- prior to the first time that you were
6 involved, I think you said in 2008, with the drywall
7 issue?
8     A. Correct.
9     Q. Had you ever investigated property damage to a
10 home or health and safety conditions in a home
11 environment?
12     A. Yes. I -- we did a lot of water damage
13 investigations, mold investigations, allegations in the
14 air quality and the home being inappropriate or something
15 in the home causing the people to get allergies or sick
16 and so on.
17     Q. Okay. On page 1 of your CV there you have areas
18 of -- you have a list called areas of specialization. Do
19 you see that?
20     A. Yes, I do.
21     Q. You list industrial and premises safety,
22 environmental and system safety consulting, textile and
23 polymeric material failures, chemical and physical hazard
24 investigations, fire explosion -- fire/explosion -- and
25 chemical risk analysis?

33

1     A. Correct.
2     Q. Okay. Which of those do you spend most of your
3 time?
4     A. It depends on a year. Certain years, you know,
5 certain areas I get a lot more busier than others, and,
6 you know, some of these obviously are maybe related to
7 litigation. But there is a lot of work I do in consulting
8 that, you know, from time to time isn't related to
9 litigation.
10     Q. Okay. Over the course of your career, in which
11 of these areas have you spent most of your time?
12     A. It's pretty much spread, you know, across all of
13 those areas; that's why I have them listed in here.
14     Q. Okay. Are there any areas of specialization that
15 you think you have that are not listed there?
16     A. Those are the general -- I mean, there might be
17 some specific areas or subjects that I might know more
18 about it than the average person, but I don't know how to
19 answer that question any better than what I just did.
20     Q. Okay. You provided, I think it's at the back
21 part of this CV here, a list of deposition and trial
22 testimony --
23     A. Correct.
24     Q. -- do you see that? Can you identify for me --
25 or strike that.

9  (Pages 30 to 33)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

34

1    **How many of these depositions have involved**
2    **issues relating to drywall?**
3        A.  In 2011 would have been Gades versus U.S. Gypsum,
4    then in 2010 would have been Finger versus Audubon
5    Insurance Company, and I believe that's it.
6        Q.  **So prior to today you've been deposed two times**
7    **in cases relating to drywall; is that fair?**
8        A.  That's fair.
9        Q.  **Okay.  Do you remember what the issues were in**
10   **Gades versus United States Gypsum?**
11       A.  Yes.  The family, the Gades family, was claiming
12   that the gypsum, the board, wallboard, in their residence
13   was off-gassing and being corrosive.
14       Q.  **Okay.  And what about in the -- in the Finger**
15   **case?**
16       A.  Finger case was a straight Chinese drywall case,
17   I believe Knauf was involved in that one.  That residence
18   had significant amount of Knauf Taijin board that has been
19   known to be corrosive, and I -- I tested that it was
20   indeed corrosive.
21       Q.  **And so you've listed depositions dating back to**
22   **2006.  Am I correct in assuming that these depositions all**
23   **relate to other areas of your expertise, other areas of**
24   **specialty?**
25       A.  With respect to drywall, the two that we've

35

1    discussed are the only ones there.  The only thing that I
2    need to mention is, you know, I didn't start testifying in
3    2006; that's just -- we do to meet the rule 26 disclosure,
4    we just have the years that are there so we can cover
5    that.  And some of these are supposed to drop off, but
6    sometimes they don't.
7        Q.  **I understand.  And I think I know the answer to**
8    **this, but just so the record is clear.  There were no**
9    **drywall cases that you have testified in prior to 2006;**
10   **right?**
11       A.  Yes, that's correct.
12       Q.  **On page 1 of your CV you list a number of**
13   **certifications.  Do you see that --**
14       A.  Yes.
15       Q.  **-- section?  Are these certifications all**
16   **current?**
17       A.  Certified Safety Professionals, yes, that's
18   current, fire and explosion, that's current, x-ray
19   fluorescent registration, yeah, we keep those current, and
20   the mold assessor is also current.
21       Q.  **Do you have to do continuing education to keep**
22   **those certifications current?**
23       A.  The cert -- the CSP and the fire certification,
24   yes.  The x-ray fluorescent, it's just a registration and
25   I have to show that we have a program in place and we get

36

1    inspected annually.  My equipment gets inspected annually,
2    and the certified mold assessor, I don't know what the
3    requirements are.  I haven't had to do any continuing
4    education.
5        Q.  **Did you have to take a course to obtain that**
6    **certification?**
7        A.  I was actually one of the ones that introduced --
8    was working with the State of Texas when -- they were the
9    first one to get the mold assessment going, and then there
10   was in the State of Florida I basically was grandfathered
11   in.
12       Q.  **Okay.**
13       A.  I had to provide, you know, documentation and
14   stuff like that, didn't have to take a test.
15       Q.  **But what about for the -- to become a certified**
16   **safety professional, did you have to take a test for that?**
17       A.  Yes.  For that one I had to take -- at that time
18   it was a seven-hour examination to take the basics, and
19   then a year -- you become Associate Safety Professional.
20   And a year later I took another exam, which was in
21   engineering aspects of safety, which was another
22   seven-hour examination.  And since that, I've always done
23   the continuing education because you have to basically
24   recertify it every five years.
25       Q.  **Okay.  What about for the x-ray fluorescence**

37

1    **registration, did you need to take a test for that?**
2        A.  I needed to get a training from the -- radiation
3    training course from the manufacturer of the equipment,
4    and then develop a program, safety program for our company
5    because at that time, you know, there's -- with these --
6    with these investigations that were going on, there were
7    people literally renting these XRF guns, had no programs
8    in place, radiation control and so the state started
9    clamping down on that.
10       Q.  **So there were a lot of abuse of how that worked?**
11       MR. WEISS:  Objection to form.  You can answer.
12       THE WITNESS:  Yeah, there were people pointing
13   this stuff at each other, and, you know, or working in
14   an environment inside somebody's house and not telling
15   the owners that they've got a piece of equipment
16   that's going to put out an x-ray.
17   BY MR. SULLIVAN:
18       Q.  **Uh-huh.  And they were doing that just so they --**
19   **they were trying to locate drywall?**
20       MR. WEISS:  Objection to form.  You can answer.
21       THE WITNESS:  XRF, yes.
22   BY MR. SULLIVAN:
23       Q.  **So and this was back, was this back around**
24   **2008/2009?**
25       A.  2009, 2010 when it really took off.

10  (Pages 34 to 37)

38

1    Q.  And in your view, these were people out there
2  trying to find a problem?
3    A.  Correct.
4    Q.  And they were trying to find the problem
5  presumably so they could become engaged perhaps in
6  litigation?
7    MR. WEISS:  Objection to form.  You can answer.
8    THE WITNESS:  I have no idea.  They were in the
9  business to make money.  I mean, they were charging
10  these people for something that they were not even
11  qualified to do according to the state law.
12  BY MR. SULLIVAN:
13    Q.  Okay.  And that's when the state became concerned
14  that there were people out there who were using this XRF
15  technology who were not competent to do it and who were
16  trying to make money, and that's why they implemented?
17    A.  No --
18    MR. WEISS:  Object to the form.  You can answer.
19    THE WITNESS:  No.  The -- the law was there
20  before.  People just circumvented.  They literally
21  rented the equipment without ever registering it with
22  the State.  And in all of the states that I worked
23  with, in order for you to use that equipment in the
24  state, you have to have a license in that state for
25  that piece of equipment.

39

1  BY MR. SULLIVAN:
2    Q.  Was there ever an instance in which you or ESI
3  used the equipment without a license from the State?
4    MR. WEISS:  Object to the form.  You can answer.
5    THE WITNESS:  No.
6  BY MR. SULLIVAN:
7    Q.  There are a lot of people in the 2008/2009 time
8  period who you believe were trying to make money from the
9  problem?
10    MR. WEISS:  Object to the form.
11  BY MR. SULLIVAN:
12    Q.  Or the alleged problems?
13    A.  Yeah, it became an industry at that time.  At
14  that time the -- because if you go date back around the
15  time of the hurricanes, the 2'04/2'06, all of these people
16  that were investigating water intrusion claims and mold
17  claims, the mold became the biggest issue in Florida.  And
18  so suddenly all of these investigators that were doing air
19  quality there had nothing to do.  And so when they saw
20  this industry pop up, every mold assessor out there,
21  anybody who did air quality were doing air quality
22  investigation.
23    Now, I don't necessarily think that the XRF
24  really became accepted methodology until mid-2009, but we
25  were, you know, we were one of the first ones that got the

40

1  training and I was working with the Fisher Thermo --
2  Thermo Fisher with their physicists developing programs
3  that would -- that could basically fingerprint and
4  identify different types of drywalls.
5    Q.  Okay.  I'm going to mark as Exhibit 4 what I
6  think is your professional profile on your website.
7    (Defendants' Exhibit 4, professional profile,
8  was marked for identification.)
9  BY MR. SULLIVAN:
10    Q.  Do you recognize that as the professional profile
11  on ESI's website?
12    A.  It's been a while since I seen this, but, yeah,
13  it rings a bell.
14    MR. WEISS:  Tom, do you have another copy of
15  that?
16    MR. SULLIVAN:  Sorry.
17  BY MR. SULLIVAN:
18    Q.  And it looks like you have -- on the website, you
19  identify additional areas of expertise and additional in
20  relation to your CV on railroad and transit -- in the
21  railroad and transit area?
22    A.  Yes.
23    Q.  And environmental and air quality; is that right?
24    A.  Well, the environmental and air quality they are
25  pretty much falls into, you know, environmental and system

41

1  safety consulting, so it's kind of related.  The railroad
2  and transit, we're actually doing some work for Union
3  Pacific, and I do some work associated with the
4  environmental investigations, particularly spills and
5  remediation programs.  So that's, again, another subset of
6  the environmental.
7    Q.  Have you taken any courses relating to drywall?
8    A.  No.
9    Q.  Have you attended any continuing education
10  relating to drywall?
11    A.  No, the only thing that I participate -- I'm part
12  of the committee, ASTM committee that basically
13  promulgates some of the gypsum product standards related
14  to gypsum, but I don't, you know, it's more of -- I'm more
15  of an observer than active participant in that particular
16  area.
17    Q.  So you're not really active in that committee;
18  you just sort of keep an eye on what's going on?
19    A.  Yeah.  And, I mean, I have the voting right, but,
20  you know, so I review what's coming up in that committee.
21  But I think with most of the work that I've done, it
22  was -- it's basically more for my information purposes,
23  and I don't actively go to the meetings where they develop
24  the standards.
25    Q.  Jumping back to a list of your deposition

11  (Pages 38 to 41)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

42

1    testimony, you identified the Gades case, and I don't know
2    if I'm pronouncing it correctly, but you testified on
3    behalf of the plaintiff in that case?
4        A.   Yeah.
5        Q.   Am I correct about that?
6        A.   Yes.
7        Q.   On behalf of Gades?
8        A.   Gades, yes.
9        Q.   And what was your -- do you recall your opinion
10   in that case?
11       A.   Yeah, I couldn't help them much.
12       Q.   Why is that?  What is your opinion?
13       A.   Well, they've hired me to -- initially I did the
14   work as strictly research.  I was contacted by Mr. and
15   Mrs. Gades, and they were telling me about that they've
16   got these problems with this new drywall.  And so what I
17   asked them to do is provide me, you know, I told them
18   where to go to get more information, that basically the
19   State of Florida, we worked on preparation of that
20   website, I worked with the State on that and made sure
21   that there were pictures available of the corrosion and
22   stuff like that.  And I said, you know, if you have that
23   type of corrosion, yeah, there might be something there,
24   but go through these steps and find out.
25            And then they ended up sending me some examples

43

1    to evaluate, and they took a clip of the wire from this
2    residence and also sent me another piece of wire from
3    another house that they were living in or maybe relatives
4    were living in so I could have a comparison.  And, yeah,
5    that one wire from their residence was a little bit
6    darker, but in my opinion it didn't meet the criteria for
7    the corrosive drywall.
8            And so I told them that, and they said, could you
9    also evaluate these drywall samples, so they sent me like
10   four drywall samples.  And so I then through the aging
11   process and actually left them longer than I would
12   typically do that, and I told them, basically, I wasn't
13   seeing any significant corrosion.  It was slightly higher
14   than the controls, but I -- I didn't see anything to that.
15           And so when they finally decided to hire an
16   attorney, the attorney, once all of the data that I did
17   and I said, look, I did this free of charge just trying to
18   investigate it, but if you guys are going to -- now they
19   wanted me to educate their expert in what I did.  I said,
20   you know, you got to hire me.  Somebody has got to pay me
21   for this upcoming work that's going to be.  And if there's
22   going to be a deposition, I've got to prepare for that.
23   And so that's basically was the arrangement.
24       Q.   Okay.
25       A.   And after the deposition, that was pretty much --

44

1    I haven't heard back from them.
2        Q.   Okay.  And what was -- United States Gypsum was
3    the manufacturer in that case --
4        A.   Yeah, I never --
5        Q.   -- I take it; correct?
6        A.   Yeah, that was alleged to be what was the only
7    thing that was in this residence.  I haven't been to the
8    site, haven't confirmed it, so, you know, I -- I went
9    under the assumption that, yeah, that was the correct
10   information.
11       Q.   Okay.  And United States Gypsum does not
12   manufacture Chinese drywall; correct?
13           MR. WEISS:  Object to the form.  You can answer.
14           THE WITNESS:  The U.S. Gypsum?  Not to my
15   knowledge.
16   BY MR. SULLIVAN:
17       Q.   And do you recall what your actual opinion was in
18   the case?  Did you give an opinion that you remember?
19       A.   Yeah, that it didn't meet the corrosive -- didn't
20   meet the Florida definition of corrosive drywall.
21       Q.   Okay.  In the -- I'm going to talk now about the
22   Finger case.  In Finger, what party did you represent?
23       A.   I represented the -- the insurance company for
24   the homeowner.
25       Q.   Okay.  And who is Finger?  Finger is the

45

1    Plaintiff?
2        A.   Mr. and Mrs. Finger, basically, remodeled their
3    house in New Orleans after the hurricanes there.  And
4    unfortunately there were like four different types of
5    drywall that were in that house.  And when I went and used
6    the x-ray fluorescence throughout the house to locate and
7    match up the areas that were corrosive and to see whether
8    I could match up to the corrosive drywall, because that
9    one we got very fortunate in that house all of the
10   domestic drywall that was in that house had low strontium
11   content, and so I was able -- and the Knauf had a high
12   strontium content, so that allowed me to even go through
13   the wall finish and kind of estimate where we might find
14   markings, and we did.
15           And then I took some samples back to my
16   laboratory and actually confirmed that the Chinese drywall
17   was corrosive and the other domestic drywall didn't show
18   the corrosion.
19       Q.   Okay.  And just so the record's clear, and I
20   don't know if I'm pronouncing this correctly, but Knauf,
21   that's a Chinese drywall manufacturer?
22       A.   It's -- it's actually, I believe the company is a
23   German company, but they have subsidiaries around the
24   world, and the Chinese drywall that was imported into this
25   country was actually one of the companies that's called

12  (Pages 42 to 45)

46

1  Knauf Tianjin, and that particular brand of drywall has
2  tested corrosive on every test that I've ever done.
3      Q.  Okay.  And you mentioned that there were five or
4  six other kinds of drywall in that house; right?
5      A.  Correct.
6      Q.  And that was domestic drywall?
7      A.  Yes, I believe so.
8      Q.  Do you remember who the manufacturers of that
9  domestic drywall were?
10     A.  I know one of them was U.S. Gypsum.  I don't know
11  whether National Gypsum was one of the companies.  I would
12  have to try to research back.
13     Q.  Would that be in the deposition transcript, do
14  you think?
15     A.  No.  No, I mean, the issue wasn't domestic
16  drywall, the issue was pretty much everybody knew what
17  that was all about.  It was Knauf.
18     Q.  Everyone knew what that was all about was the
19  imported Chinese drywall?
20     A.  Imported Chinese drywall, both the plaintiffs'
21  attorneys that were deposing me were just, you know,
22  interested in how I proved that it was corrosive.
23     Q.  And it sounds like you had eliminated pretty
24  quickly the possibility that the domestic drywall was the
25  source of the alleged problem in that?

47

1      MR. WEISS:  Objection to form.  You can answer.
2      THE WITNESS:  Yes, because -- and the reason was
3  that in the house -- in the -- in the walls where we
4  noted was the domestic drywalls, we checked those
5  walls and the wire, blackening of the wires, was
6  significantly lower than the ones that were in the
7  Chinese drywall.  So that, you know, little bit of
8  cross-draft, cross-contamination that may be going in
9  there, you're going to get some blackening, but not
10  like in the wall that contains two pieces of Chinese
11  drywall.
12  BY MR. SULLIVAN:
13     Q.  So I just want to make sure I understand process
14  a little bit here.  When you went -- you were looking at
15  where the drywall was in the house; right?
16     A.  Correct, and trying to confirm corrosion.
17     Q.  And you were trying to -- let me just back up.
18  You were looking at where the drywall was in a certain
19  location, and then you were trying to identify where there
20  was corrosion on a component near that drywall; right?
21     A.  That's correct.
22     Q.  And so as I understand it, you were looking at
23  wiring or other components that were near the domestic
24  drywall that had visibly much less damage than components
25  near the Chinese drywall, or the imported, the Knauf

48

1  drywall?
2      A.  Correct.
3      Q.  Okay.  And -- and that's a standard form of
4  investigation to try to assess whether a component could
5  be damaged by --
6      MR. WEISS:  Object to the form.  You can answer.
7  BY MR. SULLIVAN:
8      Q.  -- by drywall?
9      A.  It's one of the ways that we've been doing it.
10  It's -- you know, it's -- it's an investigative tool.
11  It's not necessarily the 100 percent confirmation one way
12  or the other, but it's one of those tools that helps you
13  get the whole picture.  I wouldn't rely on that alone and
14  say, based on this type of investigation the domestic
15  drywall is not corrosive and the Chinese drywall is
16  corrosive.  I would do -- go through the levels of
17  determining that all the data is consistent, that is,
18  number one you see the observations in the areas where you
19  see the observation there is the Chinese drywall and then
20  the last step becomes you actually take the suspected
21  corrosive drywall and run some tests on that.
22     Q.  And -- and I assume when you go into a place
23  like -- did you visit the Fingers' home?
24     A.  Yes.
25     Q.  And I assume when you went in there and you

49

1  identified where certain drywall was, you were looking in
2  fairly close proximity to that drywall for areas of -- for
3  evidence of corrosion; correct?
4      MR. WEISS:  Object to the form.  You can answer.
5      THE WITNESS:  Correct.  I'll give you an example.
6  The outlet where I identified the Chinese drywall.
7  BY MR. SULLIVAN:
8      Q.  Uh-huh.
9      A.  I would take and check that outlet within that
10  board.
11     Q.  Got ya.  All right.  And you mentioned that there
12  might have been some cross-contamination.  You mean by
13  that, I take it, that some of the emission from the
14  imported Chinese drywall could have ended up on a
15  component near domestic drywall?
16     A.  Yes, that's a good way of putting it.
17     Q.  And am I correct that the reason for that would
18  be that there might be airflow within the home that would
19  somehow push that emission in a certain direction?
20     MR. WEISS:  Object to the form.  You can answer.
21  BY MR. SULLIVAN:
22     Q.  Toward a component that was not near the Chinese
23  drywall?
24     A.  Yeah.  Well, you know, it's a kind of a thing --
25  a chemical phenomenon, what I would say, is if you've got

13  (Pages 46 to 49)

50

1 something that's off-gassing, okay, it's -- physically it
2 will off-gas until the point where on the outside of it,
3 that concentration that goes as high as it is where it's
4 off-gassing from. Okay? And then if -- then it will
5 reach equilibrium.
6        Now, in most houses you get air exchanges, so the
7 off-gassing keeps on going because you never achieve the
8 damage. So during the time that something is installed, a
9 drywall is installed, and we've seen this in the Baker's
10 residence where we had on one side of the wall was
11 National Gypsum, on the other side of the wall was
12 Knauf -- no, that one was a ProWall in Dr. Baker's
13 residence, which was another corrosive Chinese drywall.
14       And there was the off-gassing, obviously the two
15 walls, drywalls, share the same cavity. So as the
16 off-gassing goes from the Chinese drywall, it will go into
17 the cavity and then continue to go into the National
18 Gypsum board. Okay? And it keeps going as long as there
19 is more of the source then, there to the off-gassing to
20 build up. So at certain level, if you now take the
21 Chinese drywall away from the National Gypsum, the
22 National Gypsum will off-gas for a period of time because
23 now the cavity in between has lower concentration of that
24 gas and so it starts coming back out.
25       Q. Okay. I think I understand that, but I want to

51

1 focus on two concepts you mentioned. Concentration is an
2 important aspect in making an assessment that an emission
3 could -- could damage a component; correct?
4        A. I would think that you -- it's a factor you've
5 got to look at.
6        Q. Right. And concentration is also affected by, I
7 think you said air exchange; correct?
8        A. Yes.
9        Q. And air exchange will differ depending on a home,
10 right, and the construction of a particular home; correct?
11       A. It will depend on -- it will vary from wall to
12 wall.
13       Q. It will vary from wall to wall?
14       A. Wall cavity to wall cavity.
15       Q. So it will vary -- air exchange will vary even
16 within a single home?
17       A. Absolutely.
18       Q. And room to room?
19       A. Correct.
20       Q. Okay. And it will vary depending on whether the
21 home is lived in or not lived in, presumably; right?
22       A. That's one of the factors. Other factors is the
23 weather conditions outside, the wind conditions, whether
24 you're pressurizing it from the east or whether you
25 pressurizing it from the west; that's going to change the

52

1 air flow throughout your house and inside your wall
2 cavities.
3        Q. So there's a geographical component then too,
4 right, it will vary whether your house is on the southwest
5 part of Florida or whether you're sitting up in Boston;
6 right?
7        A. Well, certain amount of that, I mean, what --
8 this is where -- where it's kind of difficult to identify
9 that, because what you have to do is you have to approach
10 it as a scientific process, and scientific process is --
11 doesn't start with all of these hypotheses; it starts with
12 the question. What's my question? Okay. And so if you
13 ask the question, then part of the research becomes, is it
14 happening -- is it going to be similar in Florida as it's
15 going to be somewhere else, or is it going to be, you
16 know, west coast, east coast, different aquifers and all
17 of that. So it's a very, very complex issue.
18       And so we have to be very specific about the
19 question we're trying to answer so that then we can
20 develop the appropriate scientific approach and develop
21 the hypotheses, and then set up a test to either prove or
22 disprove the hypotheses.
23       MR. SULLIVAN: Can we go off the record, take a
24 quick break.
25       VIDEOGRAPHER: Going off the record. The time is

53

1 10:25 a.m.
2        (A break was taken.)
3        VIDEOGRAPHER: Back on the record. The time is
4 10:32 a.m.
5 BY MR. SULLIVAN:
6        Q. Dr. Hejzlar, you mentioned when you were talking
7 about the Finger house and air exchanges, you mentioned, I
8 think, that the air can flow through the drywall. Is that
9 because drywall is porous?
10       A. Yes. I mean, it's not impervious surface, so,
11 you know, it will obviously flow a lot slower, but if you
12 imagine -- the best way I would explain it would be when
13 you're making coffee through a coffee filter. Okay? The
14 water comes in very quickly, and then it gets slowed down
15 by the coffee and the filter, but it goes slower down.
16 So, you know, the higher the density of the wall, then
17 slower the rate will be.
18       Q. So oxygen and other -- other --
19       A. Gases.
20       Q. -- other gases will flow through the -- the
21 drywall?
22       A. Yes. You won't see any -- you know, I wouldn't
23 expect solids to be going through there, I mean, the
24 spaces are not big enough. But typically gases, yes,
25 you're going to see that.

14  (Pages 50 to 53)

54

1    Q.   Okay.  Why don't we mark, I think, as Exhibits 5
2    and 6 -- why don't we do 5, 6, and 7 as your report.  I'll
3    show those to you.  So Exhibit 5 will be your November 18,
4    2011, report.
5        (Defendants' Exhibit 5, November 18, 2011,
6        report, was marked for identification.)
7        MR. SULLIVAN:  Exhibit 6 will be your
8    November 10, 2011, report.
9        (Defendants' Exhibit 6, November 10, 2011,
10       report, was marked for identification.)
11       MR. SULLIVAN:  And Exhibit 7 will be your
12   February 13th, 2012, report.
13       (Defendants' Exhibit 7, February 13th, 2012,
14       report, was marked for identification.)
15   BY MR. SULLIVAN:
16       Q.   And just so the record is clear, Exhibit 5 is the
17   report in the Brincku matter, Exhibit 6 is the report in
18   Brucker and Exhibit 7 is a report for Brincku.  Am I
19   correct about all that?
20       A.   Yeah, Exhibit 7, yeah, that would be the report
21   addendum to Brincku.
22       Q.   Right.  Okay.  And am I correct that the Exhibits
23   5 and 6, the report in Brucker and the first report in
24   Brincku are the same?
25       A.   I believe they're essentially identical.

55

1        Q.   Okay.  How -- when did you start preparing the,
2    and I'm going to call it the first report, okay, just so
3    we have a -- for ease of reference.  And by first report
4    I'll mean 5 and 6, Exhibits 5 and 6, okay?
5        A.   It would have been within a week of authoring the
6    report.  It could have been shorter than that, shorter as
7    a couple days.
8        Q.   Okay.  So I don't actually know if my question
9    was clear, you may have anticipated it, but you prepared
10   these reports within a week of being retained by
11   Mr. Weiss?
12       A.   I prepared these reports within a week of the
13   dates on those reports.
14       Q.   Okay.  Of one another?
15       A.   Correct.
16       Q.   Okay.  Let me back up.  When -- when did you
17   prepare these reports in relation to the time that you
18   were retained by Mr. Weiss?
19       A.   I don't know.  I would have to check the dates on
20   when we were retained.
21       Q.   Okay.  Do you -- approximately?  Was it a month,
22   two months?
23       A.   It was within a couple months or a month.  I
24   remember that the first thing that after we were retained
25   we didn't receive the expert reports, and I went through

56

1    some of the expert reports.  And then at one point in time
2    I was requested to prepare a specific report, not
3    necessarily dealt anything with the other expert reports,
4    but was designed to answer these questions.
5        Q.   Okay.  And did you -- and these were the
6    questions that -- and let's focus on Exhibit 6 for ease of
7    reference.
8        A.   Sure.
9        Q.   The two questions that are the subject of this
10   report, those were given to you by Mr. Weiss; correct?
11       A.   Yeah, I basically says, what questions do you
12   want me to answer?  And I tell you whether I can or
13   cannot.
14       Q.   Okay.
15       A.   And so --
16       Q.   And how long did it take you to reach the
17   determination that you could answer those questions?
18       A.   Five minutes.
19       Q.   Okay.  And do you remember how long it then took
20   you to start writing the report?
21       A.   I don't know.  It would have been a few hours to
22   me.
23       Q.   A few hours after you were -- you were asked
24   those two questions?
25       A.   Well, I believe the questions came over the

57

1    telephone.
2        Q.   Okay.
3        A.   And then I started preparing -- you know, I put
4    the questions down and then I started preparing --
5    preparing the report, and it would have been -- I think it
6    was pretty quick, and so it would have been within the
7    next few days.  Some of that I might be able to figure out
8    from -- if you need more exact dates, I might be able to
9    figure out from the billing records.
10       Q.   Okay.  And you've written articles before; right?
11       A.   Yes.
12       Q.   And you've written articles, I know, on the XRF
13   technology?
14       A.   Correct.
15       Q.   And when you sit down to -- to write an article,
16   are you -- do you attempt to make sure that you've
17   assessed all relevant information and analyzed, you know,
18   any information that would be relevant to the question?
19       A.   Oh, yes, you know, it's part of the -- the
20   articles that you're talking about are actually technical
21   papers, and the technical papers is, you know, you follow
22   the scientific process which I discussed the approach to
23   the scientific process I discussed before.
24       Q.   And do you attempt to follow the same scientific
25   process when you prepared your -- when you prepared your

15  (Pages 54 to 57)

58

1 reports in this litigation as you did when you prepare
2 your other scientific papers?
3     A.  Yes, I do.
4     Q.  And can you just describe for me a little bit
5 about what that scientific process is?
6     A.  Well, the scientific process is, you first you
7 pose the question.  And then what you do is you do
8 research on that to see whether there has been anything
9 that has been already prepared or there are scientific
10 studies that were peer reviewed and are accepted in the
11 industry, and that in itself might answer the question.
12        If that information alone doesn't answer the
13 question, then you have to go and develop the hypotheses
14 of what has happened, and then you also consider the
15 alternative hypotheses of what would -- you know, what
16 would be the other way that you could explore something.
17 And then once you have the two hypotheses or -- and there
18 can be more than one hypotheses, obviously, then you set
19 up tests that may answer -- you're basically testing the
20 hypotheses.  And so you might test one hypotheses, or you
21 might end up testing both the alternative hypotheses
22 that -- that you have.
23        So it can get a pretty complex process once
24 you've collected the data, looked at the data, then you go
25 ahead and start preparing a report summary of what you

59

1 did.
2     Q.  Okay.  And when you prepare that report, in order
3 to prepare a scientifically valid report, I take it you
4 try to clearly delineate the factual information, the
5 theories, and the assumptions you're making; right?
6     A.  Correct, yes.
7     Q.  And if the assumptions aren't supported by the
8 factual information or they're scientifically flawed, then
9 am I correct that any conclusions and opinions would be
10 also flawed?
11     A.  Then they could be flawed or there could be, you
12 know, alternative hypotheses or you might be that you're
13 only solving -- answering a small portion of the question.
14 It doesn't necessarily have to mean you're wrong, but you
15 haven't answered the whole question.
16     Q.  Okay.  And I think you testified earlier that you
17 spent about I think ten hours on one of the reports, I
18 think on the Brincku report, and a few more hours on the
19 Brucker report.  Do you remember how much time you spent
20 on preparing the reports that would we have identified as
21 Exhibits 5 and 6?
22     A.  Well, obviously, it was one report.  Okay?
23 Because the other one was basically -- I don't think I
24 even changed -- I even billed for any of my time because
25 it was identical report.

60

1     Q.  Fair.
2     A.  So all of the preparation was basically all I did
3 is to answer those question I pretty much knew the answer
4 to that; I just wanted my backup data, and my backup data
5 to that was the CPSC study which was already presented,
6 and that's exactly what I relied on in answering those
7 questions.  I didn't go and need to go any further; it's
8 already been studied, documented, and peer reviewed.
9     Q.  Okay.  And how long did it take you to do -- to
10 write that?
11     A.  I mean, that was whatever I -- time I spent, if
12 it was around ten hours that would have been pretty it.
13 What it required me to do is go back to the 51-home study
14 and actually look for specific areas and extract specific
15 areas out of that study that would be in support.  And I
16 think I still have that extraction because I did it in
17 Word and it might be in one of my -- it might be in one of
18 my files.
19     Q.  Okay.  So you -- did you convert the CPSC study
20 into a Word document?
21     A.  Yes, what I did is, you know, use the CPSC
22 information and extracted sections out of that and put
23 them -- and pasted them into a Word document, basically,
24 that makes it easy for a deposition like this to see when
25 you ask me specifically what I relied on, I figured, you

61

1 know, if I prepare it like that, it will be easier for you
2 to see where the relevant sections are.  Because that
3 investigation, obviously, is huge and a lot of paper.
4     Q.  Right.  And I'll mark as Exhibit 8 what appears
5 to be your extraction, and I'll show it to you and you can
6 confirm that.
7     A.  Sure.
8        (Defendants' Exhibit 8, CPSC report
9     extraction, was marked for identification.)
10 BY MR. SULLIVAN:
11     Q.  Now, this was taken from your file, so we
12 might -- that's the original, I think, from your file?
13     A.  I have an extra copy, so that's fine.
14     Q.  Do you recognize that document as the -- do you
15 recognize the document that we've marked as Exhibit 8 as
16 the document reflecting the material that you have
17 extracted from the CPSC report?
18     A.  Yes.
19     Q.  And you testified that you extracted the material
20 that supports your thesis; correct?
21     A.  Yes, and I need to correct one thing.  Not only
22 did I look at the 51-home study, there was also a study of
23 where there were some complained homes of the domestic
24 drywall study, and so certain sections out of here are
25 extracted out of that domestic drywall study by CPSC.

16  (Pages 58 to 61)

62

1    Q.  Okay.  You looked at the study, or did you look
2  at a summary of the study?
3    A.  I looked at the study and extracted from that
4  study into this document as well.
5    Q.  Okay.  If you could turn to the -- can you turn
6  to the reference list, which is attachment B to your
7  report, please?
8    A.  Correct.
9    Q.  Can you identify for me the study relating to the
10  domestic drywall?
11    A.  It's not on there.  I can't.
12    Q.  It's not on there?  Is there a reason that it's
13  not listed on there?
14    A.  Yeah, it was -- this is kept by my assistants,
15  and, you know, usually the updating wasn't done,
16  obviously.
17    Q.  Can you mark on Exhibit 8 for me the portions
18  that were taken from the domestic drywall study?
19    A.  Sure.
20    Q.  I think the way to do it is just to bracket them
21  or circle them and then initial next to it, please.
22    A.  Yes.  I believe I have it identified as Brincku
23  home H in the study, so that would be -- I'm writing DDW,
24  domestic drywall.
25    Q.  Fair enough.

63

1    A.  And the rest of it is under the heading of 51
2  home, I believe that's all the way -- I believe it's just
3  the last page that came out of the domestic drywall study.
4    Q.  Do you mind if you just hand that back to me for
5  a second?
6    A.  Sure.
7    Q.  And then I'll just make sure the record is clear.
8    A.  I believe that's correct.
9    Q.  So Dr. Hejzlar, just so the record is clear, you
10  have identified on Exhibit 8 the portion that -- of the
11  domestic drywall study that you considered in connection
12  with your report?
13    A.  Correct.
14    Q.  And that's the last page only; correct?
15    A.  Correct.
16    Q.  Okay.  I'll leave that here, but I think we
17  should make a copy of that at a break.
18        While we're on Exhibit B, which is your reference
19  list of materials considered, you mentioned, I think, that
20  your assistant prepared this reference list?
21    A.  Basically when I -- the way that works is I have
22  what I call a library, and it's electronic -- some of it
23  is electronic, some of it is actually paper.  And what I
24  do is if I find something that's relevant to what I -- to
25  the drywall, we've got basically a folder that's called

64

1  drywall library.  And then if it's relevant to that and if
2  I've used it in the past, I just added to that or added on
3  to the computer and tell her to basically add it to the
4  list.  And obviously the ten-home study never made it
5  here.
6    Q.  Okay.  Are there any other materials that you
7  considered in connection with your reports that are not
8  listed on here that you're aware of?
9    A.  You know, the key materials that I considered in
10  preparation of that report were just the two, was the
11  51-home study and the ten-home study, which didn't
12  identify the Brincku as the house age.  I got that
13  information out of one of National Gypsum experts reports
14  that were provided to me by Mr. Weiss.
15    Q.  Okay.  So in preparing your reports in this case,
16  am I correct that you focused exclusively on the 51-home
17  study and on the domestic drywall study?
18    A.  Correct.
19    Q.  Okay.  And are there materials that you have
20  considered in relation to your reports here, relation to
21  your opinions in this case since the time that you
22  prepared the reference list that's attached as Exhibit B
23  to your report?
24    A.  The only thing that would have been is, you know,
25  most of these sources are from public published sources,

65

1  and obviously the other thing that I've looked at and
2  considered would have been the reports that were prepared
3  by the Defense experts in here that would not be on there
4  because those are part of the file itself.  But I
5  certainly looked at that information.
6    Q.  Okay.
7    A.  Let me clarify that.  Those would have been -- I
8  considered those after the writing of the report because I
9  don't think I had those when I wrote the reports.
10    Q.  You looked at the expert reports prepared by the
11  defendants in the case after you prepared your report?
12    A.  Correct.  I don't think I had them at the time
13  that I prepared my report.
14    Q.  In order to prepare for today's deposition, were
15  there any materials that you reviewed other than your
16  report, or your reports?
17    A.  Well, in preparing for today's deposition, I put
18  everything that I thought may be relevant to what I did
19  with this case and the questions in this case, and I put
20  that into those boxes.
21    Q.  Okay.
22    A.  Okay?  And it's either in the folder presentation
23  because there was a test that I ran on my own house that
24  is basically included in that because I thought that would
25  have been relevant.

17  (Pages 62 to 65)

66

1    Q.  Okay.  So your November 18, 2011, report which is
2  marked as Exhibit 6, it's the report for the Brincku case,
3  the first question you were asked to answer is does
4  hydrogen sulfide off-gassing cause corrosion to metals in
5  a home; correct?
6    A.  Correct.
7    Q.  And you weren't asked to give an opinion as to
8  whether there is any hydrogen sulfide in any particular
9  home; correct?
10    A.  Correct.
11    Q.  Nor were you asked to give an opinion regarding
12  whether -- regarding the source of any hydrogen sulfide in
13  any particular home; correct?
14    A.  That's correct.
15    Q.  You also weren't asked to give any opinion
16  relating to whether there was sulfur reducing bacteria in
17  any drywall; correct?
18    A.  I believe that's correct, no, I wasn't asked
19  that.  It would probably be on my expertise.
20    Q.  You have a section of your report that's
21  entitled, or there's a subheading, where it says
22  investigation and analysis.
23    A.  Yes.
24    Q.  And in the first sentence of the second paragraph
25  under that section you say, "Personally conducted the

67

1  investigation, testing, and analysis associated with
2  corrosive drywall that included the elements discussed
3  below."  You also say "ESI started the investigation into
4  the corrosive drywall in the fall of 2008 with the Florida
5  Department of Health, the Consumer Product Safety
6  Commission, and the Environmental Protection Agency."  And
7  when you say you were -- my question is when you say you
8  personally conducted the investigation, testing and
9  analysis, are you referring to all the cases that ESI was
10  involved in?  What does that encompass?
11    A.  It involves the cases that, obviously, we were
12  hired to do through investigating whether there was
13  corrosive drywall.  And it also involves the voluntary
14  testing that we did for the State of Florida where they
15  sent us some samples to determine -- to see whether those
16  samples were corrosive or not.
17    Q.  Okay.  And ESI also conducted drywall
18  investigations in a number of states including Florida,
19  Virginia, North Carolina, Alabama, and Mississippi;
20  correct?
21    A.  Correct.
22    Q.  And you're relying on that experience in
23  preparing -- you relied on that experience in preparing
24  your report here; correct?
25    A.  Well, it's part of my background and experience.

68

1  I think I've already testified to the fact that to
2  specifically answer those questions I -- the two documents
3  that I relied on were the 51-home study and the domestic
4  study, but this is part of my background and having worked
5  in that.  And I have also, you know, it's -- all of the
6  work that I've done in those investigation is consistent
7  with the findings of the 51-home study and, you know, and
8  the ten-home study.  So in that it's basically part of my
9  professional background.
10    Q.  When you say all of the things that you looked at
11  in those cases were consistent with the 51-home study or
12  the domestic drywall studies, do you mean you've
13  actually -- you've gone back and you looked at those and
14  made sure they were consistent with one or the other
15  conclusions in those reports?  I'm not clear what you mean
16  there?
17    A.  No, I didn't see anything in my background and
18  experience that would dispute any of the studies that
19  basically we did that would be -- that would lead me to
20  different conclusions or different hypotheses than what I
21  presented here.
22    Q.  Okay.  But just so the record is clear, we don't
23  have the benefit of that material in order to make that
24  same assessment; correct?  That hasn't been --
25    A.  Yeah --

69

1    Q.  -- been provided to us; correct?
2    A.  Yeah, I haven't provided it and I haven't
3  produced it.  And it would be not only logistical
4  nightmare, but also a lot of attorneys would have to be
5  involved in producing that because obviously I'm bound by
6  client confidentiality on certain of those things.  So
7  those questions would have to be answered, is it
8  impossible?  No, it's not impossible, but is it difficult?
9  Yeah, it will be.
10    Q.  Okay.
11    MR. SULLIVAN:  I think we need to change a tape,
12  so why don't we go off the record briefly.
13    VIDEOGRAPHER:  Going off the record.  The time is
14  11:02 a.m.
15    (A break was taken.)
16    VIDEOGRAPHER:  Back on the record.  The time is
17  11:07 a.m.
18  BY MR. SULLIVAN:
19    Q.  I apologize, Dr. Hejzlar, if I'm repeating a
20  couple questions I've asked before, but I want to make sure
21  I'm clear.  You weren't asked to give an opinion on
22  whether there was corrosion in the Brincku home or the
23  Brucker homes; correct?
24    A.  Correct, that question wasn't phrased like that.
25    Q.  And you weren't asked to give an opinion in

18  (Pages 66 to 69)

70

1    either case regarding the cause of any alleged corrosion
2    in those cases; correct?
3        A. In the reports that I prepared, correct.
4        Q. All right. Or in this litigation; correct?
5        A. That wouldn't be correct. I was -- one of the
6    first things that I did when I went -- visited the Brincku
7    house I was asked to see whether there was corrosion in
8    that house.
9        Q. Okay.
10       A. But I wasn't asked --
11       Q. You're not giving an expert opinion in your
12   report or today regarding the corrosion; correct?
13       A. I haven't been asked to --
14       Q. -- alleged corrosion?
15       A. -- provide an expert opinion on that, no.
16       Q. Okay. Nor were you asked what could have caused
17   any alleged corrosion or how much -- just leave it at
18   that, you weren't asked what could have caused any alleged
19   corrosion, either?
20       A. I was asked the question, but not asked to
21   provide an expert opinion on that.
22       Q. Okay. Thank you. In the summary of your report,
23   you mentioned sulfur dioxide, carbon sulfide, and hydrogen
24   sulfide, and you said these gases have been demonstrated
25   to be corrosive, and this is about midway through the

71

1    first paragraph under basis summary. Do you see that?
2        A. Yes.
3        Q. When you say have been demonstrated, what are you
4    relying on in support of that statement? What study do
5    you rely on to demonstrate that?
6        A. Most of that would be the studies that were done
7    associated with the 51-home study.
8        Q. Any studies that would not be associated with
9    that 51-home study?
10       A. There might have been other independent work by
11   others that I'm not aware of, but, you know, from my
12   perspective the CPSC work and the work that was done by
13   the subcontractors for that work probably I would consider
14   those as more authoritative than -- because of the
15   scientific basis that they were trying to base it on than
16   some of the other reports that may be on my list, but
17   obviously, you know, wouldn't be that authoritative. To
18   answer the question that I needed to answer, the 51-home
19   study was sufficient for me to do that.
20       Q. Okay. And you're talking about these gases
21   coming from what you call corrosive drywall; right?
22       A. Correct, yes.
23       Q. And what is corrosive drywall? How do you define
24   corrosive drywall?
25       A. Well, corrosive drywall what I would -- you know,

72

1    I worked on the definition, and at one point we were
2    calling it -- in one of my first publications I coined the
3    term problematic because at that time we really didn't
4    know that it was corrosive and it was associated -- people
5    were having -- complaining about health symptoms, there
6    was definitely some level of corrosion, so we initially
7    coined it problematic.
8        And then when we were developing the definition
9    with the State of Florida, in particularly David Kraus,
10   they tended to go with the corrosive drywall definition,
11   which now more specifically addressed the imported
12   drywall, corrosive imported drywall; that's what their
13   focus was on because that's where we were seeing, you
14   know, most of the complaints coming in. And so what I
15   would define -- I would defer to the definition that was
16   developed by the State of Florida and basically accepted
17   in almost in essence by also the CPSC definition, which
18   also calls it problematic drywall and corrosive drywall,
19   vice versa.
20       Q. Is there a difference between the Florida
21   definition and the CPSC definition, that you're aware of?
22       A. I believe there are some slight definitions of
23   it, but I haven't, you know, laid one next to each other
24   and compared it word-for-word, so I haven't been asked to
25   do that and haven't done that recently. At one point in

73

1    time, I remember looking at them and seeing some
2    differences in how you qualified to be -- you know, the
3    Florida definition basically goes through possible case,
4    probable case, and confirmed case. And I like that
5    approach because the level of investigation increases as
6    you go from probable -- or possible to probable, which is
7    more than likely, and then to actually confirm that you
8    have done some testing to confirm that it is.
9        Q. Okay. And is there a reason that you relied on
10   the Florida definition rather than the CPSC definition?
11       A. Well, I like their approach better, and part of
12   my bias being part of that definition, I like to have it
13   organized scientifically, and I have been asked to have
14   input on that definition when Florida state was developing
15   it and to provide the reasons for why I wanted it set a
16   certain way and pretty much we were in agreement that
17   that's the best way to put it.
18       Q. Okay. I'm going to mark as Exhibit 9 what's
19   entitled case definition 12/18/09 for drywall associated
20   corrosion in residences.
21       (Defendants' Exhibit 9, Case Definition
22   12/18/09 For Drywall Associated Corrosion in
23   Residences, was marked for identification.)
24   BY MR. SULLIVAN:
25       Q. And, Dr. Hejzlar, does this document reflect the

74

1  Florida definition that you're relying on for corrosive
2  drywall?
3      A. Yes, I believe there were a couple of revisions,
4  I don't know if this was the latest revision. There might
5  have been one after that, but, I mean, it is.
6      Q. And am I correct, Dr. Hejzlar, that one of the
7  criteria for corrosive -- for identifying corrosive
8  drywall is that it be imported, that it be Chinese
9  drywall?
10     A. Yes, I believe that was -- that it was -- let's
11  see. It says the home was constructed or renovated with
12  new drywall since 2001. Maybe you see something that I
13  don't. It's been a while.
14     Q. Sure.
15     A. If you can help me out.
16     Q. Will do. So criteria two, supporting -- under
17  the heading Supporting Indicators of Drywall Associated
18  Corrosion.
19     A. Correct.
20     Q. Probable case equals one or more. First criteria
21  is observed markings on the back of drywall indicating the
22  country of origin is China.
23     A. Correct.
24     Q. Correct?
25     A. Yeah.

75

1      Q. So under this scientific approach that you
2  assisted in developing, a critical criteria is that the
3  drywall -- that the country of origin for drywall be
4  China; correct?
5      MR. WEISS: Objection to form.
6      THE WITNESS: Yes, and that was exactly how at
7  the time all of the information we had with credible,
8  corrosive work that we did, the places that we've seen
9  were all -- we were all dealing with Chinese drywall.
10  BY MR. SULLIVAN:
11     Q. Okay.
12     A. One way or the other, there was one drywall that
13  wasn't marked, but later on through litigation it was
14  confirmed, in fact, that that was also Chinese, it wasn't
15  marked but it was Chinese.
16     Q. And so when you use the term corrosive drywall in
17  your report, you're referring to drywall that satisfied
18  these -- the three criteria in this case definition,
19  including criteria two; correct?
20     MR. WEISS: Objection to form. You can answer.
21     THE WITNESS: Yes, yes.
22  BY MR. SULLIVAN:
23     Q. And in the second paragraph under basis summary
24  there, you talk about tests performed by ESI.
25     A. Correct.

76

1      Q. Using corrosive drywall; right?
2      A. That would be, again, the corrosive Chinese
3  drywall.
4      Q. And just so the record is clear, corrosive
5  drywall then by your definition does not include domestic
6  drywall; correct?
7      MR. WEISS: Objection to form. You can answer.
8      THE WITNESS: In the definition that I'm using,
9  in the context of the definition that I'm using it,
10  that's correct.
11  BY MR. SULLIVAN:
12     Q. And as you're using it in your report, that's
13  correct; correct?
14     A. Correct.
15     Q. Can you -- and the purpose of this definition,
16  and this is in the first paragraph of Exhibit 9 that I
17  have given you, it says "The sole purpose of this case
18  definition is to identify homes that are affected by
19  corrosion associated with drywall emissions"; correct?
20     A. Correct.
21     Q. And in order to identify whether that definition
22  is satisfied with respect to any particular home, you
23  would need to examine each home on an individualized
24  basis; right?
25     A. If I was to provide a -- the step three, I would

77

1  have to see either the home or have evidence of the
2  corrosion, first two steps, and the laboratories to test
3  data provided by outside laboratory, or the testing that I
4  did myself to confirm that a piece of that drywall is
5  corrosive.
6      Q. Okay. But you would need to look at -- you would
7  need to -- in order to know whether that all three
8  criteria that are set forth in that definition are
9  satisfied, you need to look at drywall from a particular
10  home? You can't make -- what I'm getting at is you can't
11  make this document in the abstract, in order to determine
12  whether the drywall in a particular home is corrosive, you
13  need to look at that particular drywall; right?
14     MR. WEISS: Objection to form. You can answer.
15     THE WITNESS: Not necessarily personally, but the
16  datas associated with that that would allow me to show
17  and go through the definition and say, yeah, Criteria
18  1 was met, Criteria two was met, and there is Criteria
19  three was met by doing X, Y, Z.
20  BY MR. SULLIVAN:
21     Q. Okay. So let's just say you had three homes;
22  right? Home A, home B, home C, you need to -- or to
23  determine whether the corrosion in either one of those
24  three homes was caused by the drywall in those homes, you
25  need to examine whether the drywall satisfied Criteria 1,

20  (Pages 74 to 77)

78

1   Criteria two, and Criteria three as set forth in the case
2   definition; right?
3       MR. WEISS:  Objection to form.  You can answer.
4       THE WITNESS:  I would agree with that.  The only
5   difference, I guess, that I'm making is I am not
6   necessarily the only one that actually does the work.
7   I can look at somebody else's investigation, and then
8   I can, you know, opine whether their work, what they
9   did, meets the definition.
10  BY MR. SULLIVAN:
11      Q.  Yeah, okay.  Fair enough.  And is that -- I mean,
12  drywall, as I understand it, varies from manufacturer to
13  manufacturer; correct?
14      A.  That's correct.
15      Q.  It varies from plant to plant even?
16      A.  Yes.
17      Q.  It varies from lot to lot?
18      A.  Yeah, depending on how we define lots.
19      Q.  And it varies -- I mean, drywall can vary among
20  boards even; right?
21      A.  Correct.
22      Q.  And --
23      A.  Within a board.
24      Q.  Within a board.  So there's variation between --
25  there's -- fair enough.  Okay.  And the case definition

79

1   doesn't determine whether corrosion was actually caused by
2   any particular gas; correct?
3       A.  Yeah, it's no gas specific.  In fact, you know,
4   there were several gases that were associated and the
5   reduced sulfur gases that were associated with that and I
6   have mentioned three of them.  There may be -- there may
7   be others.  I mean, just because in a lot of the studies
8   they weren't detected, they were extremely difficult to
9   detect because number one they're so reactive and number
10  two the amounts of them that are coming out of the drywall
11  are in the parts per pel level, which is very close to
12  the -- our capability to detect any of this.  And nobody
13  has ever answered the question how many gases, reduce
14  sulfur gases are being off-gassed.  They just went on the
15  data that they had.
16      Q.  And in the case definition, it's not meant to
17  determine even whether corrosion was caused by Chinese
18  drywall?
19      MR. WEISS:  Objection to form.
20      THE WITNESS:  Well, the corrosion that it's
21  associated with the Chinese drywall, that was the
22  whole purpose of the definition to allow the home
23  owners and then later on the investigators to
24  determine whether they have, you know, corrosive
25  Chinese drywall.

80

1   BY MR. SULLIVAN:
2       Q.  What's the difference between association and
3   causation?
4       A.  Association is a level to where you have data
5   that is consistent with your case definition, and you may
6   have a confirmed case of corrosion and confirmed case of
7   Chinese drywall, that doesn't necessarily answer the
8   question that all of the corrosion that you see in the
9   house is caused by the drywall itself.
10      Q.  But you agree that the two -- that causation and
11  association are scientifically distinct concepts?
12      A.  Yes.
13      Q.  What would a definition of causation be then?
14      A.  Causation would be is where you identify --
15  you're trying to identify the cause and origin of certain
16  corrosion.  Okay?  That would be your hypotheses question,
17  was this corrosion that we're seeing in these pictures
18  caused by the Chinese drywall.
19      Q.  Okay.
20      A.  The case definition doing that doesn't answer
21  that question; it only says, yes, you have corrosion that
22  is associated with the Chinese drywall and that's based on
23  all of the other consistent evidence, that, yes, these
24  houses are affected and it's -- from statistical point of
25  view, there is a relationship.

81

1       Q.  Okay.
2       A.  So there is the associative relationship based on
3   probability that is there, but you haven't, you know, we
4   haven't probed to causation beyond that.
5       Q.  Okay.  And so the case definition, you agree, it
6   sets forth three criteria; right?
7       A.  Right.
8       Q.  And the Florida case definition that's Exhibit 9,
9   Criteria 1 is sentinel indicators of drywall associated
10  corrosion, Criteria two is supporting indicators of
11  drywall associated corrosion, and Criteria three is
12  confirmatory evidence of drywall associated corrosion.  So
13  establishing these three criteria will only establish
14  association; correct?
15      A.  Correct.
16      Q.  Will not establish causation?
17      A.  Correct.
18      Q.  For any particular --
19      A.  It doesn't answer that question.
20      Q.  Okay.  You reference in the first sentence of the
21  second paragraph there under basis summary, tests
22  conducted by ESI using corrosive drywall.
23      A.  Yes.
24      Q.  What tests were those?
25      A.  Well, there were numerous tests where I've

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

82

1  actually taken the corrosive drywall and tested that it
2  was corrosive, confirmed that it was corrosive.
3     Q.  So you were confirming --
4     A.  Chinese corrosive drywall.
5     Q.  But it had already been defined as corrosive;
6  right?  Meaning it had already satisfied Criteria 1
7  through 3 of the case definition; right?
8     A.  1 through 2, and I was doing the confirmation.
9     Q.  Okay.
10    A.  Okay?
11    Q.  And what were the condition -- how did you run
12 those tests?  Were they all the same?  All the same
13 protocol?
14    A.  Pretty much that's one of the papers that I
15 published that you probably have in there was addressed in
16 the ASTM, but it was principally the same protocol where
17 you place a piece of the drywall in a jar and you provide
18 a source of moisture.  That moisture could be provided as
19 a sponge or I actually would use covettes which were like
20 tubes that are square, all right, and then I would add
21 water to that and so then I would basically keep it at
22 room condition, which would change temperature throughout
23 the day.
24    So you get certain amount of evaporation that
25 allows that moisture to interact with a sample of drywall,

83

1  and what's also inserted in there is a piece of copper
2  wire that I have taken before and I abraded the copper
3  wire using abrasive pad, primarily to remove all the
4  finish from that.  I would check that copper wire with
5  using DXRF to make sure that the amount of sulfur that was
6  on that wire was below detection to verify that my
7  cleaning process worked.
8     Once I started the process in most instances
9  within 48 to 70 hours you start seeing darkening of that,
10 and I would let it darken significantly and, again, once I
11 completed the test I would take the blackened now copper
12 wire and determine the amount of sulfur now on that wire.
13 Concurrently with that I would run, in fact, I was using
14 National Gypsum that I purchased from one of the stores, I
15 believe it was Lowe's as my control for being noncorrosive
16 and I basically purchased the whole board and that would
17 be my -- that's what I've always used as a control.  And
18 that was the -- you could literally see, you know, the
19 difference, that there was no visible corrosion on the
20 controls, and most of the time on my controls I was
21 getting below detect or just slightly above detection of
22 sulfur, so there's certain amount of off-gassing that's
23 going on even with the domestic drywall, but it's not
24 really significant to be distinguished from -- from the
25 nature that if you go into a home that has been built with

84

1  National Gypsum 30 years ago like my house, you go in
2  there and you look at the wires and the wires are
3  basically indistinguishable from my controls.
4     Q.  They're --
5     A.  They're a little darker.
6     Q.  There is no corrosion?
7     A.  There is no corrosion.  There is a little bit of
8  darkening and there is some sulfur on it, so it's not just
9  oxidation, you know, it would be copper oxide wouldn't
10 have sulfur in it and could end up being black, but the
11 sulfur would be sulfites that would actually be eating
12 away at the copper.  So there's some, but -- the controls
13 are indistinguishable from a house that's being built
14 30 years ago here in Florida in the conditions with sulfur
15 water and all of that.
16    Q.  So they don't satisfy the definition, certainly;
17 right?
18    A.  Absolutely not.  And the reason why we decided
19 the definitions, with everybody that sees a dark piece of
20 wire on their house to be saying, we got bad drywall.
21    Q.  So basically you prepare the definition so people
22 wouldn't think that their domestic drywall had the
23 problems?
24    MR. WEISS:  Objection to form.
25    THE WITNESS:  Well, it was designed -- you do the

85

1  Criteria 1, if you can't meet the one, don't go into
2  two, don't go into three.
3  BY MR. SULLIVAN:
4     Q.  Yeah.
5     A.  You're wasting your time.
6     Q.  So in other words -- if you don't satisfy
7  criteria two, then you're just wasting everybody's time?
8     A.  Right, and money.  I mean, some of these people
9  were going -- they're home owners that are close to being
10 in foreclosure, I mean, it was a significant problem, and
11 there's -- every newspaper out there is running ads, we'll
12 check your drywall, and we said, you know, we have got to
13 give them a definition to where these people can check it
14 without hiring a consultant.
15    Q.  And you were talking I think a little bit earlier
16 this morning about some of the initial fervor that
17 surrounded this issue down here in Florida, and I think
18 you said that people were looking for money?
19    A.  Sure.
20    Q.  And really part of what this definition is
21 designed to do is to try to prevent that; right?
22    A.  Well, obviously to give the home owners and the
23 people that live in the state of Florida, give them
24 something that is rational approach to looking at whether
25 you have a problem or not with imported Chinese drywall.

22  (Pages 82 to 85)

86

1    Q.  Right.  And if you don't satisfy Criteria two,
2  then you're not making a rational decision about
3  whether --
4        MR. WEISS:  Objection to form.
5        THE WITNESS:  If you don't meet one and you go to
6  Criteria two, you don't meet the rationality statement
7  that has been developed by the definition.
8  BY MR. SULLIVAN:
9    Q.  And if you don't meet Criteria two, then you're
10  not --
11        MR. WEISS:  Objection to form.
12        THE WITNESS:  Absolutely.
13  BY MR. SULLIVAN:
14    Q.  Okay.  What temperature did you run -- I'm going
15  to call them the ESI testing, okay?
16    A.  Sure.
17    Q.  What temperatures were they run at?
18    A.  Most of them, you know, in an air conditioned
19  environment that is set at around 70 to 75 degrees and
20  obviously from the airflow during the day, the influence
21  of the windows and stuff like that might get close to
22  around 80.  In the evening it might stay close to the air
23  conditioning, depending, and if you're running it in the
24  wintertime, it's going to go significantly lower.  So it
25  wasn't a real super scientific test because, again, we

87

1  were not looking for causation, we were just looking for
2  association and confirmation that certain things is
3  corrosive.
4    Q.  Okay.  But even to establish association
5  temperature matters?  There is a relevant part of the
6  analysis.
7    A.  Well, you know, there were people that were
8  running the temperature to 150 degrees Farenheit.  To me
9  that doesn't represent what you would see in an average
10  home in Florida.
11    Q.  Right.
12    A.  Okay?  In an air conditioned environment, so I
13  thought to answer the hypotheses and the questions that I
14  was asked -- trying to answer at that time, leaving it in
15  an environment that would be similar to the environment
16  that the house would see was more appropriate conditioning
17  of the sample than trying to heat it up or, you know, do
18  other things to it.
19    Q.  And when you say there are people there heating
20  it up to 150 degrees, I think maybe you spoke to this
21  concern in your paper on applications of x-ray
22  fluorescence to confirm sulfur impact on corrosive
23  drywall?
24    A.  Correct.
25    Q.  We'll mark that as Exhibit 10.

88

1        (Defendants' Exhibit 10, witness's paper, was
2  marked for identification.)
3  BY MR. SULLIVAN:
4    Q.  And, Dr. Hejzlar, this is a paper you wrote;
5  correct?
6    A.  Correct.
7    Q.  And was it peer reviewed?
8    A.  Yes.
9    Q.  How much time did you spend writing this paper?
10    A.  I don't know, a lot.  It was not just writing the
11  paper but doing -- you know, the research, and obviously
12  for me to get this thing published, I have to set up tests
13  that were not related to specific persons so that they
14  would be protected.
15    Q.  So you spent a lot of time reviewing materials to
16  prepare this; right?
17    A.  And actually setting up tests.
18    Q.  Set up tests to prepare this?
19    A.  Sure.
20    Q.  Is it fair to say there was a lot of effort that
21  went into trying to make sure that the analysis and the
22  conclusions in here are correct and accurate; right?
23    A.  Yes.
24    Q.  If you look at page 2 of this article above a
25  section called experimental design?

89

1    A.  Yes.
2    Q.  You write, "In the exposure testing, a sample of
3  drywall is placed into a sealed chamber with a sample of
4  copper.  Many variations of the tests are in use by
5  various researchers and labs.  A lower number of methods
6  are offered with the exception of the CPSC study of 51
7  homes, published peer reviewed research on these methods
8  has generally been lacking.  In many exposure tests,
9  humidity is introduced by various means and the samples
10  are sometimes heated above 100 degrees Farenheit in an
11  attempt to simulate worse case conditions and accelerate
12  the off-gassing.  Some of these methods have been
13  criticized for inaccurately simulating conditions in the
14  home, particularly if the humidity is so high that it can
15  cause bacteria like activity in the drywall."
16        Do you see that?
17    A.  Yes, I remember that now.
18    Q.  So basically there are -- you were concerned that
19  the test people were running were not replicating actual
20  home environment conditions?
21    A.  Correct.
22    Q.  So in order to attempt to accomplish any
23  association between drywall and corrosion, it would be
24  important to try to replicate the conditions in the home,
25  if you were trying to accomplish this can take place in

23  (Pages 86 to 89)

90

1  the home?
2      A.  To a reasonable degree.  You're not -- unless
3  you're going to be -- as we said, there's so many
4  variables in there, unless you're going to have and
5  actually do it in the home environment, you're going to
6  have a tough time in the laboratory, but there have been
7  enough of these tests under controlled conditions, like I
8  went into and I published a study, so if you're using and
9  following these, you can actually find a scientifically
10  significant relationship, and then you can make those
11  conclusions based upon that data.
12      Q.  What variables did you consider to be important
13  to make sure that you were trying to develop a test that
14  replicated to a reasonable degree the conditions that you
15  would get in the home?
16      A.  Well, I wasn't going into extremes because I
17  figured most of the houses are going to be air
18  conditioned, so there's going to be a setting and setting
19  the set up in a laboratory that is air conditioned, that,
20  yeah, has the variations in temperature somewhat, but
21  they're not going to be extremes was important to me.  The
22  other aspect of it was introducing the humidity aspects
23  because under certain conditions, particularly in Florida,
24  you're going to get sudden drops either in temperature and
25  that then cause -- and affect the humidity.

91

1      So you can actually get a house, and we know this
2  from, you know, the mold studies is that under certain
3  condition in houses you can actually have condensations on
4  the wall, which will microscopically you won't be able to
5  see it, but you see it when the mold starts growing on the
6  dust that has attached itself to the wall.  And you can
7  basically take that mold and wipe it off and there is no
8  mold that's penetrating into the wall.  So you know that
9  at one point you've reached a dew point to where you have
10  either mold or bacterial activity, sufficient moisture to
11  where it can occur.
12      So we know those conditions occur, so to me it
13  was important to not to just put my dry air conditioned
14  laboratory now, I needed to introduce a source of moisture
15  that would represent under some conditions when somebody
16  opens the door, the humidity goes up, or a kid leaves the
17  door open, or you turn the air conditioning off, and so
18  those were the kind of key important parts of that.  The
19  other thing that I was -- it was kind of interesting to me
20  was how is that off-gassing and is the corrosion inside
21  the drywall going to be more than it's going to be outside
22  the drywall.  And one of the things that I did in setting
23  up this process is that there was -- in the core there was
24  a center hole, and I placed a clean copper in that center
25  hole and contrary to poplar belief at that time the actual

92

1  highest level of corrosion was on the outside of that
2  wall.  So it wasn't -- and you can see that in my paper
3  where you -- in that particular photograph if you look at
4  it, the highest amount of blackening is towards the upper
5  end of the wire.  And so, you know, this showed and
6  demonstrated to me that this is not a simple reaction;
7  this is a complex issue that's related to air flow, the
8  way it off-gases, and the concentration that you're going
9  to get outside and the presence of other, you know, air.
10      Q.  And that -- I mean, that complicated process,
11  it's not going to be the same for every home; right?
12      A.  Correct.  It's not going to be the same for every
13  home, and this is just a test to see whether a piece of
14  drywall that they sent me is corrosive.  I could literally
15  get another piece of drywall and the corrosion rate would
16  be different.  I would expect that.  Or, you know, there
17  may be a piece of Chinese drywall that they send me that
18  doesn't have the same distribution of particles that may
19  not be corrosive at all, but overall as a general tool
20  this has -- this method has proven pretty effective in
21  confirming that something is corrosive or not.
22      Q.  Okay.  And you referenced, I think, a picture in
23  your report.  Is the picture you're referring to --
24      A.  Would be figure three.
25      Q.  -- figure three?

93

1      A.  Yes.
2      Q.  And figure three identifies copper wires after
3  termination of the exposure tests that you ran.  And you
4  say the wire on the left is from corrosive drywall with
5  the top portions showing more discoloration.  The top
6  portion of the wires from the section of the wire that was
7  placed in the center hole of the sample.
8      A.  Right.
9      Q.  The wire on the right is from control three?
10      A.  Right.
11      Q.  And the wire on the left is pretty dark, you
12  agree with that?
13      A.  Yes.
14      Q.  And the control sample is clean and polished?
15      A.  Correct.
16      Q.  It looks like original state condition?
17      A.  Yes.
18      Q.  And I think is a color photograph, that's black
19  coloring there on the left; right?
20      A.  Yeah, it would be black, consistent with -- and,
21  in fact, I have checked these numerous times when you run
22  the XRF on that, it will give you sulfur which indicates
23  that it's copper sulfide, as opposed to copper sulfite
24  which would be, you know, the greenish ting, typical tinge
25  that you see on it sometimes around the solder joints.

24  (Pages 90 to 93)

94

1    Q. Okay. And how do you get -- so this didn't have
2    any copper sulfite on it is what you're saying? You
3    didn't see any evidence of copper sulfite?
4        A. Correct, copper sulfite, it was copper sulfide,
5    and actually what happens is once -- if you leave this for
6    a longer period of time to where it actually starts the
7    black starts flaking off when you tap it, another evidence
8    of corrosion is fact that you can take that and you tap
9    that corrosion onto your test and then you test that, you
10   will find that there is both copper and sulfur in that,
11   which indicates another indication, yeah, this is copper
12   sulfite, and it's corrosive because the copper is actually
13   coming, the only place it can come from is from the
14   copper. So it's actually separate -- physically
15   separating from the original copper wire.
16       Q. Okay. And I take it the picture that you put in
17   here as figure three in your article, this was
18   representative of many of the -- this result was
19   representative of many of the tests you ran?
20       A. Yeah, there was not that much variation, as you
21   can see from the data.
22       Q. How did you analyze the samples after you ran the
23   tests you looked at them and then how did you do that?
24       A. The XRF, you know, when I purchased the XRF from
25   Thermo Fisher I worked with their physicists in telling

95

1    them what I'm trying to develop and what I'm trying to do,
2    and what became really important is that when you test
3    different materials, depending on the consistency of those
4    materials, you have to -- the calibration curve will be
5    different. So the factory calibration that these guns
6    come out with doesn't work for drywall. You can be off by
7    large numbers, yet as I mentioned before, there were
8    people out there that were running with XRF equipment and
9    when I asked them what did you do for calibration? They
10   gave me a blank stare and says, well, it's
11   self-calibrating.
12       So that's where some of the failures come from in
13   being able to identify. What I actually did was obtain
14   standards and developed a program and program that machine
15   so that when I have a sulfur certain number or strontium
16   certain number in the drywall, that number is actually
17   traceable to the bureau of standards. Same thing when
18   you're doing copper, you have to change the calibration
19   from the drywall when you run these copper samples,
20   otherwise your sulfur numbers and copper numbers will be
21   wrong.
22       Q. Okay.
23       A. So that's how I accomplished it. I ran my own
24   calibration curves, and I can provide you traceability to
25   the National Bureau of Standards.

96

1    Q. And did you summarize the results of this testing
2    in like a spreadsheet? Do you have --
3        A. Yeah, I believe that was that we provided -- yes,
4    I did. That's on page 3. And in that --
5        Q. When you say page -- oh, you mean in your
6    article?
7        A. In my paper, right.
8        Q. Page 3 of Exhibit 10?
9        A. Correct.
10       Q. I see. All right.
11       A. And, you know, obviously when I ran the analysis,
12   I can check for all the elements, but to simplify it over
13   here, I wasn't recording the copper, I was just focusing
14   on the sulfur to make it more presentable to people
15   because if I started putting copper on there, I would have
16   been asked question, what's copper doing in there?
17       Q. Okay. Do you have the -- okay. These tests
18   were -- I mean, you weren't isolating a particular --
19   strike that. You were testing off-gassing of -- strike
20   that.
21       I'm going to direct your attention down beneath
22   the figure one in your report, which is, I think,
23   Exhibit 5. You say in the final report of the CPSC
24   investigation the findings reported that "Complaint homes
25   were found to have significantly greater rates of copper

97

1    and silver corrosion than noncomplaint homes."
2        A. Yes.
3        Q. "Indoor area of complaint homes was more likely
4    to contain low level hydrogen sulfide compared to
5    noncomplaint homes. Where were hydrogen sulfide
6    concentrations were positively associated with dew points
7    suggesting possible interaction of the two that may be
8    important for release or effects of the gas. Hydrogen
9    sulfide was also associated with both copper and silver
10   corrosion."
11       So you would agree that the CPSC study didn't
12   draw any conclusions with respect to causation; correct?
13       MR. WEISS: Objection to form.
14       THE WITNESS: Well, causation, yeah, they didn't,
15   and, you know, in fact, the sentence makes it clear
16   that they -- even where they are saying that there is
17   association with due point, they say possible
18   interaction of the two but may be important for
19   release or effects of the gas. So dew point may be
20   associated with the release rate from the drywall, but
21   none of that has been studied. Okay? And the effects
22   of the gas, which means the amount of corrosion, so
23   they're not specific.
24   BY MR. SULLIVAN:
25       Q. And you didn't -- your testing didn't show any

25  (Pages 94 to 97)

98

1   more specific -- reveal any more specific conclusions than
2   that, did it?
3      A.  Yes, it did because my testing shows the rate of
4   corrosion over a period of time of a controlled sample.
5      Q.  Okay.
6      A.  Nonetheless, that doesn't tell me about corrosion
7   in the home.  That's in my laboratory things, and so it's
8   not going to be in my jar, the environment is not going to
9   be identical to the environment in the home, and it's
10  going to vary within the home.
11     Q.  Okay.  And what was the period of time that you
12  ran your tests for?
13     A.  I believe I stated it in my --
14     Q.  Sorry, I might have missed that.
15     A.  Yeah, start and end it looks like we started the
16  data 11/3/09 and finished it at 12/21/09.
17     Q.  So that's how long all the samples were in the
18  jars for, or --
19     A.  Yes.
20     Q.  Okay.
21     A.  I think every one of them is -- yeah, the start
22  and finish of these that I presented the results were all
23  identical.
24     Q.  Okay.  But you recognize that the study that you
25  ran was not intended to replicate actual home conditions?

99

1      A.  Absolutely not.  It was pretty much this study
2   was designed and the purpose why I did this was to provide
3   one method that could be performed to meet Criteria three.
4      Q.  Okay.  But, again, you wouldn't even get to
5   Criteria three, you wouldn't even get to this point unless
6   you had imported Chinese drywall?
7      A.  Correct, if that's what you were trying to find
8   out whether you had problematic Chinese drywall or
9   corrosive Chinese drywall.
10     Q.  Or corrosive, or a drywall that would be
11  associated with off-gassing?
12     A.  Correct.
13     Q.  Problematic off-gassing?
14        MR. WEISS:  Objection to form.
15        THE WITNESS:  Well, you know, we haven't gone
16  that way.  What we concentrated in all of this data
17  that we did, we associated with the Chinese drywall
18  because the Chinese drywall was consistent in terms of
19  the off-gassing, okay, that we could take -- whether
20  we took a whole board or whether we took a couple
21  inches out of it, we would get the effect of
22  off-gassing.  So there's a whole study about the
23  Chinese drywall was designed to answer whether we have
24  corrosive Chinese drywall.  It didn't answer the
25  question whether there is other corrosive drywalls out

100

1   there that may or may not cause the similar effect,
2   and it certainly didn't answer the question that this
3   corrosion that you see from Chinese drywall and the
4   investigation is the only mechanism or mechanisms that
5   cause corrosion to copper in a house because it's not
6   just that.
7   BY MR. SULLIVAN:
8      Q.  Okay.  We'll take a quick lunch break, but the
9   domestic drywall study did not -- found that there is
10  no -- strike that.  We can take a break now.
11     A.  Okay.
12        VIDEOGRAPHER:  Going off the record.  The time is
13  11:58 a.m.
14        (A break was taken.)
15        VIDEOGRAPHER:  Back on the record.  The time is
16  12:48 p.m.
17  BY MR. SULLIVAN:
18     Q.  Dr. Hejzlar, over the course of the lunch break,
19  I took a look at Exhibit 8, which I think you still have
20  in front of you, and this was a document that reflected
21  material that you had extracted from the 51-home study and
22  the domestic drywall study.  Not all of this material made
23  its way into your reports; correct?
24     A.  This -- yeah, I believe so.  I didn't have this
25  attached to my report.

101

1      Q.  Generally speaking, how did you decide using
2   Exhibit 8 -- or after extracting the information reflected
3   in Exhibit 8, how did you go about deciding whether to
4   include material from Exhibit 8 or not?
5      A.  Well, what I wanted to do is just show where in
6   the study they were talking about hydrogen sulfide
7   corrosion rates, and also the hydrogen sulfide that was
8   noticed in all of the Chinese drywall houses and then some
9   of the inconsistencies between the -- what was found in
10  the 51-home study and specifically in the Brincku which is
11  corrosion in the Brincku was different than what's
12  associated with what I would term the classical definition
13  of the Chinese drywall.
14     Q.  So part of what you just said is that the home H
15  which is the Brincku study and the domestic drywall --
16  strike that.
17        The Brincku home was identified -- strike that,
18  too.  Sorry.  The Brincku home is Exhibit H in the
19  domestic drywall study; correct?
20     A.  Correct.
21     Q.  And part of what you just told me is that the
22  findings relating to the Brincku home identified as home H
23  in that study, are inconsistent with the findings of the
24  51-home study?
25     A.  That's exactly right, so -- and the reason why I

26  (Pages 98 to 101)

102

1  get that is that the corrosion system that we're assuming
2  in the 51-home study is obviously something that's totally
3  different than what we're looking at the Brincku. And
4  that's -- I see that as a flaw in answering the question
5  because I think the question that CSPC posed, do we have a
6  Chinese drywall problem in these domestic homes.
7      Q. When you -- and just to be clear, that's not --
8  that's not in your report; correct?
9      MR. WEISS: Objection to form.
10     THE WITNESS: That's correct.
11  BY MR. SULLIVAN:
12     Q. And you're not -- I think you testified earlier,
13  you're not making -- you're not providing any expert
14  opinion relating to what caused the alleged corrosion in
15  the Brincku home at all; correct?
16     A. I haven't been asked that; correct. That's
17  correct.
18     Q. And you're not providing any expert opinion on
19  that issue; correct?
20     MR. WEISS: Objection to form. You can answer.
21     THE WITNESS: I haven't been asked to do anything
22  else except answer those questions --
23  BY MR. SULLIVAN:
24     Q. Okay.
25     A. -- that were in my report.

103

1      Q. And when you say the request that -- strike that.
2  We'll get to it.
3      The 51-home study, you're relying on that, that's
4  your primary study, primary document that you rely on to
5  answer the two questions that are the subject of your
6  report, right, dated November 18th, 2011?
7      A. Yes, that would be correct.
8      Q. Okay. Now, I think there's -- what was the --
9  tell me in your words what the 51-home study was designed
10  to do?
11     A. It was designed to identify houses that had
12  corrosions that is associated with the imported Chinese
13  drywall.
14     Q. Dr. Hejzlar, what I marked as Exhibit 11, is this
15  the document you recognized as what we've been referring
16  to as the 51-home study?
17     A. Yes.
18     Q. Which is a final report on an indoor
19  environmental quality assessment of residences containing
20  Chinese drywall dated January 28th, 2010.
21     A. Correct.
22     (Defendants' Exhibit 11, 51-home study, was
23  marked for identification.)
24  BY MR. SULLIVAN:
25     Q. So I'm correct, Dr. Hejzlar, that the goal of

104

1  this study was not to identify a cause of corrosion in the
2  homes; is that right?
3      A. It was determined to develop the association of
4  the corrosion, but the specific corrosion mechanisms were
5  really not addressed, it was just hydrogen sulfide is
6  associated with causing corrosion, the other reduced
7  sulfur compounds are associated with corrosions in
8  houses -- residences containing Chinese drywall. So it
9  wasn't -- the mechanisms of exactly how the corrosion
10  happens and how much corrosion is associated with their
11  were only addressed peripherally, but not really -- there
12  was no in-depth of evaluating each mechanism, and how much
13  corrosion it is. But one of the conclusions was
14  basically, yeah, hydrogen sulfide was definitely one of
15  them, but it couldn't be explained -- the corrosion rate
16  in those homes were such that it couldn't be all explained
17  by hydrogen sulfide, so there was other mechanisms that
18  were going on.
19     Q. And what were some of those mechanisms?
20     A. I don't recall right now, but obviously they were
21  suggesting that there may be some other sulfur compounds
22  that may be contributing to that.
23     Q. If you turn to three of the report?
24     A. This would be the page numbered three.
25     Q. Yeah, the page numbered 3 of 128 there.

105

1      A. Yes, I'm on it.
2      Q. Actually, bottom of page two, bottom of page two,
3  top of page 3. There are a number of bullet points, if
4  you look at the third bullet point down on page 3. It
5  says that one of the specific aims of this study is to
6  identify various building characteristics of subject
7  homes, including surface area of Chinese drywall, air
8  exchange rates, indoor relative humidity and due point.
9  And I think we have discussed some of these already;
10  right?
11     A. Yes.
12     Q. These are factors that you need to look at to
13  determine whether the corrosion process or whether the
14  drywall in a particular home could be associated with
15  corrosion; is that right?
16     A. Chinese drywall corrosion, yeah.
17     Q. The report says down below, "Although multiple
18  studies have been performed by various federal and state
19  agencies and several private entities, no consensus
20  regarding the cause or resolution of the adverse
21  environmental conditions found in homes containing Chinese
22  drywall has been developed at this time."
23     You agree with that statement; right?
24     A. Yes.
25     Q. And then the report explains that this is due to

27  (Pages 102 to 105)

106

1    the fact that emissions from Chinese drywall represent a
2    complex dynamic, unstable mixture of low level
3    contaminants." How do you interpret that statement?
4       A.  Well, it's very, very general.  And it can
5    literally mean that they say, well, we've identified some,
6    but it doesn't mean that we have identified them all and
7    there are -- they exist at low levels.
8       Q.  The CPSC says that the emissions, they're
9    referring to emissions, I think, and they say, "They're
10   likely highly reactive and, therefore, may be rapidly
11   scavenged from the air on metal surfaces.  Reactions with
12   other compounds or absorption on various surfaces and
13   therefore, may not be present in ambient air for a long
14   enough period of time to permit accurate
15   characterization."
16      Did you consider that statement in preparing
17   your -- the report that --
18      A.  Yes, I mean, it's a general statement, and I
19   would consider that an accurate statement.
20      Q.  In question two of your report you addressed the
21   question -- strike that.  Sorry.
22      In your report the second question you address is
23   how much would be required to cause corrosion.  What's the
24   how much that you're identifying here?
25      A.  Well, it would be corrosion above what has been

107

1    established as the normal background levels, so we would
2    compare houses that are noncomplaint houses to the
3    complained houses, and then evaluate the corrosions in
4    those houses compared to the noncomplaint.
5       Q.  But you're only looking at hydrogen sulfide
6    off-gassing; right?
7       A.  Well, I was asked the question hydrogen sulfide,
8    but I think in my report I specifically said it's one off,
9    so I wasn't specifically addressing just one hydrogen, it
10   definitely can cause corrosions, but there's difficulty
11   that's associated because it's only one of the potential
12   corrosive gases, and, therefore, in order to establish how
13   much corrosion is caused by just that particular gas would
14   be extremely challenging to do, and the closest that they
15   came to answering that question is when they did the
16   homes -- the domestic study where they were looking at
17   corrosion rates of copper and silver, and in the corrosion
18   they had consistent result with the complaint homes in the
19   51-home study where the rates were comparable.
20      And in the home H, which is the Brincku house,
21   they noted that the corrosion of the copper was
22   significantly higher than the corrosion of silver and that
23   by itself indicated that what's going on in Brincku house
24   isn't anything -- or is dissimilar to what's going on with
25   the houses with Chinese drywall.  It's something is

108

1    totally different, so there's got to be a different
2    mechanism and some of the -- that they went ahead and
3    suggested some of the other corrosive materials that would
4    be associated with corrosion of copper and less corrosion
5    to silver like we have seen in the Brincku house.
6       Q.  Okay.  We'll come back to that.  But -- you keep
7    mentioning the Brincku house, but, again, just to be
8    clear, you're not offering any expert opinion regarding
9    whether the corrosion, the alleged corrosion in that house
10   was caused by drywall at all; correct?
11      MR. WEISS:  Objection to form.
12      THE WITNESS:  I haven't been asked to provide an
13   expert opinion along those lines.  I'm using it
14   because I was asked to do a question about corrosion
15   and the rate of corrosion and to the only two main
16   peer reviewed studies that I looked at in order to
17   answer that question were the two studies we discussed
18   and the notices that they -- that CPSC noted the
19   significant difference in corrosion of copper in the
20   Brincku house, which was higher than what they were
21   seeing in the Chinese drywall houses, but it wasn't
22   consistent with the silver corrosion that they had in
23   Chinese drywall houses.  And so what I'm seeing it's
24   the rate of corrosion, the hydrogen sulfide corrosion
25   that might have -- you might have different rates of

109

1    corrosion to different things.
2      If it was hydrogen sulfide only and some of the
3    major compounds that were identified in the 51-home
4    study, you would see consistent corrosion rate to the
5    copper, as you would see to the silver.  And yet in
6    Brincku we're seeing relatively low amount of
7    corrosion to silver and a lot higher corrosion to
8    copper.  So that tells you there must be something
9    else that would be involved, and I don't know, I
10   haven't studied what that was.  As I said, I haven't
11   done causation study.
12   BY MR. SULLIVAN:
13      Q.  Where in your report are you addressing the --
14   well, let me strike that.  I'll back up.
15      In your report you say relatively small amounts
16   of gas were associated with significant amounts of
17   corrosion.  How would you describe a significant amount of
18   corrosion?  What's the level?
19      A.  The level would be above the normal background
20   level of what we see in the noncomplaint homes.  Okay?
21   That would be the corrosion level, and relatively small
22   quanties as I'm referring to the study that basically was
23   dealing with detection limit and parts per billion levels
24   of hydrogen sulfide and the other reduced sulfur compounds
25   that were coming off.

28  (Pages 106 to 109)

110

1    Q.  You say relatively small amounts of gas, what
2    gas?  Are you talking about hydrogen sulfide, are you
3    talking about --
4    A.  Hydrogen sulfide, carbonyl sulfide, those
5    corrosive gases, you know, hydrogen sulfide obviously was
6    identified in the majority of the home, and the study
7    pointed out that hydrogen -- it's a well known that
8    hydrogen sulfide is corrosive to copper.
9    Q.  But you don't do anything to attempt to
10   distinguish among them, to determine which is causing
11   corrosion?
12   A.  The corrosion --
13   Q.  I mean, you're lumping them all together in your
14   report?
15   A.  Yeah, I'm lumping them all together, except in
16   the study if you look at the study and what they found,
17   for example, I think the carbonyl sulfide and some of the
18   other ones, they found those levels in those houses that
19   they detected were consistent with the levels that they
20   detected in the complaint homes.  The one that was
21   sticking out was hydrogen sulfide, so the hydrogen sulfide
22   has to be a significant corrosion gas that's involved in
23   here because they pulled that specifically out.
24   Q.  You site to the conclusions, or you repeat the
25   conclusions of the 51-home study in your report at page

111

1    seven.  Those are the same conclusions, I think, that are
2    identified or listed in the CPSC report, which is
3    Exhibit 11 on pages 123 and 124; right?
4    A.  I have no reason to disagree with that.  You
5    probably have the information at your fingertips.
6    Q.  Okay.  And these conclusions, again, they're
7    only -- they only relate to imported drywall; right?
8    A.  That's correct.
9    Q.  And they're not -- these conclusions don't -- the
10   CPSC did not conclude anything with respect to causation;
11   correct?  That was a badly phrased question, and I'll strike
12   that and I'll start again.  Well, let's just look at them.
13   These are the bullet points and the conclusions from your
14   report.  You say, "Imported drywall found in these homes
15   was associated with increased levels of hydrogen sulfide
16   in the indoor air.  Homes with imported drywall had
17   significantly greater hydrogen sulfide concentrations
18   compared with homes with domestic drywall."  But they
19   don't -- the CPSC did not reach any conclusions that
20   hydrogen sulfide caused corrosion; correct?
21   A.  Well, that's a fact that has been established.
22   It wasn't the focus of that study, but the corrosion is
23   caused by hydrogen sulfide because it's a fact that's
24   commonly known in the industry that hydrogen sulfide is
25   corrosive to copper.

112

1    Q.  But they were talking about association in the
2    CPSC report; correct?
3    A.  That there is association.  They didn't study the
4    corrosion mechanism on there.  That was one of the
5    underlying assumption of the study, is that, yeah,
6    hydrogen sulfide is corrosive, so, know, it's no -- there
7    was no need to study whether hydrogen sulfide was
8    corrosive, because that's a well-established fact.
9    Q.  And maybe I didn't phrase the question correctly,
10   but the CPSC, with respect to the homes that they studied,
11   the CPSC did not find that hydrogen sulfide caused the
12   corrosion in those homes; correct?
13   A.  They didn't study that, correct, because that
14   wasn't the point of the study.  They didn't study the
15   corrosion effect of hydrogen sulfide.
16   Q.  And you haven't studied the corrosion effect of
17   hydrogen sulfide in your report here; correct?
18   A.  In my report, yes, I haven't studied it.
19   Q.  Am I correct that the CPSC concluded that the
20   copper corrosion observed in the homes was not solely
21   attributable to the concentration of reduced sulfur gases
22   that were observed in the study?
23   A.  I believe I testified to that a couple minutes
24   ago, yes, so that's consistent with my understanding.
25   Q.  If you turn to page 4 of your report, you refer

113

1    to section 4.5.2 of the CPSC report, corrosion
2    classification coupons.  Can you explain how that section
3    supports your response to question two?
4    A.  The complaint homes consistently showed higher
5    levels of corrosion rate to both copper and silver, and in
6    the table below that has the type of corrosive gases that
7    they were analyzing for them, the first one was hydrogen
8    sulfide, and then ozone nitrogen dioxide, sulfur dioxide
9    and hydrogen fluoride, and they show the difference
10   between the complaint and noncomplaint, and there is a
11   significant -- statistical significant difference
12   particularly with respect to hydrogen sulfide.
13   Q.  Do you agree that the corrosion effect -- strike
14   that.
15   Am I correct that the corrosion effect or the
16   corrosion rate that you're talking about also varies
17   depending upon the region where the house might be
18   located?
19   A.  I would expect that it would.
20   Q.  You mentioned formaldehyde.  What was the role of
21   formaldehyde observed by the CPSC?
22   A.  The CPSC pretty much in summarizing what they
23   said or they suspected that there was a relationship
24   between formaldehyde and other corrosive gases, and they
25   were expecting that if you have Chinese drywall and you

29  (Pages 110 to 113)

114

1  have formaldehyde present that it might have a synergistic
2  effect on the corrosion, so it's like an additive effect.
3  You know, for formaldehyde in the presence of other
4  reactive compounds, it's a compound that can indeed, you
5  know, cause those kind of things, so that wasn't a
6  surprising suggestion that CPSC made. I mean, they found
7  some statistically valid data in support of that
8  conclusion, but they didn't specifically set out to define
9  that relationship any further than they did.
10   **Q. Okay. In your report when you say relatively**
11  **small amounts of gas were associated with small amounts of**
12  **corrosion, are you able to give -- are you able to define**
13  **how much corrosion would result from certain amounts of**
14  **gas that you measured?**
15   A. Well --
16   **Q. Or were identified in the report? How do you**
17  **determine the relationship between the presence of a**
18  **certain amount of gas and what you would expect in terms**
19  **of corrosion?**
20   A. Again, it's more association. For example, in
21  the study, in the summary for statistic for corrosion
22  rates is the anilide that they were checking for, the one
23  that they found significant would be hydrogen sulfide that
24  was associated with certain rates. Okay? And then they
25  found ozone nitrogen dioxide, sulfur dioxide, and hydrogen

115

1  fluoride that also have -- are associated with certain
2  rates.
3   And they found that the levels of every one of
4  those other gases was either comparable in the complaint
5  homes or it was higher than in the complaint homes. So
6  those rates associated with ozone, nitrogen dioxide,
7  sulfur dioxide, and hydrogen sulfide wouldn't be the
8  primary causes of corrosion that they were
9  seeing in complaint homes. Okay? Because it was the --
10  they identified the hydrogen sulfide as the one.
11   But they also identified that, you know, even at
12  the rates that we're looking at over here, that hydrogen
13  sulfide doesn't amount for absolutely all the corrosion
14  that they're seeing in the homes, so this is just one of
15  the one that has been confirmed causes corrosion, but
16  there may be others.
17   And what's really interesting part of this study
18  and what I found significant was that they have data and
19  they actually state when they got to the home, Brincku
20  home, the H, is that there were significant data points
21  there that were suggesting that, yeah, the hydrogen
22  sulfide is not the only corrosion mechanism that's going
23  on in the H home. And that's why -- and you only get to
24  that when you compare the silver corrosion rate and the
25  hydrogen -- and the copper corrosion rate because in all

116

1  of these Chinese drywall homes, that rate was consistent
2  and was comparable.
3   What happens in the Brincku house is something
4  that's different, and one of the corrosive mechanisms they
5  suggest that looking at would be to look at some sulfur
6  dioxide was one of the ones that they identified, but they
7  basically say they couldn't explain that higher rate of
8  corrosion in the Brincku house using the mechanism that
9  was established for these Chinese drywall houses.
10   So the mechanism that, all the data indicates
11  that what's happening at the Brincku house is different
12  than what's happened in the Chinese drywall homes.
13   **Q. And the chart that you're talking about that**
14  **compares silver to copper corrosion, and that's in the**
15  **51-home study; right?**
16   A. Correct.
17   **Q. And what chart is that?**
18   A. That, I believe, is on cart -- it's a table,
19  actually, 5.6, house average concentration in parts per
20  billion of anilides collected using passive samples.
21   **Q. And this table is not in your report; correct?**
22   A. Correct.
23   **Q. Why didn't you include --**
24   A. Yeah, it is in my report. That's where I'm
25  reading it.

117

1   **Q. It is?**
2   A. It's the table -- yeah. It's on page 6 of eight
3  of my report. And that's where they establish the
4  relationship between the corrosion and the amount of these
5  different corrosion causing gases.
6   **Q. Okay. Now, what are the various factors that**
7  **would affect whether these gases -- I want to get back to**
8  **this question two for a second. You were asked to**
9  **consider how much would be required to cause corrosion.**
10  **That will -- the answer to that question depends on a**
11  **number of variables; correct?**
12   A. Absolutely, yes.
13   **Q. And what would those variables be?**
14   A. Well, obviously air flow would be -- the other
15  thing that would be -- it's the mechanism, corrosion
16  mechanism, so it would be corrosion gases, corrosion
17  mechanism is how they corrode the copper, the amount of --
18  the surface area and the surface preparation of the
19  materials that are being corroded because they're certain
20  chemicals and certain coatings that could inhibit some of
21  the corrosion rates while others could accelerate them.
22  So it's a host of different areas.
23   **Q. And anything else, temperature?**
24   A. Temperature would certainly be a factor. In
25  fact, a lot of, you know, a lot of these corrosion

30 (Pages 114 to 117)

118

1  reactions they require energy to do that. That energy has
2  to come from somewhere. Well, one way to get accelerated
3  corrosion in the laboratories is you heat everything up,
4  you know --
5      Q. And we talked about that?
6      A. Yeah.
7      Q. Air exchange, we talked about that; right?
8      A. Yes, construction, wall cavities, size of the
9  wall cavities, the ambient condition outside the house,
10  the number of occupants that are inside the house, how
11  many showers are taken during a day, is the fan operating
12  during the times that they're taking showers, because that
13  will all affect the humidity levels in the house.
14  Humidity has been positively correlated with corrosion in
15  this 51-home study, so, you know, all of those factors are
16  there.
17      It's a complex issue; it's not something that you
18  go into a house, set up a test, and, you know, five days
19  later come out and provide a report answering all these
20  questions.
21      Q. And, in fact, the CPSC on page seven of
22  Exhibit 11 under limitations says, "The indoor environment
23  of the complaint homes is complex, dynamic, and in many
24  ways challenging to characterize due to the low
25  concentrations of the contaminants present and the highly

119

1  reactive nature of the many of the species of interest."
2  Do you agree with that statement?
3      A. Totally.
4      Q. As a further limitation it identifies that "There
5  are interactions between the materials emitted from the
6  suspect drywall and airborne compounds present in the
7  indoor environment that may be associated with other
8  sources, as well as specific home characteristics that
9  could cause or be a significant contributor to the
10  complaints reported."
11      Is that consistent with --
12      A. It's consistent with my beliefs and, you know, to
13  put it more in terms, all these homes that we have Chinese
14  drywall in don't have the same furniture, and they don't
15  have the same furniture from the same age. They use
16  different paints, they use different carpeting, all of
17  those are producing indoor environment, off-gassing,
18  everything that we have around our house, off-gas is one
19  way, and we have not studied the interaction between these
20  compounds and the compounds that are coming out of the
21  drywall. It just hasn't been done.
22      Q. So the specific and individualized home
23  characteristics identified in the CPSC report are -- those
24  are critical to consider?
25      A. Well, they're critical to consider, and that's

120

1  why CPSC did a lot of the statistical correlation analysis
2  because if you have large enough database, then you can
3  see whether the results, if you run them and analyze them
4  statistically, whether there is a scientifically based
5  correlation between what they're seeing in the complaint
6  and noncomplaint homes, and out of that they can draw a
7  general conclusion about association.
8      And that's exactly what they did, but they
9  limited their study because they, you know, say there can
10  be other things that are going on that may be present and
11  depending on a particular situation will not fit the
12  characteristics that they've identified in their study.
13      Q. And these specific home characteristics that they
14  mentioned, those may be the reasons for corrosion in any
15  particular instance; right?
16      A. They could certainly be. If you have something
17  that -- something that's generating corrosive atmosphere
18  in a home, that's other than drywall, yeah, you would
19  expect to see a corrosion from it.
20      Q. Okay.
21      A. And that's one of the things hydrogen sulfide, I
22  mean, hydrogen sulfide is highly corrosive to copper, it
23  produces the black flakes, and in the test that I did on
24  my house where I used the hydrogen sulfide at a high
25  level, ten parts per million level, in 40 -- not part per

121

1  billion, part per million, okay, just coming directly out
2  of my well I had the copper wire that we've seen in some
3  of these published studies, that is actually flaking off
4  in 48 hours. And that I know is hydrogen sulfide because
5  I've measured it, and I brought that with me today just in
6  case questions came up about it.
7      MR. SULLIVAN: I'm going to take a quick break.
8      VIDEOGRAPHER: Going off the record. The time is
9  1:32 p.m.
10      (A break was taken.)
11      VIDEOGRAPHER: Back on the record. The time is
12  1:44 p.m.
13  BY MR. SULLIVAN:
14      Q. Dr. Hejzlar, you submitted an addendum to your
15  report; correct?
16      A. Yes.
17      Q. And that's marked -- I think we marked that as
18  Exhibit 7.
19      A. That's correct.
20      Q. Did you decide to submit this addendum? Is that
21  your --
22      A. No, I was asked.
23      Q. And when were you asked to do that?
24      A. Probably a day or two before I published the
25  addendum. It might have been over the weekend. I would

31 (Pages 118 to 121)

122

1  have to look at the calendar, but I submitted the addendum
2  on February 13th, and it was shortly before that that I
3  was contacted and asked a question and then says, well,
4  could you prepare an addendum to your report that would
5  answer this question.
6      Q.  Okay.  So a couple of days before you prepared
7  this?
8      A.  Yeah.
9      Q.  And just to be clear, in this addendum, you're
10  answering the question, does sulfuric acid potentially
11  corrode copper?
12      A.  Correct.
13      Q.  And did you review -- other than the articles
14  that you have provided in connection with the report that
15  you attached to this, did you review any materials,
16  consider any other materials --
17      A.  No.
18      Q.  -- in terms of answering this question?
19      A.  No, it was just a basic question, and I really --
20  I just looked at whatever I had.  I might have looked at
21  some other articles because I did some research on --
22  actually on the Internet, looking at some of the papers.
23  But I wanted to kind of pick like the best ones that
24  demonstrated that, yes, sulfuric acid under certain
25  conditions you can -- it can be corrosive to copper.  And

123

1  and depending on how it is and look at some of the
2  mechanisms of that, how it would be corrosive and compare
3  it to some other metals.
4      Q.  And just to back up for a second.  Were there
5  some articles that you considered but did not cite or
6  attach here?
7      A.  Well, I might have reviewed them, but, you know,
8  for -- looked at them briefly, but the ones that I really
9  paid attention to I attached to that report.
10      Q.  And why didn't you -- you didn't identify those
11  other articles in a list of materials considered, did you?
12      A.  No, it was just literally going through and just
13  looking and doing research on the Internet.
14      Q.  And why did you disregard some of those other
15  articles?
16      A.  Because they were so far off the subject that
17  they -- you know, sometimes the title seems like it's
18  answering the questions that I'm posing and provides the
19  information, and so I wanted to look at the most relevant
20  to the question that I was being posed.  And I found those
21  to be the most relevant.
22      Q.  Do you remember the titles of any of the articles
23  that you --
24      A.  Well, I mean.
25      Q.  -- considered --

124

1      A.  -- anything from YouTube --
2      Q.  Let me just finish the question so the record is
3  clear.
4      A.  Sure.
5      Q.  Do you remember the titles of any of the articles
6  that you considered but didn't attach to the report?
7      A.  No.
8      Q.  And you said you did a search on the Internet,
9  did you -- what did you use, Google?
10      A.  Yes.
11      Q.  And what were the search terms that you used?
12      A.  Sulfuric acid, corrosion, and then some of them I
13  also put copper, copper corrosion, sulfuric acid.
14      Q.  Is this an issue that you had ever encountered
15  before in your professional capacity as an expert?
16      A.  Yes, we've actually awhile back were doing some
17  studies related to corrosion that occurs under hood
18  applications and in cars and when batteries overheat and
19  some sulfuric acid gets out, what kind of corrosion would
20  we expect to see on some of the copper.  And associated
21  with that we pretty much did a test where we -- simple
22  bench test to where you take a piece of copper, clean it
23  off, and stick it in the battery, which is filled with
24  sulfuric acid, and when you do that you have no corrosion.
25  And we started checking on what's required for the

125

1  corrosion.  I mean, immediate -- as to where you could see
2  it immediately, but you could -- and then when you expose
3  that sulfuric -- something that you dip sulfuric acid to
4  where you have just a little bit of it left at the surface
5  and you leave it to the outside, then you start seeing
6  the oxidation within like 24/48 hours.  It starts getting --
7  it gets initially gets the silvery copper oxide, and then
8  you also start seeing some darkening of that wire.
9      Q.  And you're relying on that test -- are you
10  relying on that testing?
11      A.  Well, it just provides general background, but, I
12  mean, I didn't do a specific -- you know, we were doing
13  it, that was related to something else, and we were
14  answering totally different questions.  So it's just kind
15  of related background knowledge that I had on the subject.
16      Q.  Is this a test that you did?
17      A.  This is a test that I did, yeah.
18      Q.  Did -- in the Gades case or the Finger case, were
19  you ever asked to answer the question does sulfuric acid
20  potentially corrode copper?
21      A.  No.
22      Q.  This is the only time -- this case, this
23  litigation is the only time you've ever been asked to
24  answer that question?
25      MR. WEISS:  Objection to form.

32  (Pages 122 to 125)

126

1   THE WITNESS:  Correct, associated with drywall.
2   BY MR. SULLIVAN:
3   Q.  Okay.  And you haven't run -- and to answer this
4   question, am I correct that you haven't run any exposure
5   testing; correct?
6   A.  No.
7   Q.  Haven't conducted any experiments; right?
8   A.  Except for the bench tests that we discussed
9   which was related to something else.
10  Q.  Which is not in connection --
11  A.  -- related --
12  Q.  -- to this issue --
13  A.  -- to drywall; correct.
14  Q.  You haven't published anything relating to this
15  question, have you?
16  A.  No, no.
17  Q.  So this is a question that you -- strike that.
18      The question was does sulfuric acid potentially
19  corrode copper.  In the second -- in the third sentence
20  that begins to try to develop a response to that question,
21  you write, "Normally copper does not displace hydrogen
22  from acid solutions and the presence of dissolved oxygen
23  is required."
24      Do you see that?
25  A.  Yes.

127

1   Q.  Did that come from one of the articles that you
2   attached?
3   A.  I believe it may have, but, you know, if you look
4   at the articles that I pulled, they were using -- there
5   was an evaluation of tryptophan as a copper corrosion
6   inhibitor in five molar aerated sulfuric acid, by what
7   they mean by aerated is that it had -- they specifically
8   drive higher level of dissolved air into it to get the
9   reaction going, so that's one of the things.
10      And then the second article actually specifies
11  where they deaired the solution but added oxygen to the
12  solution to maximize the amount of available oxygen during
13  those corrosion tests.  And, you know, so this goes along
14  to get corrosion going, number one, you're not dealing
15  with gas.  Sulfuric acid just doesn't float out in the
16  air.  It has to piggy back on something or you have to get
17  it from someplace to another.  So it has to be either
18  created in a place and in order for it to be corrosive it
19  has to be there, the molecules have to be there, and there
20  has to be sufficient oxygen there available for it to
21  cause the corrosion of the copper.
22      So that's why I was very -- I didn't want to be
23  put in a box, and I was saying, under certain conditions,
24  yes, sulfuric acid can cause corrosion to copper.
25  Q.  You said a lot there, and I'll go back and try to

128

1   clarify some of this.
2   A.  I apologize.
3   Q.  No, that's all right.  Basically what you're
4   saying is that these two articles attempt -- you know,
5   looked at this issue, whether sulfuric acid can corrode
6   copper under very limited and created conditions?
7   A.  Correct.
8   Q.  In other words, those tests were designed in a
9   very specific way to try to generate corrosion?
10  A.  Yes, they were trying to generate corrosion
11  associated specifically with sulfuric acid because that's
12  a known corrodent so they could use that in establishing
13  in the first case the effectiveness of a corrosion
14  inhibitor.
15  Q.  And just so the record is clear, these tests did
16  not relate in any way to drywall; correct?
17  A.  That's correct.
18  Q.  And these tests did not analyze this -- the issue
19  whether sulfuric acid potentially corrodes copper in the
20  context of a home environment; correct?
21  A.  That's correct -- well, not these articles, the
22  last article was what's commonly happening in the
23  corrosion -- accepted in the corrosion of sewer pipes and
24  what's happening in the -- in the sewer and septic
25  corrosions and those kind of things.  So I guess they're

129

1   part of a home but not the -- you don't want that
2   environment to be open to people who are breathing the
3   air.
4   Q.  In other words, not any part of a home that would
5   include drywall; correct?
6   A.  Yeah, it would be in, you know, I mean, bathrooms
7   have pipes.
8   Q.  Well, inside a sewer?
9   A.  Yeah, inside.
10  Q.  You're talking inside a sewer; right?
11  A.  Correct.
12  Q.  All right.  Just to get back to my original
13  question, which is pretty basic.  The third sentence you
14  have there, which is "Normally copper does not displace
15  hydrogen from acid solutions in the presence of dissolved
16  oxygen is required."  Isn't that directly from the
17  first article -- what I'll call the first article in
18  attachment A, tryptophan is copper corrosion inhibitor in
19  0.5 MN aerated sulfuric acid by Moretti and Guidi?
20  A.  Correct.
21  Q.  You don't cite that, do you?
22  A.  The Moretti and Guidi?
23  Q.  I mean, you didn't include any citation in your
24  report; correct?
25  A.  No, but that would be where I got it from.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

130

1    That's what I relied on, what was in these articles;
2    that's why I attached them.
3        Q.  Okay.  You mentioned that you didn't -- you said
4    you didn't want to be boxed in.  What did you mean by
5    that?
6        A.  Well, you know, that sulfuric acid potentially
7    corrode copper was the question; right?  If I say yes
8    under all conditions, all the time, that's obviously not
9    the truth.  Okay?  So I didn't want to be boxed to the yes
10   answer; that's why I qualified the answer that certain
11   conditions have to be met to see the corrosion on the
12   copper.
13       Q.  Okay.  And what are the -- why don't we turn to
14   I'll call it the tryptophan article.  Okay?
15       A.  Sure.
16       Q.  What are the conditions in which sulfuric acid
17   caused copper to corrode there?  What are the identified
18   conditions?
19       A.  They were during this -- and I'm reading from the
20   second page of that article and that would be -- and when
21   they talk about what the paper reports the results of the
22   inhibition efficiency study carried out in pure copper
23   specimen aerated in five molar sulfuric acid.
24       Q.  Let me stop you there.
25       A.  Sure.

131

1        Q.  What does that mean?
2        A.  That's a concentration of the acid, five molar,
3    it's pretty diluted.
4        Q.  What is aerated in --
5        A.  Aerated means what they did is they exposed the
6    solution to air and most of the time the way that it's
7    accomplished you actually bubble air through it.
8        Q.  So you're bubbling air through sulfuric acid
9    solution?
10       A.  Solution, and because air -- you can dissolve
11   certain amount of oxygen in the solution, you can dissolve
12   it in the water and water contains certain amount of
13   dissolved oxygen.  And so to me this is what they're
14   trying to do is they're getting oxygen into the solution.
15       Q.  And what do -- do you have an idea what the pH
16   level of that would be?
17       A.  It would be pretty low, but, no, not offhand.
18       Q.  Can you give me a range?
19       A.  Well, it would be acidic, and it could be
20   probably levels around two.
21       Q.  And just so the record is clear, pH is measured
22   on what kind of scale?
23       A.  pH, that's as much as I know about it.
24       Q.  Fair enough.  What does it go from?
25       A.  Seven would be neutral.  Anything below seven

132

1    down to one, okay, as you're getting more and more acidic,
2    so as you get concentrated, you know, usually the pH goes
3    up.  And the basic solution goes up, I believe, the pH is
4    up to 14, that's when you get into basics, and it's almost
5    like -- if you're trying to get it down to the middle by
6    adding acid, you make it more acidic, by adding base, you
7    make it more basic.
8        Q.  Got ya.  So two is pretty acidic?
9        A.  Oh, yes.
10       Q.  I mean, it would be very corrosive?
11       A.  I would expect so, yes.  I mean, the five molar,
12   you know, that's pretty concentrated, .5 molar.  But it
13   does have some water in it.  It's still a low pH.
14       Q.  Okay.
15       A.  It's not something you want to put on your hands.
16       Q.  Why not?
17       A.  Because you would immediately start getting
18   burns, chemical burns.
19       Q.  So it's more like battery acid than lemon juice?
20       A.  That's a very good characterization.
21       Q.  Lemon juice would be closer to a seven, battery
22   acid closer to one?
23       A.  Correct.
24       Q.  1 or 2; right?
25       A.  Yeah, somewhere around there.

133

1        Q.  So this stuff, it would hurt?
2        A.  Yeah.
3        Q.  Hurt to the touch?
4        A.  You don't want to get it in your eyes.
5        Q.  Does it cause immediate corrosion, I mean, at
6    that level of acidity?
7        A.  No.  To copper we're talking about; right?
8    Because any metal, they all corrode at different levels.
9    So we've got to be more specific.
10       Q.  All right.
11       A.  And copper is one of the most resistant, if you
12   take metals, you know, besides stainless steel, but copper
13   is one of the little bit more resistant to sulfuric acid
14   than others, like zinc, that would be readily --
15       Q.  And what's pure -- this talks about pure copper.
16   What's pure copper?
17       A.  That means that they instead of alloying it with
18   other metals, they just use pure copper.  Because a lot of
19   times when you get copper that's in your wire, it might
20   have some sulfur in it, silver in it, it might have other
21   metals in it depending on the alloy.
22       Q.  Okay.  And, all right, so I think I'm clear now
23   on the first part of this.  I had interrupted you because
24   I think you went on -- what this says is the paper reports
25   "The results of this inhibition efficiency study carried

34  (Pages 130 to 133)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

134

1   out on pure copper specimens in aerated 0.5 M sulfuric
2   acid with the presence of tryptophan TRP in the 20 to
3   50 degree Celsius temperature range"?
4      A.  Correct.
5      Q.  "Using electrochemical weight loss and analytical
6   methods" --
7      A.  Correct.
8      Q.  -- period.  Can you convert for me into -- what
9   that temperature range would be in Fahrenheit?
10      A.  Well, you know, I would have to run the
11   calculations, but you're looking 20 to 25 is a room
12   temperature, typical room temperature, and, in fact,
13   25 degrees Celsius is the standard laboratory condition,
14   and so we're looking around what we are dealing with right
15   now to with the 50 degrees, that's over 100 Fahrenheit.
16      Q.  So it's hot?
17      A.  It gets hot, yes.
18      Q.  Okay.  So these are the circumstances under which
19   the study -- and it's discussed in this paper was
20   performed; is that right?
21      A.  Correct.
22      Q.  So that's one circumstance under which you think
23   sulfuric acid can corrode copper; right?
24      A.  Yeah, it's been shown to do that.  In fact, it's
25   being used to study the corrosion rates, so it just

135

1   demonstrates, you know, in a lot of the stuff is really
2   not that relevant to answering the questions; it's just
3   the fact that, yeah, sulfuric acid is corrosive.  It's
4   being used in studies to measure corrosion under certain
5   circumstances.
6      Q.  You said in a lot of the stuff it's really not
7   that relevant to answering the questions.  What do you
8   mean?
9      A.  Well, you know, whether all of these data points
10   that they generated in the study, they're not really
11   relevant specifically, they're relevant in the fact that,
12   yeah, there is measured amount of corrosion that happens
13   in the condition with sulfuric acid and copper.
14      Q.  What kind of corrosion resulted from the test in
15   this study or discussed in this paper?
16      A.  Well, the corrosion, what they were measuring the
17   corrosion, that was the loss of copper, how much copper is
18   lost from their copper substrate.
19      Q.  And where are you referring to for that?  Where
20   do you see that?
21      A.  Oh, I haven't looked at it.  Some of the testing
22   is presented in the figure two and figure three where you
23   have the corrosion per centimeters squared on the one axis
24   and then you have millivolts on the other axis.
25      Q.  And what was the form of the corrosion?  Was it

136

1   copper sulfide?
2      A.  I don't know whether they identified that.
3      Q.  Did they identify any form of the corrosion?
4      A.  You know, I haven't looked for that.
5      Q.  So you don't know, for example, whether it was
6   copper sulfide, copper sulfate, or copper oxide?
7      A.  Correct, I don't know that right now.  I wasn't
8   trying to answer that question at the time.
9      Q.  On page two of the study -- strike that.
10      Back to your report.  You say, "In situations
11   where oxygen is available in the solution --
12      A.  Correct.
13      Q.  -- it can result in copper corrosion."  Can you
14   explain what you mean by that?
15      A.  Well, the -- you know, if you had solution
16   without any oxygen, available oxygen in it, free oxygen,
17   then you wouldn't get that corrosion.  So you've got to
18   have enough molecules of the sulfuric acid to be present
19   in a liquid form, okay, so there's going to be water
20   there, there's going to be -- there's going to be sulfuric
21   acid there, and then you need oxygen for that corrosion to
22   occur.
23      Q.  Okay.  So basically those conditions would have
24   to exist on a component or on, I guess, on a copper
25   component in order for corrosion to take place?

137

1      A.  Correct.  Like, for example, in a house, you
2   would have to have those three available on the air
3   handler coil, where the copper part of the coil, so you
4   have to have -- somehow you have to have come up there and
5   place an acid molecule there.  Okay?  Then once you have
6   the acid molecule there, you've got to create -- add
7   moisture, the condensing water out of the air, which
8   the air handler does, provides the moisture --
9      Q.  The air handler, you're talking about, what,
10   HVAC?
11      A.  HVAC, which basically corrodes, you know, people
12   are replacing air handlers.  And so you have to have --
13   somehow you have to get the sulfuric acid right on at that
14   spot because if it's just in the air, you know, how do you
15   get it from one place to another.  It's got to be there,
16   it's got to be at that spot, in that little solution.
17      Q.  So you got --
18      A.  And the oxygen --
19      Q.  It needs to be delivered basically?
20      A.  Correct.
21      Q.  There needs to be a delivery mechanism?
22      A.  There needs to be a delivery mechanism or a
23   creation of a mechanism like what they have in the third
24   article like I said like in a sewer pipe where you have
25   sulfur oxidizing bacteria that actually create the acid on

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

138

1   the wall that it's out and then you have the condensation.
2   All that's happening in the sewer.  Whether that's
3   happening in an air handler, I haven't tested that, but
4   you would have to have some kind of a mechanism like that
5   to get that sulfur -- to get the sulfuric acid at that
6   spot.
7       Q.  Okay.  Second article that you relied on is
8   called "Corrosion of Copper in Deaerated and Oxygenated
9   0.1 M H2SO4 Solutions Under Controlled Conditions of Mass
10  Transfer"; right?
11      A.  Correct.
12      Q.  And this is -- what journal is this from?
13      A.  Engineering, a technology journal.
14      Q.  And who is it published by?
15      A.  Oh, I have no idea.  I haven't researched that.
16  It was one of the articles I found online.
17      Q.  And this article is written by a gentleman from
18  the chemical engineering department at the University of
19  Baghdad?
20      A.  That appears to be, yes.
21      Q.  Have you ever relied on articles from this
22  journal before?
23      A.  Not that I can recall.
24      Q.  What were the conditions in which -- under which
25  the gentleman from the university of Baghdad tested

139

1   whether sulfuric acid could corrode copper?
2       A.  I believe they reported in there, but it's .1
3   H2SO4 solution, I believe that refers to .1 molar.
4       Q.  And, sorry, where are you referring to now?
5       A.  Just right in the abstract.  It says, an
6   oxygenated .1 H2SO4 which is sulfuric acid, and they've
7   got turbulent flow conditions, so what they're doing is
8   they're introducing a lot of oxygen into it.  They also
9   are using the -- they're using deaeration, which means
10  that they take the air, dissolved air out of the solution
11  and then provide pure oxygen to the solution.  That's what
12  they mean by oxygenated.
13      Q.  So -- now, why would they be doing that?
14      A.  Well, to maximize -- if you dissolve air in a
15  solution, there is certain amount of solubility you get
16  for the air, so that's going to be -- there is going to be
17  certain amount of air dissolved in that.  If you take that
18  air out and just add pure oxygen, you're going to have a
19  chance to maximize the amount, higher amount of dissolved
20  oxygen.  You increase the dissolved oxygen levels by
21  artificially deaerating the solution first and increasing
22  the amounts, or you're maximizing the amount of oxygen
23  content of your solution.
24      Q.  So you're accelerating it --
25      A.  No, you're --

140

1       Q.  -- in a sense?
2       A.  Well, it will accelerate the corrosion because
3   it's got oxygen, as we talked in the previous article, is
4   associated in the corrosion rate, if you don't have
5   oxygen, you really don't have corrosion.  And so what
6   they're trying to do over here is maximize the level of
7   oxygen.  So their conditions over here would be more
8   corrosive than in the previous article where they just
9   aerated the solution.
10      Q.  Okay.  And what's a rotating cylinder electrode?
11      A.  I don't have any specific experience with that.
12  I can only say what it implies to me.  They got high
13  turbulence, and they got some high mode of where they're
14  spinning, and electrodes some speed.  It's a mechanical --
15  it would have to be mechanical, but, I mean, those are
16  just my basic assumptions, I would have to go through the
17  article to see what they're specifically described at.
18      Q.  Did you read the article with an eye toward that
19  the first time?
20      A.  No, no, I just wanted to see whether -- what
21  they're doing and look at what they're trying to
22  accomplish, basically, look at the abstract and say, you
23  know, this is another way that you can accomplish it and
24  it's being used.
25      Q.  When you found these articles, did you read

141

1   through their entirety, including all the tables?
2       A.  No.
3       Q.  Do you know what they mean by turbulent flow
4   conditions?
5       A.  I assume that they're going to have flow that's
6   going to be turbulent, and they're probably, you know,
7   accomplishing that by the mechanism that they're using to
8   rotate the electron, but I didn't do any more specific
9   reading in that.  Those were not the questions I was
10  trying to answer.
11      Q.  Okay.  And they say "The anodic," anodic, I don't
12  know if I'm pronouncing that right --
13      A.  Anodic.
14      Q.  -- "solution in the copper hydrogen evolution
15  reactions in deaerated and oxygenated solutions are
16  activation controlled the processes dependent on the
17  temperature of the solution."
18          Do you know what the temperature of the solution
19  was?
20      A.  Didn't look specifically what the air conditions
21  were.  The present work was confined to temperatures range
22  of 283 to 298 K, and I would have to convert kelvin to
23  Fahrenheit.
24      Q.  Do you know what the room temperature of kelvin
25  would be?

36  (Pages 138 to 141)

142

1    A. Not offhand. It's been a while since I looked at
2    that conversion, but you can readily convert it, you know,
3    and get on the Internet and just punch in the conversion.
4        Q. Is that a pretty high temperature?
5        A. I believe that would be room temperature and up,
6    but I'm not positive right now. It might be very similar
7    to the other temperatures. I just haven't looked at it
8    lately to be able to give you an exact answer.
9        Q. So you haven't tried to -- either the testing in
10   the first article or the testing in this article, you
11   haven't attempted to replicate those or check those at
12   all; right?
13       A. No, the question was a lot more simple, you know,
14   can sulfuric acid be potentially corrosive to copper, and,
15   yes, is the answer, and then you would have to go through
16   all the specifics to determine under what conditions, and
17   those I wasn't asked under what conditions of corrosive, I
18   was asked is it corrosive, and I just introduced these
19   articles to show that, yeah, under the same condition it's
20   corrosive.
21       Q. Under certain circumstances?
22       A. Sure.
23       Q. And these two articles or the three articles,
24   these are the only circumstances that you have been able
25   to find or identify under which sulfuric acid could

143

1    corrode?
2        MR. WEISS: Objection to form.
3        THE WITNESS: In the limited amount of spending
4    some time on the Internet and not willing to pay for
5        articles that are published and copyrighted, you know,
6        those you could -- I wasn't going to spend a
7        tremendous amount of time on it.
8    BY MR. SULLIVAN:
9        Q. But you did your best to make this scientifically
10   valid; right?
11       A. Well, I just wanted at least a couple references
12   to that, and those were the two that I found readily
13   available and I used them.
14       Q. Okay. And that satisfied Mr. Weiss?
15       A. I don't know whether it satisfied him. It
16   satisfied me, and I provided the addendum to the report.
17       Q. Okay. And who is -- I have another question I
18   want to ask. The first two articles discussed address
19   tests that involve solution, both involve solutions;
20   right?
21       A. Right.
22       Q. And am I correct that the copper was inserted
23   into the solution --
24       A. Yes.
25       Q. -- in each of these instances?

144

1        A. Yes.
2        Q. Completely immersed in the solution?
3        A. Correct.
4        Q. So it was -- I mean -- all right. Who is Derrek
5    Verlaan?
6        A. Derrek Verlaan is staff consultant that basically
7    works for me at my company. He's like -- often times
8    becomes my project managers.
9        Q. Okay. And he signed the two reports you
10   prepared, the one for Brincku, the one for Brucker, and he
11   signed this?
12       A. Correct.
13       Q. Did he review all the reports?
14       A. Yeah, what we go through is what ESI calls
15   internal technical review, and pretty much anything that
16   goes out where I've put something down in writing, there
17   is an element to it that's technical review, somebody that
18   looks at it who understands the general nature of what I'm
19   talking about. And then provides input, whatever it
20   makes, scientific sense, and looks for obvious mistakes.
21   It's basically we try to catch our mistakes and stuff like
22   that. And then it goes through a couple administrative
23   reviews where they check my grammar, which they have to
24   quite often, and --
25       Q. I understand.

145

1        A. And so it's just a quality control. He didn't
2    really question my methodology or not, but he just looks
3    at it, looks at the articles and says, yeah, does it seem
4    to make sense.
5        Q. So he read the articles here?
6        A. He read the articles that were provided and he
7    reads the report, and at a minimum he needs to look at the
8    articles to see whether I'm answering the question. He
9    doesn't have to go through the detailed analysis of the
10   articles, but he's got to look at them enough to see
11   whether they're supportive of the question that I'm
12   answering here.
13       Q. What was the form of the copper corrosion of the
14   testing performed by the second article, corrosion of
15   copper and deaerated oxygenated H2SO4 solutions under
16   controlled conditions of mass transfer?
17       A. I don't know if they identify specifics, but it
18   seems to be since it's oxygen is involved and, you know, I
19   would expect to be oxides, primarily copper oxides.
20       Q. And where are you relying on in support of that
21   statement?
22       A. Well, what's happening in the reaction is they're
23   using oxygen, okay, and they're using sulfuric acid. So
24   basically they're using the oxygen and the sulfuric acid
25   to achieve dissolving an attack on the sulfur and the

37 (Pages 142 to 145)

146

1 result of that chemical reaction would be copper oxide;
2 that's what I would expect, as long as they don't have any
3 other interfering contamination in there.
4 And, in fact, I think the first article they were
5 using the corrosion inhibitor to where some of the
6 corrosion inhibitor reacts with the copper, and then they
7 were creating a copper ion and molecule that's copper with
8 the TRHP, and that creates a protective coating around to
9 protect the oxygenation reaction from continuing, and that
10 was the whole principal of that first article.
11 Q. Okay. What's the difference between -- strike
12 that.
13 MR. WEISS: Can we take a quick break while you
14 look through your notes?
15 MR. SULLIVAN: Yeah.
16 VIDEOGRAPHER: Going off the record. The time is
17 2:30 p.m.
18 (A break was taken.)
19 VIDEOGRAPHER: Back on the record. The time is
20 2:42 p.m.
21 BY MR. SULLIVAN:
22 Q. Dr. Hejzlar, I think you testified that as a
23 result of the testing done -- or as a result of the
24 testing that was addressed in the first two articles we
25 have talked about, that you believe it was copper oxide

147

1 that resulted -- that was formed as a result of corrosion?
2 A. Yes, that's the product that I would expect in an
3 oxidation reaction.
4 Q. And can you explain for me how that copper oxide
5 is actually formed chemically? What's the chemical
6 process that takes place to produce the copper oxide?
7 A. Well, the copper ion gets dislodged out of the
8 copper, and then it reacts -- it combines with oxygen and
9 forms copper oxide.
10 Q. I may have to break this question down --
11 A. Okay. Sure.
12 Q. But what are the chemical differences or
13 molecular differences between copper oxide, copper
14 disulfide, and copper sulfate?
15 A. The key difference is the other two that you
16 mentioned have sulfur that's in the molecule. The copper
17 oxide doesn't have sulfur element in it.
18 Q. Okay. And in copper sulfide, what is the -- how
19 would you describe that?
20 A. Copper, it's got element of copper and an element
21 of sulfurs, okay, so it's got the two elements is copper
22 and sulfur. And the sulfates, which is the greenish
23 things it's got an element of copper, oxygen, and --
24 copper, oxygen, and sulfur.
25 Q. Your addendum, your only -- you're providing your

148

1 addendum only in connection with the Brincku case; is that
2 correct?
3 A. I believe that's the only one that I was asked --
4 asked to do, yes.
5 Q. Okay. So you're not being asked to address that
6 question for the Brucker case, as far as you know?
7 MR. WEISS: Objection to form.
8 BY MR. SULLIVAN:
9 Q. Or you haven't been asked to do it?
10 A. I haven't been asked to do that. I was just
11 asked to do an addendum, and since the reports were
12 identical, I used the one that I had more investigation
13 in, which obviously is the Brincku house because I haven't
14 even been to the Brucker residence.
15 Q. Okay. You talked a little bit already about
16 this, but I want to ask you some questions about it. I
17 called it, I think, a delivery mechanism. You testified
18 that in order for this to happen -- in order for sulfuric
19 acid to corrode copper in any particular location, there
20 needs to be a way for the sulfuric acid to get to that
21 spot.
22 A. Or be created at that spot.
23 Q. Or be created on that spot.
24 A. -- spot.
25 Q. Now, how -- under what circumstances would it be

149

1 possible for that to happen in a home, say, you know -- or
2 under what circumstances would it be possible for that
3 delivery mechanism to occur? What would have to happen?
4 A. Well, you know, there's a couple things. I've
5 asked myself the same questions, and I really haven't done
6 any in-depth investigation to answer that, so the only way
7 that I can answer that at this point would be based on
8 what I've seen, would it be possible. And I just don't
9 see sulfuric acid being created in that environment except
10 by the mechanism of sulfur reducing bacteria. But then
11 you would have to have some way -- no, sulfur oxidizing
12 bacteria. You would have to get somewhere to where you
13 could establish a colony on that copper, so you would have
14 to get -- you know, there were theories that were
15 presented about sulfur reducing bacteria, sulfur oxidizing
16 bacteria, that I'm aware of, and to me what -- what would
17 be neat to understand, which it's beyond my level of
18 expertise because I'm not a microbiologist was it to -- is
19 it possible to get a colony that would come out of the
20 drywall and then end up colonizing on the copper and then
21 creating that reaction.
22 Possible? It seems to be, but I haven't really
23 seen any evidence as to where that was actually
24 documented. It wasn't certainly done in the 51-home
25 study, and it wasn't done by the ten-home domestic study.

38 (Pages 146 to 149)

150

1  And so I haven't seen anything there that I could actually
2  point to where it was investigated in the drywall, and
3  there's additional issues that I'm kind of, you know, you
4  would have to test for it differently because from my
5  experience getting sulfuric acid air born is extremely
6  difficult.
7      We've had cases where under ideal condition the
8  battery acid, the battery underneath the hood while you're
9  driving 70 miles an hour overheats and creates sulfuric
10  acid spray all inside, but we couldn't detect any sulfuric
11  acid on the inside of the car.  So sulfuric acid is not
12  readily airborne, so I would have a tendency to think
13  that, you know, you don't get sulfuric acid floating
14  through these houses, and that's why I say the only way I
15  can see it is somehow create a colony that would colonize
16  and then the sulfur oxidizing bacteria could convert
17  hydrogen sulfide if it was present in the house into
18  sulfuric acid.
19      But, you know, then what we're looking is if you
20  get that kind of mechanism, hydrogen sulfide is corrosive
21  to copper, so you got to get copper, you're going to get
22  copper sulfide as a product, and then you would get copper
23  oxides, which would be the expected reaction that I would
24  get if we were reacting with sulfuric acid.
25      Q.  Okay.  This issue -- you testified this issue

151

1  didn't come up in the 51-home study; right?
2      A.  It wasn't tested.
3      Q.  It wasn't tested?
4      A.  Nobody tested for sulfuric acid.
5      Q.  Wasn't tested in the domestic drywall study?
6      A.  Correct, nobody was looking for sulfuric acid.
7      Q.  Did you see any testing in the Gades case
8  relating to this issue?
9      A.  No.
10      Q.  Any testing in the Finger case relating to the
11  issue?
12      A.  No.
13      Q.  Any testing whatsoever that you've seen in the I
14  think four years that you've been involved in working on
15  drywall cases that relates to this issue?
16      A.  No, the only, I guess, mention of it was when I
17  read the deposition of, I believe it's Dr. Straus, it was
18  a draft deposition, where he provided the -- he introduced
19  the theory of sulfur oxidizing bacteria, and apparently
20  there was some detection that there may have been some
21  sulfur oxidizing, but I haven't -- that was where I
22  started thinking about the mechanism, whether it could be
23  or impossible.  But that's the only time.
24      Q.  Now, did you review that deposition before you
25  were asked to answer this question or after you were asked

152

1  to answer that question, the third question here about
2  whether sulfuric acid can cause corrosion of copper?
3      A.  It was after that because I remember, I think, I
4  only received the draft of the deposition I believe it was
5  yesterday.
6      Q.  Okay.
7      A.  And I didn't even have a chance to read the whole
8  deposition, I think I read part of it.
9      Q.  So from your standpoint, this theory, I think you
10  called it a new theory, this would be the first time
11  you've seen this theory come up in the context of drywall
12  investigations or drywall litigation; correct?
13      A.  Yeah, that would be, you know, it's to me I
14  haven't considered that -- obviously sulfur reducing
15  bacteria was out there, I mean, and there were some
16  indications and there were some researchers that
17  basically, yeah, the sulfur reducing bacteria is one of
18  those potential mechanisms, but it's not the only
19  mechanism because we've taken drywall samples, we
20  irradiated them to where there was no bacteria would
21  survive and we were still getting sulfur corrosion
22  afterwards, so we knew that although it may play some role
23  in the Chinese drywall cases, it wasn't the only
24  mechanism.
25      But the Chinese drywall cases and the domestic

153

1  cases, the whole issue there was the assumption that
2  everybody was going on is we've got a Chinese drywall
3  problem in domestic drywall.  And I don't necessarily
4  agree with the fact that that's a good statement of the
5  problem.  Because from all of the work and from day one
6  that I walked into the Brincku house, when I looked at
7  what I was seeing and ran my bench test, I said, this is
8  not a Chinese drywall problem.  There's something else
9  that's going on over here.
10      Q.  And so from your understanding is the something
11  else going on -- well, strike that.  I mean -- so Straus'
12  theory is a new theory?
13      MR. WEISS:  Objection to form.
14      THE WITNESS:  I don't know how new it is.  I'm
15  not a microbiologist, and obviously it's a
16  microbiology approach to that theory.  With respect to
17  it happening in the house, that's the first time I
18  heard about it because the only time I knew about this
19  happening in sulfur reducing and sulfur oxidizing
20  bacteria was in wastewater systems or landfill type of
21  treatment facilities where you have those kind of
22  microbial reactions.
23  BY MR. SULLIVAN:
24      Q.  But it's a new theory from your perspective from
25  the drywall -- from your drywall litigation, drywall

39 (Pages 150 to 153)

154

1  investigations?
2     A.  Yeah, as long as you can let me qualify that with
3  the statement that I'm not an expert on those kind of
4  theories.
5     Q.  Okay.  The studies that you have identified, the
6  first two articles that we've talked about, they don't
7  address -- I mean, they are done under very specific
8  conditions; correct?
9     A.  Correct, and the sulfuric acid, that was produced
10  there was produced by manufacturing process, not bacteria.
11     Q.  Explain that.
12     A.  Well, sulfuric acid is very common in the
13  industry.  In industrial process you use a chemical
14  process to make sulfuric acid, and that's how these
15  plants, chemical plants, the refineries, and all that,
16  that's how they produce it.  And then they sell it in the
17  jars.  What happens with the microbial, it's a process,
18  it's a microbial process that synthesizes essentially
19  sulfuric acid, but it uses the bacterial action to do
20  that.
21     Q.  So fair to say that a lot of things need to take
22  place first before the bacteria can produce this?
23     MR. WEISS:  Objection to form.
24     THE WITNESS:  Not necessarily.  You've got to
25  have -- obviously you've got to have a presence of

155

1  that bacteria.  You've got to be able to get spores in
2  that, and then provide a viable environment which
3  means that you got to provide an environment in which
4  they can grow.  For example, that sulfur oxidizing
5  bacteria without the moisture, there is no way that
6  they're going to grow.
7  BY MR. SULLIVAN:
8     Q.  So there would need to be moisture -- hold on 1
9  second.  Just to pin this down, the two studies, the
10  copper that was immersed in a solution, too, right, in
11  each of those two studies?
12     A.  Right.  We are not talking about creating
13  sulfuric acid.  The sulfuric acid was --
14     Q.  Was already there?
15     A.  -- at the beginning of the study.
16     Q.  So somehow the -- in order for this to happen in
17  the home, we agree that somehow the sulfuric acid has to
18  get on to the copper; right?
19     A.  Right, or be created.
20     Q.  Or be created.
21     A.  At that spot.
22     Q.  Either has to travel to the copper or be created
23  at the -- on the location?
24     A.  On the location; correct.  That's -- that's my
25  understanding of how that reaction could work.

156

1     Q.  And let's say the sulfuric acid -- if sulfuric
2  acid were on drywall, right, or coming from drywall --
3     A.  Okay.
4     Q.  -- would you expect to see corrosion of the
5  drywall?
6     A.  Yes.
7     Q.  Because sulfuric acid is -- it's like battery
8  acid; right?
9     A.  Well, it would dissolve or react with some of the
10  ingredients.  In fact, that article that I had it's
11  corrosive to concrete.  Okay?  So, you know, pretty much
12  Gypsum and you add sulfuric acid, you would get a
13  reaction.  I mean, if there was -- if it was enough water.
14  So if you have sulfuric acid, dilute sulfuric acid and you
15  put a piece of gypsum into that, I would expect the gypsum
16  eventually to dissolve, which it will in normal water, but
17  it will take a lot longer.  In sulfuric acid, I think,
18  would accelerate that reaction.
19     Q.  Okay.  And I think, we can talk more about this
20  later, but I think what that article said is that
21  the sulfuric acid actually caused spalling of the
22  concrete?
23     A.  Correct.
24     Q.  What's spalling?
25     A.  It basically where you get like areas where the

157

1  chemical attack is underneath the surface and then causes
2  like a little eruption from it and cracking, so it gets
3  subsurface and then you start getting flaking of the
4  concrete pipe, which reduces the wall thickness of the
5  pipe.  And eventually you could get a leak.
6     Q.  And it was able to do that to concrete?
7     A.  Correct.
8     Q.  And how is -- what's gypsum board made of?  Isn't
9  it paper?
10     A.  Yeah, paper on the outside, but, you know, the
11  most of it is gypsum.
12     Q.  And if there was sulfuric acid on that or somehow
13  coming through that or in it, you would expect to see some
14  significant signs of corrosion there, wouldn't, or damage
15  there?
16     MR. WEISS:  Objection to form.  You can answer.
17     THE WITNESS:  I don't know.  I really haven't
18  considered those reactions.  I'm just shooting from
19  the hip right now because I'm thinking about it.
20  BY MR. SULLIVAN:
21     Q.  That's fine.  Yeah.
22     A.  I would -- yeah, I would expect some kind of a
23  reaction, but it will depend, again, on concentration.
24  You know, for example, one of the things that I considered
25  was if this is happening on the surface where the paper

40  (Pages 154 to 157)

158

1  is, okay, paper definitely gets eaten up by sulfuric acid,
2  if you happen to drop some sulfuric acid on a piece of
3  paper, it's going to eat through your clothes, it's going
4  to eat through your paper, whatever.
5      It will definitely attack it, but if there was
6  some small amount in there, then we should be able to just
7  go up to it and it would -- and run our pH over that and
8  check the pH and that pH would be -- that's how we could
9  detect it.
10     **Q.  In order -- I mean, for this delivery process,**
11 **what I'm calling the delivery process to take place, in**
12 **other words, in order for it -- in order for the sulfuric**
13 **acid to get on to the copper, it would have to be in a**
14 **certain concentration, presumably; right?  Or significant**
15 **enough concentration that air could pick it up and move it**
16 **to a copper component; right?**
17     MR. WEISS:  Objection to form.  You can answer.
18     THE WITNESS:  No, I don't think -- I don't think
19 that mechanism works.  I don't think you can get that
20 to happen.  I think what you would end up having is if
21 this sulfur oxidizing bacteria exists on the gypsum,
22 okay, that we're starting out with, they're going to
23 go through a process that stresses the hell out of
24 them.  Okay?  Because from a manufacturing process,
25 okay, so the only thing that may survive that process

159

1  is the spores.  Okay?
2      Now, if you can get the spores airborne from
3  there in the air, get sucked in to the humid, nice,
4  wet environment inside, that's the only -- and provide
5  a source of sulfur, then that's the only way that I
6  can see that -- that reaction happening in there.  I
7  just don't see sulfuric acid floating around through
8  the air and getting transferred from one place to
9  another.
10 BY MR. SULLIVAN:
11     **Q.  You don't see that as a possible --**
12     A.  Well, I haven't seen any --
13     **Q.  -- explanation?**
14     A.  My testing historically has shown that to get
15 sulfuric acid into the air it's very difficult, you
16 actually have to boil it to get it aerosolized and do some
17 kind of physical, physically aerosolize it, and that means
18 that you got to carry it on -- it has to piggy back on
19 small particles of water, okay, then carry it somewhere
20 else.  And it drops out because it becomes a pretty heavy
21 molecule and doesn't easily transfer.
22     So the only transfer mechanism from my
23 perspective, as I explain, how you create the spores, then
24 the spores get airborne because spores are known to be
25 airborne in all type of environments.  And then you would

160

1  have to colonize that on the -- start a colony in the HVAC
2  coil.  Or when you get condensation on the wires inside
3  the wall.
4      **Q.  And so it's not just HVAC coils on which this**
5  **would need to happen; right?  I mean, it would --**
6      A.  Well, while the HVAC coils provide an ideal
7  environment for growth, okay, because --
8      **Q.  On this theory because there's moisture?**
9      A.  Right.  Because you've got moisture, you've got
10 ambient air, warm air coming into there, you know, that's
11 getting cooled and heat exchange, and but then you have
12 certain amount of it would be happening on copper -- other
13 metals because metals cool down quicker than every -- than
14 the surrounding, let's say the drywall.  So as you get
15 heat exchanges inside a house, you can reach -- on the
16 surface of metals you can reach dew point, and you could
17 reach it on glass surfaces, you could reach it, you know,
18 on the wires that are not insulates that are exposed and
19 component of the switches.
20     That's where you would get -- would get some of
21 it, and that's part of the mechanisms that's with the
22 hydrogen sulfide, you know, we have to have some moisture
23 that's associated with that, and so similarly it would
24 have to be with the sulfuric acid, and then you have
25 enough to -- you would have to have enough on that copper,

161

1  piece of copper, you have to have enough spores there to
2  colonize during the time that it's ready for colonization.
3      **Q.  And you can't explain that; correct?**
4      A.  I haven't -- I mean, this is just a theory.
5  We're discussing theories right now.  I haven't tested
6  that.  You know, we're getting to the hypotheses level,
7  we're developing hypotheses of how could things -- I
8  haven't tested the hypotheses.  I mean, that's where I'm
9  at.
10     **Q.  Fair enough.  So in other words, I mean, you've**
11 **identified two circumstances in the literature under which**
12 **sulfuric acid can corrode copper; right?**
13     A.  Correct.
14     **Q.  Both of those instances involved immersing the**
15 **copper in a solution of sulfuric acid?**
16     A.  Correct.
17     **Q.  They involved very specific testing conditions?**
18     A.  Correct.
19     **Q.  That we went through these articles did not**
20 **address in any way whether sulfuric acid could cause**
21 **corrosion of copper in a home environment; correct?**
22     A.  I wouldn't -- that's correct, but I wouldn't
23 expect it to be any different.  I mean, it's on this
24 earth, and, you know, under environmental conditions.
25     **Q.  But there's no causative theory, right, that's**

41 (Pages 158 to 161)

162

1  been tested or that you've seen published in the
2  scientific literature that supports the conclusion that
3  sulfuric acid somehow results from drywall could corrode
4  copper in the home?
5      MR. WEISS: Objection to form. You can answer.
6      THE WITNESS: I haven't seen any evidence out
7  there in any studies that have actually tested the
8  hypotheses of sulfur oxidizing bacteria producing
9  sulfuric acid on the copper in a home. Okay? But it
10  is a common fact that if you're going to have any
11  copper anywhere, exposure to sulfuric acid and then
12  you've got an exposed back to atmosphere that's got
13  oxygen, you're going to get attack.
14      The rate of attack, I haven't gotten any articles
15  that would tell me about the rate of that corrosive
16  attack would be, but there's ample evidence out there
17  that under conditions where you've got oxygen and
18  you've had copper exposed to sulfuric acid, you're
19  going to get corrosion more than you would get without
20  the sulfuric acid being there.
21  BY MR. SULLIVAN:
22      Q. Well, the premises of that, though, is that the
23  copper has been exposed to sulfuric acid, and there needs
24  to be some mechanism for getting -- we both agree there's
25  got to be some mechanism for that sulfuric acid to get

163

1  there?
2      A. I would agree with you with that, yeah.
3      Q. Okay.
4      A. That's a correct statement.
5      Q. So the articles that you've reviewed so far
6  attached to your report, they don't identify what that
7  mechanism would be in the home?
8      A. No.
9      Q. And you seem to have eliminated one possibility,
10  which is that the sulfuric acid could come from the
11  drywall and go somehow through the air and get onto the
12  copper that way?
13      A. I haven't eliminated the possibility.
14      Q. You think it's highly unlikely?
15      A. I think it's unlikely. I mean, I just from what
16  I've seen, I think it's unlikely whether it's in -- is it
17  impossible? No, I can't say that with any degree of
18  scientific certainty. I can't say that because I haven't
19  studied that and I haven't seen any studies that were
20  published that would tell me -- allow me to eliminate
21  that.
22      Q. How much condensation would you need to have on
23  the surface of the copper for the sulfuric acid or for --
24  strike that.
25      How much condensation would you need to have on

164

1  the surface of the copper in order for the spores to
2  create the sulfuric acid?
3      A. I haven't studied that. I mean -- and it's
4  beyond my expertise because I'm not a microbiologist.
5      Q. Fair enough. Can we go off the record?
6      VIDEOGRAPHER: Going off the record. The time is
7  3:16 p.m.
8      (A break was taken.)
9      VIDEOGRAPHER: Back on the record. The time is
10  3:26 p.m.
11  BY MR. SULLIVAN:
12      Q. Dr. Hejzlar, if there were spores that formed on
13  the copper, what would you expect to see? I mean, I
14  understand that you're not an expert in microbiology, but
15  just from a common sense standpoint?
16      A. Visibly?
17      Q. Yeah.
18      A. I wouldn't expect to see. The spores are very
19  small and --
20      Q. Even in a colony?
21      A. Well, if a colony was forming, then, yeah, you
22  would get some kind of a -- I would expect some kind of a
23  spot forming around that and, you know, that would then be
24  almost like stains, some kind of stain, spotting kind of
25  stains, like you would see -- the best way that I would --

165

1  the experience that I have is, you know, with some of the
2  molds that you get when they start forming colonies, of
3  course, they're a lot bigger than -- at a microbial level
4  you're looking at a smaller colony, but eventually I would
5  expect to see some kind of spotting on there.
6      Q. And based on the investigations that you've been
7  involved with, the drywall investigations over the last
8  few years, is that something that people even look for?
9      A. No, I mean --
10      Q. Is it standard --
11      A. You know, and the thing is you really -- a lot of
12  the places that we looked at they had the Chinese drywall
13  installed three, four years ago, okay, so it's not like
14  you're looking at a six-month installation. And so what
15  we're looking at is the general discoloration, and there's
16  some staining that's on the copper and some discoloration
17  on the copper.
18      But at what point would you get all the spots
19  connected and forming, so it's -- I think until you
20  specifically test for that, I don't see how you could come
21  to a conclusion about it just looking at something and
22  saying, this is microbial colony or this is hydrogen
23  sulfide or this is copper oxide, you know.
24      Q. Yeah, you would need to first identify a colony;
25  right?

42  (Pages 162 to 165)

166

1    A. Yeah, I mean, I would -- at least I would want to
2   identify a spore first, that the spores are, and then you
3   got to have the right conditions to create a colony, and
4   then you create -- I mean, that multiplication process is
5   there. Once the colony starts, yeah, I mean, the process
6   can take over really fast and it can happen because, you
7   know, you're going to be multiplying 1 times 2, 2 to 4, 4
8   to 16, and so on in that. It's exponential.
9    Q. And that would be -- presumably you would be able
10  to see that?
11   MR. WEISS: Objection to form.
12   THE WITNESS: I would expect if you knew what you
13  were looking for. You know, all the bacteria don't
14  look the same. There might be some color associated
15  with colonies, some type of oxidation when it dries
16  out and when it gets dry. I don't know. I mean --
17  BY MR. SULLIVAN:
18   Q. And you wouldn't know how to test for it?
19   A. Right now I would talk to a microbiologist to
20  test for it.
21   Q. I don't think have any more questions right now.
22  I mean, I would like to go through -- I don't know if you
23  have questions?
24   MR. WEISS: I do.
25   MR. SULLIVAN: All right. Then why don't I let

167

1   you ask yours and I might have a few.
2    MR. WEISS: No problem.
3    MR. SULLIVAN: Follow up.
4        CROSS-EXAMINATION
5   BY MR. WEISS:
6    Q. Dr. Hejzlar, I just have a few questions to
7   follow up on questions you've already been asked.
8    A. Sure.
9    Q. First you stated that you initially went into the
10  Brincku home sometime ago when you were first retained in
11  the case?
12   A. Correct.
13   Q. Can you tell me what observations you've made of
14  corrosion in the Brincku home personally?
15   A. Yes, and I have it documented in the photograph,
16  but the corrosion in the Brincku house was very extreme on
17  the HVAC heat exchanger, which is inside their house, I
18  believe it was located on the second level. And from the
19  inspection, during the inspection I had a chance to look
20  at the frequency of how often the HVAC service company was
21  being called to the home, and so that and then also what
22  was really telling was that when I went into the upstairs
23  bedrooms and the bathrooms and started opening the wall
24  socket, electrical wall socket, there was, again,
25  significant corrosion that I noted right on the wires.

168

1    It was to the point that it was every bit as bad
2   corrosion as I have seen on some of the Chinese drywall
3   houses, and in many cases there was almost worse because
4   it was literally flaking off in some of it, particularly
5   the upstairs bathroom.
6    Then the other part that I noticed, you know,
7   when I walked outside and when I -- I also looked at the
8   socket in their garage in the wall over there where it was
9   inside a block wall and that copper was very lightly
10  discolored, but just -- like looked like from normal
11  oxidation it was still nice and shiny and you could see
12  it. And also I've noticed that on the outside I went
13  where they had the outside spigot, you know, the bronze
14  was pretty much unaffected on the outside.
15   The other place where it was unaffected was in
16  the socket that was located in the wall in the kitchen
17  sink.
18   Q. And through your work in the Brincku home, did
19  you have a chance to review any studies or reports that
20  were done of what was going on in the Brincku home?
21   MR. WEISS: Objection to form.
22   THE WITNESS: I don't think I quite understand
23  your question.
24  BY MR. WEISS:
25   Q. Sure. It was a poor question, so let me ask you

169

1   a different question. In your course of doing an
2   investigation in the Brincku home, did you review any
3   other studies or investigations that were done by any
4   other laboratories or scientists or investigators?
5    A. Yes, there was -- I believe I still had it in my
6   file. There was something that was performed by somebody
7   from MIT. There was a professor that did some work over
8   there. I knew that David Kraus was in the house and when
9   he collected the blind samples for analyzing part of the
10  study, he included one of the Brincku -- piece of Brincku
11  drywall that we got, then unbeknownst to us that it was
12  for Brincku for corrosion, and I tested the drywall for
13  corrosion under the methodology that was used for testing
14  Chinese drywall and came out negative. All the markers
15  were indicated, no, this is not Chinese drywall.
16   And the other thing that I did at that time it
17  was before -- initially when I was there we were just
18  looking at the XRF methodology, but I didn't have it and
19  at that time I had a test, a bench test where you take a
20  tube, test tube, you use little bit of hydrochloric acid,
21  delude hydrochloric acid, you take a piece of drywall,
22  test it, shake it with the tube and you could smell the
23  hydrogen sulfide coming off of it.
24   Well, with the Brincku drywall, I did the test,
25  just the quick bench test, I had no hydrogen sulfide

43 (Pages 166 to 169)

170

1 coming off of it, which was consistent with all the other
2 domestic drywall tests. So I knew this was -- and at that
3 time I mentioned it, I said, this is not Chinese drywall,
4 the typical Chinese drywall. Its mechanism must be
5 different, we're seeing corrosion, but the mechanism must
6 be different. And I don't know what air it can be
7 associated with the drywall or whether we can find enough
8 evidence that it's associated with something else.
9     And obviously the first thing you do in Florida
10 is you suspect the water, and at that time I had Packer
11 Engineering did a study and took a lot of samples, and I
12 got split samples from that study. And Packer Engineering
13 tested their water during the time that the Brinckus were
14 actually living in the house still. And so it was a lot
15 more representative of what the water would be like at
16 that time, and they tested -- didn't detect any hydrogen
17 sulfide in the water supply at that time. Okay?
18     **Q. To be clear, before we move on to the next**
19 **report, do I understand you to say that at the time you**
20 **observed the significant corrosion in the Brincku home,**
21 **the testing of the water that was done at that time showed**
22 **there was no hydrogen sulfide in the water?**
23     MR. SULLIVAN: Objection.
24     THE WITNESS: There was no sulfide. Hydrogen
25 sulfide is probably the major --

171

1 BY MR. WEISS:
2     **Q. Sure.**
3     A. -- culprit there, but basically the tests is for
4 sulfides.
5     **Q. But when you looked at the Packer Engineering**
6 **tests that showed there was no sulfides in the water, was**
7 **that done at the same time that you had observed corrosion**
8 **in the home?**
9     MR. SULLIVAN: Objection.
10     THE WITNESS: Yes.
11 BY MR. WEISS:
12     **Q. Okay. Go ahead. What were the other studies**
13 **that you had?**
14     A. The other studies -- well, I conducted my study.
15 I actually said -- you know, a lot of times when I see a
16 house like Brinckus, my assumption was seeing the porch
17 was on stilts, I'm thinking, is the whole house on stilt
18 if it's got built over a swamp, could the swamp gas be
19 migrating into the house and then causing all of these
20 problems. I found out that Mr. Brincku, that it's
21 actually a solid slab and he's got a lot of concrete
22 poured on there, but nonetheless, I figured, let's see how
23 much, you know, because there was fill around the house,
24 so there's going to be different soils in there that could
25 be trapping some of these gases.

172

1     And so what I did is I actually inserted a
2 monitoring well, dug a monitoring well five feet deep, put
3 it in there and then into that monitoring well all the way
4 down to the ground water level, which I'm going to have
5 the highest amount of sulfides that I can possibly find.
6 So I inserted into that a long piece of copper wire and
7 left it there during the time that I was running the
8 analysis on there seeing if you trap that where you're
9 just soil gas accumulating in there, whatever, I'm going
10 to get a significant amount of corrosion.
11     I didn't want to keep it open because then you
12 would dilute the amount, artificially, and so I thought,
13 oh, let's try this. And the amount of corrosion that I
14 noted on that wire wasn't anywhere close to anything that
15 I've seen inside the house. I mean, it was slightly
16 discolored. The only place where I was getting some
17 discoloration and staining is where it actually came into
18 contact with the water and that might have been just
19 purely the bacterial action now taking over and taking
20 over some corrosion.
21     And then obviously I discussed this with David
22 Kraus because he was puzzled at it, seeing that, you know,
23 the majority of the drywall came from National Gypsum and
24 yet we were seeing corrosion that was consistent with the
25 corrosion that we're seeing in Chinese drywall houses.

173

1     And then the last thing I kind of looked at
2 towards the end when they completed the study on the
3 domestic homes and then when I finally figured out which
4 of those houses was the Brincku house, I started reading
5 that report and I'm seeing that the measured corrosion in
6 the Brincku house on some of the components that CPSC
7 measured was actually higher than what they've measured
8 with the Chinese drywall houses, and yet it wasn't
9 consistent with the corrosion of the silver. And so that
10 was telling me we're not looking at a Chinese drywall
11 problem, we're looking at something that's different.
12     And I've been -- and that's pretty much all I
13 did. And I've never set up studies or done anything more.
14 I was never authorized to do anything more to go further
15 with it. And the only other ones -- the other things that
16 I've considered is this anomaly is this one house, and
17 I've been hearing reports of other places, and unconfirmed
18 reports except for the one that we investigated for a
19 builder where it was all National Gypsum, and it was on a
20 well water in Lehigh Acres and -- and a well water and
21 septic system. That was like a perfect house, if you're
22 going to get water based corrosion that you would have
23 because you don't have municipal water supply or anything
24 and in an environment that's like that.
25     The houses that were built next to it, no

44 (Pages 170 to 173)

174

1   corrosion. This house, I tried to get a study going on
2   that to get some more information, the builder decides
3   they're tearing it all out, they tore everything out, kept
4   all the drywall. They had five different date codes on
5   all of the drywall and put a new drywall up. I think he
6   replaced it with USG, put everything back together,
7   replaced the air conditioner, and haven't had a problem
8   since.
9       So, you know, it seems to be that the problem and
10  the mechanism in these houses is so complex that by the
11  time you spend your money trying to investigate exactly
12  what's going on, if you have the resources, you're better
13  off just going on to remediation and see whether that
14  helps. And so far the houses that I have seen remediated
15  with domestic drywall, they have -- the problem hasn't
16  recurred.
17      Q.  Is your personal residence a user of well water?
18      A.  It used to be.
19          MR. SULLIVAN: Objection.
20          THE WITNESS: That's one of the things that
21  when -- you know, we were considering this hydrogen
22  sulfide coming out of the well water, and if from my
23  perspective as a scientist I was looking at this
24  problem, and I said, okay, if we have hydrogen sulfide
25  causing corrosion in these homes, there have been

175

1   homes here, you know, since the beginning of the
2   century. Okay? And they have been on this kind of
3   water, aquifers and let's see what kind of corrosion
4   we have. My house was built in 1968. It's got
5   National Gypsum in a good portion of the house, yet
6   when I open the sockets in my house, I see no
7   significant corrosion. There is little oxidation,
8   discoloration, but the copper is in excellent shape.
9       So that house until 19 -- somewhere around 1968
10  to somewhere in the early '80s was on well water, and
11  the well is still out there. And I use the well water
12  for running my irrigation system. That well water is
13  the same aquifer, -- aquifer that's got those kind of
14  high level of sulfides. The sulfite level in that
15  house when I'm sprinkling, I have measured it a while
16  back, it was like you can -- if your sprinklers are
17  going and you set your meter right next to the
18  sprinklers, it's 1 to 3 parts per million.
19      What I did is I set up a test where I pumped the
20  water out of the well and let it drop into plastic
21  bottle that I've placed a piece of copper, clean
22  copper wire, in it and I thought I would let it run
23  for a few -- for a couple weeks and see what happens.
24  Well, within 48 hours there was so much corrosion in
25  there that it was flaking off, in 48 hours, so I

176

1   know -- and I measured the hydrogen sulfide in that
2   bottle because it's now not being diluted by outside
3   environment, even though it's a little small opening.
4   That water, that concentration in there of hydrogen
5   sulfide was I think up to ten parts per million. I
6   mean, it was significant.
7       Yeah. And so during all of that time when it was
8   used in the house and using in the sprinkling, if this
9   was a significant factor, I would have expected my --
10  to be replacing air conditioning coils inside the
11  house and to be dealing with, you know, corroded
12  copper on the inside of the house or at least severely
13  blackened, and I just don't have that.
14      So from that perspective I was able to actually
15  as another method of supporting the hydrogen sulfide
16  does corrode copper within 48 hours, it does, and
17  doesn't necessarily mean that just because you're
18  sitting on well that's got hydrogen sulfide doesn't
19  necessarily mean that you're going to have a problem
20  in your house.
21      And so I think it's a very complex issue, but if
22  that theory that was proposed by Dr. Lewis, then I
23  would expect to see complained homes from outside of
24  the time frame that has been established for Chinese
25  drywall, and it would have been a long time and a lot

177

1   of houses.
2       MR. SULLIVAN: I'm going to object and move to
3   strike. That's an opinion testimony there regarding
4   the report of another expert. The opinion is not
5   identified in any report that was served here.
6   There's no signed written report reflecting either the
7   opinion, the basis for the opinion, nor the materials
8   relied upon. Object and move to strike.
9   BY MR. WEISS:
10      Q.  Prior to working on the investigation of Chinese
11  drywall in 2008 --
12      A.  Yes.
13      Q.  -- had you ever done any studies regarding
14  corrosion in homes caused by any other mechanism?
15          MR. SULLIVAN: Objection.
16          THE WITNESS: No, there were -- the only other
17  investigation that would have been remotely related to that
18  would have been the one where there were some
19  effective copper used in some of the air conditioners,
20  and they were having air conditioning failures that
21  were associated with a batch of copper.
22  BY MR. WEISS:
23      Q.  I guess my question is more in your experience of
24  being a chemist in Southwest Florida, have you ever been
25  called on to do an investigation of corrosion in homes

45 (Pages 174 to 177)

178

1 that was caused by anything other than Chinese drywall or
2 U.S. drywall as you have in this case?
3     MR. SULLIVAN: Objection.
4     THE WITNESS: No.
5 BY MR. WEISS:
6     Q. In forming your opinions in this case, have you
7 looked into or formed an opinion regarding whether or not
8 a dew point can be met in wall cavities in homes in
9 Florida?
10     MR. SULLIVAN: Objection.
11     THE WITNESS: I know that for a fact because I
12     have measured it and I have documented it using the
13     infrared cameras.
14 BY MR. WEISS:
15     Q. Based on your understanding of the corrosive
16 process in the Brincku home, would a jar test -- do you
17 know what I refer to --
18     A. Yes.
19     Q. -- when I say jar test? Would a jar test, in
20 your opinion, show corrosion?
21     MR. SULLIVAN: Objection.
22     THE WITNESS: It doesn't. I've done them. I've
23     done the test. There is some corrosion, there was
24     some darkening of that that was more than controls,
25     but I have -- the test just doesn't work, doesn't give

179

1     you positive results for Chinese drywall.
2 BY MR. WEISS:
3     Q. Do you have any understanding why the jar test
4 might not work for the drywall from the Brincku home, if
5 there was corrosion inside the house?
6     MR. SULLIVAN: Objection. Again, you've already
7     testified that you're not offering any opinion with
8     respect to causation of any corrosion in the Brincku
9     house or with respect to things that may not have
10     caused it.
11 BY MR. WEISS:
12     Q. You can answer the question.
13     A. I would assume that either it's not coming off
14 the drywall or the mechanism is different.
15     Q. You earlier testified about the difference
16 between copper sulfate corrosion and copper sulfide
17 corrosion?
18     A. Correct.
19     Q. Can you identify the mechanism between the copper
20 sulfide and copper sulfate corrosion?
21     A. Well, copper sulfate would be a product that's
22 generated as a result of corrosion of copper under
23 conditions where you have sufficient energy, and most of
24 the time there is electrolysis involved to where you
25 actually change the copper and create a sulfate, and the

180

1 sulfate is distinctly different because it's -- it has
2 that bluish/greenish type of a tinge as opposed to copper
3 sulfide, which is typically very dark black in appearance.
4     Q. Based on your observations in the Brincku home
5 and the studies that you have reviewed and conducted on
6 corrosion, have you formed an opinion as to whether or not
7 environmental conditions at least in the Brincku home are
8 such that there was copper sulfide corrosion in the home?
9     MR. SULLIVAN: Objection. Again, asking the
10     witness for a specific causation opinion. He already
11     testified that he can't give one and he hasn't been
12     asked to give one.
13     THE WITNESS: The material that I tested in the
14     Brincku house, the black material off of the copper,
15     is copper sulfide, the test results came back as
16     hydrogen -- that would be related to hydrogen gas,
17     hydrogen sulfide corrosion, then what I'm getting is
18     copper sulfides.
19 BY MR. WEISS:
20     Q. What --
21     A. Wait a minute. I'm getting tired now. I would
22     have to refer to my file where we've done -- we actually
23     sent some of the copper samples to SEM analysis in our
24     Atlanta (phonetic) laboratory. And -- at that time my
25     conclusion was that it's most likely in relation to -- to

181

1 reduced sulfur compounds, corrosive attack, consistent
2 with what we're seeing in the Chinese drywall houses, but
3 not necessarily the same mechanism because the Chinese --
4 when I tested the drywall at Brincku house, I don't get
5 the same results from the drywall as I'm getting from
6 inside of their house. There was that inconsistency.
7     Q. But the actual corrosion that's in the Brincku
8 home, did you form an opinion as to whether or not that
9 corrosion was caused by reduced sulfates or some
10 by-product of reduced sulfates?
11     MR. SULLIVAN: Objection.
12     THE WITNESS: Reduced sulfur compounds because --
13 BY MR. WEISS:
14     Q. I'm sorry?
15     A. Sulfates, they're not going to do much reacting.
16 But it's a sulfide-based corrosion, that's what I
17 concluded at that time.
18     Q. And could sulfide-based corrosion be a byproduct
19 of either hydrogen sulfide or sulfuric acid?
20     A. Hydrogen sulfide for sure --
21     MR. SULLIVAN: Objection.
22     THE WITNESS: Sulfuric acid, I don't know, I
23     haven't investigated that mechanism.
24 BY MR. WEISS:
25     Q. Okay. Go ahead.

46 (Pages 178 to 181)

182

1     MR. SULLIVAN:  Take a quick break.
2     VIDEOGRAPHER:  Going off the record.  The time is
3  3:57 p.m.
4     (A break was taken.)
5     VIDEOGRAPHER:  Back on the record.  The time is
6  4:15 p.m.
7  BY MR. WEISS:
8     Q.  Dr. Hejzlar, you testified that -- you testified
9  earlier today that you are not offering any opinion
10  regarding whether the drywall in any of the homes caused
11  corrosion in any particular home; correct?
12     A.  Correct.
13     Q.  And you're still not offering any opinion that
14  drywall, including National Gypsum -- drywall manufactured
15  by National Gypsum caused corrosion in any of the homes
16  that are the subject of the Brucker case or in the Brincku
17  case; correct?
18     A.  Correct, I haven't been asked to do that.
19     Q.  You have no opinion on that, no expert opinion?
20     A.  Well, I --
21     MR. WEISS:  Objection to form.
22  BY MR. WEISS:
23     Q.  You have no expert opinion that you're offering
24  in this litigation?
25     MR. WEISS:  Objection to form.  You can answer.

183

1  BY MR. WEISS:
2     Q.  On those issues?
3     A.  That I have been asked to offer as an expert
4  opinion, I do have opinions, but not -- I haven't been
5  asked to state those opinion in the litigation.
6     Q.  Okay.  In other words, you're not offering any
7  opinion in this litigation to assist the trier of fact to
8  determine the answer to the question whether the drywall
9  manufactured by National Gypsum caused the alleged
10  corrosion in the houses that are the subject of the
11  Brucker litigation or the Brincku litigation; correct?
12     MR. WEISS:  Objection to form.  You can answer.
13     THE WITNESS:  I assume I understand the question,
14  and I haven't been asked to provide those opinions or
15  prepare a report that contained those opinion,
16  including, you know, that would include the basis for
17  those opinions.
18  BY MR. WEISS:
19     Q.  Okay.  And you're offering no testimony with
20  respect to those opinions; correct?
21     MR. WEISS:  Objection to form.  You can answer.
22     THE WITNESS:  At trial?
23  BY MR. WEISS:
24     Q.  Yes.
25     A.  At trial?  I haven't been asked to do that, no.

184

1     Q.  You mentioned, I think, that the Brincku case,
2  which is identified as home H in the domestic drywall
3  study didn't fit the -- didn't fit the model for Chinese
4  drywall?
5     A.  Correct.
6     Q.  Correct?
7     A.  For Chinese drywall corrosion.
8     Q.  For Chinese drywall corrosion.  And you mentioned
9  that you visited the Brincku house and you testified with
10  respect to your observations about certain -- about
11  conditions that you saw there.  Do you recall that
12  testimony?
13     A.  Yes.
14     Q.  You mentioned corrosion in the electrical wall
15  socket, I think, you mentioned some corrosion in the
16  garage?
17     A.  Not in the garage.  I didn't see the evidence of
18  corrosion in the garage.  That copper was in really good
19  shape.
20     Q.  Okay.  Now, in order for sulfuric acid to develop
21  as a result of sulfide reducing -- well, strike that.
22     I think one of the conditions that you talked
23  about as being necessary for sulfuric oxide to develop --
24  sulfuric acid to develop from sulfuric oxidizing bacteria
25  is the need for moisture; correct?

185

1     A.  Yes.
2     Q.  For liquid water; correct?
3     A.  Yes.
4     Q.  Okay.  And if that were to happen in any area
5  where there were wiring, there would also need to be
6  liquid water present; correct?
7     A.  Yeah, at one point there would have to be
8  condensation where you actually form droplets.
9     Q.  Did you prepare a written inspection report
10  regarding your observations of the corrosion in the
11  Brincku?
12     A.  I don't believe I prepared any written inspection
13  report.  The only thing I prepared was a PowerPoint
14  presentation that we presented at the joint meeting that
15  basically showed the corrosion that I observed, were
16  photos of the corrosion that I observed.
17     Q.  And that was how long ago?
18     A.  That was a long time ago, somewhere in '09.  The
19  inspection photographs were 2/29/09, and --
20     Q.  All right.  Well, 2009?
21     A.  Yeah, 2009 at the conclusion of my work on the
22  Brincku.
23     Q.  It's generally understood that in Florida there's
24  hydrogen sulfide in the water; correct?
25     A.  Yes.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

186

1    Q.  And you rely on the CPSC 51-home study, I
2  believe, that -- for the conclusion that there's an
3  association between hydrogen sulfide and copper corrosion;
4  correct?
5    A.  Yes.
6    Q.  You would agree then that it's at least possible
7  for hydrogen sulfide from a water source to cause
8  corrosion to copper; correct?
9    A.  Yes, it's -- I would definitely agree with that,
10  except that we cannot -- the hydrogen sulfide in the
11  Brincku house doesn't explain the corrosion effect that
12  we're seeing on copper at the Brincku house.
13    Q.  I'm not asking any questions about the Brincku
14  house; just so the record is clear.  I mean, you -- so I
15  object and move to strike the portion of the response
16  relating to the Brincku house.
17      Do you have an aerator at your personal residence
18  on well water?
19    A.  No, right now I'm no longer on well water for the
20  water supply.  It was in the early '80s that we switched
21  to city water supply.
22    Q.  You mentioned some tests that you ran on the
23  corrosion from the Brincku house.  Did I hear that
24  testimony correctly?
25    A.  Yes, we did some -- I did a corrosion test.

187

1    Q.  Did you perform the corrosion test, or you sent
2  that?
3    A.  I performed the -- as far as the corrosion test
4  where I exposed the copper, I did that test myself, and
5  then the XRF where I measured the amount of corrosion, I
6  did those tests in addition to that we sent some of the
7  drywall samples and some of the -- some of the copper,
8  section of the copper that was corroded, we sent that up
9  to SEM, scanning electron microscope EDS analysis, and the
10  EDS analysis was performed on that -- these.
11    Q.  Was that the 2009?
12    A.  Yes, yes.
13    Q.  But that testing does not relate to in any way
14  the answers to the three questions that you were asked to
15  provide in connection with your -- asked to answer in your
16  report?
17    A.  I wouldn't call any way.  The -- if it relates --
18    Q.  I'll withdraw the question.  I think that might
19  be all I have, but let me take a quick break and go back
20  through?
21      VIDEOGRAPHER:  Going off the record.  The time is
22  4:38 p.m.
23      (A break was taken.)
24      VIDEOGRAPHER:  Back on the record.  The time is
25  4:42 p.m.

188

1        REDIRECT EXAMINATION
2  BY MR. SULLIVAN:
3    Q.  Dr. Hejzlar, I'm correct that your expert reports
4  did not contain any opinions regarding well water;
5  correct?
6    A.  Correct.
7    Q.  They don't articulate any bases for any opinion
8  with respect to well water; correct?
9    A.  Correct.
10    Q.  There are no documents that you reference in your
11  expert reports with respect to well water; correct?
12    A.  I don't know whether that's quite true, but
13  probably not, not that I can recall right now.
14    Q.  You weren't asked as part -- to provide any
15  opinion with respect to well water as part of those
16  reports; correct?
17    A.  As part of those reports; that's correct.
18      MR. SULLIVAN:  No further questions.
19      MR. WEISS:  We'll read.
20      VIDEOGRAPHER:  This concludes the deposition.
21  The time is 4:43 p.m.
22
23      (Deposition concluded at 4:43 p.m.)
24
25

189

1
2  STATE OF _____ )
3              ) :ss
4  COUNTY OF _____ )
5
6
7    I,  Zdenek Hejzlar, Ph.D., the
8  witness herein, having read the foregoing
9  testimony of the pages of this deposition,
10  do hereby certify it to be a true and
11  correct transcript, subject to the
12  corrections, if any, shown on the attached
13  page.
14
15
16            _____
17
18             Zdenek Hejzlar, Ph.D.
19
20  Sworn and subscribed to before
21  me, this        day of
22         , 2012.
23
24  _____
25    Notary Public

48 (Pages 186 to 189)

190

CERTIFICATE OF OATH

STATE OF FLORIDA)
COUNTY OF COLLIER)

I, the undersigned authority, certify that Zdenek Hejzlar personally appeared before me and was duly sworn.

WITNESS my hand and official seal this _____ day of _____, 2012.

_____
Lori L. Bundy
Notary Public - State of Florida
My Commission No.:  EE 132707
Expires:  September 22, 2015

191

REPORTER'S DEPOSITION CERTIFICATE

STATE OF FLORIDA)
COUNTY OF COLLIER)

I, Lori L. Bundy, Certified Court Reporter and Notary Public in and for the State of Florida at Large, certify that I was authorized to and did stenographically report the deposition of Zdenek Hejzlar; that a review of the transcript was requested and that the transcript is a true and complete record of my stenographic notes.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties; nor am I a relative or employee of any of the parties' attorney or counsel connected with the action; nor am I financially interested in the action.

DATED this _____ day of _____, 2012.

_____
Lori L. Bundy, FPR, RPR, CRR, CLR

192

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it.

You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you. If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

193

E R R A T A

I wish to make the following changes, for the following reasons:

PAGE LINE
___   ___   CHANGE:_____
REASON:_____
___   ___   CHANGE:_____
REASON:_____
___   ___   CHANGE:_____
REASON:_____
___   ___   CHANGE:_____
REASON:_____
___   ___   CHANGE:_____
REASON:_____
___   ___   CHANGE:_____
REASON:_____

_____   _____
WITNESS' SIGNATURE              DATE

49  (Pages 190 to 193)