1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

GEORGE BRINCKU, BRENDA        )
BRINCKU,                      )
                              )
        Plaintiffs,           )
                              )
VS.                           ) CIVIL ACTION NO.
                              ) 2:11-CV-00338-JES-DNF
NATIONAL GYPSUM COMPANY,      )
a Delaware Corporation,       )
                              )
        Defendants.           )


    ----------------------------


    CHRIS BRUCKER, et al.,     )
                              )
        Plaintiffs,           )
                              )
VS.                           )CIVIL ACTION NO.
                              )2:10-CV-405-FTM-20SPC
LOWES HOME CENTERS, INC.,     )
et al.,                       )
                              )
        Defendants.           )

**********************************************************
ORAL AND VIDEOTAPED DEPOSITION OF
DAVID C. STRAUS, Ph.D.
FEBRUARY 3, 2012
**********************************************************


Reported By:
Susan Eddins Brown, CSR
Job No: 23746

2

1    ORAL AND VIDEOTAPED DEPOSITION OF DAVID C. STRAUS,
2    Ph.D., produced as a witness at the instance of the
3    Defendant New NGC., Inc., doing business as National
4    Gypsum Company, and duly sworn, was taken in the
5    above-styled and numbered cause on the 3rd day of
6    February, 2012, from 9:14 a.m. to 3:53 p.m., before
7    Susan Eddins Brown, CSR in and for the State of Texas,
8    reported by machine shorthand, at the law offices of
9    Morgan, Lewis & Bockius, LLP, 1717 Main Street, Suite
10   3200, Dallas, Texas 75201, pursuant to Notice, the
11   Federal Rules of Civil Procedure and the provisions
12   stated on the record or attached hereto.

4

1                        INDEX
2                                    PAGE
3    Appearances                      3
4    DAVID C. STRAUS, Ph.D.
5      Examination by Mr. Ayala    7, 134, 146, 150
6      Examination by Mr. Warwick   109, 144, 148
7
8    Signature and Changes           153
9    Reporter's Certificate          155
10
11                     EXHIBITS
12
     EXHIBIT
13   NUMBER    DESCRIPTION            IDENTIFIED
14
     Exhibit T - Notice of Deposition in Brincku case   13
15
     Exhibit U - Notice of Deposition in Brucker case   13
16
     Exhibit V - Report to Mr. Warwick regarding the
17        Brinku house              14
18   Exhibit W - Report to Mr. Warwick regarding the
          Retana house             15
19
     Exhibit X - Report to Mr. Warwick regarding the
20        Ravelo house             15
21   Exhibit Y - Report to Mr. Warwick on the
          Nutting house            15
22
     Exhibit Z - Expert Report of Dr. Straus    135
23
     Exhibit AA - Revised report to Mr. Warwick on
24        the Brucker house         15
25   Exhibit BB - Curriculum Vitae of Dr. Straus   13

3

1            A P P E A R A N C E S
2
     FOR THE PLAINTIFFS:
3
     VARNELL & WARWICK, P.A.
4    20 La Grande Boulevard
     The Villages, Florida 32159
5    352-753-8600
     352-753-8606
6    By: Brian W. Warwick, Esq.
         bwwarwick@aol.com
7
8    LANDSKRONER GRIECO MERRIMAN, LLC
     1360 West 9th Street
9    Suite 200
     Cleveland, Ohio 44113
10   216-522-9000
     By: Jack Landskroner, Esq.
11       jack@lgmlegal.com
12
13   FOR THE DEFENDANT New NGC., INC.,
     doing business as NATIONAL GYPSUM COMPANY:
14
     MORGAN, LEWIS & BOCKIUS, LLP
15   1701 Market Street
     Philadelphia, PA 19103-2921
16   215-963-5719
     215-963-5001
17   By: Thomas V. Ayala, Esq.
         tayala@morganlewis.com
18
19
20
21   ALSO PRESENT:
22   Mr. Phil Hall - Legal Video Specialist
23
24
25

5

1    Exhibit CC - Article from the Journal of Applied and
2        Environmental Microbiology, dated
         August 1991                47
3    Exhibit DD - Confidentiality Agreement, Brucker    78
4    Exhibit EE - Confidentiality Agreement, Brincku    79
5    Exhibit FF - Staff draft preliminary evaluation of
         drywall chamber test results reported
6        by the CPSC in October 2009     80
7    Exhibit GG - Document from www.ATCC.org
         referencing ATCC No. 55020      82
8
9    Exhibit HH - Article published in the Journal called
         Microbiology in 2007, authored by Birte
10       Meyer and Jan Kuevert, titled Molecular
         analysis of the distribution and
11       phylogeny of dissimilatory
         adenosine-5'-phosphosulfate
12       reductase-encoding genes (aprBA)
         among sulfur-oxidizing prokaryotes    88
13
14
15
16
17
18
19
20
21
22
23
24
25

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

6

1          P R O C E E D I N G S

2

3          THE VIDEOGRAPHER:  Today is Friday,

4  February 3rd, 2012.  We're located at the law office of

5  Morgan & Lewis in Dallas, Texas.  Our purpose is to take

6  the oral deposition of David Straus relative to the case

7  styled George Brinku and Brenda Brinku versus National

8  Gypsum Company, a Delaware corporation.

9          Counsel, at this time, would you please state

10  your individual appearances for the record?

11          MR. AYALA:  Good morning, Tom Ayala on

12  behalf of New NGC, Inc., doing business as National

13  Gypsum Company.

14          For the record, this deposition today of

15  Dr. Straus has been noticed in the case of George Brinku

16  and Brenda Brinku versus National Gypsum as well as the

17  case of Brucker versus Lowe's Home Centers and National

18  Gypsum Company.

19          MR. WARWICK:  Brian Warwick and

20  Jack Landskroner today on behalf of the Plaintiffs in

21  the case.

22          THE VIDEOGRAPHER:  Thank you.  The time

23  is 9:13 a.m.  It is -- our certified shorthand reporter

24  providing a stenographic transcript is Susan Brown.  My

25  name is Phil Hall of Accurate Evidence on behalf of

7

1  David Feldman.

2          Ms. Brown, would you please swear in the

3  witness.

4          DAVID C. STRAUS, Ph.D.,

5  having been first duly sworn, testified as follows:

6          THE VIDEOGRAPHER:  Again, the time is

7  9:14 a.m.  We're on the record.

8          EXAMINATION

9  BY MR. AYALA:

10      Q.  Good morning, Dr. Straus.

11      A.  Good morning.

12      Q.  My name is Tom Ayala.

13          We haven't met before, correct?

14      A.  Correct.

15      Q.  I am going to be asking a few questions today.

16          Have you given depositions before?

17      A.  Yes.

18      Q.  Just a couple of ground rules, I won't get

19  into them in too much detail since you're seasoned in

20  this process.

21          For the courtesy of the court reporter and

22  those reading the transcript, if you could just wait

23  until I finish asking my question before you answer and

24  I'll try to do the same.  Answer verbally, of course,

25  for the record.

8

1          If you don't understand a question, just tell

2  me.  I'll be happy to rephrase it.  And if you answer

3  it, I'll assume that you understood it.

4          Have you taken any medications today that you

5  believe may impair your ability to give accurate and

6  complete testimony?

7      A.  No.

8      Q.  Okay.  Any other reason you can think of as to

9  why you wouldn't be able to give accurate and complete

10  testimony?

11      A.  No.

12      Q.  Okay.  Approximately how many times have you

13  testified in depositions before, Dr. Straus?

14      A.  Depositions and court cases, this is my 50th.

15      Q.  Okay.  If you -- if you could, categorize at

16  a -- at a high level the subject matter of the

17  proceedings that you've been involved in as a -- as a

18  testifying expert in the past.

19      A.  If I could?

20      Q.  Yes, sir.

21      A.  You would like to know what subjects I

22  testified on.

23      Q.  Yes.

24      A.  The vast majority are mold cases.

25      Q.  Okay.  Any others?

9

1      A.  No.  There were -- there were a couple of food

2  poisoning cases at the beginning of my career doing

3  this, but 95 percent-plus has been mold cases.

4      Q.  Okay.  Dr. Straus, when -- when did you become

5  an expert in this case?  When were you retained by the

6  Plaintiffs in this case?

7      A.  To be honest with you, I don't recall exactly

8  the date, but it was -- it may have been six or

9  nine months ago, something like that.

10      Q.  Okay.

11      A.  I don't -- I don't remember the date.

12      Q.  Okay.  How is it that you became an expert,

13  sir?

14      A.  They asked me if I would.

15      Q.  Okay.  Who specifically?

16      A.  Mr. Warwick.

17      Q.  Okay.  Did you have discussions with

18  Dennis Hooper about becoming an expert in this case?

19      A.  Yes.

20      Q.  When did those occur?  Just -- I'm not trying

21  to have a memory game with you.

22      A.  Yes.  Six to nine months ago.

23      Q.  Okay.  And to the extent you recall, what

24  generally -- did he contact you?

25      A.  I think he told me he was involved in a -- a

3  (Pages 6 to 9)

10

1    drywall case, and they were looking for an expert, and
2    he asked me if I would be interested.  And I said, well,
3    you know, can't -- can't you get someone who's actually
4    done research in this field?  And he said -- he said
5    essentially that there aren't very many people.  And so
6    I said, well, I will certainly attempt to do that.
7        Q.  Yeah.  By the way, Dr. Straus, in the course
8    of your -- your consulting and testifying work on mold
9    cases and just experience analyzing mold, have you had
10   occasion to evaluate mold on drywall specifically?
11       A.  Yes.
12       Q.  Okay.  On how many occasions, ballpark?
13       A.  Well, let me -- can I -- I'll explain --
14       Q.  Of course.
15       A.  -- my answer.  Because drywall is made up
16   of -- it's a calcium sulfate sandwich with paper on the
17   outside, of course, if the drywall gets wet, mold is
18   going to grow on the paper, which, of course, is
19   cellulose.
20           So I would say the vast majority of the cases
21   that I've been involved with have involved wetted
22   drywall which mold has grown on.  I couldn't give you
23   the exact number.
24       Q.  Okay.  I understand.  And so I take it, sir,
25   prior to your involvement in this case, you -- you

11

1    wouldn't consider yourself as having specialized in
2    studying anaerobic bacteria or sulfate-reducing bacteria
3    or sulfur-oxidizing bacteria?
4           MR. WARWICK:  Object to the form.
5           MR. LANDSKRONER:  Objection.
6        A.  Well, Dr. Hooper and I wrote a paper in 2010.
7    That was my introduction to this topic.
8    BY MR. AYALA:
9        Q.  Okay.  Have you consulted with RealTime
10   Laboratories in the past?
11       A.  Yes.
12       Q.  And do you have a consulting arrangement with
13   them whereby you're compensated for giving advice or
14   analyzing samples?
15           MR. WARWICK:  Object to form.
16       A.  I have an -- I have an agreement with them,
17   yes.
18   BY MR. AYALA:
19       Q.  And I don't need to get into the details of
20   it.  I'm just trying to understand generally.
21           As a general matter, what is the nature of
22   your arrangement with them?
23       A.  Well, I met Dr. Hooper at a meeting in
24   Chicago, and I don't remember exactly when.  If my CV is
25   here, I can tell you, but it's been about five years

12

1    ago.  And he -- he knew I was an expert in the -- in the
2    field of mycotoxins and mycology, and he wanted to get
3    his company started in mycotoxins and mycology.  And so
4    he approached me and asked if I would not mind advising
5    him on the topic, and I'm always happy to help anybody
6    on any topic.  So that was where it began.  And then
7    every time he has a question on anything about
8    mycotoxins, he'll call me and ask me.
9           MR. AYALA:  I understand.  Let's go off
10   the record.
11          THE VIDEOGRAPHER:  We're off the record,
12   9:20 a.m.
13          (Off the record.)
14          (Exhibits T through BB marked.)
15          THE VIDEOGRAPHER:  We're back on the
16   record at 9:34 a.m.
17   BY MR. AYALA:
18       Q.  Okay.  Good morning, Dr. Straus.  For the
19   record, I'm going to be showing you some documents that
20   were previously marked yesterday at a deposition of
21   John Sam Sutton on behalf of RealTime Laboratories.  And
22   so to the extent that I refer to documents that have
23   been previously marked, that's what is happening.
24          Why don't we start with these two.  Now,
25   Dr. Straus, I'm showing you what's been marked as

13

1    Exhibits U and T.  And for the record, those are simply
2    notices of deposition in the Brinku action and the
3    Brucker action respectively.  You understand that?
4        A.  Yes.
5        Q.  Okay.  And you received those before today?
6        A.  Yes.
7        Q.  Okay.  And now, Dr. Strauss, I'm showing you
8    what's been marked as Exhibit BB, which -- do you
9    recognize this document?
10       A.  Yes.
11       Q.  Okay.  What is it?
12       A.  It's my CV.
13       Q.  And have you used -- have you referred to your
14   CV this morning to refresh your recollection with regard
15   to testimony that you gave earlier today?
16       A.  You mean regarding Dr. Hooper's meeting?
17       Q.  Yes, sir.
18       A.  Yes.
19       Q.  Okay.  And what would you like to add?
20       A.  Well, if you will look on page 23, Item 287, I
21   gave a talk in Chicago, The Role of Fungi in Sick
22   Building Syndrome, and that's where I first met
23   Dr. Hooper.  So it would have been six and a half years
24   ago, something like that.
25       Q.  Thanks for clarifying that.  Now, Dr. Straus,

4  (Pages 10 to 13)

14

1  I'm showing you what's been previously marked as
2  Exhibits C through H, which for the record are the
3  reports of RealTime Laboratories in connection with this
4  litigation.
5       Have you seen those reports before, sir,
6  Exhibits C through H?
7       A.  (Reviewing documents.)  I haven't seen these
8  specific ones, but I have seen copies of these.  So I
9  guess the answer to your question is yes.
10      Q.  Okay.  Thank you.  If you would, hold on to
11 those.  Dr. Straus, now I'm showing you what --
12 documents that have previously been marked as Exhibits V
13 through AA.  Dr. Straus, if you would, if you could go
14 through -- let's talk about V, Exhibit V.
15      Do you recognize this document, sir?
16      A.  Yes.
17      Q.  Okay.  What is it?
18      A.  It's the report that I wrote to Mr. Warwick
19 regarding the Brinku house.
20      Q.  Okay.  And a couple of pages in, David C.
21 Straus is signed.
22      That's your signature, right, sir?
23      A.  Yes.
24      Q.  Okay.  Let's identify Exhibit W for the
25 record, please.

15

1       A.  W is a report that I wrote to Mr. Warwick
2  regarding the Retana house.
3       Q.  Okay.  And you signed that report as well,
4  correct?
5       A.  Yes.
6       Q.  Okay.  Let's identify Exhibit X, please.
7       A.  X is a report that I wrote to Mr. Warwick
8  regarding the Ravelo house.
9       Q.  Okay.  And you signed that as well?
10      A.  Yes.
11      Q.  Let's identify Y, please.
12      A.  Y is a report that I wrote to Mr. Warwick on
13 the Nutting house.
14      Q.  And you signed that report as well?
15      A.  Yes.
16      Q.  I know there are a lot of documents.
17      How about Exhibit C, can you identify that?
18      A.  Exhibit C is a report that I wrote to
19 Mr. Warwick on the Brucker house.
20      Q.  Okay.  And you signed that report as well?
21      A.  Yes.
22      Q.  And then Exhibit double -- AA?
23      A.  Yes.  This is a report that I wrote to
24 Mr. Warwick which was a revised report on the Brucker
25 house.

16

1       Q.  Okay.  And you signed that as well?
2       A.  Yes.
3       Q.  Now, Dr. Straus, in Exhibits V through AA,
4  your reports for -- in connection with this litigation,
5  you summarized test methodologies and results performed
6  by RealTime Laboratories, correct?
7       A.  Correct.
8       Q.  Okay.  Was the basis for your summary of the
9  test results and -- and the testing methodologies simply
10 your review of RealTime Laboratories' reports for the
11 litigation?
12      A.  Yes.
13      MR. WARWICK:  Object to form.
14 BY MR. AYALA:
15      Q.  Okay.  Dr. Straus, did -- did you personally
16 conduct any of the testing that -- that is discussed in
17 the RealTime Laboratory reports for the litigation at --
18 and -- and your reports as well?
19      A.  No.
20      Q.  Okay.  Did you witness any of that testing?
21      A.  No.
22      Q.  Okay.  Dr. Straus, I think you mentioned
23 before, please correct me if I'm wrong, you described
24 yourself as a mycologist?
25      A.  Well, the overall term is a microbiologist.

17

1       Q.  Okay.
2       A.  But my research in the last 15 years or so has
3  focused on mycology.
4       Q.  Okay.  What is a "microbiologist," sir?
5       A.  A microbiologist is not a small microbiologist.
6  What it means is, is microbiologists use microscopes to
7  look at small things.
8       Q.  And among those small things that
9  microbiologists look at are microorganisms, right?
10      A.  Yes.
11      Q.  And among those microorganisms are bacteria,
12 correct?
13      A.  Correct.
14      Q.  Bacteria -- what are "bacteria"?
15      A.  Bacteria are single-celled organisms that are
16 alive, and we call them "prokaryotes," which means they
17 don't have a true nucleus.
18      Q.  Approximately how many different types of
19 bacteria are there?  Give your best estimate.
20      A.  Well, I don't imagine that anyone knows for
21 sure.  But there are 100,000 different species of fungi,
22 and I would guess easily in the millions.
23      Q.  Are bacteria ubiquitous in the environment?
24      A.  Yes.
25      Q.  Are they in this room with us right now?

5  (Pages 14 to 17)

18

1    A.  Yes.
2    **Q.  Can bacteria be airborne?**
3    A.  Yes.
4    **Q.  And they can exist on a speck of dust.**
5        MR. WARWICK:  Object to form.
6    A.  Yes.
7  BY MR. AYALA:
8    **Q.  Dr. Straus, what -- how do you define the term**
9  **"sulfate-reducing bacteria"?**
10   A.  It's a type of organism in a group that is
11  capable of reducing and/or oxidizing sulfates.
12   **Q.  And Dr. Straus, how do you define the term**
13  **"sulfur-reducing bacteria"?**
14   A.  Well, sulfur-reducing bacteria is really just
15  essentially the same thing as sulfate-reducing bacteria.
16  It refers to the same organisms.
17   **Q.  Okay.  How do you define the term**
18  **"sulfur-oxidizing bacteria"?**
19   A.  Those are bacteria that are capable of either
20  oxidizing or reducing sulfate and sulfur.  Usually
21  the -- sulfur and sulfate are used interchangeably.
22  These organisms have enzymes that allow them to oxidize
23  things and reduce things depending -- enzymes can go
24  either way depending on what substrate they're involved
25  with -- the conditions around them.

19

1    **Q.  Would one of those enzymes be the APS**
2  **reductase?**
3    A.  The APS reductase would be an example of -- of
4  an enzyme that is present in sulfate-reducing bacteria
5  or sulfur-reducing bacteria, using the terms
6  interchangeably.
7    **Q.  Okay.  Would it be accurate to say that the**
8  **APS reductase is also an enzyme that is found in**
9  **sulfur-oxidizing bacteria?**
10   A.  I'm not sure that I read anything that says
11  that it is.
12   **Q.  Okay.**
13   A.  It certainly is found in sulfate-reducing
14  bacteria, but I haven't seen anything where it says that
15  it's in the organisms that can oxidize.
16   **Q.  Okay.**
17   A.  But I wouldn't be surprised if it isn't there
18  because, as I say, they have enzyme pathways where they
19  can be back and forth between various substrates.
20   **Q.  You said you wouldn't be surprised?**
21   A.  I wouldn't be surprised, but I have not seen
22  anything in the literature that says this enzyme is
23  found in sulfur-oxidizing bacteria.
24   **Q.  In your mind, do you classify sulfur-oxidizing**
25  **bacteria and sulfur-reducing bacteria as different**

20

1  **classes of bacteria?**
2    A.  No.  I classify them as all as -- it's a catch
3  phrase, because much more work has been done on
4  sulfur-reducing bacteria than their oxidation processes.
5  So there is much more known about the reduction process.
6  So I just classify all of them under sulfate- or
7  sulfur-reducing bacteria, but knowing, of course, that
8  any of these organisms can indeed oxidize sulfur or
9  sulfate and sulfides.  I use -- as I say, I use "SRB"
10  for a catch phrase for all the organisms that we talk
11  about in the paper.
12   **Q.  Okay.  And -- and I'm just trying to**
13  **understand what do you -- what is the basis for your**
14  **understanding -- start here.**
15       **What is the basis for your understanding that**
16  **sulfur-reducing bacteria not only reduced sulfur but**
17  **also oxidize it?**
18   A.  Well, the -- the organisms have pathways that
19  allow them to go back and forth, enzyme pathways.  But
20  they'll have major pathways based upon what is -- what
21  is present in their environment.  And so they'll --
22  they'll most commonly go in one direction based on the
23  compound or what their environment.  But they may very
24  well have enzymes that allow them to go in the other
25  direction, but because the environment doesn't allow

21

1  that to happen, that enzyme is never induced.
2    **Q.  When you began thinking about sulfate-reducing**
3  **bacteria, which, I take it, was around the first time**
4  **when you started working on the Hooper paper -- I'll**
5  **call -- we'll call it the "Hooper paper."**
6    A.  Okay.
7    **Q.  Okay.  So you when you first began thinking**
8  **about sulfate-reducing bacteria, what references did you**
9  **go to, to understand their taxonomy?  Let's start there.**
10   A.  I brought -- I brought the references with me.
11   **Q.  Okay.  Great.  Let's talk about that.**
12       MR. AYALA:  Maybe we should just go off
13  the record for a minute.
14       MR. WARWICK:  Yeah.  I mean, do you want
15  to ask him about -- let's go off the record.
16       THE VIDEOGRAPHER:  We're off the record
17  at 9:49 a.m.
18       (Off the record.)
19       THE VIDEOGRAPHER:  We're back on the
20  record at 10:03 a.m.
21  BY MR. AYALA:
22   **Q.  Okay.  Dr. Straus, we were talking about what**
23  **references you've relied on in forming your opinions**
24  **about sulfur-reducing bacteria, correct?**
25   A.  Correct.

6  (Pages 18 to 21)

22

1  Q.  Okay.  And -- and for the record, you've --
2  you've got on the table here -- you've brought your
3  references with you to the deposition, correct?
4  A.  Correct.
5  Q.  And for the record, I'll estimate it's a stack
6  of documents about eight inches high, fair?
7  A.  Correct.
8  Q.  And a list of those references that you
9  brought today to the deposition -- let me say it this
10 way.
11      A complete list of those references is not
12 included in your expert reports for the litigation,
13 correct?
14 A.  Correct.
15 Q.  Okay.  All right.  So -- I haven't had a
16 chance to digest all of those references given that I
17 just learned of them today at the deposition.  But let's
18 see what we can do.
19     So we were talking about sulfate-reducing
20 bacteria.
21     Would you agree that sulfate reducing --
22 sulfate-reducing bacteria are anaerobic bacteria?
23 A.  Yes.  For the most part, yes.
24 Q.  What does that mean to be an "anaerobic
25 bacteria"?

23

1  A.  It means that -- that in the presence of
2  oxygen, it can't multiply.
3  Q.  And, in fact, oxygen is toxic to an anaerobic
4  bacteria, correct?
5  A.  That's what makes them not be able to
6  multiply.
7  Q.  Most sulfate-reducing bacteria are strict
8  anaerobes, correct?
9  A.  Yes.
10 Q.  Okay.  And what does that term, "strict
11 anaerobes" mean to you?
12 A.  Well, there are some organisms that we call
13 "facultative anaerobes," and that means that they can --
14 they can grow in the presence of small amounts of
15 oxygen.  A "strict anaerobe" means it can't tolerate any
16 oxygen.
17 Q.  Okay.  A sulfate-reducing bacteria -- by the
18 way, when we use the term "sulfate-reducing bacteria,"
19 in your mind, that's synonymous with sulfur-reducing
20 bacteria, correct?
21 A.  Correct.
22 Q.  And it's synonymous with SRB?
23 A.  Correct.
24 Q.  Okay.  So sulfate-reducing bacteria are
25 ubiquitous in the environment?

24

1      MR. WARWICK:  Object to form.
2  A.  Is that a question?
3  BY MR. AYALA:
4  Q.  That's a question.
5  A.  Okay.  Yes.
6  Q.  Can you tell us what their optimal temperature
7  range is for growth?
8      MR. WARWICK:  Object to form.  "Their"
9  being what bacteria?
10     MR. AYALA:  Sulfate-reducing bacteria.
11 A.  I don't -- I don't know.  There are thousands
12 of different sulfate-reducing bacteria, and I'm sure
13 they all have different optimal temperatures of growth.
14 My guess would be that they have a wide range of
15 temperatures which they like to grow at because, once
16 again, there are thousands of them.
17 BY MR. AYALA:
18 Q.  So some sulfate-reducing bacteria are
19 mesophiles; is that correct?
20 A.  "Mesophiles" meaning liking a temperate
21 temperature, yes, I would guess so.
22 Q.  Okay.
23 A.  I don't think all -- many, many thousands of
24 SRBs have been characterized.  Since there are so many,
25 we probably only know about the properties of just a

25

1  few.
2  Q.  Would you agree it's -- it's difficult to
3  speak in absolute terms when you're talking about
4  bacteria?
5      MR. LANDSKRONER:  Objection, form.
6  A.  That's an incredibly broad statement because
7  you have to define what an "absolute term" means.  I
8  mean, I'm a microbiologist.  I have been a
9  microbiologist for 42 years.  And there are many, many
10 different types of bacteria that have many, many
11 different types of properties.
12 BY MR. AYALA:
13 Q.  That's fine.  Do you agree that
14 sulfate-reducing bacteria grow in liquid water?
15     MR. WARWICK:  Object to form.
16 A.  When you say "grow," is there anything else in
17 the water to provide a food source via your statement?
18 BY MR. AYALA:
19 Q.  Well, let me ask it this way.
20     Is liquid water one of the necessary
21 requirements for sulfate-reducing bacteria to grow?
22 A.  They require water, yes.
23 Q.  Okay.  Sulfate-reducing bacteria require an
24 organic carbon source?
25 A.  Or food source, yes.

7  (Pages 22 to 25)

26

1    Q.   What could the food sources be?
2    A.   Anything organic, which means that it has a
3  carbon molecule in it.
4    Q.   What does the term "bioavailable organic
5  carbon" mean to you?
6    A.   Well, to me it means organic carbon that is
7  available to be used by a biological entity.
8    Q.   Dr. Straus, what's your understanding of where
9  sulfate-reducing bacteria -- let me strike that.
10    Dr. Straus, what does it mean to reduce
11  sulfur?
12    MR. WARWICK:  Object to form.
13    A.   Well, when something is reduced -- there are
14  three ways to reduce things.  You can do it by electron
15  transfer, by oxygen transfer, or hydrogen transfer.
16  BY MR. AYALA:
17    Q.   Okay.  When a sulfate-reducing bacteria
18  reduces sulfur, how does that occur?
19    A.   Well, it -- like I said, it can -- it can do
20  it by electronic transfer, by oxygen transfer, or by
21  hydrogen transfer.  Say, for example, if a
22  sulfate-reducing bacterium takes sulfate to hydrogen
23  sulfide, it would -- it would add two -- two hydrogens
24  to it.  It would add hydrogens.
25    Q.   Could you say that again?  I didn't follow

27

1  that.
2    A.   If you're going to produce hydrogen sulfide,
3  you have to add hydrogens to it.
4    Q.   To what?
5    A.   To -- to the sulfate -- I'm sorry -- to the
6  sulfur.  You have to add it to the sulfur to get
7  hydrogen sulfide.
8    Q.   In order to get hydrogen sulfide from sulfate,
9  do sulfate-reducing bacterium --
10    A.   If you reduce it, you take the oxygen away,
11  too.  Remember, I told you there's three pathways.
12    Q.   When a sulfate-reducing bacteria reduces
13  sulfate to hydrogen sulfide, does it take electrons from
14  the sulfate?
15    A.   I have to write that down.  Okay.
16    Say that again, taking sulfate to sulfide,
17  right?
18    Q.   Yes.
19    A.   Okay.  So it gains an electron.
20    Q.   What gains an electron?
21    A.   The H2S.
22    Q.   What happens to the sulfate with respect to
23  this electron?
24    A.   It's reduced.
25    Q.   So it loses electrons?

28

1    A.   The reduction -- the reduction is a gain of an
2  electron.  If you reduce something, it gains an
3  electron.
4    Q.   Okay.  What is the chemical way to write
5  sulfur in its most reduced form?
6    A.   In its most reduced form?
7    Q.   Uh-huh.
8    A.   I imagine, and I'm -- and I'm not sure of this
9  because I'm not a chemist, but I imagine it would be S
10  minus 2 would be my guess.  But as I say, I'm not a
11  chemist and that could be incorrect.
12    Q.   Okay.  What does the term "oxidize" mean to
13  you, sir?
14    A.   What does it mean, or what does it mean to me?
15    Q.   What does it mean?
16    A.   When you oxidize something, you -- it gains
17  oxygen.
18    Q.   Okay.  And does your own meaning of "oxidize"
19  differ from the meaning you just described?
20    A.   No.
21    Q.   Okay.  Is it accurate to say that
22  sulfur-oxidizing bacteria are aerobic bacteria?
23    A.   Yes.
24    Q.   Okay.  And what is -- what does the term
25  "aerobic bacteria" mean?

29

1    A.   It just means that -- well, if they are
2  facultative aerobes, it means that it must have oxygen.
3  If they are a strict aerobe, it means that they
4  absolutely have to have oxygen.  If they are facultative
5  aerobe, it means they can grow in the presence of oxygen
6  or very -- I'm sorry, very small amounts of oxygen or no
7  oxygen.
8    Q.   Now, Dr. Straus, you mentioned that you used a
9  term "sulfate-reducing bacteria" to lump together both
10  sulfur-reducing bacteria and sulfur-oxidizing bacteria;
11  is that right?
12    A.   That's right.
13    Q.   Okay.  In any of the literature that you
14  brought with you today, does -- does any of that
15  literature similarly lump the terms "sulfate-reducing
16  bacteria" and "sulfur-oxidizing bacteria" together under
17  one classification?
18    A.   No, I don't think so.
19    Q.   Are you aware of any microbiology textbooks
20  that lump the term "SRB" -- strike that.
21    Are you aware of any microbiology texts that
22  use the term "SRB" to apply not only to sulfate-reducing
23  bacteria but also to sulfur-oxidizing bacteria?
24    A.   I haven't looked at any textbooks regarding
25  this topics.

8  (Pages 26 to 29)

30

1    Q.  Are you aware of any peer-reviewed literature
2  that uses the term "SRB" to apply not only to
3  sulfate-reducing bacteria but also to sulfur-oxidizing
4  bacteria?
5    A.  No.
6    Q.  So as far as you know, you're the first
7  microbiologist to use the term "SRB" to apply not only
8  to sulfate-reducing bacteria but also to
9  sulfur-oxidizing bacteria?
10       MR. WARWICK:  Object to form.
11    A.  I don't know if I'm the first.  I mean, I'm
12  just doing it as a catchall.  It's not -- not supposed
13  to identify one organism versus another.  I just lump
14  them all together as I -- as I was learning their
15  characteristics.
16  BY MR. AYALA:
17    Q.  And in your expert reports for the litigation,
18  you used the term "SRB" to lump together
19  sulfate-reducing bacteria and sulfur-oxidizing bacteria,
20  correct?
21    A.  Yes, correct.
22    Q.  I mean, can you see how that would be
23  confusing to a reader?
24    A.  Yes, I can.
25    Q.  Then why did you do it?

31

1    A.  It's just what I did as I was learning these
2  organisms.
3    Q.  Okay.  Now, your -- your understanding and
4  knowledge of sulfate-reducing bacteria and
5  sulfur-oxidizing bacteria continues to evolve as you
6  continue to read, correct?
7    A.  Correct.
8    Q.  Okay.  Now, Dr. Straus, based on your
9  experience and -- and your review of the literature and
10  your -- and your education -- well, strike that.
11       Based on your review of the literature, and
12  specifically the literature you brought here today, does
13  the literature identify any sulfur-oxidizing bacteria
14  that is capable of reducing sulfur to sulfide?
15    A.  The literature identifies iron-oxidizing
16  organisms that do that.
17    Q.  Okay.  Does it identify a particular
18  iron-oxidizing organism that does that?
19    A.  Yes.
20    Q.  Okay.  What is that organism, sir?
21    A.  I'll have to look it up.
22    Q.  Oh, sure, of course.
23    A.  (Reviewing document.)  The organism is called
24  "strain TI-1," an iron-oxidizing bacterium producing
25  hydrogen and sulfide.  And so it's obvious that

32

1  iron-oxidizing bacteria have pathways that can produce
2  hydrogen sulfide.
3    Q.  Okay.  So -- but what you've done when you
4  made that statement just now is you have relied on a --
5  a single article that discusses a single bacterium
6  strain, and then you've -- you've drawn an inference
7  with respect to a broader class of bacteria; is that
8  right?
9    A.  Well, I'm just saying that iron-oxidizing
10  bacteria -- if one can do it, then other organisms may
11  have the same pathway.  It's just maybe that no one has
12  shown it yet.
13    Q.  Okay.  But it's not -- but if one can -- if
14  one iron-oxidizing bacterium is capable of reducing --
15  of -- strike that.
16       If one iron-oxidizing bacterium is capable of
17  producing hydrogen sulfide under certain circumstances,
18  it does not necessarily follow that all other
19  iron-oxidizing bacteria are capable of producing H2S,
20  correct?
21    A.  That's correct.  And it also follows that all
22  the other ones may be.  It just may be that no one has
23  shown it yet.
24    Q.  Okay.  And it also follows that there -- there
25  are -- is a wide range of ecological requirements that

33

1  can vary among a class of iron-oxidizing bacteria,
2  correct?
3    A.  I would have to say that's correct, yes.
4    Q.  Okay.  And in reality, the scientific
5  community simply hasn't yet understood how the various
6  iron-oxidizing bacteria may be capable of producing H2S,
7  correct?
8       MR. WARWICK:  Object to form.
9    A.  Well, I -- I would say since I haven't found
10  anything else in the literature, that may be true,
11  correct.
12  BY MR. AYALA:
13    Q.  Okay.  Now --
14       MR. AYALA:  Can we just go off the record
15  for a minute?  I want to take three minutes to just try
16  to read this.  Okay?
17       THE VIDEOGRAPHER:  We're off the record
18  at 10:25 a.m.
19       (Off the record.)
20       THE VIDEOGRAPHER:  We're back on the
21  record at 10:34 a.m.
22  BY MR. AYALA:
23    Q.  Okay, Dr. Straus, could you identify the --
24  the article that you're relying on for the record,
25  please, just the title of the article?

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

34

1    A.  The title of the article is Production of
2  hydrogen sulfide by a moderately thermophilic
3  iron-oxidizing bacterium strain, TI-1.
4    **Q.  Okay.  Dr. Straus, would you agree that the**
5  **organism that is the subject of the study you just**
6  **mentioned, strain TI-1, is not identified in any of the**
7  **RealTime Lab reports in Exhibits C through H in this**
8  **litigation, correct?**
9    A.  Correct.
10    **Q.  Okay.  Now, with respect to strain TI-1, the**
11  **optimal -- the optimal pH for its growth is 2.2,**
12  **correct?**
13    A.  It'll take me a moment to find it.
14    **Q.  Sure.**
15    A.  (Reviewing document.)  It says "under acidic
16  conditions," and pH of 2 would certainly be acidic
17  conditions.
18    **Q.  Okay.  With respect to strain TI-1, the**
19  **optimal temperature for its growth is 48 degrees**
20  **Celsius, correct?**
21    A.  Once again, it'll take me a moment.
22    **Q.  Sure.  I think it's on the first page, sir.**
23    A.  Well, actually it's on the second page.  And
24  the temperature for the optimal production of H2S -- is
25  this what you mean or you mean growth?

35

1    **Q.  I just meant growth.**
2    MR. WARWICK:  Just to clarify today, when
3  you're saying "growth," are you meaning living as
4  opposed to multiplying or do you -- do you see what I'm
5  saying?  Bacteria can be present and alive but not
6  growing.  So just so we're clear on the record, when you
7  say is it -- what do you mean?
8    MR. AYALA:  Well, if you want to question
9  him afterwards --
10    MR. WARWICK:  No.  I'm trying to say so
11  that we're clear when he is answering your question.  If
12  you're intending to say "growth," as opposed to can it
13  survive in that environment, I think we should just be
14  clear on the record so that -- if you intended to ask
15  for growth, then it's multiplication of the cells and
16  that's one thing.  If you intend it to mean can it
17  survive in that environment, it's different.  I just
18  want the record to be clear.
19    THE WITNESS:  Okay.  I'll try to clarify.
20  And indeed you're correct.  The optimal temperature for
21  growth is 48 degrees centigrade.
22  BY MR. AYALA:
23    **Q.  Would you agree that it's highly unlikely for**
24  **a habitable home to have temperatures of 48 degrees**
25  **Celsius inside?**

36

1    A.  Well, I'm -- I agree with -- with that
2  statement, but you have to understand that the optimal
3  temperature for growth doesn't mean that it can't grow
4  at other temperatures.  It just means that it grows best
5  at that temperature.  So on either side of that
6  particular curve, it could still be growing at
7  temperatures found inside of the house.
8    **Q.  Okay.  What -- would you expect the rate of**
9  **growth of a particular microorganism to be the same**
10  **outside of the optimal temperature range as it would be**
11  **inside the optimal temperature range?**
12    A.  When you say "inside," you mean at the optimal
13  temperature, because you're talking about the optimal
14  temperature and then you said range.  And they're two
15  entirely different things.
16    **Q.  Okay.  I'll ask it this way.**
17    A.  Okay.
18    **Q.  Would you expect the rate of growth of a**
19  **microorganism to be the same at its optimal temperature**
20  **as it would be at some other temperature?**
21    A.  No.  Because by definition, the "optimal
22  temperature for growth" means the temperature at which
23  it grows optimally.  But as I say, it doesn't mean that
24  it doesn't grow at temperatures on either side of the
25  optimal temperatures.  It just means that that's its

37

1  best.
2    **Q.  Okay.  So let me give you an example.**
3    **Sitting here today, Dr. Straus, can you**
4  **identify the rate of growth of the SI -- sorry -- of the**
5  **TI-1 strain at 20 degrees Celsius?**
6    A.  Can I identify it?
7    **Q.  Yes.**
8    A.  (Reviewing document.)  No.  It doesn't look
9  like they gave me that information.
10    **Q.  Okay.  Now, the T-1 strain produced H2S at a**
11  **pH of 1.8; is that correct?**
12    A.  Yes.
13    **Q.  And before the TI-1 strain produced H2S, it**
14  **was first grown in a medium; is that right?**
15    A.  Yes.
16    **Q.  By the way, according to the article,**
17  **sulfate-reducing bacteria do not produce hydrogen**
18  **sulfide at an acidic pH.  Do you see that?**
19    A.  Sulfate-reducing bacteria -- say that again,
20  please.
21    **Q.  Sulfate-reducing bacteria do not produce**
22  **hydrogen sulfide at an acidic pH.**
23    A.  Yes.  That's what the article says.
24    **Q.  And have you done any testing to refute that**
25  **statement?**

10  (Pages 34 to 37)

38

1      A.  No.
2      Q.  Have you seen anything in the literature that
3   would give you a basis to disagree with that statement?
4      A.  No.
5      Q.  Do you disagree with that statement?
6      A.  Based on what I read here, no.
7      Q.  Okay.  Now, back to the T-1 strain, we
8   talked -- we talked about how it was grown in a medium.
9   More specifically, the T-1 strain was grown in a -- in a
10  culture medium for four days at 55 degrees Celsius,
11  correct?
12     A.  Correct.
13     Q.  Okay.  And you would agree that it's highly
14  unlikely that a habitable home would have temperatures
15  of 55 degrees Celsius inside?
16          MR. WARWICK:  Object to form.
17     A.  Correct -- or I agree.
18  BY MR. AYALA:
19     Q.  That would be very uncomfortable for humans to
20  live at 55 degrees Celsius, correct?
21          MR. LANDSKRONER:  Object.
22     A.  Correct.
23  BY MR. AYALA:
24     Q.  And finally with respect to the T-1 strain
25  discussed in the article, elemental sulfur was added to

39

1   the medium.  Do you see that?
2      A.  Yes.
3      Q.  Okay.  Dr. Straus, have you done any testing
4   to identify the pH of -- of drywall samples?
5      A.  No.
6      Q.  Okay.  Putting aside the strain T-1 that we
7   just discussed from -- from the article you brought,
8   have you identified any other iron- or sulfur-oxidizing
9   bacteria in the literature that you believe are capable
10  of producing hydrogen sulfide?
11     A.  Can I have a moment?
12     Q.  Sure.
13     A.  Thank you.  (Reviewing document.)  Yes.
14     Q.  Okay.
15     A.  I found another paper.
16     Q.  Okay.  So for the record, the paper that you
17  just handed me, Dr. Straus, is an article from the
18  Journal of Bioscience and Bioengineering.  It's titled
19  Production of hydrogen sulfide from tetrathionate by the
20  iron oxidizing bacterium Thiobacillus ferrooxidans,
21  NASF-1.  The authors are Yong, Kamimura and Sugio, dated
22  May 23rd, 2000.
23          Now, would you agree, Dr. Straus, that the
24  iron-oxidizing bacterium discussed in the article I just
25  described is an organism called "Thiobacillus

40

1   ferrooxidans"?
2      A.  Yes, I would.
3      Q.  And that organism is the only organism that is
4   the subject of that paper, correct?
5      A.  Correct.
6      Q.  Okay.  Would you agree that RealTime
7   Laboratories' testing has not identified any detectable
8   Thiobacillus ferrooxidans bacteria in the Plaintiffs'
9   drywall samples?
10     A.  Correct.
11     Q.  And taking at face value the article, which I
12  haven't had a chance to read, the article, I take it,
13  stands for the proposition that the organism
14  Thiobacillus ferrooxidans can under certain
15  circumstances produce hydrogen sulfide; is that correct?
16     A.  Correct.
17     Q.  Okay.  Now, it does not necessarily follow,
18  Dr. Straus, that just because T. ferrooxidans can
19  generate hydrogen sulfide under certain circumstances,
20  that other species of iron-oxidizing bacteria can also
21  generate hydrogen sulfide, does it?
22     A.  I would say it doesn't mean in that it does,
23  and it doesn't mean that it doesn't.
24     Q.  Okay.
25     A.  The experiments just haven't been done.  I

41

1   will say that looking at the RealTime Laboratory
2   reports, they did identify another organism which is
3   related to this one.
4      Q.  Okay.
5      A.  They did isolate a Thiobacillus thiooxidans
6   in -- in the Brinku house.
7      Q.  Okay.  And am I correct that they reported
8   identifying Thiobacillus thiooxidans in a single sample
9   of drywall from the Brinku house, correct?
10     A.  Correct.
11     Q.  Now, when you say that Thiobacillus
12  thiooxidans is related to Thiobacillus ferrooxidans,
13  what do you mean by that?
14     A.  They belong to the same genus.
15     Q.  Do you mean that -- do all iron-oxidizing
16  bacteria relate to the same genus?
17     A.  No.  What this means is, is that these both
18  belong to the same genus, and the genus is Thiobacillus.
19  There are many different genera of bacteria, probably
20  thousands.
21     Q.  Okay.  Now, just because -- would you agree
22  that just because a paper has identified Thiobacillus
23  ferrooxidans as capable of producing hydrogen sulfide
24  under certain circumstances, it does not necessarily
25  follow that other bacteria falling within the genus of

11  (Pages 38 to 41)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

42

1  Thiobacillus necessarily can produce hydrogen sulfide?
2      A.  Once again, it doesn't mean that it does and
3  it doesn't mean that it doesn't.  What it means is
4  people haven't studied it yet.
5      Q.  Okay.  Now, with -- with respect to the
6  conditions -- back to the -- back to the paper.
7          Are you okay?
8      A.  Sure.
9      Q.  Back to the paper -- I'm sorry, what's the --
10  what's the title of the paper?
11      A.  The title of the paper is Production of
12  hydrogen sulfide from tetrathionate by the
13  iron-oxidizing bacterium Thiobacillus ferrooxidans
14  NASF-1.
15      Q.  Okay.  Who's the first author?
16      A.  The first author is a man -- I don't know if
17  it's a man or not -- but the author is Kim Yong, and
18  then Ng, and I don't know how to pronounce that.
19      Q.  Okay.  And -- and the date of publication?
20      A.  The date of publication is 2000.
21      Q.  Okay.  Can we just agree for -- to facilitate
22  our discussion to call this article "NG 2010"?
23      A.  Sure.
24      Q.  Okay.  So the NG 2010 article --
25      A.  No.  I'm sorry.  It's 2000, not 2010.

43

1      Q.  Oh, okay.  Thank you for that clarification.
2      A.  Sure.
3      Q.  We'll call it the "NG 2000 article."  Okay?
4          Now, as reported in the NG 2000 article --
5  well, first of all, Thiobacillus ferrooxidans is an
6  aerobic bacteria, correct?
7      A.  Give me a moment.  I have to look and see if
8  it's got characteristics here.  (Reviewing document.)
9          Did you say it was an aerobic?
10      Q.  Yes, sir.
11      A.  All right.  Well --
12      Q.  I asked.
13      A.  Okay.  And the truth of the matter is these
14  experiments were done under anaerobic conditions.  So
15  it -- it can't be a strict aerobic if it grows
16  anaerobically.
17      Q.  Okay.  So I take it -- am I correct that the
18  Thiobacillus ferrooxidans referred to in the NG 2000
19  article was reported to have produced hydrogen sulfide
20  at a pH of 1.5?
21      A.  That's correct.
22      Q.  Okay.  And before the Thiobacillus
23  ferrooxidans reportedly produced hydrogen sulfide, it
24  was grown in a culture medium under aerobic conditions,
25  correct?

44

1      A.  I'll have to look.
2          Did you ask me before it produces hydrogen
3  sulfide, it was grown aerobically?
4      Q.  Yes, sir.
5      A.  Okay.  I'll have to -- once again, I'll have
6  to look.
7      Q.  Sure.
8      A.  (Reviewing document.)  Before it produced it,
9  not while it's producing it.
10      Q.  Correct.
11      A.  Correct.  Okay.  Before -- because they don't
12  make that clear.  (Reviewing document.)  Because it
13  produces H2S under anaerobic conditions -- yes, yes.
14  You're right.  I found it.
15      Q.  Okay.
16      A.  Under aerobic conditions, yes.
17      Q.  Okay.  And the aerobic conditions under which
18  T. ferrooxidans was grown in a culture medium also had a
19  pH of 2.5; is that correct?
20      A.  Correct.  When it was grown under anaerobic
21  conditions.  I'm sorry.  I'm sorry.  When it was grown
22  under aerobic conditions.
23      Q.  And am I correct that after the
24  T. ferrooxidans was grown under aerobic conditions at a
25  pH of 2.5, it was then incubated under anaerobic

45

1  conditions; is that right?
2      A.  Yes.
3      Q.  And when it -- when it was incubated under
4  anaerobic conditions, elemental sulfur was added to the
5  medium; is that correct?
6      A.  I do not see where they say they added
7  elemental sulfur.  (Reviewing document.)  No, I don't
8  see that.
9      Q.  If you could, look on the -- maybe I saw it on
10  the -- on the very top of the first page.
11      A.  In the abstract or in the introduction?
12      Q.  I think in the abstract.
13      A.  In the abstract?  It mentions elemental
14  sulfur, but it -- it's -- the elemental -- an enzyme
15  produces elemental sulfur.  So I don't see where
16  elemental sulfur is added.  Now, it may be here, but I
17  don't see it.  I'm happy to hand it back to you if you
18  would like to see it again.
19      Q.  I'll just take a quick look.
20      A.  Sure.  It does mention elemental sulfur, but
21  an enzyme produces it.
22      Q.  Okay.  Well, whatever it says, it says.  We
23  don't have time to read through it now.
24          Okay.  Dr. Straus, would -- would you agree
25  that you haven't found any literature that reports on

12  (Pages 42 to 45)

46

1 any of the five specific organisms that were targeted by
2 RealTime Laboratories in the litigation as being capable
3 of producing hydrogen sulfide?
4     A.  I have not.
5     Q.  And you're not aware of any testing outside of
6 the literature that demonstrates that any of the five
7 target organisms that RTL looked at are capable of -- or
8 have, in fact, produced hydrogen sulfide?
9     A.  I'm not aware of any, no.  Not at the present
10 time.
11    Q.  Let's talk about the bacterium called
12 Sulfobacillus thermosulfidooxidans.
13    A.  Okay.
14    Q.  Is that an aerobic bacteria?
15    A.  It's a sulfur-oxidizing bacterium, so yes.
16    Q.  Okay.  And would you describe it as a
17 acidophilic prokaryote?
18    A.  Yes.
19    Q.  Okay.  Now, in your reports, Dr. Straus, you
20 refer to another article called Rosnes, et al.  Maybe
21 I'll just get it out and mark it for you.  I'm sure you
22 have it in your pile.
23    A.  Okay.
24    Q.  But I actually -- you actually referenced that
25 in your report, so I did get a copy of it before the

47

1 deposition.
2         (Exhibit CC marked.)
3     Q.  Dr. Straus, I'm showing you what's been marked
4 as Exhibit CC, which -- take your time to look at it.
5 In the meantime, I'll just identify it for the record.
6 It's an article from the Journal of Applied and
7 Environmental Microbiology, dated August 1991, by an
8 author -- author's name Rosnes, R-O-S-N-E-S, et al.  And
9 it's entitled Spore-Forming Thermophilic
10 Sulfate-Reducing Bacteria Isolated from North Sea Oil
11 Field Waters.  Do you see that?
12    A.  Yes.
13    Q.  And this was -- Exhibit CC was one of the
14 references in your -- your expert reports for the
15 litigation, correct?
16    A.  Right.
17    Q.  Okay.  Am I correct that Exhibit CC reports on
18 a bacteria called Desulfotomaculum sp.?
19    A.  Yes.  And just for edification, the "sp"
20 stands for species.
21    Q.  Okay.  Thank you.  And according to the
22 article, the -- the bacterium was isolated from waters
23 that originated from porous rock formations two to four
24 kilometers below the sea floor in the Norwegian sector
25 of the North Sea; is that correct?

48

1     A.  Where are you reading that?
2     Q.  Under MATERIALS AND METHODS, sir, on the first
3 page.
4     A.  Okay.  That's correct.
5     Q.  And the temperatures at the sampling points
6 vary between 60 and 85 degrees Celsius, correct?
7     A.  Correct.
8     Q.  Okay.  Would you agree, Dr. Straus, that none
9 of the five organisms targeted by RealTime Laboratories
10 is part of the same genus as Desulfotomaculum?
11    A.  I believe that's correct, yes.
12    Q.  And just because an article reports on
13 Desulfotomaculum surviving in temperatures between 60
14 and 85 degrees Celsius, it does not follow that any
15 other species of bacteria would necessarily have
16 survived those circumstances, correct?
17        MR. WARWICK:  Object to form.
18    A.  The point I was trying to make was -- is that
19 some of these organisms produce spores.  And since many
20 of them have not been identified -- I mean, we -- we
21 don't know names of many of these organisms because no
22 one has ever worked with them -- that one -- one should
23 be careful because there might still be SRBs in a
24 product that you're producing that's a spore producer.
25 And you should take that into consideration.  That's the

49

1 only point that I was trying to make there.
2 BY MR. AYALA:
3     Q.  Okay.  And when you say some of these
4 organisms are spore-formers, you're not referring to any
5 organism in particular.
6     A.  Well, this organism in particular, but --
7 but --
8     Q.  For the record, though --
9     A.  -- there may be others.
10    Q.  Sure.
11    A.  And one should be aware.
12    Q.  Okay.
13    A.  That's really the only point that I was trying
14 to make.  There may be other sulfur-reducing bacteria in
15 whatever product you're producing, and there may be
16 spore formers there, and you need to be aware of the
17 possibility.
18    Q.  Okay.  And when you said this bacteria, you
19 meant the Desulfotomaculum?
20    A.  Correct.
21    Q.  Okay.  Dr. Straus, let's switch gears a bit.
22       Are you okay?  Do you want a break?
23    A.  I'm doing fine.
24    Q.  Okay.  You're doing well?
25    A.  Yeah.

13  (Pages 46 to 49)

50

1    Q.  RealTime Laboratories performed four testing
2  methodologies.
3       Are you aware of that, sir?
4    A.  Yes.
5    Q.  And specifically -- what I'm -- what I'm
6  specifically referring to is that RTL performed four
7  testing methodologies on the Plaintiffs' drywall samples
8  in this litigation, correct?
9    A.  Yes.
10    Q.  One of those methodologies was the Recommended
11  Practice 38 published by the American Petroleum
12  Institute, correct?
13    A.  Correct.
14    Q.  Why don't we look at that.  I'll offer it as
15  an exhibit.
16       MR. LANDSKRONER:  Wasn't that marked
17  yesterday?
18       MR. AYALA:  Actually, yes, it was.  It
19  was.  Thank you.  Here it is.
20       MR. LANDSKRONER:  Okay.
21  BY MR. AYALA:
22    Q.  Okay, Dr. Straus.  I'm showing you what's been
23  marked Exhibit K.  Just for the record, I'll identify it
24  as a document entitled API recommended practice for
25  biological analysis of subsurface injection waters.  And

51

1  it's dated December 1975.  Do you see that?
2    A.  Yes.
3    Q.  Okay.  Have you seen this document before,
4  sir?
5    A.  No.
6    Q.  Just on the face the document, this is a
7  standard -- strike that.
8       On the face of the document, it's a
9  recommended practice for biological analysis of
10  subsurface injection waters.  Do you see that?
11    A.  Yes.
12    Q.  Okay.  Are you aware of any peer-reviewed
13  literature that reports on the use of API 38 to analyze
14  drywall samples?
15    A.  To analyze drywall samples --
16    Q.  Yes, sir.
17    A.  -- in specificity, then no.
18    Q.  Okay.  Are you familiar at all with the
19  government's investigation of drywall in the United
20  States over the last few years?
21    A.  When -- when you say "drywall," are you
22  talking about domestic drywall or Chinese drywall?
23    Q.  Both.
24    A.  I -- I read things in the -- in the papers and
25  magazines and things like that.  So that's where I have

52

1  gotten most of my information.
2    Q.  Okay.  I gather from your response that you
3  haven't read every single report that this -- Consumer
4  Product Safety Commission or other agencies have
5  published on their investigation of any drywall in the
6  United States?
7    A.  Well, I did read the Consumer Protection
8  Service -- or Safety Agency -- or whatever it's called.
9  I did read that report, if that's the one you're
10  referring to.
11    Q.  Okay.  And I'll just represent that they've
12  actually -- the CPSC has published multiple reports
13  regarding its investigation of drywall.  The EPA has
14  published some, Florida Department of Health and some
15  national laboratories like Lawrence Berkley National Lab
16  and Sandia National Labs and the National Institute of
17  Standards and Technology as well.
18       Is it fair to say that you haven't read all of
19  those reports that I just mentioned?
20    A.  It's fair to say, yes.
21    Q.  Are you aware, sir, that the American
22  Petroleum Institute has actually withdrawn API RP-38 as
23  a recommended practice?
24    A.  I was not aware of that until I read
25  Dr. Little's report where she stated such.

53

1       MR. AYALA:  Okay.  Okay.  Let's take a
2  quick break.
3       THE VIDEOGRAPHER:  We're off the record
4  at 11:15 a.m.
5       (Recess taken.)
6       THE VIDEOGRAPHER:  We're on the record,
7  11:21 a.m.
8  BY MR. AYALA:
9    Q.  Dr. Straus, I have just handed you what's --
10  what's been previously marked as Exhibit O.
11       Do you recognize this document, sir?
12    A.  Yes.
13    Q.  And what is it?
14    A.  It's a paper published in the International
15  Journal of Molecular Sciences in 2010, and do you need
16  me read me the title and the authors?
17    Q.  If you would, just -- if you would, just the
18  title for the record.
19    A.  The title of this article is Isolation of
20  Sulfur Reducing and Oxidizing Bacteria Found in
21  Contaminated Drywall.
22    Q.  Okay.  And there -- am I correct there are
23  seven authors listed?
24    A.  Yes, you are correct.
25    Q.  And David C. Straus is one of the listed

14  (Pages 50 to 53)

54

1    authors, and that would you, sir?
2        A.  That is me, yes.
3        Q.  Okay.  Dr. Straus, tell us if you would what
4    was your contribution to this article?
5        A.  My contribution to this article was helping --
6    essentially helping Dr. Hooper write the article.
7        Q.  Uh-huh.
8        A.  I have -- since I've been a microbiologist for
9    42 years, I have a great deal of experience, as you can
10   tell from my CV, by the papers I publish in.  And I
11   directed the writing of this article.
12       Q.  Understood.  So did Dennis Hooper sort of take
13   the -- the lead on the legwork of writing the article?
14              MR. LANDSKRONER:  Object to form.
15       A.  The way the scientific articles work is the
16   author that is listed first is normally the one who has
17   done the majority of the work.
18   BY MR. AYALA:
19       Q.  Okay.
20       A.  That's what we call the "first author."
21       Q.  Okay.
22       A.  And normally in science, the last the author
23   is the -- what we call the "senior author."  It means it
24   was done in his laboratory.  But in this case, this
25   really is Dr. Hooper's laboratory.  So he is the first

55

1    author and the senior author.
2        Q.  Okay.  Do you know what the contributions of
3    the authors other than yourself and Dennis Hooper were?
4        A.  The only other one that I'm pretty sure I know
5    his contribution would be John S. Sutton, who I'm sure
6    did the -- the DNA work.
7        Q.  Okay.
8        A.  The other authors, I really don't know what
9    their contributions were.
10       Q.  Okay.  Were you involved in the submission of
11   this article to the Journal, or did Dennis Hooper handle
12   that?
13       A.  Dr. Hooper handled it.
14       Q.  Okay.  Did you receive any peer-reviewed
15   revisions from anyone associated with the Journal?
16       A.  Dr. Hooper did and -- and he answered their
17   criticisms.
18       Q.  Okay.
19       A.  Or I assume he answered their criticisms.
20       Q.  Got you.
21       A.  Because obviously in order to get published,
22   you have to answer the reviewers' criticisms.
23       Q.  Were you -- were you involved in answering
24   those criticisms?
25       A.  I think -- I think that I was, but I can't

56

1    really be sure because I've published so many papers, I
2    really can't remember what went on in each one.  But I
3    think when the reviews came back on this, once again, I
4    think -- I think he called me and said, How do I answer
5    these?  That's when I -- what I remember.
6        Q.  Do you recall generally what -- what was
7    raised by the reviewers?
8        A.  I do not.
9        Q.  Okay.  That's fair.  I wouldn't expect you to.
10   Okay.
11              Dr. Straus, am I correct that Exhibit O -- we
12   can call it the "Hooper 2010 article" -- does not
13   identify any of the five targeted organisms that RTL
14   tested for on the Plaintiffs' drywall samples in the
15   litigation?
16       A.  Give me a moment to take a look, please.
17              You're saying that this article does not
18   identify any of the organisms found in -- in the drywall
19   in this case?
20       Q.  Other than Thiobacillus ferrooxidans.
21       A.  Ah.  (Reviewing document.)  Yes, I think
22   that's true except for Sulfobacillus
23   thermosulfidooxidans.
24       Q.  Okay.  Am I correct that the testing that
25   formed the basis of the Hooper 2010 article identified

57

1    Thiobacillus ferrooxidans as the significant organism in
2    what's referred to in the article as contaminated
3    drywall?
4        A.  Yes.
5        Q.  Okay.  If we could look at Table 1 of the
6    Hooper 2010 article on page 650, sir.  There are three
7    organisms listed in Table 1 that include the term,
8    "Actinobacillus."
9              What is "Actinobacillus," sir?
10       A.  Well, I gather that there are some people --
11   and this happens sometimes in microbiology, is that two
12   people may discover or describe the same organism at the
13   same time and give it different names.  And so I'm
14   guessing by this that Actinobacillus is another name for
15   Thiobacillus because I see it's in parentheses.
16       Q.  I see.
17       A.  It may very well be that another group
18   described exactly the same organism and each group gave
19   it a different name.
20       Q.  Okay.  I'm just trying to understand the
21   terminology.  So if you look back on page 648, in the
22   last paragraph.
23       A.  Okay.
24       Q.  Now, there on the second line, Thiobacillus is
25   referred to parenthetically as "Acidith iobacillus."  Do

15  (Pages 54 to 57)

58

1    you see that?
2        A.  I do.
3        Q.  Any insight into what Acidith iobacillus might
4    refer to and how it relates to Actinobacillus?
5        A.  The Actino is a term I just cannot decipher.
6    But Acidothio is relatively used in -- acid means low pH
7    and Thio is sulfur.  But the Actino, I have to admit I
8    don't know where that came from.
9        Q.  If you look back on page 650, just at the very
10   end and carrying over to the next page, the article
11   reads, "Thiobacillus ferrooxidans was detected in all
12   twenty-five samples tested."  Do you see that?
13       A.  Yes.
14       Q.  And when the article is referring to "all
15   twenty-five samples tested," am I correct that it's
16   referring to drywall samples that the article reports
17   are from homes with known contaminated drywall?
18       A.  That's my understanding, yes.
19       Q.  Okay.  And then on page 651, the article
20   reports that: "Only one very weak positive result with
21   T. caldus was detected in one of twenty-five drywalls
22   tested," correct?
23       A.  Correct.
24       Q.  So I understand, there -- as part of the study
25   that formed the basis of this paper, 25 samples that

59

1    were reported to be from homes with contaminated drywall
2    were tested; is that correct?
3        A.  Yes.
4        Q.  And twenty-five -- strike that.
5            And those twenty-five drywall samples were
6    tested for five organisms, correct?
7        A.  Yes.
8        Q.  And those five organisms would be Thiobacillus
9    ferrooxidans, Sulfobacillus thermosulfidooxidans,
10   Leptospirillum ferrooxidans, Thiobacillus caldus, and
11   Actinobacillus thiooxidans, correct?
12       A.  Correct.
13       Q.  Okay.  So out of the five organisms tested for
14   on the 25 drywall samples, only Thiobacillus
15   ferrooxidans and Thiobacillus caldus were detected?
16       A.  Correct.
17       Q.  Okay.  Okay.  Get another document.  Okay.
18   Dr. Straus, give you as much time you want to look at
19   the document that I just showed -- just handed you,
20   which for the record has previously been marked as
21   Exhibit P.
22           For identification purposes, this document is
23   dated September 2011 and is titled U.S. Consumer
24   Products Safety Commission Staff, Summary of Contractors
25   Report, The Use of Epiflourescence Microscopy and

60

1    Quantitative Polymerase Chain Reaction to Determine the
2    Presence, Absence, and Identification of Microorganisms
3    Associated With Domestic and Foreign Wallboard Samples.
4            And Exhibit P actually has two parts.  The
5    first part is the -- CPSC's summary, and then the
6    second part is the actual paper dated September 14,
7    2011, authored by Dale Warren Griffin of the U.S.
8    Geological Survey.  Do you see that?  Take your time to
9    look at it.
10       A.  I don't know that I have this second part that
11   you're referring to.  I may.  Maybe I do.  Oh, I see.
12   It's printed on both sides.  Yes.  There it is.
13       Q.  Dr. Straus, do you know Dale Warren Griffin?
14       A.  No.
15       Q.  Have you seen this study before, sir?
16       A.  Yes.
17       Q.  Okay.  I'll direct your attention to page 4.
18       A.  The Conclusions?
19       Q.  Oh, sorry.  It's page 4 of the USGS report.
20       A.  Okay.  I see it, yes.
21       Q.  I'm just trying the get -- get an
22   understanding of the methodology applied by the USG
23   author -- USGS author.  So page 4 reports that the
24   author employed epifluorescent microscopy.  Do you see
25   that?

61

1        A.  Yes.
2        Q.  What is "epifluorescent microscopy"?
3        A.  I've never done it, but I'm assuming that you
4    take some type of a fluorescent dye and you flood the
5    field with whatever fluorescent dye you're using, and
6    then you look at the field probably using a microscope
7    that uses UV light.  That's my assumption.
8        Q.  Okay.  And if you look at page 6.
9        A.  Okay.
10       Q.  The author reports performing direct and
11   culture-based analyses using quantitative polymerase
12   change -- chain reaction.  Do you see that?
13       A.  Polymerase, but yes.
14       Q.  Polymerase -- thank you for that.
15       A.  Sure.
16       Q.  Could you explain what those methodologies
17   are?
18       A.  The PCR test?
19       Q.  Yes.  The specific one that the USGS reports
20   here.
21       A.  Well, first of all, I am -- I'm not an expert
22   in PCR, but I'll explain it as I understand it.
23       Q.  Okay.
24       A.  And essentially when you do PCR, what
25   you're -- what you're doing is you're looking for a

16  (Pages 58 to 61)

62

1  particular type of DNA.  And what you do is you have a
2  primer or a probe that has the sequence -- the actual
3  sequence of the DNA you're looking for.  And then you
4  throw the primer and the probe in -- or the probe in,
5  and it will -- and if the -- if the DNA you're looking
6  for is there, it will bind to it.  And then if the DNA
7  that you're looking for is there binds to it, then you
8  add enzymes and base pairs that will then begin to
9  replicate the DNA that you're looking for.
10       And so the beauty of PCR is that you can
11  take -- you can find a very, very small amount of DNA
12  that you're looking for and then make millions and
13  millions of copies of it so that then you can identify
14  that they're there.
15       Q.  Okay.  What is "quantitative polymerase chain
16  reaction"?
17       A.  Polymerase.
18       Q.  Sorry.  I'll get it right.
19       A.  That's okay.  What it just means is, is
20  that -- is that you can actually quantitate, which means
21  count, the number of DNA strands that -- that you
22  produced.  Remember, this assay finds a very, very small
23  amount of whatever DNA you're looking for and replicates
24  it.  That's why it's called "polymerase chain
25  reaction" -- PCR, polymerase chain reaction.

63

1       What you do is you use a polymerase to make
2  many copies of the DNA that you're looking for so that
3  you can now identify them.
4       Q.  Okay.  And "direct polymerase chain reaction"
5  is what?
6       A.  I'm assuming that that just means that you do
7  everything directly.  That's what it implies to me.
8       Q.  Okay.  And directly as opposed to performing
9  polymerase chain reaction on a culture sample.
10      A.  I'll tell you what.  Tell me where you're
11  reading that.
12      Q.  I'm just reading the heading here --
13      A.  Oh, the heading, ah.
14      Q.  -- on page 6.
15      A.  Ah, okay.  Oh, okay.  So direct means that
16  you -- you do the PCR directly on the sample that you
17  want to test.  That's directly on it.  Culture base
18  means that you do the sample on the culture.
19      Q.  Understood.
20      A.  The growing organism.
21      Q.  Okay.
22      A.  So it's two different things.  Now that you
23  pointed out where you're talking about, I understand it.
24      Q.  Okay.  If you could turn to page 9,
25  Dr. Straus.

64

1       A.  Certainly.  Okay.
2       Q.  In the last paragraph, the paper reports on
3  something it refers to as "direct DNA sequencing."
4       Could you explain to us what that is?
5       A.  Well, when -- when you sequence -- DNA is made
6  up of four different bases.  All of our genetic
7  information is in our DNA, and it's made up of four
8  different bases.  And so what direct DNA sequencing
9  means is that somebody went in and read each one of
10  those bases, and that's -- that's your DNA sequence.
11      Q.  And -- okay.  That's helpful.
12      A.  Just for your own edification, that's the way
13  we tell if -- say if someone has a genetic disease,
14  their DNA will be sequenced and -- and people will see
15  where the defect is -- where the defect in the gene is
16  by looking at the -- at the genome, if that helps.
17      Q.  I follow you.  I follow you.  That does help.
18      Now, one of the test methodologies that RTL
19  performed on the Plaintiffs' drywall samples was
20  something called a "RapidChek kit."  Do you recall that?
21      A.  Yes.
22      Q.  Okay.  Are you aware of any peer-reviewed
23  literature that reports on the use of the RapidChek kit
24  to analyze drywall samples specifically?
25      A.  To analyze drywall, no.

65

1       Q.  Okay.  That kit was designed for the petroleum
2  industry; is that correct?
3       A.  As I understand it, yes.
4       MR. LANDSKRONER:  Objection.
5  BY MR. AYALA:
6       Q.  Okay.  Dr. Straus, what's your background in
7  evaluating copper corrosion?
8       A.  I don't think I have one.
9       Q.  Okay.  Now, you haven't -- well, let me ask
10  you this.
11      Dr. Straus, the homes that were the subject of
12  your -- your expert reports in the litigation, Exhibits
13  V through AA, did you personally go to any of these
14  homes?
15      A.  No.  And, in fact, in my report, I state that
16  I did not.
17      Q.  Okay.  Okay.  Are you aware, Dr. Straus, of
18  any metallurgical analyses of the copper or any metals
19  from the Plaintiffs' homes that are the subject of your
20  reports?
21      A.  That may have been done, but I've never seen
22  them --
23      Q.  Okay.
24      A.  -- at least, not that I'm aware of.
25      Q.  Dr. Straus, are you aware of any testing that

17 (Pages 62 to 65)

66

1  was performed on the air, water, or soil in any of the
2  Plaintiffs' homes that were the subject of your reports
3  in Exhibits V through AA?
4      A.  Yes.
5      Q.  Okay.  What sampling are you aware of, sir?
6      A.  You said water and soil, correct?
7      Q.  Air, water, and soil.
8      A.  Yes.  The -- I have to dig it out because I
9  can't remember what it's called.  The HSA report
10  examined water and soil, as I understand it, in the
11  vicinity.
12      Q.  Okay.  Aside from the HSA report that you just
13  referred to, are you aware of any other testing of the
14  air, water, and/or soil in the Plaintiffs' homes?
15      A.  No.
16      Q.  Do you agree that there can be different forms
17  of corrosion to copper?
18          MR. WARWICK:  Object to form.
19      A.  I don't really feel qualified to discuss
20  corrosion of copper.
21  BY MR. AYALA:
22      Q.  Okay.
23      A.  Your statement may be true, but --
24      Q.  Okay.
25      A.  -- I'm not an expert in that.

67

1      Q.  And would it be fair to say that you haven't
2  offered any opinions with regard to the cause of
3  reported corrosion of copper in any of the Plaintiffs'
4  homes?
5          MR. WARWICK:  Objection.
6      A.  Certainly no opinions as to the corrosion of
7  copper.
8  BY MR. AYALA:
9      Q.  Okay.  And no opinions as to the corrosion of
10  any other metal in the plaintiffs' homes?
11          MR. WARWICK:  Object to form.
12      A.  Do you want to talk about corrosion of metals
13  or corrosion in general?
14  BY MR. AYALA:
15      Q.  Corrosion of metals.
16      A.  No.
17      Q.  Okay.  Dr. Straus, is it fair to say that
18  you've never personally seen or held any of the drywall
19  samples from the Plaintiffs' homes at issue in the
20  litigation?
21      A.  I have seen drywall samples.  I've never held
22  them.
23      Q.  Okay.  Have you seen drywall samples from the
24  Plaintiffs' homes in the litigation?
25      A.  I assume so, yes.

68

1      Q.  Okay.  Do you know which home you saw drywall
2  from?
3      A.  No.
4      Q.  Okay.  Now, Dr. Straus, you've never been to
5  any of National Gypsum's manufacturing facilities,
6  correct?
7      A.  Correct.
8      Q.  You made a statement in your reports, and I'll
9  quote it.  It said that the heating step during the
10  manufacturing process -- I'm paraphrasing it -- the
11  heating step in the manufacturing process can drive
12  oxygen out of the drywall.  Do you remember --
13      A.  Yes.
14      Q.  -- that statement?
15      A.  Yes.
16      Q.  Now, you've never actually seen the heating
17  process at any of National Gypsum's manufacturing
18  facilities, correct?
19      A.  Correct.
20      Q.  What do you know about -- well, do you know
21  what's -- what sort of -- do you know what kind of
22  equipment National Gypsum uses at its drywall
23  manufacturing facilities that supply drywall to Florida?
24      A.  No.
25      Q.  Okay.  Have you performed any testing of --

69

1  let me ask -- let me ask you this.  Oh, I think you
2  already answered it.
3          I want you to look at -- I want you to take a
4  look at exhibit -- the document that was previously
5  marked as Exhibit C.
6      A.  C?
7      Q.  Yes, sir.
8      A.  Okay.  I have it.
9      Q.  Okay.  And specifically Exhibit 5.
10      A.  Okay.  I'm not sure which way this goes.
11      Is this Exhibit 5?
12      Q.  You're right there.
13      A.  This one?
14      Q.  Yes, sir.
15      A.  Okay.
16      Q.  Okay.  So Exhibit 5 is a document entitled
17  RealTime Laboratories, LLC Sulfur-Reducing Bacteria
18  Report, and it's dated November 4th, 2011.  Do you see
19  that?
20      A.  Yes.
21      Q.  And the document reports on drywall -- three
22  drywall -- five drywall samples, correct?
23      A.  Correct.
24      Q.  Now, we can't tell from looking at this report
25  what type of drywall samples those were, correct?

18  (Pages 66 to 69)

70

1    A.  When you say "what type," I'm not sure I know
2  what you mean.  What you can't tell is where it came
3  from.  But --
4    Q.  Okay.
5    A.  And also, you're right, I can't tell what type
6  it is either.  But I thought there was only one type of
7  drywall in this house, but I -- we don't know that for a
8  fact.
9    Q.  Okay.  I'll represent that that's not the
10 case, and you just don't know one way or another,
11 correct?
12   A.  I don't know, no.
13   Q.  Now, with regard to the column that reports on
14 the culture testing, we can't tell from looking at this
15 report whether these culture results are results of
16 culturing of the paper or whether they're results of
17 culturing of the core, correct?
18   A.  You can't tell by looking at this column, but
19 I did ask Dr. Hooper to clarify that for me.  So I do --
20 I do know.  But as you say, you can't tell from here.
21   Q.  Okay.  When did you ask Dr. Hooper to clarify
22 that for you?
23   A.  I asked -- I asked him -- well, I certainly
24 asked him last night.  And then I asked him one time
25 before, but then I don't remember when that was.  But I

71

1  think I've asked twice to make sure I understood what he
2  did.
3    Q.  Okay.
4         THE VIDEOGRAPHER:  Two minutes.
5  BY MR. AYALA:
6    Q.  Okay.  What did Dr. Hooper tell you he was
7  reporting -- well, first of all, what did he tell you he
8  was reporting with respect to the culture results in
9  this -- on this document?
10   A.  Well, I asked him, of course, since he did
11 both the paper and the drywall, but he only reports a
12 singular result.  I asked him to explain that to me.
13 And he told me that whatever result he got for the paper
14 on that particular piece of drywall, he got the same
15 result for the drywall.  So he just reported one -- one
16 answer as opposed to two.
17   Q.  Okay.  And the first you learned of that was
18 last night?
19        MR. LANDSKRONER:  Objection.
20        MR. WARWICK:  Object to form.
21   A.  No.  I learned it before, but I don't remember
22 when I asked him about that because I didn't understand,
23 as I told you, if he did two tests, why there was just
24 one result there and he explained it to me.
25 BY MR. AYALA:

72

1    Q.  Okay.  Let's look at -- let's look at
2  Exhibit W, please.  Oh, no, I'm sorry.  Let's look at
3  Exhibit D.
4    A.  D?
5    Q.  Yes, sir.
6    A.  Okay.  I've got it.
7    Q.  Okay.  If you would, Dr. Straus, turn to
8  Exhibit 9.
9    A.  9?
10   Q.  Yes.
11   A.  Okay.
12   Q.  Do you see the APS enzyme column results --
13 first of all, let me -- let me just identify Exhibit 9
14 for the record.
15        So Exhibit 9 to Exhibit W is a document
16 entitled -- by RealTime Laboratories, Inc. entitled
17 Sulfur-Reducing Bacteria Report, and it relates to the
18 Retana home, correct?
19   A.  Yes.
20   Q.  Do you see the column that lists APS enzyme
21 results?
22   A.  Yes.
23   Q.  Okay.  Do you see there where it says "NA"?
24   A.  Yes.
25   Q.  Okay.  Now, I noticed in your reports you

73

1  interpreted the NA to mean not applicable, correct?
2    A.  Yes.  And the reason I did that is because
3  that's what it says here, "not applicable."
4    Q.  Well, it doesn't say "not applicable," though,
5  does it?  It just says "NA."
6    A.  No.  It does say "not applicable."  If you
7  look at the legend down at the bottom, right above his
8  initials, it says NA equals not applicable, or
9  nonapplicable.
10   Q.  Oh, I do see that.  I do see that.  Thank you.
11 I didn't catch that before.  Thank you.
12        THE VIDEOGRAPHER:  I need to change the
13 tapes.  We're off the record at 12:01 p.m.  This is the
14 end of Disk 1.
15        (Off the record.)
16        THE VIDEOGRAPHER:  We're back on the
17 record at 12:11 p.m.  This is the beginning of Disk 2.
18        MR. AYALA:  No, we're past D.  (The
19 witness asked him off the record if we were still on D.)
20 BY MR. AYALA:
21   Q.  Dr. Straus, in the course of your reading on
22 sulfate-reducing bacteria, did you learn that
23 sulfate-reducing bacteria actually can be present in the
24 human body?
25        MR. WARWICK:  Object to form.

19  (Pages 70 to 73)

74

1    A.  That's an interesting question.  And I can't
2    remember ever reading it anywhere.  I mean, essentially
3    most of the papers I read talk about the organism being
4    in the environment.  So I can't remember reading any
5    papers talking about it being in the human body.
6    BY MR. AYALA:
7        Q.  If you could look at Exhibit E, Dr. Straus.
8    If you look at the Exhibit 9 to Exhibit E, which I'll --
9    for identification purposes, I'll represent is a
10   document entitled RealTime Laboratories, Inc.
11   Sulfur-Reducing Bacteria Report for the Ravelo Home.
12       A.  Okay.  I found it.
13       Q.  This -- this report lists three drywall
14   samples collected, correct?
15       A.  Correct.
16       Q.  And we can't tell from looking at the report
17   which -- what brands of drywall are at issue, can we?
18       A.  No, I can't, not -- not from this table.
19       Q.  Not from the table.
20           Dr. Straus, are you a member of the American
21   Society for Microbiology?
22       A.  Yes, I am.
23       Q.  And what is that organization?
24       A.  Well, it's -- it's essentially -- I don't want
25   to say all the microbiologists in the world, but any

75

1    microbiologist like, say, a professor like I am or a
2    student or someone who does industrial microbiology can
3    join.  And we -- the organization gives out a -- not
4    gives out, but we pay for a magazine that we get each
5    month with the latest microbiology news.  And then
6    there's a national meeting once a year where people go
7    and present their research.  So it is a huge society.  I
8    imagine there must be 20,000 members.
9        Q.  Okay.  Aside from the monthly magazines you
10   mentioned, does the American Society For Microbiology
11   publish any publications?
12       A.  Oh, yes.  They publish a number of journals.
13       Q.  If it's not too much trouble, could you tell
14   us what those journals are?
15       A.  Certainly.  They publish Infection and
16   Immunity, Applied and Environmental Microbiology,
17   Journal of Virology.  Those are the main ones I publish
18   in.  And then I think there's a Reviews of Microbiology.
19   There's about five different journals, maybe even more
20   now.
21       Q.  Okay.  Are these journals peer-reviewed?
22       A.  Oh, yes.  Those are all very prestigious
23   journals, too.  It's -- they're all thought of very
24   highly.
25       Q.  Okay.  What about in terms of treatises or in

76

1    law, we call them "hornbooks" sometimes.
2           Fundamental reference materials that
3    microbiologists rely on in terms of books, what are
4    those?
5        A.  They publish a number of those on -- on
6    essentially all topics in microbiology, and they're just
7    too numerous.  I couldn't even begin to tell you what
8    they all are, but if you name a topic, ASM probably
9    publishes a book on it.
10       Q.  I see.  So ASM actually publishes books as
11   well?
12       A.  Yes.  Yes.  It's called "ASM Press."
13       Q.  With regard to the Hooper 2010 article that we
14   discussed earlier, I saw on the Journal's website that
15   the website recommends that prospective authors of
16   publications for the Journal should suggest at least
17   five potential referees with the appropriate technical
18   expertise, I take it, to review the prospective
19   publication.
20       A.  Yes.
21       Q.  And I'm -- I'm just trying to get a sense of
22   whether you know did the authors on Hooper 2010 have to
23   recommend reviewers of their article?
24       A.  Let me explain to you why that is.
25       Q.  Okay.

77

1        A.  The field has gotten so big and so many new
2    things are being studied -- and I -- and I do reviewing
3    for journals --
4        Q.  Okay.
5        A.  -- that almost every journal now asks the
6    authors to submit the names of people who are qualified
7    to review this article.  And the reason is, is because
8    many times an editor will get an article and he won't be
9    able to find someone to review it.  And that's -- and
10   I'm on the editorial board of a couple of journals, and
11   it's maddening because you want to get this paper
12   reviewed and back to the person, but you can't find
13   anybody who is willing to do it.
14       Q.  Sure.
15       A.  And if it's not your field, then you don't
16   know who's active in that field.  So that's why every
17   journal will say, suggest the names of people who are
18   qualified to review this article.
19          It doesn't mean that it's going to go to them.
20   But if -- if the editor can't find anybody that he
21   trusts to review it, then he'll look into those people.
22   And that's why journals do that.
23       Q.  I see.  So did the authors of Hooper 2010, in
24   fact, suggest reviewers?
25       A.  I'm sure Dr. Hooper did because that's a

20  (Pages 74 to 77)

78

1  requirement.
2      Q.  Oh, I see.  Okay.
3      A.  I don't think they accept papers unless --
4  unless you suggest reviewers because, as I say, if they
5  can't find someone to review it, you know, and they say,
6  well, what will I do with this paper?
7      Q.  Okay.  Do you know who the reviewers were that
8  were suggested?
9      A.  I don't.  I think Dennis picked them.
10     Q.  Okay.
11     A.  Also, as I say, there's no guarantee that it
12  will be sent to them.
13     Q.  Right.  I understand.  Dr. Straus, I'm showing
14  you what's been previously marked as Exhibits I and J,
15  which I'll identify for the record as case management
16  and scheduling orders in the Brinku and -- and Brucker
17  case.
18         Dr. Straus, have you ever seen those documents
19  before?
20     A.  No, I have not.  (Reviewing documents.)
21         (Exhibit DD, EE marked.)
22     Q.  Dr. Straus, I just handed you what's been
23  marked as Exhibit DD, which is a document entitled --
24  it's got a case caption for Brinku versus National
25  Gypsum, and it's a document entitled Confidentiality

79

1  Agreement and then if you turn to the second to last
2  page of the document --
3      A.  Which one, the Brucker or the Brinku?
4      Q.  DD, the Brucker one.
5      A.  DD?  Got you.
6      Q.  -- there's a document that says, Exhibit A,
7  Endorsement of the Confidentiality Agreement.
8      A.  Yes.
9      Q.  The only questions I have for you about this
10  document is, have you ever seen it before?
11     A.  Yes.
12     Q.  Okay.  You have?
13     A.  Yes.
14     Q.  And did you, in fact, sign the endorsement?
15     A.  Yes.
16     Q.  Okay.  And would your answers to those
17  questions be the same with respect to exhibit -- with
18  respect to the Brucker confidentiality agreement?
19     A.  DD is the Brucker, and Brinku is EE, but yes
20  to both.
21     Q.  Okay.
22     A.  Well, I think I signed both, but to be honest,
23  I know I signed one but I don't remember if I signed
24  both or not.
25     Q.  Okay.

80

1          MR. AYALA:  Why don't we break now, get a
2  quick bite.
3          THE VIDEOGRAPHER:  We're off the record
4  at 12:27 p.m.
5          (Recess taken.)
6          THE VIDEOGRAPHER:  We're back on the
7  record at 1:26 p.m.
8  BY MR. AYALA:
9      Q.  Hi, Dr. Straus.  Dr. Straus --
10         MR. AYALA:  Let's mark this.  Let's mark
11  this.
12         (Exhibit FF marked.)
13  BY MR. AYALA:
14     Q.  Dr. Straus, I have handed you what's been
15  marked as Exhibit FF, which for identification purposes
16  is a staff draft -- staff draft preliminary evaluation
17  of drywall chamber test results reported by the CPSC in
18  October 2009.
19         And on the executive summary page, the
20  document notes that CPSC staff contracted with Lawrence
21  Berkley National Laboratory for the measurement of
22  chemical emissions from samples of drywall products
23  obtained as part of the investigation of imported
24  drywall.
25         If you would, look to page 9, Dr. Straus.

81

1      A.  Okay.
2      Q.  And at the bottom there's a reference to
3  hydrogen sulfide.  Do you see that?
4      A.  Yes.
5      Q.  So that -- the last paragraph on page 9,
6  Exhibit FF reads, Hydrogen sulfide is a colorless gas
7  that has a characteristic rotten egg odor.  It is
8  environmentally ubiquitous, being produced naturally in
9  gases emitted by volcanos, sulphur springs, and natural
10  gas and oil fields, biochemically by sulfur-reducing
11  bacterial activity, including bacteria found in human
12  intestines and oral cavity, and by various industrial
13  processes including oil refining, paper production,
14  sewage treatment, iron smelting and viscous rayon
15  production.
16         Do you see that, Dr. Straus?
17     A.  Yes.
18     Q.  So the -- the question that I have for you is
19  simply, does this report provide support for the
20  proposition that sulfur-reducing bacteria can be found
21  in a person's body?
22     A.  Well, it says it does, but this isn't
23  peer-reviewed and it doesn't give any references.
24  That's really all I can say about it.
25     Q.  Okay.  Now -- okay.  Now, sitting here today,

21  (Pages 78 to 81)

82

1  you're not -- you're not familiar with the review
2  process that was undertaken before this document was
3  published, right?
4      A.  No.
5      Q.  Okay.  So we just -- looking at the face of
6  the document that I handed you, we just can't tell one
7  way or another whether it was peer-reviewed, right?
8      A.  No.
9          MR. WARWICK:  Objection.
10         THE WITNESS:  Well, it's not -- it's not
11 published in a peer-reviewed journal, I don't believe,
12 because I don't see a journal name.  In fact, it says
13 "draft" on here, so I don't see any indication that it
14 was published in a peer-reviewed journal.
15         (Exhibit GG marked.)
16 BY MR. AYALA:
17     Q.  Okay.  Okay.  Dr. Straus, I'm showing you
18 what's been marked as Exhibit GG, which for
19 identification purposes is a document from www.ATCC.org
20 and it references ATCC No. 55020.  Do you see that?
21     A.  55 -- no --
22     Q.  At the top?
23     A.  Oh, yes, I see it, yes.
24     Q.  Now, before we talk about this document, if
25 you would, if you could dig up the Hooper 2010 paper

83

1  that we were discussing before, which is Exhibit O.
2      A.  Exhibit O, okay.  Okay.  I found it.
3      Q.  So on page 650 of the Hooper 2010 paper, there
4  is a Table 1 listed.
5      A.  Yes.
6      Q.  And Table 1 lists five organisms and the
7  strains used to create the DNA probes and primers that
8  are referenced on page 650 of the Hooper article.  Do
9  you see that?
10     A.  Yes.
11     Q.  Now, the fourth organism down in the Hooper
12 2010 paper is listed as Actinobacillus thiooxidans.
13         And we talked a little bit before about how
14 we're not sure what Actinobacillus means, right?
15     A.  Right.
16     Q.  Okay.  Nevertheless, next to the words
17 "Actinobacillus thiooxidans" in Table 1 of the Hooper
18 2010 paper, the article reads, designed with strains
19 ATCC 19377 and ATCC 55020.
20         What is a -- do the ATCC reference numbers
21 indicate to you Doctor?
22     A.  Well, "ATCC" stands for American Type Culture
23 Collection.  So those numbers indicate a corresponding
24 strain of organism.
25     Q.  Okay.  If you take a look at Exhibit G --

84

1      A.  GG?
2      Q.  I'm sorry.  Yes.  Thank you for correcting me.
3  GG lists ATCC No. 55020 which is the same
4  number listed as one of the strains in -- in Table 1 for
5  Actinobacillus thiooxidans.  Do you see that?
6      A.  Yes.
7      Q.  And in the -- in the document, Exhibit GG, it
8  actually lists organism, and it describes the organism
9  as Acidithiobacillus thiooxidans.  Do you see that?
10     A.  Yes.
11     Q.  And then it says that that organism was
12 deposited as Thiobacillus thiooxidans, correct?
13     A.  Yes.
14     Q.  Is your understanding that the terms
15 "Acidithiobacillus thiooxidans" and "Thiobacillus
16 thiooxidans" are used to refer to the same organism?
17     A.  Yes.  I think -- I think what happened here,
18 just looking at -- looking at Exhibit GG, is Kelly and
19 Wood deposited the organism and they thought it was
20 Thiobacillus thiooxidans.  And I can't tell, of course,
21 when they deposited it, but I'm guessing they deposited
22 it a long time ago.
23         And then as people began to order the
24 organism, they began to have second doubts, perhaps,
25 saying that we don't think that this organism is really

85

1  a Thiobacillus.  We think it's really more an acido
2  Thiobacillus.  So I think enough people probably said
3  that, and they decided to change the name of the
4  organism.
5          And it -- and it happens very commonly.  When
6  people isolate a new organism, they think it's one thing
7  and then a bunch of people really begin to study it and
8  then they say, no, we think it's something else.  And it
9  happens all the time in classification of microbiology.
10     Q.  Okay.  I see.  It doesn't make life very easy
11 for those of us who are trying to research the organism,
12 though, does it?
13     A.  No.  It sure doesn't.  I agree.
14     Q.  Okay, Dr. Straus.  If you look in the Comments
15 section of GG, the comments read, purity cannot be
16 verified.
17         What do you determine that to mean?
18     A.  I know exactly what that means.
19     Q.  Okay.
20     A.  And let me explain it to you.  And this may
21 explain the confusion.
22         Keeping a bacterial culture pure is not
23 necessarily easy because if you've got it in the test
24 tube and people take the top of the test tube off and
25 something from the air falls in and begins to grow, now

22  (Pages 82 to 85)

86

1  you've got two different organisms in there when you
2  only thought you had one.
3      So what they are saying is -- is that we can't
4  be sure that this is -- if we send you a culture, we
5  can't be sure that it's only what it says on the label.
6  There may be a contaminant in there, and contamination
7  happens all the time in microbiology.
8      Q.  Okay.
9      A.  So that's what they're saying when they're
10  saying purity can't be verified.  So what they're saying
11  is we're sending it to you and there may be
12  contamination in there.
13      Q.  Okay.  And what -- what you just said sort of
14  goes back to the point about bacteria being everywhere,
15  I guess?
16      A.  Bacteria are everywhere.
17      Q.  Okay.  All right.  Now, that being said, to
18  the extent that RealTime Laboratories has reported a
19  detection of the presence of a particular bacterium or
20  the DNA of a particular bacterium on a sample, that
21  testing does not permit an inference with regard to when
22  the bacteria got onto the sample, correct?
23      A.  No.  It just -- it just tells you that the
24  organism was there when the extraction was performed.
25      Q.  Okay.

87

1      A.  But I will point out that -- that in this
2  particular situation, they didn't find any
3  Actinobacillus thiooxidans in any of the samples in this
4  paper.
5      Q.  In the Hooper 2010 paper?
6      A.  In the Hooper 2010 paper, they didn't get any
7  positive hits on that organism.
8      Q.  Oh, that's right.  It was only Thiobacillus
9  ferrooxidans and Thiobacillus caldus?
10      A.  Yes.
11      Q.  Okay.  Now, am I correct that notwithstanding
12  your use of the term "SRB" to collectively refer to
13  sulfate-reducing bacteria and sulfur-oxidizing bacteria,
14  the target organisms listed in Table 1 are classified in
15  the peer-reviewed literature as sulfur-oxidizing
16  bacteria, correct?
17      A.  The bottom four certainly are because they all
18  have oxidans in their species name.  And I can't tell
19  about Thiobacillus caldus because it doesn't -- doesn't
20  tell me in the -- in the name.
21      Q.  Okay.  And the target organisms listed in --
22  in Table 1 are not classified in the peer-reviewed
23  literature as sulfate-reducing bacteria, correct?
24      A.  Well, if they're -- if they're a
25  sulfur-oxidizing organism, you're right, they would not

88

1  be classified that way.  And, in fact, of course, you
2  see the title of the paper is Isolation of Sulfur
3  reducing and oxidizing bacteria found in contaminated
4  drywall.
5      Q.  Yes.  I -- I do see that the -- that the title
6  is what you said, but, in fact, the bacteria that are --
7  are referenced in the article are not classified in the
8  peer-reviewed literature as sulfur-reducing bacteria.
9  That's what I was trying to get at.
10      A.  Yeah.  And I understand that point.  And all
11  I'm saying is I agree with you, but on the Thiobacillus
12  caldus, I don't know --
13      Q.  Okay.
14      A.  -- if it's an oxidizing or reducing.
15      Q.  Okay.
16      MR. AYALA:  Let's mark this.
17      (Exhibit HH marked.)
18  BY MR. AYALA:
19      Q.  Dr. Straus, I've handed you what's been marked
20  as Exhibit HH, which I'll identify for the record as an
21  article published in the Journal called Microbiology in
22  2007.  The article is authored by Birte Meyer and
23  Jan Kuevert and is titled Molecular analysis of the
24  distribution and phylogeny of dissimilatory
25  adenosine-5'-phosphosulfate reductase-encoding genes

89

1  (aprBA) among sulfur-oxidizing prokaryotes.
2      Do you see that, Doctor?
3      A.  Yes.
4      Q.  Have you seen this article before?
5      A.  No.
6      Q.  Okay.  I'm trying to get your insight with
7  respect to, you know, recognizing you haven't read the
8  whole article here, but take as much time as you want to
9  look at it.
10      The question I have for you in the meantime
11  is, I'm trying to get your insight as to whether this
12  article provides support for the proposition that the
13  APS reductase can be found in sulfur-oxidizing bacteria.
14      A.  Give me a moment to look at it. (Reviewing
15  document.)
16      Q.  Sure.  Of course.
17      A.  Okay.  I think I've read enough.  Very
18  interesting.
19      Do you want to ask a specific question or --
20      Q.  Okay.  The specific question is, does the
21  article in Exhibit HH provide support for the
22  proposition that the APS reductase enzyme can be found
23  in sulfur-oxidizing bacteria?
24      A.  Okay.  What this article says is that they --
25  in my brief reading of it -- is that they didn't find

23  (Pages 86 to 89)

90

1 the enzyme in these organisms.  What they found was the
2 gene for the production of the enzyme.  And they say
3 that -- and this is the interesting part -- that there
4 was gene transfer from the sulfur reducing, and they
5 call it "prokaryotes," just means bacteria.
6       There was -- if you look at the abstract, it
7 says -- it indicates about 60 percent of the way down --
8 it indicates putative, which means we think -- putative
9 lateral, aprBA gene transfer from sulfur-reducing
10 prokaryotes to the respective sulfur-oxidizing bacterial
11 images -- I'm sorry -- lineages.
12       So what they're saying is that the gene is
13 there in SOBs, but it doesn't necessarily mean that the
14 enzyme is being produced.  But they -- but they found
15 the gene.
16       Q.  Okay.
17       A.  But they -- so what's interesting is, is they
18 didn't test -- I imagine it will be the next paper --
19 they didn't test the organisms to see if those organisms
20 actually produced the enzyme, or at least if they did, I
21 can't find it.
22       Q.  Okay.
23       A.  Isn't that interesting that they would find
24 the gene but they wouldn't look to see if it produced
25 the enzyme.  (Reviewing document.)

91

1       MR. WARWICK:  I don't know if I find that
2 super-interesting, just to be honest.
3       THE WITNESS:  That's very interesting.
4       MR. WARWICK:  I'm sure it is, and I'm
5 trying superhard to be interested in it.  You have no
6 idea.
7       THE WITNESS:  No, I think I do have an
8 idea.
9       MR. WARWICK:  But the general question,
10 isn't that interesting?
11       THE WITNESS:  It is interesting that they
12 would look for the gene and not look for the enzyme.
13       MR. WARWICK:  I'm sure they did.
14       MR. LANDSKRONER:  That's why you're
15 sitting here, Dr. Straus.
16       THE WITNESS:  I don't know, Mr. Ayala,
17 was that your take on this as well?  Maybe I missed
18 something, since you've had the paper longer that I
19 have.  But see, they talk about the gene.  They don't
20 talk about the enzyme.
21 BY MR. AYALA:
22       Q.  I see.
23       A.  Which, you know, actually leads me to believe
24 that the enzyme is not being produced because they're
25 just saying well, we found the gene.  And the next

92

1 obvious step would be did these organisms produce the
2 enzyme, and I bet if they did, they would have said.
3       Q.  Dr. Straus, let's look at Exhibit V as in
4 Victor.
5       A.  Yes, I have it.  You said "V"?
6       Q.  Yes, sir.
7       A.  Is that a V or a U?
8       Q.  That's a U.
9       MR. WARWICK:  What type of document is
10 it?
11 BY MR. AYALA:
12       Q.  It's -- so for the record, Exhibit V is
13 Dr. Straus's report -- letter report dated November 17,
14 2011, regarding the Brinku house.
15       A.  I have it.
16       Q.  Okay.  Now, if you look, Dr. Straus, at --
17 there are no page numbers, but it's the third page if
18 you just count the pages --
19       A.  Yes.
20       Q.  -- of Exhibit V.  On Page 3 you summarize the
21 results of drywall testing in the Brinku residence by
22 RTL.  Do you see that?
23       A.  Yes.
24       Q.  And then also on that page, you note that,
25 these data support the theory of the presence of SRB on

93

1 the drywall in the Brinku residence.  Do you see that?
2       A.  Yes.
3       Q.  Okay.  And we know that you're using -- in
4 this report you're using the term "SRB" to refer
5 collectively to sulfate-reducing bacteria and
6 sulfur-oxidizing bacteria, correct?
7       A.  Correct.
8       Q.  And we established earlier that the
9 peer-reviewed literature makes a distinction between
10 those two classes of bacteria in its terminology,
11 correct?
12       A.  Correct.
13       Q.  Okay.  And if we were to use the terminology
14 of the peer-reviewed literature, then the results of the
15 drywall testing in the Brinku residence by RTL addressed
16 only sulfur-oxidizing bacteria, correct?
17       A.  No.  No.  The APS enzyme is, as I understand
18 it, produced only by SRBs.  And you see the three
19 unknown areas are all positive indicating that there are
20 SRBs in those three unknown areas.
21       Q.  Okay.  Does the APS enzyme -- well, first of
22 all, the APS enzyme test results are listed as positive
23 or negative, correct?
24       A.  Yes.
25       Q.  And so those results don't indicate to us a

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

94

1    quantity of sulfate-reducing bacteria reportedly
2    detected, correct?
3        A.  Correct.  It just says that the enzyme is
4    there, which indicates -- or implies that the SRBs are
5    there.
6        Q.  Now, the APS enzyme results are based on a --
7    are based on RealTime Labs' culture testing of the
8    samples, correct?
9            MR. WARWICK:  Object to form.
10       A.  I'd have to go back and look again.  I know
11   the DNA -- Dr. Hooper told me the DNA was done on the
12   broth, the culture, and the drywall.  I would have to
13   look again to see if they isolated the enzyme from --
14   from both the -- the culture and the drywall.
15       Can I -- can I look?
16   BY MR. AYALA:
17       Q.  Of course.
18       A.  (Reviewing document.)  I'm not finding it in
19   that one.
20       Q.  Would you -- would you agree, Dr. Straus, that
21   Exhibit C, the RTL lab report for the Brinku property,
22   does not specifically state whether the enzyme test was
23   performed on a -- on an uncultured drywall sample or on
24   a cultured drywall sample or otherwise?
25       A.  Yeah.  I understand your question.  I'm going

95

1    to read this and -- and try to determine the answer to
2    it.
3        Q.  Okay.
4        A.  (Reviewing document.)  It does not say, but I
5    think I -- I think I know the answer to how he did it
6    and why he did it on the culture.
7        Q.  Okay.  But let me just stop you there and
8    say -- well, let me ask you this.
9            Your understanding of how the enzyme test was
10   performed on the Brinku drywall samples and specifically
11   with regard to whether the enzyme test was performed on
12   cultured samples or on drywall, that understanding comes
13   not from Exhibit C, the RealTime Labs' report, but it
14   would come from a conversation you had with
15   Dennis Hooper?
16           MR. WARWICK:  Object to form.
17       A.  That's correct.
18   BY MR. AYALA:
19       Q.  Okay.  I'll represent -- well -- Dr. Straus, I
20   would like you to assume that yesterday Mr. Sutton, as a
21   representative of RealTime Labs and the signatory to
22   Exhibit C, testified under oath that the APS enzyme
23   testing that forms the basis of the results that you
24   summarized in your Brinku report was testing performed
25   on culture samples only.  Okay?  And specifically I'd

96

1    like you to assume that he testified under oath
2    yesterday that the APS enzyme testing on the Brinku
3    samples was performed on a mixture of culture samples
4    and specifically a combination of culture samples of
5    drywall paper and culture samples of drywall gypsum core
6    that had been mixed together for purposes of the enzyme
7    test.  Okay?
8        A.  Okay.
9            MR. WARWICK:  Object to form.
10   BY MR. AYALA:
11       Q.  Would it be accurate to say, Doctor, that the
12   purpose of a culture test is to grow bacteria?
13       A.  Yes.
14       Q.  Okay.  And specifically the purpose of a
15   culture test is to grow bacteria in a laboratory
16   setting, correct?
17       A.  Yes.
18       Q.  Okay.  Now, would you agree, Doctor, that with
19   respect to the RTL DNA testing listed in your report
20   regarding the Brinku samples, the test results of the
21   RTL DNA sampling do not indicate on their face whether
22   the DNA sampling was performed directly on the sample or
23   whether the DNA was performed on a culture, correct?
24       A.  Once again, can I read the report?
25       Q.  Of course, you can, yes.

97

1        A.  Thank you.  (Reviewing document.)  Well, the
2    report -- the final page from which I took the data does
3    not indicate whether it was grown from the wall or from
4    a culture.  But reading of the procedure, testing -- DNA
5    testing for SRBs by polymerase chain reaction testing,
6    PCR, says it was done from cultures.  So I have no
7    reason to believe that that wasn't the case.
8        Q.  Okay.  Dr. Straus, looking at the procedure
9    description of RTL's report in Exhibit C, are you able
10   to determine whether the DNA testing was performed on a
11   culture of a paper sample or whether it was performed on
12   a culture of a gypsum core sample?
13       A.  I'm going to have to go to Exhibit C.
14       Q.  Of course.
15       A.  I found it.  So your question was the DNA
16   testing, was it done on a culture sample or from a
17   drywall sample or from a paper sample, right?
18       Q.  Correct.
19       A.  And your question was --
20       Q.  Okay.  Would you like me to rephrase it or
21   repeat?
22       A.  I think I -- I think I remember it.  It was
23   essentially asking -- it says that it was grown from a
24   culture, but it doesn't say if the culture came from
25   paper of from the drywall, right?

25  (Pages 94 to 97)

98

1    Q.  Correct.
2    A.  Okay.  (Reviewing document.)  The way that I
3    read it is that it came from the drywall.  And if you
4    would like me the tell you why I interpret it that way,
5    I'd be happy to.
6    Q.  Okay.  I would.  But first I want -- I just
7    want you to clarify -- are you saying that you read
8    Section C of Exhibit C --
9    A.  Yes.
10   Q.  -- to mean that the DNA was performed on a
11   culture of the drywall?
12   A.  Yes.
13   Q.  Okay.  Why do you say that?
14   A.  If you will look at the second paragraph --
15   Q.  Yes.
16   A.  -- it says powder samples were extracted.
17   Q.  Uh-huh.
18   A.  And last night Dr. Hooper was showing me
19   samples of drywall and what he does is he --
20   Q.  Okay, okay.  But I -- I want to just focus on
21   the report for now.  Okay?
22   A.  Is that -- here is where I'm taking it from in
23   the report.
24   Q.  Yes.  Yes.  I want to focus on the report, the
25   actual four corners of the report for now.

99

1    A.  I'm not sure I understand what you mean by
2    "the four corners of the report."
3    Q.  Well, you -- you began to expound on the
4    report based on a conversation you had with Dr. Hooper
5    last night.
6    A.  No.  No.  What I was saying was, was he showed
7    me how he pulverizes the drywall into powder, and this
8    says "powdered samples."  So I made the correlation that
9    that's what he was talking about.
10   Q.  Okay.  Now, with respect to the DNA testing,
11   the DNA testing of the Brinku drywall samples does not
12   give us a quantity of the DNA detected; is that right?
13        MR. WARWICK: Object to form.
14   A.  I don't see any quantification of DNA here in
15   the report.
16   BY MR. AYALA:
17   Q.  And likewise, the culture results reported for
18   the Brinku samples do not list a quantification of
19   bacteria, correct?
20   A.  Correct.
21   Q.  And based on your review of the RealTime
22   Laboratory reports in Exhibits C through H as summarized
23   in your respective reports for the litigation, Doctor,
24   is it fair to say that none of the testing results
25   reported by RealTime Labs report a quantification of

100

1    bacteria?
2    A.  Correct.
3    Q.  Okay.  Dr. Straus, are you aware of testing
4    methodologies available to microbiologists for the
5    purpose of quantifying bacteria in a sample?
6    A.  Yes.
7    Q.  Could you tell me -- could you just give us a
8    high level sense of what those said methods are?
9    A.  Well, there's a method that has been around
10   for 100 years.  Essentially you take the culture and
11   make dilutions, one-to-ten dilutions, and then you put
12   those dilutions on a petri dish that allows the organism
13   to grow.
14        And at the lowest dilutions, you will have too
15   many bacteria to count and at the, say, the highest
16   dilutions, you may not have any organisms at all.  But
17   somewhere in between that range, you'll have plates that
18   will have countable numbers of bacteria.  And then you
19   just back-calculate to find out how many organisms were
20   in your original preparation.  It's relatively simple.
21   Q.  What is that methodology called?
22   A.  It's just called "dilution method."
23   Q.  Okay.  Are there any other methodologies
24   you're aware of that permit laboratories to count -- to
25   provide bacterial counts in their reports?

101

1    A.  Yeah.  There's another assay called the
2    "turbidity assay," where there -- where you measure the
3    turbidity of a tube containing your organisms.  And
4    then by the turbidity you can tell, actually pretty
5    accurately, how many organisms are actually in your --
6    in your preparation.
7    Q.  Okay.  What is the unit of measurement that is
8    employed for purposes of providing a quantification of
9    turbidity?
10   A.  We call it "CFUs," or "colony forming units."
11   What you do is, you -- when you put the organisms on a
12   petri dish or an auger plate, you, of course, can't see
13   them because they're microscopic.  But as the -- as you
14   incubate the organisms on the plate, what happens is
15   they multiply and one becomes two, two becomes four,
16   four becomes eight, eight becomes sixteen.
17        And what happens is they multiply until they
18   get to form a colony that you can see with the naked
19   eye.  And then once you can see with the naked eye, you
20   can just count it and one colony equals one organism.
21   Even though the colony has millions of organisms in it
22   at the end, they always start out as one.
23   Q.  Is it -- is the technology available to a
24   laboratory to perform a quantification of its culture
25   results?

26  (Pages 98 to 101)

102

1    A.  Yeah.  Just by the technique that I just
2  described.
3       Q.  Okay.  By the technique you just described.
4       Are you aware, Dr. Straus, of whether the APS
5  enzyme test methodology performed by RealTime
6  Laboratories affords a laboratory the capability of
7  quantifying either the enzymes or the number of reported
8  bacteria?
9    A.  If you will allow me to take a look at that --
10      Q.  Of course.
11   A.  -- paper, I'll answer that question.
12  (Reviewing document.)
13      According to this document -- I don't know if
14  you want to mark it.
15      Q.  Actually --
16   A.  Do you have that?
17      Q.  For the record, it's previously been marked as
18  Exhibit Q and it is a document entitled RapidChek II SRB
19  Detection System.
20   A.  And according to Exhibit Q on page 5, it says
21  that you can calculate -- calculation of the SRB per mL,
22  which, or course, means you can tell how many organisms
23  we have per mL.  So that's -- that's quantification.
24      So, I guess, the answer to your question is
25  yes.  According to this document, this enzyme test

103

1  allows quantification.
2       Q.  Okay.  Now, with regard to the culture testing
3  performed by RealTime Laboratories on the gypsum core
4  samples from plaintiffs' drywall samples --
5    A.  I just want to make sure that you and I on the
6  same page.  I don't want to be looking at something
7  different.
8       Am I looking at the right thing?
9       Q.  What exhibit are you looking at?
10   A.  C.  I'm looking at C.  I just want to make
11  sure we're on the same page.
12      Q.  Okay.  Me, too.  I am looking at C as well.
13   A.  Okay.
14      Q.  And if I could direct your attention
15  specifically to an exhibit -- it is Exhibit 8 to
16  Exhibit C.
17   A.  Okay.  No, I'm sorry.  I'm at 9.  Now I'm at
18  8.  Got it.
19      Q.  Okay.  And specifically, Dr. Straus, if you're
20  looking at Exhibit 8 to Exhibit C and a little more than
21  halfway down --
22   A.  I'm sorry.  I hate to interrupt.  This says
23  Exhibit 6, so am I on the wrong one?
24      Q.  No, you're not, Doctor.  It's listed as
25  Exhibit 8 here, but you're right, the document does say

104

1  Exhibit 6.
2    A.  Okay.  Then we're on the same page.
3       Q.  Literally, we are.  Okay.  So about -- a
4  little more than half of the way down, the document that
5  is entitled Exhibit 6, API RP38 Media
6  Laboratory-Generated Media, which for the record, the
7  document entitled Exhibit 6 actually appears under the
8  cover page Exhibit 8 of Exhibit C.
9       So this document, a little more than halfway
10  down says, Method 2, bacteria in drywall gypsum core,
11  paren, presence/absence, close paren.  Do you see that?
12   A.  Yes.
13      Q.  Now, the -- there's a note at the bottom of
14  the page that indicates that a BD Difco nutrient broth
15  rev 234000 was used for beef extract and peptone.  Do
16  you see that?
17   A.  Yes, I do.
18      Q.  Okay.  Let's -- okay.  Dr. Straus, if you
19  could have a look at Exhibit M.
20   A.  M?
21      Q.  Yes, sir.
22   A.  M as in mouse.
23      Q.  M as in mouse.
24      MR. WARWICK:  What are we looking for,
25  the BD form?

105

1       MR. AYALA:  Yes.  It's the one that was
2  marked yesterday.
3    A.  I'm afraid I do not have an M, unless I --
4  unless I just missed it.  What was it, by the way?
5  BY MR. AYALA:
6       Q.  It's a -- it's a document entitled BD and then
7  BBL Nutrient Broth, and then it says QUALITY CONTROL
8  PROCEDURES.
9       MR. LANDSKRONER:  Looks like this?
10      MR. AYALA:  No.  No.  Actually, it's this
11  one.  It's a separate one.
12      THE WITNESS:  It's not -- that one is not
13  in this stack.  I don't have it.  It's not in this
14  stack.
15      MR. AYALA:  Maybe I have it.
16      THE WITNESS:  Because everything in this
17  stack is something that I've seen today and I haven't
18  seen that.
19      MR. AYALA:  Okay.
20      THE WITNESS:  There it is.
21      MR. AYALA:  There it is.
22      THE WITNESS:  There it is.  Ah, that's
23  why I couldn't find it.  Okay.
24  BY MR. AYALA:
25      Q.  So, Dr. Straus, I have handed you what's been

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

106

1  marked Exhibit M, BBL Nutrient Broth. It says "QUALITY
2  CONTROL PROCEDURES." And under the Introduction
3  heading, the document says, "Nutrient Broth is a
4  general-purpose medium."
5          Actually, I'm sorry, Doctor. I want to just
6  back up a minute.
7      A.  Okay.
8      Q.  Okay. So, Doctor, I'll represent that
9  Exhibit M is a quality control procedure document that
10  speaks to and explains the BDF Difco nutrient broth
11  rev 234000 that's referred to in Exhibit C -- yeah, and
12  in exhibit -- in the RealTime Laboratories' description
13  of its culture methodology of Exhibit C. Okay?
14      A.  Would you say those numbers again because you
15  lost me when you said those numbers.
16      Q.  Okay. And I'll grant it to you that I can't
17  actually find the number. That's why I'm just
18  representing to you, and I'll just ask you to assume.
19      A.  That's why I can't find it. Okay.
20      Q.  I'll ask you to assume. Maybe -- maybe
21  we'll -- let's do this, because by showing you another
22  exhibit, it ought to just clear it up.
23          This is exhibit -- I'm showing you what's been
24  marked as -- previously as Exhibit L, which I'll
25  represent is an -- it's a page from the Difco & BBL

107

1  Manual. And to be candid, I simply reproduced one page
2  because this manual is a 700-page document.
3      A.  I'm familiar with it.
4      Q.  Okay. So looking at Exhibit L -- why don't we
5  just use that?
6      A.  Okay.
7      Q.  Now, Exhibit L actually discusses the nutrient
8  broth that is reported in the Realtime Laboratories'
9  description of its culture methodology.
10      A.  (Reviewing document.) I'm looking for the
11  reference number.
12      Q.  Okay. If you look here (indicating).
13      A.  Yes, I see it.
14      Q.  Do you see that?
15      A.  I see it.
16      Q.  Okay. Now, under the INTENDED USE header of
17  Exhibit L, it reads, "Nutrient Broth is used for the
18  cultivation of many species of nonfastidious
19  microorganisms."
20          What does that statement mean, Doctor?
21      A.  Well, fastidious organisms are organisms that
22  have very high requirements for what they need to be
23  able to grow. So "nonfastidious" means that it will
24  grow most -- most bacteria --
25      Q.  Okay.

108

1      A.  -- nonfastidious types of bacteria.
2      Q.  And is it the peptone and the beef extract
3  contained in the nutrient broth that provides a food
4  source for a broad range of bacteria?
5      A.  Yes.
6      Q.  Okay. Doctor, is it accurate to say that
7  without -- is it accurate to say that when a -- is it
8  accurate to say that without -- without clear
9  information on the quantity of bacteria in a test
10  sample, we can't determine whether there is a single
11  cell that's been detected or multiple cells that's been
12  detected?
13      A.  Well, without quantifying them, you obviously
14  can't tell the number because that's what quantification
15  is.
16      Q.  And we can't -- without quantifying the
17  numbers, we can't tell whether the bacteria organisms
18  reportedly detected are growing, correct?
19          MR. WARWICK: Object to form.
20      A.  No. Quantification doesn't tell you whether
21  the organisms are multiplying or not. It just tells you
22  the number of organisms. It doesn't tell you if they're
23  multiplying.
24  BY MR. AYALA:
25      Q.  I understand.

109

1      A.  If you quantify it at time X and then you
2  quantify it at time Y, two hours later, and Y was bigger
3  than X, then you could tell that they were growing. But
4  if you quantitate it at X and Y and the numbers were the
5  same, you'd say, well, they're not growing.
6      Q.  I see.
7          MR. AYALA: I have no further questions.
8  Thank you, Dr. Straus.
9          THE WITNESS: Thank you.
10          MR. WARWICK: Do you need a break or
11  anything?
12          MR. AYALA: I'm good.
13              EXAMINATION
14  BY MR. WARWICK:
15      Q.  I've got some stuff to go through. In the
16  first place -- it's a good place that you ended with
17  that question, it's kind of ironic, the first question I
18  had from this morning in my outline.
19          Dr. Straus, we have talked today about whether
20  bacteria was growing, and Mr. Ayala would use the term
21  "growing." And then you just now mentioned that, you
22  know, the bacteria could be present but not growing.
23          Could you explain the difference between, say,
24  living bacteria versus growing bacteria?
25      A.  Well, growing bacteria, by definition, would

28  (Pages 106 to 109)

110

1    have to be living, but living bacteria, by definition,
2    do not have to be growing.
3         Q.   Okay.  What do you mean by that?
4         A.   Living bacteria just means the organisms are
5    alive.  Growing means that they are multiplying.  So
6    multiplying is different than being alive.  Something
7    can be alive and not multiply; for example, me.
8         Q.   Okay.  And that makes sense.  So when we've
9    also used -- when you've used the term today in your
10   reports and stuff regarding growing, is the term
11   "growing" the same as oxidizing?
12        A.   No.
13        Q.   Okay.  So to say a bacteria is oxidizing, how
14   is it different than if a bacteria is growing?
15        A.   Well, say, for example, you can have
16   sulfur-reducing bacteria multiplying, but, by definition
17   then they're not oxidizing; they're -- they're reducing.
18        So -- so what I'm talking about is a chemical
19   reaction.  When you talk about multiplication, you're
20   talking about one organism becoming -- in this
21   situation, becoming two, which is what bacteria do --
22   what bacteria do.  One bacterium, the way it multiplies,
23   is it just splits in half and makes two, and then those
24   two split in half and make four, and those four split in
25   half and make eight, and that's the way bacteria

111

1    multiply.
2         Q.   Right.  And that's -- when you say
3    "multiplying," that's commonly used as growth?
4         A.   Increasing in number is growth.
5         Q.   So you can have a -- let's just talk about a
6    single bacteria or single cell.
7         A.   Bacterium.
8         Q.   Okay.  And if you have a single bacterium, it
9    can oxidize without also growing, correct?
10        A.   I would assume so, yes.
11        Q.   Okay.  And likewise, it can also be -- it can
12   also engage in the process of reducing without actually
13   growing?
14             MR. AYALA:  Objection to form.
15        A.   Without actually -- when you -- see, growing
16   can mean two different times.  Growing can mean grow in
17   size or grow in number, and so you have to tell me which
18   one you mean.
19   BY MR. WARWICK:
20        Q.   Okay.  Does the term "oxidizing" or "reducing"
21   effect whether you mean grow in number or grow in size?
22        A.   Well, oxidizing and reducing are chemical
23   reactions that the bacteria perform in order to get
24   energy, which I imagine they use to multiply, if that
25   answers your question.

112

1         Q.   Okay.  So is it possible that the bacteria
2    that's in this drywall we've been talking about today,
3    is it possible for the bacteria to be present and
4    oxidizing but not growing?
5         A.   I would say yes.
6         Q.   Okay.
7         A.   And when you say "growing," you mean
8    multiplying in number, not in size.
9         Q.   Correct.
10        A.   Yes.
11        Q.   Does a organism such as, in particular,
12   Sulfobacillus thermosulfidooxidans, need more energy or
13   less energy to oxidize as opposed to grow?
14             MR. AYALA:  Objection to form.
15        A.   I'm going to assume that it needs less energy
16   to form those chemical reactions, just based on the fact
17   that growing -- and you're saying "multiplying," is a
18   really complex energy-requiring circumstance.
19   BY MR. WARWICK:
20        Q.   And some sulfur-oxidizing bacteria are
21   spore-based bacteria, correct?
22             MR. AYALA:  Objection to form.
23        A.   I know some -- some SRBs are.  I'm assuming
24   some SOBs are as well.
25   BY MR. WARWICK:

113

1         Q.   And so if a spore -- could you explain the
2    process when a spore goes from becoming -- goes from
3    being simply a spore to a living bacteria?
4         A.   You want me to explain that?
5         Q.   Yes, please.
6         A.   Okay.  Well, bacteria forms spores when they
7    know that the environment is not going to be favorable
8    for their multiplication.  A good example would be
9    bacillus anthracis that forms spores -- which -- the
10   organism that causes the disease anthrax produces
11   spores.  And so when the spore enters the body of a
12   person, it now has food and water.  So it does what we
13   call "germinates," and that is, the viable form of the
14   bacteria comes out.
15        A spore is really a survival mechanism for the
16   organism.  When it knows that the environment is not
17   going to be conducive for multiplication, it forms a
18   spore if it can.
19        Q.   And is the heating process a condition that
20   would cause a bacteria to go into that protective state?
21             MR. AYALA:  Objection to form.
22        A.   I don't know the answer to that.  I do know
23   that most spores are formed when the environment is --
24   when the environment loses food and water for the
25   organism.  That's when the organism forms spores.  I

29  (Pages 110 to 113)

114

1  have never seen any studies on the effect of heat on
2  spore formation.
3  BY MR. WARWICK:
4      Q.  By itself?
5      A.  Yes.
6      Q.  Okay.  But if the heating process removed its
7  food or water source or its water source, would that be
8  a condition that would lead to forming spores?
9          MR. AYALA:  Objection.
10     A.  That's why bacteria forms spores is when they
11  lose their food and water source.
12  BY MR. WARWICK:
13     Q.  Earlier this morning Mr. Ayala asked you about
14  some copper corrosion.  And you asked him whether he
15  wanted your opinion on general corrosion or specific to
16  copper corrosion.  And at that time he limited your
17  response to copper corrosion only.  Do you remember
18  that?
19         MR. AYALA:  Objection.  It misstates the
20  testimony.  Go ahead.
21     A.  Yes, I remember.
22  BY MR. WARWICK:
23     Q.  Do you have an opinion with regard to the
24  general corrosion in the homes that are at issue here?
25     A.  Yes.

115

1      Q.  And what is that opinion?
2      A.  That because the -- and I'll just abbreviate
3  and call the organism "ST" -- because ST is an SOB and
4  SOBs are known to produce sulfuric acid when it is
5  exposed to hydrogen sulfide, my opinion is this
6  corrosion in the home is due to -- in part or
7  completely, due to sulfuric acid production.
8      Q.  And when you said earlier that the ST
9  bacteria, you're referring to Sulfobacillus
10  thermosulfidooxidans?
11     A.  Thiooxidans, yes.
12     Q.  And what category of bacteria -- and we'll
13  just call that "ST" for ease on my -- on my part.  So
14  the ST bacteria, is that a aerobic or anaerobic
15  bacteria?
16     A.  It's aerobic bacteria.
17     Q.  And is the condition of bacteria in the
18  Plaintiffs' homes an aerobic or an anaerobic
19  environment?
20         MR. AYALA:  Objection to form.
21     A.  When you say in the homes --
22         MR. AYALA:  Lack of foundation.
23         THE WITNESS:  -- I'm assuming you mean in
24  the drywall, or do you mean in the homes -- I'll answer
25  it that way.

116

1  BY MR. WARWICK:
2      Q.  I mean as the drywall sitting inside the
3  Plaintiffs' homes, would the drywall itself be in an
4  aerobic or anaerobic environment?
5      A.  Well, I would assume that it's an aerobic
6  environment because Dr. McCarthy performed an
7  experiment -- or Mr. McCarthy, I don't know which he
8  is -- performed an experiment where he showed gas
9  diffusing into the drywall.  And he said that oxygen
10  would diffuse into the drywall exactly the same way as
11  gas would.
12     Q.  Okay.  And does ST bacteria require oxygen, in
13  fact, to live?
14     A.  It's an aerobe, yes, so it does.
15     Q.  What else does a -- does an ST bacteria need
16  in order to live?
17     A.  Probably some form of liquid water and a
18  carbon source.
19     Q.  When you need liquid water, do you mean it
20  actually has to be submersed in water?
21     A.  No, just -- just water.  It doesn't have to be
22  completely submerged.  It just needs access to water.
23     Q.  Okay.  What about moisture in the air?
24         MR. AYALA:  Objection to form.
25     A.  If the moisture in the air condenses on the

117

1  drywall surface and makes the surface wet, then that
2  would be a supply of water.
3  BY MR. WARWICK:
4      Q.  Like -- what about the moisture level in a
5  home in South Florida?
6          MR. AYALA:  Objection to form.
7      Q.  Would that be a high enough moisture content
8  in your expert opinion?
9      A.  Well, I have to admit, I don't know the
10  humidity levels in Southwest Florida.  Maybe -- maybe
11  you can -- what is the average humidity in the day?  I
12  don't know.  I don't know the answer to that.
13     Q.  It depends on the day, but at times it can
14  get -- if it's raining out, it --
15         MR. AYALA:  Is that a question?
16     A.  All right.  If it's -- if it's raining, that's
17  100 percent humidity.
18  BY MR. WARWICK:
19     Q.  Right.  Would that be a sufficient amount?
20     A.  Oh, yes, 100 percent humidity would.
21  100 percent humidity is rain.
22     Q.  Right.  Okay.  Is there a -- is there a
23  threshold, like if it's below 10 percent humidity, for
24  example, can you quantify it?

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

118

1    A.  If there is a threshold, I'm not aware of it.
2  You see, it's not -- it's not the amount of water in the
3  air that's a problem.  Its the amount of water that
4  condenses on the drywall's surface.  So it's not
5  necessarily the amount of humidity in the air, it's the
6  amount of water that condenses out of the air onto the
7  drywall surface.  And that's what dictates how wet it
8  gets.
9    Q.  Okay.  You stated a few minutes ago that ST
10 bacteria is an iron and what -- first of all, is it --
11 would you consider it an iron-and-sulfide-reducing
12 bacteria?
13   A.  Yes, I believe it is.
14   Q.  And in, fact, are you aware if Dr. McCarthy
15 and Dr. Myatt and the other experts have -- have
16 clarified that indeed ST bacteria is an iron-oxidizing
17 and sulfide-oxidizing bacteria in their reports?
18   A.  Am I aware of that or --
19   Q.  Yes.
20   A.  I believe -- I believe that that's what they
21 called it, yes.
22   Q.  And you agree with that?
23   A.  Yes.
24   Q.  Okay.  When it says that "Sulfobacillus
25 thermosulfidooxidans oxidizes sulfides," what does that

119

1  mean?
2    A.  Well, the pathway that they used to oxidize
3  sulfide produces sulfuric acid.
4    Q.  When you -- which -- is there a particular
5  sulfide that produces sulfuric acid?
6    A.  Hydrogen sulfide.
7    Q.  Okay.  And so if you could, explain that
8  pathway to me once again completely from beginning to
9  ends.
10   A.  Well, oxidation, it just means that you
11 give -- something is oxidized, and in this case, the
12 hydrogen sulfide is oxidized to form sulfuric acid,
13 which is H2SO4.
14   Q.  Okay.  And where would the hydrogen sulfide in
15 the Plaintiffs' homes come from?
16   A.  Well, that -- that is something that I -- and
17 this helped me garner this theory -- Dr. McCarthy showed
18 that there's hydrogen sulfide in the water in this home,
19 and that -- and he did it by turning on the shower and
20 then measuring the hydrogen sulfide in the air.  He
21 showed that there was no hydrogen sulfide in the air
22 when the shower was off.  And then when he turned the
23 shower on, he was able to measure a significant amount
24 of hydrogen sulfide in the air.  And he postulated then,
25 of course, that the source of hydrogen sulfide in the

120

1  house was in the water.
2    Q.  And how would a high hydrogen sulfide source
3  in the home affect the ST bacteria in the drywall?
4    A.  Well, the ST organism is a sulfur-oxidizing
5  bacterium.  And we know sulfur-oxidizing bacteria take
6  hydrogen sulfide and produce sulfuric acid.
7    Q.  Do you have any peer-reviewed papers that
8  support this position that the ST bacteria found by
9  RealTime Labs in this -- in these Plaintiffs' samples
10 can produce H2SO4?
11   A.  I have papers that show that SOBs do that.
12   MR. AYALA:  Just -- I'm sorry.  I just
13 want to interrupt so I can understand.
14   When you said "H2SO4," just what's the
15 layman's terms?
16   MR. WARWICK:  Sulfuric acid is H2SO4.
17   MR. AYALA:  Okay.
18   Q.  This is created chemically, that's the
19 technical word, so if you oxidize it -- right?
20   A.  Yes.  Hydrogen sulfide is H2S.  Sulfuric acid
21 is H2SO4.  So you've oxidized it.
22   MR. AYALA:  I'm sorry.  Just one more
23 time, what is H2SO4?
24   THE WITNESS:  Sulfuric acid.
25   MR. AYALA:  Sulfuric acid.

121

1    THE WITNESS:  Yes.
2  BY MR. WARWICK:
3    Q.  Did you have a chance to review one of the
4  expert reports that talked about some jar tests that we
5  had -- canister tests?
6    A.  No.  I've never reviewed those.  I've just
7  heard that they exist.
8    Q.  Okay.  Dr. Straus, if you took a sample of
9  drywall and placed it in a container, a jar, with a
10 small amount of water, not actually touching the drywall
11 but in the jar with the drywall, assuming that drywall
12 sample had ST bacteria in it, would you expect a
13 piece of copper also placed inside that jar to oxidize
14 or to corrode -- show signs of corrosion?
15   MR. AYALA:  Objection.
16   A.  No.
17 BY MR. WARWICK:
18   Q.  Okay.  Why not?
19   A.  Because the organism is not getting water,
20 doesn't have access to water.
21   Q.  Okay.  But the water is inside the jar with
22 the drywall, isn't that enough?
23   A.  Well, it would depend -- the only way that
24 that would work is if the water in the -- you said it
25 was in a petri dish?

31 (Pages 118 to 121)

122

1    Q.  Yes.
2    A.  The water in the petri dish filled the chamber
3  and produced a high enough humidity, then the humidity
4  would condense on the drywall and make the drywall wet,
5  then it would work.  But if that doesn't happen, then it
6  won't work.  And I don't know if that happened or not.
7    Q.  Okay.  And earlier you talked about the
8  process of oxidizing hydrogen sulfide into sulfuric acid
9  to cause corrosion?
10    A.  Yes.
11    Q.  Okay.  In a jar test, what would you have to
12  add to the jar test, if anything, to cause corrosion
13  under that scenario?
14        MR. AYALA:  Objection to form and -- and
15  lack of foundation.  This witness hasn't offered any
16  opinions regarding causation, and he's already testified
17  under oath that he's not qualified to offer opinions
18  about corrosion of copper.  But -- I just wanted to put
19  that on the record.  That's all.
20        MR. WARWICK:  I'm just going to clarify
21  it further.
22  BY MR. WARWICK:
23    Q.  To cause the drywall to oxidize to create
24  sulfuric acid, what would be necessary to create
25  sulfuric acid in that jar test?

123

1    A.  Okay.  Tell me what's in the jar now.
2    Q.  Just the drywall and the water.
3    A.  Drywall and water.  Okay.
4        Is the water in contact with the drywall?
5    Q.  No.
6    A.  Okay.
7    Q.  But what else, if anything, would you have to
8  add to create sulfuric acid or H2SO4?
9    A.  You'd need a sulfur-oxidizing bacterium.
10    Q.  Which would produce what?
11    A.  Which would -- if there was H2S there, it
12  would then change the H2S into sulfuric acid.
13    Q.  You could also add straight sulfuric acid to
14  the -- to the jar and that would create also sulfuric
15  acid; is that right?
16    A.  Well, if you added sulfuric acid, you've
17  already got sulfuric acid.
18        You mean if you add hydrogen sulfide?
19    Q.  Right.  If you added hydrogen sulfide to the
20  jar?
21    A.  If you added hydrogen sulfide, then you would
22  need a sulfur-oxidizing bacterium to oxidize hydrogen
23  sulfide to sulfuric acid.
24    Q.  So if I understand you correctly, inside these
25  homes, if the water is producing high amounts of

124

1  hydrogen sulfide and the bacteria is in the drywall,
2  then the bacteria in the drywall is reacting -- is using
3  the hydrogen sulfide as -- as what?
4        MR. AYALA:  Objection to form.
5    A.  As an energy source and then producing
6  sulfuric acid.
7  BY MR. WARWICK:
8    Q.  And so when you say it produces sulfuric acid,
9  where would it produce the sulfuric acid?
10    A.  It would produce the sulfuric acid around the
11  organism.
12    Q.  So if it's throughout the house, it's going to
13  be where?
14    A.  Wherever the organism is.
15        MR. AYALA:  Objection to form.
16  BY MR. WARWICK:
17    Q.  Do you have a general understanding of whether
18  or not sulfuric acid or H2SO4 is corrosive in nature?
19    A.  It's extremely corrosive.
20        MR. AYALA:  Objection to form.
21  BY MR. WARWICK:
22    Q.  So when Mr. Ayala asked you this morning
23  whether you had an opinion as to corrosion in these
24  homes, what is your opinion with regard to H2SO4?
25        MR. AYALA:  Objection to form.

125

1    A.  What's my opinion as regards H2SO4?
2  BY MR. WARWICK:
3    Q.  In relation to general corrosion?
4        MR. AYALA:  Objection to form.
5    A.  It's -- it's extremely corrosive material.
6  BY MR. WARWICK:
7    Q.  And in particular, the Plaintiffs' homes?
8        MR. AYALA:  Objection.
9    A.  Well, wherever -- wherever you're going to
10  have H2S, you're going to have some form of corrosion.
11  It pretty much eats through everything except glass.
12  BY MR. WARWICK:
13    Q.  Mr. Ayala asked you earlier about the culture
14  method used by RealTime Labs when they cultured their
15  drywall samples.
16        Is beef broth commonly used as -- in the
17  culture media?
18        MR. AYALA:  Objection.
19    A.  Yes.
20  BY MR. WARWICK:
21    Q.  In fact, isn't beef broth the common basis of
22  almost all culture medias?
23    A.  I wouldn't say it's of all, but it's -- it's a
24  very common compound that goes into bacteria medium
25  because it's so rich.  Pretty much all bacteria will

32 (Pages 122 to 125)

126

1  grow on it unless they're very fastidious.
2  Q. Do you know if there's a recommended media for
3  testing bacteria in drywall?
4  A. I'm not aware of one. In drywall --
5  specifically in drywall?
6  Q. Yes. Specifically for drywall.
7  A. I'm not aware of one.
8  Q. Okay. So as a microbiologist, if you wanted
9  to test a material to which there is no established
10 media or recommended media for that particular
11 substance, whatever it may be, what would be the process
12 for a microbiologist to go about determining which is
13 the proper media to use?
14 A. Well, microbiologists would -- would naturally
15 take the richest medium because it's going to grow the
16 most organisms. And then if that -- if whatever you
17 wanted to grow wouldn't grow on the richest medium, he
18 or she would then begin to add additional compounds to
19 see what it was that that organism needed that wasn't in
20 that -- in that medium.
21 Q. And do microbiologists such as yourself often,
22 you know, create your own media?
23 A. Yes.
24 Q. And that's common in the industry?
25 A. Yes.

127

1  Q. Is it common in the industry to -- to try to
2  find a recipe that was used by someone else that was
3  similar to the type of bacteria you're trying to grow?
4  MR. AYALA: Objection.
5  A. Yes.
6  BY MR. WARWICK:
7  Q. And do you know whether that was the general
8  process that was followed by RealTime Labs?
9  A. I have to --
10 MR. AYALA: Objection.
11 A. I have to admit I don't know.
12 BY MR. WARWICK:
13 Q. Okay. Do you know whether the API RP38 media
14 that was chosen by RealTime Labs had been used
15 previously to search for a particular type of organism
16 in the petroleum industry?
17 A. That's my understanding, yes.
18 Q. Okay. Do you know what kind of organisms they
19 were searching for?
20 A. I'm going to guess SRB, but that could be
21 incorrect. I don't really know.
22 Q. Okay. And so your -- in your opinion, if
23 Dr. Hooper and RealTime Labs were looking to -- for a
24 recipe for media that had been used in the past and
25 successfully used to -- to grow SRBs, would that be

128

1  reasonable for him to choose that media?
2  MR. AYALA: Objection.
3  A. Yes.
4  BY MR. WARWICK:
5  Q. Dr. Straus, is the paper that you published
6  with Dr. Hooper considered a peer-reviewed paper?
7  A. Yes.
8  MR. AYALA: Objection.
9  BY MR. WARWICK:
10 Q. And can any of the authors on a paper be a
11 reviewer of the paper?
12 A. No.
13 Q. Okay. In your position as a professor and
14 academician, have you received any telephone calls or
15 letters or e-mails from anybody in the microbiology
16 field regarding complaints they have about your 2010
17 paper?
18 A. No.
19 Q. Dr. Straus, you were also asked today about
20 contamination of samples from outside sources.
21 How common is Sulfobacillus
22 thermosulfidooxidans in the general environment?
23 MR. AYALA: Objection.
24 A. I have to admit I don't know.
25 BY MR. WARWICK:

129

1  Q. Is this a type of bacteria that grows -- like,
2  for example, could it grow on this table?
3  A. No.
4  Q. Why not?
5  A. There's no -- on this table, there's no food
6  source and there's no water.
7  Q. Okay. So what would it need as a food source?
8  A. Any type of organic material.
9  Q. Are there some forms of bacteria that send out
10 spores like out into the environment, that move around
11 or float or --
12 A. Yes.
13 MR. AYALA: Objection.
14 BY MR. WARWICK:
15 Q. -- are airborne?
16 A. Yes.
17 Q. Okay. Is ST bacteria one of those types of
18 bacteria?
19 A. I don't -- I don't think ST is a spore-former.
20 I haven't seen any -- anything that tells me that it is.
21 Q. Do you have any papers or any way to determine
22 how -- how common or where you'd look to find out how
23 common -- first of all, do you know when they first
24 started examining as a -- from a microbiological
25 standpoint, Sulfobacillus thermosulfidooxidans?

33 (Pages 126 to 129)

130

1    A.  You mean in what year?
2    **Q.  Yes.  Generally?**
3    A.  No, I don't know.
4    **Q.  Okay.**
5    A.  I may have it in a paper that I have here, but
6    off the top of my head, I don't know.
7    **Q.  So if I told you that the first time that the**
8    **bacteria was written about was in 2001, would that**
9    **refresh your recollection?**
10   MR. AYALA:  Objection.
11   A.  I don't have a recollection, so it wouldn't
12   refresh it.  But I wouldn't be surprised if that was the
13   first time it was written about.
14   BY MR. WARWICK:
15   **Q.  In your research of this particular bacteria,**
16   **being ST bacteria, did you find a tremendous number**
17   **of -- of microbiologists have investigated and written**
18   **about this particular bacteria?**
19   MR. AYALA:  Objection.
20   A.  No.
21   BY MR. WARWICK:
22   **Q.  In your experience as a microbiologist, are**
23   **the more common forms of bacteria studied and written**
24   **about more often than the less common and obscure forms**
25   **of bacteria generally?**

131

1    MR. AYALA:  Objection.
2    A.  The most common types of bacteria that -- that
3    are written about and studied are the ones that cause
4    human disease because those are the ones that
5    microbiologists are most interested in.
6        The obscure organisms, obviously very few
7    people study them, first of all, because they're
8    obscure.  And second of all, there would be no grant
9    money available to study them because they are obscure.
10   BY MR. WARWICK:
11   **Q.  As opposed to ST bacteria in particular, are**
12   **there more studies about sulfur-reducing bacteria or**
13   **sulfur-oxidizing bacteria?**
14   A.  Oh, far and away more studies about
15   sulfur-reducing bacteria.
16   **Q.  And would that lead you to an opinion as to**
17   **which is more common in the environment?**
18   MR. AYALA:  Objection, lack of
19   foundation.
20   A.  Well, it would lead me to believe that SRBs
21   are more common in the environment because if they were
22   written about first, that means that researchers
23   discovered them first indicating that they were more
24   prevalent than the SOBs.  That would -- that would be my
25   reasoning on that.  It's just a matters of low hanging

132

1    fruit.
2    BY MR. WARWICK:
3    **Q.  I think Mr. Ayala asked you earlier this**
4    **morning about whether it was possible that samples or**
5    **media can be contaminated by outside bacteria sources.**
6    **Do you remember that?**
7    MR. AYALA:  Objection.
8    A.  Your question was did he ask me if samples of
9    media can be contaminated by outside bacteria?
10   BY MR. WARWICK:
11   **Q.  Right.**
12   A.  Yes.
13   **Q.  Okay.**
14   A.  And the answer is clearly yes.
15   **Q.  And that's what you said earlier today.**
16   **But here the Plaintiffs' homes, as far as**
17   **you've been able to determine, they're -- are they in**
18   **the same subdivision or the same area of Florida, if you**
19   **know?**
20   MR. AYALA:  Objection.
21   A.  I don't -- I don't think they're in the same
22   subdivision.  I think that they're -- if I remember the
23   addresses that I wrote down, they're spread.  I don't
24   know if they're spread entirely throughout Florida, but
25   they're certainly not in the same subdivision.

133

1    BY MR. WARWICK:
2    **Q.  Okay.  And do you have any reason to believe**
3    **they're built by the same builder?**
4    A.  I have no reason to believe that.
5    **Q.  Okay.  So in your opinion regarding what we've**
6    **been talking about, about common bacteria or uncommon**
7    **bacteria, would it be likely that all five of these**
8    **homes would have been randomly exposed to Sulfobacillus**
9    **thermosulfidooxidans within -- just by chance?**
10   MR. AYALA:  Okay.  Before you answer,
11   just -- objection, lack of foundation.
12   A.  You're going to have to ask me that again.
13   BY MR. WARWICK:
14   **Q.  The Plaintiffs homes are scattered throughout**
15   **Florida.**
16   MR. AYALA:  Objection.
17   BY MR. WARWICK:
18   **Q.  And we talked about that you believe based**
19   **upon the fact that there's more studies have been done**
20   **on sulfur-reducing bacteria than sulfur-oxidizing**
21   **bacteria, you thought the sulfur-reducing bacteria was**
22   **more common in the environment?**
23   MR. AYALA:  Objection.
24   A.  That's my assumption.
25   BY MR. WARWICK:

34 (Pages 130 to 133)

134

1    Q.  So based on that assumption, would it be
2  likely that all five of these homes were randomly
3  infected with Sulfobacillus thermosulfidooxidans
4  bacteria?
5         MR. AYALA:  Objection, lack of
6  foundation.
7    A.  I would say that it would be unlikely.
8         MR. WARWICK:  I need to take just
9  two minutes.
10        And do you want to do follow-up now, or do you
11  want to wait five minutes?
12        MR. LANDSKRONER:  Why don't you take a
13  break so I can leave.
14        MR. WARWICK:  Let's take a break.  I
15  think Jack's going to leave and go off the record.
16        THE VIDEOGRAPHER:  We're off the record
17  at 3:05 p.m.
18        (Recess taken.)
19        THE VIDEOGRAPHER:  We're back on the
20  record at 3:17 p.m.
21        FURTHER EXAMINATION
22  BY MR AYALA:
23    Q.  Hi, Dr. Straus.
24    A.  Hi, Mr. Ayala.
25    Q.  Dr. Straus, you issued five expert reports in

135

1  connection with this litigation on November 17, 2011.
2        And those expert reports, for the record, are
3  identified as Exhibits V, W, X, Y, and Z, okay; is that
4  correct?
5    A.  Yes.
6    Q.  You would agree with me, Doctor, that the
7  reports you issued on November 17th do not articulate
8  your -- your theory with regard to sulfuric acid
9  production from bacteria, correct?
10        MR. WARWICK:  Object to form.
11    A.  I would agree with that, but they do
12  articulate the ST organism as being the problem
13  organism.
14  BY MR. AYALA:
15    Q.  Okay.  Now, we established earlier that the
16  RealTime Laboratories testing did not permit you to
17  quantify the number of ST bacteria detected, correct?
18    A.  Correct.
19    Q.  And so sitting here today, sir, you can't tell
20  us whether the drywall samples that reportedly showed a
21  detection of DNA for ST had a single ST bacterium or
22  more than one ST bacterium, correct?
23    A.  I cannot enumerate how many ST organisms were
24  in the drywall.
25    Q.  Okay.  And you issued another expert report,

136

1  sir, just about a week ago, on January 24th, 2012, which
2  is identified as Exhibit AA, correct?
3    A.  Yes.
4    Q.  And would you agree with me, sir, that your
5  new theory --
6        MR. WARWICK:  Objection.  Sorry.
7  BY MR. AYALA:
8    Q.  -- regarding sulfuric acid is not included in
9  Exhibit AA, correct?
10    A.  Correct.
11    Q.  Okay.  And so -- so today is the first time
12  you've articulated your new theory --
13        MR. WARWICK:  Object to form.
14  BY MR. AYALA:
15    Q.  -- in -- in the litigation, correct?
16    A.  Yes.
17    Q.  Now, when we were speaking earlier, you
18  testified that you were not offering an opinion with
19  regard to corrosion of copper in the Plaintiffs' homes;
20  is that correct?
21    A.  Correct.
22    Q.  Okay.  And I -- and I think you've even
23  offered an opinion that -- or I think you even testified
24  that you were not offering an opinion with regard to
25  corrosion of metals in Plaintiffs' homes, correct?

137

1        MR. WARWICK:  Object to form.
2    A.  Well, if I said -- if I said that, then that's
3  what I meant, yes.
4  BY MR. AYALA:
5    Q.  Okay.
6    A.  I can't remember that.
7    Q.  So help me understand, Doctor, with regard to
8  the Brinku property, which you've never been to, what is
9  it in the Brinku property that you claim is being
10  corroded as a result of ST?
11    A.  Can I -- can I talk about the Brucker
12  residence because I just happen to have that in my hand.
13    Q.  Sure.  Let's talk about each of them.  Okay?
14    A.  Okay.  I'll have to dig out the Brinku, but
15  Mr. Brucker feels -- I'm sorry.  I'll wait until you get
16  to it, the second page of my -- my revised January -- or
17  the first one.
18    Q.  Okay.
19    A.  I didn't change anything but that additional
20  information I have.
21        Do you see the first paragraph on the second
22  page?
23    Q.  I do.  The first full paragraph?
24    A.  First full paragraph where it says,
25  Mr. Brucker feels that the house is corroding at a very

138

1   rapid pace. So I am testifying about corrosion in
2   general, not -- not to the specific metal or specific
3   anything, but corrosion in general referring to this.
4       Also, Dr. McCarthy, one of the things that
5   caught my eye when he was talking about the amount of
6   hydrogen sulfide -- hydrogen sulfide in the air being in
7   the water, that led me -- because what he said in his
8   report was that there's much more corrosion in this
9   house than can be explained by the hydrogen sulfide in
10  the water.
11      And that got me to thinking that there is much
12  more hydrogen sulfide in this house than I ever thought
13  there was because before, I didn't really feel that
14  there was much hydrogen sulfide in the house if it was
15  coming from SRBs. If it was coming from the water where
16  there is a tremendous amount of hydrogen sulfide, then I
17  began to think in terms of the more hydrogen sulfide
18  that there is in the house, the more sulfuric acid is
19  going to be produced. And I'm thinking, everyone's
20  talking about -- for example, this guy's saying the
21  house is corroding at a very rapid pace. I put two and
22  two together.
23      Q. Okay. Have you done any testing of the air in
24  any of the Plaintiffs' homes?
25      A. No.

139

1       Q. Okay. Have you -- are you aware of any
2   testing, sir, in connection with the litigation that has
3   detected sulfuric acid in any of the Plaintiffs' homes?
4       A. No.
5       Q. Okay. I would like you to assume, sir, that,
6   in fact, the air in each of the Plaintiffs' homes has
7   been tested specifically for the presence of sulfuric
8   acid, and each of those test results is a nondetect.
9   Okay?
10      Will you assume that for the purposes of our
11  discussion?
12      A. Sure.
13      Q. Okay. Would you agree that those test results
14  would be inconsistent with the theory that you've
15  articulated today?
16      A. Well, certainly inconsistent with the theory
17  that I articulated. The obvious question is, were those
18  tests done correctly, and obviously I don't know.
19      Q. Sure. Right. Okay.
20      Sir, are you aware of any peer-reviewed
21  literature -- well, let me ask you this.
22      I take it you haven't published your theory
23  with regard to ST -- your new theory that you
24  articulated today -- you haven't published that in any
25  peer-reviewed journal, correct?

140

1       A. Correct.
2          MR. WARWICK:  Objection.
3       A. But it is well known that sulfur-oxidizing
4   bacteria do convert hydrogen sulfide into sulfuric acid.
5   So the -- that pathway is not in question. That's well
6   known.
7   BY MR. AYALA:
8       Q. Can you -- can you tell us how many sheets of
9   drywall are in each Plaintiffs' homes?
10      A. No.
11      Q. Can you tell us what type of corrosion -- let
12  me ask you this, sir.
13      Could you define "corrosion" for us?
14          MR. WARWICK:  Object to form.
15      A. Corrosion is essentially the wearing away of
16  metals and -- and really any substance, but I guess
17  metals in particular, by a chemical reaction.
18  BY MR. AYALA:
19      Q. Okay. Do you agree that there are many
20  different forms of corrosion?
21          MR. WARWICK:  Object to form.
22      A. I'm sure there are.
23  BY MR. AYALA:
24      Q. Okay. And so I understand correctly, your
25  theory that you've articulated today is not that any

141

1   particular metal in any particular Plaintiff's home has
2   been corroded by sulfuric acid but just that sulfuric
3   acid is corrosive?
4          MR. WARWICK:  Object to form. Misstates
5   his testimony.
6       A. Yes, it is. There's no question about that.
7   Sulfuric acid is extremely corrosive.
8   BY MR. AYALA:
9       Q. But you haven't offered an opinion that
10  sulfuric acid has caused corrosion to a particular metal
11  or any metal in any of the Plaintiffs' homes; is that
12  correct?
13      A. I would say that's correct, yeah. I'm
14  speaking in general terms addressing, as I say, what --
15  for example, what Mr. Brucker says, that the house is
16  corroding at a very rapid pace, and -- and I thought,
17  this is -- this is the explanation.
18      Q. Okay. Now, you testified earlier, sir, that
19  ST -- and we agree that that's Sulfobacillus
20  thermosulfidooxidans -- you testified that ST requires
21  liquid water in order to -- well, in order to oxidize;
22  is that correct?
23      A. Yeah. Probably in order to form any chemical
24  reaction, it's going to need water of some type.
25          THE VIDEOGRAPHER:  Less than two minutes.

36 (Pages 138 to 141)

142

BY MR. AYALA:

Q.   Okay.  And humidity is not -- there's a difference between humidity in the air and condensed liquid water; is that correct?

A.   That's correct.

Q.   Okay.  And sitting here today, are you aware of any evidence that the drywall in the Plaintiffs' homes had condensed liquid water on it?

A.   No.

Q.   Okay.  By the way, you testified that rain is 100 percent humidity, correct?

A.   Correct.

Q.   Okay.  But when it rains outside, that doesn't -- it doesn't necessarily follow that there's 100 percent humidity inside a home that has a roof on it, correct?

A.   I would say that -- when it rains outside, there is not 100 percent humidity inside the house because it's not raining inside of the house.  But the humidity inside the house can probably go up, but it's certainly not 100 percent.

Q.   Okay.  And you haven't performed any testing of the relative humidity in any of the Plaintiffs' homes, correct?

A.   Correct.

143

Q.   All right.  What testing have you performed in the course of your professional experiences on sulfuric acid?

A.   I haven't performed any testing on sulfuric acid.  I've used sulfuric acid in -- in my experiments.

Q.   What have you used it for, sir?

THE VIDEOGRAPHER:  Sir, I need to change the tape before we continue.

MR. AYALA:  We need to change the tape.

THE WITNESS:  Shall I keep going?

MR. AYALA:  We need the take the tape.

THE VIDEOGRAPHER:  We're off the record, 3:32 p.m.

(Off the record.)

THE VIDEOGRAPHER:  This is the beginning of Disk 3.  We're back on the record at 3:35 p.m.

BY MR. AYALA:

Q.   Dr. Straus, what is "sulfuric acid"?

A.   Sulfuric acid is an extremely corrosive chemical that will eat through pretty much anything except glass.

Q.   Okay.  Is sulfuric acid a liquid?

A.   Yes.

Q.   Okay.

MR. AYALA:  I have no further questions.

144

FURTHER EXAMINATION

BY MR. WARWICK:

Q.   Dr. Strauss, just real quick -- you mentioned that -- do you have any papers showing that sulfur-oxidizing bacteria are known to oxidize hydrogen sulfide into H2SO4?

A.   Yes.

Q.   Okay.  Do you have those with you today?

A.   Yes.

Q.   Could you pull those out of your stack?

A.   Yes.

Q.   Could you just read the title of those three --

A.   Yes.

Q.   -- what journal they're in and the title of each one?

A.   The first one is -- the journal is Water Research, and the title is Corrosion by bacteria of concrete and sewerage -- I'll spell it:  S-E-W-E-R-A-G-E systems, and inhibitory effects of formates on their growth.

Q.   And what about the next one?

A.   The second one is in a journal called Microbial Cell Factories, and it's entitled Characteristics and adaptability of iron- and

145

sulfur-oxidizing microorganisms used for the recovery of metals from minerals and their concentrates.

Q.   And the third one?

A.   The third is in Applied and Environmental Microbiology.  The title is Succession of Sulfur-Oxidizing Bacteria in the Microbial Community on Corroding Concrete and Sewer Systems.

Q.   And when you wrote your reports back in November, what was the bacteria that was identified in the report as causing the problems in these homes at the time?

A.   The ST organism.

MR. AYALA:  Objection.

BY MR. WARWICK:

Q.   Is that the same organism that you're saying is causing the problem today?

MR. AYALA:  Objection.

A.   It's the same organism that -- that can take and oxidize hydrogen sulfide into sulfuric acid.  So I guess -- I'm assuming that that -- the same organism is the problem.

BY MR. WARWICK:

Q.   And do you believe your opinion regarding H2SO4 is consistent with the reports Dr. McCarthy, Dr. Little, and Dr. Myatt?

37  (Pages 142 to 145)

146

1   MR. AYALA: Objection.
2   A.  I believe -- I believe that they are.  The
3   theory is that you have sulfur-oxidizing bacteria taking
4   H2S into sulfuric acid is consistent with -- with their
5   tests.
6   MR. WARWICK:  I don't have anything
7   further.
8   MR. AYALA:  Okay.  Just a couple of
9   follow-ups, sir.
10  FURTHER EXAMINATION
11  BY MR. AYALA:
12  Q.  Sir, I'd like to direct your attention to
13  Exhibit V, which is your November 17, 2011, report in
14  the Brinku matter.
15  A.  You're going to have to wait a second so I can
16  find it.
17  Q.  Of course.  Of course.  Take your time.
18  A.  Okay.  I have it.
19  Q.  Okay.  Sir, could you show me where in
20  Exhibit V you report that the presence of Sulfobacillus
21  thermosulfidooxidans is in any way problematic?
22  A.  Well, once again, at the time that I wrote
23  that report, I was lumping the SOBs and the SRBs
24  together.  And based on this, what I thought was, is
25  that there are SRBs that Dr. Hooper's culture and enzyme

147

1   experiments showed that there were SRBs there.  And
2   then, of course, his DNA showed that the Sulfobacillus
3   thermosulfidooxidans was present.  But I was lumping
4   them both together at that time.
5   Q.  I follow you.  But, sir, where in the report
6   do you note that either SRB or Sulfobacillus
7   thermosulfidooxidans is problematic in any way?  You
8   simply note the presence of them, don't you?
9   A.  Well, I talk about on the first page how SRBs
10  would produce hydrogen sulfide in the house.  So I do
11  talk about SRBs being problematic.
12  Q.  Okay.  I guess -- but I -- but you would agree
13  that your report does not state that either SRBs or
14  Sulfobacillus thermosulfidooxidans caused problems in
15  the Brinku home specifically?
16  A.  Well, I do it in a roundabout way in which I
17  say that SRBs are problematic and that they produce
18  hydrogen sulfide in a house -- or that this is how they
19  would produce hydrogen sulfide in the house.  And then I
20  say that the SRBs, in my opinion, are -- RealTime
21  Laboratories has shown that the SRBs are there.  So it's
22  a roundabout way of getting to your question.
23  MR. AYALA:  Okay.  No further questions.
24  THE WITNESS:  Brian, do you have more?
25  MR. WARWICK:  Just like two.

148

1   FURTHER EXAMINATION
2   BY MR. WARWICK:
3   Q.  On your report that you were just looking at,
4   there, V, what was the only bacteria that was found to
5   be in the National Gypsum drywall -- or the drywall
6   tested in these samples by RealTime Labs?
7   A.  Well --
8   MR. AYALA:  Objection.  Okay.  Go ahead.
9   A.  Actually, in V, two organisms were found, so
10  it wasn't only one.
11  BY MR. WARWICK:
12  Q.  Was one of those -- what were those two
13  organisms?
14  A.  One was the Sulfobacillus thermosulfidoxidans
15  and the other one Thiobacillus thiooxidans.
16  Q.  If you recall -- you're welcome to look at the
17  reports -- but in the reports other than Brucker, do you
18  recall the specific form of bacteria that was found in
19  the other homes -- not the Brinku home?
20  A.  The only other organism that was found in the
21  other four homes that I evaluated was the Sulfobacillus
22  organism.
23  Q.  Okay.  And -- and if you look at -- just grab
24  one of the other reports, like, for example, I've got
25  the Nutting report.

149

1   A.  I grabbed the Retana report.
2   Would that work?
3   Q.  Sure.
4   A.  Okay.
5   Q.  Underneath the chart where it describes the
6   test results from RealTime Labs, would you read that
7   paragraph, that starts, These data support?
8   A.  Okay.  These data support the theory of the
9   presence of SRB on the drywall in the Retana residence.
10  Q.  Okay.  That first sentence, what is that
11  intended to mean?
12  A.  The first sentence -- the sentence I just
13  read?
14  Q.  Yes.
15  A.  I'm just saying that -- that the data that RTL
16  have supplied supports the presence of the SRBs being on
17  the drywall in the Retana residence.  I mean --
18  Q.  Right.  And as you use the term "SRBs" in this
19  report.
20  You've explained several times that you mean
21  both SRBs and SOBs, correct?
22  A.  Yes.
23  Q.  And the second sentence, could you read that
24  one?
25  A.  The second sentence?

38  (Pages 146 to 149)

---

150

1      Q.  Yes.  Second sentence of that paragraph?
2      A.  That paragraph only had one sentence.  So
3  maybe we're looking at different reports.  This is
4  Retana.
5      Q.  Okay.  I apologize.  I have Exhibit Y which is
6  the Nutting residence.  I'll just give it -- Exhibit Y.
7      A.  Okay.  Okay.  These data -- this sentence
8  says, These data also support the theory that the
9  sulfur-like odor and corrosion problems reported in the
10  Nutting residence are related to the presence of
11  National Gypsum drywall in the home.
12      Q.  And that sentence is immediately following the
13  one that says the test results show that the SRB and the
14  SOBs are in the drywall.  Correct?
15      A.  Correct.
16          MR. WARWICK:  I don't have anything
17  further.
18          MR. AYALA:  Okay.
19              FURTHER EXAMINATION
20  BY MR. AYALA:
21      Q.  Okay.  Now, that sentence you just read, sir,
22  you didn't include that in your Brinku report, did you?
23      A.  I have to look at the report.
24      Q.  Let's look at Exhibit C.  I'm sorry -- yeah,
25  Exhibit C.  No, Exhibit V -- Exhibit V is your Brinku

---

151

1  report.
2      A.  V.  Okay.  This might be it right here.  Yeah.
3  You're correct.  That sentence is not there.
4          MR. AYALA:  Okay.  No further questions.
5  Thanks, Doctor.
6          THE VIDEOGRAPHER:  We're off the record
7  at 3:47.  This is the ends of Disk 3.
8          (Off the record.)
9          MR. AYALA:  Let's go back on the record
10  just for a second.
11          THE VIDEOGRAPHER:  The time is 3:50 p.m.
12  We're back on the record.
13          MR. AYALA:  Just for the record, for the
14  sake of efficiency, I've asked questions about
15  Dr. Straus's report of January 24, 2012.  I have done so
16  without intention of prejudicing NGC's pending or right
17  to move to strike that report as just untimely beyond
18  the case management deadlines in the case.  And I have a
19  continuing objection to the report and any evidence that
20  purports to rely on it.
21          In addition, in a good faith effort to
22  minimize litigation costs and voluntarily coordinate
23  discovery, I questioned Dr. Straus about his testing
24  methods -- strike that.
25          I've questioned Dr. Straus about each of the

---

152

1  five separate homes at issue in the litigation, but I
2  expressly reserve National Gypsum's right to object to
3  the admissibility of evidence as it relates to any
4  particular Plaintiff's claim.
5          And I also just want to make a request for the
6  documents that were brought today as well, just a copy
7  of those -- the documents that were brought by
8  Dr. Straus.
9          MR. WARWICK:  Okay.  Just so we're --
10  just so we're clear, by "documents," you mean the papers
11  that he brought with him today?
12          MR. AYALA:  Yes.  That's it.  Thanks.
13          THE VIDEOGRAPHER:  We're off the record
14  at 3:53 p.m.
15          (Deposition concluded 3:53 p.m.)

---

153

1
2  STATE OF _____ )
3                          ) :ss
4  COUNTY OF _____ )
5
6
7      I, DAVID C. STRAUS, Ph.D., the
8  witness herein, having read the foregoing
9  testimony of the pages of this deposition,
10  do hereby certify it to be a true and
11  correct transcript, subject to the
12  corrections, if any, shown on the attached
13  page.
14
15
16      _____
17      DAVID C. STRAUS, Ph.D.
18
19
20  Sworn and subscribed to before
21  me, this      day of
22            , 2012.
23
24  _____
25      Notary Public

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

154

1    STATE OF TEXAS    )
     COUNTY OF DALLAS  )
2
3        I, Susan Eddins Brown, Certified Shorthand Reporter
4    in and for the State of Texas, hereby certify that the
5    foregoing deposition of DAVID C. STRAUS, Ph.D., was
6    reported stenographically by me at the time and place
7    indicated, said witness having been placed under oath by
8    an officer, and that the deposition is a true record of
9    the testimony given by the witness.
10       I further certify that I am neither counsel for nor
11   related to any party in this cause and am not
12   financially interested in its outcome.
13       Given under my hand on this the 9th, day of
14   February, 2012.
15
16

17       _____
         Susan Eddins Brown
18       Texas CSR 1092
         Expiration Date: 12-31-13
19       David Feldman Worldwide
         450 Seventh Avenue, Suite 500
20       New York, NY  10123
         212-705-8585
21       Firm Registration No. 521
22
23
24
25

155

1            INSTRUCTIONS TO WITNESS
2
3        Please read your deposition over carefully
4    and make any necessary corrections. You should state
5    the reason in the appropriate space on the errata
6    sheet for any corrections that are made.
7        After doing so, please sign the errata sheet
8    and date it.
9        You are signing same subject to the changes
10   you have noted on the errata sheet, which will be
11   attached to your deposition.
12       It is imperative that you return the original
13   errata sheet to the deposing attorney within thirty
14   (30) days of receipt of the deposition transcript by
15   you. If you fail to do so, the deposition transcript
16   may be deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25

156

1                E R R A T A
2
3
4
5        I wish to make the following changes,
6    for the following reasons:
7
8    PAGE LINE
9    ___ ___ CHANGE:_____
10   REASON:_____
11   ___ ___ CHANGE:_____
12   REASON:_____
13   ___ ___ CHANGE:_____
14   REASON:_____
15   ___ ___ CHANGE:_____
16   REASON:_____
17   ___ ___ CHANGE:_____
18   REASON:_____
19   ___ ___ CHANGE:_____
20   REASON:_____
21
22   _____   _____
23   WITNESS' SIGNATURE         DATE
24
25

40  (Pages 154 to 156)