# **TABLE OF CONTENTS**

*Description*                                                                                                                                          **Exhibit**

Transcript, Deposition of Mark Cramer ........................................................................................ 1

Transcript, Deposition of Richard Lewis....................................................................................... 2

Transcript, Deposition of Brenda Little ......................................................................................... 3

Transcript, Deposition of John McCarthy ..................................................................................... 4

Transcript, Deposition of Ralph Moon........................................................................................... 5

Transcript, Deposition of Theodore Myatt .................................................................................... 6

Transcript, Deposition of Robert Odle .......................................................................................... 7

Transcript, Deposition of Michael Tuday...................................................................................... 8

Transcript, Deposition of Dick Engbrecht..................................................................................... 9

Transcript, Deposition of Zdenek Hejzlar ................................................................................... 10

Transcript, Deposition of David C. Straus................................................................................... 11

Transcript, Deposition of J.S. Sutton............................................................................................ 12

Transcript, Deposition of Mark Williams.................................................................................... 13

National Gypsum Company Expert Report – Brenda Little, Ph.D
(Brincku/Bucker) ......................................................................................................................... 14

National Gypsum Company Expert Report – Michael Tuday (Brincku) ................................... 15

Columbia Analytical Services Report for National Gypsum Company regarding
copper corrosion – Brincku home ............................................................................................. 16

National Gypsum Company Expert Report – Michael Tuday (Brucker) ................................... 17

Columbia Analytical Services Report for National Gypsum Company regarding
copper corrosion – Brucker home ............................................................................................. 18

National Gypsum Company Expert Report – Michael Tuday (Nutting).................................... 19

Columbia Analytical Services Report for National Gypsum Company regarding copper corrosion – Nutting home ..................................................................................20

National Gypsum Company Expert Report – Michael Tuday (Ravelo)..........................21

Columbia Analytical Services Report for National Gypsum Company regarding copper corrosion – Ravelo home ...................................................................................22

National Gypsum Company Expert Report – Michael Tuday (Retana)..........................23

Columbia Analytical Services Report for National Gypsum Company regarding copper corrosion – Retana home ...................................................................................24

National Gypsum Company Expert Report – Mark Cramer (Brincku)...........................25

National Gypsum Company Expert Report – Mark Cramer (Brucker)...........................26

National Gypsum Company Expert Report – Mark Cramer (Nutting) ...........................27

National Gypsum Company Expert Report – Mark Cramer (Ravelo) ............................28

National Gypsum Company Expert Report – Mark Cramer (Retana) ............................29

National Gypsum Company Expert Report – Richard Lewis (Brincku).........................30

National Gypsum Company Expert Report – Richard Lewis (Brucker).........................31

National Gypsum Company Expert Report – Richard Lewis (Nutting)..........................32

National Gypsum Company Expert Report – Richard Lewis (Ravelo) ..........................33

National Gypsum Company Expert Report – Richard Lewis (Retana)...........................34

National Gypsum Company Expert Report – Richard Lewis – "Sulfate-Reducing Bacteria (SRB) Test in Environmental Samples"..........................................................35

National Gypsum Company Expert Report – Ralph Moon – "Building Sciences Department Report Temperature Range Experiment National Gypsum Manufacturing Facility Gibsonton, Florida". ..........................................................................................36

National Gypsum Company Expert Report – John McCarthy (Brucker and Brincku)........................................................................................................37

National Gypsum Company Expert Report – Theodore Myatt (Brucker and Brincku)........................................................................................................38

National Gypsum Company Expert Report – Robert Odle, Ph.D (Brincku) ............................ 39

National Gypsum Company Expert Report – Robert Odle, Ph.D (Brucker) ............................ 40

National Gypsum Company Expert Report – Robert Odle, Ph.D (Nutting) ............................. 41

National Gypsum Company Expert Report – Robert Odle, Ph.D (Ravelo) .............................. 42

National Gypsum Company Expert Report – Robert Odle, Ph.D (Retana) .............................. 43

Plaintiffs' November 18, 2011 Expert Report – Dick Engbrecht (Brincku/Brucker) ............... 44

Plaintiffs' November 18, 2011 Expert Report – Zedenek Hejzlar (Brincku) ........................... 45

Plaintiffs' February 13, 2012 Addendum to Expert Report – Zdenek Hejzlar (Brincku) .......... 46

Plaintiffs' November 10, 2011 Expert Report – Zdenek Hejzlar (Brucker Plaintiffs) ............... 47

Plaintiffs' November 17, 2011 Expert Report – David Straus, Ph.D (Brincku) ....................... 48

Plaintiffs' March 5, 2012 Revision to Expert Report – David Straus, Ph.D (Brincku) ............. 49

Plaintiffs' November 17, 2011 Expert Report – David Straus, Ph.D (Brucker) ....................... 50

Plaintiffs' January 24, 2012 Revision to Expert Report – David Straus, Ph.D (Brucker) .......... 51

Plaintiffs' March 5, 2012 Revision to Expert Report – David Straus, Ph.D (Brucker) ............. 52

Plaintiffs' November 17, 2011 Expert Report – David Straus, Ph.D (Nutting) ....................... 53

Plaintiffs' March 5, 2012 Revision to Expert Report – David Straus, Ph.D (Nutting) .............. 54

Plaintiffs' November 17, 2011 Expert Report – David Straus, Ph.D. (Ravelo) ....................... 55

Plaintiffs' March 5, 2012 Revision to Expert Report – David Straus, Ph.D (Ravelo) .............. 56

Plaintiffs' November 17, 2011 Expert Report – David Straus, Ph.D (Retana) ........................ 57

Plaintiffs' March 5, 2012 Revision to Expert Report – David Straus, Ph.D. (Retana) .............. 58

Plaintiffs' November 16, 2011 Expert Report – J.S. Sutton (Brincku) .................................... 59

Plaintiffs' September 26, 2011 Expert Report – J.S. Sutton (Brucker) ................................... 60

Plaintiffs' January 17, 2012 Supplemental Expert Report – J.S. Sutton (Brucker) ................... 61

Plaintiffs' September 26, 2011 Expert Report – J.S. Sutton (Nutting) .................................. 62

Plaintiffs' September 26, 2011 Expert Report – J.S. Sutton (Ravelo) ................................... 63

Plaintiffs' September 26, 2011 Expert Report – J.S. Sutton (Retana) ................................... 64

Plaintiffs' November 17, 2011 Expert Report – Mark Williams (Brincku/Brucker) ............ 65

Plaintiffs' February 15, 2012 Supplemental Expert Report – Mark Williams (Brincku) ..... 66

Extract *Brucker* Third Amended Class Action Complaint, October 4, 2011 ...................... 67

U.S. Geological Survey, "The Use of Epifluorescent Microscopy and Quantitative
Polymerase Chain Reaction to Determine the Presence/Absence and Identification
of Microorganisms Associated with Domestic and Foreign Wallboard Samples" ............... 68

CPSC Drywall Information Center "Other Frequently Asked Questions (FAQs)" ............. 69

December 12, 2005 Decision of Division of Medical Quality Medical Board of
California In the Matter of the Accusation Against: Dennis Glenn Hooper, M.D. .............. 70

Texas Medical Board Public Verification/Physician Profile,
Dennis Glenn Hooper, M.D. .................................................................................................. 71

Environmental Health & Engineering Report, "Evaluation of Homes Reported to be
Constructed with Domestic Drywall", April 12, 2011 .......................................................... 72

CPSC Staff Summary of Contractor's Evaluation of Homes Reported to be
Constructed with Domestic Drywall, April 15, 2011 ............................................................ 73

Hejzlar, "Applications of X-Ray Fluorescence to Confirm Sulfur Impact of Corrosive
Drywall", 2010 (Hejzlar Deposition Exhibit #10) ................................................................ 74

Hooper, et al., "Isolation of Sulfur Reducing and Oxidizing Bacteria Found in Contaminated
Drywall" (Sutton Deposition Exhibit O) ............................................................................... 75

Environmental Health & Engineering Report, "Draft Report on Preliminary Microbiological
Assessment of Chinese Drywall", March 26, 2010 ............................................................... 76

Gypsum Association document, "Gypsum Panel Products, Types, Uses, Sizes and
Standards (GA-223-04)" (Engbrecht Deposition Exhibit NN) ............................................. 77

Transcript, Deposition of Jeffrey McChesney .................................................................... 78

September, 2009 CPSC Imported Drywall Fact Sheet ........................................................ 79

September 15, 2011 CPSC/HUD Press Release ...................................................................... 80

CPSC "Summary of Identification Guidance For Homes With Corrosion From Problem Drywall As of March 18, 2011" ............................................................................ 81

Florida Department of Health "Case Definition (12-18-09) for Drywall Associated Corrosion in Residences" ........................................................................................................ 82

Transcript, Deposition of Chris Brucker ................................................................................ 83

Transcript, Deposition of Trever Nutting ............................................................................... 84

Transcript, Deposition of Xiomara Ravelo ............................................................................. 85

July 9, 2010 Intervening Plaintiffs' Memorandum of Law in Support of Their Motion to Intervene, MDL 2047, *In Re: Chinese-Manufactured Drywall Products Liability Litigation* ................................................................................................................................. 86

Transcript, Deposition of Beatrix Retana ............................................................................... 87

Transcript, Deposition of George Brincku ............................................................................. 88

Transcript, Deposition of Brenda Brincku ............................................................................. 89