**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**
**NO. 2:10-CV-00405-JES-SPC**

CHRIS BRUCKER, TREVER S. NUTTING,
XIOMARA RAVELO, WILFREDO E. RETANA and
BEATRIX CELSA RETANA, individually, and on behalf
of all others similarly situated,
Plaintiffs,
v.
LOWES HOME CENTERS, INC.,
a North Carolina Corporation, and
NATIONAL GYPSUM COMPANY, a Delaware Corporation
Defendants.

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**
**NO. 2:11-CV-00338-JES-SPC**

GEORGE BRINCKU and BRENDA BRINCKU
Plaintiffs,
v.
NATIONAL GYPSUM COMPANY, a Delaware Corporation
Defendants.

**APPENDIX VOLUME II OF V TO MARCH 16, 2012 DISPOSITIVE MOTIONS OF**
**DEFENDANT**
**NATIONAL GYPSUM COMPANY (EXHIBITS 14- 29)**

James D. Pagliaro (admitted pro hac vice)
Thomas J. Sullivan (admitted pro hac vice)
Thomas V. Ayala (admitted pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000 (Phone)
(215) 963-5001 (Fax)
jpagliaro@morganlewis.com
tsullivan@morganlewis.com
tayala@morganlewis.com

*Counsel for National Gypsum Company*