# EXHIBIT 1

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

```
GEORGE BRINCKU, BRENDA      )
BRINCKU,                    )
                            )
        Plaintiffs,         )
                            )
VS.                         ) CIVIL ACTION NO.
                            ) 2:11-CV-00338-JES-DNF
NATIONAL GYPSUM COMPANY,    )
a Delaware Corporation,     )
                            )
        Defendants.         )
```

-------------------------------

```
CHRIS BRUCKER, et al.,      )
                            )
        Plaintiffs,         )
                            )
VS.                         ) CIVIL ACTION NO.
                            ) 2:10-CV-405-FTM-20SPC
LOWES HOME CENTERS, INC.,   )
et al.,                     )
                            )
        Defendants.         )
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF

J.S. SUTTON

FEBRUARY 2, 2012

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Job # 23743

## Page 18

1  A. I have been copied on the e-mails regarding
2  timing for the deposition. Other than that, I can't
3  recall any.
4  Q. Okay.
5     (Exhibits 3 - 8 marked.)
6  BY MR. AYALA:
7  Q. Mr. Sutton, I'm showing you now documents that
8  have been previously marked as, respectively, Exhibits
9  3, 4, 5, 6, 7, and 8.
10    And, for the record, I will identify Exhibit 3
11 as a report from RealTime Laboratories dated
12 November 16, 2011, regarding, quote, "The Brinku Home
13 Lab Work Conducted On Samples Received By RTL On
14 April 26, 2010."
15    Mr. Sutton, do you recognize Exhibit 3?
16 A. Yes, sir.
17 Q. Okay. And this may be a little bit difficult
18 because the exhibit doesn't have page numbers. But your
19 signature is at the end of the report, correct?
20 A. Yes, sir.
21 Q. Okay. And I assume by your signature on
22 Exhibit 3, you take responsibility for the content of
23 Exhibit 3, correct?
24 A. The signature and the service lab certifies
25 the results.

## Page 19

1  Q. Okay. And I take it also, that by your
2  signature, you take responsibility for the contents of
3  what's in this report, correct?
4  A. Yes. But the signature certifies that all
5  SOPs, standards operating procedures, all controls,
6  everything met with compliance in the laboratory for the
7  results.
8  Q. Okay.
9  A. And that's common in any service lab.
10 Q. Okay. And did you -- did you author this
11 report?
12 A. No.
13 Q. Okay. Who authored this report?
14 A. Dennis Hooper authored the report.
15 Q. With regard to Exhibit 3, did you have any --
16 did you author any part of Exhibit 3?
17 A. No.
18 Q. Okay. Why did you sign a report that you
19 didn't author -- that you didn't author?
20     MR. LANDSKRONER: Objection. Asked and
21 answered.
22 Q. You can answer.
23 A. Okay. It's common. There's reports that go
24 out all the time. We -- reports aren't always authored
25 specific for a -- for a particular sample. So, what

## Page 20

1  happens is, the reports are put together, I review the
2  data, I review the controls, I make sure we're in
3  compliance with everything internal, standard operating
4  procedures and everything, then I sign off on the
5  results.
6  Q. Did you have discussions with Mr. Hooper about
7  whose signature was to go on the report identified as
8  Exhibit 3?
9  A. No.
10 Q. Okay. So, tell me how it came to be that that
11 report made its way onto your desk and you signed it?
12 A. Reports make their way onto my desk every day
13 in a service company. We process clinical samples, we
14 process environmental samples; reports go out
15 constantly.
16 Q. Okay.
17 A. And I review the results, I sign off on them.
18 Dr. Hooper, as medical director, can sign off on
19 clinical results but, according to state regulations, I,
20 as a designee can also sign off on those reports. So,
21 we're the two people that can sign reports in the
22 company.
23 Q. Okay. Let's talk about that. What is Dennis
24 Hooper's role at RealTime Laboratories?
25 A. He's the medical director.

## Page 21

1  Q. And what is your formal title and position at
2  RealTime Laboratories?
3  A. Vice president of laboratory operations.
4  Q. Okay. And do you report to Mr. Hooper?
5  A. No, sir. I report to David Murcott, the CEO.
6  Q. Okay. Does Mr. Hooper report to you?
7  A. No.
8  Q. Does Mr. Hooper report to the CEO?
9  A. No.
10 Q. No?
11 A. The medical director has to be separate from
12 the lab. I'm not sure exactly how that's all set up, to
13 be honest, but I know that he does not report to Dave
14 Murcott and he definitely doesn't report to me.
15 Q. Okay. Did you perform any of the testing that
16 formed the basis of the report that is Exhibit 3?
17 A. Yes.
18 Q. Okay. Which testing did you perform?
19 A. I would have performed the DNA testing. So,
20 basically, the extractions and the PCR. I would have to
21 look back. I may have performed the enzyme test, I
22 don't know. Once again, there's tons of samples that go
23 through.
24 Q. What would you have to look back at?
25 A. I'd have to look back at the signature logs

**Page 22**

1   and see who was processing the samples.
2       Q. Okay. Would there also be signatures on the
3   actual result reports contained in Exhibit 3?
4       A. Technicians don't have to sign off on the
5   results. Basically it -- I may perform work, one of the
6   med techs may perform work; and what happens is, those
7   results migrate to the laboratory supervisor. I review
8   the results, I review the controls, and, if everything
9   passes our standard operating procedure, we sign it out.
10      Q. Okay. In what laboratory, other than RealTime
11  Laboratories, are you aware of where the technician who
12  performs the work doesn't actually put his or her
13  signature on the results?
14      A. On the report?
15      Q. On the results of the test.
16      A. Oh, the signature would be on the results.
17  But not necessarily on the report.
18      Q. Okay. I'm talking about the results. Let's
19  look at the results of Exhibit 3 real quick. If you go
20  to -- if you go to Exhibit 4 of Exhibit 3 --
21      A. Okay. Okay.
22      Q. The first page indicates that -- the first
23  page is titled "Thiobacillus Report Form, Environmental,
24  Date of service 04-26-2010, Sample Type Number 1
25  Drywall."

**Page 23**

1       Do you see that?
2       A. Um-hum.
3       Q. Okay. At the bottom, there's a line that says
4   "Technician's Initials."
5       A. Okay.
6       Q. Okay. What does that say?
7       A. It says DH.
8       Q. Okay. What does DH indicate to you?
9       A. That's the initials for Dennis Hooper. And if
10  the report says that he did the work for that, then he
11  did the work for that.
12      Q. Okay. Page 2 says "Thiobacillus Report Form,
13  Environmental, Date Of Service 4-26-2010, Sample Type
14  Number 2 Drywall." There is a set of initials at the
15  bottom of that page. What does that say?
16      A. DH.
17      Q. And DH would be for Dennis Hooper?
18      A. Uh-huh.
19      Q. And that would suggest to you that Dennis
20  Hooper performed the DNA testing on Exhibit 3, the
21  Brinku results, correct?
22      A. Yes.
23      Q. Okay. Next page is "Thiobacillus Report Form,
24  Environmental, Date Of Service 4-26-2010, Number 3
25  Drywall"?

**Page 24**

1       A. Um-hum.
2       Q. Initials at the bottom, what are they?
3       A. DH.
4       Q. DH for Dennis Hooper, correct?
5       A. Um-hum.
6       Q. And that indicates that Mr. Hooper performed
7   the DNA testing for sample type Number 3, correct?
8       A. Uh-huh.
9       Q. And the next page, lab results report form
10  related to Number 4 drywall. And Mr. Hooper's initials
11  are at the bottom of that, correct?
12      A. Um-hum.
13      Q. Indicating that Dennis Hooper performed the
14  DNA testing on sample Number 4?
15      A. Yes.
16      Q. Okay. Finally, if you go to the next page,
17  sir, this page is titled "Sulfur-Reducing Bacteria
18  Report, Environmental."
19      A. Um-hum.
20      Q. Date of report is November 4th, 2011.
21      Do you see that?
22      A. Yes.
23      Q. Okay. At the bottom, there's a line for
24  technician's initials, but no one has initialled.
25      A. That should have been.

**Page 25**

1       Q. Okay. It should have been initialed?
2       A. Uh-huh.
3       Q. Sitting here today, can you tell us who
4   performed the testing that forms the basis of the
5   sulfur-reducing bacteria report, dated 11-4-2011?
6       A. Based on these forms, Dennis Hooper did.
7       Q. Aside from looking at the Sulfur-Reducing
8   Bacteria Form, which has no initials on it, do you have
9   any personal knowledge that indicates that Dennis Hooper
10  performed the testing that forms of basis of the
11  November 4, 2011, Sulfur-Reducing Bacteria Report?
12      A. Do I have any personal knowledge of it?
13      Q. Correct.
14      A. I would just have to go by the initials. I
15  mean, that was in 2010.
16          MR. WARWICK: Tom, just to clarify, I
17  believe that the -- the results on this Exhibit 5, here,
18  is just a chart showing --
19          THE WITNESS: The results.
20          MR. WARWICK: -- the prior four results
21  pages.
22          THE WITNESS: That's the way I was
23  looking at it.
24          MR. WARWICK: Is that the same document
25  we're looking at?

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

Page 26

1  BY MR. AYALA:
2    Q.  Well, we'll need to talk about that on the
3  record, so --
4    A.  Oh, okay.
5    Q.  Looking at the Sulfur Reducing Bacteria
6  Report, Environmental -- and we're still talking about
7  Exhibit 3 here for Brinku -- the Sulfur-Reducing
8  Bacteria Report lists a table of results, correct?
9    A.  Yes.
10   Q.  Is it your understanding, sir, that the table
11 of results listed in the November 4, 2011,
12 Sulfur-Reducing Bacteria Report, are simply a
13 reproduction of the test results from the
14 April 26, 2010, reports we just looked at?
15   A.  Hold on just a second.  (Reviewing document.)
16 Based on the information I have here, yes.
17   Q.  Okay.  Okay.  Sir.  Let's look at --
18        MR. AYALA:  Let's go off the record for a
19 minute.
20        THE VIDEOGRAPHER:  We're off the record
21 at 9:47 AM.
22            (Off the record.)
23            (Exhibits 1 through 8 remarked
24             as Exhibits A through H)
25        THE VIDEOGRAPHER:  Back on the record.

Page 27

1  BY MR. AYALA:
2    Q.  Okay.  Mr. Sutton, we're now back on the
3  record.  You're still under oath.  Do you understand
4  that?
5    A.  Yes.
6    Q.  Okay.
7    A.  I would like to clarify --
8    Q.  Just a minute.  Just a minute, if you would.
9        MR. LANDSKRONER:  Just a minute.
10       MR. AYALA:  For clarity of the record,
11 the two Notices of Deposition in this action were
12 previously marked Exhibits No. 1 and 2, respectively.
13 They have now been remarked as Exhibits A and B.
14       In addition, the Brinku report, dated
15 November 16, 2011, subject line, quote, "Brinku Home Lab
16 Work Conducted On Samples Received By RTL On April 26,
17 2010," previously marked as Exhibit 3, has now been
18 marked as Exhibit C, in order to clarify the record
19 going forward.
20 BY MR. AYALA:
21   Q.  Let's start here, Mr. Sutton.  I'm showing
22 you --
23   A.  Uh-huh.
24   Q.  -- what's previously been marked as Exhibit 3
25 and is now marked as Exhibit C.

Page 28

1    A.  Okay.
2    Q.  The November 16, 2011, RealTime Laboratories
3  Brinku report.
4        Do you see that?
5    A.  Yes.
6    Q.  Okay.  Mr. Sutton, do you recognize this
7  document?
8    A.  Yes.
9    Q.  Okay.  And you have signed this document with
10 your signature, correct?
11   A.  Yes.  Yes.
12   Q.  Okay.  And you accept responsibility for the
13 contents of this document, correct?
14   A.  I certified the results.
15   Q.  Okay.  So, that's a "yes?"
16   A.  Yes.  I certified the results.
17   Q.  When you -- did you also -- what did you do to
18 satisfy yourself that the contents of this report were
19 complete and accurate?
20   A.  You go -- I go through the data, I look at my
21 controls, make sure they're -- are in, or in appropriate
22 ranges, and, at that point, I certify the data.  I
23 certify the report.  And then, it's -- it can be sent to
24 whatever client.
25   Q.  Okay.  And it's --

Page 29

1    A.  This process is no different than any other
2  process in the lab.
3    Q.  Okay.  And it's your understanding, sir, that
4  you are here to testify today in this litigation
5  regarding the contents of Exhibit C, correct?
6        MR. LANDSKRONER:  Objection.
7        THE WITNESS:  I can testify in regards to
8  what was done in the laboratory and how it relates to
9  what's in Exhibit C.
10 BY MR. AYALA:
11   Q.  Okay.  And you signed Exhibit C, correct?
12   A.  Yes.
13   Q.  Mr. Hooper didn't sign Exhibit C, did he?
14   A.  No.
15   Q.  And nobody else's signature is on Exhibit C,
16 correct?
17   A.  No.
18   Q.  Now, you wanted to clarify something?
19   A.  Yes.
20   Q.  Okay.
21   A.  So, you asked if the chart here, I'm not sure
22 what this is labeled, this --
23   Q.  Okay.  Let's just identify it.  It is
24 Exhibit 5 to Exhibit C.
25   A.  Okay.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

30

1  Q. Okay. And for the record, Exhibit 5 to
2  Exhibit C is a, quote, "Sulfur-Reducing Bacteria Report
3  Dated November 4, 2011."
4  A. Yes.
5  Q. Okay.
6  A. You had asked previously if this was just a
7  compilation of the results that are up in front here.
8  Basically, what the Brinku case, Embark Scientific was
9  contracted to do -- to basically process these 5
10 targets, because Embark Scientific designed the assays.
11 We provided the results to RealTime Laboratories.
12     At that time, RealTime Laboratories, I'm
13 guessing since Dennis Hooper signed these, certified and
14 ran the results at the lab. This composition here, the
15 chart -- Exhibit 5 -- shows enzyme results, corrosion
16 results and culture results.
17     At this point, early on in 2010, only the DNA
18 was run, maybe the culture. I'm not aware of -- I'm not
19 sure about the culture. These were done later for
20 completeness sake.
21 Q. When you is say "these," what are you
22 referring to?
23 A. The enzyme test and the corrosion tests.
24 Q. Okay. And Mr. Hooper performed those tests,
25 correct?

31

1  A. I don't know about that. It could be --
2  Q. Okay. You don't know who performed it?
3  A. I actually don't. It could have been one of
4  our technicians, it -- I know -- it could have been me
5  since it's in 2011: There should be a signature there,
6  there should be an initial there.
7  Q. And there is not, correct?
8  A. Yes.
9  Q. Mr. Sutton, when you testified that Embark
10 Scientific designed the assays, when you say that, do
11 you mean that Embark Scientific designed the DNA primer
12 and probe sets for the following organisms:
13 Thiobacillus caldus, Sulfobacillus thermosulfidooxidans,
14 Thiobacillus thiooxidans, Thiobacillus ferrooxidans, and
15 Leptospirillum ferrooxidans.
16 A. Yes. They were designed at -- with our --
17 through our contract with RealTime Laboratories. And
18 then the -- I guess the assay was implemented at
19 RealTime Laboratories, much like the mold assays that we
20 used in the clinical side.
21 Q. Do you use the term "assay," and primer and
22 probes interchangeably?
23 A. Primer and probe are part of an assay. So, if
24 you're going to do a -- a real -- we're talking about
25 RealTime PCR, here. If you're going to do a RealTime

32

1  PCR assay, basically, that is two primers and one probe.
2  In our case, we use a hydrolysis probe with a FAM 44 and
3  a BH1 quencher, black hole quencher.
4  Q. Are you aware that Dennis Hooper has applied
5  for a patent on the DNA assays that Embark Scientific
6  designed?
7  A. I was aware of the mold. I don't know if I
8  was aware of the SRB. It may have been mentioned to me,
9  I don't know. I don't know if I was aware of that or
10 not.
11 Q. Okay.
12 A. We were in the business of, basically,
13 contract service. We weren't in the business of
14 intellectual property.
15 Q. Okay. So, I'd like you to assume that in May
16 of 2011, Dennis Hooper applied for a patent on the DNA
17 assays for the organisms that we just listed.
18 A. Uh-huh.
19 Q. Assuming that to be the case, do you or Embark
20 Scientific claim any ownership right in that patent, if
21 it's issued?
22 A. No. No.
23 Q. Okay. Do you have an understanding of whether
24 or not the patent has, in fact, been issued?
25 A. I have no idea.

33

1  Q. Okay. Mr. Sutton, I'll direct your attention
2  to what's been marked as Exhibit D. And, for the
3  record, Exhibit D is a RealTime Laboratories, Inc.
4  report dated September 26, 2011. The subject line is
5  "Retana Home, Inspection and Lab Work Conducted on
6  Samples Taken on January 25, 2011."
7  A. Uh-huh.
8  Q. Do you recognize this document, sir?
9  A. Yes.
10 Q. And your signature is on this document?
11 A. Yes.
12 Q. Okay. Nobody else's signature is on the
13 document?
14 A. No.
15 Q. And you understand, you're being offered --
16     MR. WARWICK: Let's just clarify. When
17 you say "nobody's signature," there are some exhibits
18 and such that have initials and stuff on there so --
19     THE WITNESS: Yeah. Just the report.
20     MR. WARWICK: -- when you say "the
21 report," itself, you mean the first three pages or
22 whatever?
23 BY MR. AYALA:
24 Q. That's fair. Your signature is on the report,
25 sir, correct?

## Page 34

1  A. Um-hum.
2  Q. And nobody else's signature is on the report,
3  correct?
4  A. No.
5  Q. Nobody else's signature is on the report; is
6  that correct?
7  A. Yes.
8  Q. And you accept responsibility for the contents
9  of this report, sir?
10  A. I certify the results for the report.
11  Q. So, that's a yes?
12      MR. LANDSKRONER: Objection.
13      THE WITNESS: Yes, I certify the results.
14  As you can tell, this is a form letter. If you look
15  back here at the results, those are specific to the
16  assays. There might be some changes in the form letter.
17  BY MR. AYALA:
18  Q. Okay. Sir --
19  A. The report that goes out to a client contains
20  this and the results. That's the report. This is a
21  explanation of what is done in the lab; processes,
22  et cetera, a little bit of a background for
23  understanding. But we're in the process -- we're in the
24  business of providing results to a client, not
25  diagnostics, not speculation. We give a yes or a no.

## Page 35

1  Q. Okay. Is it your understanding that you're
2  being offered here today in this litigation to testify
3  about the contents of Exhibit D?
4      MR. LANDSKRONER: Objection.
5      THE WITNESS: I'm here to testify about
6  what we do in the lab. If that is related to this
7  report and what we do, we can discuss the individual
8  portions of that. My job is actually lab operations.
9  It's, basically, to make sure all the different tests
10  that we run are run properly and that the results go out
11  properly.
12  BY MR. AYALA:
13  Q. Mr. Sutton --
14  A. Uh-huh.
15  Q. -- did you author Exhibit D?
16  A. No.
17  Q. Who authored Exhibit D?
18  A. I would assume Dennis Hooper. It's, like I
19  said, a form letter.
20  Q. Did you author any part of Exhibit D?
21  A. No.
22  Q. Okay. Did you perform any of the testing that
23  forms the basis of Exhibit D? Feel free to take a look
24  through it.
25  A. Okay. (Reviewing document.) I can't say. I

## Page 36

1  don't know whether I did or not.
2  Q. Okay.
3  A. The information is not here for me to make
4  that determination.
5  Q. And you don't have an independent recollection
6  of --
7  A. No, I don't.
8  Q. Okay. Let's look at Exhibit E, sir, which,
9  for the record, Exhibit E is a report dated
10  September 26, 2011. The subject line is "Ravelo Home,
11  Inspection And Lab Work Conducted On Samples Taken On
12  April 25th, 2011."
13      Do you see that?
14  A. Yes.
15  Q. Do you recognize this document?
16  A. Yes.
17  Q. And your signature is on the report that is
18  Exhibit E, correct?
19  A. Yes.
20  Q. And no one else's signature is on Exhibit E,
21  correct?
22      MR. LANDSKRONER: Objection, to "the
23  report."
24  BY MR. AYALA:
25  Q. And no one else's signature is on the report

## Page 37

1  that is Exhibit E, correct?
2  A. That's not exactly correct. I do sign off on
3  the results, but as you saw, what accompanies this is
4  the actual results for the testing that was done --
5  Q. Understood.
6  A. -- there very well may be initials.
7  Q. Okay. Understood. So, for the record,
8  Exhibit E contains a report and then Exhibit E also
9  appends exhibits to that report, correct?
10  A. Okay. Hold on just a second. Yes.
11  Q. Okay. Now, with respect to the report portion
12  of Exhibit E, is your signature and only your signature
13  on the report?
14  A. Yes.
15  Q. Did you author Exhibit E?
16  A. No.
17  Q. But I take it, by your signature on the report
18  in Exhibit E, that you accept responsibility for the
19  contents of Exhibit E, correct?
20  A. I certified the results that the lab produced.
21  Q. So, that's a yes?
22      MR. LANDSKRONER: Objection.
23      THE WITNESS: That I certified the
24  results, yes.
25  BY MR. AYALA:

### Page 38

1  Q. Have you reviewed the report in Exhibit E?
2  Strike that.
3       Let me ask you this: Did you review the
4  report in Exhibit E before you signed it?
5       A. Yes.
6       Q. Okay. And what steps did you take, sir, to
7  ensure that the contents of the report in Exhibit E were
8  accurate and complete?
9       A. I read through and made sure that, generally,
10 it described -- which, it is a background -- described
11 what we did in the laboratory. What the client is
12 mostly interested is in the results. So, this gives a
13 background as to what happened, how we did it, that sort
14 of thing, an overview, and then the results are the
15 results --
16      Q. Okay.
17      A. -- positive, negative.
18      Q. Okay. Is it accurate to say that the report
19 in Exhibit E describes the procedures that RealTime
20 Laboratories performed on the samples that are the
21 subject of Exhibit E?
22      A. It describes an overview or a truncated
23 summary of the procedures that was performed. The
24 actual procedures are standard operating procedures that
25 are, you know, multiple pages long --

### Page 39

1       Q. Okay.
2       A. -- to perform the tests.
3       Q. Okay. But when you say that the report in
4  Exhibit E provides an overview or a summary of the
5  procedures that were performed in the lab --
6       A. Uh-huh.
7       Q. -- is it accurate to say that the report in
8  Exhibit E provides a summary of the procedures that were
9  performed on the samples that are the subject of Exhibit
10 E?
11      A. Yes. A summary, yes.
12      Q. Okay. And -- okay. That's fair.
13          Let's go to the document that's been marked as
14 Exhibit F, which, for the record, is a report of
15 RealTime Laboratories, Inc. dated September 26, 2011.
16 The subject line is "Nutting Home, Inspection And Lab
17 Work Conducted On Samples Taken On April 28, 2011."
18          Do you see that?
19      A. Yes, sir.
20      Q. Do you recognize this document?
21      A. Yes, sir.
22      Q. Do you see that Exhibit F, the Nutting report,
23 is divided into a report and then exhibits that are
24 appended to that report?
25      A. Yes.

### Page 40

1       Q. Okay. And your signature is on the report and
2  only your signature, correct?
3       A. Yes.
4       Q. And you accept responsibility for the content
5  of Exhibit F?
6          MR. LANDSKRONER: Objection.
7          THE WITNESS: I certify the results.
8  BY MR. AYALA:
9       Q. Did you review the report in Exhibit F before
10 you signed it?
11      A. Yes.
12      Q. Did you review the results in Exhibit F before
13 you signed the report?
14      A. Yes.
15      Q. What, if anything, did you do to satisfy
16 yourself that the contents of Exhibit F were accurate
17 and complete?
18      A. The contents of the whole report or the
19 appendices?
20      Q. Let's start with the report.
21      A. The report, as stated earlier, is a summary of
22 what we do in the laboratory. So, as long as it's
23 giving the client, whoever that may be, an idea of what
24 was done on the testing, that's sufficient, and as long
25 as that's accurate. On the appendices, I look, once

### Page 41

1  again, at controls and make sure that they're in,
2  basically, the range that we need them to be, be it a
3  positive control, negative control or what have you. At
4  that point, I certified the results and it's sent to the
5  clients.
6       Q. Okay. And the report in Exhibit F is not only
7  a summary of what the laboratory does generally but it's
8  a summary of what the laboratory -- the procedures that
9  the laboratory performed on the samples that are the
10 subject of Exhibit F, correct?
11      A. Yes.
12      Q. Okay. Let's look at Exhibit G, sir. For the
13 record, Exhibit G is a report of RealTime Laboratories,
14 Inc. dated September 26, 2011, subject line is "Brucker
15 Home Inspection And Lab Work Conducted On Samples Taken
16 On May 11, 2011."
17          Do you see that?
18      A. Yes, sir.
19      Q. Do you recognize this document?
20      A. Yes, sir.
21      Q. And you will see this document, Exhibit G, is
22 divided into a report and then exhibits that are
23 appended to that report.
24          Do you see that?
25      A. Yes.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 (212)705-8585

**42**

1  Q. And your signature and only your signature is
2  listed on the report, correct?
3  A. Yes.
4  Q. Did you review Exhibit G and its exhibits
5  before you signed it?
6  A. Yes, sir.
7  Q. And what, if anything, did you do to satisfy
8  yourself that the contents of the Exhibit G were
9  complete and accurate?
10  A. I made sure the summaries reflected what we
11  did in the laboratory and I looked at the controls for
12  each sample that we tested and made sure that they were
13  within our standard ranges and reported the results.
14  Q. I direct your attention to what's been marked
15  Exhibit H. For the record, Exhibit H is a document
16  dated January 17, 2012. The subject line is "Brucker
17  Home Inspection And Lab Work Conducted On Samples Taken
18  On November 17, 2011."
19     Do you see that?
20  A. Yes, sir.
21  Q. Okay. Do you recognize this document?
22  A. Yes, sir.
23  Q. Do you see that this document is divided into
24  a report and then exhibits that are appended to that
25  report?

**43**

1  A. Yes.
2  Q. And your and only your signature is listed on
3  the report of Exhibit H, correct?
4  A. Yes.
5  Q. Did you review the contents of Exhibit H
6  before you signed it?
7  A. Yes.
8  Q. And what, if anything, did you do to satisfy
9  yourself that the contents of Exhibit H are complete and
10  accurate?
11  A. I made sure it reflected what we performed in
12  the laboratory. I made sure that the samples that were
13  processed, the controls were in the standard ranges and
14  the results were reported.
15  Q. Do you need to take a break? You all right?
16  A. My throat is getting kind of dry.
17     MR. LANDSKRONER: Let's take a break.
18     THE VIDEOGRAPHER: Off the record,
19  10:12 AM.
20     (Recess taken.)
21     THE VIDEOGRAPHER: We are back on the
22  record at 10:21 AM.
23  BY MR. AYALA:
24  Q. Okay. Back on the record. Mr. Sutton, you're
25  still under oath; understand?

**44**

1  A. Yes, sir.
2  Q. Okay. We have been talking about Exhibits C
3  through H?
4  A. Uh-huh.
5  Q. Which, to summarize, are the RealTime
6  Laboratories, Inc. reports that have been generated for
7  the litigation, correct?
8  A. It was generated for the samples that were
9  processed.
10  Q. Okay.
11  A. The litigation -- I mean, as far as I know, I
12  guess it was -- I mean, we processed the samples for the
13  results --
14  Q. Okay.
15  A. -- to rephrase.
16  Q. I'll represent to you that the plaintiffs in
17  the litigation have served to the defendant in the
18  litigation Exhibits C through H in connection with their
19  expert disclosures. You don't have any basis to dispute
20  that, correct?
21  A. No.
22  Q. All right. To summarize, the RealTime
23  laboratory reports in Exhibits C through H are each
24  divided into two parts; the first part being a report
25  and the second part being exhibits to the respective

**45**

1  report, correct?
2  A. Yes. I would say it's a report with the
3  results.
4     But yes, in this setting, it's appendices.
5  Q. Okay.
6  A. We don't really call them appendices in the
7  lab, per se.
8  Q. Okay. So, I'll try it this way: Would it be
9  fair to say the, that Exhibits C through H, the RealTime
10  laboratory reports, are divided into two parts, the
11  first being the report themselves --
12  A. Uh-huh.
13  Q. -- and the second part being the results
14  appended to each report, which are shown in the exhibits
15  to each report; is that correct?
16  A. Yes.
17  Q. Okay. Mr. Sutton, you did not personally
18  author any of the RealTime Laboratories reports
19  contained in Exhibits C through H, correct?
20  A. No, and I don't personally author any reports
21  at RealTime.
22  Q. Okay. I just need you to listen carefully to
23  the question because the record is not going to be clear
24  if you don't.
25     The question is: Mr. Sutton, you did not

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

**Page 58**

1  plaintiff's house that is at issue in this litigation?
2       A.  No.
3       Q.  Have you ever been to the Ravelo plaintiff's
4  house that is at issue in this litigation?
5       A.  No.
6       Q.  Have you ever been to the Nutting plaintiff's
7  house that is at issue in this litigation?
8       A.  No.
9       Q.  Have you ever been to National Gypsum's
10 manufacturing facility located at Apollo beach, Florida?
11      A.  No.
12      Q.  Have you ever to National Gypsum's
13 manufacturing facilities located in either Tampa,
14 Florida, Westwego, Louisiana, or Savannah, Georgia?
15      A.  No.
16      Q.  Do you agree, Mr. Sutton, that laboratory
17 experiments are more reliable when they represent
18 conditions of a sample in-situ than when they do not?
19          MR. LANDSKRONER:  Objection.
20          MR. WARWICK:  Objection.
21          THE WITNESS:  That's too broad of a
22 question to answer.  I can speak to what we do in the
23 lab.  I can't speak in generalities about a comment like
24 that.
25 BY MR. AYALA:

**Page 59**

1       Q.  Mr. Sutton, would you agree that a laboratory
2  test that represents the conditions of a sample in a
3  home is more reliable than a laboratory test that does
4  not represent the conditions of sample in the home?
5           MR. LANDSKRONER:  Objection.
6           THE WITNESS:  Not necessarily.  It
7  depends on what the test is, what you're looking for and
8  what you're trying to achieve and get out of the
9  results.
10 BY MR. AYALA:
11      Q.  Does RealTime Laboratories aim to perform
12 tests that do not represent conditions of samples out in
13 the field?
14      A.  RealTime Laboratories aims to do the tests
15 that we offer for our customers who purchase that test.
16 So, if they would like to have a RealTime PCR test
17 performed, we will take the sample that they send to us,
18 we'll put it through our processes, extract the DNA,
19 perform our QC, use our controls that are specific to
20 that target, and report the result as negative or
21 positive --
22      Q.  Okay.
23      A.  -- and that's the same thing for the other
24 tests as well.
25          MR. AYALA:  Objection.  Move to strike as

**Page 60**

1  nonresponsive.
2  BY MR. AYALA:
3       Q.  Let's talk about the American Petroleum
4  Institute Recommended Practice 38 Culture Method.  That
5  was one of the methods that RealTime Laboratories
6  performed on the plaintiffs' drywall samples, correct?
7       A.  That's how we cultured it, yes.
8       Q.  Okay.  Did RealTime Laboratories apply APR --
9  strike that.
10          Did RealTime Laboratories apply API RP38,
11 using the same test procedures with respect to each
12 drywall sample it tested for the plaintiffs?
13      A.  We used API RP38 culture to culture the
14 drywall and the paper, per our standard operating
15 procedures.  Whether it matches the API procedures, I'm
16 not sure.
17      Q.  Okay.  The question, sir --
18      A.  Uh-huh.
19      Q.  -- is this:  RealTime Laboratories performed
20 either API RP38 culture method step-by-step or some
21 variant of API RP38 culture method, correct?
22      A.  Yes.  We used RP38 culture to culture the
23 drywall, yes.
24      Q.  Okay.  So, the question is:  With respect to
25 the plaintiffs' drywall samples --

**Page 61**

1       A.  Uh-huh.
2       Q.  -- was RealTime Laboratories' performance of
3  API RP38 the same?
4       A.  You mean, between each --
5       Q.  Was the methodology --
6       A.  Yes, it's standard operating procedure, yes.
7       Q.  Okay.  Okay.  Now, with respect to API RP38
8  culture, RealTime Laboratories, on the plaintiffs'
9  drywall samples, obtained powder and paper from drywall,
10 correct?
11      A.  Yes.
12      Q.  And the drywall specimens were accepted in a
13 sterile biohazard plastic bag; is that right?
14      A.  Yeah, per our collection SOP.
15      Q.  The paper was removed from the drywall
16 carefully to ensure no drywall core material was present
17 on the paper; is that right?
18      A.  To the best as possible, yes.
19      Q.  Okay.  Tell me, please, how is -- how exactly
20 did you accomplish removing the paper from the drywall?
21      A.  We removed it.  There is always a little bit
22 of drywall attached, but not very much, and we try to
23 minimize that as much as possible.  And then that goes
24 in one culture media and then the other goes in the core
25 culture media.

16 (Pages 58 to 61)

```
                                                    70
 1      Q.  That's all right.  Just, back on the -- on the
 2  paper culture test, real quick, when we were talking
 3  about black precipitate throughout the vial being
 4  interpreted as positive for SRB --
 5      A.  Uh-huh.
 6      Q.  -- you would agree with me, Mr. Sutton, that
 7  Exhibits C through H do not include any photos of the
 8  reported black precipitate, or any other data for us to
 9  evaluate?
10      A.  I would agree.
11      Q.  Okay.  Now, on to step 3.  Step 3 of RealTime
12  Laboratories culture test says, "In the same manner,"
13  meaning the same manner as step 2, the paper culture
14  test, "approximately 3 grams of crushed gypsum core
15  sample is added to a core media preparation."
16          Do you see that?
17      A.  Yes, sir.
18      Q.  Okay.  Now, the core media preparation for the
19  gypsum core is a different media than was used for the
20  paper, correct?
21      A.  Correct.
22      Q.  Okay.  Why is that?
23      A.  You'll have to ask the microbiologist.
24      Q.  Which microbiologist would I have to ask on
25  that?
```

```
                                                    71
 1      A.  Either David Strauss or Dennis Hooper.
 2      Q.  Okay.  Whose decision was it to use a
 3  different culture media for the crushed gypsum core than
 4  was used for the drywall paper?
 5      A.  I'm not aware of whose decision it is.  I know
 6  that that's our standard operating procedure and that's
 7  what we follow in the lab.
 8      Q.  Okay.  Okay.  Now, on the gypsum core culture
 9  test, the media, the culture media was closed with a
10  screw cap and again incubated in a like manner as in
11  number 2, above --
12      A.  Uh-huh.
13      Q.  -- correct?  Was that --
14          MR. LANDSKRONER:  You need to say --
15          THE WITNESS:  Yes.
16          MR. LANDSKRONER:  -- yes or no, so the
17  record is clear.
18          THE WITNESS:  I'm sorry.  Yes.
19  BY MR. AYALA:
20      Q.  Okay.  So, with respect to the culture media
21  and the culture test on the gypsum core samples, the
22  tubes were incubated at 37 degrees Celsius for up to
23  21 days, correct?
24      A.  Yes.
25      Q.  And I take it RealTime labs checked the tubes
```

```
                                                    72
 1  after 7 days but kept the culture media in the tubes for
 2  21 days --
 3      A.  For 21 days, yes.
 4      Q.  Okay.  Let's try not to talk over each other.
 5  I know, sorry, it's hard.
 6      A.  Sorry.
 7      Q.  Now, in RealTime labs' culture of the gypsum
 8  core, the presence of turbidity and/or black color was
 9  interpreted as positive for SRB, correct?
10      A.  Correct.
11      Q.  All right.  What is turbidity?
12      A.  Cloudiness.  The only way I can describe it
13  is, it looks like something is growing in the liquid, in
14  the media itself.
15      Q.  What color is turbidity?
16      A.  It can be variant -- various colors.
17      Q.  Okay.  Now, turbidity can -- was interpreted
18  as positive for SRB for the gypsum culture test,
19  correct?
20      A.  Yes.
21      Q.  Now, even if there wasn't turbidity, black
22  color was interpreted as a -- as positive for SRB as
23  well, correct?
24          MR. WARWICK:  Objection.
25          THE WITNESS:  I would say it's probably
```

```
                                                    73
 1  turbidity and black color, but I would have to look at
 2  the standard operating procedures on that.
 3  BY MR. AYALA:
 4      Q.  Okay.  But you -- but the reports, in Exhibits
 5  C through H, say that the presence of turbidity and/or
 6  black color was interpreted as positive for SRB,
 7  correct?
 8      A.  Yes.
 9      Q.  And sitting here today, you don't have any
10  basis to dispute that?
11      A.  No.
12      Q.  Okay.  Now, as with the paper culture tests
13  performed on plaintiffs' drywall samples by RealTime
14  Laboratories, the gypsum core culture test performed by
15  RealTime Laboratories also did not include any data or
16  photos for us to evaluate, correct?
17      A.  Yes.
18          And just like the paper media, the core media,
19  we run positive --
20      Q.  Okay.  Okay.  We'll get there, though.  We'll
21  get there.
22          There's no question pending.
23          Now, unlike RealTime Laboratories' paper
24  culture test on plaintiffs' drywall samples, RealTime
25  Laboratories' gypsum core culture tests was not
```

19 (Pages 70 to 73)

**Page 74**

1  performed under anaerobic conditions, was it?
2     A.  No.
3     Q.  Okay. And why not?
4     A.  Because our standard operating procedures said
5  to set it up the way that we set it up.
6     Q.  Okay. And who made the decision to perform
7  the gypsum culture test in aerobic conditions?
8     A.  My understanding is, it's taken from the
9  petroleum industry, but the decision would have been
10 made with one of our microbiologists that works with the
11 company, either Dennis Hooper or David Straws.
12    Q.  Okay. And so, David Strauss is an employee of
13 RealTime Laboratories?
14    A.  I believe he's a consultant.
15    Q.  Okay. What's your understanding of his
16 consulting arrangement with RealTime Laboratories?
17    A.  He consults regarding molds, mycotoxins, and
18 these targets that we're discussing today, anything
19 related to microbiology and that sort of thing.
20    Q.  And David Strauss is compensated by RealTime
21 Laboratories for his consulting work?
22    A.  I'm not privy to that.
23    Q.  Okay. Now, Step No. 4 of RealTime
24 Laboratories culture test says "Negative controls as
25 well as positive controls are incubated side by side the

**Page 75**

1  specimens to ensure quality control of the test
2  procedures." Did I read that correctly?
3     A.  Yes, sir.
4     Q.  Okay. And now, with respect to Exhibits C
5  through H, the RealTime Laboratories reports do not
6  include any photos or data of the negative and positive
7  controls for the plaintiffs' drywall samples, correct?
8     A.  Correct.
9     Q.  The fifth step reported in the RealTime labs
10 reports on the plaintiffs' drywall samples says,
11 "Reduced-sulfur gas is interpreted in either one or both
12 of the tubes as gas bubbles present in the media";
13 correct?
14    A.  That's what it says.
15    Q.  Okay. Now, you will agree that Exhibits C
16 through H do not include any photos or data representing
17 gas bubbles in the media used on the plaintiffs'
18 samples, correct?
19    A.  Correct.
20    Q.  What is a reduced-sulfur gas?
21       MR. WARWICK: Object to form.
22       MR. LANDSKRONER: Objection.
23       THE WITNESS: I'm not aware of any of the
24 pathways related to microbiology. As I stated earlier,
25 I'm a molecular biologist and a laboratory operations

**Page 76**

1  person.
2  BY MR. AYALA:
3     Q.  Okay. How many different types of
4  reduced-sulfur gas exist?
5       MR. LANDSKRONER: Objection.
6       THE WITNESS: I don't know.
7  BY MR. AYALA:
8     Q.  What's the difference between sulfur and
9  sulfate?
10      MR. LANDSKRONER: Objection.
11      THE WITNESS: I'm not -- I'm not
12 qualified to go down this road into microbiology or
13 pathways.
14 BY MR. AYALA:
15    Q.  Okay. You will agree with me that Exhibits C
16 through H don't report any gas bubbles anywhere in the
17 culture media, correct?
18    A.  Not that I have seen.
19    Q.  And RealTime Laboratories did not perform any
20 testing of the air in the tubes used for the culture
21 tests on plaintiffs' drywall samples, correct?
22    A.  No. Correct, yes. Correct.
23    Q.  Okay. You doing all right?
24    A.  Yeah.
25      MR. AYALA: Oh, okay.

**Page 77**

1  What exhibit are we on?
2       THE REPORTER: K, I believe.
3       MR. AYALA: K? Yeah, I think you're
4  right.
5       (Exhibit K marked.)
6     Q.  Okay. Mr. Sutton, I'm showing you what's been
7  marked as Exhibit K, which, for the record, is a
8  document entitled "API Recommended Practice For
9  Biological Analysis of Subsurface Injection Waters," At
10 the top, it says "API RP38, Third Edition,
11 December 1975."
12      Do you see that?
13    A.  Uh-huh.
14    Q.  Do you recognize this document?
15    A.  No, sir.
16    Q.  Okay. Have you ever seen API RP38's
17 Recommended Practice For Biological Analysis Of
18 Subsurface Injection Waters before?
19    A.  No.
20    Q.  Okay. But, you'll agree that the Exhibits C
21 through H, RealTime Laboratories reports, these exhibits
22 purport to have applied API RP38 revised edition 75,
23 correct?
24    A.  That's what it says.
25    Q.  Okay. And if I represent to you that this

**Page 186**

1  done -- it's been too long ago.
2  Q. Okay. Do you recall what brands of domestic
3  drywall were tested as part of this testing?
4  A. No.
5  Q. Okay. Do you recall what type of drywall
6  products were tested as part of this testing in
7  Exhibit 8?
8  A. One more time? I didn't get --
9  Q. What type of drywall products -- and I could
10 be more specific: Whether, for example, the drywall was
11 ceiling board, half-inch board, 5/8s board, fire shield
12 board, XP board, that sort of thing?
13 A. I'm not sure. My part in this, as I said
14 earlier when we were discussing the paper, was I
15 designed the assays off of ATCC cultures. RealTime
16 Laboratories acquired the drywall. And then, later on,
17 we did the testing of the drywall, as well, once the
18 assays were developed, specifically for the targets from
19 ATCC.
20 Q. Okay. So, then -- okay. So, in light of your
21 testimony just now, it's fair to say that you don't have
22 personal knowledge of where the drywall samples came
23 from?
24 A. No, no.
25 Q. Because RealTime Laboratories acquired those

**Page 187**

1  and you weren't at RealTime labs, yet?
2  A. Exactly.
3  Q. Okay. And it's fair to say that, with respect
4  to Exhibits C through H, the RTL reports of plaintiffs'
5  drywall, the testing of domestic drywall that's listed
6  in Exhibit 8, the results are not disclosed in these
7  reports, correct?
8  A. Correct.
9  Q. Okay. All right. A few more things. We're
10 almost done. Okay.
11           (Exhibit R, S marked.)
12 BY MR. AYALA:
13 Q. Mr. Sutton, I'm showing you a document that's
14 been marked as Exhibit R. Do you recognize this
15 document, sir?
16 A. Yes.
17 Q. Okay. What is it?
18 A. A resume.
19 Q. And whose resume is it?
20 A. Mine.
21 Q. Is Exhibit R, Mr. Sutton, a fair and accurate
22 representation of your education, work history, and
23 publications?
24 A. Yes.
25 Q. Okay. And your resume lists teaching

**Page 188**

1  experience, spring 2008, as an adjunct faculty member at
2  Texas State University. What subject were you teaching,
3  sir?
4  A. I developed a mod -- basically what it says,
5  clinical laboratory sciences. It's the course that
6  med -- med techs take.
7  Q. Okay.
8  A. And I developed the course and taught the lab
9  portion of it.
10 Q. Were you teaching at Texas State just in the
11 spring of 2008?
12 A. That's correct.
13 Q. Just a minute. I will show you what's been
14 marked as Exhibit S, as well, Mr. Sutton. Do you
15 recognize that document, sir?
16 A. Never seen this document.
17 Q. Okay. For the record, Exhibit S is a document
18 that says "John Samuel Sutton, Legal Fee Schedule."
19      Do you see that?
20 A. Uh-huh.
21 Q. John Samuel Sutton in Exhibit S; refers to
22 you, sir?
23 A. Sam. Yes. Sam Sutton is what I go by.
24 Q. Okay. Do you have any understanding of who
25 generated this document?

**Page 189**

1  A. Evidently somebody at RealTime Laboratories,
2  to compensate for my time, which, I'm supposed to be at
3  work right now, so --
4  Q. But you don't know who at RealTime labs
5  generated this document?
6  A. Not specifically, no. It could have been Dave
7  -- Dave Murcott. It could have been Dennis Hooper, I'm
8  not sure which one did. It would have been either one
9  of those two, though.
10 Q. Got you. And you didn't have any
11 conversations with either one of them about this
12 document, correct?
13 A. No.
14 Q. Does RealTime Laboratories have any
15 certifications from the American Industrial Hygiene
16 Association?
17 A. I'm not familiar with the certifications, so I
18 can't speak to that.
19 Q. As director of laboratory operations at
20 RealTime labs, are you generally familiar with the
21 various types of testing that RealTime Laboratories does
22 for different industries?
23 A. Oh, you mean like all the testing that's
24 done --
25 Q. Yes?

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

**Page 190**

1  A. -- for services?
2  Q. Yes.
3  A. Yes.
4  Q. So, what I'm trying to get a sense of is,
5  based on your experience at RealTime labs, could you
6  give me your best percentage estimate of the amount of
7  testing of clinical samples that RealTime labs does
8  versus the amount of environmental samples?
9  A. This is a guess, but I would say 80 percent
10 clinical.
11 Q. Okay. Since your time at RealTime
12 Laboratories, sir, has RealTime labs ever had its -- its
13 air or its lab space monitored for the presence of
14 sulfate-reducing bacteria?
15 A. No.
16 Q. Okay. What, if any, investigation or testing
17 has RealTime labs done during your time there to
18 eliminate sulfate-reducing bacteria from its laboratory?
19 A. We run negative controls, and if it was in the
20 laboratory, it'll show up in the negative controls.
21 That's PCR, it's -- you know, that's what it does. It
22 detects things. So, that's why you have to run your
23 negative controls. So --
24 Q. Okay. Let me make sure we're communicating.
25 A. Okay.

**Page 191**

1  Q. My question relates to the actual air in the
2  laboratory and the actual lab space of RealTime
3  Laboratories. The question is: What, if any,
4  investigation or testing has RealTime Laboratories done
5  during your time there to just eliminate
6  sulfate-reducing bacteria from its laboratory?
7  A. There has not been any air sampling, or
8  testing of air sampling in the lab, to my knowledge.
9  Q. Okay. And so, RealTime Laboratories also
10 hasn't had any air or lab space monitored during your
11 time for the presence of sulfur-reducing bacteria?
12 A. That's true. However, all testing is
13 separate. We have a clean extraction room separate from
14 where the drywall is kept. We have a clean PCR room
15 separate from where the extraction takes place.
16 Everything is separated in clean rooms that are bleached
17 down every day. And that's a requirement, clinically,
18 as well.
19 Q. Okay. So, has RealTime Laboratories done any
20 testing during your time there to confirm that either
21 sulfate-reducing bacteria or sulfur-reducing bacteria or
22 sulfur-oxidizing bacteria are not present in its
23 laboratory?
24 A. Not specifically, for the way you're putting
25 it, no. But controls are put in place to protect

**Page 192**

1  contamination issues.
2  Q. Has RealTime Laboratories, during your time
3  there, ever had its air or lab space monitored for
4  Hydrogen Sulfide in the air?
5  A. No.
6       MR. LANDSKRONER: Objection.
7  BY MR. AYALA:
8  Q. And during your time there, has RealTime
9  Laboratories had its air monitored for any
10 reduced-sulfur gas in the air?
11 A. No.
12 Q. Okay. All right. I have no further
13 questions, but just two things I need to say for the
14 record.
15      MR. AYALA: For the sake of efficiency,
16 I've asked questions about Mr. Sutton's Brucker report
17 dated January 17, 2012. Of course, National Gypsum has
18 a pending motion to strike that report and other reports
19 stemming from it.
20      And so for the sake of efficiency, I've
21 questioned Mr. Sutton about the report, but I've done so
22 without any intention of prejudicing National Gypsum's
23 pending motion to strike the report, as untimely, for
24 the reasons stated in the motion. And I have a
25 continuing objection to the report and any evidence that

**Page 193**

1  purports to rely on it.
2       In addition, in a good-faith effort to
3  minimize the litigation costs and voluntarily coordinate
4  discovery, I have questioned Mr. Sutton in this
5  deposition about his testing methods and results
6  pertaining to drywall in five separate homes. But, I am
7  expressly reserving National Gypsum's right to object to
8  the admissibility of evidence generated today as it
9  relates to any particular plaintiff's claim. Okay.
10      MR. WARWICK: Okay.
11      MR. LANDSKRONER: We have a couple of
12 questions to ask now.
13           EXAMINATION
14 BY MR. WARWICK:
15 Q. Mr. Sutton --
16      MR. WARWICK: Does it matter which
17 microphone we pick up?
18      THE VIDEOGRAPHER: No. Just --
19      MR. AYALA: I want my own.
20 BY MR. WARWICK:
21 Q. Mr. Sutton, we've talked about four types of
22 tests today. We talked about the culture test, the
23 enzyme test, the DNA test, and corrosion test, right?
24 A. Correct.
25 Q. Is there a reason that, earlier this morning

49 (Pages 190 to 193)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 (212)705-8585

194

1  you were asked a question about live DNA versus dead
2  DNA?
3     A. Yes.
4     Q. And you started to answer about how you know
5  that there is live DNA present because of the four tests
6  combined. Could you follow up on that answer?
7     A. Yes. One, the cultures are growing. And we
8  run controls, we -- we have acquired the Sulfobacillus
9  thermosulfidooxidans control, the ST -- sorry -- we
10 acquired ST from ATCC. We have used that as a positive
11 control and grown it up -- and -- in combination with
12 the samples in this case. And those -- that material is
13 processed all the way through DNA. And the DNA system
14 that we use is specific for the organism that we're
15 testing for and we are detecting it, not only in the
16 ATCC that we grow up in the culture, but we're also
17 detecting it in the samples from the homes.
18       If it didn't grow, we wouldn't detect it, if
19 it wasn't present. It's growing in the culture. We
20 also use the other tests, the corrosion tests and the
21 enzyme tests to show that there's live organisms in
22 there. So, all of these tests support the DNA results
23 and...
24    Q. And so, let's talk for a minute about the
25 culture tests. Have you personally conducted the test

195

1  yourself, or witnessed someone else conducting it at
2  RTL?
3     A. I have done both, yes.
4     Q. And you mentioned earlier, is the method used
5  for the culture test common in the industry?
6     A. The method used for culture?
7        MR. AYALA: Objection to form.
8  BY MR. WARWICK:
9     Q. At RealTime labs?
10    A. Yes.
11    Q. You mentioned earlier that RealTime
12 Laboratories does about 80 percent --
13    A. Clinical.
14    Q. -- clinical. Is the methodology used for the
15 drywall testing for culture the same as you use in the
16 clinical side?
17    A. Similar for when we grow up molds and things
18 like -- I mean, it's basically growing up an organism.
19 And we use those as controls in our clinical tests, yes.
20    Q. Okay. And so, the methods you use --
21    A. Exactly.
22    Q. -- you're obviously you're looking for a
23 different --
24    A. Exactly.
25    Q. And, who are some of the clients that RealTime

196

1  Laboratories uses on the clinical side or has?
2     A. Physicians?
3     Q. Yes. Not specific ones, but just the types.
4  Physicians are one, so the doctors hire you?
5     A. Well, we have infectious disease physicians,
6  we have allergy physicians. I mean, it's just -- I
7  mean, I think we even have opthalmologists that use
8  clinical services.
9     Q. Okay. Do some of those clinical services use
10 DNA of RealTime Laboratories?
11    A. Yes.
12    Q. And, would those procedures be similar to the
13 procedures developed by RealTime labs to test drywall?
14       MR. AYALA: Objection to form.
15       THE WITNESS: The procedures are
16 identical, the targets are different.
17 BY MR. WARWICK:
18    Q. When you say "the targets are different," what
19 exactly do you mean?
20    A. In the case of the clinical samples, we're
21 looking for -- for instance, one of our targets is
22 Aspergillus Niger. So, we're looking for that
23 particular organism. For the sulfur-oxidizing and
24 reducing bacteria, we're looking for ST. But how you
25 get that, be it extraction in the PCR, it's the same

197

1  methodology and you will find this methodology used in
2  other labs in all the industries: clinical,
3  pharmaceutical, and biotech.
4     Q. Okay. And the doctors and physicians that you
5  do work for in RealTime labs and hospitals they work
6  for, they rely on those test results from RealTime labs
7  regularly?
8     A. Yes.
9     Q. You mentioned that there are, specifically, in
10 the culture test, you mentioned earlier today that there
11 are positive controls for the culture test. And you
12 also mentioned that there are two different types of
13 culture tests, the culture test for the paper and the
14 culture test for the gypsum?
15    A. Correct.
16    Q. Do you have a recollection personally of --
17 out of these five homes for these five people, whether
18 any of those ever came up positive for a culture test on
19 the paper?
20    A. I have no recollection for that specifically,
21 no.
22    Q. Okay. I mean -- one way or another?
23    A. I don't recall -- I don't recall anything
24 coming up. My recollection is most of these -- or all
25 of these came up for core. Like I said, the data is --

198

1  it exists, so that is something that could be looked at.
2  Q. Okay. How is the data kept or maintained back
3  at the office?
4  A. It's basically, a positive is noted for
5  whatever culture the positive was in.
6  Q. I mean, what kind of form is it on? Is it in
7  a book or is it written -- put in a computer? How is
8  that data collected.
9  A. It's written in a form, yes.
10 Q. Okay. So there would be data for both the
11 paper and the gypsum?
12         MR. AYALA: Objection.
13         THE WITNESS: Yes.
14 BY MR. WARWICK:
15 Q. Yes?
16 A. Yes.
17 Q. And when you said there are positive controls
18 run, could you explain that process --
19         MR. AYALA: Objection.
20 BY MR. WARWICK:
21 Q. -- for when positive controls are run on the
22 culture test? Let's start with gypsum, just walk us
23 through that process?
24 A. Okay. There are a couple of positive
25 controls. We will use drywall that we know has

199

1  previously been contaminated. So, it's something that
2  we've tested prior. So, that'll be one way that we do a
3  positive control. And, in addition to that, we have
4  ATCC-purchased organism as a positive control.
5         And then, in addition to that, we have a
6  negative control. A negative control goes to show that
7  the media is fine, there is no contamination. When we
8  look at these, we want to see that there is no growth in
9  the media on the negative control.
10        And then on the positive controls, of course,
11 we're looking to see that there is growth as described
12 in the report.
13 Q. Okay.
14 A. Those -- those controls follow the sample
15 through the DNA process as well. They're also run in
16 combination with the DNA.
17 Q. Okay. And are those controls run for each
18 sample or sample set?
19 A. Yeah.
20 Q. So, there is two --
21 A. Yeah. So, say, what would happen, say, this
22 is just a for instance, but say there was five drywalls
23 that we were going to set up culture on. We would set
24 up the five cultures; we would set up a positive
25 control, a negative control, and then all of that would

200

1  be processed through DNA together.
2  Q. Okay. So, for each group -- now, would that
3  be per house or per set you're sampling that day?
4  A. It would be whatever we happen to sample that
5  day, that would be a positive control for --
6  Q. Okay.
7  A. So --
8  Q. And all those reports being that the bad
9  drywall positive control, the ATCC positive control, the
10 negative control and then the sample results will all
11 have been --
12 A. Processed through DNA.
13 Q. -- processed and written down somewhere?
14 A. Exactly.
15 Q. And that's back at RealTime labs?
16 A. Yes. And then it --
17 Q. And who has -- don't interrupt me so she can
18 get both of us.
19 A. Okay.
20 Q. Who has possession of those documents back at
21 RealTime labs?
22 A. They're just at RealTime laboratory. I mean,
23 it's at the offices.
24 Q. Like in the file cabinet somewhere?
25 A. Yeah, exactly.

201

1  Q. Okay. The second part of the report that
2  talks about testing that we talked about here, and I
3  think it's Exhibits C through H -- is that right? -- the
4  second test that the report talks about is corrosion
5  testing?
6  A. Yes.
7  Q. Okay. Have you personally conducted either a
8  corrosion test or witnessed someone else conduct a
9  corrosions test?
10 A. I have witnessed it. I've never personally
11 conducted it.
12 Q. Okay. Are you familiar with the method that
13 they use to conduct the test?
14 A. Yes.
15 Q. Okay. Are there any positive or negative
16 controls run on the corrosion test in RealTime
17 Laboratories?
18         MR. AYALA: Objection.
19         THE WITNESS: Yes.
20 BY MR. WARWICK:
21 Q. Okay. Could you explain the process for the
22 positive control?
23 A. Basically, we use contaminated drywall that's
24 been proven to be contaminated through previous
25 experiments for the positive control.

## Page 202

1  And then for the negative control we use
2  uncontaminated drywall. We use the same copper in both
3  in the water -- the sterilized water, and process it
4  with the actual live samples from people who we're
5  contracting with.
6      Q. Okay. And so, that, in order to, to make sure
7  that your test methods are accurate, if I understand you
8  correctly, each time you test for the -- you perform the
9  corrosion test, does the positive piece of copper wire
10 in the positive control baggy, does it turn black?
11     A. Yes.
12         MR. AYALA: Objection.
13 BY MR. WARWICK:
14     Q. And you run that control each time you do the
15 test, you didn't just run it one time --
16     A. Yes.
17     Q. -- and then be done with it? Which is it?
18     A. Each time.
19     Q. You also mentioned that there were negative
20 controls run. What do you use for a negative control,
21 just the -- just the clean drywall?
22     A. Just the clean drywall board or the crushed
23 drywall.
24     Q. And do you know whether the corrosion test is
25 done on paper or just gypsum?

## Page 203

1      A. I believe it's just the core.
2      Q. We're going to walk through the controls used
3  on the DNA samples, as well. What are the positive
4  controls that you use when you run a set of drywall
5  samples for the DNA tests?
6          MR. AYALA: Objection.
7          THE WITNESS: Okay. We use positive
8  controls from the culture, and we use a negative control
9  from the culture that was processed with the samples.
10 So, that's two samples that are run.
11 BY MR. WARWICK:
12     Q. Okay. Start back further in the process.
13 When you first start to test the drywall for DNA, when
14 you say negative cultures, so, that means you take the
15 set --
16     A. Yes, so basically -- okay.
17     Q. -- run through that. Thanks.
18     A. Yeah. We take the samples that I just
19 referred to, the positive control and the negative
20 control, and the samples that we're processing. We
21 perform the extraction procedure. During the extraction
22 procedure we introduce an internal control to all of the
23 samples.
24     Q. Okay. Stop right there. So, what is the
25 extraction process?

## Page 204

1      A. The extraction process is a modified Quiagen
2  extraction.
3      Q. In English.
4      A. Quiagen is a company that does extraction kits
5  and it's common in most laboratories. We do a
6  pre-liasys before, so it's -- basically these organisms
7  have an extremely thick cell wall. So, you have to do a
8  pretreatment. So, the pretreatment is treatment with
9  liasys enzyme, B-beading, and then, at that point, after
10 you go through those steps -- and also we added in an
11 internal control. I said that before.
12     Q. What is an internal control?
13     A. Geotrichum, or Geo for short.
14     Q. What's the purpose for that?
15     A. It's basically to show that the extraction
16 works. So, in the end, when you take it all the way
17 through PCR, it shows that a negative is truly a
18 negative, because there was no issue with the extraction
19 all the way through.
20     Q. You mentioned earlier today that you
21 intentionally pick a --
22     A. Organism.
23     Q. -- organism that is different from the
24 organism you're testing for so that you don't get a
25 false positive; is that right?

## Page 205

1      A. Exactly. Exactly.
2      Q. And so, that's why you chose -- what is that
3  called?
4      A. Geotrichum. But we call it Geo, for short, in
5  the lab.
6      Q. Okay. Because it's a different and easily to
7  distinguish -- easily distinguished from the
8  sulfur-oxidizing or sulfur-reducing.
9      A. Exactly. And we have a RealTime PCR assay
10 specific to that target.
11     Q. Okay. And is that process of the controls,
12 both positive and negative from the cultures, is that
13 something you use on the clinical side, as well?
14     A. Yes.
15     Q. Same methodology?
16     A. Yes.
17     Q. And that methodology is accepted by doctors
18 and physicians that you work for?
19     A. Yes. So, to continue with your question on
20 the --
21     Q. Yeah.
22     A. So, we do the pretreatment, we do the Quiagen
23 extraction, and at the end of the Quiagen extraction,
24 you have DNA, purified DNA for the positive control,
25 negative control and whatever samples. All of those

210

1  all of those different samples --
2          MR. AYALA: Objection.
3  BY MR. WARWICK:
4     Q.  -- or different controls listed separately?
5     A.  It's, it's not typical, the report results.
6          MR. AYALA: Objection.
7     A.  I mean the controls.
8     Q.  Is that why --
9     A.  The way that these are controlled is a
10 requirement, clinically.
11    Q.  Right. But I'm just explaining -- trying to
12 explain why all those many controls are not separately
13 listed on your report page for the results or the
14 results page.
15         MR. AYALA: Objection.
16         THE WITNESS: I mean, we can't report it
17 if they're not in, so --
18 BY MR. WARWICK:
19    Q.  Right. And if you did get a negative, you
20 would either do what?
21         MR. AYALA: Objection.
22 BY MR. WARWICK:
23    Q.  Meaning, if one of your controls did not
24 return results as planned?
25    A.  We would repeat the run.

211

1     Q.  Okay. Earlier this morning, since we're on
2  the DNA, briefly we talked about that you actually did
3  some of the testing in the Brinku home early on or from
4  the Brinku home?
5     A.  Uh-huh.
6     Q.  Before you became an employee of RealTime
7  labs. Do you remember that?
8     A.  Yes. I only found out it was the Brinku stuff
9  later on, but --
10    Q.  Okay. And at that time, had you performed
11 many assays on American drywall?
12    A.  We were in the process of developing the assay
13 and we had gotten to the point where the assay was
14 efficient and had been validated and so those were some
15 samples that we ran after it was validated. And those
16 were all from drywall extractions, extracted directly
17 from drywall.
18    Q.  That's what I was going to ask you. Can you
19 tells us about the process? When you say we "extracted
20 that directly from the drywall," what exactly was that
21 process that you went through?
22         MR. AYALA: Objection.
23         THE WITNESS: Basically, the process,
24 just in a nutshell, is you take drywall and a 50 mil
25 conical tube, and you mix it with PBS.

212

1  BY MR. WARWICK:
2     Q.  What's PBS?
3     A.  Phosphated buffered -- I can't remember.
4     Q.  What's its purpose?
5     A.  It's just a buffer. It's something that's
6  common in labs to dilute in and that sort of thing.
7  Phosphate buffer solution -- solution, I believe, or
8  something like that.
9     Q.  Okay.
10    A.  Anyway, we -- basically we would agitate it,
11 and then we would take samples of that and process that
12 through the pre-extraction, very similar to what I just
13 described with the liasys enzyme and all that kind of
14 stuff. And we would -- we would actually migrate
15 multiples of that through the pre-extraction, which is
16 liasys enzyme, B-beading and what have you. And then
17 all of those samples would actually be introduced to the
18 Quiagen column and then processed down to DNA.
19         So basically we started with a lot of material
20 and then brought it down into a little column and then
21 concentrate it down to DNA. And that's what we got our
22 original results on. And that is in our standard
23 operating procedures today, that process, if we chose to
24 do it.
25         What we found was when we did the same drywall

213

1  with culture, we got the same result and didn't have to
2  do 15 of these things down to one. So it was more of a
3  processing solution.
4     Q.  Okay. But you didn't -- how many times did
5  you perform the test before you decided that it was just
6  as accurate to use cultures?
7          MR. AYALA: Objection.
8          THE WITNESS: I don't recall how many
9  times but it would have been quite a few. I don't
10 recall.
11 BY MR. WARWICK:
12    Q.  It was more than a couple?
13         MR. AYALA: Objection.
14         THE WITNESS: Oh, yeah. Yeah.
15 BY MR. WARWICK:
16    Q.  Okay. Are there other methods of testing for
17 DNA that also use a culture to test for the DNA rather
18 than test the material directly? Is that common in the
19 industry?
20         MR. AYALA: Objection.
21         THE WITNESS: Yeah, it's real common.
22 Common.
23 BY MR. WARWICK:
24    Q.  Is it common in the clinical setting?
25    A.  Yes.

214

1    MR. AYALA: Objection.
2  BY MR. WARWICK:
3    Q.  Are there clinical testing that RealTime labs
4  does that uses a culture to search for DNA?
5    MR. AYALA: Objection.
6    THE WITNESS: We do spore cultures, yeah.
7  BY MR. WARWICK:
8    Q.  Okay. And those are accepted by the
9  physicians that you do work for?
10   A.  Uh-huh.
11   Q.  Let's talk about the enzyme testing that
12 RealTime labs does in your reports. Have you personally
13 conducted the enzyme test or witnessed others conducting
14 that test?
15   A.  I've witnessed and performed it.
16   Q.  And does RealTime labs test the paper for the
17 enzyme test or the gypsum or both?
18   A.  Both, for that.
19   Q.  And they test them separately?
20   A.  No, for the enzyme test, it's together.
21   Q.  Okay. Walk me through that process of how
22 they -- of how it's tested together. Do they separate
23 the materials first?
24   A.  No. They, basically, you have the core media
25 and you have the paper media. The original starting

215

1  sample amount, I believe, is 10 mils, so you take five
2  from each, five mils from each, put it in the sample
3  tube and process through the experiment, and, you know,
4  record the results on the card. And the cards are all
5  retained and the quantity is circled on the cards.
6    Q.  Okay. So, let's go through that. Where are
7  those retained back at RealTime Laboratories?
8    MR. AYALA: Objection.
9    THE WITNESS: At RealTime, in a file
10 cabinet or something.
11 BY MR. WARWICK:
12   Q.  Okay. And, when you say "the cards," are you
13 talking about those colored cards?
14   A.  Yes.
15   Q.  And one of those colored cards comes with each
16 test?
17   A.  Yes.
18   Q.  So, each time, a RealTime labs technician
19 would do what with those charts?
20   MR. AYALA: Objection.
21   THE WITNESS: When you're processing a
22 sample, we write the session number at the bottom of the
23 card, and basically, if you're doing multiples of them,
24 they're lined up in front of the thing. You do the
25 test, and when it comes to the detection, you match it

216

1  up with the color, you circle which color, which amount
2  matches, and that's pretty much the test.
3    Q.  And that test is a timed test, correct?
4    A.  Yes, it is.
5    Q.  And does RealTime labs routinely follow those
6  times?
7    MR. AYALA: Objection.
8    THE WITNESS: Yes, it was monitored at
9  10 minutes based on the temperature logged in the lab.
10 BY MR. WARWICK:
11   Q.  And those -- that information is also kept
12 in --
13   A.  Yeah, we have to keep that for clinical regs.
14   Q.  Okay. Is that enzyme type testing, is -- is
15 there any testing that RealTime labs does on the
16 clinical side that would be similar to that enzyme type
17 testing?
18   MR. AYALA: Objection.
19   THE WITNESS: Not really.
20 BY MR. WARWICK:
21   Q.  What about any kind of testing on the clinical
22 side that you have to interpret the color?
23   THE WITNESS: Yeah, there --
24   MR. AYALA: Objection.
25   THE WITNESS: -- is Elisa, there's a --

217

1  that's a type of test, but it uses an instrument to
2  detect different colors. It's not something you do by
3  eye.
4    Q.  Okay. What about when you have to determine
5  turbidity on the clinical side or black precipitate?
6    MR. AYALA: Objection.
7  BY MR. WARWICK:
8    Q.  Do you do that on the culture?
9    A.  No.
10   Q.  You don't do that?
11   A.  No.
12   Q.  How do you determine a positive -- if you are
13 doing a culture test over on the clinical side?
14   A.  You look for growth and then take that out and
15 process it through the PCR.
16   Q.  Do you know the time when RealTime labs first
17 started using the enzyme test?
18   A.  I really don't.
19   Q.  Were they already using it when you started
20 working there full time?
21   A.  Yes, there were some there.
22   Q.  Do you know whether they were -- were you --
23 do you know which exhibit is the Retana exhibit, the
24 Retana report, off the top of your head?
25   MR. AYALA: D. Here is the D.

55 (Pages 214 to 217)