# EXHIBIT 2

# John S. Sutton, Jr.
Carrollton, TX 75010 • 214.558.0602 (Cell) • 972.243.7754 (Main) • ssutton@realtimelab.com

### Summary
A Life Science Executive with over nineteen years of comprehensive experience including managing daily laboratory operations, global company operations, and production. Capable of identifying issues, designing and conducting analysis, forming hypotheses and integrating conclusions into recommendations and implementing change. A disciplined, confident and ambitious self-starter who is able to present data to laypersons and experts with superior written and oral presentations and believes in the importance of creating a team environment to reach company goals.

- Nineteen years of laboratory management experience including operations, and technical sales.
- Created and staffed 8 molecular biological laboratories in the United States and England.
- Proven success in reducing cost, process optimization and revenue growth.
- Successfully introduced and integrated novel molecular techniques with top biotechnological and pharmaceutical companies.
- Knowledgeable and comfortable with GLP, GMP, and CAP/CLIA requirements.
- Extensive experience in high throughput liquid handling and molecular techniques including, but not limited to: real time PCR, qPCR, and DNA sequencing.
- Worked in 2 Molecular Centers for Excellence.

### Professional Experience

**VP LABORATORY OPERATIONS**                                                   2011 - present

RealTime Laboratories, Inc., Carrollton, Texas

- Supervise overall operations and staff associated with clinical reference laboratory, molecular service laboratory and environmental service laboratory.
- Coordinated company resources for efficient and timely completion of project work.
- Responsible for laboratory budget for both consumables and infrastructure along with long-term projections for laboratory needs.
- Review and analyze all results generated in the laboratory and report results to clients.
- Insure laboratory is compliant with all appropriate regulatory agency (CAP/CLIA)
- Provided direct and technical sales for molecular service laboratory.
- Research, develop, and validate new testing for all laboratory services.
- Troubleshoot and optimize all assays, equipment, and processes in the laboratory as necessary.
- Provide insight and recommendations for global company initiatives and direction.

**VP OPERATIONS/MANAGING PARTNER**                                              2005 - 2011

Embark Scientific, LLC, Austin, Texas

- Directs and coordinates laboratory operations to provide deadline-driven services while focusing on cost and quality.
- Provides direct sales, technical sales, and strategic client relations to pharmaceutical and academia markets. Grew customer accounts by 40% in the first year.
- Coordinates the development, validation and implementation of high-throughput sample processing.
- Established laboratory organization format and continue to analyze and facilitate laboratory cost reduction, improved sample and project processing and laboratory growth.
- Provide customer and technical service to key accounts.

**PRESIDENT/MANAGING PARTNER**                                                  2004 - Present

S&S BioConsulting, LLC, Austin, Texas



# John S. Sutton, Jr.
Carrollton, TX 75010 ● 214.558.0602 (Cell) ● 972.243.7754 (Main) ● ssutton@realtimelab.com

- Coordinates marketing and sales efforts which increased revenues by 83% in one year.
- Develops infrastructure, optimizes and implements laboratory processing and production departments for biotech and clinical companies while meeting appropriate compliance standards.
- Work with biotech and clinical companies on overall sales and marketing plans.
- Provide assay implementation and validation for molecular testing including real time PCR platforms.
- Routinely develops tests/assays for biotech and clinical companies.
- Provide interim laboratory management and technical staffing for production, service and quality control laboratories.

**LABORATORY OPERATIONS MANAGER**  12/2003 - 09/2004

Cenetron Diagnostics, Ltd., Austin, Texas

- Supervised overall operations and staff associated with clinical reference laboratory and clinical trials laboratory.
- Coordinated company resources for efficient and timely completion of project work.
- Provided direct and technical sales for both reference and clinical trial accounts.
- Ensured laboratory compliance with CAP/CLIA and various state certification requirements in coordination with the Quality Assurance Department
- Coordinated with the Financial Department to facilitate laboratory monitoring and budgeting.
- Provided technical assistance, troubleshooting, training, as well as reviewed and verified results prior to reporting.
- Met standards required to become a Molecular Center of Excellence.

**MOLECULAR DNA SCIENTIST**  11/2002 - 12/2003

The Methodist Hospital, Texas Medical Center, Houston, Texas

- Assisted in planning and setup of a CAP/CLIA/GLP compliant molecular diagnostic laboratory designed to reduce cost and shortened the turnaround time for clinical diagnosis.
- Optimized and validated an extensive menu of real time PCR assays for clinical testing.
- Introduced several automated extraction and liquid handling platforms to improve turnaround time and reduce cost.
- Collaborated with clinical laboratories to assist with process development.
- Met standards required to become a Molecular Center of Excellence.

**DIRECTOR OF PRODUCTION**  12/2001 - 11/2002

DeWalch Technologies, Inc., Houston, Texas

- Evaluated and optimized a novel nucleic acid extraction system.
- Implemented and staffed GLP/GMP compliant production and quality control laboratory.
- Assisted in the development of a marketing strategy and conducted direct sales, technical sales and customer service.
- Introduced and placed extraction products in the biotechnology and pharmaceutical industries.

**SENIOR DIRECTOR OF PRODUCTION**  08/2000 - 11/2001

PicoScript, Ltd, Houston, Texas

- Implemented and staffed a startup GLP compliant biotechnology service laboratory.
- Introduced highly automated solutions to reduce cost and increase productivity.

# John S. Sutton, Jr.
Carrollton, TX 75010 • 214.558.0602 (Cell) • 972.243.7754 (Main) • ssutton@realtimelab.com

- Assisted in the development of a novel gene synthesis technology.
- Established sales with five of the top twenty pharmaceutical companies.

**DIRECTOR, DNA SEQUENCING SERVICE DIVISION**     08/1999 - 07/2000
Lark Technologies, Houston, Texas

- Increased sample processing by 40% per year increasing company revenue by 15% per year.
- Developed and implemented new protocols to improve laboratory efficiency and profit margin.
- Established the transfer of new technology to the Pfizer/Lark facility in Sandwich, Kent, UK and the Lark facility in Saffron Walden, Essex, UK.
- Assisted in the design of a state of the art sequencing facility in Houston, Texas.

*Previous Lark Technologies positions held:*

**LABORATORY MANAGER, DNA SEQUENCING SERVICE DIVISION**     05/1998 - 08/1999

- Increased gross profit margin for DNA Sequencing Division.
- Setup GLP sequencing laboratories at the Pfizer/Lark facility in Sandwich, Kent, UK and the Lark facility in Saffron Walden, Essex, UK.
- Rebuilt the High Throughput Sequencing Laboratory by adapting models developed for the Quick Turnaround Sequencing Laboratory.
- Converted remaining isotopic sequencing customers to the more cost effective and efficient Automated Fluorescent Sequencing technology.

**LABORATORY MANAGER, QUICK TURNAROUND SEQUENCING SERVICES**     02/1997 - 05/1998

- Shortened project delivery time, cut laboratory costs, improved customer relations, and exceeded all revenue projections.
- Developed, staffed and grew a GLP compliant laboratory for quick turnaround sequencing projects.

**PROJECT MANAGER, SEQUENCING SERVICE DIVISION**     09/1993 - 02/1997

- Promoted to Laboratory Manager based on organizational skills, staffing abilities, and customer relations.
- Streamlined sequencing strategies, quality control, and project completion.
- Improved organization of all sequencing projects.
- Performed all procedures associated with data analysis, project quality control, and project completion.

## Education

**THE UNIVERSITY OF TEXAS AT AUSTIN**

Bachelor of Arts in Biology - May 22, 1993
Major: Biology with emphasis in the areas of Genetics and Molecular Biology
Minor: Chemistry with emphasis in Organic Chemistry

## Teaching Experience

**ADJUNCT FACULTY**     Spring 2008

Texas State University, San Marcos, Texas

# John S. Sutton, Jr.
Carrollton, TX  75010 • 214.558.0602 (Cell) • 972.243.7754 (Main) • ssutton@realtimelab.com

- Development of laboratory modules for Clinical Laboratory Sciences course work.
- Instruction of Clinical Laboratory Sciences students in a NAACLS program.
- Developed course work resulted in a publication in the Journal of the American Society for Clinical Laboratory Science.

## Publications

Assessment of Aspergillus fumigatus in Guinea Pig Bronchoalveolar Lavages and Pulmonary Tissue by Culture and Realtime Polymerase Chain Reaction Studies.  Dennis G. Hooper, Vincent E. Bolton, John S. Sutton, Frederick T. Guilford, David C. Straus, Laura K. Najvar, Nathan P. Wiederhold, William R. Kirkpatrick and Thomas F. Patterson.  Int. J Mol. Sci. 2012, 13, 726-736.

V Bolton, JS Sutton, L Sutton, MR Gray, DG Hooper (2006).  Fungal Spore DNA Can Be Detected in Tissue and Body Fluids of Patients with History of Exposure to Toxin-Producing Molds.  Presented in 107th General Meeting of American Society for Microbiology

Isolation of Sulfur Reducing and Oxidizing Bacteria Found in Contaminated Drywall. Dennis G. Hooper, John Shane, David C. Straus, Kaye H. Kilburn, Vincent Bolton, John S. Sutton, and Frederick T. Guilford. Int. J. Mol. Sci. 2010, 11, 647-655.

## Acknowledgements

Rohde RE, Falleur DM, Kostroun P. (2009).  Molecular diagnostics clinical laboratory science course design: making it real.  *Clinical Laboratory Science* 22(1):9-15.