# EXHIBIT 4

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

Civil Action No. 2:11-cv-00338-JES-DNF

GEORGE BRINCKU, BRENDA BRINCKU,

    Plaintiffs,

v.

NATIONAL GYPSUM COMPANY, a Delaware Corporation,

    Defendants.
_____/

## NOTICE OF VIDEOTAPED DEPOSITION

PLEASE TAKE NOTICE that Defendant New NGC, Inc., doing business as National Gypsum Company ("National Gypsum"), by its undersigned counsel will take the deposition of **Dennis Hooper, Realtime Laboratories, Inc., 4100 Fairway Court # 600, Carrollton, TX 75010**, before an officer duly authorized to administer oaths. Said deposition will take place at the offices of Morgan Lewis LLP, 1717 Main Street, Suite 3200, Dallas, TX 75201-7347, commencing at 9:00 am on January 31, 2012. The deposition will be videotaped by a service certified to administer videotaped depositions and will be simultaneously recorded by stenographic means.

DATED this 13th day of January, 2012.

By /s/ Thomas V. Ayala

Christopher J.M. Collings
Fla. Bar No.: 184403
MORGAN, LEWIS & BOCKIUS LLP
2600 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2339
(305) 415-3000 (Phone)
(305) 415-3001 (Fax)
ccollings@morganlewis.com

James D. Pagliaro (*admitted pro hac vice*)
Thomas V. Ayala (*admitted pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000 (Phone)
(215) 963-5001 (Fax)
jpagliaro@morganlewis.com
tayala@morganlewis.com

*Attorneys for Defendant New NGC, Inc. d/b/a National Gypsum Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2012, I served the foregoing via e-mail and U.S. Mail to:

Brian W. Warwick Varnell
& Warwick, PA
20 La Grande Blvd
The Villages, FL 32159-2384
Email: bwarwick@varnellandwarwick.com

Theodore J. Leopold
Gregory S. Weiss
Leopold~Kuvin, PA
Suite 200
2925 PGA Blvd
Palm Beach Gardens, FL 33410
Email: gweiss@leopoldkuvin.com

Robert D. Gary
Jori Bloom Naegele
Gary Naegele & Theado LLC 446
Broadway
Lorain, OH 44052
Email: rdgary@gmail.com

/s/ Thomas V. Ayala
Thomas V. Ayala

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| George and Brenda Brincku | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:11-cv-338-FtM-29SPC |
| National Gypsum Company | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Middle District of Florida ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Dennis Hooper, Realtime Laboratories, Inc., 4100 Fairway Court # 600, Carrollton, TX 75010

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Morgan Lewis LLP, 1717 Main Street, Suite 3200, Dallas, TX 75201-7347 | Date and Time: 01/31/2012 9:00 am |
|---|---|

The deposition will be recorded by this method: <u>Transcribed by court reporter and recorded videographically</u>

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 01/13/2012

CLERK OF COURT                    OR    _[signature]_

_Signature of Clerk or Deputy Clerk_        _Attorney's signature_

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* New NGC, Inc. d/b/a National Gypsum Company, who issues or requests this subpoena, are:

Thomas V. Ayala, Esquire, Morgan Lewis LLP, 1701 Market Street, Philadelphia, PA 19103; Email: tayala@morganlewis.com; Tel: 215.963.5719.