# EXHIBIT 6

# CURRICULUM VITAE

## David Conrad Straus



**BIRTHPLACE:**   Evansville, Indiana

**BIRTHDATE:**   April 27, 1947

## EDUCATION:

| | |
|---|---|
| 1969 | B.S., Wright State, Dayton, Ohio (Major -Biology) |
| 1974 | Ph.D., Loyola University, Chicago, Illinois (Major-Microbiology) under direction of Dr. C.F. Lange |
| 1974 - 1975 | Post-Doctoral Fellow, University of Cincinnati, Cincinnati, Ohio (Major-Microbiology) under direction of Dr. P.F. Bonventre |

## POSITIONS HELD:

| | |
|---|---|
| 1970-1974 | Teaching Assistant, Department of Microbiology, Loyola University School of Medicine, Maywood, Illinois |
| 1972-1973 | Instructor, Microbiology, Illinois College of Podiatric Medicine, Chicago, Illinois |
| 1975-1976 | Instructor, Microbiology, The University of Texas Health Science Center at San Antonio, San Antonio, Texas |
| 1976-1981 | Assistant Professor, Microbiology, The University of Texas Health Science Center at San Antonio, Texas |
| 1981-1995 | Associate Professor, Microbiology, Texas Tech University Health Science Center, Lubbock, Texas (with tenure) |
| 1989 | Visiting Professor of Microbiology, Department of Microbiology and Infectious Diseases, University of Calgary, Calgary, Canada (March 1 to September 1) with Dr. Donald E. Woods |
| 1990 | Visiting Professor of Microbiology, Department of Microbiology and Infectious Diseases, University of Calgary, Calgary, Canada (July 1 to September 1) with Dr. Donald E. Woods |
| 1995-present | Professor, Microbiology and Immunology, Texas Tech University Health Sciences Center, Lubbock, Texas (with tenure) |

RESEARCH EXPERIENCE:

| | |
|---|---|
| 1970-1974 | Immunochemistry of group A streptococcal M-proteins |
| 1974-1975 | Diphtheria toxicology |
| 1974-1975 | Amino acid and carbohydrate transport in mammalian peritoneal macrophages |
| 1975-1983 | Streptococcal survival in subacute bacterial endocarditis |
| 1975-1983 | Pseudomonas endo- and exotoxins as related to cystic fibrosis |
| 1976-1985 | Extracellular products of group B streptococci |
| 1980-1995 | Klebsiella extracellular products |
| 1984-1985 | Extracellular products of group C streptococci |
| 1986-1992 | Virulence properties of *Pseudomonas cepacia* |
| 1987-1988 | Slime layer antigens of *Staphylococcus epidermidis* |
| 1988-2000 | *Pasteurella haemolytica* and *Pasteurella multocida* vaccines and virulence factors |
| 1994-present | The Microbiology of Indoor and Outdoor Air |
| 2000-present | The effects of the inhalation of *Penicillium* sp. spores on animal models |
| 2001-2003 | The Microbiology of Feed yard Playas |
| 2002-present | The effects of the inhalation of endotoxins on animals |
| 2002-2006 | The Microbiology of Zoos |
| 2002-2006 | Contents cleaning in mold infested buildings |
| 2002-present | The detection of mycotoxins in indoor air |
| 2002-present | Antibody production in ruminants infected with fungi |
| 2003-present | *Stachybotrys chartarum* mycotoxins |
| 2004-present | *Chaetomium globosum* mycotoxins |
| 2004-present | The effects of the inhalation of fungal spores on ruminants |

| 2004-2006 | The effects of fly ash inhalation on ruminants |
| 2004-present | Mechanisms of neurotoxicity of *Stachybotrys chartarum* mycotoxins |
| 2004-present | Contents of feed yard dust |
| 2004-2006 | Detection of trichothecene mycotoxins in human serum |
| 2010-present | Bacterial Contamination of Chinese drywall |

HONORS:

American Men and Women of Science - 13th edition

American Men and Women of Science - 14th edition

Who's Who in the South and Southwest - 18th edition

Who's Who in Frontier Science and Technology

American Men and Women of Science - 18th edition

Who's Who in the South and Southwest - 23rd edition

Dictionary of International Biography - 23rd edition

Who's Who in the World - 13th edition

Who's Who in Science and Engineering - 3rd edition

Outstanding Teacher of the Year, TTUHSC, 1995

International Who's Who of Professionals, 1995

Who's Who in the South and Southwest - 25th edition

Fellow, American Academy of Microbiology, 1996

President's Excellence in Teaching Award, TTUHSC, 1996

Outstanding Teacher of the Year, TTUHSC, 1997

Who's Who in Medicine and Healthcare, 2nd edition

Association of Women in Communication Research Award, 1999

TTUHSC Teaching Academy, 1999 to present.

International Who's Who of Professionals, 1999.

Director, Indoor Air Quality Center of Excellence, 2001

Who's Who in Medicine and Healthcare, 4th edition

Who's Who in American Education, 6th edition, 2004-2005

Academic Keys Who's Who in Medical Science Education

Who's Who in American Education, 7th edition

Who's Who in Medicine and Healthcare, 6th edition, 2006-2007

Who's Who in America, 61st edition, 2007

Dean's Research Award, Texas Tech University Health Sciences Center, 2006.

Who's Who in American Education, 8th edition, 2007-2008

Dean's Hero's Award, USMLE I Test, TTUHSC, 2008

Dean's Recognition as an Excellent Teacher, 2008

Who's Who in American Education, 9th edition, 2010

Cambridge Who's Who Registry Among Executives and Professionals in
     the field of Education and Research ,2009

Who's Who in America, 64th edition, 2010

Who's Who among Executives and Professionals, 2010


SOCIETIES:   American Society for Microbiology

Sigma Xi (Full member; elected)

Texas Branch American Society for Microbiology (past member)

American Society for Biochemistry and Molecular Biology (past member)

American Academy of Microbiology (Full member; elected)

5

PATENTS:   "*Pasteurella haemolytica* vaccine inactivated by ultraviolet light."
(with C.W. Purdy).  Patent application, 27 October, 1993, Docket
No. 0204.93, S.N. 08/151, 580 Federal Register 59:65/Tue. 5 April
94.  Patent awarded 16 October 01, #6,303,130

PCT/US03/14856, Filed May 12, 2003, Attorneys Docket AIAQ-07,
"Apparatus for and method of detecting the presence of an airborne
mycotoxin in an enclosure".


SERVICE:

1.        Co-Supervising Professor for Ph.D. committee of Howard Cash.
          Degree awarded 24 August 1979.

2.        Co-Supervising Professor for Ph.D. committee of Donald Woods.
          Degree awarded 30 April 1980.

3.        Member of Ph.D. committee of Terence Doran.
          Degree awarded 1 October 1981.

4.        Member of Ph.D. committee of William Patterson.
          Degree awarded 31 July 1978.

5.        Member of Ph.D. committee of Jeffrey Klinger.
          Degree awarded 24 July 1978.

6.        Member of Ph.D. committee of Thomas Milligan.
          Degree awarded 2 July 1979.

7.        Member of M.S. committee of Paula Gomez.
          Degree awarded 31 January 1980.

8.        Consultant to National Institute of Allergy and Infectious Diseases
          Workshop on Infections in *Cystic Fibrosis* - January 9 and 10, 1979.

9.        Referee for Journal of Cellular Physiology, 1978.

10.       Supervising professor for M.S. Committee of Kevin Crowe.
          Degree awarded 12 March 1980.

11.       Supervising professor for Ph.D. Committee of David Durham.
          Degree awarded 26 October 1981.

12.       Invited speaker, Wright State University School of Medicine,
          Department of Microbiology, June 16, 1980.  Seminar topic:  "The
          Extracellular Products of the Group B Streptococci and their
          Relationship to Virulence."

13.     Invited referee for Infection and Immunity, 1980.

14.     Invited referee for Current Microbiology, 1980.

15.     Invited referee for Infection and Immunity, 1981.

16.     Local Co-chairman for the American Society for Microbiology,
        Texas Branch meeting held in San Antonio, Texas, 1981.

17.     Invited speaker, University of Texas at Austin, Department of
        Microbiology, February 4, 1981. Seminar topic: "Variations in
        virulence of strains of type III group B streptococci for a mouse
        model ", Austin, Texas.

18.     Invited speaker, Department of Microbiology, University of Texas
        Medical Branch at Galveston, June 11, 1981. Seminar topic:
        "Variations in virulence of strains of type III group B streptococci for
        a mouse model ", Galveston, Texas.

19.     Supervising professor for Ph.D. committee of Philip Domenico.
        Degree awarded December 1983.

20.     Invited speaker, Texas Tech University Health Sciences Center,
        Department of Biochemistry, April 5, 1982. Seminar topic:
        "Extracellular products of type III group B streptococci and their
        relationship to virulence."

21.     Director of Graduate Studies, Department of Microbiology,
        TTUHSC, School of Medicine, 1982 to 1989.

22.     Chairman, Biomedical Research Grants evaluation committee,
        TTUHSC, School of Medicine, 1982.

23.     Member, Faculty Appointments Committee, TTUHSC School of
        Medicine, 1982-1983, 1983-1984, 1984-1985, 1993-1996.

24.     Member, Grading and Promotions Committee, TTUHSC School of
        Medicine, 1982-1983, 1983-1986.

25.     Member, Texas Tech University Health Sciences Center Graduate
        Council, 1982 to 1984.

26.     Associate Chairman, Department of Microbiology, Texas Tech
        University Health Science Center, 1983 to 1989.

27.     Member of Doris Lefkowitz Ph.D. Committee.
        Degree awarded 11 November 1985.

28.     Member of John Que Ph.D. Committee.
        Degree awarded 12 September 1985.

29.     Member of Jim Yee Ph.D. Committee (Anatomy)
        Degree awarded 26 August 1984.

30.     Faculty member of Tutorial Team Mentors, 1983-84, 1984-85.

31.     Supervising Professor for Jacqueline Brown M.S. Committee.
        Degree awarded 11 March 1986.

32.     Invited speaker, TTUHSC Department of Anatomy, December 13,
        1983.  Seminar topic: "Factors influencing the adherence of
        *Pseudomonas aeruginosa* to mammalian buccal epithelial cells",
        Lubbock, Texas.

33.     Member, TTUHSC School of Medicine Admissions Committee,
        1984-1985, 1985-1986, 1986-1987, 1987-1988, 1988-1989, 1989-
        1990, 1990-1991, 1991-1992, 1992-1993, 1993-1994,1994-1995,
        1995-1996, 1996-1997, 1997-1998, 1998-1999, 1999-2000, 2000-
        2001, 2005-2006, 2006-2007, 2007-2008, 2008-2009, 2009-
        2010,2010-2011.

34.     Invited referee for European Journal of Clinical Microbiology, 1984.

35.     Invited speaker, Department of Microbiology, University of Texas
        Medical Branch at Galveston.  April 2, 1985.  Seminar topic:
        "Extracellular polysaccharide production by *Klebsiella pneumoniae*
        and its relationship to virulence ", Galveston, Texas.

36.     Invited referee for Infection and Immunity, 1985.

37.     Member, Ad Hoc Candidate Review Committee for Position for
        Associate Dean for Basic Science, Research and Graduate Affairs.
        TTUHSC, 1985.

38.     Member of Joe Iaconis Ph.D. committee.
        Degree awarded 13 April 1987.

39.     Invited speaker, Department of Microbiology, Ohio University
        School of Medicine, Athens, Ohio.  January 22, 1986.  Seminar
        topic:  "Extracellular polysaccharide production by *Klebsiella
        pneumoniae* and its relationship to virulence."

40.     Member of Suhk Neung Pyo M.S. Committee.
        Degree awarded 21 April 1987.

41.     Member of Pintip Pongpech Ph.D. Committee.
        Degree awarded 7 April 1989.

42.     Supervising Professor for Miriam Lonon Ph.D. Committee.
        Degree awarded 29 July 91.

43.    Invited referee for Infection and Immunity, 1986.

44.    Member, Institution Review Board for Human Subjects, 1986-1987.

45.    Member of Pyeung-Hyeun Kim Ph.D. Committee.
       Degree Awarded 23 June 1988.

46.    Member, Educational Policy Committee, 1987, 1987-88, 1988-89.

47.    Invited speaker, Department of Microbiology, Loyola University
       School of Medicine, Chicago, Illinois. June 4, 1987. Seminar topic:
       "Production of an extracellular toxic complex by *Klebsiella
       pneumoniae*."

48.    Member, TTUHSCSM Grading and Promotion Committee 1987-88,
       1988 89, 1989-90, 1990-91, 1991-92, 1992-93, 1993-94, 1994-95,
       1995-96.

49.    Member, TTUHSCSM Faculty Council Executive Committee 1987-
       88, 1988-89, 1989-90, 1990-91, 1991-92, 1992-93, 1993-94.

50.    Invited referee for Microbial Pathogenesis, 1987.

51.    Member, Faculty Development Leave Committee, 1987-88.

52.    Invited speaker, Immunodiagnostic Research and Development
       Laboratory, Miles Inc., Elkhart, Indiana. January 22, 1988. Seminar
       topic: "Production of an Extracellular Toxic Complex by *Klebsiella
       pneumoniae*".

53.    Institutional Biohazards Committee, TTUHSC, 1988, 1989, 1990,
       1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001,
       2002, 2003, 2004, 2005,  2006, 2007, 2008, 2009, 2010, 2011.

54.    Invited referee for Journal of Infectious Diseases, 1989.

55.    Invited speaker, Department of Microbiology and Infectious
       Diseases, University of Calgary, Calgary, Alberta, Canada. July 19,
       1989."A Pictorial Trip through the Microbiology Hall of Fame."

56.    Invited speaker, Calgary Cystic Fibrosis Club meeting, Calgary,
       Alberta, Canada. August 8, 1989. "Virulence factors of
       *Pseudomonas cepacia* and their role in the disease process."

57.    Faculty member, Workshop on Medical School Application Process
       and Interviews UTEP-TTU Mentoring Program, September 22, 23,
       1989, El Paso.

9

58.     Invited speaker, Department of Biology, Texas Tech University, October 25, 1990. "The role of the extracellular products of *Pseudomonas cepacia* in virulence", Lubbock, Texas.

59.     Chairman, Faculty Development Leave Committee, 1989-1990.

60.     Chairman-elect, TTUHSCM Faculty Council Executive Committee, 1989- 90.

61.     Chairman, TTUHSCM Faculty Council Executive Committee, 1990-91.

62.     Chairman, Institutional Biohazards Committee, 1990-92.

63.     Course Director, Medical Microbiology (MMB 60631) 1991 - 2005.

64.     Invited referee for Journal of Infectious Diseases, 1990.

65.     Member, Biochemistry Chairman Search Committee, 1991.

66.     Faculty member, Workshop on Medical School Application Process and Interviews, UTEP-TTU Mentoring Program, August 23, 24, 1991, El Paso.

67.     Invited referee for Plasmid, 1991.

68.     Invited speaker, Obstetrics and Gynecology, Texas Tech University Health Sciences Center, February 12, 1992. "Pathogenic Bacteriology Review", Lubbock, Texas.

69.     Associate member, Texas Tech University Institute for Biotechnology, 1992-present.

70.     Invited referee for Plasmid, 1992.

71.     Faculty member, Workshop on Medical School Application Process and Interviews, UTEP-TTU mentoring program, August 28, 29, 1992, El Paso, Texas.

72.     Ad hoc reviewer for the United States Department of Agriculture Cooperative State Research Service, 1993.

73.     Invited referee for Microbial Ecology in Health and Disease, 1993.

74.     Invited speaker, USMLE Workshop 1993 Review, sponsored by Faculty of Medicine, Siriraj Hospital, Mahidol University, Consortium of Thai Medical Schools, Siriraj Hospital, Mahidol University, Bangkok, Thailand, July 17-21, 1993.

75.      Invited speaker, Department of Microbiology, Faculty of Medicine, Hatyai, Prince of Songkla University, Songkla 90112, Thailand, July 23, 1993, "Vaccine Development Against Bovine Respiratory Disease Complex."

76.      Invited speaker, Department of Medicine Residents, Faculty of Medicine, Hatyai, Prince of Songkla University, Songkla 90112, Thailand, July 22, 1993, "Medical Microbiology Review."

77.      Invited speaker, Department of Microbiology, Faculty of Medicine, Siraraj Hospital, Mahidol University, Bangkok, Thailand, July 20, 1993, "Vaccine Development against Bovine Respiratory Disease Complex."

78.      Member of William Wong's, M.S. Committee. Degree awarded 25 July 1994.

79.      Member of Jane Colmer's Ph.D. Committee. Degree awarded 11 March 1997.

80.      Invited referee for Canadian Journal of Microbiology, 1993.

81.      Invited speaker, Texas Agriculture Experimental Station Agricultural Science Conference, Respiratory Disease Section, Texas A & M , College Station, Texas, January 12, 1994, "The Role of Neuraminidase Produced by *Pasteurella haemolytica* A1 in the Disease Process."

82.      Chairman, TTUHSC Academic Awards Committee, 1994.

83.      Invited referee for Clinical Infectious Diseases, 1994.

84.      Participant, Teaching Microbiology and Immunology to Medical Students, An Educational Strategies Workshop, May 7-11, 1994, Myrtle Beach, South Carolina.

85.      Invited referee for Clinical Infectious Diseases, 1994.

86.      Member of Steven Dallas' Ph.D. Committee.  Degree awarded 19 June 1998.

87.      Faculty member, Workshop on Medical School Application Process and Interviews, UTEP-TTU mentoring program, August 26-27, 1994, El Paso, Texas.

88.      Chairman, Technical Review Board representing QIC, 1994 to 1999.

89.      Member, Genetic and Molecular Microbiology Committee of the American Society for Microbiology, 1994 to 1996.

90.     Invited referee for Infection and Immunity, 1994.

91.     Supervising Professor for J. Danny Cooley's Ph.D. Committee.
        Degree awarded 22 Feb 1999.

92.     Invited referee for Microbial Ecology in Health and Disease, 1994.

93.     Ad hoc reviewer for the United States Department of Agriculture
        Cooperative State Research Service, 1995.

94.     Invited referee for Microbial Ecology in Health and Disease, 1995.

95.     Invited referee for Appl. Environ. Microbiol., 1995.

96.     Faculty member, Workshop on Medical School Application Process
        and Interviews, UTEP-TTU mentoring program, August 25-26,
        1995, El Paso, Texas.

97.     Member, Tenure and Promotion Committee, 1995-99.

98.     Member, Center for Indoor Air Research, peer review panel, 1995 -
        2000.

99.     Invited referee for Appl. Environ. Microbiol., 1995.

100.    Participant, Teaching Microbiology and Immunology to Medical
        Students, An Educational Strategies Workshop, May 4-8, 1996,
        Myrtle Beach, South Carolina.

101.    Member, ad hoc Committee for Infectious Disease and Medical
        Surveillance, TTUHSC, 1996.

102.    Member, TTUHSC, Grievance Committee, 1996

103.    Invited speaker, International Conference on Arid and Semi-Arid
        Lands, August 14, 1996, Lubbock, Texas. " The Consequences of the
        Presence of Dust- Borne Fungi in Indoor Air."

104.    Invited speaker, Indoor Air Quality Conference, June 12, 1996,
        Texas A & M University, College Station, Texas. "Indoor Air
        Quality Research: State of the Art."

105.    Invited speaker, Grand Rounds, Department of Medicine, TTUHSC,
        "The Role of Fungi in Sick Building Syndrome," August 8, 1996,
        Lubbock, Texas.

106.    Invited speaker, Texas Association of School Administrators, Austin
        Texas, September 5, 1996, "Sick Building Syndrome."

107.    Invited speaker, Department of Biology, Texas Tech University, September 12, 1996, "Fungi and Sick Building Syndrome", Lubbock, Texas.

108.    Member, TTUHSC Hearing Committee, 1996, 1997, 1998, 1999.

109.    Faculty member, Workshop on Medical School Application Process and Interviews, UTEP-TTU mentoring program, September 27-28, 1996, El Paso, TX.

110.    Invited speaker, Department of Biology, San Angelo State University, December 4, 1996, "The Role of Fungi in Sick Building Syndrome" , San Angelo, Texas.

111.    Director, Continuing Education Course "Air Sampling Techniques", TTUHSC, 1997 to 2004.

112.    Invited referee for Amino Acids, 1997.

113.    Invited speaker, Texas Association of School Administrators, San Antonio, Texas, "Indoor Air Quality", June 18-20, 1997.

114.    Invited speaker, Aztec Environment Services, Inc., Fort Worth, Texas, "The Microbiology of Indoor Air", June 23, 1997.

115.    Invited speaker, South Plains Public Health District, Lubbock, Texas, "Sick Building Syndrome", June 13, 1997.

116.    Invited speaker, Texas Association of School Administrators, The Role of Fungi in Sick Buildings", September 11, 1997, Austin, Texas.

117.    Mentor, NIH Summer mentoring program for minority teachers and students;  1992, 1993, 1994, 1995, 1996, 1997.

118.    Invited referee for Appl. Environ. Microbiol., 1997.

119.    Faculty member, Workshop on Medical School Application Process and Interviews, UTEP-TTU mentoring program, September 5-6, 1997, El Paso, Texas.

120.    Invited speaker, Royal Sonesta Indoor Air Conference, October 15, 1997, Bermuda, "Sick Building Syndrome in Hotels."

121.    Ad hoc reviewer for the United States Department of Agriculture Small Business Innovation Research Program, 1998.

122.    Invited speaker, Texas Campus Safety Association, "Sick Building Syndrome," Lubbock, Texas, February 11, 1998.

123.    Invited speaker, Texas Branch American Society for Microbiology, "Sick Building Syndrome," Junction, Texas, March 26, 1998.

124.    Invited referee for Current Microbiology, 1998.

125.    Member, TTUHSC Multi-Department Degree Program Committee, 1998.

126.    Invited speaker, Grand Rounds, Department of Medicine, TTUHSC, Are Fungi Important in Sick Building Syndrome and Asthma?, December 3, 1998, Lubbock, Texas.

127.    Invited speaker, Texas Association of School Administrators, "Sick Building Syndrome", Lubbock, Texas, September 3, 1998.

128.    Faculty member, Workshop on Medical School Application Process and Interviews, UTEP-TTU mentoring program.  September 11, 1998, El Paso, Texas.

129.    Invited Speaker, American Society of Safety Engineers, "The Role of Fungi in Sick Building Syndrome", September 21, 1998, Lubbock, Texas.

130.    Invited Speaker, El Paso Independent School District, "Sick Building Syndrome and Fungi", November 20, 1998, El Paso, Texas.

131.    Invited speaker, Department of Physiology, Texas Tech University Health Sciences Center, "Are fungi important in Sick Building Syndrome and Asthma?  January 29, 1999, Lubbock, Texas.

132.    Invited speaker, Texas Environmental Health Association, "Sampling for Indoor Air Quality", Lubbock, Texas, February 12, 1999.

133.    Charter member, Texas Tech University Health Sciences Center, Teaching Academy, 1998 to present.

134.    Invited referee for Clinical and Diagnostic Laboratory Immunology, 1998.

135.    Invited Speaker, College of Architecture, Texas Tech University, "Buildings and their Microbes", February 9, 1999, Lubbock, Texas.

136.    Mentor for Howard Hughes Fellow, Trevor Brasel, 1999.

137.    Supervising Professor for Enusha Karunasena, M.S. Degree awarded on 3 Nov 00

138.    Post-doctoral fellow – J. Danny Cooley, Ph.D. 1999 to 2001.

139.    Invited Speaker, El Paso Independent School District "Consequences of Fungal Infestation of Schools", February 15, 1999, El Paso, Texas.

140.    Invited speaker, Business Owners Maintenance Organization, "The Role of Fungi in Sick Building Syndrome", July 30, 1999, San Antonio, Texas.

141.    Invited speaker, United States Congressional Staff, visit to Texas Tech University Health Sciences Center, "The Role of Fungi in Sick Building Syndrome in Texas Schools," February 19, 1999, Lubbock, Texas.

142.    Expert witness, Texas House of Representatives, House Bill 3287 concerning Indoor Air Quality in Texas Schools, April 12, 1999, Austin, Texas.

143.    Supervising Professor for Chris Schwab, Ph.D.  Degree awarded 11 Dec 01

144.    Invited speaker, Texas Association of School Administrators, "Indoor Air Quality in Texas Schools", July 28, 1999, San Antonio, Texas.

145.    Postdoctoral fellow – David Douglas, Ph.D., 1999 to 2007.

146.    Invited speaker, El Paso Independent School District, "Different Properties of Various Fungal Species, June 22, 1999, Lubbock, Texas.

147.    Faculty member, Workshop on Medical School application Process and Interviews, UTEP-TTU mentoring program August 20, 1999, El Paso, Texas.

148.    Invited speaker, Conference for Advancement of Science Teachers. "Is your Building Sick?" October 29, 1999. Lubbock, Texas.

149.    Member TTUHSC Curriculum Operations Committee 1991 to 2005.

150.    Invited Speaker, TTU Tri Beta Society, "The Role of Fungi in Sick Building Syndrome", November 17, 1999, Lubbock, Texas.

151.    Invited Speaker, TTUHSC Institutional Advancement Committee, "Is Your Building Sick? December 2, 1999, Lubbock, Texas.

152.    Supervision of SABR student, Jennifer Wright, 1998.

153.    Supervision of SABR Student, Buddy Brooks, 1999.

154.  Invited speaker, Austin Independent School District, "The role of fungi in sick building syndrome," March 9, 2000, Austin, Texas.

155.  Invited speaker, The American Chemical Society, "Fungi and the health of indoor Air, April 18, 2000, Lubbock, Texas.

156.  Participant, Teaching Microbiology and Immunology to Medical Students, an Educational Strategies Workshop, May 6-10, 2000, Myrtle Beach, South Carolina.

157.  Attendee, TTUHSC School of Medicine retreat, June 16, 17, 2000, Odessa, Texas.

158.  Supervising Professor for Trevor Brasel, Ph.D., degree awarded, 2 November 2004.

159.  Invited speaker, Texas Association of School Administrators, "Indoor Air Quality in Texas Schools", June 25, 2000, Austin, Texas.

160.  Invited speaker, LAW Engineering and Environmental Services, Inc., "Fungi and Sick Building Syndrome", August 17, 2000, Austin, Texas.

161.  Invited speaker, Pharr-Alamo Independent School District, "Indoor Air Quality in Texas Schools", July 12, 2000, Alamo, Texas.

162.  Post-doctoral fellow, Steve Wilson, Ph.D. 2000 to 2007.

163.  Invited speaker, Fort Bend Independent School District, "The Role of Fungi in Sick Building Syndrome in Schools", Fort Bend, Texas, August 7, 2000.

164.  Member TTUHSC Institutional space and Equipment committee for strategic plan – 2000, 2001.

165.  Member TTUHSC, Tenure and Promotion Committee, 2000-2004.

166.  Mentor for Howard Hughes fellow, Jeannie Griffin, 2000.

167.  Post-doctoral fellow, Chunfa Wu, Ph.D., 2000 to 2005.

168.  Invited speaker, Memorial High School, Pharr Texas, "The Role of Fungi in Sick Building Syndrome in Schools, Aug. 29, 2000.

169.  Invited Speaker, North Texas Branch, American Lung Association, "Fungi and Sick Building Syndrome, Dallas, Texas, October 12, 2000.

170.     Grant reviewer, Philip Morris External Research Program, 2000 to 2004.

171.     Invited speaker, The Debra Dunkin Show, October 13, 2000, "Fungi in sick buildings", Houston, Texas.

172.     Invited speaker, Assured IAQ Indoor Air Quality conference, "What is making us sick in buildings?" Corpus Christi, Texas, Dec. 1, 2000.

173.     Associate Chairman, Department of Microbiology and Immunology, Texas Tech University Health Sciences Center, 1998 to 2001.

174.     Invited referee for Clinical Infectious Diseases, 2000,

175.     Invited speaker, Chubb Insurance Group, "The Role of Fungi in Sick Building Syndrome", Mar. 14, 2001, Dallas, Texas.

176.     Invited speaker, Gemini Labs, "Fungi in Sick Buildings", May 16, 2001, Corpus Christi, Texas.

177.     Invited speaker, Facility Forum, "The Growing Indoor Air Quality Problem", April 22, 2001, Dallas, Texas.

178.     Invited speaker, Texas A&M – Corpus Christi, The Significance of Fungi in "Sick" Buildings, April 4, 2000, Corpus Christi, Texas.

179.     Invited speaker, Assured IAQ Indoor air Quality conference,"Sick Buildings and Fungi", Lubbock, Texas, April 20, 2001.

180.     Postdoctoral fellow, Larysa Andriychuk, 2001 to 2006.

181.     Invited speaker, Lubbock Realtors Association, "Mold in Residential Houses," Lubbock, Texas, June 1, 2001.

182.     Invited speaker, The Woodland Housing Development, "The Role of Mold in Sick Buildings," Houston, Texas, June 7, 2001.

183.     Invited speaker, NASA—Texas Higher Education summit, "The Effect of Microbial Contamination on Astronaut Performance on Extended Space Missions," Washington, D.C., June 11, 2001.

184.     Supervision of SABR student, Addie Walkup, 2001.

185.     Invited speaker, Westmark Realtors, "Fungi in Residential Homes," Lubbock, Texas, June 21, 2001.

186.     Invited speaker, Lion's Club, "Black Mold," Lubbock, Texas, June 28, 2001.

187.    Invited speaker, University Medical Center Department of Clinical Pathology, "Black Mold," Lubbock, Texas, Sept 13, 2001.

188.    Invited speaker, Mealey's Texas Mold Litigation Conference, "The Health Effects of Mold Exposure," Houston, Texas, Oct 1, 2001.

189.    Participant, TTUHSC School of Medicine LCME Retreat, July 16-18, 2001, Lubbock, Texas.

190.    Invited speaker, TTU Introductory course IAQ Technician Level I, "What is Making Us Sick?" August 24, 2001, Lubbock, Texas.

191.    Invited speaker, Dallas Bar Association, "Fungi and Sick Building Syndrome", Dallas, Texas, September 21, 2001.

192.    Invited speaker, Texas Branch American Society for Microbiology, "Sick Building Syndrome", November 16, 2001, San Antonio, Texas.

193.    Invited speaker, Houston Independent School District, "Sick Building Syndrome in Schools," October 10, 2001, Houston, Texas

194.    Invited speaker, Dallas Association of Churches, "Sick Building Syndrome", October 18, 2001, Dallas, Texas.

195.    Invited speaker, American Lung Association, "Sick Building Syndrome", November 8, 2001, Dallas, Texas.

196.    Invited speaker, Luminex Corporation, "Fungi and Sick Building Syndrome", October 24, 2001, Austin, Texas.

197.    Invited speaker, CEFPI- The School Building Association, "Fungi in our schools", November 2, 2001, San Antonio, Texas.

198.    Invited speaker, Texas Tech University Indoor Air Quality Conference, "What is making us sick in sick buildings?" Lubbock, Texas, December 7, 2001.

199.    Invited speaker, Institute for International Research, "The Science of Mold," Atlanta, GA, April 25, 2002.

200.    Member, Texas Tech University Indoor Air Quality Advisory Board, 2001 to 2006.

201.    Contributing editor, Columns-Mold, 2001 to 2003.

202.    Supervising Professor for R.Colby Layton, Ph.D. Degree awarded 7 December 2006

203.    Invited speaker, Lubbock Rotary Club, "Black Mold", 23 Jan 02, Lubbock, Texas.

204.    Invited speaker, Adjustors International, "What is making us sick in sick buildings?" 8 March 02, Las Vegas, Nevada.

205.    Invited speaker, Policy Holders of America, "Black Mold", March 30, 2002 Austin, Texas.

206.    Judge, Research Day at TTUHSC, March 5, 6, 2002, Lubbock, Texas.

207.    Participant, Teaching Microbiology and Immunology to medical students, An Education Strategies Workshop, May 4-8, 2002, Myrtle Beach, South Carolina.

208.    Invited speaker, "Black Mold" Lubbock Roundtable, 16 March 2002, Lubbock, Texas.

209.    Invited speaker, Texas Tech University Mold Remediation Conference, "The Health Effects of Mold", August 22, 2002, Lubbock, Texas.

210.    Invited speaker, Texas Tech University Mold Remediation Conference, "State of the Research", August 22, Lubbock, Texas

211.    Board member, Policy Holders of America, 2002 to 2005.

212.    Board member, Policy Holders of America Medical Research, 2002 to 2005.

213.    Invited speaker, Terrorism in West Texas: Health Care Response to Biological, Chemical and Physical Threats, "Trichothecene Mycotoxins" 24 Aug 2002, Lubbock, Texas.

214.    Invited speaker, "Mold Infestation in Buildings," Lubbock ASHRAE Chapter, 15 March 2002, Lubbock, Texas.

215.    Invited speaker, "Black Mold", American Society of Safety Engineers, Lubbock Chapter, 16 April 2002, Lubbock, Texas.

216.    Invited speaker, "Toxic Mold", USAA, 11 April 2002, San Antonio, Texas.

217.    Mentor, Texas Higher Education Coordinating Board Sponsored Teacher (Gary Fortenberry), 2002.

218.    Invited speaker, "*Stachybotrys* – the black mold," Tropical Texas Center for Mental Health and Mental Retardation, May 28, 2002, Edinburgh, Texas. , Presentation to the Board of Directors.

219.     Invited speaker, "Health Effects of *Stachybotrys*," Tropical Texas Center for Mental Health and Mental Retardation, May 28, 2002, Edinburgh, Texas. , Presentation to the staff.

220.     Chair, membership committee, TTUHSC Teaching Academy, 2002 to present.

221.     Supervising Professor for Enusha Karunasena, Ph.D. Degree awarded 6 June 2005.

222.     Invited speaker, "The Black Mold," Tropical Texas Center for Mental Health and Mental Retardation, Psychology Group, July 10, 2002, Edinburgh, Texas.

223.     Invited speaker, "Black Mold", Greater Lubbock Rotary Club, 6 Aug 02, Lubbock, TX.

224.     Invited speaker, "How does mold cause disease in buildings?" Certainteed Corporation, 1 Aug 2002, Lubbock, Texas.

225.     Member, Planning committee, Terrorism in West Texas: Health Care Response to Biological, Chemical and Physical Threats., 24 Aug 02, Lubbock, Texas.

226.     Research supervising Professor for Michael Larranaga, Ph.D. Degree awarded 9 July 2004.

227.     Invited speaker, Mealey's Texas Mold Litigation Conference, "The Role of Fungi in Sick Building syndrome," 2 Dec 02, Dallas, Texas.

228.     Invited speaker, Edinburg Independent School District, "Mold in schools," 28 Aug 02, Harlingen, Texas.

229.     Invited speaker, Southwest Rotary Club. "Black Mold." 18 Nov 02, Lubbock, Texas.

230.     Invited speaker, Texas Public Health Association. "Black Mold". 25 Oct 02, Lubbock, Texas.

231.     Invited speaker, Economedes High School, "Health effects of mold in schools", 26 Sept. 02, Harlingen, Texas.

232.     Invited speaker, Texas Association of School Administrators, "Mold in school buildings", 29 Sept. 02, Dallas, Texas.

233.     Participant, Texas Tech University Health Sciences Center Medical Education Summit, October 2-4, 2002, Lubbock, Texas.

234.     Invited speaker, Economedes High School, "Mold in Schools," 25
         Sept. 02, Harlingen, Texas.

235.     Invited speaker, Millenium Technology Transfer, "Mold resistant
         building materials," 13 Nov 02, Austin, Texas.

236.     Invited speaker, Texas Tech University IAQ Technician Certification
         Course, "What is making us sick in buildings?" November 17, 2002,
         Austin, Texas.

237.     Invited speaker, Texas Environmental Health Association, "The role
         of fungi in sick building syndrome," April 24, 2003, Austin, Texas.

238.     Research advisor for Cameron Gulley, M.S., degree awarded, 23
         October, 2009.

239.     Invited speaker, Jorban-Riscoe Associates, "The role of fungi in sick
         building syndrome" March 19, 2003, Kansas City, Missouri.

240.     Invited speaker, Women's Health Expo, "Mold growth in buildings
         and its relationship to human health", February 1, 2003, Lubbock,
         Texas.

241.     Invited speaker, Texas Tech University Department of Biology,
         Pathogenic Microbiology 4404, "Sick Building Syndrome" 2 May
         03, Lubbock, Texas.

242.     Mentor, Texas Higher Education Coordinating Board Sponsored
         Teacher (Gary Fortenberry) 2003.

243.     Invited referee, Antoine van Leeuwenhoek Journal of Microbiology,
         2003.

244.     Judge, Student Research Day, TTUHSC, March 25, 26, 2003,
         Lubbock, Texas.

245.     Invited speaker, Fungi and Sick Building Syndrome.  Aerobiology
         Research Analytical Laboratory, Corpus Christi, Texas, 4 April
         2003.

246.     Invited speaker, 21st Annual International Symposium on Man and
         His Environment, "Fungi and Sick Building Syndrome", Dallas,
         Texas, June 20, 2003.

247.     Invited speaker, 21st Annual International Symposium on Man and
         His Environment, "Recent Research in Sick Building Syndrome,"
         Dallas, Texas, June 20, 2003.

248.     Invited speaker, Somerset Independent School District, "Fungi and
         Sick Building Syndrome", San Antonio, Texas, April 25, 2003.

249.   Invited speaker, Environmental Health Connection: Mold, Mycotoxins, and Chemical Sensitivity, "The Role of Fungi in Sick Building Syndrome," 21 June 2003, Dallas, Texas.

250.   Invited speaker, Mealey's Florida Mold Litigation Conference, "In depth review of health issues: Mold Research- year 2003 and beyond. 12 June 2003, Amelia Island, Florida.

251.   Joint appointment, Graduate Faculty in the Biotechnology program, TTUHSC, 12 June 2003 to present.

252.   Invited participant, Environmental Health Connection Panel Discussion: "How and when to remodel a moldy building."20 June 2003, Dallas, Texas.

253.   Invited speaker, McMillan and Choate Engineering, "The Role of Fungi in Sick Building Syndrome", 30 July 2003, Dallas, Texas.

254.   Invited referee, Applied and Environmental Microbiology, 2003.

255.   Supervising Professor for Matt Fogle, Ph.D. Degree awarded 3 April 2007.

256.   Invited speaker, Envirologix and Assured IAQ "Detection of trichothecene mycotoxins in indoor air, 18 Sept 03. Dallas, Texas.

257.   Advisory Board Assured IAQ, Dallas, Texas, 2003 to 2006.

258.   Invited speaker, The Faculty of Medicine Siriraj Hospital, Mahidol University, "Medical Microbiology", January 19-24, 2004, Bangkok, Thailand.

259.   Invited speaker, Lubbock Lion's Club, "Fungi and Sick Building Syndrome", March 16, 2004, Lubbock, Texas.

260.   Chairman, Year 2 TTUHSC Integration team, 2004.

261.   Mentor, Texas Higher Education Coordinating Board sponsored Teacher (Rubeth Griffing), 2004.

262.   Mentor, SABR student, Luis Cobos, 2004.

263.   Microbiology Judge, Exxon Mobile State Science and Engineering Fair, Lubbock, Texas, April 2, 2004.

264.   Judge, Student Research Week, TTUHSC, Lubbock, Texas, March 30 and 31, 2004.

265.     Member, Tenure and Promotion Guidelines Committee, TTUHSC, 2004

266.     Attendee, "Lighting the Path to Preeminence", TTUHSC, April 17, 2004, Lubbock, Texas.

267.     Attendee, TTUHSC Educational Summit, May 13 and 14, 2004, Lubbock, Texas.

268.     Invited speaker, Munters, "The role of fungi in sick building syndrome", July 21, 2004, Chicago, Illinois

269.     Member, TTUHSC Fundamentals Bloc Team for the curriculum design project, 2004.

270.     Chairman, Scientific Advisory Board for School Mold Help, 2004 to present.

271.     Invited speaker, University of Houston Texas Medical School, Departments of Pathology and Laboratory Medicine , "The Role of Fungi in Sick Building Syndrome ", November 5 , 2004, Houston ,Texas.

272.     Invited speaker, Texas Branch of the American Society for Microbiology, "The Microbiology of Sick Building Syndrome", November 6, 2004, Houston, Texas.

273.     Invited speaker, State of Texas, Board of Education District 4, "Sick Building Syndrome", Lubbock, Texas, September 30, 2004.

274.     Invited speaker, Lubbock Board of Health, "The Role of Fungi in Sick Building Syndrome", Lubbock, Texas, November 12, 2004.

275.     Invited speaker, Glast, Phillips, & Murray, P.C. " Fungi and Sick Buildings", Dallas, Texas, December 20, 2004.

276.     Invited speaker, The Florida Inter-County IAQ Council, "The Role of Fungi in Sick Building Syndrome", Fort Myers, Florida, April 15, 2005.

277.     Judge, Student Research Week, TTUHSC, February 22, and 23, 2005.

278.     Ad-hoc reviewer for the Medical Research Council of South Africa, 2005.

279.     Invited speaker, Micro Air Tech," The Microbiology of Indoor Air", June 15, 2005, Canton Ohio.

280. Mentor, Howard Hughes Medical Institute Fellow, Octavio Aguiler, 2005-2006.

281. Member, Education Operations Committee, TTUHSC, 2005-2006.

282. Member, Grant review committee for Educational Innovation and Scholarship Awards, TTUHSC, 2005.

283. Mentor, Joint Admission Medical Program student, TTUHSC, Crystal Salazar, 2005.

284. Invited speaker, TTUHSC Faculty Development Course, "How to Write a Scientific Paper", August 3, 2006, Lubbock Texas.

285. Mentor, Molecular Pathology Department graduate student, TTUHSC, Ernesto Barrera, 2005, 2006.

286. Invited speaker, Micro Air Tech, "The Effect of Ozone on the Fungi Associated with Sick Building Syndrome", June 16, 2005, Canton, Ohio.

287. Invited speaker, Childress, Duffy and Goldblatt Law Firm, "The Role of Fungi in Sick Building Syndrome", October 15, 2005, Chicago, Illinois.

288. Invited speaker, Texas Tech University Department of Biology, Pathogenic Microbiology 4404, "The Role of Fungi in Sick Building Syndrome" December 7, 2005, Lubbock, Texas.

289. Invited referee, The Science of the Total Environment, August, 2005.

290. Invited speaker, Campbell and Associates medical firm, "Estimation of Human Exposure to *Stachybotrys chartarum* and its Mycotoxins", April 1, 2006, Houston Texas.

291. Invited speaker, WJFF Radio, "The Role of Fungi in Sick Building Syndrome", Radio call in show, January 17, 2006, Jefferson New York.

292. Judge, Student Research Week, TTUHSC, Lubbock Texas, February 14, and 15, 2006.

293. Invited speaker, WFNX Radio ,"The Effects of Mold in Buildings", radio call in show, February 24, 2006, Phoenix, AZ.

294. Member, Grant Review committee for Educational Innovation and Scholarship, TTUHSC, 2006, 2007.

295. Invited speaker, Society of Toxicology, "Estimation of human exposure to *Stachybotrys chartarum* and its mycotoxins."

Symposium on molds and mycotoxins", Charlotte, NC, March 26, 2007.

296.　　Mentor, Teaching Academy Committee for Improving Medical Student Performance on the USMLE Step One Exam, 2006, 2007.

297.　　Reviewer, Biochemistry and Molecular Genetics program, TTUHSC, 2006-2007.

298.　　Invited speaker, National Toxicity Program, Mold Studies Expert Panel meeting, NIEHS, Research Triangle Park, NC, March 5, 2007.

299.　　Invited referee, The Science of the Total Environment, December 7, 2006.

300.　　Judge, TTUHSC Student Research Day, February 13 and 14, 2007, Lubbock, Texas

301.　　Bacteriology section coordinator, Host Defense Course given to TTUHSC MSI, 2006-present.

302.　　Invited referee, BMC Microbiology, February 27, 2007.

303.　　Invited speaker, Television show, "Law and Justice on Your Side", TV call in show,
"Mold in Buildings and Its Effect on Human Health" 2 March 2007, Phoenix, AZ.

304.　　Member, Grading and Promotions appeals committee for MSII dismissed from curriculum, 2007.

305.　　Invited speaker, The Leonard Lopate show, WNYC radio, National Public Radio, "Toxic Mold", June 26, 2007.

306.　　TTUHSC Tenure and Promotions committee, 2007-2010.

307.　　TTUHSC Tenure and Promotions committee Vice Chairman, 2007-2008.

308.　　TTUHSC Tenure and Promotion Committee Chairman, 2009-2010.

309.　　Invited speaker, "Review in Microbiology and Immunology", Chiang Mai University Hospital, Chiang Mai University ,Chiang Mai, Thailand, 4 Feb 2009.

310.　　Invited speaker, Lubbock ASHRAE chapter, "Sick Building Syndrome", 19 October 2007, Lubbock, Texas.

311.　　Invited speaker, 26th Annual International Symposium on Man and His Environment in Health and Disease, Special Focus- Molds and

Mycotoxins- Innovative Aspects and Treatments of Molds, Mycotoxins, and Chemical Sensitivity; "Estimation of Human Exposure to *Stachybotrys chartarum* and it's Mycotoxins" , Dallas ,Texas, June 19, 2008.

312.   Moderator , "USMLE Step 2&3 Rheumatology" by Virat Pinyopornpanich, MD, Chaing Mai University Hospital , Chaing Mai , Thailand ,5 Feb 2008.

313.   Moderator , "USMLE Step 2&3 Endocrinology, by Rosanee Valyasevi " MD,  Chaing Mai University Hospital, Chaing Mai, Thailand, 5 Feb 2008.

314.   Responsible for rewriting TTUSHC Tenure and Promotions Guidelines with Drs. Tenner and Varma, 2008.

315.   Judge, TTUHSC Student Research Day, March 13, 2008.

316.   Member, committee for determination of Faculty Teaching and Research Awards, TTUHSC, 18 March, 2008.

317.   Invited speaker, "Estimation of Human Exposure to *Stachybotrys chartarum* and Its Mycotoxins", Texas Tech University School of Law, 23 April, 2008, Lubbock, Texas.

318.   Chairman, Grant Review Committee for Educational Innovation and Scholarship, TTUHSC, 2008.

319.   Panel member, "Molds and Mycotoxins", 26th Annual International Symposium on Man and His Environment in Health and Disease, June 19, 2008, Dallas, Texas.

320.   Attendee, Augmenting Syndromic Surveillance in SYRIS with a NASA Environmental Dust Model for Texas, sponsored by DSHS Region I and the City of Lubbock Health Department, May 1, 2008, Lubbock, Texas.

321.   Member, Teaching Academy Committee responsible for mentoring TTUHSC second year medical students to improve their performance on the Step I Exam, 2008, 18 hours.

322.   Member, Editorial Board, International Journal of Microbiology, 2008- present.

323.   Coordinator, Department of Microbiology and Immunology seminar, 2008-2009.

324.   Reviewer, Department of Pharmacology and Neurosciences, TTUHSC, 2008-2009.

325.   Chairman- elect, Teaching Academy, TTUHSC, 2009.

326.   Chairman, Teaching Academy, TTUHSC, 2010.

327.   Television Interview with A.J. Gardina, Television station WLOX, Biloxi, Mississippi , "Black Mold", 7 October, 2008.

328.   Television Interview with Karin McKay, Television station KCBD, Lubbock, Texas, "Black Mold", 9 October, 2008.

329.   Co-instructor   , Responsible Conduct of Research GSBS 5101, TTUHSC, 2009 to present.

330.   Member, TTUHSC Faculty Mentor program, 2009 to present.

331.   Member, TTUHSC LCME accreditation team, 2009.

332.   Attendee, TTUHSC Foras I Educational Summit, March 26, 27, 2009, Lubbock, Texas.

334.   Member, TTUHSC LCME mock-site visit team, February, 2009.

335.   Member, TTUHSC LCME site visit team, March 2009.

336.   Judge, TTUHSC Student Research Day, March 3-5, 2009.

337.   Participant, TTUHSC Teaching Academy retreat, Lubbock, Texas, 25 February, 2009.

338.   Invited referee, Journal of Toxicology and Environmental Health, 2009.

339.   Basic science consultant, MSIII Integration case # 4, TTUHSC, Amarillo Regional Academic Campus, 14 April, 2009.

340.   Member, Editorial Board, Toxins, 2009- present.

341.   Faculty Champion, TTUHSC Quality Enhancement Plan: Interprofessional Teamwork, 2009-20012.

342.   Member, Advisory Board, Egyptian Journal of Microbiology, 2009- present.

343.   Associate Block Director, MSCI 6020 Multisystem Disorders and Cancer, 2009- present.

344.       Attendee, TTUHSC Faculty Champions Retreat, August 3 and 4, 2009, Lubbock, Texas.

345.       Member, committee to prepare documentation for evaluation of the TTUHSC Department of Microbiology and Immunology, 2009.

346.       Invited speaker, TTUHSC graduate student orientation, "How to select a mentor", 17 Aug 2009, Lubbock, Texas.

347.       Invited speaker, TTU graduate student orientation, "How to select a mentor", 24    Aug 2009, Lubbock, Texas.

348.       Participant, First Quality Enhancement Plan Fall Symposium, October 16 2009, Lubbock, Texas.

349.       Member, TTUHSC Education Operations Committee, 2009- present.

350.       Invited referee for Aerobiologia, 2010.

351.       Attendee, TTUHSC Foras Educational Summit, March 11 and 12, 2010, Lubbock, Texas.

352.       Judge, TTUHSC Student Research Week, March 4, 2010, Lubbock, Texas.

353.       Invited referee, Frontiers in Bioscience, 2010, 2x.

354.       Member, GSBS awards committee, TTUHSC, Lubbock, Texas, 2010.

355.       Invited referee, Aerobiologia , 2010.

356.       Invited speaker, TTUHSC graduate student orientation, "Responsible conduct of research ". 16  August  2010 , Lubbock, Texas.

357.       Invited speaker, TTUHSC graduate student orientation. "How to select a mentor".
16  August  2010 , Lubbock, Texas.

358.       Invited speaker, TTU graduate student orientation, "Responsible conduct of research". 23 August  2010, Lubbock, Texas.

359.       Invited speaker, TTU graduate student orientation, "How to select a mentor".
23 August 2010, Lubbock , Texas.

360.       Participant, "Simulation Based Research in Interprofessional Teamwork",
October , 4, 2010, Lubbock, Texas.

361.     Participant, 2010 QEP Fall Symposium: Interprofessional Teamwork October 22, 2010, Lubbock, Texas.

362.     Judge, TTUHSC Student Research Week, March 4, 2011, Lubbock, Texas.

363.     Invited speaker, TTUHSC Graduate Council," Quality Enhancement Program", January 10, 2011.

364.     Invited speaker, Trinity School of Medicine, St. Vincent's Island, The West Indies, Pathogenic Bacteriology, 20 hours, March 28- April 8, 2011.

365.     Member, TTUHSC Peer Evaluation Team, 2011.

366.     Participant, Faculty Champion Strategic Planning Meeting, February 4, 2011, TTUHSC.

367.     Invited referee for Indoor Air, 2011.

368.     Invited speaker, Spring Into Green Conference, "Sick Building Syndrome", April 15, 2011, Lubbock, Texas.

369.     Dean's Representative, Ph.D. Defense, Jason Cooper, TTUHSC, March 21, 2011, Lubbock, Texas.

PRESENTATIONS:

1.     Straus, D.C., J.G. Imhoff and P.F. Bonventre. 1976. Membrane transport by guinea pig peritoneal exudate leukocytes: Effects of phagocytosis on hexose and amino acid transport. Presented at Fall Meeting in Arlington of the Texas Branch of the American Society for Microbiology.

2.     Mattingly, S.J. and D.C. Straus. 1976. Amino acid requirements of viridans streptococci associated with subacute bacterial endocarditis. Presented at Fall meeting in Arlington of the Texas Branch of the American Society for Microbiology.

3.     Klinger, J.D., D.C. Straus, E.E.M. Moody and J.A. Bass. 1976. Radioimmunoassay measurement in human sera of antibodies to extracellular toxins and enzymes of *Pseudomonas aeruginosa*. Presented at Fall meeting in Arlington of the Texas Branch of the American Society for Microbiology.

4.      Straus, D.C., S.J. Mattingly and T.W. Milligan.  1977. Production of
        extracellular material by streptococci associated with subacute
        bacterial endocarditis.  Presented at Spring meeting in San Antonio
        of the Texas Branch of the American Society for Microbiology.

5.      Milligan, T.W., D.C. Straus and S.J. Mattingly.  1977. Extracellular
        neuraminidase production by group B streptococci. Presented at
        Spring meeting in San Antonio of the Texas Branch of the American
        Society for Microbiology.

6.      Milligan, T.W., C.J. Baker, D.C. Straus and S.J. Mattingly. 1977.
        Extracellular neuraminidase production in clinical isolates of group
        B streptococci.  Presented at Fall meeting in Corpus Christi of the
        Texas Branch of the American Society for Microbiology.

7.      Doran, T.I., D.C. Straus and S.J. Mattingly.  1977.  Excretion of
        group and type specific antigens by group B streptococci.  Presented
        at Fall meeting in Corpus Christi of the Texas Branch of the
        American Society for Microbiology.

8.      Paque, R.E., D.C. Straus, C.J. Gauntt and T. Nealon.  1977.
        Assessment of cell-mediated immunity against isolated fractions of
        heart extracts from Coxsackie virus B3 infected mice.  Presented at
        the Fall meeting in Corpus Christi of the Texas Branch of the
        American Society for Microbiology.

9.      Straus, D.C., S.J. Mattingly and T.W. Milligan.  1977.  Effect of
        penicillin and streptomycin treatment on the elaboration of
        extracellular material by streptococci associated with subacute
        bacterial endocarditis.  Presented at the Fall meeting in Corpus
        Christi of the Texas Branch of the American Society for
        Microbiology.

10.     Straus, D.C., S.J. Mattingly and T.W. Milligan.  1978. Effect of
        antibiotics on protease production by a viridans streptococcus.
        Presented at the Spring meeting in Denton of the Texas Branch of
        the American Society for Microbiology.

11.     Doran, T.I., D.C. Straus and S.J. Mattingly.  1978.  Excretion of
        group and type specific antigens by group B streptococci.  Presented
        at the Spring meeting in Denton of the Texas Branch of the
        American Society for Microbiology.

12.     Mattingly, S.J., D.C. Straus and T.W. Milligan.  1978. Extracellular
        protease of the group B streptococci.  Presented at the Spring
        meeting Denton of the Texas Branch of the American Society for
        Microbiology.

13.     Rutstein, J., D.C. Straus and R. Pope.  1978.  Antibody to streptococcal mucopeptide in rheumatic diseases.  Presented at the Texas Rheumatism Association, 13 May 1978, in San Antonio.

14.     Doran, T.I., D.C. Straus and S.J. Mattingly.  1978.  The physiology of type-specific antigen production by type III group B streptococci. Presented at the Fall meeting in Houston of the Texas Branch of the American Society for Microbiology.

15.     Milligan, T.W., D.C. Straus and S.J. Mattingly.  1978. Purification of extracellular neuraminidase from a clinical isolate of type III group B streptococci.  Presented at the Fall meeting in Houston of the Texas Branch of the American Society for Microbiology.

16.     Klinger, J.D., D.C. Straus and J.A. Bass.  1978.  Effects of *Pseudomonas aeruginosa* toxins in tissue culture.  Presented at the Fall meeting in Houston of the Texas Branch of the American Society for Microbiology.

17.     Cash, H.A., D.C. Straus and J.A. Bass.  1978.  Studies on an animal model of chronic *Pseudomonas aeruginosa* lung infection. Presented at the Fall meeting in Houston of the Texas Branch of the American Society for Microbiology.

18.     Woods, D.E., D.C. Straus, W.G. Johanson, Jr. and J.A. Bass. 1978. Adherence of *Pseudomonas aeruginosa* to mammalian epithelial cell surfaces.  Presented at the Fall meeting in Houston of the Texas Branch of the American Society for Microbiology.

19.     Klinger, J.D., D.C. Straus and J.A. Bass.  1979.  Production of protease and exotoxin A by clinical isolates of  *Pseudomonas aeruginosa* from Cystic Fibrosis patients.   Presented at the Spring meeting in Galveston of the Texas Branch of the American Society for Microbiology.

20.     Doran, T.I., D.C. Straus and S.J. Mattingly. 1979. Purification and quantitation of cell-free and cell-extracted type antigen from group B streptococci.  Presented at the Spring meeting in Galveston of the Texas Branch of the American Society for Microbiology.

21.     Doran, T.I., D.C. Straus and S.J. Mattingly.  1979.  Studies on factors affecting soluble type III antigen production by group B streptococci.  Presented at the Spring meeting in Galveston of the Texas Branch of the American Society for Microbiology.

22.     Crowe, K., D.E. Woods, J.A. Bass, V. Young and D.C. Straus. 1979. Antibody response to *Pseudomonas aeruginosa* exoproducts in leukemic and solid tumor cancer patients.  Presented at the Spring meeting in Galveston of the Texas Branch of the American Society for Microbiology.

23.     Straus, D.C., S.J. Mattingly, T.W. Milligan and T.I. Doran. 1979.
        Protease production by Group B streptococci. Presented at the Fall
        meeting in Fort Worth of the Texas Branch of the American Society
        for Microbiology.

24.     Crowe, K.E., D.E. Woods, J.A. Bass, W.G. Johanson, Jr., and D.C.
        Straus. 1979. Toxic *Pseudomonas aeruginosa* exoproducts in the
        lungs of acute respiratory failure patients: Demonstration by
        immunofluorescence. Presented at the Fall meeting in Fort Worth of
        the Texas Branch of the American Society for Microbiology.

25.     Woods, D.E., D.C. Straus, W.G. Johanson, Jr. and J.A. Bass. 1979.
        Effect of protease on adherence of *Pseudomonas aeruginosa* to
        mammalian cells. Presented at the Fall meeting in Fort Worth of the
        Texas Branch of the American Society for Microbiology.

26.     Durham, D.L., T.I. Doran, S.J. Mattingly and D.C. Straus. 1979.
        Opsonophagocytic studies with type III group B streptococci.
        Presented at the Fall meeting in Fort Worth of the Texas Branch of
        the American Society for Microbiology.

27.     Doran, T.I., S.J. Mattingly and D.C. Straus. 1979. Release of
        nascent type-specific antigen from serotype III group B streptococci.
        Presented at the Fall meeting in Fort Worth of the Texas Branch of
        the American Society for Microbiology.

28.     Straus, D.C., S.J. Mattingly, T.W. Milligan and T.I. Doran. 1980.
        Partial characterization of group B streptococcal protease. Presented
        at the Spring meeting in Austin of the Texas Branch of the American
        Society for Microbiology.

29.     Durham, D.L., T.I. Doran, S.J. Mattingly and D.C. Straus. 1980.
        Variation in virulence of type III group B streptococcal strains.
        Presented at the Spring meeting in Austin of the Texas Branch of the
        American Society for Microbiology.

30.     Crowe, K., D.C. Straus, W.G. Johanson, Jr. and J.A. Bass. 1980.
        Lethality resulting from combinations of endotoxin and adenosine
        diphosphate-ribosylating toxins of *Pseudomonas aeruginosa*.
        Presented at the Spring meeting in Austin of Texas Branch of the
        American Society for Microbiology.

31.     Pierpont, A.A., S.J. Mattingly and D.C. Straus. 1980. Association of
        extracellular neuraminidase with type III isolates of group B
        streptococci from human bovine sources. Presented at the Spring
        meeting in Austin of the Texas Branch of the American Society for
        Microbiology.

32.	Eskew, E.K., D.C. Straus and S.J. Mattingly. 1980. Effect of antibiotics on the release of type III antigen from group B streptococci. Presented at the Spring meeting in Austin of the Texas Branch of the American Society for Microbiology.

33.	Domenico, P. and D.C. Straus. 1980. Protease production by a clinical isolate of *Klebsiella pneumoniae* type 1. Presented at the Fall meeting in El Paso of the Texas Branch of the American Society for Microbiology.

34.	Straus, D.C., K. Crowe, W.G. Johanson and J.A. Bass. 1980. Lethality resulting from combinations of *Pseudomonas aeruginosa* exotoxin A and endotoxin. Presented at the Fall meeting in El Paso of the Texas Branch of the American Society for Microbiology.

35.	Nealon, T.J., T.I. Doran, D.C. Straus and S.J. Mattingly. 1980. The release of teichoic acid by type III group B streptococci. Presented at the Fall meeting in El Paso of the Texas Branch of the American Society for Microbiology.

36.	Straus, D.C., M.K. Yeung, D.L. Durham and S.J. Mattingly. 1981. Lack of virulence of bovine type III *Streptococcus agalactiae* strains correlates with reduced in vitro production of extracellular type specific antigen. Presented at the Fall meeting in San Antonio for the Texas Branch of the American Society for Microbiology.

37.	Straus, D.C. 1982. Protease production by a viridans streptococcus associated with subacute bacterial endocarditis. Presented at the Fall meeting in Lubbock of the Texas Branch of the American Society for Microbiology.

38.	Portnoy-Duran, C., and D.C. Straus. 1982. Neuraminidase production by a viridans streptococcus associated with subacute bacterial endocarditis. Presented at the Fall meeting in Lubbock of the Texas Branch of the American Society for Microbiology.

39.	Domenico, P., and D.C. Straus. 1982. Characterization of the production of the extracellular capsular polysaccharides of *Klebsiella pneumoniae* and their relationship to virulence. Presented at the Fall meeting in Lubbock of the Texas Branch of the American Society for Microbiology.

40.	Straus, D.C., M.K. Lonon and C.W. Garner. 1988. The importance of extracellular antigens in *Pseudomonas cepacia* infections. Presented at the Spring meeting in Junction of the Texas Branch of the American Society for Microbiology.

41.	Lonon, M.K., and D.C. Straus. 1988. Purification and characterization of the extracellular lipase of *Pseudomonas cepacia.*

Presented at the Spring meeting in Junction of the Texas Branch of the American Society for Microbiology.

42. Lonon, M.K., and D.C. Straus. 1989. Characterization of an exolipase of *Pseudomonas cepacia* as a potential virulence factor in pulmonary disease. Miami University forum for Research and Scholarship, Miami University, Oxford Ohio. March 28-29.

43. Cooley, J.D., W.C. Wong, C.A. Jumper and D.C. Straus. 1997. An examination of the effects of *Penicillium* species products on the immune system of mice. Presented at the 1997 annual meeting of the Texas Thoracic Society, Austin, TX. April 11-12.

44. Straus, D.C., J.D. Cooley, W.C. Wong, and C.A. Jumper. 1998. The role of fungi in sick building syndrome. Presented at the 1998 annual meeting of the Texas Campus Safety Association, Lubbock, TX, February 10, 11.

45. Cooley, J.D., W.C. Wong, C.A. Jumper, and D.C. Straus. 1998. An IAQ Survey: A correlation between the prevalence of certain fungi and sick building syndrome. Presented at the 1998 annual meeting of the Texas Campus Safety Association, Lubbock, TX, February 10, 11.

46. Cooley, J.D., Wong, W.C., Jumper, C.A., and Straus, D.C. 1998. What are fungi, toadstools, and molds: A review of current research. Slide Presentation, Meeting, Texas Association of Superintendents and Administrators.

47. Cooley, J.D., Wong, W.C., Jumper, C.A., and Straus, D.C. 1999. Fungi and indoor air quality in school environments. Slide Presentation. 7th Annual Indoor Environment '99. Austin, TX.

48. Cooley, J.D., Wong, W.C., Jumper, C.A., and Straus, D.C. 1999. Acceptable indoor air quality. Slide Presentation. San Antonio Board of Realtors. San Antonio, TX.

49. Cooley, J.D., Wong, W.C., Jumper, C.A., and Straus, D.C. 1999. Acceptable indoor air quality. Slide presentation. Bi-Annual Meeting of Chapter VIII, ASHREA. Oklahoma City, OK.

50. Cooley, J.D., Wong, W.C., Jumper C.A., and Straus, D.C. 1999. Acceptable indoor air quality: A research review. Slide Presentation. Assured IAQ Conference. Lubbock, TX.

51. Cooley, J.D., Markham, N.L., Jumper, C.A., and Straus, D.C. 2000. Sick building syndrome and energy management – A scientific evaluation. Slide presentation. Edison Electric Institute, National Accounts Spring 2000 Workshop. New Orleans, LA.

52.     Cooley, J.D., Markham, N.L., Wong, W.C., and Straus, D.C. 2000. Introduction to environmental sampling. IAQ Technical Training Seminar, Level I. TTU Continuing Education Department. Lubbock, TX.

53.     Purdy, C.W., D.C. Straus, D. Parker, S. Wilson, W. Rice. 2002. Integrated management regimens that minimize the environmental impact of livestock manure. Emissions Workshop, February 20-21, 2002, Ames, Iowa.

54.     Brasel, T., D. Douglas, and D.C. Straus. 2002. Pursuing the existence of *Stachybotrys chartarum* mycotoxins in indoor air. TTUHSC Student Research Day, March 5, 2002, Lubbock, Texas.

55.     Brasel, T., D. Douglas, and D.C. Straus. 2002. Pursuing the existence of *Stachybotrys chartarum* mycotoxins in indoor air. Amer. Soc. Microbiology, Texas Branch, Junction, Texas. March 21-23, 2002.

56.     Karunasena, E., J.D. Cooley, D.R. Douglas, and D.C. Straus. 2003. Protein translation inhibition by *Stachybotrys chartarum* spores with and without the polysaccharide matrix containing mycotoxins. TTUHSC Student Research Day, 25 March 2003.

57.     Brasel, T., J. Martin, B. Fergusen, S.C. Wilson, and D.C. Straus. 2003. Detection of airborne macrocyclic trichothecenes from *Stachybotrys chartarum* in indoor environments using an enzyme-linked immunosorbent assay. TTUHSC Student Research Day, 25 March 2003.

58.     Layton, R.C., C.W. Purdy, J.R. Ayers, and D.C. Straus. 2003. Intratracheal infusion of common feed yard fungi in goats. TTUHSC Student Research Day, 25 March 2003.

59.     Fogle, M., and D.C. Straus. 2003. Effects of airborne fungi on indoor air quality. Amer. Soc. Microbiology, Texas Branch, 27 Mar-29 March, 2003.

60.     Brasel, T.L., J.M. Martin, M.D. Larranaga, S.C. Wilson, and D.C. Straus. 2004. Rapid detection of airborne macrocyclic trichothecene mycotoxins produced by *Stachybotrys chartarum* in the indoor environment using high volume liquid impaction. TTUHSC Student Research Day, 30 March 2004.

61.     Karunasena, E., J.S, Simoni, and D.C. Straus. 2004. Mechanisms of neurotoxicity induced by *Stachybotrys chartarum* trichothecene mycotoxins in an *in vitro* model. TTUHSC Student Research Day, 30 March 2004.

62.     Purdy, C.W., and D.C. Straus. 2004. Health concerns associated with airborne exposure to animal feeding operations contaminants. Presented at the Regional Science Workshop on Animal Feeding Operations –Science and Technology Support Needs, December 8, College Park, MD.

63.     Karunasena, E., J. Simoni , D.R. Douglas, and D.C. Straus. 2005. The mechanisms of neurotoxicity induced by trichothecene mycotoxins produced by *Stachybotrys chartarum* in an in vitro model. TTUHSC Student Research Day, 22 February 2005.

64.     Larranaga, M.G. Beruvides, H.W. Holder, S.C. Wilson, and D.C. Straus. 2004. A model for economic decision making in indoor air quality. Conference on Bioaerosols, Fungi, and Mycotoxins: Health Effects, Assessment, Prevention and Control. Albany, New York, October 14.

65.     Wilson, S.C., W.H. Holder, R.F. Johnson, L.A. Andriychuk, M.D. Larranaga, and D.C. Straus. 2004. Clearance protocols and the evaluation of an electronic nose for mold contaminated structures. Conference on Bioaerosols, Fungi, and Mycotoxins: Health Effects, Assessment, Prevention, and Control. Albany , New York, October 14.

66.     Layton, R.C., C.W. Purdy, and D.C. Straus. 2006. Catabolism of macrocyclic trichothecene mycotoxins in goats exposed to *Stachybotrys chartarum* conidia. TTUHSC Student Research Day, February 14, 2006.

67      Fogle, M.R., D.R. Douglas, and D.C. Straus.2006. Examination of growth and mycotoxin production by *Chaetomium globosum*. TTUHSC Student Research Day, February 14, 2006.

PAST FINANCIAL SUPPORT:

University of Texas at San Antonio Health Science Center grant, "Immunochemistry of *Pseudomonas aeruginosa* Exotoxins and Extracellular Enzymes and the Role of these Products in the Pathogenesis of Pseudomonal Infections." $4,000; 1976-77. (25% effort) Principal investigator.

American Heart Association, Texas Affiliate grant, "Streptococcal Survival and Bacterial Endocarditis." $7,447; 1976-77. (25% effort) Co-Principal investigator with S.J. Mattingly.

Cystic Fibrosis Foundation grant, "*Pseudomonas aeruginosa* Infection in Cystic Fibrosis." $21,125; July 1, 1977 to June 30, 1979. (25% effort) Principal investigator.