# EXHIBIT 9

November 15, 2011 (Revised March 5, 2012)

From: David C. Straus, Ph.D.
7605 Saratoga Ave.
Lubbock, Texas
79424

Brian Warwick
Varnell and Warwick, P.A.
20 La Grande Blvd.
The Villages, FL.
32159

Dear Mr. Warwick:

You have asked me to review the report by Realtime Laboratories, Inc. (RTL), LLC in Carrolton, Texas on the Brincku house. I have done as you have asked and my report appears below. I have never been to the below house.

You have asked me to review data on this house to determine if sulfur reducing bacteria (SRB) might be present in this house. I would now like to describe what SRB are and how they could be problematic if they are found in drywall in humid environments.

SRB are bacteria that obtain their energy (ATP) by oxidizing organic compounds or hydrogen ($H_2$) while reducing sulfates ($SO_4^{-2}$) to sulfides ($S^{-2}$; sulfide is an anion of sulfur in its lowest oxidation state of -2). In other words, they breathe sulfur instead of oxygen. For an example of this, look at the following equation by which SRB metabolize by reduction:

$$SO_4^{-2} - \rightarrow S^{-2} \rightarrow H_2S \text{ (hydrogen sulfide, a gas)}.$$

This is how SRB would produce $H_2S$ in a house. $H_2S$ is a known poison with adverse effects on the function of the eye, lung, skin, and brain [1]. $H_2S$ is known by its characteristic, very unpleasant, rotten egg odor. This production of $H_2S$ can occur in drywall under anaerobic conditions where there would be little or no oxygen. The absence of oxygen or the presence of very low levels of oxygen could be due to the presence of aerobic bacteria which use up the available oxygen as happens in the human body, or the driving of oxygen out of the drywall in the heating step during the

manufacturing process. In the home, the SRB can create problems when metal is exposed to sulfate containing water. The interaction of water and metal creates a layer of molecular $H_2$ on the metal surface. The SRB then oxidize the $H_2$ while creating $H_2S$, thus contributing to the observed corrosion in these houses. Now I will discuss the reports on the Brinku house.

**Brincku residence**
**18891 River Estates Lane**
**Alva, FL**
**33920**

RTL in Carrolton, Texas received the Brincku drywall samples on April 26, 2010. RTL tested the above samples for the presence of sulfur reducing bacteria (SRB) by the following four techniques: culture, corrosion testing, DNA testing for SRB by polymerase chain reaction (PCR) testing, and enzyme testing (SRB detection system) (RapidChek II). RTL is a Clinical Laboratory Improvement Amendments (CLIA) registered laboratory.

The culture analysis was done according to recommendations put forward by the American Petroleum institute (API) and is done as follows. Crushed drywall is added to the designated media and then the media is overlaid with 2 ml of sterile mineral oil. The tube is then incubated at 37 degrees C for up to 21 days. The presence of a black precipitate throughout the tube is interpreted as positive for SRB. Positive and negative controls are included and handled the same way to insure quality control.

In corrosion testing, three grams of the crushed gypsum powder is placed in a sterile biohazard bag with 0.5 ml of distilled purified water and a 3 inch piece of copper wiring placed in the bag as well. The bag is then sealed and incubated for 21 days at 37 degrees C. Results are interpreted as positive if there is a dark corrosion on the wire. Positive and negative controls are included to insure quality control.

For DNA testing for SRB by PCR testing, portions of the sample from the culture that was interpreted as positive for growth were then run using proprietary DNA probes from RTL. The entire procedure is described [1] in detail and is too long to be described here. Assays for organisms were run against domestic drywall samples. Positive and negative controls were run for each test. Tests were initially conducted on domestic drywall to determine which organism(s) was (were) present. Tests were initially conducted on domestic drywall to determine which organism was predominant.

For enzyme testing, RTL used the RapidChek II SRB enzyme test which is the gold standard used in environmental testing procedures when looking at contaminated petroleum. This test uses purified antibodies to detect the presence of the enzyme adenosine -5'-phosphosulfonate (APS) reductase, which is found in all SRB strains [U.S. patent No. 4,999,286 owned by Strategic Diagnostics, Inc.]. The RapidChek II SRB test detection system applies an immunoassay technology to detect SRB. The antibodies used are attached to small particles that selectively capture the APS reductase. Details on how to perform this assay can be found in the Strategic Diagnostics, Inc. brochure [2].

Results of drywall testing in the Brincku residence by RTL

| Specimen | Culture | APS Enzyme | Lab Corrosion | RTL DNA |
| --- | --- | --- | --- | --- |
| Control (From MIT) | - | - | - | - |
| Unknown area | + | + | + | +* |
| Unknown area | + | + | + | +* |
| Unknown area | + | + | + | +** |
| Control From Home Depot (Dallas, TX) | - | - | - | - |

+ = Positive; - = Negative

*DNA results = Positive for *Sulfobacillus thermosulfidooxidans* (ST) only
**DNA results = Positive for ST and *Thiobacillus thiooxidans* (TT)

These data support the theory of the presence of SRB and sulfur oxidizing bacteria (SOB) on the drywall in the Brincku residence. ST and TT are SOB. The positive APS enzyme results are supportive of the presence of SRB in the Brincku drywall.

These findings are significant because recently drywall from various sources has been reported to release sulfur containing compounds which could be corrosive to various metals. This has been reported to result in unpleasant odors and could possibly represent

a significant health risk [3]. We have recently published a paper describing the methods used here to isolate SRB found in drywall [1]. There is sufficient evidence to indicate that there are bacteria that can reduce sulfur and iron in contaminated drywall. Some of those organisms were found in the drywall taken from the Brincku home. In addition, it has recently been shown that some SRB from sea waters are capable of spore formation [4]. These spores have been shown to survive temperatures of 131 degrees C ( 267.8 degrees F), indicating that those individuals involved in the manufacturing process of drywall must take additional steps to kill the bacteria rather than simply relying on the manufacturing temperatures to kill all bacteria present.

The finding of ST and TT in the drywall of this home is highly significant because these organisms are known to convert sulfides to sulfuric acid (5, 6, and 7). This finding is of great significance because extensive corrosion of copper components is one of the findings in this home and said corrosion would be consistent with exposure to sulfuric acid.

ST which was the primary SOB found in this home has been shown to convert $H_2S$ to sulfate (8). A quotation from that paper (8) reads ... "The moderately thermophilic *S. thermosulfidooxidans* strain 41 was capable of actively oxidizing the sulfide sulfur of concentrate to sulfate ($SO_4^{-2}$) ". A personal communication from Dr. D.E. Rawlings (who is one of the world's experts on SOB) states "ST can oxidize sulfides to sulfates. If the sulfur source is hydrogen sulfide ($H_2S$), the sulfur will be in the form of sulfuric acid (which is dihydrogen sulfate or $H_2SO_4$) "(9). This is very relevant because the defense expert report from Dr. John F. McCarthy (December 22, 2011) states that "These test results offer clear evidence that the air in the Brincku house is impacted by elevated levels of hydrogen sulfide present in the water supplying the house".

I did not have access to Dr. McCarthy's report when I issued my initial report in this matter. Therefore, I did not realize that there was much more $H_2S$ in this house than I could have reasonably anticipated. The fact that ST found in this home has the ability to convert the $H_2S$ from the water (as described by Dr. McCarthy) to sulfuric acid explains the cause of the corrosion (blackening of copper components) observed in this house. Sulfuric acid is one of the most corrosive substances known (10). Thus the finding of ST and other SOB in the National Gypsum drywall offers a reliable scientific explanation for the presence of the corrosion of the copper components found in this home.

All of my opinions have been expressed to a reasonable degree of scientific certainty. I would be happy to answer any questions regarding this report.

Sincerely, David C. Straus

David C. Straus, Ph.D.

Professor of Microbiology and Immunology

**Literature Cited**

1). Hooper, D.G., J. Shane, D.C. Straus, K.H. Kilburn, V. Bolton, J.S. Sutton, and F. T. Guilford. 2010. Isolation of sulfur reducing and oxidizing bacteria found in contaminated drywall. Int. J. Mol. Sci. **11**:647-655.

2). Strategic Diagnostics, Inc. brochure describing RapidChek II, SRB Detection System, Part number SD50950 (10 test), Part Number SD50951 (100 test), March 30, 2005.

3). Halford, B. Wallboard woes. Odors and corrosion raise concern over drywall imported from China. 2009. Science and Technology **87:** (# 18), pgs 50-51.

4). Rosnes, J.T., T.Torsvik, and T. Lien. 1991. Spore-forming thermophilic sulfur-reducing bacteria isolated from North Sea oil field waters. Appl. Environ. Microbiol. **57**: 2302-2307.

5).Das, T., S. Ayyappan, and G.R. Chaudhury. 1999. Factors affecting bioleaching kinetics of sulfide ores using acidophilic micro-organisms. Biometals **12**: 1-8.

6). Yamanaka, T., I.Aso, S. Togashi, M. Tanigawa, K. Shoji, T. Watanabe, N. Watanabe, K. Maki, and H. Suzuki. 2002. Corrosion by bacteria of concrete in sewerage systems and inhibitory effects of formats on their growth. Water Research **36** : 2636-2642.

7). Rawlings, D.E. Characteristics and adaptability of iron- and sulfur- oxidizing microorganisms used for recovery of metals from minerals and their concentrates. 2005. Microbial Cell Factories 4:1-12.

8).Egorova, M.A., I.A. Tsaplina, L.M. Zakharchuk, T.I. Bogdanova, and E.N. Krasil'nikova. 2004. Applied Biochemistry and Microbiology **40**:381-387.

9). Rawlings, D.E. 2012. Personal communication.

10). Material Safety Data Sheet – Sulfuric Acid. ACC# 22350 Pages 1-7.