# EXHIBIT 11

1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FT. MYERS DIVISION

------------------------------x
GEORGE BRINCKU, BRENDA
BRINCKU,

       Plaintiffs,

          VS.                 CIVIL ACTION NO.
                              2:11-CV-00338-JES-DNF

NATIONAL GYPSUM COMPANY,
a Delaware Corporation,

       Defendants.
------------------------------x
CHRIS BRUCKER, et al.,

       Plaintiffs,

          VS.                 CIVIL ACTION NO.
                              2:10-CV-405-FTM-20SPC

LOWES HOME CENTERS, INC.,
et al.,

       Defendants.
------------------------------x


   VIDEOTAPED DEPOSITION OF THEODORE MYATT
      Philadelphia, Pennsylvania
     Wednesday, February 22, 2012
           9:06 a.m.




Reported By:
Jennifer Ocampo-Guzman, CRR, CLR
Job No: 23821

```
                                        14
                Myatt
 1
 2      I like to use -- but not, but not
 3      metabolically active.
 4           Q.  And if it is viable, it can also
 5      be -- and maybe that's a better term to use,
 6      viable rather than living, because it makes
 7      sense; but viable would not include dead
 8      cells that cannot regenerate, correct?
 9           A.  Correct.
10           Q.  So if we use the term "viable," and
11      then "metabolizing," what would that term
12      mean to you?
13           A.  Metabolizing means to me that it's
14      in appropriate conditions for that specific
15      species to germinate and grow and proliferate
16      and be metabolically active, so it's
17      releasing byproducts and multiplying.
18           Q.  That was my next question.  If it's
19      metabolizing, does it also necessarily mean
20      that it is multiplying?
21           A.  Yes.
22           Q.  So if I understand you correctly,
23      it's your position that bacteria that are
24      metabolizing are also necessarily growing;
25      would that be fair to say?
```

```
                                        15
                Myatt
 1
 2           A.  Correct.
 3           Q.  So you can't have a bacteria that's
 4      growing but not metabolizing, just to be
 5      clear?
 6           A.  That's my understanding, yeah.
 7           Q.  Are you familiar with the term
 8      sulfate-reducing bacteria?
 9           A.  Yes.
10           Q.  And are sulfate-reducing bacteria
11      generally spore-forming bacteria?
12              MR. AYALA:  Objection.
13              Go ahead.
14           A.  I think it's a very broad class.
15      Some are and some aren't.
16           Q.  Can sulfate-reducing bacteria
17      produce hydrogen sulfide?
18           A.  Yes.
19           Q.  Okay.  How?
20           A.  They are using sulfate as a
21      terminal electron acceptor, so they're
22      basically removing the oxygen from sulfate
23      and transferring it; and as part of that
24      process, they generate hydrogen sulfide.
25           Q.  When you say "removing," is that
```

```
                                        16
                Myatt
 1
 2      the metabolism process?
 3           A.  Yes, I mean that's the process that
 4      they create energy.
 5           Q.  Okay.  Right, okay.
 6              And that's the same process, so if
 7      I were to use the term today, they metabolize
 8      sulfate to produce hydrogen sulfide, would
 9      that be accurate?
10           A.  Yeah, that's reasonably accurate.
11           Q.  Are you familiar with the term
12      sulfur-reducing -- sulfur-oxidizing bacteria?
13           A.  Yes.
14           Q.  And what are the general
15      characteristics of sulfur-oxidizing bacteria?
16           A.  Sulfur-oxidizing bacteria are
17      bacteria that are typically oxidizing, either
18      sulfur, reduce sulfur compounds or iron, as
19      part of their metabolism and as part of their
20      respiration.
21           Q.  And if it's able to oxidize iron,
22      what does it oxidize it to?
23              MR. AYALA:  Just objection to the
24      form, to the term "it."
25              MR. WARWICK:  Just to be clear.
```

```
                                        17
                Myatt
 1
 2           Q.  Sulfur-oxidizing bacteria
 3      generally.
 4           A.  I mean it just reduce -- or it's
 5      oxidizing sulfur to a different state, so Fe3
 6      to Fe2.
 7           Q.  So ferrous iron to ferric?
 8           A.  Yes, correct.
 9           Q.  And if it was to reduce, it being,
10      if sulfur-oxidizing bacteria were to reduce
11      the sulfur compound, hydrogen sulfide --
12           A.  Oxidize.
13           Q.  I'm sorry.  You're right.
14              -- oxidize hydrogen sulfide, what
15      would it oxidize it to?
16           A.  It's likely to be oxidizing it to
17      sulfuric acid.
18           Q.  That's also known as H2SO4?
19           A.  Yes.
20           Q.  Are you also familiar with the term
21      sulfur-reducing bacteria?
22           A.  Yes.
23           Q.  What do you understand the
24      distinction to be between sulfur-reducing
25      bacteria and sulfate-reducing bacteria?
```


Page 18

Myatt

A. Sulfur-reducing bacteria use, or can use, elemental sulfur as -- sort of reducing elemental sulfur as opposed to reducing sulfate. Some of those organisms can also reduce sulfate; it just depends.

Q. And when you say "elemental sulfur," that's also known as S8?

A. I believe so, yeah.

Q. In the Realtime Labs initial study, and then again in their report, they talk about five different strains of bacteria.

Do you recall that?

A. Yes.

Q. And do you recall that one of the strains is Thiobacillus ferrooxidans?

A. Yes.

Q. Do you classify Thiobacillus ferrooxidans as a sulfate-reducing bacteria or sulfur-oxidizing bacteria, or something else?

A. It's typically an iron and sulfur-oxidizing bacteria.

Q. And when you say it's typically that, is there some circumstances when it's

Page 19

Myatt

something else?

A. Yes, I've seen -- I've seen studies that have shown, under very specific conditions, that it can also reduce sulfate, or reduce -- sorry, correct that -- reduce, can reduce reduced sulfur compounds like, I believe tetrathionate, I believe, is one of those from those papers.

I don't know if it's been shown to be able to reduce, and I think it's correct, it hasn't been shown to reduce sulfate but these other reduced forms of sulfur.

But in those conditions, it's -- it's believed those conditions it was grown anaerobically, and it was at a very low pH.

Q. As far as, is it possible for Thiobacillus ferrooxidans, through the oxidation process, to produce H2S?

MR. AYALA: Objection, form.
Objection to form.

A. Not through the oxidation process.

Q. Is there any other way, biologically, it can create H2S?

A. I believe that's what that

Page 20

Myatt

paper showed, under those very specific conditions.

Q. And that's the paper you referenced tetrathionate?

A. I believe so, yeah.

Q. Is that the same paper that referenced something about gold?

A. I recall a paper with gold in the title.

Q. That's not the same one. That's what I was wondering.

A. I mean I could look at the report here and see what the title of that one particular one was.

Q. That's okay. I was just...

And is the Thiobacillus ferrooxidans able to oxidize, actually able to oxidize hydrogen sulfide?

MR. AYALA: Objection to form.

A. No, I don't believe so.

Q. So when you say it's a -- it can oxidize sulfur compounds, it can't oxidize hydrogen sulfide?

A. I believe that's the case. I don't

Page 21

Myatt

recall exactly. It can oxidize, reduce sulfur compounds, but I'm not sure if it specifically can oxidize hydrogen sulfide.

Q. Okay. So typically isn't hydrogen sulfide a reduced sulfur compound?

A. Yes, yeah, but that doesn't mean that every organism can utilize those substrates.

Q. Do you recall a paper or, in your report, is there a situation that says, here is a paper that says specifically, they tested it and Thiobacillus ferrooxidans cannot oxidize hydrogen sulfide?

A. I would have to go back and look. I'm not positive.

Q. You can't recall.

Would reviewing the report assist you in that or?

A. Yeah, I think that I saw it can reduce tetrathionate, but cannot reduce -- I haven't seen any reference to reducing hydrogen sulfide.

Q. But there's a distinction -- and that's what I am trying to get to -- between

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 (212)705-8585

Page 22

Myatt

not seeing a paper that said it could and seeing paper that says specifically it cannot.

A. Yeah, I haven't seen a paper that says it cannot, as far as I know.

Q. Thiobacillus ferrooxidans, what type of environment does that bacteria typically grow in?

A. It's aerobic -- aerobic and acidophile, so it likes very low pHs.

Q. And what about temperature?

A. I would have to look and see. I think it's a thermophile as well, so it likes elevated temperatures, if I recall correctly.

Q. Okay. Now, in the -- Okay.

Let's go to the next bacteria that was listed.

Do you recall the bacteria Leptospirillum ferroxidans?

A. Yes.

Q. And do you classify that bacteria as a sulfate-reducing bacteria or sulfur-oxidizing bacteria?

A. Oxidizing.

Page 23

Myatt

Q. And how do you know that?

A. From papers I've read or references I've looked at.

Q. Okay. Sometimes you can tell by the name?

A. That one was --

Q. I didn't know if that was one of them that you could tell.

A. That one is not as easy to identify.

Q. Right, okay.

Like, for example, Thiobacillus ferrooxidans, the name kind of tells you --

A. Yeah, tells its story.

Q. The Leptospirillum ferrooxidans, it can -- you said it's a sulfur-oxidizing bacteria.

Is it also known as an iron-oxidizing bacteria?

A. Yeah, sulfur and iron oxidizing.

Q. And, again, this particular bacteria, does it -- is it capable of oxidizing hydrogen sulfide?

A. I don't know that for sure.

Page 24

Myatt

Q. One way or another or just...

A. I don't particularly know one way or the other.

Q. Could it potentially oxidize, because -- let me ask it this way: Is Leptospirillum ferrooxidans, because it's classified as a sulfur-oxidizing bacteria, would you expect it to be able to oxidize sulfur compounds?

MR. AYALA: Objection to form.

A. I mean it can oxidize reduced sulfur compounds, but each organism has unique sets of materials that it can grow on. So I'm not -- I don't know if I've seen anything specifically that says it can grow on hydrogen sulfide, or it can oxidize hydrogen sulfide.

Q. And in the same regard, you haven't seen a paper that says it cannot oxidize hydrogen sulfide, specifically?

A. Not that I recall.

Q. And the environment for Leptospirillum ferrooxidans, what would that be like?

Page 25

Myatt

A. Also acidophile, so enjoys the low pHs.

Q. Okay. Is it aerobic or anaerobic?

A. Aerobic, I believe.

Q. And what about the temperature?

A. I don't recall specifically.

Q. The next category of bacteria that was identified, or, I'm sorry, the next bacteria that was identified is called Thiobacillus caldus.

Do you recall that one?

A. Yeah.

Q. And is that bacteria a sulfate-reducing bacteria or sulfur-oxidizing bacteria?

A. Oxidizing.

Q. And does it also oxidize iron?

A. I believe so, yeah.

Q. And as a sulfur-oxidizing bacteria, do you know whether it can, this material, Thiobacillus caldus, can oxidize hydrogen sulfide?

A. I don't know that for sure.

Q. And just again, for clarification,

26

Myatt

you don't know whether it can or cannot or either way?
A. I haven't seen anything that says it can or it cannot.
Q. Or it cannot, okay.
Have you seen things that said that it can oxidize iron?
A. I believe so, yes.
Q. And have you seen anything that would -- again, what would it oxidize the iron to?
A. Ferrous to ferric.
Q. And once the iron is in the ferric state, could it be further reduced to hydrogen sulfide --
MR. AYALA: Objection.
Q. -- to create hydrogen sulfide?
A. I don't know for sure.
Q. Do you use the iron as the electron acceptor?
MR. AYALA: Objection.
A. I couldn't tell you. I'm not sure.
Q. And what type of environment does Thiobacillus caldus prefer?

27

Myatt

A. Also an acidophile.
Q. Is it aerobic?
A. Yes.
Q. And what about the temperature?
A. I don't know for sure.
Q. Okay. The next bacteria that was identified is called Thiobacillus thiooxidans.
Do you recall that?
A. Yes.
Q. And do you recall if that specific bacteria is a sulfate-reducing bacteria or iron- and sulfur-oxidizing bacteria?
A. Iron- and sulfur-oxidizing.
Q. And as a sulfur- and iron-oxidizing bacteria, do you know whether it, being Thiobacillus thiooxidans, has the ability to oxidize hydrogen sulfide?
A. I don't know that.
Q. Just for clarification, you don't know one way or another?
A. Yes.
Q. And what type of environment is Thiobacillus thiooxidans?

28

Myatt

A. Also acidophile, also aerobic. I'm not sure about the temperature.
Q. The final category of bacteria that was identified by Dr. Hooper and Dr. Straus was Sulfobacillus thermosulfidooxidans.
Do you recall that?
A. Yes.
Q. And do you categorize that bacteria as a sulfate-reducing bacteria or iron- and sulfur-oxidizing bacteria?
A. Iron- and sulfur-oxidizing.
Q. And as an iron- and sulfur-oxidizing bacteria, can you tell me whether or not Sulfobacillus thermosulfidooxidans has the ability to oxidize hydrogen sulfide?
A. I don't know that. I haven't seen anything that says it can.
Q. Can?
A. Yeah.
Q. Have you seen anything that says it cannot?
A. No.
Q. And what type of environment does

29

Myatt

Sulfobacillus thermosulfidooxidans prefer?
A. Acidophile, so very low pH; elevated temperature, as the name suggests; and aerobic environment.
Q. Do you know whether Sulfobacillus thermosulfidooxidans is considered to be a facultative anaerobic?
A. Facultative anaerobic? I don't believe so.
Q. How about a facultative aerobic?
A. I mean they're sort of synonymous. They both imply that they could go either direction.
Q. Right.
A. It's my understanding that it's aerobic.
Q. I think that went back to the earlier question about, do you know whether Sulfobacillus thermosulfidooxidans has the ability to use iron as an electron acceptor?
MR. AYALA: Objection.
A. As an electron acceptor. I think so.
Q. And in that situation, if it gets

**Page 122**

Myatt

A. The -- I mean it would collect some of the culture media that looks like there is growth.

Q. Right. How would you collect it? Would you collect it with a syringe?

A. Typically a Pipette, if you know what those are.

Q. I think I know what those are.

A. A little, they have a little tip that you can suck up a certain amount of culture material.

Q. Like a real tiny turkey baster?

A. Yeah.

Q. Theoretically?

A. Theoretically.

Q. When you do that, do you take the pipette and shove it way in the bottom of the glass, or do you generally take it from the top, so that you are able to withdraw just the culture media and not anything that may have fallen to the bottom of the tube?

MR. AYALA: Objection, lack of foundation.

**Page 123**

Myatt

Q. If you know?

A. I don't know that, specifically.

I mean I would assume you would go for the detection of what looks like bacterial growth.

Q. So you would agree that you're attempting to actually withdraw the bacterial growth, rather than the substance that was in the vial to begin with?

A. That would be the intent, yeah.

Q. Or the media, I should say.

If you're testing the -- well, first of all, have you yourself, are you experienced in testing the polymerase chain reaction methods?

A. I have used that in the past, yes.

Q. Have you yourself ever created or -- I don't know the right word -- identified an assay for a particular bacterium to be -- I'm looking for, you know, when you decode the DNA.

A. Identify the specific primer sequence to use --

Q. Exactly.

**Page 124**

Myatt

A. -- for -- yeah, I have limited experience in that, but I have with viruses, so I have some experience with that.

Q. So did you, in that virus situation, were you able to actually create a DNA -- what was the term you used, a DNA protocol?

A. Primer.

Q. Primer?

-- a DNA primer for, that could be, that could identify, it could be used to identify bacteria growing within a culture?

A. Not specifically, no.

I mean since it was virology, it was not culture. I mean we were collecting -- we were looking specifically if we could identify a specific virus. So you wouldn't do the culture side of things.

Q. So you just took the --

A. We collected samples and did similar extractions to what they talked about, where they tried to extract the DNA out of the sample. And then they, you know, mix that, the extraction media, what you hope

**Page 125**

Myatt

is the DNA of your organism, plus, you know, whatever else is out there and mix that with the primers, to start the PCR reaction.

Q. Right.

When you did that process, how were you able to ensure that the DNA that you did find was metabolically active DNA and not some dead cells that just happened to be in the environment that you were testing from?

MR. AYALA: Objection to form.

A. You can't. That's a limitation of PCR in general.

Q. Right. And so all PCR testing has that limitation, whether it's done by the plaintiffs, the defendants, the USGS or anybody else, right?

A. Correct.

Q. And how often, in your experience, is PCR testing utilized in the bacteria field in general?

MR. AYALA: Objection to form.

A. I mean I think it's used a lot. I mean I think the key is that PCR is one technique, and then you can utilize other

**Page 126**

Myatt

techniques like epifluorescent to get at this issue of was there any active growth in that particular environment.

Q. Right, okay, it's just one piece of the puzzle.

The next page of your report, page 5, states, "some species of SRB produce spores that are able to withstand hostile environmental conditions, and when confronted with unfavorable environments, the spores become dormant."

I think we talked this morning generally, when I went through this five different strains of bacteria that were under examination by Realtime Labs, you mentioned that the Thiobacillus ferrooxidans was not a spore based --

A. Spore former.

Q. Yes, spore former?

A. I believe so, yes.

Q. And you didn't know, with respect to the Leptospirillum ferrooxidans?

A. Correct.

Q. And that the Thiobacillus caldus

**Page 127**

Myatt

was not a spore former?

A. Correct.

Q. And the Thiobacillus thiooxidans was not a spore former?

A. Correct.

Q. But you thought that the Sulfobacillus thermosulfidooxidans did produce spores?

A. Yes, I believe I have seen some studies that --

Q. So this statement herein that some species of SRB produce spores that are able to withstand hostile environmental conditions would also apply to some species of sulfur-oxidizing bacteria as well?

A. Correct.

Q. Okay. When I asked you this morning about the characteristics of those five specific bacteria -- and I'm going to, just for the ease of the deposition today, when I say -- I'm going to call them the five Realtime Labs bacteria. And so if you want me to clarify, I will clarify more; but just generally, so we don't have to keep saying

**Page 128**

Myatt

the darn things over and over again. I've said them enough.

Several of the five bacteria, you stated that you didn't have a specific knowledge or understanding with regard to their temperature viability; is that fair to say?

A. Yeah, I think so. Yeah.

Q. And so the next sentence in your report states, "The degree to which SRB can withstanding extreme conditions such as elevated temperatures for long periods of time varied dramatically among individual species and can be dependent upon a number of environmental factors."

Would that sentence as well apply to sulfur-oxidizing bacteria?

MR. AYALA: Just let me note an objection to any and all questions about sulfur-oxidizing bacteria, since they're beyond the scope of the complaint.

Q. Let me narrow that to say, if you could just break your answer up or limit it to the five bacteria that are identified by

**Page 129**

Myatt

Realtime Labs, all five of which are sulfur-oxidizing bacteria.

A. Yeah, I mean I think -- so some sulfur-oxidizing bacteria can, you know, live in extreme environments and that extreme environments could be elevated temperature, acidic environments, et cetera.

So, you know, those -- those acidophiles like the SOBs are -- they can, you know, potentially find a home in those sort of extreme conditions of elevated temperature or, you know, very acidic environments. So that's where, you know, they might actually be best suited. Like Sulfobacillus thermoferrooxidans, you know, that optimal temperature for that organism is 50 C, so it's, it enjoys the hot temperature, you know, that's where it has its niche.

MR. AYALA: Sulfobacillus --

THE WITNESS: Sulfobacillus thermoferrooxidans, right?

MR. AYALA: Sulfobacillus thermosulfidooxidans.

THE WITNESS: Thermosulfidooxidans,

## Page 134

```
 1           Myatt
 2   that's got water and dissolves sulfate -- you
 3   know, reside is probably not the best term --
 4   those are the sort of environments that SRBs
 5   will proliferate to and grow.
 6           MR. WARWICK: Let's mark this.
 7           (Exhibit 4, Document
 8       entitled, "Succession of
 9       Sulfur-Oxidizing Bacteria in the
10       Microbial Community on Corroding
11       Concrete in Sewer Systems," marked for
12       identification, this date.)
13       Q.  Have you seen, first of all, do you
14   recognize that document that's just been
15   marked Plaintiffs' Myatt Exhibit 4?
16       A.  4?
17       Q.  4.
18       A.  Yeah, I believe it was one of the
19   documents that Straus provided at his
20   deposition.
21       Q.  Okay. So you at least had a chance
22   to glance through that previously.
23           I would like to turn your attention
24   to the second page of the document, the first
25   paragraph about three lines down, the
```

## Page 135

```
 1           Myatt
 2   sentence starts "In sewer systems..."
 3       A.  Uh-huh.
 4       Q.  Do you see that paragraph?
 5           MR. AYALA: Sorry to interrupt. I
 6       object to the use of this document as
 7       well, because it was not disclosed in
 8       any of plaintiffs' timely produced
 9       reports, in violation of Rule 26 and the
10       court's orders.
11           MR. WARWICK: We will -- I'm just
12       going to read this paragraph so we can
13       talk about it, so that I don't misstate
14       the science.
15       Q.  So you just mentioned in your
16   report that, you know, you understood
17   something about that sewer systems were
18   involved --
19       A.  Uh-huh.
20       Q.  -- you know, the adjusting of the
21   pH. So I was wondering if this was the paper
22   that you were referring to.
23       A.  Not particularly. I was talking
24   more about wastewater treatment plants
25   that -- and engineered systems.
```

## Page 136

```
 1           Myatt
 2       I guess the other thing I didn't
 3   mention was, I would include, say, like
 4   landfills into that sort of discussion as
 5   well.
 6       Q.  Okay.
 7       A.  Regardless.
 8       Q.  I'm going to go ahead.
 9       A.  Yes.
10       Q.  So this document states, "In sewer
11   systems and wastewater treatment facilities
12   where high concentrations of hydrogen
13   sulfide, moisture, and oxygen are present in
14   the atmosphere, and deterioration of concrete
15   is caused mainly by biogenic acid (i.e.,
16   sulfuric acid) and is known as
17   microbially-induced concrete corrosion
18   (MICC). The biogenic acid is generated by
19   various microbial species and complex
20   mechanisms. The general mechanism for this
21   sulfuric-acid-caused corrosion of the sewer
22   systems has been described in the literature.
23   In the first step, hydrogen sulfide is
24   produced by sulfate-reducing bacteria under
25   anaerobic conditions in sewer pipes. This
```

## Page 137

```
 1           Myatt
 2   hydrogen sulfide enters the sewer atmosphere
 3   by volatilization and dissolves in the
 4   condensate on the secure crown. Finally,
 5   sulfur-oxidizing bacteria oxidize the
 6   dissolved H2S and other sulfuric compounds,
 7   (e.g., S2O3 and SO) to sulfuric acid, which
 8   corrodes the concrete."
 9           Did I read that accurately?
10       A.  Correct, yep.
11       Q.  Do you agree with that?
12           MR. AYALA: And just let me --
13       objection. Go ahead.
14       A.  I mean as far as I know. I mean I
15   haven't had a chance to really review this
16   study and, you know, kind of systematically
17   looked at, you know, for example, where it
18   mentions general mechanisms of
19   sulfuric-acid-caused corrosion of sewer
20   systems have been described in the literature
21   and lists two references, you know, I
22   typically like to look at those papers as
23   well and -- if I thought they were relevant,
24   but.
25       Q.  Certainly. And this paragraph does
```

138

Myatt
basically just talk about a general methodology?
A. Yeah.
Q. Would you agree with the general methodology stated there?
A. I believe so, yeah.
Q. If you would then go to the end of the document, which is -- at the top, if you look at the right-hand corner it says, "Page 6 of 15."
A. Got it.
Q. I shouldn't have said the end, if it's only halfway through. But that section underneath the heading there, "Results"?
A. Got it.
Q. There's a box, and then the first sentence after the box states, "The initial pH of new concrete surface was about 12 and gradually decreased to 8.2 within the initial 56 days. Thereafter the pH decreased further to about 1.6 by day 102 and remained in this range."
I realize you haven't had this paper for very long, but do you have any

139

Myatt
reason to disagree with the findings that were read in that, in that sentence?
MR. AYALA: Objection.
Go ahead.
A. Not particularly, no.
Q. So if we go back to your report where it talks about how sulfur-reducing bacteria can, you know, withstand extreme situations, would you agree that sulfur-oxidizing bacteria, based on the paper we just discussed as Exhibit 4, can also manipulate their environment so that it could adjust the pH to a level where it, you know, it basically likes, you know, to grow and proliferate?
MR. AYALA: Objection.
A. I mean if -- if the implication is that if Sulfobacillus can lower the pH of the drywall in a home, because it's generating hydrogen sulfide -- sorry, sulfuric acid, it just seems to be not very realistic. I don't really, you know, to me that's sort of a theory that was thrown out there, and if you, if you think about it, and you say, well, now

140

Myatt
it's got a pH of 1.6, it's corroding concrete, so wouldn't you think that that would also corrode the drywall that it's on, presumably? I mean it seems like it's -- I just don't find it very believable in a home environment.
Q. But wouldn't the level of corrosion also be affected by the amount of available water in a sewer?
A. Yeah, I mean essentially you wouldn't have corrosion without water. You have a lot of water in a sewer and a lot of biological material for these organisms to grow on, and you don't really have any of that in a home environment.
Q. Let's talk about that.
So some of the studies that were done by National Gypsum's expert in this case found that the water in these homes was producing, according to them, off-gassing hydrogen sulfide into the home, correct?
A. I think -- so the Columbia Analytical results -- wait, we're talking about the water? We're talking about the

141

Myatt
showers?
Q. Yeah, the shower tests that showed that, you know, some of the results showed high level of hydrogen sulfide being released into the home.
MR. AYALA: Just objection to the form.
A. I mean so that gives, that potentially would give an organism hydrogen sulfide to -- to oxidize, but there's still, you are missing so many other pieces, the water, the pH, the fact that Sulfobacillus thermosulfidooxidans we don't even know for sure can use hydrogen sulfide.
So I mean it seems like there is big gaps in that, in that, to link hydrogen sulfide and water to anything to do --
Q. Let's go back to the paper here. On page, the second page of the paper --
MR. AYALA: The sewer paper?
MR. WARWICK: The sewer paper.
Q. Because, you know, it talks about the fact that, you know, in that paragraph that we read earlier, where it says,

36 (Pages 138 to 141)

142

1   Myatt
2   "Hydrogen sulfide enters the sewer atmosphere
3   by volatilization and dissolves in the
4   condensate on the sewer crown. Finally,
5   sulfur-oxidizing bacteria oxidize the
6   dissolved H2S and other sulfur compounds to
7   sulfuric acid, which corrodes the concrete."
8       So the amount of available water
9   that's present in a sewer, you know, because
10  we're not talking about the -- the
11  sulfur-oxidizing bacteria in this example are
12  not present in the liquid, correct?
13      MR. AYALA: Objection.
14   Q. Is that the way you understand it?
15      MR. AYALA: Objection, lack of
16  foundation.
17   A. In the liquid here?
18   Q. Yes, the sulfur-oxidizing bacteria
19  are present in the sections of the pipe that
20  are full of air, but not -- you know, the
21  pipe is not completely full of liquid.
22   A. It's awfully wet. They're talking
23  about the condensate on the sewer crown. So
24  this at least has a mechanism to get the H2S
25  into the water to make it potentially oxidize

143

1   Myatt
2   by SOBs, which, looking at this paper, I
3   don't see Sulfobacillus listed as one of
4   these species, one of the SOBs that are part
5   of this process.
6    Q. But if you go back with me to the
7   idea you had before, which is, you said it's
8   highly unlikely that -- so if you had the
9   shower and it's on, and it's producing steam
10  in the shower, and the hydrogen sulfide is
11  coming out of the shower, if the
12  Sulfobacillus thermosulfidooxidans were
13  present in the drywall and therefore had
14  access to the hydrogen sulfide,
15  theoretically, that bacteria could produce
16  sulfuric acid.
17      MR. AYALA: Objection, calls for
18   speculation, lack of foundation.
19   A. I think there is still some missing
20  pieces, because there is -- you know, you're
21  talking about condensing, presumably talking
22  about condensing water on surfaces that have
23  hydrogen sulfide in it, but to me that would
24  probably be, you know, you know, if you're
25  having water condense on your surfaces after

144

1   Myatt
2   you take a shower in some other part of the
3   room, that doesn't seem very realistic to me.
4       I mean I guess the question to me
5   is, if that is the theory, which it seems
6   like it's a theory, then I would love to have
7   a chance to analyze some actual document that
8   kind of fully lays out that theory, because I
9   don't think that's, to me, that really hasn't
10  been done. It seems like there's been some
11  discussion about it in the depositions, but
12  that's it.
13   Q. And I understand you may have
14  issues about the reports that have been
15  issued so far, but my question to you still
16  stands: Theoretically, if the bacteria were
17  growing in the drywall and had access to that
18  hydrogen sulfide, in theory, it could produce
19  sulfuric acid?
20      MR. AYALA: Objection, lack of
21   foundation, calls for speculation.
22   A. I don't know if we know that for
23  Sulfobacillus, ST, because we don't know
24  about how it works with hydrogen sulfide in
25  particular. And I don't -- I mean to me,

145

1   Myatt
2   there is just so many things to speculate. I
3   don't think I can even come close to saying
4   one way or the other on that.
5    Q. But as you sit here today, can you
6   say it's definitely not possible?
7       MR. AYALA: Objection.
8       Go ahead.
9    A. It's highly unlikely.
10   Q. And based on what?
11   A. Based on all those things that I've
12  just been talking about, that we don't know
13  about Sulfobacillus, in terms of the H2S. We
14  don't know if there is available H2S in
15  water, in condensate. We don't know about
16  the temperature, Sulfobacillus likes 50
17  degrees C. None of these homes are, you
18  know, no home is 50 degrees C. We don't know
19  about the acidic nature of the environment.
20      So it seems like there is many,
21  many sort of steps in the process that are
22  gaps.
23   Q. I think we'll talk about that here
24  in a second in the report.
25      But you said that the Sulfobacillus

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

146

Myatt

```
 1      Myatt
 2   thermosulfidooxidans likes 50 C.  That's its
 3   optimal preferred growing temperature,
 4   correct?
 5      A.  That's my -- yes, I've seen some
 6   reports that talk about that.
 7      Q.  That doesn't mean -- let me ask you
 8   this:  What does that mean to you, optimal
 9   growing temperature?
10      A.  That means, you know, I understand
11   that the, you know, the optimum is different
12   from the range that it can grow.  But I
13   haven't seen anything that talks about
14   Sulfobacillus growing in a normal indoor
15   environment of 20 C or anything like that.
16          I think there is actually one study
17   that actually cut off the temperature range.
18   They produced a bell curve of 50, around 50,
19   as being the optimum.  That didn't even go
20   down to temperatures that low, because I
21   think the understanding is that it's, you
22   know, it's far removed from its optimal
23   growth.
24          MR. AYALA:  At room temperature?
25          THE WITNESS:  Yes.
```

147

```
 1      Myatt
 2      Q.  And room temperature is 20 C?
 3      A.  Around 20 C.  That's 68, 70,
 4   something like that.
 5      Q.  What is that, F?  70, okay.
 6          And did you cite that paper in your
 7   report that talks about the limitations on
 8   the temperature variation of Sulfobacillus
 9   thermosulfidooxidans?
10      A.  I believe the one I'm referring to
11   is, it's on page 9 in my report, where I --
12   there is 49, 50 and 51, so it's -- it's
13   either 49 or 50, I can't recall exactly which
14   of those two.  I think probably -- I'm not
15   sure.
16      Q.  And it's your position that you
17   recall either 49 or 50, being on footnotes 49
18   of your report, states that Sulfobacillus
19   thermosulfidooxidans cannot survive at
20   temperatures -- at room temperature?
21      A.  No, I didn't say that.
22          MR. AYALA:  Objection.
23      Q.  I misunderstood you, then.
24      A.  All I'm saying is that they didn't
25   experiment with the bell curve where they
```

148

```
 1      Myatt
 2   grew the organism at various temperatures, so
 3   on the bottom axis is temperature, and at the
 4   top of the bell curve was around 50, and it
 5   could obviously grow at temperatures above
 6   and below 50.
 7          But I believe, if I'm recalling the
 8   figure correctly, they didn't look at
 9   temperatures around 20 or at room
10   temperature, because it was such -- the
11   bottom of the bell curve.  That also, I think
12   is -- it's important to think about is, that
13   is, while it's looking at different
14   temperatures, it's also looking at, you know,
15   it's basically growing it in a media, if I
16   recall correctly.  So it has all the other
17   conditions that are -- that it would -- that
18   it prefers, so the right pH, the right amount
19   of water, the right, you know, the right
20   reduced sulfur, et cetera.
21      Q.  And it appears from looking at the
22   titles of those three reports, in those
23   papers, obviously -- not obviously, I haven't
24   reviewed those.  Weren't they trying to grow
25   the bacteria in optimal conditions in those
```

149

```
 1      Myatt
 2   reports?
 3          MR. AYALA:  Objection.
 4      A.  Yeah, that may be the case, because
 5   they're looking at, you know, they're trying
 6   to utilize that strain in a specific
 7   procedure for, you know, some sort of
 8   metallurgy to leach out the metal.
 9      Q.  Right.
10          MR. WARWICK:  Let's go off the
11   second for a second.
12          THE VIDEOGRAPHER:  Here ends video
13   recording number 2.  The time is 12:19.
14   We are off the record.
15          (Lunch recess taken at 12:19 p.m.)
```

38 (Pages 146 to 149)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585