# EXHIBIT 12

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
-------------------------------
CHRIS BRUCKER, TREVER S.
NUTTING, XIOMARA RAVELO,
WILFREDO E. RETANA and
BEATRIX CELSA RETANA,
Individually, and on
Behalf of all others
Similarly situated,                    Case Action No.
                                       2:10-cv-405-FtM-29SPC
        Plaintiffs,

Vs.

LOWES HOME CENTERS, INC.,
A North Carolina
Corporation, and NATIONAL
GYPSUM COMPANY, a
Delaware Corporation,

        Defendants.
-------------------------------

GEORGE BRINCKU AND
BRENDA BRINCKU,

        Plaintiffs,                    Case Action No.
                                       2:11-cv-00338-JES-SPC
Vs.

NATIONAL GYPSUM COMPANY,
A Delaware Corporation,

        Defendant.
-------------------------------
              VIDEOTAPED DEPOSITION OF
           BRENDA JOYCE GARR LITTLE, PH.D.
                  February 21, 2012
              Philadelphia, Pennsylvania
                     9:14 a.m.
Reported By:
Ann Medis
Job No: 23819

106

1  to have been done within 24 hours, in your
2  opinion; correct?
3     A   I don't know that they've referenced an
4  API 38 standard --
5     Q   Okay.
6     A   -- that told them to test within 24
7  hours.
8        One of the problems here is the -- the
9  representation that there is a standard, the
10 representation that there is some gold standard,
11 RPI -- API RP 38.  But it wasn't followed.
12    Q   Okay.  I'm trying to get to -- you
13 stated earlier there isn't a standard for testing
14 for bacteria in drywall, that you know of;
15 correct?
16    A   That's right.
17    Q   Did you look for one?
18    A   No, I did not.  I reviewed the -- the
19 ones that were in this document.
20    Q   And if there is no procedure -- if
21 there's no designated process that's been adopted
22 by some testing organization, what does a
23 scientist do when they want to test for a
24 particular bacteria that doesn't have an
25 established protocol?

107

1        MR. AYALA:  Hold on.  Objection.  Lack
2  of foundation and beyond the scope of the report.
3        Go ahead.
4     BY MR. WARWICK:
5     Q   If you know.
6     A   You'd use the tools that you have.
7        But I would also like to say that the way you
8  handle your sample also determines how you can
9  interpret your data.
10    Q   Okay.
11    A   So if you're going to interpret your
12 data as to specific organisms, their specific
13 source, and specifically what they're doing, then
14 you have to be -- and you're going to cite a
15 standard, you have to follow that or state why
16 you've deviated from it.
17    Q   Okay.
18    A   So you could take samples and not
19 over-interpret the data.
20    Q   And that would be scientifically okay?
21       MR. AYALA:  Objection to form.
22    A   It depends on how the data are
23 interpreted.
24 BY MR. WARWICK:
25    Q   Okay.  The second thing you mentioned is

108

1  the -- you did not measure the specific amount of
2  the -- of the material being tested, and let's go
3  back to that opinion.
4        Could you explain that in a little more
5  detail, please?
6     A   Sure, right here.  Method 2 under
7  "Drywall Gypsum Core Testing."
8  BY MR. WARWICK:
9     Q   Right.
10    A   "Add a small amount."
11    Q   Okay.  "Add a small amount is not" --
12 because -- would it matter if you put a little
13 more?  I mean, it has to be even, right, the same
14 amount in each test tube?  Is that why you need to
15 have the same amount?
16       MR. AYALA:  Objection to form.
17       Go ahead.
18    A   What -- the reason this is objectionable
19 is that no one could reproduce this.
20 BY MR. WARWICK:
21    Q   Okay.  If you go back to page 4 of the
22 RealTime Labs result, the culture testing on
23 page --
24    A   Five?
25    Q   -- 4, under A2 it states, "A

109

1  5-millimeter by 5-millimeter portion of paper is
2  placed in the media."
3     A   Right.
4     Q   Okay.  And then that same paragraph then
5  also references procedures on Exhibit 6; would
6  that be fair to say?
7     A   Right.
8     Q   Okay.  Would a 5-millimeter by
9  5-millimeter portion be a specific enough
10 measurement?
11    A   It is.
12    Q   Okay.
13    A   That's for the paper.
14    Q   Okay.  And then if you go down to
15 paragraph 3 there, A3, under "Culture," it says,
16 "Approximately three grams of crushed gypsum is
17 added to the core media preparation."  Do you see
18 that?
19    A   I -- I do.
20    Q   Okay.  And if they added three grams,
21 would that be a specific enough measurement?
22       MR. AYALA:  Objection.
23    A   It says approximately three grams.
24 BY MR. WARWICK:
25    Q   Okay.  And when you're measuring to do

28 (Pages 106 to 109)

**Page 214**

1  chemically, hydrogen sulfate and sulfuric acid?
2     A   Sulfuric acid is H2S04, and sulfate is
3  SO4. So it's -- they -- they are not the same
4  thing.
5     But I answered you in a very general way.
6  You asked me to come back and be more specific.
7     Q   Okay.
8     A   And it is sulfuric acid.
9     Q   Are you familiar with the research that
10 has been done regarding wastewater treatment
11 plants and corrosion caused by microbial oxidation
12 or -- I'm sorry -- microbial corrosion?
13          MR. AYALA: Objection. Beyond the
14 scope.
15    A   You would have to be more specific for
16 me to -- I am aware that wastewater treatment
17 plants have microbiologically influenced corrosion
18 problems, but I don't know to what you're
19 referring specifically.
20 BY MR. WARWICK:
21    Q   Okay.
22    A   I mean, these are material-specific,
23 organism-specific.
24    Q   Okay. Are you aware that
25 sulfur-oxidizing bacteria can corrode the concrete

**Page 215**

1  sewer pipes?
2     A   I --
3          MR. AYALA: Objection.
4     Go ahead.
5  BY MR. WARWICK:
6     Q   Do you have any experience in that area?
7     A   I have -- I have reviewed the literature
8  on that, and I understand the full sulfur cycle
9  that is involved in that.
10    Q   Right. And if you could, just briefly
11 explain the full cycle -- sulfur cycle that is
12 involved in that process.
13    A   In a sewer?
14    Q   Yes.
15    A   The problem with sulfur-oxidizing
16 bacteria in sewer is the following: The sewers
17 are most often not filled with water. They're
18 only partially filled. So the water at the bottom
19 is full of organic material. And there are
20 anaerobic zones in this organic-rich water where
21 sulfate-reducing bacteria reduce the sulfate to
22 hydrogen sulfide. The hydrogen sulfide is
23 converted to a gas. The gas makes its way to the
24 crown of the sewer, where the sulfate-reducing --
25 where the sulfur-oxidizing bacteria inhabit. They

**Page 216**

1  oxidize the hydrogen sulfide to sulfuric acid.
2  The -- the concrete is basic, essentially; and the
3  acid degrades the concrete.
4     Q   Okay. If the concrete is basic, then
5  how do the sulfur-oxidizing bacteria grow there if
6  they only grow in an acidic environment?
7     A   Organisms that live in communities make
8  their own niches.
9     Q   What do you mean by that?
10    A   What do I mean by that? Microorganisms
11 don't occur -- if they're growing and if they're
12 carrying out metabolic processes, they do not
13 occur singly. They build communities. And most
14 communities on surfaces are called biofilms. And
15 in a biofilm, the -- the cells make up just a
16 fraction of the volume. So you could have
17 microorganisms that make their own niche within a
18 biofilm that could be isolated from the bulk
19 medium or isolated from the substratum in some
20 cases.
21    Q   When you say they make their own niche,
22 you mean they're able to survive within that
23 environment?
24          MR. AYALA: Objection.
25    A   They are able to survive and grow in

**Page 217**

1  that environment.
2  BY MR. WARWICK:
3     Q   Okay. And one of the ways that
4  sulfur-oxidizing bacteria survive and grow in that
5  environment is that they effectively change the pH
6  to a pH they like better, by producing their own
7  acid; correct?
8          MR. AYALA: Objection to form.
9     A   Not having made these measurements --
10 like I said, I've reviewed the literature, and I
11 know the cycle. And I know the work of Islander,
12 I-S-L-A-N-D-E-R, who actually used, in the subways
13 of LA, Alka-Seltzer to neutralize the acid
14 produced by the microorganisms. But I do not know
15 the pHs in those environments.
16          MR. WARWICK: Could I have this marked?
17    (Little Exhibit 4 was marked.)
18 BY MR. WARWICK:
19    Q   Dr. Little, I realize you're just now
20 getting this document; so I don't expect you to
21 read through the whole thing and be prepared to
22 testify on it.
23    If you notice, that this paper appears to be
24 from the Applied Environmental Microbiology. Are
25 you familiar with that publication?

218

1   A   I am.
2       MR. AYALA: All right. And I object to
3   the use of this document, too, because it relates
4   to sulfur-oxidizing bacteria, which is beyond the
5   scope of the report.
6   BY MR. WARWICK:
7       Q   Let me just clarify this. When you
8   first received the reports from RealTime Labs and
9   they listed specific bacteria, those five specific
10  bacteria that were in the RealTime Lab's reports,
11  did you understand those to be -- at the time you
12  read the report, did you understand those to be at
13  that time sulfur-oxidizing bacteria?
14      A   Yes.
15  BY MR. WARWICK:
16      Q   The -- if you'll look at the second page
17  of this document, the third line down starts with
18  the sentence "In sewer systems."
19      A   Yes.
20      Q   Do you see that?
21      I'm going to read into the record, just so we
22  have something to discuss that's -- so I don't get
23  anything wrong, actually.
24      In sewer systems in wastewater treatment
25  facilities where high concentrations of hydrogen

219

1   sulphide, moisture, and oxygen are present in the
2   atmosphere, the deteriorization --
3   deterioration -- sorry -- of concrete is caused
4   mainly by biogenetic acid; i.e., sulfuric acid.
5   It is known as microbially induced concrete
6   corrosion, MICC. The biogenic acid is generated
7   by various microbial species and complex
8   mechanisms. The general mechanism for the
9   sulfuric-acid-caused corrosion of the sewer
10  systems had been described in the literature. In
11  the first step, hydrogen sulfide is produced by
12  sulfur-producing bacteria under anaerobic
13  conditions in sewer pipes. This hydrogen sulfide
14  enters the sewer atmosphere by volatilization and
15  dissolves in the condensate on the sewer crown.
16  Finally, sulfur-oxidizing bacteria oxidized the
17  dissolved H2S and other sulfur compounds to
18  sulfuric acid and corrodes the concrete.
19      Okay. Would you agree with that general
20  explanation? It's very close to what you did off
21  the top of your head.
22      MR. AYALA: And object -- just
23  objection.
24      A   It is very close to what I said except
25  that I'm not sure you read sulfate-reducing

220

1   bacteria. I think you read sulfur-reducing
2   bacteria.
3   BY MR. WARWICK:
4       Q   I apologize if I did.
5       A   No problem, no problem. But apart from
6   that --
7       Q   Okay. You would with that statement,
8   that explanation?
9       A   Yes.
10      Q   Okay. If you'll then go to the back of
11  this paper, get to the results -- and it's on
12  page -- it says page 6 of 15 at the top, in the
13  right-hand corner.
14      A   I'm getting there. Okay.
15      Q   There's a little paragraph there that
16  says Figure 1, and then underneath it --
17  underneath that box, it states, "The initial pH of
18  the new concrete surface was about 12 and
19  gradually decreased to 8.2 within the initial 56
20  days. Thereafter, the pH decreased further to
21  about 1.6 by day 102 and remained in this range."
22      Now, earlier I had asked you whether you
23  would agree that sulfur-oxidizing bacteria could
24  affect its environment by producing acid and lower
25  the pH.

221

1       Does this document refresh your recollection,
2   or is this consistent with your understanding of
3   the procedure that sulfur-oxidizing bacteria can
4   go through to -- to essentially make the pH in its
5   environment more suitable to its growth?
6       MR. AYALA: Objection.
7       A   (Nodding.)
8   BY MR. WARWICK:
9       Q   Now -- okay. If -- in your explanation
10  earlier, you talked about the sewer pipes not
11  being full of sewage and that the lower part
12  produces the hydrogen sulfide because it's an
13  anaerobic environment; correct?
14      A   Because it is anaerobic, it is loaded
15  with water, and it is organic-rich.
16      Q   Okay. But for the sulfur-oxidizing
17  bacteria to grow, they don't have to be under
18  water; correct? They just have to be in the
19  presence of moisture?
20      MR. AYALA: Objection.
21  BY MR. WARWICK:
22      Q   Is that correct?
23      A   No, that is not correct.
24      Q   Okay.
25      A   I think the sewer crowns are wet.