# EXHIBIT 13

1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

FT. MYERS DIVISION
---------------------------------------------
CHRIS BRUCKER, TREVER S. NUTTING,
XIOMARA RAVELO, WILFREDO E. RETANA
and BEATRIX CELSA RETANA, individually,
and on behalf of all others
similarly situated,


          Plaintiffs,
                                        CASE ACTION NO.
vs.                                      2:10-cv-00405-FtM-29SPC

LOWES HOME CENTERS, INC., a North Carolina
Corporation, and NATIONAL GYPSUM COMANY,
a Delaware Corporation,


          Defendants.
---------------------------------------------

DEPOSITION OF Cliff Hardt

February 17, 2012

8:46 a.m.

Quarles & Brady, LLP
1395 Panther Lane
Naples, FL




Reported By:
Lori L. Bundy, FPR, RPR, CRR, CLR
Job No: 24019-A

**Page 26**

1  THE WITNESS: No, I can't answer that because I
2  don't know what the cause of it is, and from what I
3  understand where you're going with it, I've heard -- I
4  don't know enough. I have heard people say that all
5  you got to do is clean your connections up, it's fine.
6  I've heard other people say that it contaminates the
7  wire. I don't know.
8  BY MR. GARY:
9  Q. Okay. It's not a question of where I'm going
10 with it; we're looking for your --
11 A. That is my answer. I can't answer that question.
12 Q. Is that a potential fire hazard?
13    MR. SULLIVAN: Objection.
14    THE WITNESS: No.
15 BY MR. GARY:
16 Q. No?
17 A. The most you're going to lose is corrosion, you
18 lose your connection.
19 Q. Yeah.
20 A. It could, but you'd really have to physically be
21 like messing with the receptacles and really pushing the
22 subject.
23 Q. Do you actually know if it's a fire hazard or not
24 or are you just speculating?
25    MR. SULLIVAN: Objection.

**Page 27**

1  THE WITNESS: Probably a little on the
2  speculation part.
3  BY MR. GARY:
4  Q. Okay.
5  A. But I do know you can probably lose your
6  connection at most.
7  Q. And is it fair to say that in your work
8  experience you've never seen blackened wires like this
9  other than in these four homes?
10    MR. SULLIVAN: Objection.
11    THE WITNESS: Only one other home.
12 BY MR. GARY:
13 Q. Okay. So you -- other than these four homes
14 you've only seen one other home that had blackened wires?
15 A. Yeah.
16 Q. And where was that one other home?
17 A. That was in Cape Coral.
18 Q. And what were the circumstances that you saw that
19 home?
20 A. It was told to me that the home had Chinese
21 drywall.
22 Q. All right. So you actually saw a home that
23 had -- that was reported to you --
24 A. I was told.
25    MR. SULLIVAN: Objection to form.

**Page 28**

1  THE WITNESS: I was told it was Chinese drywall,
2  it was speculation done finally by my boss. I can't
3  swear that it did.
4  BY MR. GARY:
5  Q. I understand. And did those blackened wires look
6  similar to the blackened wires that you saw, the four
7  homes you inspected?
8     MR. SULLIVAN: Objection.
9     THE WITNESS: Similar, yeah.
10 BY MR. GARY:
11 Q. And so you have never seen a home with blackened
12 wires other than a home that was reporting problems with
13 drywall; is that correct?
14    MR. SULLIVAN: Objection.
15    THE WITNESS: No.
16 BY MR. GARY:
17 Q. It's not correct or it is correct?
18 A. No, that isn't correct. I have --
19 Q. Well --
20 A. Every home I have seen that the wires were fine,
21 there was no evidence of Chinese drywall.
22 Q. Okay. I understand. I think my question was
23 confusing, so let me see if I can get it straight. You
24 looked at four homes?
25 A. Uh-huh.

**Page 29**

1  Q. On behalf of National Gypsum?
2  A. Yeah.
3  Q. All right. All four of those homes, the home
4  owners were complaining about the drywall. So those
5  homes, there were complaints about the drywall and you
6  were asked to inspect those four homes; correct?
7     MR. SULLIVAN: Objection.
8     THE WITNESS: I was asked to take samples and
9  open up receptacles, not inspect.
10 BY MR. GARY:
11 Q. All right. And you found blackened wires in
12 those four homes?
13 A. Yes.
14 Q. And the only other home you've ever seen with
15 blackened wires was a home that was reported to you as
16 having Chinese drywall?
17    MR. SULLIVAN: Objection.
18    THE WITNESS: Reported to me by my boss who also
19 is not certified in any --
20 BY MR. GARY:
21 Q. I understand. Okay. So the hundreds of other
22 homes you've seen, you have never seen it -- the blackened
23 wires except in these now five homes; correct?
24 A. Yes.
25 Q. Yes? You have to say yes.

8 (Pages 26 to 29)

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123 (212)705-8585