# EXHIBIT 15

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FT. MYERS DIVISION

----------------------------x

GEORGE BRINCKU, BRENDA BRINCKU,

Plaintiffs,

vs.

CIVIL ACTION NO. 2:11-CV-00338-JES-DNF

NATIONAL GYPSUM COMPANY, a Delaware Corporation,

Defendants.

----------------------------x

CHRIS BRUCKER, et al.,

Plaintiffs,

vs.

CIVIL ACTION NO. 2:10-CV-405-FTM-20SPC

LOWES HOME CENTERS, INC., et al.,

Defendants.

------------------------------x

VIDEOTAPED DEPOSITION OF ROBERT ODLE
Philadelphia, Pennsylvania
Friday, February 24, 2012
9:27 a.m.

Reported by:
Jennifer Ocampo-Guzman, CRR, CLR
JOB NO. 23825

"Blackening of a Copper Surface By Sulfidation."

A. Okay.

**Q. In the first paragraph, let's start a little above that. Tell me what -- in the, background section, what is sulfide corrosion?**

A. It would be the reaction of copper with a reactive sulfur gas to the extent that the copper, copper wire, copper whatever it is, function is deteriorated.

**Q. And what are reactive sulfur gases?**

A. The most common is the H2S carbonyl sulfide, carbon disulfide. You could also have vapors of metal sulfides.

**Q. And in terms of your report, you state that the presence of sulfide corrosion you considered evidence for reactive sulfur gases. So does that mean if you observe sulfide corrosion in the home, that that's an indicator of the presence of a reactive sulfur gas.**

MR. SULLIVAN: Objection to form.

A. Yes.

**Q. What other causes of sulfide corrosion could there be other than a reactive sulfur gas?**

MR. SULLIVAN: Objection to form, assumes facts not in evidence.

A. I mean it doesn't necessarily have to be a gas. I mean you could take sodium sulfide, for instance, in a wet environment and put it on a copper and it would react. Anything that's, you know, less noble -- I mean it's thermodynamic so anything that's less stable than copper sulfide, that's a sulfide will react in a -- I don't know how familiar you are with thermo but it says, you can look at two compounds and with thermodynamics tell what compounds will react with copper and which ones won't.

**Q. Will H2SO4 react with copper?**

A. Actually not very well. Sulfuric acid.

**Q. Uh-huh.**

A. If you look at an electrolytic copper refining, you put copper in vats of acid and it just sits there.

**Q. In an aerobic environment will H2SO4 react with copper?**

MR. SULLIVAN: Objection to form, assumes facts not in evidence, calls for speculation.

A. Copper oxide will react with sulfuric acid.

**Q. Back to this paragraph, you state, "The lack of sulfide corrosion would be considered as evidence that reactive sulfuric gases has not been present on the premises."**

**So if you find sulfide corrosion that's indicative of a reactive sulfuric acid in the homes you're inspecting?**

A. Yes.

**Q. If you don't find sulfide corrosion, then that's indicative to you that there has not been a reactive sulfide gas in the home?**

MR. SULLIVAN: Objection, form.

A. Yes.

**Q. In all of the homes that you investigated -- well, let me back up for a second.**

The homes that you personally visited for the purposes of these reports were Ravelo, Nutting, Retana, Brucker and Brinkcu; is that right?

A. Yes.

**Q. Did you go into any other homes for the purposes of this investigation?**

A. I don't know what you mean by "this investigation." I've been in other homes.

**Q. I'm sure you've been in other homes. Have you been in other homes where you were looking for the presence of sulfide corrosion as evidence of the presence of a reactive sulfur gas?**

MR. SULLIVAN: Objection to form.

A. Yes.

**Q. When was that, was it the same time you looked at these homes?**

A. Well, the first one I went to look at was in Arizona.

**Q. Okay. Is that the Yee home?**

**Other than the Yee home and the homes that you went into in Florida, have you been in any other homes?**

54

A. Yes.
**Q. So in the next paragraph where you state, "I've been on several inspections of homes claimed to have had copper sulfide corrosion caused by drywall, only to find no sulfide corrosion or even blackening by sulfidation."**
**Do you see that sentence?**
A. Yes.
**Q. That's not the case for the five homes you were in Florida, right?**
MR. SULLIVAN: Objection, form.
A. Correct.
**Q. In all the homes you went into for the Brinkcu and Brucker litigation you did find sulfide corrosion or blackening by sulfidation, right?**
MR. SULLIVAN: Objection to form.
A. I found blackening in all homes.
**Q. The next sentence reads, "In several cases, the copper was in pristine condition," that doesn't apply to the Florida homes you were in, right?**
MR. SULLIVAN: Objection.

55

A. Correct.
**Q. The next sentence where you state, "Even when blackening of the copper has been" -- "has occurred" -- I'm sorry, I'll start the sentence over.**
**"Even when blackening of the copper has occurred, that in itself does not permit the conclusion that the copper has been exposed to reactive sulfur gas or that the copper sulfide" -- "or that copper sulfide is formed on copper."**
**That also doesn't apply to the five Florida homes, right?**
A. After the fact, before you go look at something, it can be black for reasons other than copper sulfide. But if you're asking me after I've looked at the houses in Florida all of those had copper sulfide on the wires.
**Q. Right. And you found in all these homes that there was reactive sulfide gas in the house?**
A. Yes.
**Q. I want you to take Exhibit 2, which**

56

is the Brinkcu home. I think you're now in 6.
A. I think it's one at the bottom.
**Q. It probably is. I think they were kind enough to give you a binder clip which I ran out of.**
A. Okay.
**Q. In the Brinkcu house on, starting on page 6 begins the pictures that you took of the Brinkcu home.**
A. You guys need a better printer.
**Q. In terms of the pictures in the home and going back to this paragraph blackening, the first paragraph of blackening of a copper surface by sulfidation. You state, "Eventually a copper sulfide layer is replaced by a green to light colored coating of basic copper sulfate. The patina, as it is called, can be very resistant to further corrosion."**
**In the Brinkcu home --**
MR. SULLIVAN: Objection. Where are you referring to?
MR. WEISS: The paragraph, the

57

first paragraph of blackening of a copper surface by sulfidation.
A. I'm familiar with it.
**Q. Okay. Can you point out for me in the pictures from the Brinkcu home where a copper sulfide layer has been replaced by a green to light colored coating of basic copper sulfate?**
A. I'm not sure I can on the quality of your pictures.
I'm not sure of this because your pictures are fuzzy.
But figure 16 there's some, on your picture it looks white, but I think if you had a better quality printout, you could see that some of this white has a light green tint to it.
**Q. Okay. Other than 16?**
A. I think we could find others.
MR. SULLIVAN: Take your time.
A. Look on sample 28.
**Q. 28 of the --**
A. I'm sorry, figure 23. The sample numbers and the figure numbers don't match

with?
A. What was his name? I have his picture.
**Q. The electrician you worked with in this litigation who went with you on these inspections? Yes? I need you to say yes.**
A. Yes.
**Q. And your testimony today is the electrician who accompanied you on these investigations was that he's seen this kind of copper sulfide corrosion inside other homes in Southwest Florida?**
MR. SULLIVAN: Objection to form.
A. Yes.
**Q. Tell me what he said.**
A. A group of electricians were sitting around talking about all the places they've seen black copper wire, I mean in the state, which Mark and the electrician, I mean it was, they were having a conversation. I was just listening and they were talking that they had seen the blackening in a lot of places.
**Q. Did they quantify a lot?**

MR. SULLIVAN: Objection to form.
A. No. I mean they were just giving examples to each other of things they'd seen.
**Q. Did you speak to them any further about it?**
A. No, I just, I paid attention to what they were saying.
**Q. Did they differentiate between copper wiring inside the home versus outside the home?**
A. My impression is they were talking about copper wire inside the home, but I don't remember that detail.
**Q. Okay. So I'll ask my initial question again which is: If -- let me back up for a second.**
**Have you read the deposition transcripts of any of the electricians that were in on your inspections? I believe earlier you did not mention that, so.**
A. No.
**Q. Okay. Would it change your opinion that the cause of the copper sulfide blackening or corrosion in the five homes you**

inspected was caused by well water if the electrician who was with you on the inspection testified that having made thousands of house calls as an electrician in Southwest Florida to homes that were on well water, he had never seen copper sulfide blackening or corrosion inside those homes?
MR. SULLIVAN: Objection, form. Calls for speculation, mischaracterizes evidence.
A. No.
**Q. Okay. Do you have an idea of what percentage of homes in Southwest Florida are on individual wells like the ones you inspected?**
A. No.
**Q. For all the homes that you inspected for purposes of this litigation, the five reports that we're looking at now, do you agree with me that each home had some type of blackening of the copper, some copper surfaces inside by sulfidation?**
A. Yes.
**Q. Do you agree with me that each home**

you reviewed had the presence of copper sulfide within the home?
A. I think I just heard the same question again but yes.
**Q. Okay. Do you agree with me that copper sulfide blackening, if the reactive process continues, will corrode copper?**
MR. SULLIVAN: Objection, form.
A. How long?
**Q. Will it ever corrode copper?**
MR. SULLIVAN: Objection, form.
A. Eventually.
**Q. Let's turn --**
A. I might point out that at Brinkcu that it looks like the corrosion had stopped.
**Q. Let's turn to Brinkcu. Is that what you have in front of you?**
A. Yes, it is.
**Q. On page 10 of the Brinkcu report, I'm in the picture section, not the boilerplate.**
**Figure 14 shows a float rod in the toilet, do you see that picture?**
A. Yes.