# EXHIBIT 17

# REALTIME LABORATORIES, INC

4100 Fairway Court #600, Carrollton, TX 75010
Phone: 972-243-7754    Fax: 972-243-7759
Website: www.realtimelab.com
CLIA #: 45D1051736

November 16, 2011

To:   Brian Warwick
      Varnell & Warwick, P.A.
      20 La Grande Boulevard
      The Villages, Florida   32159
      352-752-8600
      352-752-8606 (fax)

Re: Brinku Home;  Lab Work conducted on Samples received by RTL on April 26, 2010

Dear Mr. Warwick:

    This letter is a report of the results of samples obtained from MIT University and an individual named Colin Landon. (See **Exhibit #1**, letter and check for work performed).  The samples were sent by Priority USPS on April 25, 2010, and received at RealTime Laboratories on April 26, 2010.  The samples were labeled #1-#4 drywall with the name "Brinku" on each sample. The samples were accessioned in at RTL giving each sample a unique laboratory identifying number (See **Exhibit #2**, accession forms EN041002, EN041003, EN041004, and EN041005.  There were no other identifying marks on the samples.  Later, in an oral communication with Mr. Landon, it was stated that three (3) of the samples labeled "Brinku" were obtained from the Brinku home in 18891 River Estates Lane, Alva, FL., 33920. The remaining sample was a control sample obtained at a local hardware store.   The request from Mr. Landon was to "test each of the sample for the DNA probe for *Thiobacillus ferrooxidans*. No other history or requests were communicated to RTL   At the time of the acceptance of the specimens in April, 2010, RTL was only performing cultures for Sulfur Reducing Bacteria (SRB) and  realtime polymerase chain reaction studies using proprietary DNA probes and primers testing for the following organisms: *Thiobacillus caldus, Sulfobacillus thermosulfidooxidans, Thiobacillus thiooxidans, Thiobacillus ferrooxidans, and Leptospirillum ferrooxidans.*  Thus, culture and DNA testing by realtime PCR was only performed at that time.   The specimens were held at RTL under Chain of Custody (COC) conditions in a dry and protected environment.  On September 29, 2011, at the request of attorney Brian Warwick, RTL, re-accessioned the original specimens obtained from MIT and assigned new unique laboratory identification numbers (See **Exhibit #3**, COC  with accession number EN0911019-EN0911023).  In September, repeat testing was conducted as follows:  Culture, APS enzyme (See explanation below), Lab Corrosion Testing, and DNA testing for *Sulfobacillus thermosulfidooxidans* (ST) only.   Results were compiled and reported on 11/4/2011.

    In summary, two reports have been generated on the "Brinku" samples by RTL. The first reports were released to MIT, Colin Landon, on May 20, 2010, and are shown in **Exhibit # 4** (EN041002-En041005, with summary result form of all samples on a summary page in same Exhibit).  The second

Domestic Dry Wall Study
Date of sample:  April 25, 2010
Date of letter:   November 16, 2011

report was released by RTL on 11/4/2011 and shows results of Culture, APS enzyme results, corrosion studies, and DNA by realtime PCR on Sulfobacillus thermosulfidooxidans (ST) only. **(Exhibit #5)**

**2. Testing Laboratory:** RTL is a laboratory located in Carrollton, Texas, and is licensed by the State of Texas to conduct clinical testing on human specimens for mold, mycotoxins, and bacteria as well as the toxins that the bacteria may produce. The State of Texas conducts regular inspections of the RTL facilities and examines quality control, standard operating procedures, and personnel qualifications. A copy of the most recent certification is shown in **Exhibit # 6**. The standards set by that regulatory agency has been upheld before, during, and continues after the testing and resulting of the specimens examined. RTL and its personnel have published a peer reviewed article in 2009 regarding sulfur reducing and iron oxidizing bacteria in drywall samples (**See Exhibit #7**). The procedures set forth in that paper are the procedures used to conduct the DNA testing for this set of tests. Other tests conducted and reported in this letter are scientifically established tests that are commonly accepted in the industry as either gold standards (i.e. culture) or have been utilized and reported by various governmental agencies (i.e. the Consumer Protection Safety Committee (CPSC), or Florida Dept. of Health). These tests include culture using API RP38 media (See below) and corrosion testing of copper wire (standard operating procedure of RTL (see below).

**3. Sampling Description:** Upon arrival at RTL, the COC form was reviewed and specimens were signed for by the accepting personnel in RTL (See Exhibit #1, bottom signature blocks of page). The specimens are then given their own unique accession number beginning with EN (for environmental samples). In the case of these samples taken from the Brinku home, the specimen accession numbers are: EN0410002-EN0410005 (**See Exhibit #2**). The accession sheets accompanying those specimens traveled with the specimen through various areas of laboratory while testing was conducted.

**4. Testing Procedures:**

    A. **CULTURE:**
1. Obtaining powder and paper from dry wall: The drywall specimens were accepted in a sterile biohazard plastic bag. The paper is removed from the drywall carefully to insure no drywall core material is present on the paper. The drywall is then crushed in the biohazard bag until it is powder.
2. A 5 mm by 5 mm portion of paper is placed in media generated in accordance with recommendations put forth by the American Petroleum Institute (API): API RP38 Method (Revision/Edition: 75; chg: REIS; Date 03/00/82) "Recommended proactive for biological analysis of subsurface injection waters" (**Exhibit #8**). This media is then over-laid with 2 ml of sterile mineral oil. The tube is closed tightly to insure on oxygen exchange. The tube is incubated at $37^\circ$ C up to 21 days (3 weeks). The presence of black precipitate throughout the vial is interpreted as positive for SRB (Sulfur Reducing Bacteria).
3. In the same manner, approximately 3 grams of crushed gypsum core sample is added to a core media preparation. This media is closed with a screw cap and again incubated in like manner as in #2 above. Presence of turbidity and/or black color is interpreted as positive for SRB. The procedure here is as well described by the API, as described above in #2.
4. Negative controls as well as known positive controls are incubated side by side the specimens to insure quality control of the test procedures.
5. Reduced sulfur gas is interpreted in either one or both of the tubes as gas bubbles presence in the media.

Domestic Dry Wall Study
Date of sample: April 25, 2010
Date of letter: November 16, 2011

B. **CORROSION TESTING:**

This procedure involves taking three (3) grams of crushed gypsum powder from the specimen and placing the powder in a sterile biohazard bag with 0.5 milliliters (ml) of distilled, purified water and a 3 inch piece of copper wiring placed in the bag as well. The bag is then sealed and incubated for 21 days as well at $37^\circ C$. Results are interpreted as positive if there is dark corrosion on the wire (See **Exhibit #9**, Positive and Negative Controls of Corroded Copper Wire). Drywall manufactured by U.S. Gypsum was purchased at a local home improvement store in the Dallas area and was used as the control drywall. The manufacturer was US Gypsum. The drywall was purchased as a 12 inch X 12 inch cut segment of drywall on or about September 10, 2009. The specimen has been held in a sterile biohazard bag after sampling was conducted

C. **DNA TESTING FOR SRB BY POLYMERASE CHAIN REACTION TESTING (PCR):**

Portions of the sample from the culture that is interpreted as positive for growth (either turbidity and/or black precipitate) are then run using proprietary DNA probes from RTL. The entire procedure is described in the peer reviewed paper written by Hooper, et al, in 2009, and is attached herein as **Exhibit # 7.** This procedure is described as follows: Control samples consisted of samples of US manufactured dry wall, not exuding $H_2S$ and $SO_2$ were purchased from a local building supply store and sampled in the same matter as the contaminated dry wall sections. Positive controls were non-contaminated drywall spiked with various concentrations of the five different bacterial organisms examined (**Exhibit 7**). The control organisms were ordered and received from the American Type Culture Collection (ATCC), New York. Internal controls consisted of a known fungal organism, *Geotricum* sp., (GEO Control) which is present to insure that that extraction system is working properly. Positive and negative controls and all samples were extracted using a commercially available extraction system (Qiagen, Inc., Valencia, CA) that was optimized for the extraction of bacterial genomic DNA.

Powdered samples were extracted by pretreatment with Proteinase K and lysis solution in the presence of silica beads for bead beating (Sigma, St. Louis, MO). A set volume of internal control GEO spores was introduced to all samples, including the negative control. All samples were incubated at 55 °C for 1 hour, then at 72 °C for 15 minutes, and then finally further subjected to a second lysis solution. After ethanol addition, the samples were placed into spin columns containing a silica filter. DNA in the mixture was bound to the silica filter, washed several times to remove contaminants and eluted from the spin column filter by utilizing a low salt solution. Samples were stored at −20 °C until tested.

Although there are thousands of different species of SRB's, RTL selected five organisms that were prominently reported in the peer reviewed literature and were available through ATCC as well. The five primers and probes specific for *Thiobacillus caldus, Leptospirillium ferroxidans, Acidothiobacillus thiooxidans, Thiobacillus ferroxidans,* and *Sulfobacillus thermosulfidooxidans* bacterial targets plus an internal control assay were designed by RTL and synthesized by Sigma-Aldrich (St. Louis, MO). All probes used for the assays are hydrolysis probes with the reporter FAM (Fluorsescein Amidite) attached to the 5' end and the quencher Black Hole Quencher (BHQ) attached to the 3' end. Primers and probes were received lyophilized and re-suspended and mixed into working stocks containing probe and primer at required concentrations. The enzyme for the reaction was purchased as a lyophilized bead from Cepheid (Palo Alto, CA) and manufactured specifically for the

Domestic Dry Wall Study
Date of sample:  April 25, 2010
Date of letter:   November 16, 2011

SmartCycler® system. Each 50.0 µL SmartCycler® reaction tube contained reaction mix in the formula: 1.0 bead, 33.0 µL of PCR grade water, 7.0 µL primer/probe working stock, and 5.0 µL of extracted DNA. The internal control was run for each extracted sample and a negative control was added as an independent assay to insure a quality control step for the extraction. All 5 bacterial assays and the internal control had a cycling profile containing an initial hot start followed by 45 denature and anneal cycles. All assays were designed and operated as qualitative detection assays. The capacity of a single SmartCycler® instrument varied from 16 to 96 reactions depending on the configuration. Multiple bacterial assays could be processed on a single SmartCycler® run with each assay containing samples, a negative control and a positive control. Data generated from the assays were analyzed utilizing the SmartCycler® Software and positives were defined as any target that crossed the Cepheid recommended threshold of 20 on the fluorescence scale during processing on the instrument.

 All assays were designed using sequence data from the strains listed in Exhibit #8, with the assays and utilizing commercially available assay design software (GenBank). Specificity was checked between the organisms using an assembly program. The probe and primer sequence specificity was checked using the Blast tool available at the National Center for Biotechnology Information (NCBI) website.

 All assays were optimized by utilizing lyophilized stocks of master mix, and then running standard curves. Further optimization was accomplished by testing spiked samples of drywall and actual drywall unknowns.

 All lyophilized stocks were rehydrated to 100 µM concentration. Master Mix Stocks were made for each assay by using the following formulation for 700.0 µL of Master Mix Stock: Primer 1–15.0 µL; Primer 2–15.0 µL; Probe–10.0 µL; Water–660.0 µL; giving a total master mix stock of 700.0 µL.

 Assays for organisms were optimized utilizing target DNA in 10 fold serial dilutions formulating a curve. Data were collected and evaluated. The assays were optimized to the specification of RealTime Laboratories.

 Assays for organisms were run against domestic drywall samples. Positive and negative controls were run with each test. Tests were initially conducted on domestic drywall to determine which organism in **Exhibit #7** was predominant. After determination that *Sulfobacillus thermosulfidooxidans* was noted to be the only positive organism from this list in most domestic drywall samples, all further domestic drywall was only tested for this organism. The positive or negative results indicated in the results section were results of realtime PCR testing run against *Sulfobacillus thermosulfidooxidans*. The results of realtime PCR in this study indicate the result of only one positive using five (5) different probes/primer sets (Exhibit #8). There are thousands of SRB present, thus a negative result obtained in these studies does not indicate a true negative because not every SRB was tested for.

D. **ENZYME TESTING (SRB DETECTION SYSTEM (RAPIDCHECK II)**
 RTL used the Rapid Check II SRB enzyme test which is the gold standard used in the environmental testing procedures when examining contaminated petroleum products. The RapidCheck II SRB test employs purified antibodies to detect the enzyme adenosine-5'-phosphosulfonate (APS) reductase which is common to most, if not all, strains of SRB. (J. of Microbiology, 2007, Meyer, et al; Journal of Bacteriology 2002, Friedrich, et al.) The method for detecting and quantifying SRB is covered under U.S. Patent No. 4,999,286, which is owned by Strategic Diagnostic

Domestic Dry Wall Study
Date of sample: April 25, 2010
Date of letter: November 16, 2011

Inc. The Rapid Check II SRB detection system applies immunoassay technology to detect sulfate reducing bacteria (SRB). The antibodies used are attached to small particles that selectively capture the APS reductase enzyme. These particles and the captured enzyme are then isolated on a porous membrane, forming a reactive layer. The layer become blue in the presence of a chromagen (color reagent) indicating the presence of the APS reductase enzyme. Darker shades of blue indicate a higher number of SRB.

The process involves rehydrating the chemical lysing reagent, placing a sample in a solid filtration medium, and then filtering and washing the sample. Then, the sample undergoes chemical cell lysing, which is then subjected to an antibody enzyme reaction. During this time, the antibody coated particles bind with the APS reductase in solution. The sample contents are then poured over a test membrane device, washed, and then exposed to the chromagen liquid onto the membrane. The enzyme color reaction must be completed and read after 10 minutes of incubation at room temperature.

1. **SUMMARY/CONCLUSIONS:**

*<u>Testing Results</u>: Results of the tests conducted at RTL on four (4) samples obtained from the Brinku Home in Alva, FL originally obtained from MIT on April 26, 2010 and reported on May 20, 2010, and then accessioned on September 29, 2011 and reported with retest results on Nov 4, 2011. Results of the second test were the same as the first test with more substantiated testing on the latter group of test results.*

## APPENDICES

**Exhibits # 1-9.**

Respectfully submitted,

J.S. Sutton
VP Laboratory Operations
RealTime Laboratories, Inc.

Domestic Dry Wall Study
Date of sample: April 25, 2010
Date of letter:  November 16, 2011

# REALTIME LABORATORIES, LLC
### 13016 BEE STREET, SUITE 203
### DALLAS, TEXAS 75234
CLIA #: 45D1051736   TAX ID #: 20-4158880
PHONE: 972-243-7754   FAX: 972-243-7759
WEBSITE: www.realtimelab.com   E-MAIL: mscmd@cox.net

## THIOBACILLUS REPORT FORM - ENVIRONMENTAL

**CUSTOMER:** BRINKU                **COLLECTOR:** COLIN LANDON

**LOCATION:** Brinku

**ACCESSION #:** EN0410002

**DATE OF SERVICE:** 04-26-2010      **DATE OF REPORT:** 05-20-2010

**SAMPLE TYPE:** #1 Drywall

**PROCEDURE:**

TYPE: DNA Testing - Thiobacillus

**RESULTS:**

1. Thiobacillus caldus: Not Detected.
2. Sulfobacillus thermosulfidooxidans: Not Detected.
3. Thiobacillus thiooxidans: Not Detected.
4. Thiobacillus ferrooxidans: Not Detected.
5. Leptospirillum ferrooxidans: Not Detected.

Technician's Initials: _____

*Disclaimer: "This test was developed and its performance characteristics determined by RealTime Lab. It has not been cleared or approved by the U.S. Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary. This test is used for clinical purposes. It should not be regarded as investigational or for research. This laboratory is certified under the Clinical Laboratory Improvement Amendments of 1988 (CLIA-88) as qualified to perform high complexity clinical laboratory testing."*

# REALTIME LABORATORIES, LLC
13016 BEE STREET, SUITE 203
DALLAS, TEXAS 75234
CLIA #: 45D1051736   TAX ID #: 20-4158880
PHONE: 972-243-7754   FAX: 972-243-7759
WEBSITE: www.realtimelab.com   E-MAIL: mscmd@cox.net

## THIOBACILLUS REPORT FORM - ENVIRONMENTAL

**CUSTOMER:** BRINKU   **COLLECTOR:** COLIN LANDON

**LOCATION:** Brinku

**ACCESSION #:** EN0410003

**DATE OF SERVICE:** 04-26-2010   **DATE OF REPORT:** 05-20-2010

**SAMPLE TYPE:** #2 Drywall

**PROCEDURE:**

TYPE: DNA Testing - Thiobacillus

**RESULTS:**

1. Thiobacillus caldus: Not Detected.
2. Sulfobacillus thermosulfidooxidans: Positive.
3. Thiobacillus thiooxidans: Not Detected.
4. Thiobacillus ferrooxidans: Not Detected.
5. Leptospirillum ferrooxidans: Not Detected.

Technician's Initials: _____

*Disclaimer: "This test was developed and its performance characteristics determined by RealTime Lab. It has not been cleared or approved by the U.S. Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary. This test is used for clinical purposes. It should not be regarded as investigational or for research. This laboratory is certified under the Clinical Laboratory Improvement Amendments of 1988 (CLIA-88) as qualified to perform high complexity clinical laboratory testing."*

# REALTIME LABORATORIES, LLC
### 13016 BEE STREET, SUITE 203
### DALLAS, TEXAS 75234
CLIA #: 45D1051736   TAX ID #: 20-4158880
PHONE: 972-243-7754   FAX: 972-243-7759
WEBSITE: www.realtimelab.com   E-MAIL: mscmd@cox.net

## THIOBACILLUS REPORT FORM - ENVIRONMENTAL

**CUSTOMER:** BRINKU                          **COLLECTOR:** COLIN LANDON

**LOCATION:** Brinku

**ACCESSION #:** EN0410004

**DATE OF SERVICE:** 04-26-2010                **DATE OF REPORT:** 05-20-2010

**SAMPLE TYPE:** #3 Drywall

**PROCEDURE:**

TYPE: DNA Testing - Thiobacillus

**RESULTS:**

1. Thiobacillus caldus: Not Detected.
2. Sulfobacillus thermosulfidooxidans: Positive.
3. Thiobacillus thiooxidans: Not Detected.
4. Thiobacillus ferrooxidans: Not Detected.
5. Leptospirillum ferrooxidans: Not Detected.

Technician's Initials: _____

*Disclaimer: "This test was developed and its performance characteristics determined by RealTime Lab. It has not been cleared or approved by the U.S. Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary. This test is used for clinical purposes. It should not be regarded as investigational or for research. This laboratory is certified under the Clinical Laboratory Improvement Amendments of 1988 (CLIA-88) as qualified to perform high complexity clinical laboratory testing."*

# REALTIME LABORATORIES, LLC
13016 BEE STREET, SUITE 203
DALLAS, TEXAS 75234
CLIA #: 45D1051736   TAX ID #: 20-4158880
PHONE: 972-243-7754   FAX: 972-243-7759
WEBSITE: www.realtimelab.com   E-MAIL: mscmd@cox.net

## THIOBACILLUS REPORT FORM - ENVIRONMENTAL

**CUSTOMER:** BRINKU                **COLLECTOR:** COLIN LANDON

**LOCATION:** Brinku

**ACCESSION #:** EN0410005

**DATE OF SERVICE:** 04-26-2010      **DATE OF REPORT:** 05-20-2010

**SAMPLE TYPE:** #4 Drywall

**PROCEDURE:**

TYPE: DNA Testing - Thiobacillus

**RESULTS:**

1. Thiobacillus caldus: Not Detected.
2. Sulfobacillus thermosulfidooxidans: Positive.
3. Thiobacillus thiooxidans: Positive.
4. Thiobacillus ferrooxidans: Not Detected.
5. Leptospirillum ferrooxidans: Not Detected.

Technician's Initials: _____

*Disclaimer: "This test was developed and its performance characteristics determined by RealTime Lab. It has not been cleared or approved by the U.S. Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary. This test is used for clinical purposes. It should not be regarded as investigational or for research. This laboratory is certified under the Clinical Laboratory Improvement Amendments of 1988 (CLIA-88) as qualified to perform high complexity clinical laboratory testing."*

# REALTIME LABORATORIES, LLC
### 4100 FAIRWAY DR. #600
### CARROLLTON, TEXAS  75010
CLIA #: 45D1051736    TAX ID #: 20-4158880
PHONE: 972-243-7754    FAX: 972-243-7759
WEBSITE: www.realtimelab.com    E-MAIL: info@realtimelab.com

## SULFUR REDUCING BACTERIA REPORT - ENVIRONMENTAL

**CUSTOMER:**    Cuneo, Gilbert, and LaDucca

**LOCATION:**    Brinku Home, (Specimens accepted from MIT on 4-26-2010)

**ACCESSION #:**    EN0911019, EN0911020, EN0911021, EN0911022, EN0911023

**DATE OF SERVICE:**    4-26-2010

**DATE OF REPORT:**    11/4/2011

**SAMPLE TYPE:**    Drywall from various areas in the home (See Below)

**PROCEDURE:**

SRB Panel : Culture by API-RP38,   APS ENZYME,   Corrossion Test,   RTL-pcr DNA testing

**RESULTS:**

| RTL # | Client Name | Specimen | Culture Results | APS Enzyme Results | Lab Corrossion Results | RTL DNA Results |
|---|---|---|---|---|---|---|
| EN0911019 | Control | Control (from MIT) | Neg | Neg | Neg | Neg |
| EN0911020 | Brinku Home | Unknown Area | Pos | Pos | Pos | Pos* |
| EN0911021 | Brinku Home | Unknown Area | Pos | Pos | Pos | Pos* |
| EN0911022 | Brinku Home | Unknown Area | Pos | Pos | Pos | Pos ** |
| EN0911023 | Control | Control (From Home Depot, Dallas, TX) | Neg | Neg | Neg | Neg |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

**LEGEND:**
  POS = Positive
  NEG = Negative

* DNA Results =    Positive for Sulfobacillus thermosulfidooxidans (ST) only
**DNA Results =    Positive for  ST  and    Thiobacillus  thiooxidans

Technician's Initials: _____