# EXHIBIT 21

| REALTIME LABORATORIES, LLC<br>Environmental<br>STANDARD OPERATING PROCEDURES | Document No.:<br>E10.7WW | Version No.: 1<br>Replaces |
|---|---|---|
| **APIRP38 SOB/SRB Culture Worksheet** | | Page 1 |
| | | Effective Date: December 20, 2009<br>Revised Date: |

Date Samples Processed: 9-29-11   Technician Performing Procedure: ADH/SS/SC

Project Name: Brinku

Volume APIRP38 Paper Media used: 10 (mL)  Date Culture started: 9-29-11  Days cultured: 28
Volume APIRP38 Core Media used: 10 (mL)  Date Culture started: 9-29  Days cultured: 28

1. Sample Accession Number EN0911019  Paper Media Lot#: 061011RP Expires: 12-15-11
   Core Media Lot#: 061011RC Expires: 12-15-11
2. Sample Accession Number EN0911020 20  Paper Media Lot#: 061011RP Expires: 12-15-11
   Core Media Lot#: 061011RC Expires: 12-15-11
3. Sample Accession Number EN0911021  Paper Media Lot#: 061011RP Expires: 12-15-11
   Core Media Lot#: 061011RC Expires: 12-15-11
4. Sample Accession Number EN0911022  Paper Media Lot#: 061011RP Expires: 12-15-11
   Core Media Lot#: 061011RC Expires: 12-15-11
5. Sample Accession Number EN091023  Paper Media Lot#: 061011RP Expires: 12-15-11
   Core Media Lot#: _____ Expires: _____
6. Sample Accession Number _____  Paper Media Lot#: _____ Expires: _____
   Core Media Lot#: _____ Expires: _____

**Purpose of Procedure:**
The purpose of this procedure is to describe the process of culturing drywall core and drywall paper samples utilizing ABI RP38 media. The procedure also describes the subsequent reading of the cultured samples after incubation.

**Procedure Overview:**
1. Prepare core and paper media as described in the SRB and SOB culture procedure.
2. Place 15.0 mL of core media in a 50.0 mL sterile conical tube. Add 3.0 grams of crushed dry wall utilizing sterile technique. Place the cap on the tube and incubate at 37°C. Read at 7 days and at 21-28 days (all negative results must be confirmed at 28 days). Positive is identified by turbidity.
3. Place 15.0 mL of paper media in a sterile 15 mL conical tube. Utilizing sterile technique, add 5.0 mm X 5.0 mm piece of dry wall paper to the media making sure to submerge the paper. Add iron powder to tube and overlay with mineral oil. Place the cap on the tube and incubate at 37°C. Read at 7 days and at 21-28 days (all negative results must be confirmed at 28 days). Positive is identified by Black particulate observed throughput the media. Record results below:

**Results:**
(Describe appearance of all Positive cultures at 7 and 21 days. All negatives must incubate for 28 days)

1. Result (Paper) 7 days: Neg
   Result (Core) 7 days: Neg
   Result (Paper) 21-28 days: Neg
   Result (Core) 21-28 days: Neg
2. Result (Paper) 7 days: Neg
   Result (Core) 7 days: Neg
   Result (Paper) 21-28 days: + Bl/Turb/↑GAS
   Result (Core) 21-28 days: + Bl/Turb/↑Gas
3. Result (Paper) 7 days: Neg
   Result (Core) 7 days: Neg
   Result (Paper) 21-28 days: + Bl/Turb/↑GAS
   Result (Core) 21-28 days: + Bl/Turb/↑GAS
4. Result (Paper) 7 days: Neg
   Result (Core) 7 days: Neg
   Result (Paper) 21-28 days: + Bl/Turb/↑GAS
   Result (Core) 21-28 days: + Bl/Turb/↑Gas
5. Result (Paper) 7 days: Neg
   Result (Core) 7 days: Neg
   Result (Paper) 21-28 days: Neg
   Result (Core) 21-28 days: Neg
6. Result (Paper) 7 days: _____
   Result (Core) 7 days: _____
   Result (Paper) 21-28 days: _____
   Result (Core) 21-28 days: _____

Positive Control: Black/Turb/Gas  Negative Control: Neg  Media Control: Neg
Reviewed and Approved by Director or Designee: _____  Date: 10-29-11

| REALTIME LABORATORIES, LLC<br>Environmental<br>STANDARD OPERATING PROCEDURES | Document No.:<br>E10.7YY | Version No.: 1<br>Replaces |
|---|---|---|
| Title: **Extraction/PCR Worksheet** | | Page 1<br>Effective Date: August 7, 2009<br>Revised Date: |

Sample Type: Drywall
Date Samples Extracted: 4-28-10
Date PCR Performed: 5-10-10
Project Name: Brinku DW

Type of Extraction: Drywall/QIAGEN
Technician Performing Procedure: Ext: DH
Technician Performing Procedure: SS (Embark)
Extraction Kit Lot#: _____

1. Sample Accession Number EN041002 (mit #1)  Extraction #: 1   Description: core/culture
2. Sample Accession Number EN041003 MIT #2  Extraction #: 2   Description: core/culture
3. Sample Accession Number EN041004 MIT #3  Extraction #: 3   Description: core/culture
4. Sample Accession Number EN041005 MIT #4  Extraction #: 7   Description: core/culture
5. Sample Accession Number _____  Extraction #: ___  Description: _____
6. Sample Accession Number _____  Extraction #: ___  Description: _____
   Extraction #: ___  Description: _____

Positive Control ———— Target Used: _____  Description: _____
Negative Control ———— Control Used: _____  Description: _____

**Purpose of Procedure:**
The purpose of this form is to provide a place for the recording of results related to specific sample extracted and processed with real-time PCR assays.

**Procedure Overview:**
Review specific extraction protocol and real-time PCR protocol prior to beginning extraction or PCR procedures.

**Results:**
Target Assay(s) Used: ST and A. thioxidans

1. Extraction #: ___  Results: ___  Description: ___
   Extraction #: ___  Results: ___  Description: ___
2. Extraction #: ___  Results: ___  Description: ___
   Extraction #: ___  Results: ___  Description: ___
3. Extraction #: ___  Results: ___  Description: ___
   Extraction #: ___  Results: ___  Description: ___
4. Extraction #: ___  Results: ___  Description: ___
   Extraction #: ___  Results: ___  Description: ___
5. Extraction #: ___  Results: ___  Description: ___
   Extraction #: ___  Results: ___  Description: ___
6. Extraction #: ___  Results: ___  Description: ___
   Extraction #: ___  Results: ___  Description: ___

Positive control: PASS (Passed/Failed) List Target Controls Used: ST + AT
Negative Control: PASS (Passed/Failed) No Template Control: PASS (Passed/Failed)

Reviewed and Approved by Director or Designee: _A Hooper_   Date: 12-17-11

| REALTIME LABORATORIES, LLC Environmental STANDARD OPERATING PROCEDURES | Document No.: E10.7YY | Version No.: 1 Replaces |
|---|---|---|
| Title: **Extraction/PCR Worksheet** | | Page 1 Effective Date: February 7, 2012 Revised Date: |

Sample Type: _Drywall_
Date Samples Extracted: _4-28-10_
Date PCR Performed: _5-10-10_
Project Name: _Bunker Drywall_

Type of Extraction: _Drywall / QIAGEN_
Technician Performing Procedure: _Ext: DH_
Technician Performing Procedure: _SS; Embark_
Extraction Kit Lot#: _____

1. Sample Accession Number _See Report_ *dated 4-28-10*  Extraction #: ___ Description: ___ GEO Added: ___
2. Sample Accession Number _EN0911019_*  Extraction #: ___ Description: ___ GEO Added: ___
3. Sample Accession Number _EN0911020_*  Extraction #: ___ Description: ___ GEO Added: ___
4. Sample Accession Number _EN0911021_*  Extraction #: ___ Description: ___ GEO Added: ___
5. Sample Accession Number _EN0911022_*  Extraction #: ___ Description: ___ GEO Added: ___
6. Sample Accession Number _EN0911023_*  Extraction #: ___ Description: ___ GEO Added: ___

*Positive Control ---------------- Target Used: ___ Description: ___ GEO Added: ___
**Negative Control -------------- Control Used: ___ Description: ___ GEO Added: ___
*Positive control not always extracted with each run due to the use of GEO as an internal control.
**Water or negative sample used for the negative control.

\* *Extraction from 4-28-10, See Report of 5-10-10*

**Purpose of Procedure:**
The purpose of this form is to provide a place for the recording of results related to specific sample extracted and processed with real-time PCR assays.

**Procedure Overview:**
Review specific extraction protocol and real-time PCR protocol prior to beginning extraction or PCR procedures.

**Results:**
Attach all raw data, instrument result sheets, and assay worksheets to the back of this form.
Target Assay(s) Used: _____

1. Extraction #: ___ Results: ___ Description: ___ GEO (Pass/Fail)
   Extraction #: ___ Results: ___ Description: ___ GEO (Pass/Fail)
2. Extraction #: ___ Results: ___ Description: ___ GEO (Pass/Fail)
   Extraction #: ___ Results: ___ Description: ___ GEO (Pass/Fail)
3. Extraction #: ___ Results: ___ Description: ___ GEO (Pass/Fail)
   Extraction #: ___ Results: ___ Description: ___ GEO (Pass/Fail)
4. Extraction #: ___ Results: ___ Description: ___ GEO (Pass/Fail)
   Extraction #: ___ Results: ___ Description: ___ GEO (Pass/Fail)
5. Extraction #: ___ Results: ___ Description: ___ GEO (Pass/Fail)
   Extraction #: ___ Results: ___ Description: ___ GEO (Pass/Fail)
6. Extraction #: ___ Results: ___ Description: ___ GEO (Pass/Fail)
   Extraction #: ___ Results: ___ Description: ___ GEO (Pass/Fail)

Positive control: ___ (Passed/Failed) List Target Controls Used: _____
Negative Control: ___ (Passed/Failed) No Template Control: ___ (Passed/Failed)

Reviewed and Approved by Director or Designee: _BHooper_  Date: _12-17-11_

Brinku

# Real-Time PCR Report

Extracted 4-28-10

### Thiobacillus caldus

| ID | Well | Name/ID | Sex | Ct | Ct Internal Control | Results |
|---|---|---|---|---|---|---|
| 1 | A1 | MIT #1 | ? | Undetermined | na | Not Detected |
| 2 | A2 | MIT #2 | ? | Undetermined | na | Not Detected |
| 3 | A3 | MIT #4 | ? | Undetermined | na | Not Detected |
| 4 | A4 | MIT #3 | ? | Undetermined | na | Not Detected |
| Control | A5 | Pos | ? | 28.3226 | na | Positive |

### Sulfobacillus thermosulfidooxidans

| ID | Well | Name/ID | Sex | Ct | Ct Internal Control | Results |
|---|---|---|---|---|---|---|
| 1 | A8 | MIT #1 | ? | Undetermined | na | Not Detected |
| 2 | A9 | MIT #2 | ? | 41.7641 | na | Positive |
| 3 | A10 | MIT #4 | ? | 43.2288 | na | Positive |
| 4 | A11 | MIT #3 | ? | 44.7083 | na | Positive |
| Control | A12 | Pos | ? | 37.3591 | na | Positive |

### Actinobacillus thioxidans

| ID | Well | Name/ID | Sex | Ct | Ct Internal Control | Results |
|---|---|---|---|---|---|---|
| 1 | B1 | MIT #1 | ? | Undetermined | na | Not Detected |
| 2 | B2 | MIT #2 | ? | Undetermined | na | Not Detected |
| 3 | B3 | MIT #4 | ? | 38.853 | na | Positive |
| 4 | B4 | MIT #3 | ? | Undetermined | na | Not Detected |
| Control | B5 | Pos | ? | 18.1889 | na | Positive |

### Thiobacillus ferrooxidans

| ID | Well | Name/ID | Sex | Ct | Ct Internal Control | Results |
|---|---|---|---|---|---|---|
| 1 | B8 | MIT #1 | ? | Undetermined | na | Not Detected |
| 2 | B9 | MIT #2 | ? | Undetermined | na | Not Detected |
| 3 | B10 | MIT #4 | ? | Undetermined | na | Not Detected |
| 4 | B11 | MIT #3 | ? | Undetermined | na | Not Detected |
| Control | B12 | Pos | ? | 23.4278 | na | Positive |

### Leptospirillum ferrooxidans

| ID | Well | Name/ID | Sex | Ct | Ct Internal Control | Results |
|---|---|---|---|---|---|---|
| 1 | C1 | MIT #1 | ? | Undetermined | na | Not Detected |
| 2 | C2 | MIT #2 | ? | Undetermined | na | Not Detected |
| 3 | C3 | MIT #4 | ? | Undetermined | na | Not Detected |
| 4 | C4 | MIT #3 | ? | Undetermined | na | Not Detected |
| Control | NA | Pos | ? | na | na | No Control |

PCR done: 5-10-10

# Invoice

RealTime Laboratories, LLC

13016 Bee Street, Suite 203
Dallas, TX 75234
Phone: 972-243-7754/Fax: 972-243-7759
Tax ID #: 20-4158880

| Date | Invoice # |
|---|---|
| 4/27/2010 | EN0410002 |

**Bill To**

Brinku
c/o Colin Landon
13 Audrey St, Apt B6
Cambridge, MA 02139
Phone: 801-717-0420

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 4/27/2010 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | E6000 | Thiobacillus | 180.00 | 180.00 |

**Total** $180.00

# Invoice

**RealTime Laboratories, LLC**
13016 Bee Street, Suite 203
Dallas, TX 75234
Phone: 972-243-7754/Fax: 972-243-7759
Tax ID #: 20-4158880

| Date | Invoice # |
|---|---|
| 4/27/2010 | EN0410002 |

**Bill To**
Brinku
c/o Colin Landon
13 Audrey St, Apt B6
Cambridge, MA 02139
Phone: 801-717-0420

**Ship To**

PAID

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 4/27/2010 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | E6000 | Thiobacillus | 180.00 | 180.00 |

**Total**  $180.00

HUMAN \* HUMAN \* HUMAN \* HUMAN \* HUMAN \* HUMAN \* HUMAN



RTL Accession # _____

# REALTIME LABORATORIES, LLC

13016 Bee Street, Suite 203, Dallas, TEXAS 75234 -U.S.A.- \* Ph: 972-243-7754 \* Fx: 972-243-7759
www.RealTimeLab.com   CLIA #: 45D1051736   Tax ID #: 20-4158880

## TESTING REQUISITION FORM — HUMAN SPECIMEN
TO BE COMPLETED BY PATIENT'S PHYSICIAN  \*  *PRINT REQUIRED INFORMATION*

\* Patient's Information:

\* Name Last _____
  First _____
\* Phone _____
\* Date of Birth _____  \* Sex  M or F
\* Specimen Type _____
  (urine – sputum – nasal wash – other)
\* Date specimen was Collected _____

\* Ordering Physician's Information:
\* Name  COLIN LANDON
\* Signature _____
\* Phone  801 - 717 - 0420
\* Fax    617 - 752 - 1773

Promo Code (If any) _____

| MYCOTOXIN TESTING | CODE | CULTURE | CODE |
|---|---|---|---|
| ___ Total Mycotoxin Panel (includes Ochratoxin, Aflatoxin and Tricothecene) | (E8500) | ___ Fungal Culture and Final ID | (E9000) |
| ___ Ochratoxin Group (A) | (E8501) | ___ Bacterial Culture and Final ID | (E9100) |
| ___ Aflatoxin Group (B1, B2, G1 and G2) | (E8502) | OXIDIZED LDL | |
| ___ Tricothecene Group (ELISA) | (E8503) | ___ OxLDL | (E7000) |
| ___ Other _____ | | | (____) |

### DNA TESTING
___ DNA Probe (see list of probes below) \*A one-time $125 for extraction is added to the total price   (E8600)

| Probe | Aspergillus Panel | Probe | Stachybotrys Panel | Probe | Candida Panel | Probe | Penicillium Panel |
|---|---|---|---|---|---|---|---|
| ___ | E amstelodami | ___ | S chartarum | ___ | C albicans | ___ | P aurantiogriseum |
| ___ | A flavus | ___ | S echinata | ___ | C kruseii | ___ | P chrysogenium |
| ___ | A fumigatus | | | ___ | C glabrata | ___ | P citrinum |
| ___ | E nidulans | Probe | Fusarium Panel | ___ | C tropicalis | ___ | P corylophilum |
| ___ | A niger | ___ | F solani | | | ___ | P crustosum |
| ___ | A ochraceus | | | Probe | Histoplasmosis Panel | ___ | P expansium |
| ___ | A parasiticus | | | ___ | H capsulata | ___ | P fellutanum |
| ___ | A sydowii | | | | | ___ | P roquefortii |
| ___ | A ustus | | | | | ___ | P simplisticum |
| ___ | A versicolor | X | T. FERROOXIDANS | | | ___ | P verrucosum |

### REALTIME LAB
Rec'd @ RTL  Date _____  Time _____ A/P  Via: USPS / FedEx / Other _____
Requisition Complete: Y / N   Payment: CC / Check / MO / Dr's Office / Other _____
Notes regarding specimen: _____

RTL Personnel _____  RTL Accession # _____

RealTime Laboratories, LLC *does not* bill *any* insurance and *does not* bill Medicare

| REALTIME LABORATORIES, LLC<br>Environmental<br>STANDARD OPERATING PROCEDURES | Document No.:<br>E10.7XX | Version No.: 1<br>Replaces |
|---|---|---|
| Title:<br>**SOB/SRB Corrosion Worksheet** | | Page 1<br>Effective Date: January 1, 2011<br>Revised Date: |

Date Samples Processed: 9-29-11
Project Name: Bunker Home
Technician Performing Procedure: DH

1. Sample Accession Number EN0911019
2. Sample Accession Number EN0911020
3. Sample Accession Number EN0911021
4. Sample Accession Number EN0911022
5. Sample Accession Number EN0911023
6. Sample Accession Number _____

**Purpose of Procedure:**
The purpose of this procedure is to describe the process of testing drywall core and drywall paper for corrosive properties. The procedure also describes the subsequent reading of the corrosion tests after incubation.

**Procedure Overview:**
1. Take a 3 inch piece of Copper wire and place in the hood and irradiate with ultraviolet light for 20 minutes to provide for sterilization.
2. Place the sterilized copper wire in a sterile biohazard bag.
3. Take 3.0 grams of drywall and a 5.0mm X 5.0mm piece of drywall paper and place in a sterile biohazard bag making sure to use sterile technique.
4. Pipette 0.5 mL of sterile molecular grade water into the sterile biohazard bag.
5. Remove excess air from the bag and seal the biohazard bag.
6. Repeat this for each drywall sample and a positive control and negative control.
7. Incubate the biohazard bag containing the copper and drywall at 37°C for 21-28 days.
8. Read results at 7 days and 21-28 days (all negative results must be confirmed at 28 days). A positive result will appear dark and corroded. Record results below:

**Results:**
(Describe appearance of copper wire at 7 and 21 days. All negatives must incubate for 21 days)

1. Result 7 days: Neg
   Result 21-28 days: Neg
2. Result 7 days: Neg
   Result 21-28 days: Pos ⊕ corr.
3. Result 7 days: Neg
   Result 21-28 days: ⊕ corr.
4. Result 7 days: Neg
   Result 21-28 days: ⊕ corr.
5. Result 7 days: Neg
   Result 21-28 days: Neg
6. Result 7 days: _____
   Result 21-28 days: _____

Positive Control: ⊕ corr.    Negative Control: Neg

Reviewed and Approved by Director or Designee: DHooper    Date: 11-5-11