# EXHIBIT 27

# Mark Cramer Inspection Services, Inc.



492 Twentieth Avenue, Indian Rocks Beach, FL 34635-2970

☎ (727) 595-4211  Fax (866) 865-9076

Member #12085
American Society of Home Inspectors®
Florida Licensed Home Inspector #HI69
Florida Licensed Contractor #CRC042482

# Building Inspection Report

Prepared For:   Mr. Thomas Ayala

Morgan, Lewis & Bockius LLP

1701 Market St.

Philadelphia, PA  19103

Report Number:  121011A

Inspection Date: 9/6/11

## Property Information

Address: 18891 River Estates Lane, Alva FL  33920

Approximate Age or Year Built:    2004

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

# Introduction

## PURPOSE AND SCOPE

This purpose of the inspection and report was to investigate a claim that corrosion of metals in the home was caused by drywall manufactured by National Gypsum Company.

We inspected the home for evidence of the presence of Corrosive Drywall using criteria published by the State of Florida Division of Environmental Health and the Consumer Product Safety Commission. (Attached.)

During previous inspections samples were taken of drywall manufactured by National Gypsum Company and analyzed by a laboratory. We took samples of metals and scrapings from metals and had them analyzed by a metallurgist and a laboratory. We took samples of air and water and had them analyzed by a laboratory. We screened all the drywall for Strontium levels using a portable X-Ray Fluorescence Spectrometer. We measured Hydrogen Sulfide levels in the indoor air using a hand held meter. We sampled water and measured sulfide levels in the water and soil gases in the ground.

## INSPECTION TEAM

Jack Walker, Director of Quality Services, National Gypsum Company.

Zeke He, Ph.D., P.E., Environmental Engineer, HSA Engineers & Scientists.

Richard Lewis, Ph.D., P.E., Civil and Environmental Engineer, HSA Engineers & Scientists

Shannon Tucker, HSA Engineers & Scientists

Robert Odle, Ph.D., Corrosion Engineer, Metallurgical Viability, Inc.

Mark Cramer, Home Inspector & Contractor, Mark Cramer Inspection Services, Inc.

Cliff Hardt, Electrician – Mr. Electric, Cape Coral

## OBSERVERS

Leslie Kroeger, attorney for Brincku

Mr. and Mrs. George Brincku

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

# CONDITIONS DURING INSPECTION

The weather was warm and sunny, with heavy rain fall during the latter portion of the inspection.

The outdoor temperature during the inspection was about 76 degrees F.

Relative humidity in the home was about 63% at 76 degrees F. The home is unoccupied and has not been air conditioned since the spring of 2009 (according to Mr. Brincknu.)

The soil was dry in the beginning, then water saturated during the latter part of the inspection after rainfall.

# SUBJECT PROPERTY



The subject property is a two story home. The lower floor is masonry construction. The second story is wood frame. The home is sided with vinyl siding. The setting is rural. Potable water is supplied by a well.

The HVAC system consists of two central systems with air handlers located inside the living space on the second floor.

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

Plumbing supply piping is CPVC plastic.

Water is supplied from a well. An aerator tank is present at the well equipment. (Aerators are installed to remove objectionable sulfur gases from the water.)

A detached barn/shed structure is located near the house.



## General Observations

The house is currently unoccupied. Mr. Brincku reported that they moved out of the house in the early part of 2009 and that no air conditioning has been running since that time.

Drywall inside the home had been previously removed in numerous locations in each room for sampling and testing.

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

## Corrosive Drywall Visual Observations

We inspected the home for evidence of the presence of Chinese Drywall using criteria published by the State of Florida Division of Environmental Health (*Case Definition (12-18-09) for Drywall Associated Corrosion in Residences*) and the Consumer Product Safety Commission (*Interim Guidance – Identification of Homes with Corrosion from Problem Drywall by the Consumer Product Safety Commission and the Department of Housing and Urban Development January 28, 2010*).

The following are sentinel indicators that the home *may* have corrosion associated with drywall. (Note that sources other than drywall can cause corrosion.)

> Sentinel indicator #1: The home was constructed or renovated with new drywall since 2001.

This indicator is positive.

> Sentinel indicator #2: Black corrosion is present on copper tubing inside the air handler at the evaporator coil.

Corrosion is present on the evaporator coils in the air handlers and on a removed coil left near the air handler after replacement. The corrosion is similar to the black corrosion that's typically found in homes with corrosive drywall.



Corroded copper coils on removed evaporator coil.

18891 River Estates Lane, Alva  9/6/11        Page 5 of 64

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

We sampled and photographed copper wires at locations on the first and second floors of the home and in the detached barn/shed structure. Sampling locations are shown below.



Metal Sampling Locations
Alva - First Floor

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.



Alva - Second Floor    Metal Sampling Locations

Front Side

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

Sentinel indicator #3. Black corrosion is present at bare copper wiring at electrical equipment such as receptacles.

This indicator is partially positive. Some corrosion was observed on bare copper grounding wires at receptacles; however some areas of the wires were not corroded and some had light corrosion. This is atypical for home with corrosive drywall, where typically, the bare copper wires at receptacles are heavily corroded as they are in close proximity to cut edges of drywall around each receptacle or switch box.

This photo (NOT from subject property) shows typical corrosion of copper wiring at a receptacle in a home with corrosive drywall. Note extreme dark corrosion coating entire surface of exposed copper wire.

No corrosion of this degree was found at wiring at the subject property except at one switch in the master bathroom (location #51 shown below.)



Location #1: Bare copper in detached carport/shed electrical panel.

No corrosion is evident.

(This building had drywall on the walls that was reportedly removed by the owner.)



18891 River Estates Lane, Alva  9/6/11        Page 8 of 64

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

Location #2: Switch box in carport/shed: Little or no corrosion is evident. Drywall has been removed from this wall (by the owner.)





National Gypsum drywall removed from shed walls by owner.

18891 River Estates Lane, Alva  9/6/11

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

Location #3: Main electrical panel in attached garage. Little or no corrosion was found on bare copper wiring.





This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

Location #4: Water heater in garage. No corrosion was found on exposed bare copper ground wire or on metal TPR valve on top of water heater.



Location #5: Garage network wiring box. No corrosion on copper wire.

