# EXHIBIT 27

# PART 5

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #45: B/R #1: Bare copper ground wires darkened.



Location #46 B/R#1: Light corrosion on bare copper ground wire.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

Location #47 Master bedroom: Moderate corrosion on bare copper ground wire.



Location #48 Master bedroom: Light to moderate darkening of bare copper ground wire.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #49 Master bedroom: Light to moderate darkening of bare copper ground wire.



Location #50 Master bathroom: Light to moderate corrosion on bare copper ground wire.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #51 Master bathroom: Heavy black corrosion on copper ground wire. This is the heaviest corrosion found on wiring at any location.



Location #52 Master bathroom: Light to moderate corrosion on bare copper ground wire.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

FL DOEH Criteria (continued):

- Corrosion is present at other metal components such as chrome plated plumbing fixtures, jewelry, door hardware or mirror backings.

Hinge in den. No corrosion.



Front door hardware. No corrosion.



18891 River Estates Lane, Alva   9/6/11      Page 34 of 64

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Front door bumper. No corrosion.



The heaviest corrosion was found at areas near sources of water, such as the laundry room, inside toilet tanks, near the aerator tank and at bathroom fixtures. No significant corrosion was found in the shed structure, which had drywall on the walls, but has no source of water.

Downstairs bathroom toilet tank : Very heavy corrosion on metal components exposed to water inside toilet tank.



18891 River Estates Lane, Alva  9/6/11     Page 35 of 64