# EXHIBIT 28

THOMAS W. EAGAR, Sc.D., P.E.
ROOM 4-136
MASSACHUSETTS INSTITUTE OF TECHNOLOGY
CAMBRIDGE, MA 02139-4307
617-253-3229
FAX 617-252-1773

February 12, 2009

Mr. George Brincku
18891 River Estates Lane
Alva, Florida 33920

RE:        Corroded Metal

Dear Mr. Brincku,

At your request, I have investigated the cause of the black tarnish on copper, brass and silver metals in your home. Specifically, it was requested that we determine what elements are in the black tarnish and the probable source of the corrodant.

My investigation has included review of the following:

1.      Photographs of corroded metal in your home.

2.      Scanning Electron Mixcroscopy (SEM) and Energy Dispersive Spectroscopy (EDS), as well as Fourier Transform Infrared Spectroscopy (FTIR) of the wallboard in your home as well as exemplar wallboard.

Based upon this investigation, and my experience and education, I have made the following observations and I have formed the following opinions based upon a reasonable degree of engineering certainty.

1.      EDS chemical analysis of the tarnish on a U.S. one cent piece (which reportedly had been placed in the wallboard for several days) and a tarnished brass corner from a jewelry box in your home indicated that the tarnish is due to a sulfur compound. It is well known that sulfur oxides in contaminated industrial atmospheres will tarnish copper, brass and silver.

2.      Photographs of tarnished bracelets, copper electrical wiring, copper water pipe and condenser piping in your home are each consistent with a sulfurous gas present in the atmosphere of your home. The presence of green verdigris on some of the plumbing suggests that the gases may be creating an acidic condition. This is also suggested by the high levels of carbon on the one cent piece and the jewelry box hardware. The elevated carbon may be due to formation of carbonates in an acidic sulfurous environment.



EXHIBIT
Myatt 7
ED 2/22/10

EXHIBIT
G-G.Brincku
1/23/12

Mr. George Brincku
February 12, 2009
Page Two

3.   Blackening of the kraft paper backing on insulation in contact with metal wiring or piping is also consistent with an acidic sulfurous gas.

4.   The SEM, EDS and FTIR analysis of the wallboard in your home indicates a composition of half gypsum (calcium sulfate) and half cellulose. By contrast, exemplar wallboard is 100% gypsum.

5.   In our experience cellulose, sulfates and moisture when combined, react to form sulfurous acids. These acids act as a catalyst causing further decomposition of the cellulose, releasing more moisture, producing more acid and continuing the reaction.

6.   A review of recent news reports from southwest Florida indicates that drywall produced in China has released sulfurous gas, causing tarnishing of metals, electrical problems and odors similar to the experience at your home.

It is my opinion that the mixture of gypsum and cellulose from the drywall in your home combined with the normally humid atmosphere in Florida is releasing sulfurous gases causing corrosion of copper, brass and silver in your home. The sulfurous gases plus the humidity are also decomposing other cellulose products, such as the kraft paper backing on your insulation.

The only solution is removal of the drywall. In addition, the electrical system must be inspected and possibly replaced. The sulfurous gases have accelerated the corrosion of the wiring by ten-fold or more, resulting in potential fire hazards due to resistive connections. Stated more simply, the four year old wiring in your home is tarnished as if it were 40 years old.

In my opinion, the drywall is a defective product. You should seek relief by warranties for unmerchantable product.

Sincerely yours,

Professor Thomas W. Eagar                    Dr. Harold Larson

jh

2

THOMAS W. EAGAR, SC.D., P.E.
ROOM 4-136
MASSACHUSETTS INSTITUTE OF TECHNOLOGY
CAMBRIDGE, MA 02139-4307

Mr. George Brincku
P. O. Box 61
Alva, Florida   33920

3

IDI 090812CBB1950   Exh #7   Page 3 of 20

Brincku-519



4





5









7





8





*9*



*10*



Spectrum: Br01-1

| Elt. | Line | Intensity (c/s) | Error 2-sig | Atomic % | Conc | | Error 2-sig | |
|------|------|------|------|------|------|------|------|------|
| C | Ka | 10.57 | 0.650 | 40.838 | 14.416 | wt.% | 0.887 | |
| O | Ka | 14.25 | 0.755 | 8.669 | 4.077 | wt.% | 0.216 | |
| S | Ka | 255.14 | 3.195 | 13.834 | 13.039 | wt.% | 0.163 | |
| Cu | Ka | 401.37 | 4.007 | 36.658 | 68.468 | wt.% | 0.684 | |
| | | | | 100.000 | 100.000 | | Total | |

KV                   20.0
Takeoff Angle        35.0°
Elapsed Livetime     100.0

IDI 090812CBB1950   Exh #7   Page 11 of 20   Brincku-527



Spectrum: Br02-1

Window 0.005 - 40.955=

Cursor=
Vert=2102

| Elt. | Line | Intensity (c/s) | Error 2-sig | Atomic % | Conc | | Error 2-sig | |
|------|------|-----------------|-------------|----------|--------|---|-------------|---|
| C  | Ka | 24.83  | 0.997 | 54.903 | 31.518 | wt.% | 1.265 | |
| O  | Ka | 43.79  | 1.324 | 24.047 | 18.389 | wt.% | 0.556 | |
| Si | Ka | 25.23  | 1.005 | 1.118  | 1.501  | wt.% | 0.060 | |
| S  | Ka | 219.78 | 2.965 | 7.673  | 11.760 | wt.% | 0.159 | |
| Ca | Ka | 21.65  | 0.931 | 0.664  | 1.272  | wt.% | 0.055 | |
| Cu | Ka | 115.00 | 2.145 | 7.709  | 23.414 | wt.% | 0.437 | |
| Zn | Ka | 48.64  | 1.395 | 3.886  | 12.146 | wt.% | 0.348 | |
| | | | | 100.000 | 100.000 | wt.% | Total | |

kV                20.0
Takeoff Angle     35.0°
Elapsed Livetime  100.0

IDI 090812CBB1950     Exh #7   Page 12 of 20     Brincku 528

12



Spectrum: Br06-1

| Elt. | Line | Intensity (c/s) | Error 2-sig | Atomic % | Conc | | Error 2-sig |
|------|------|-----------------|-------------|----------|------|------|-------------|
| C    | Ka   | 4.57            | 0.428       | 73.605   | 60.904 | wt.% | 5.696 |
| O    | Ka   | 1.22            | 0.221       | 18.987   | 20.928 | wt.% | 3.789 |
| Si   | Ka   | 0.21            | 0.091       | 0.097    | 0.187 | wt.% | 0.082 |
| S    | Ka   | 9.40            | 0.613       | 4.000    | 8.836 | wt.% | 0.576 |
| Ca   | Ka   | 7.51            | 0.548       | 3.312    | 9.145 | wt.% | 0.668 |
|      |      |                 |             | 100.000  | 100.000 | wt.% Total | |

kV                20.0
Takeoff Angle     35.0°
Elapsed Livetime  100.0



Spectrum: Br06-2

| Elt. | Line | Intensity (c/s) | Error 2-sig | Atomic % | Conc | | Error 2-sig |
|------|------|------|------|------|------|------|------|
| C | Ka | 5.20 | 0.456 | 71.961 | 58.963 | wt.% | 5.170 |
| O | Ka | 1.50 | 0.245 | 20.352 | 22.213 | wt.% | 3.627 |
| Si | Ka | 0.28 | 0.105 | 0.115 | 0.220 | wt.% | 0.084 |
| S | Ka | 10.24 | 0.640 | 3.844 | 8.410 | wt.% | 0.526 |
| Ca | Ka | 9.61 | 0.620 | 3.729 | 10.194 | wt.% | 0.658 |
| | | | | 100.000 | 100.000 | wt.% | Total |

kV                20.0
Takeoff Angle     35.0°
Elapsed Livetime  100.0

Window 0.005 - 40.955=

Cursor= Vert=86

Cnts

IDI 09081 2CBB1950   Exh #7   Page 14 of 20

Brincku-530



Brincku-531





Spectrum: DMW1-1

| Elt. | Line | Intensity (c/s) | Error 2-sig | Atomic % | Conc | | Error 2-sig |
|------|------|-----------------|-------------|----------|------|---|-------------|
| O | Ka | 91.45 | 1.913 | 68.353 | 49.012 | wt.% | 1.025 |
| S | Ka | 561.03 | 4.737 | 16.310 | 23.439 | wt.% | 0.198 |
| Ca | Ka | 501.69 | 4.480 | 15.337 | 27.548 | wt.% | 0.246 |
| | | | | 100.000 | 100.000 | wt.% Total | |

kV                    20.0
Takeoff Angle         35.0°
Elapsed Livetime      100.0

Brincku-533





FTIR Search Results

Analytical Answers, Inc.

ZM #10: Gypsum, calcium sulfate dihydrate

58792 Larsen - Wallboard, Brown Fiber



*FTIR Spectrum*

*Analytical Answers, Inc.*

| Name | |
|---|---|
| 58792 Larsen - Wallboard, Brown Fiber | |

2/2



THOMAS W. EAGAR, Sc.D., P.E.
ROOM 4-136
MASSACHUSETTS INSTITUTE OF TECHNOLOGY
CAMBRIDGE, MA 02139-4307
617-253-3229
FAX 617-252-1773

June 5, 2009

Mr. George Brincku
18891 River Estates Lane
Alva, Florida 33920

RE:        Sulfidation of Copper by Wallboard from Your Home

Dear Mr. Brincku,

Since my prior letter to you in February, I have continued to investigate the cause of the
sulfidation of metals in your home. In my prior report, I noted that there was
considerable cellulose mixed with the gypsum in your wallboard, whereas a sample of
exemplar wallboard had no cellulose. Your research provided several references
including patents and commercial literature indicating that wallboard recycling became
commercialized in your region of the country at the same time that your home was built.
My own investigation of the literature confirms that the recycling methods introduce 10
to 30 percent cellulose into the gypsum core of the recycled product.

With this information, over the past month, we have developed an accelerated test to
determine whether wallboard will cause sulfidation of copper as we reported in February
on samples removed from your home. This test consists of placing a clean copper wire
(99.9 percent pure) above a sample of wallboard which had been moistened with water.
This was then placed in an incubator at 53°C (±5°C) for several days. The copper
samples treated in this manner exhibited noticeable tarnish; however, analysis of the
tarnish indicates that it may be either copper oxide or copper sulfide. The tarnish
composition can be distinguished by use of energy dispersive x-ray analysis in a scanning
electron microscope.

The initial results indicate that copper wires exposed to wallboard from your house
contain tarnish after three days exposure that has ten times as much sulfur over a 10 to 50
times larger area as compared to similar wires exposed to older, non cellulose containing
(non-recycled) wallboard.

Although these tests are preliminary, they do demonstrate a hundred fold greater rate of
sulfidation of copper wires exposed to your wallboard as compared to exemplar
wallboard. In my opinion, the wallboard in your home is not fit for its intended purpose.
The sulfidation of copper wiring creates an unreasonable danger of a fire hazard.

Sincerely yours,

*Thomas W. Eagar*

Thomas W. Eagar

EXHIBIT
B-G-Brincku
1/23/12

THOMAS W. EAGAR, Sc.D., P.E.
ROOM 4-136
MASSACHUSETTS INSTITUTE OF TECHNOLOGY
CAMBRIDGE, MA 02139-4307
617-253-3229
FAX 617-252-1773

November 2, 2009

Mr. George Brincku
18891 River Estates Lane
Alva, Florida 33920

RE:          Corrosive Drywall

Dear Mr. Brincku,

Last January, you contacted me asking for assistance in determining why copper and silver objects in your home were showing green and black corrosion. You indicated that you believed that the drywall in your home was the cause of the problem. I agreed to analyze both some corroded metal parts and some of the drywall. In a letter which I sent to you in February, we confirmed that the corrosion product on the copper is copper sulfide. We also found that the drywall contained substantial amounts of cellulose fiber.

Through your investigation it was learned that increasing amounts of recycled wallboard have been produced both in the United States and abroad. This recycled wallboard sometimes uses "synthetic" gypsum from industrial waste streams such as gas scrubbers. In addition, your studies have indicated that some factories for recycled wallboard are using waste water rather than potable water.

In May, I performed some tests using pure gypsum with moisture, chlorides and cellulose. We found the growth of copper sulfide on copper wires was rapid when all four components (gypsum, water, chlorides and cellulose) were present.

At the end of the summer, we tested a sample of wallboard purchased from a hardware/home center in Massachusetts and a piece of wallboard from your home for the presence of chloride using ion chromatography. The Massachusetts control sample had less than one part per million (ppm) chloride, while the wallboard from your home contained 378 ppm total chloride. We repeated these tests for total chloride on nine additional wallboard samples, eight of which came from Florida. The nine samples included wallboard from existing homes as well as wallboard which had never been installed. Some samples came from Chinese wallboard manufacturers, while some came with labels from North American suppliers. The origin of the wallboard with these North American supplier labels is unknown; this wallboard may or may not have been manufactured in China.

EXHIBIT
9-G. Brincku
1/23/12

Brincku-893

TABLE 1

TOTAL CHLORIDE IN WALLBOARD SAMPLES BY
ION CHROMATOGRAPHY,
PARTS PER MILLION CHLORIDE

| SAMPLE | TOTAL CHLORIDE |
|---|---|
| Massachusetts Control | <1 |
| Brincku Home | 378 |
| #1 | 223 |
| #2 | 1338 |
| #3 | 935 |
| #4 | 1552 |
| #5 | 937 |
| #6 | 439 |
| #7 | 584 |
| #8 | 739 |
| #9 | 190 |

Brincku-894



A Subsidiary of THE MMR GROUP, INC.

# Massachusetts Materials Research, Inc.

P.O. BOX 810 • 1500 CENTURY DRIVE • WEST BOYLSTON, MA 01583 • TEL. 508-835-6262 • FAX 508-835-9025

ANALYTICAL REPORT

Harold R. Larson, ScD
77 Mass Ave    Room 4-049
Massachusetts Institute of Technology
Cambridge, MA  02139

**ATTENTION:** Harold Larson

| | |
|---|---|
| **DATE:** | September 18, 2009 |
| **P.O. NO.:** | Letter |
| **MMR NO.:** | 75127 |
| **MMR ID#:** | 1 |
| **PAGE #:** | 1 of 1 |

<u>SAMPLE IDENTIFICATION</u>    GB-1, Drywall Sample

<u>CHEMISTRY</u>

| <u>Element</u> | <u>Composition (PPM)</u> |
|---|---|
| Total Chlorides* | 378 |

*Sample prepared using Parr Oxygen Bomb method to achieve "Total" Chloride.

MASSACHUSETTS MATERIALS RESEARCH, INC.

Jianjian Cai
Chief Chemist

The recording of false, fictitious or fraudulent statements or entries on the certificate may bo punishable as a felony under federal law.

Chemical analysis performed by Inductively Coupled Plasma/Optical Emission Spectrometer. Carbon, sulfur, nitrogen, hydrogen and oxygen performed by Leco Combustion. Mechanical and metallurgical testing performed per MMR Procedures.

The results reported above apply only to the test sample(s) provided.
This report shall not be reproduced, except in full, without written approval of MMR.

Accredited
*Nadcap*
Brinell+BBS Testing Laboratory
ISO/IEC 17025



A Subsidiary of THE MMR GROUP, INC.

# Massachusetts Materials Research, inc.

P.O. BOX 810 • 1500 CENTURY DRIVE • WEST BOYLSTON, MA 01583 • TEL. 508-835-6262 • FAX 508-835-9025

## ANALYTICAL REPORT

Harold R. Larson, ScD
77 Mass Ave    Room 4-049
Massachusetts Institute of Technology
Cambridge, MA  02139

**ATTENTION:**  Harold Larson

| | |
|---|---|
| **DATE:** | September 18, 2009 |
| **P.O. NO.:** | Letter |
| **MMR NO.:** | 75127 |
| **MMR ID#:** | 2 |
| **PAGE #:** | 1 of 1 |

**SAMPLE IDENTIFICATION**    HD-1, Drywall Sample

CHEMISTRY

| Element | Composition (PPM) |
|---|---|
| Total Chlorides* | <1 |

*Sample prepared using Parr Oxygen Bomb method to achieve "Total" Chloride.

MASSACHUSETTS MATERIALS RESEARCH, INC.

Jianjian Cai
Chief Chemist

The recording of false, fictitious or fraudulent statements or entries on the certificate may be punishable as a felony under federal law.

Chemical analysis performed by Inductively Coupled Plasma/Optical Emission Spectrometer. Carbon, sulfur, nitrogen, hydrogen and oxygen performed by Leco Combustion. Mechanical and metallurgical testing performed per MMR Procedures.

The results reported above apply only to the test sample(s) provided.
This report shall not be reproduced, except in full, without written approval of MMR.

Accredited
Nadcap
Brinell Testing Laboratory
ISO/IEC 17025