# EXHIBIT "A-2"

1    A.    I wasn't at the plant when it was made.
2    Q.    Okay.  You smelled it after it was -- it had gone
3 to market?
4    A.    Yes.
5    Q.    And is it your understanding that the -- it was
6 determined that the cause of the smell was something that
7 occurred during the production process?
8         MR. AYALA:  Objection.  Lack of personal
9     knowledge, lack of foundation.
10   A.    I don't know exactly what caused all that.  It
11 was just something we discussed as -- in the quality
12 department.  You know, "Make sure that this doesn't happen
13 at your plant" type things is what we -- is what was sent
14 out corporate-wide.  "Watch out for this.  This happened at
15 this plant.  Make sure you are using the Busan to treat your
16 pulp for shutdowns."  And that was the general information
17 that is delivered regarding that.
18   Q.    Okay.  So -- again, as follow-up, but did you
19 from that take that this was a spell that was developed
20 during the production process?
21        MR. AYALA:  Objection.  Lack of foundation and
22    lack of personal knowledge.
23   A.    It's one of those things that I smelled the
24 board, and I asked the guy there, you know, "When did this
25 happen and why didn't it smell to begin with?"  And he

```
 1   wasn't able to -- he wasn't there at the time, so he
 2   couldn't tell me.
 3        Q.   But internally you discussed that this was
 4   something that occurred during the process of production in
 5   the pulp?
 6        A.   Right.  And we had one of our general staff
 7   meetings that we normally have, and we talked about it.  We
 8   talked about the issue that happened at Long Beach and
 9   making sure we are using Busan, and we are, and making sure
10   we are on top of it.  That's what came out from that.
11        Q.   And the concern was that if the Bu -- if the pulp
12   wasn't treated properly with Busan, that this might be a
13   problem that could develop; correct?
14        A.   Yeah.  Basically as long as you follow your
15   correct shutdown procedures, this type of event won't
16   happen.  But you have -- you know, that's why you have
17   checks and balances like that.
18        Q.   Okay.  Do you know what Busan does?
19             MR. AYALA:  Objection.
20        A.   The only thing I know is from our literature
21   regarding Busan, is that it inhibits the putrefaction of
22   pulp.  How it does that?  I don't have expertise in that
23   area.
24        Q.   Okay.  All right.  Do you know if it acts as a
25   biocide?
```

1    MR. AYALA:  Objection.  Calls for expert
2  testimony.
3    A.   Again, I'm going to refer back to this is what
4  our -- the only thing I know about it is what it says in our
5  specification, and I think it calls it microbicide or
6  something like that.
7  BY MR. LANDSKRONER:
8    Q.   You indicated that there was circumstances where
9  certain additives that you used didn't perform as expected.
10 Did you ever have a problem with the use of Busan where it
11 didn't perform as expected?
12   A.   No, not that I can recall.
13   Q.   Okay.  How long had -- has Busan been used in the
14 Apollo Beach production process?
15   A.   Since I have been there.
16   Q.   Since 2001, since it opened?
17   A.   Yeah.
18   Q.   Okay.  And do you know the type of product of
19 Busan that was being used?
20   A.   Oh, goodness.  You know, it's "Busan," and then
21 there is four numbers after it.  Like "Busan 1009" or 1004.
22 And there was a version back then, and I really couldn't
23 tell you what number it was then.
24   Q.   Do you know if Apollo Beach ever -- or National
25 Gypsum on a regional basis ever had to change the type of

1        irrelevant.
2        A.   Would I consider Florida a humid environment?
3   BY MR. LANDSKRONER:
4        Q.   Yeah.
5        A.   Yes, I would.
6        Q.   Is that something that you take into
7   consideration in the manufacture of drywall at the Apollo
8   Beach plant?
9        A.   The climate of most of our manufacturing plants
10  is not something we take into consideration when we are
11  making the board.  We still -- we know and understand the
12  board is going to be put in harsh environments, and we make
13  it to that extent.
14       Q.   Okay.
15       A.   And if you live in an especially humid
16  environment, we have other products that will help you out.
17       Q.   And you indicated that the board is made to --
18  for harsh climates.  Is it also understood that National
19  Gypsum drywall is going to be used in the building -- be
20  used in rooms like bathrooms, laundry rooms, and areas where
21  there might be higher humidity present?
22            MR. AYALA:  Just hold on.  Just objection to
23       form, because we are talking about drywall like it's a
24       monolith, and there are lots of different lines of
25       products.

1  additional treatment or otherwise.  It's ready to be
2  installed as it ships out of the plant.
3          MR. AYALA:  Objection to form.
4     A.   As far as ready to be installed, I guess, yes.
5  BY MR. LANDSKRONER:
6     Q.   Yeah.  I mean, other than I would say --
7     A.   Shipping it there and hanging it there and
8  getting it up there.
9     Q.   Right.  But in terms of the product itself, to
10 put the drywall on the wall as it comes off the plant and
11 it's shipped, it's ready to be installed on the wall.
12 Nothing further needs to be done to it?
13    A.   Correct.
14    Q.   Are there any particular warnings that National
15 Gypsum provides to end users about any inherent risks
16 associated with use of its drywall?
17         MR. AYALA:  Objection to form and lack of
18     foundation.  Again, asking a quality manager to speak
19     on behalf of the whole company.  I mean, he works at
20     one single plant.
21    A.   We do have literature for our material safety
22 data sheet and our gypsum wall board.
23 BY MR. LANDSKRONER:
24    Q.   Uh-huh (indicating affirmatively).
25    A.   And that's where I would refer to somebody of any

```
 1   might be sitting in a bathroom, that -- are you aware of any
 2   types of synergistic effect that the drywall combined with
 3   something else would create where there might be a danger?
 4           MR. AYALA:  Hold on.  Objection.  It calls for
 5       expert testimony beyond the qualifications of this
 6       witness.  He hasn't been designated as an expert in
 7       this case.
 8       A.  I am not aware of anything that would -- sounds
 9   like what you are saying would mix and have a violent
10   reaction.
11  BY MR. LANDSKRONER:
12       Q.  Right.  Okay.  Jumping back to the smelly-board
13   issue, is it fair to say that finished National Gypsum board
14   is not supposed to give off an odor that's made in accord
15   with industry standards?
16           MR. AYALA:  Objection.  Form.
17       A.  Yes, that would be fair to say.
18  BY MR. LANDSKRONER:
19       Q.  Is smelly board considered by National Gypsum to
20   be a product defect?
21           MR. AYALA:  Objection.  Lack of foundation.
22       Beyond the scope of this witness's responsibility.
23       A.  It is such an infrequent problem that it doesn't
24   show up on our quality statistics, and each instance would
25   be handled individually by the quality director.
```

```
 1  BY MR. LANDSKRONER:
 2      Q.  Okay.  And as the quality director at Apollo
 3  Beach, if you --
 4      A.  I wouldn't -- quality director from
 5  corporate-wide.
 6      Q.  Corporate.  Okay.
 7      A.  Yeah.
 8      Q.  But as the regional quality director, would you
 9  consider smelly board to be a defective product?
10          MR. AYALA:  Object.
11      A.  Yes, I would consider that to be a problem.
12  BY MR. LANDSKRONER:
13      Q.  And as a quality manager, would you take it as
14  your responsibility to identify the cause of a smelly board
15  in production and correct it?
16          MR. AYALA:  Okay.  Hold on.  Objection to form.
17      It calls for an improper hypothetical and assumes
18      facts not in evidence.
19      A.  Would you mind repeating that, please.
20  BY MR. LANDSKRONER:
21      Q.  Sure.  As the quality assurance manager, would
22  you take it upon yourself to eliminate -- to identify any
23  cause of smelly board and then eliminate it from the
24  production process?
25          MR. AYALA:  Same objection.  You can answer.
```

1    A.    Are you asking about the constituents of the pulp
2  water?
3    Q.    Yeah.
4    A.    The constituents of the pulp water will vary
5  depending on product.
6    Q.    Okay. And can you tell me -- or give me some
7  examples of how that particular constituency would change
8  based on the product?
9    A.    I can give you some for examples.
10   Q.    Please.
11   A.    The use of starch is very critical for board
12 making, and some products require more starch. So those
13 products will have more of the -- more starch added to them.
14   Q.    Okay. Water, starch. Anything else that is put
15 into the pulp stream?
16   A.    Paper, sometimes potash. I will say sometimes
17 paper because paper is not always used also, depending on
18 products. All these are going to be depending on products.
19   Q.    Okay.
20   A.    Dextrose, boric acid. That's basically it for
21 the pulp.
22   Q.    Okay. What is the water source for the water
23 used at Apollo Beach?
24   A.    Apollo Beach plant uses reclaimed water provided
25 by Hillsborough County.

```
 1  is "smelly board" we were discussing earlier.  It references
 2  a problem at Long Beach.  Was that the problem we were
 3  discussing earlier today that you were familiar with?
 4       A.   Yes, that's correct.
 5       Q.   Okay.  It appears to indicate that the problem
 6  that was in Long Beach was -- as a result of lab analysis
 7  was determined to be caused by valeric acid.  Do you have
 8  any recollection of any discussions internally about valeric
 9  acid problems that had developed at certain plants?
10            MR. AYALA:  Objection.  Asked and answered.
11       A.   No, I'm not aware.
12  BY MR. LANDSKRONER:
13       Q.   Okay.  The last sentence of the first paragraph
14  says "We believe the last is what happened at LGB" -- assume
15  Long Beach -- "in the beater or chest."
16            Do you know what that refers to?
17       A.   That terminology is used in our manufacturing
18  plants to refer to the hydro pulper as the "beater."
19       Q.   Okay.
20       A.   And the "chest" as to the storage chest or
21  storage tank.
22       Q.   And what goes in the storage tank?  What's stored
23  in it?
24       A.   The hydro pulper mix.
25       Q.   So it comes out of the hydro pulper and then goes
```