# EXHIBIT "B"

```
         UNITED STATES DISTRICT COURT
           MIDDLE DISTRICT OF FLORIDA
              FT. MYERS DIVISION


CHRIS BRUCKER, TREVER S. NUTTING,
XIOMARA RAVELO, WILFREDO E. RETANA
and BEATRIX CELSA RETANA,
individually, and on behalf of all
others similarly situated,            Case No.
                                      2:10-cv-405-FtM-29SPC
              Plaintiffs,

vs.

LOWES HOME CENTERS, INC., a North
Carolina Corporation, and NATIONAL
GYPSUM COMPANY, a Delaware
Corporation,

              Defendants.
_ _ _ _ _ _ _ _ _ _ _ _ _ _ /


    VIDEOTAPED
    DEPOSITION OF:    JEFFREY McCHESNEY

    DATE:             November 18, 2011

    TIME:             9:10 a.m. to 1:39 p.m.

    PLACE:            One Tampa City Center
                      Suite 3400
                      Tampa, Florida

    PURSUANT TO:      Notice by counsel for
                      Plaintiffs for purposes of
                      discovery, use at trial
                      or such other purposes
                      as are permitted under
                      the Florida Rules
                      of Civil Procedure

    BEFORE:           PAMELA KINGSBURY, RPR
                      Notary Public, State of
                      Florida at Large


                      Pages 1 to 157
```

1   A.   Hillsborough County.

2   Q.   And so you're just -- it's a well, or is it from
3   the city water?

4   A.   It's reclaimed water that we get from
5   Hillsborough County.

6   Q.   Okay.  And when you say it's "reclaimed water,"
7   what do you mean?

8   A.   It's their designation of water.  When the plant
9   was being considered for construction, water -- we're a big
10  consumer of water.  And in order to put a facility there,
11  they had to insure that they had a water source.

12       And originally, the plan was, we were going to
13  use potable water for Apollo Beach.  The decision was made
14  to make the plant -- it was during the construction phase,
15  as I understand, that the County came back to National
16  Gypsum Company and said, Hey, you guys, you know the
17  quantities of water you're looking at, we can't supply you
18  with potable water.

19       I think at that time, from what I was told, there
20  was a drought in Florida.  And there was a big concern
21  about, you know, our company consuming potentially up to
22  500,000 gallons of water a day, potable water.  I guess the
23  other thing, you know, the growth in Florida and
24  particularly in Hillsborough County with people coming in,
25  there was a big concern.

1       So during the construction phase, they came back
2  to our company and said, Hey, we would like you guys to use
3  reclaimed water as opposed to potable water.  We can't
4  supply enough potable water for you guys, so -- and at that
5  time, I don't believe that there was actual reclaimed water
6  available for -- but the County made the commitment and put
7  the necessary lines in to provide that water.
8       Q.   So the -- who is responsible for collecting that
9  water and cleaning it, for lack of a better term?
10      A.   The County is.  I mean, there are -- I believe
11 there are government standards that they comply with as far
12 as the water quality.  It's -- I think there are federal
13 requirements on reclaimed water that they have to comply.
14 You know, our concern was what was the chloride issue for us
15 with the water.  You know, we had people from our corporate
16 office come down and met with the people from the
17 Hillsborough County Water Department extensively on this,
18 you know, evaluated the water.
19      It was what we ended up -- and I don't know
20 exactly as far as the time and date.  I do know we ran with
21 potable water early on before they were able to actually get
22 the reclaimed water up and running, but the big concern was
23 chlorides with us and --
24      Q.   And when you say "chlorides" -- I hate to
25 interrupt, but are you saying that in order to purify the

1  water, clean the water, they use chlorine in the process?
2  Is that -- when you say "chloride," is that one of the
3  chlorides?
4      A.  I'm not sure what -- you know, in their cleaning
5  of the water -- our concern is chloride salts.  In our
6  manufacturing process, it can have a negative impact on the
7  bonding characteristics of the gypsum crystals to the paper
8  on the -- so that's our concerns with chlorides.
9      Q.  So is the -- if I'm understanding correctly,
10 Hillsborough County operates a facility that produces water
11 only for the plant?
12     A.  No.  It -- facilities -- as I understand it,
13 there's several facilities in Hillsborough County that they
14 operate.  It's used for industrial application.  It's used,
15 as I understand, you know, for golf courses for watering.  I
16 mean, there are other --
17     Q.  Sure.  And that's what I was wondering, if the
18 particular system where the Apollo Beach plant gets its
19 reclaimed water from is a particular location of the city
20 water within close proximity to the plant.
21     A.  I couldn't tell you where the -- I mean, they've
22 got a labyrinth of, you know, lines throughout Hillsborough
23 County.  And I don't even know how many sites they have as
24 actual production sites for reclaimed water.  But I just
25 know that the water that we get, it's -- we can't drink it,

```
 1   operation that -- it didn't have a big impact on us.  For a
 2   day and a half, we switched over to potable water and used
 3   that instead.
 4        Q.   Has the County water department ever contacted
 5   you and said, you know, we've got a problem with our
 6   treatment; and for whatever reason, it's not meeting our
 7   standards, so don't use it?
 8        A.   No.  I mean -- no.  I have not.  I have not been
 9   contacted at all.
10        Q.   Okay.  Other than testing for the PH and
11   chlorides, do you do any testing for anything else of the
12   reclaimed water?
13             MR. AYALA:  Objection to form.
14             THE WITNESS:  No.  We test for chlorides and PH.
15   BY MR. WARWICK:
16        Q.   Just to be specific, you don't -- I know you've
17   answered it, but I just need to clarify.  You do no
18   testing -- of the water used in the production of the
19   drywall that comes from reclaimed water from the City of
20   Hillsborough County, you do no testing for
21   sulfur-reducing bacteria?
22             MR. AYALA:  Objection to form.
23             THE WITNESS:  We just test for chlorides and PH.
24   BY MR. WARWICK:
25        Q.   Okay.  So we're back to the manufacturing
```

73

1  had huge amounts of arsenic in it that translated into the
2  gypsum and then translated into the board. And obviously
3  from a visual inspection of that board, you wouldn't be able
4  to tell if it had a large degree of arsenic --
5              MR. AYALA: Objection to form. Argumentative.
6  BY MR. WARWICK:
7      Q.  But would there be a way -- but a test of the
8  chemical makeup of it, meaning that, okay, we're going to
9  test the gypsum itself at this end result to see if it
10 meets, you know, our standards with regard to the components
11 of the material itself, did you do anything like that?
12             MR. AYALA: Objection to form --
13             THE WITNESS: You know, we --
14             MR. AYALA: -- and calls for expert testimony.
15             THE WITNESS: You know, we -- our testing is --
16      you know, when that board comes out, you know, the lab
17      is involved in testing. Our dry end people are
18      involved in testing. But it's -- you know, there are
19      physical tests of the board, you know, structural
20      integrity, those types of tests.
21 BY MR. WARWICK:
22      Q.  Okay. And that's all I'm trying to get an answer
23 to. I think you've answered it. But when you say the lab
24 is involved, that leads me to believe, well, are there some
25 other tests that they're doing on it besides structural, or

```
 1  is all the tests you do at that end strictly based on the
 2  structural and -- you know.
 3       A.   I mean, you know, we run a lot of different
 4  products.  I mean, some of our products -- you know, XP,
 5  we'll check for the moisture resistance of the board; so
 6  that's a test that we do.
 7       Q.   And at that point, you don't do any tests to
 8  determine if there's any bacteria within the board?
 9            MR. AYALA:  Objection to form.
10            THE WITNESS:  I mean, those are the tests that we
11       do.
12  BY MR. WARWICK:
13       Q.   So that would be a "no"?  You don't --
14            MR. AYALA:  Objection to form.
15            THE WITNESS:  I mean, I don't -- as far as what
16       sort of specific tests are -- I have no idea.  I mean,
17       as far as -- I mean, you're saying for bacteria.  I'm
18       not aware of bacteria tests.
19  BY MR. WARWICK:
20       Q.   Have you ever heard of a test called a rapid
21  check test?  It's a test that they use in the petroleum
22  industry for sulfur reducing bacteria?
23       A.   I'm not familiar with it.
24       Q.   Okay.  Are you aware of consumer complaints
25  regarding corrosion in homes within the south primarily that
```

```
 1  pulp added to the gypsum at some point during the process?
 2       A.   The mixer, at the mixer, the wet --
 3       Q.   At the mixer.  So when earlier we talked about
 4  the gypsum --
 5       A.   Hits the --
 6       Q.   -- hits the other ingredients, would pulp be one
 7  of those other ingredients?
 8       A.   That's correct.
 9       Q.   And when you said that you believe it's
10  150 pounds, could you follow that thought out.  Pounds
11  per --
12       A.   We make a -- it's a batch.  We have a -- it's
13  called a hydrapulper.  And this hydrapulper will receive,
14  like, 4900 gallons of water.  It'll have the 150 pounds of
15  paper.  It has starch in it.  It has -- we put dextrose in
16  it, we put boric acid in it, and it's blended up.
17       Q.   Okay.  And what's the purpose of adding the pulp
18  mixture to the gypsum?
19       A.   It's a wet ingredient.  It creates -- the fiber
20  creates flexibility.  If you've ever handled drywall, it's
21  not like a piece of steel.  It will bend and flex, and it
22  gives you flexural strength as well.
23       Q.   And in what amounts -- you mentioned that it's
24  4900 gallons and 150 pounds of paper.  First off, where does
25  the paper come from?
```

```
 1  my terminology is correct, but it's -- hydrogen sulfite gas
 2  is what generates the smell.
 3      Q.   Are you aware that the hydrogen sulfite gas is
 4  being produced by a sulfur reducing bacteria?
 5      A.   No.  I'm not aware what -- I mean, I'm not a
 6  chemist.
 7      Q.   I was just wondering if -- is there a given
 8  amount of the Busan 1009 that should be added on a regular
 9  basis or -- how do you tell how much of that stuff to put
10  in?
11      A.   It's based off of the -- I believe it's based off
12  of the quantity of pulp that you want to treat.
13      Q.   And do you -- are you aware of any tests that are
14  run on the pulp mixture to determine the effectiveness of
15  the biocide before or after the addition of the biocide?
16      A.   No.
17      Q.   Okay.  So as far as you know, the plant doesn't
18  actually do a test to see if the biocide or the Busan is
19  working?
20           MR. AYALA:  Objection to form.
21           THE WITNESS:  No.  It's just added.  Material is
22      added.
23  BY MR. WARWICK:
24      Q.   Okay.  And that is something that you would add
25  regularly to the pulp mixture?
```