# EXHIBIT "D"

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
-------------------------------
CHRIS BRUCKER, TREVER S.
NUTTING, XIOMARA RAVELO,
WILFREDO E. RETANA and
BEATRIX CELSA RETANA,
Individually, and on
Behalf of all others
Similarly situated,

    Plaintiffs,
V.                    CA No. 2:10-cv-405-FtMSPC

LOWES HOME CENTERS, INC.,
A North Carolina
Corporation, and NATIONAL
GYPSUM COMPANY, a
Delaware Corporation,

    Defendants.
-------------------------------
GEORGE BRUNCKU AND
BRENDA BRINCKU,

    Plaintiffs,

Vs.                CA No. 2:11-cv-00338-JES-SPC

NATIONAL GYPSUM COMPANY,
A Delaware Corporation,

    Defendant.
-------------------------------
    VIDEOTAPED DEPOSITION OF JOHN F. MCCARTHY, SC.D.,
a witness herein, called by the Plaintiffs for
examination, in accordance with the Federal Rules of
Civil Procedure, taken by and before Ann Medis,
Registered Professional Reporter and Notary Public in
and for the Commonwealth of Pennsylvania, at the
offices of Morgan Lewis & Bockius LLP, 1701 Market
Street, Conference Room G, Philadelphia, Pennsylvania
19109, on Thursday, February 23, 2012, at 8:52 a.m.

Job No: 23823

52

1   Q    And what were the markers that were
2   identified of Chinese drywall?
3   A    We found levels of elemental sulfur.  We
4   found strontium and carbonate.
5   Q    And did you conclude that those markers
6   in any way were a cause of corrosion in these
7   homes?
8   A    We found they were associated.  We did
9   not found a cause, a causality.
10  Q    And if you can, explain for me what
11  "associated" means so I can understand what a
12  marker does.
13  A    Sure.  What we were trying to do was
14  identify materials within the wallboard that would
15  allow us to have an idea as to whether or not
16  there would be a higher probability of corrosion
17  occurring within the homes.  Since we don't have a
18  specific mechanism that we can tie this to, we
19  could identify an association.  We could not say
20  specifically they were causing it.
21  Q    Independently, do any -- are any of
22  those markers -- elemental sulfur, strontium, or
23  carbonite --
24  A    Carbonate.
25  Q    Carbonate.  Are they independently

54

1  Q    And are any of those particular
2  chemicals corrosive by nature?
3  A    Yes.  The three that I mentioned all
4  are.
5  Q    And in terms of hydrogen sulfide, do you
6  believe that the hydrogen sulfide that was
7  off-gassing from the problematic Chinese drywall
8  played a role in the corrosion that occurred in
9  those homes?
10 A    The hydrogen sulfide certainly can play
11 a role.  It couldn't explain all of the corrosion,
12 but it did appear to be associated with corrosion
13 in the homes.
14 Q    Do you know how the hydrogen sulfide was
15 produced from the wallboard?
16 A    We don't have a mechanism for that.
17 Again, it could be either a reaction that's taking
18 place, a chemical reaction that's taking place
19 with atmospheric gases; or it could be material
20 that is slowly being driven off over time from the
21 wallboard.
22 Q    Do you believe that the cause of the
23 off-gassing of hydrogen sulfide was bacterial in
24 nature?
25 A    No, I do not.  And that's really based

82

1  A  Right now I'd be trying to think through
2  what you're getting at.
3  Q  Sure.  Let me see if I can hash it out.
4  You've indicated there's some presence of H2S in
5  the water, particularly in South Florida, that you
6  believe has some causal relationship to the
7  corrosive environments and the homes with
8  problematic Chinese drywall; correct?
9  A  Yes, it could.
10 Q  And you also have indicated that you
11 found that there were elements of hydrogen sulfide
12 that were being off-gassed, along with other
13 chemicals, from the problematic Chinese drywall;
14 correct?
15 A  That's correct.
16 Q  So do you believe that the off-gassing
17 or the problems that have been developed, have
18 been identified with problematic drywall, in
19 conjunction with the water that exists in South
20 Florida, contributed synergistically, or
21 otherwise, to cause the corrosion problems that
22 has developed in those homes?
23 A  Let me try to break that down.
24    If we're talking about the homes we
25 investigated in the Chinese-drywall study, we know

126

1    MR. PAGLIARO: Are you asking him
2 whether there are additional sources that he
3 hasn't got in the report?
4    MR. LANDSKRONER: Correct.
5  A  As I said, I think that this -- I think
6 we've summed it up pretty well with the outdoor
7 sources, the water and other materials.
8 BY MR. LANDSKRONER:
9  Q  Turning to the section on page 7,
10 Section 2.2.1, in this section you reference the
11 Florida Department of Health definition and
12 study -- I guess it was a study -- that was done
13 related to problematic drywall; correct?
14  A  Yes.
15  Q  And under the criteria that's set forth
16 in the Florida Department of Health study, no
17 domestic drywall would qualify; correct?
18  A  That's -- when you look at the fact that
19 they're looking for markers of Chinese origin,
20 then that would be -- that's true. I would
21 think -- I would think, just to elaborate that, if
22 they were finding the other characteristics and
23 they were finding it with material from other
24 sources other than China, that they would have
25 modified that. As it stands, that's a true

135

1  criteria that were necessary from the Florida
2  Department of Health case definition for
3  drywall-associated corrosion in residences?
4      A   Yes.
5      Q   Turning to page 18, Section 2.4.2, "CPSC
6  Guidance for Identification of Homes with
7  Corrosion from Problem Drywall," like the Florida
8  criteria for qualifying to meet the definition of
9  problem drywall, is it fair to say that the CPSC
10 guidance also requires that the problem drywall
11 have confirmed markings of Chinese origin in order
12 to be included in its study or in its -- as -- to
13 be defined as problem drywall?
14     A   Yes.  And as I said before, I think
15 that's because they've not found domestic drywall
16 to fall into this category.  Excuse me.  Could we
17 just take a short break?
18     Q   Sure.
19         THE VIDEOGRAPHER:  The time is 12:52.
20 We are off the record.
21     (There was a recess in the proceedings.)
22         THE VIDEOGRAPHER:  The time is 12:58.
23 We are on the record.
24 BY MR. LANDSKRONER:
25     Q   Dr. McCarthy, turning to page 2261, in

162

1    A    Well, first of all, we don't know if
2  it's true off-gassing or it's an artifact of the
3  analytical method.  As I said before, when you're
4  at close to the limit of detection, sometimes the
5  instrument will get noisy and you'll get a reading
6  that may not be real.  So we have to go back and
7  evaluate that.
8       There have been pieces of drywall that have
9  been tested by Lawrence Berkeley National Lab that
10 have given off low levels of hydrogen sulfide.
11 And so it could be contained within the drywall.
12 I'm not sure what the mechanism would be for it to
13 be there, but it has been recognized at very, very
14 low concentrations.
15    Q    Now, you've been studying this for a
16 couple of years now?
17    A    Yes.
18    Q    And at this point you still do not have
19 an explanation for why the hydrogen sulfide would
20 be there in the drywall?
21    A    Well, there are a number of different
22 possibilities, you know, and I think that it's
23 such a rare occurrence that you're seeing this.
24 It's not like you're seeing routinely elevated
25 levels of hydrogen sulfide coming off at pretty

182

1  not going to be an effective marker.  There was no
2  other marker that was found.
3      Q    And it goes on to say, and to your
4  point, if that's the case, this study would not
5  have been able to identify this drywall as
6  problematic because it had materially different
7  characteristics from the problem drywall you
8  studied to date.  So do you agree with that
9  statement?
10     A    That's correct.
11     Q    Doctor, the last part of your report,
12 you indicate that you reserve the right to amend
13 or supplement your opinion as new information
14 becomes available.  I'd simply ask that to the
15 extent that you become -- you come across new
16 information or your opinion is modified or altered
17 in any way, that you will let counsel know and get
18 that information to me so that we can talk about
19 any alterations or changes in your opinions should
20 you have new information.  Okay?
21     A    That's fine.
22     Q    Okay.  Great.  Thank you very much.
23 That's all I have.
24     A    Thank you.
25         MR. PAGLIARO:  Okay.  Thank you.