# EXHIBIT "E"

1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FT. MYERS DIVISION

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-x

GEORGE BRINCKU, BRENDA BRINCKU,

        Plaintiffs,

        VS.                   CIVIL ACTION NO.
                              2:11-CV-00338-JES-DNF

NATIONAL GYPSUM COMPANY,
a Delaware Corporation,

        Defendants.

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-x

CHRIS BRUCKER, et al.,

        Plaintiffs,

        VS.                   CIVIL ACTION NO.
                              2:10-CV-405-FTM-20SPC

LOWES HOME CENTERS, INC.,
et al.,

        Defendants.

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-x


VIDEOTAPED DEPOSITION OF ROBERT ODLE
Philadelphia, Pennsylvania
Friday, February 24, 2012
9:27 a.m.


Reported by:
Jennifer Ocampo-Guzman, CRR, CLR
JOB NO. 23825

48

1
2   Q.   In an aerobic environment will
3   H2SO4 react with copper?
4       MR. SULLIVAN:  Objection to form,
5   assumes facts not in evidence, calls for
6   speculation.
7   A.   Copper oxide will react with
8   sulfuric acid.
9   Q.   Back to this paragraph, you state,
10  "The lack of sulfide corrosion would be
11  considered as evidence that reactive sulfuric
12  gases has not been present on the premises."
13      So if you find sulfide corrosion
14  that's indicative of a reactive sulfuric acid
15  in the homes you're inspecting?
16  A.   Yes.
17  Q.   If you don't find sulfide
18  corrosion, then that's indicative to you that
19  there has not been a reactive sulfide gas in
20  the home?
21      MR. SULLIVAN:  Objection, form.
22  A.   Yes.
23  Q.   In all of the homes that you
24  investigated -- well, let me back up for a
25  second.

54

1
2    A.   Yes.
3    Q.   So in the next paragraph where you
4    state, "I've been on several inspections of
5    homes claimed to have had copper sulfide
6    corrosion caused by drywall, only to find no
7    sulfide corrosion or even blackening by
8    sulfidation."
9         Do you see that sentence?
10   A.   Yes.
11   Q.   That's not the case for the five
12   homes you were in Florida, right?
13        MR. SULLIVAN:  Objection, form.
14   A.   Correct.
15   Q.   In all the homes you went into for
16   the Brinkcu and Brucker litigation you did
17   find sulfide corrosion or blackening by
18   sulfidation, right?
19        MR. SULLIVAN:  Objection to form.
20   A.   I found blackening in all homes.
21   Q.   The next sentence reads, "In
22   several cases, the copper was in pristine
23   condition," that doesn't apply to the Florida
24   homes you were in, right?
25        MR. SULLIVAN:  Objection.

55

1
2          A.   Correct.
3          Q.   The next sentence where you state,
4    "Even when blackening of the copper has
5    been" -- "has occurred" -- I'm sorry, I'll
6    start the sentence over.
7               "Even when blackening of the copper
8    has occurred, that in itself does not permit
9    the conclusion that the copper has been
10   exposed to reactive sulfur gas or that the
11   copper sulfide" -- "or that copper sulfide is
12   formed on copper."
13              That also doesn't apply to the five
14   Florida homes, right?
15         A.   After the fact, before you go look
16   at something, it can be black for reasons
17   other than copper sulfide.  But if you're
18   asking me after I've looked at the houses in
19   Florida all of those had copper sulfide on
20   the wires.
21         Q.   Right.  And you found in all these
22   homes that there was reactive sulfide gas in
23   the house?
24         A.   Yes.
25         Q.   I want you to take Exhibit 2, which

113

1
2  you reviewed had the presence of copper
3  sulfide within the home?
4      A.   I think I just heard the same
5  question again but yes.
6      Q.   Okay.  Do you agree with me that
7  copper sulfide blackening, if the reactive
8  process continues, will corrode copper?
9          MR. SULLIVAN:  Objection, form.
10     A.   How long?
11     Q.   Will it ever corrode copper?
12         MR. SULLIVAN:  Objection, form.
13     A.   Eventually.
14     Q.   Let's turn --
15     A.   I might point out that at Brinkcu
16 that it looks like the corrosion had stopped.
17     Q.   Let's turn to Brinkcu.  Is that
18 what you have in front of you?
19     A.   Yes, it is.
20     Q.   On page 10 of the Brinkcu report,
21 I'm in the picture section, not the
22 boilerplate.
23         Figure 14 shows a float rod in the
24 toilet, do you see that picture?
25     A.   Yes.