# EXHIBIT "F"

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
-------------------------------
CHRIS BRUCKER, TREVER S.
NUTTING, XIOMARA RAVELO,
WILFREDO E. RETANA and
BEATRIX CELSA RETANA,
Individually, and on
Behalf of all others
Similarly situated,                Case Action No.
                                   2:10-cv-405-FtM-29SPC
    Plaintiffs,

Vs.

LOWES HOME CENTERS, INC.,
A North Carolina
Corporation, and NATIONAL
GYPSUM COMPANY, a
Delaware Corporation,

    Defendants.
-------------------------------

GEORGE BRINCKU AND
BRENDA BRINCKU,

    Plaintiffs,                    Case Action No.
                                   2:11-cv-00338-JES-SPC
Vs.

NATIONAL GYPSUM COMPANY,
A Delaware Corporation,

    Defendant.
-------------------------------

            VIDEOTAPED DEPOSITION OF
                Richard G. Lewis
                February 29, 2012
                 Fort Myers, FL
                    8:53 a.m.

Reported By:
Lori L. Bundy, FPR, RPR, CRR, CLR
Job No: 23829

80

1  corrosion in the homes.
2     A.    Yes.
3     Q.    Is that right?
4     A.    Yes, the -- I want to stay away from "corrosion."
5  I know I used the word "corrosion," but I mean by that the
6  blackening.
7     Q.    Right.  And I guess what I'm asking is whether
8  you've seen any other scientific journals or articles that
9  address what you identified in these cases.
10    A.    I think the literature is replete with examples
11 of the effects of hydrogen sulfide on copper.  I think
12 there's a lot of information about that.  I don't know if
13 there's much -- I mentioned the one article there, but I'm
14 not aware of much information on -- that is in
15 peer-reviewed journals on sulfide coming from well water
16 and causing the damage to the extent that's observed, say,
17 with an air handler failure.
18          I'm not aware of that.  The only thing I caveat
19 that with is hydrogen sulfide doesn't know where it came
20 from.  In other words, it doesn't know that -- it's two
21 hydrogens and a sulfur molecule, so -- reduced sulfur
22 molecule.
23          In other words, there's nothing about that
24 molecule that gives anything about its history.  If I give
25 you a beaker and I have some hydrogen sulfide in it, you

97

1   Q.   When this talks about water quality ranges in the
2   charge here at the bottom of page 1 of the code provision
3   here, is it talking about that .3 milligrams per liter of
4   total sulfide there?  Is that in the well water itself or
5   is it in the potable water that's already in the house?
6   A.   Oh, it's saying --
7        MR. AYALA:  Objection.
8        THE WITNESS:  Sorry.
9        MR. AYALA:  Objection.  Go ahead.
10       THE WITNESS:  It's saying that if you have that
11       concentration in the well water, you should treat it
12       using one of the methodologies they outline here
13       with -- I don't know if it says it here, but with the
14       assumption that you're treating it to, you know, below
15       that level.
16  BY MR. ANDERSON:
17   Q.   Below what level?
18   A.   The .3 milligrams per liter or 300 micrograms per
19  liter.  I haven't read the rule closely enough to know
20  that it says that, but we could read it and see.  I don't
21  know.
22   Q.   If you need to take a minute to review the rule,
23  that's fine.  I guess what I'm getting to, so that you
24  know, is:  Is the goal of the code provision that the
25  water that gets into the house to be drank is below 300

98

1   micrograms per liter?
2           MR. AYALA: Objection to form. Go ahead.
3           THE WITNESS: That's my understanding, but in
4   order to confirm that -- I'm saying it's above that
5   level of which they're suggesting you should have
6   treatment.
7           If we -- if I need to understand or testify about
8   whether they're requiring inside the home it be -- I
9   need to do some more review, and it might take a
10  while.
11          But as I sit here today, my understanding of it
12  is, which I need to review to confirm, is that they --
13  the department would prefer to have water inside the
14  home be below .3 milligrams per liter.
15  BY MR. ANDERSON:
16      Q.  And did you identify any water in any of your
17  tests inside the Brucker house that was above
18  .3 milligrams per liter?
19      A.  I don't think we did, but let me look and see.
20  It's above .3 in the aerator tank on two occasions, and
21  that aerator tank is connected directly to the house with,
22  to my knowledge, no way for any of the sulfide to get out.
23          In other words, it's not exposed to the air
24  between the aerator tank and inside. But that being said,
25  on the day we were there at the time we sampled, no, there

115

1      THE WITNESS:  I would want to know more about it.
2  I mean, that would be potentially useful information.
3  Did he change out the aerator, because that aerator
4  had all the material in it?  Maybe if there was a
5  change in aerator.  What other changes occurred, was
6  it the same size house, did it have the same air
7  exchange rate?
8      I mean, I think these are the sorts of things --
9  did they measure -- I mean, I suspect they didn't, but
10 if they had data on how much hydrogen sulfide was
11 coming off their water at the house from that
12 location, I think that would all be useful
13 information, you would take that all into account in
14 forming an opinion, sure.
15 BY MR. ANDERSON:
16    Q.   In terms of your analysis of the Brucker house in
17 particular, I just want to make sure that I've already
18 gotten this.  And if I've already asked the question in
19 some other way, I apologize.
20      But in your analysis for potential sources of
21 corrosion or blackening, you did not look at any potential
22 secondary reaction that the hydrogen sulfide might be
23 creating when it combined with any sulfur-oxidizing
24 bacteria that may or may not have been in the drywall?
25      MR. AYALA:  Okay.  First of all, I certainly

128

1     now, I don't know the exact facts of the case, and I'm
2     not saying anybody deceived anybody, but if I found
3     that to be true, that would be a problem.
4  BY MR. ANDERSON:
5     Q.   Okay.  So you conducted this review of the
6  sulfur-reducing bacteria, and some of the samples you
7  would acknowledge were taken from locations at least near
8  the Brincku house?
9     A.   My understanding is that this -- well, we were
10 attempting to understand what was happening in a broad
11 area.  In other words, I don't think this study would have
12 been as valuable if it were too localized.  We wanted
13 things in the general vicinity.
14          If you look, it's basically along the
15 Caloosahatchee, with a point over in Lehigh Acres as well.
16 So the question to be answered is are sulfur-reducing
17 bacteria present in broad areas across the environment of
18 Southwest Florida.
19    Q.   Now, in examining the theory you had about the
20 water being the source of the corrosion or blackening in
21 the houses in the Brucker and in the Brincku litigation,
22 did you take any samples from the adjacent homes to any of
23 the houses?
24    A.   No, we did not.
25    Q.   Why not?