# EXHIBIT "H"

```
                                                                    1

                IN THE UNITED STATES DISTRICT COURT

                FOR THE MIDDLE DISTRICT OF FLORIDA

                        FT. MYERS DIVISION
        ---------------------------------------------
        CHRIS BRUCKER, TREVER S. NUTTING,
        XIOMARA RAVELO, WILFREDO E. RETANA
        and BEATRIX CELSA RETANA, individually,
        and on behalf of all others
        similarly situated,


                   Plaintiffs,
                                              CASE ACTION NO.
        vs.                               2:10-cv-00405-FtM-29SPC

        LOWES HOME CENTERS, INC., a North Carolina
        Corporation, and NATIONAL GYPSUM COMANY,
        a Delaware Corporation,


                   Defendants.
        ---------------------------------------------


               VIDEOTAPED DEPOSITION OF MARK CRAMER

                       February 28, 2012

                         Tampa, Florida

                          10:41 a.m.




Reported By:
Kim Auslander
Job No: 23827-B
```

24

1   A   Yes.

2   Q   So was there anything specific that you were
3   looking at in terms of the drywall -- aside from this
4   litigation, was there anything specific that you were
5   looking at in those houses?

6   A   Defects, in most recent years since the issue
7   of Chinese drywall arose, we've been looking at the
8   drywall and the metal components for signs of corrosion
9   caused by drywall.

10      The common question I have been getting in the
11  last five or six or seven years is, I'm buying a house
12  built in 2005, I want you to do a home inspection, and I
13  want to know whether or not there's Chinese drywall in
14  the house.

15      So I would say that, you know, since that
16  point in time, I've looked at more than 100 houses with
17  the possibility of corrosion caused by drywall.

18  Q   And of those 100 houses that had possible
19  corrosion caused by the drywall, how many of those
20  houses actually had corrosion?

21      MR. SULLIVAN:  Objection to form.

22  A   That's not something I keep a record of.  I
23  would guess less than a dozen.

24  Q   So you've seen 12 houses that have corrosion?

25      MR. SULLIVAN:  Objection to form,

28

1  and you would say approximately 1 percent of those had
2  corrosion, so we're looking at about 10 houses that
3  you've seen in your career that have corrosion?
4      A    Well --
5           MR. SULLIVAN:  Objection to form, calls for
6      speculation.
7      A    I don't recall specifically, but speculating,
8  that's a possibility.
9      Q    Well, if you can estimate it for me.  It
10 sounds like it's a pretty small number of houses you've
11 seen that had well water related corrosion.  Would it be
12 fair to say it was 10 or less?
13          MR. SULLIVAN:  Objection to form.
14     A    Again, I don't keep records that are that
15 specific, but given that very small percentage of houses
16 have corrosion, I would go along with that number.
17     Q    And you say in this case you were asked to
18 determine the cause of the corrosion in the houses?
19     A    Yes.
20     Q    Going back for a second, in these homes that
21 were on well water where you saw corrosion, where were
22 they located in the State of Florida?
23     A    They were in Hillsborough, Pinellas, Pasco,
24 Manatee Counties, aside from this particular set of
25 houses.

29

1  Q   Okay. And when did you see these houses?
2  A   Again, I don't keep those -- I don't keep
3  records referencing well water or corrosion, so I
4  couldn't answer that question.
5  Q   And did you provide written reports on any of
6  these homes that had corrosion that you believe was
7  caused by the well water?
8  A   I provide a written report on every house I
9  inspect, or almost every house.
10 Q   So then in your records, you would have
11 reports detailing all of the homes that you've inspected
12 that have corrosion associated with well water?
13     MR. SULLIVAN: Objection to form.
14 A   No. I don't keep reports that long after --
15 you know, I have reports going back maybe five years.
16 Prior to that time, I discarded them.
17 Q   I see.
18 A   Otherwise my garage becomes filled with large
19 cardboard boxes.
20 Q   And in those -- well, strike that.
21     Do you have any of the reports where you found
22 corrosion as the result of well water in any home in
23 Florida aside from in this case?
24     MR. SULLIVAN: Objection to form.
25 A   I have no idea.

30

1  Q    Do you recall when the last time was you found
2  corrosion associated with well water that was not
3  associated with this case?
4       MR. SULLIVAN:  Objection to form.
5  A    No.
6  Q    Five years ago?
7  A    I don't recall.
8  Q    In the reports that you refer to where the
9  home's corrosion you believe was caused by well water,
10 do you indicate in those reports that the well water
11 caused the corrosion?
12      MR. SULLIVAN:  Objection to form.
13 A    I would -- if I were performing a home
14 inspection hypothetically for a client and there was
15 corrosion and there was well water, I would mention that
16 well water is a possible cause of corrosion among other
17 things, but I would not -- as a home inspector, I would
18 not identify it as a cause, because I haven't done the
19 necessary investigation to determine the cause.
20 Q    Now, in this case, you were able to identify
21 water as the cause of the corrosion; is that right?
22 A    Which case?
23 Q    I'm sorry.  In Brucker, were you able to
24 identify water as the cause of the corrosion?
25 A    Yes.

53

1        MR. SULLIVAN: Objection to form.
2    A   No.
3    Q   And do you think that you applied an objective
4    criteria to characterizing the corrosion in the
5    photographs?
6        MR. SULLIVAN: Objection to form.
7    A   No. I think it was rather subjective. You
8    know, basically it's using my judgment.
9    Q   Did anyone else assist you in characterizing
10   the corrosion in any of the photographs?
11   A   No.
12   Q   So it would be fair to say that no attorneys
13   from National Gypsum suggested that a photograph be
14   characterized in one way or another?
15       MR. SULLIVAN: Objection to form.
16   A   No.
17   Q   It was completely 100 percent independent
18   judgment?
19   A   100 percent.
20   Q   And it was just you?
21   A   Yes.
22   Q   I see. If we could, let's look at location
23   one on page 8. Actually, before we even get too far
24   into this, you say that it was subjective, your
25   characterizations of the level of corrosion on the

55

1   but there's some areas where the copper looks relatively
2   pristine.  If the copper was coated with -- let's see if
3   we can find one where I called medium here --
4       Q    How about page 20, location 24.
5       A    Yeah, that's a little heavier corrosion.
6   Again, the whole wire isn't black but, you know, these
7   are again subjective judgments.  I mean, I wouldn't, you
8   know, attach a great deal of significance to them.
9       Q    What wouldn't you attach a great deal of
10  significance to?
11      A    The difference between light and moderate, you
12  know.
13      Q    Okay.  So turning back to page 8, location
14  one.
15      A    Yes.
16      Q    Can you read for me what you wrote here about
17  location one.
18      A    Bare copper in detached carport slash shed
19  electrical panel.  No corrosion is evident.  This
20  building had drywall on the walls that was reportedly
21  removed by the owner.
22      Q    And why did you include the parenthetical
23  there?
24      A    Because it's significant that since we were
25  looking at drywall as a possible cause of corrosion, it

83

1   On the left end of that switch that's attached to the
2   rod is a screw or a bolt that it rotates on.
3           In other words, the float goes up and down.
4   It rotates around that little screw there.
5       Q   It pivots on the screw; is that right?
6       A   Yes.
7       Q   Did you find any corrosion on the screw?
8       A   I don't believe so.
9       Q   And do you know what material that screw was
10  made out of?
11      A   I can't tell from this photograph, no.
12  Typically, those would be stainless steel also.
13  Anything that you would put inside a piece of equipment
14  like this would be, you know, some metal that's not
15  subject to corrosion, such as stainless steel, brass,
16  bronze, copper alloys.
17      Q   Looking again at the photograph on page 51 and
18  what you identify to be corrosion on the metal nozzles,
19  Mr. Cramer, would it surprise you to learn that those
20  nozzles are in fact made of plastic and not of metal?
21      A   Yeah, it would.
22      Q   And would it change your perspective about the
23  potential corrosion caused by the aerator?
24      A   No.
25          MR. SULLIVAN:  Objection to form, assumes

119

1  corrosion, did you?

2          MR. SULLIVAN:  Objection to form.

3      A   No.

4      Q   So your expertise in this case for all five

5  houses was limited to observational evidence; is that

6  right?

7          MR. SULLIVAN:  Objection to form.

8      A   Yes.

9      Q   Okay.  So let's focus for a second on the

10  second bullet point:

11          The lack of corrosion in the garage electrical

12  panel and receptacle indicate a source other than the

13  drywall, which is present on the garage ceiling.

14          Can you just explain to me what you mean by

15  that?

16      A   Yes.  There's drywall in the garage, there's

17  metal in the garage, in the electrical panel and

18  receptacles, and we would typically, in a house with --

19  I would typically in a house with corrosive drywall

20  expect to see some corrosion on the copper in that

21  receptacle in that electrical panel.

22          There is some drywall inside a garage.  Aside

23  from the ceiling, typically the back wall of the garage

24  is going to be drywall also.

25      Q   In the Nutting house, was the back wall

137

1  A  Correct.

2  Q  And did you inquire of any of the neighbors
3  that had no aerator tanks whether or not they had
4  corrosion in their homes?

5      MR. SULLIVAN:  Objection to form.

6  A  Do you really think on a Saturday morning I'm
7  going to knock on some stranger's door and ask them if
8  they have an aerator tank or not and why or why not they
9  may have one?  In other words, no.

10 Q  Would you expect to see corrosion in those
11 homes that had no aerator in the neighborhood that you
12 observed?

13     MR. SULLIVAN:  Objection to form, assumes
14     facts not in evidence, calls for speculation, asked
15     and answered.

16 A  I wouldn't expect anything.

17 Q  On page 35 of the Nutting report, are these
18 three bullets the only observations that you made that
19 are not derived from the work of others?

20     MR. SULLIVAN:  Objection to form.

21 A  I want to read through the whole report before
22 I answer that question.

23 Q  Okay.

24 A  I'll be back in a half hour or so.

25 Q  Okay.