# EXHIBIT "J"

# Mark Cramer Inspection Services, Inc.

492 Twentieth Avenue, Indian Rocks Beach, FL 34635-2970

☎ (727) 595-4211  Fax (866) 865-9076

Member #12085
American Society of Home Inspectors®
Florida Licensed Home Inspector #HI69
Florida Licensed Contractor #CRC042482

# Building Inspection Report

Prepared For:   Mr. Thomas Ayala

Morgan, Lewis & Bockius LLP

1701 Market St.

Philadelphia, PA  19103

Report Number: 121011A

Inspection Date: 9/6/11

## Property Information

Address: 18891 River Estates Lane, Alva FL  33920

Approximate Age or Year Built:    2004

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.



Location #43: B/R #1. Light darkening of copper ground wire.



Location #44: B/R #1: Light corrosion on bare copper ground wire.

18891 River Estates Lane, Alva  9/6/11     Page 29 of 64

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #49 Master bedroom: Light to moderate darkening of bare copper ground wire.



Location #50 Master bathroom: Light to moderate corrosion on bare copper ground wire.

