UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

GEORGE BRINCKU and BRENDA BRINCKU,

        Plaintiffs,                       No. 2:11-cv-338-FtM-29SPC

vs.

NATIONAL GYPSUM COMPANY, a Delaware
Corporation,

        Defendant.

_____/

**PLAINTIFFS' OPPOSED MOTION IN LIMINE
TO EXCLUDE EXPERT OPINION TESTIMONY OF TAGE C.G. CARLSON,
MICHAEL KANUIAGA, AND/OR JASON BABCOCK**

Plaintiffs GEORGE BRINCKU and BRENDA BRINCKU, by and through their undersigned attorneys, hereby move in limine to exclude expert opinion testimony of Dr. Tage C.G. Carlson, Michael Kanuiga, and/or Jason Babcock.

1. Defendant includes in its list of expert witnesses in the Final Joint Pretrial Statement (Section VI, B, (9)) the following:

> "National Gypsum proposes to call Tage C.G. Carlson, Ph.D, Michael Kanuiga and Jason Babcock on behalf of Packer Engineering, Inc., as expert witnesses in cause and origin investigations of assertions of corrosive drywall. In summary, Dr. Carlson will testify as follows:
>
> Based on the results of these analyses it is Packer's opinion that the wallboard samples taken from the Brincku home are consistent with what would be expected for typical wallboard manufactured domestically. Further, it is also Packer's opinion based on the absence of elemental sulfur in the gypsum core and the fact that no sulfur was deposited on the copper coupons in the jar tests, that none of the samples from the Brincku home could have caused the negative characteristics (i.e. blackening of copper) which were observed in the Brincku home.

2. The basis for this motion to exclude is that Defendant did not serve Plaintiffs with Fed. R. Civ. P. 26 expert witness reports for Dr. Carlson, Mr. Kanuiga, and Mr. Babcock, which is a prerequisite to expert opinion testimony of a witness at trial. While Defendant did identify Dr. Carlson, Mr. Kanuiga, and/or Mr. Babcock in its pretrial disclosures as fact witnesses, it did not identify them as expert witnesses. Rule 26(a)(2)(A) specifically requires timely pretrial disclosure of all trial witnesses who may give expert opinion testimony under Fed. R. Evid. 702, 703 or 705. Rule 26(a)(2)(B) requires service of a pretrial expert report of any such witness (with limited exceptions not relevant here, i.e., employees of a party who do not regularly give expert testimony) and list the items which are required to be included in the expert report.

3. Because discovery is closed and there were no Rule 26(a)(2) expert witness reports of Dr. Carlson, Mr. Kanuiga, and/or Mr. Babcock, Plaintiffs would be prejudiced by this late designation and the lack of such expert reports. For the same reasons and principles that this Court has precluded any late designations previously (such as rebuttal reports), Defendant should be precluded from eliciting expert opinion testimony from them at trial. *Watson v. United States*, 485 F.3d 1100 (10th Cir. 2007); *ABB Air Preheater Inc. v. Regenerative Envt'l. Equip. Co.*, 167 F.R.D. 668 (D.N.J. 1996).

4. Pursuant to Local Rule 3.01(g), the parties conferred in good faith regarding this motion, and counsel for Defendant, Thomas Ayala, advised that National Gypsum Company objects to this motion.

5. For the foregoing reasons, Plaintiffs' in limine motion to exclude expert opinion testimony of Dr. Tage C.G. Carlson, Michael Kanuiga, and/or Jason Babcock, should be granted in all respects.

| | |
|---|---|
| Dated: May 4, 2012 | **VARNELL & WARWICK, P.A.** |
| | |
| ROBERT D. GARY | /s/ Brian W. Warwick |
| JORI BLOOM NAEGELE | Brian W. Warwick, Esq. |
| GARY, NAEGELE & THEADO, LLC | Fla. Bar No. 605573 |
| 446 Broadway | VARNELL & WARWICK, P.A. |
| Lorain, OH 44052-1740 | 20 LaGrande Boulevard |
| Telephone: (440) 244-4809 | The Villages, Florida 32159 |
| Facsimile: (440) 224-3462 | Telephone: (352) 753-6800 |
| rdgary@gmail.com | Facsimile: (352) 753-6806 |
| JBNaegele@gmail.com | bwarwick@varnellandwarwick.com |
| | |
| JACK LANDSKRONER | THEODORE J. LEOPOLD |
| LANDSKRONER GRIECO | Fla. Bar. No. 705608 |
| MERRIMAN, LLC | GREGORY S. WEISS |
| 1360 West 9th Street | Fla. Bar No. 163430 |
| Suite 200 | LEOPOLD~KUVIN |
| Cleveland, OH 44113 | 2925 PGA Blvd., Suite 200 |
| Telephone: (216) 522-9000 | Palm Beach Gardens, Florida 33410 |
| Facsimile: (216) 522-9007 | Telephone: (561) 515-1400 |
| jack@lgmlegal.com | Facsimile: (561) 515-1401 |
| | tleopard@leopoldkuvin.com |
| | gweiss@leopoldkuvin.com |

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this __4th__ day of May, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and that a true and correct copy of the foregoing has been furnished via electronic mail, to:

Christopher J.M. Collings
ccollings@morganlewis.com
MORGAN LEWIS & BOCKIUS
5300 Wachovia Financial Center
200 South Biscayne Blvd.
Miami, FL  33131

James D. Pagliaro
jpagliaro@morganlewis.com
Thomas V. Ayala
tayala@morganlewis.com
Kristofor T. Henning
khenning@morganlewis.com
MORGAN LEWIS & BOCKIUS
1701 Market Street
Philadelphia, PA  19103

*Attorneys for National Gypsum Company*

                                                          /s/ Brian W. Warwick