# EXHIBIT B

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | CPSC Home "H" Data - Air Exchange (01) |
| 2 | | | | CPSC Home "H" Data - Air Exchange (02) |
| 3 | | | | CPSC Home "H" Data - FTIR Laboratory Results |
| 4 | | | | CPSC Home "H" Data - XRF Field Reports |
| 5 | | | | CPSC Home "H" Data - XRF Laboratory Reports |
| 6 | | | | CPSC Home "H" Photographs- Published CPSC for produced |
| 7 | | | | CPSC Home "H" Report - Electrical Current |
| 8 | | | | CPSC Home "H" Report - Date/Temperature/Relative Humidity |
| 9 | | | | Photographs - Packer Engineering |
| 10 | | | | Photographs - Plaintiffs & Plaintiffs' Experts |
| 11 | | | | Photographs - Mark Cramer |
| 12 | | | | Photographs - Robert Odle |
| 13 | | | | Photographs or images published by CPSC |
| 14 | | | | Photographs or demonstrative of drywall production process |
| 15 | | | | Demonstrative - drywall quality control process |
| 16 | | | | Demonstrative - how an aerator functions |
| 17 | | | | Demonstrative - representation of size of part per billion |
| 18 | | | | Demonstrative - sample of National Gypsum Company drywall |
| 19 | | | | Demonstrative - sample of FGD gypsum |
| 20 | | | | Demonstrative - natural gypsum rock sample |
| 21 | | | | Demonstrative - sample of drywall from Brincku's home |
| 22 | | | | Blank form - Lee County FL Community Development Affidavit for Wells (G. Brincku Ex. 4) |
| 23 | | | | Brochure - Allied Molded Products Inc. Aerator Degasifier (G. Brincku Ex. 5) |
| 24 | | | | Undated handwritten document titled "Brincku Notebook for house on 18891 River Estates Lane Alva, FL  33920" (B. Brincku Ex. 3) |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 25 | | | | Facebook extracts regarding American & Chinese Defective Drywall (B. Brincku Ex. #4) |
| 26 | | | | Victimschinesedrywall.com article (B. Brincku Ex. #5) |
| 27 | | | | B. Brincku Twitter account extracts (B. Brincku Ex. #6) |
| 28 | | | | Zazzle.com/toxic drywall postings (B. Brincku Ex. #7) |
| 29 | | | | Statement of B. Brincku submitted to Subcommittee U.S. Senate (B. Brincku Ex. 9) |
| 30 | | | | List of documents responsive to subpoena - South County (Schinella Ex. #3 - Pltf.) |
| 31 | | | | List of documents responsive to subpoena - Falkenburg Road (Schinella Ex. #4 - Pltf.) |
| 32 | | | | Chapter 62-610 Reuse of Reclaimed Water and Land Application (Schinella Ex. #1 - Deft.) |
| 33 | | | | Publication of the Southwest Florida Water Management District "Water Reuse" (Schinella Ex. #4 - Deft.) |
| 34 | | | | Publication of the Southwest Florida Water Management District "Reclaimed Water a reliable, safe alternative water supply" (Schinella Ex. #5 - Deft.) |
| 35 | | | | Frequently Asked Questions re reclaimed water from Hillsborough County FL Website (Schinella Ex. #6 - Deft.) |
| 36 | | | | CV - D. Straus (Straus Ex. BB) |
| 37 | | | | Document from www.atcc.org referencing ATCC Number 55020 (Straus Ex. GG) |
| 38 | | | | Extract from Difco & BBL Manual regarding Nutrient Broth (Sutton Ex. L) |
| 39 | | | | Photo extracts from Sutton reports regarding Brincku and Brucker residences (Sutton Ex. N) |
| 40 | | | | Article, Hooper, et al., "Isolation of Sulfur Reducing and Oxidizing Bacteria Found in Contaminated Drywall" (Sutton Ex. O) (Engbrecht Ex. O) |
| 41 | | | | CV - J. Sutton, Jr. (Sutton Ex. R) |
| 42 | | | | Legal Fee Schedule - J. Sutton (Sutton Ex. S) |
| 43 | | | | Hejzlar Curriculum Vitae (Hejzlar Ex. #3) |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 44 | | | | Hejzlar Professional Profile - ESI Website (Hejzlar Ex. #4) |
| 45 | | | | Article - Hejzlar, "Applications of X-Ray Fluorescence to Confirm Sulfur Impact of Corrosive Drywall" (Hejzlar Ex. #10) |
| 46 | | | | Engbrecht Curriculum Vitae (Engbrecht Ex. MM) |
| 47 | | | | Gypsum Association document, "Gypsum Panel Products Types, Uses, Sizes and Standards (GA-223-04)" (Engbrecht Ex. NN) |
| 48 | | | | Graph - "Reactive Sulfur Gas Emissions" (Engbrecht Ex. QQ) |
| 49 | | | | Chart - "Draft Emission Factor Results (ug/m2/h) From Lawrence Berkeley National Laboratories Chamber Testing" (Engbrecht Ex. RR) |
| 50 | | | | Williams Building Diagnostics Inc. Rate Schedule (Williams Ex. #5) |
| 51 | | | | Williams' Working File (Williams Ex. #7) |
| 52 | | | | Article, Thurston and Williams, "The Expert Witness & the Building Failure Case" (Williams Ex. #8) |
| 53 | | | | Article, The Florida Professional Coalition for Chinese (reactive) Drywall, "Chinese (reactive) Drywall Removal Guidance" (Williams Ex. #9) |
| 54 | | | | Hillsborough County Health Department Environmental Health Services Private Well Fact Sheet/Well Disinfection Sheet |
| 55 | | | | API Standard - "API Recommended Practice for Biological Analysis of Subsurface Injection Waters" (Little Ex. #2) |
| 56 | | | | Article - Karavaiko, et al. - "Reclassification of "Sulfobacillus thermosulfidooxidans subsp. Thermotolerans', etc." (Little Ex. #3) (Myatt Ex. #5) |
| 57 | | | | Article - Okabe, et al. - "Succession of Sulfur-Oxidizing Bacteria in the Microbial Community on Corroding Concrete in Sewer Systems" (Little Ex. #4) (Myatt Ex. #4) |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 58 | | | | Strategic Diagnostics Inc. User Guide, "RapidChek II SRB Detection System" (Myatt Ex. Q) |
| 59 | | | | CV - Ralph E. Moon, Ph.D. (Moon Ex. #1) |
| 60 | | | | Chapter 62-555.315 of the Florida Administrative Code re: Public Water System Wells (Plaintiffs' Ex. #9) |
| 61 | | | | "U.S. Consumer Product Safety Commission Staff Summary of Contractor's Report on Preliminary Microbiological Assessment of Chinese Drywall" (Plaintiffs' Ex. #11) |
| 62 | | | | Photograph- (Columbia Analytical) copper tubes w/labels |
| 63 | | | | National Gypsum Company Apollo Beach Plant Overview (NG00000931-958) |
| 64 | | | | National Gypsum Company Apollo Beach Plant Quality Assurance Manual (NG00003461-3590) |
| 65 | | | | ASTM Standard - "Standard Terminology Relating to Gypsum and Related Building Materials and Systems" |
| 66 | | | | ASTM Standard - "Standard Specification for Gypsum Board" |
| 67 | | | | CPSC Drywall Information Center Webpage Fact Sheet |
| 68 | | | | Photograph - Copper tubing/glass jars/sulfuric acid |
| 69 | | | | EPA publication, "A Homeowner's Guide to Septic Systems" |
| 70 | | | | Article, "Diagnosing and Curing Sewer Gas Smells and Septic Tank Odors" |
| 71 | | | | CPSC Epidemiologic Investigation Report - George and Brenda Brincku |
| 72 | | | | Buckman Laboratories Fact Sheet re: Busan 1009 Microbicide |
| 73 | | | | Undated Gypsum Association Fact Sheet "What is Gypsum?" |
| 74 | | | | National Gypsum Company Quality Overview (NG00000981) |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 75 | | | | National Gypsum Company Standard Product Warranty (NG00000987) |
| 76 | | | | Apollo Plant Production Log Book Entries (NG00002810 - 2827) |
| 77 | | | | Apollo Plant Lab Data - Product Testing Results (NG00002852-79) |
| 78 | | | | Apollo Plant Lab Data - Product Testing Results (NG00002880-81) |
| 79 | | | | Apollo Plant Lab Data - Product Testing Results (NG00002882-83) |
| 80 | | | | Apollo Plant Lab Data - Product Testing Results (NG00002884-85) |
| 81 | | | | Apollo Plant Lab Data - Product Testing Results (NG00002886-87) |
| 82 | | | | Apollo Plant Lab Data - Product Testing Results (NG00002888) |
| 83 | | | | Apollo Plant Lab Data - Product Testing Results (NG00002889) |
| 84 | | | | Apollo Plant Lab Data - Product Testing Results (NG00002890) |
| 85 | | | | Apollo Plant Lab Data - Product Testing Results (NG00002891-94) |
| 86 | | | | Apollo Plant Lab Data - Product Testing Results (NG00002895-98) |
| 87 | | | | Free Drinking Water.com article, "Hydrogen Sulfide in Drinking Water" |
| 88 | | | | Filtronics article, "Hydrogen Sulfide Control and Removal" |
| 89 | | | | CPSC 51 Home Study excerpts on Hydrogen Sulfide Corrosion |
| 90 | | | | Video - Production process at National Gypsum's Apollo Beach plant |
| 91 | | | | June 16, 1921 article, Waksman, S., "Microorganisms Concerned in the Oxidation of Sulfur in the Soil" |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 92 | | | | August, 1960 article, Adams, M., et al., "On Sporulation in Sulphate-reducing Bacteria" |
| 93 | | | | May 1, 1974 NGC Specification - Paper Pulp For Board (NG00410205) |
| 94 | | | | December 1975 API Recommended Practice for Biological Analysis of Subsurface Injection Waters (Sutton Ex. K) |
| 95 | | | | August 6, 1976 NGC Specification - Gypsum Purity (NG00410452-57) |
| 96 | | | | December, 1977 article, Warth, A., "Relationship between the heat resistance of spores and the optimum and maximum growth temperatures of Bacillus species" |
| 97 | | | | 1982 article, Tuovinen, O. and Hsu, J., " Aerobic and Anaerobic Microorganisms in Tubercles of the Columbus, Ohio, Water Distribution System" |
| 98 | | | | June, 1987 article, Sugio, T. et al., "Purification and Some Properties of Sulfur: Ferric Ion Oxidoreductase from Thiobacillus ferrooxidans" |
| 99 | | | | June, 1987 article, Barrett, E. et al., "Tetrathionate Reduction and Production of Hydrogen Sulfide from Thiosulfate" |
| 100 | | | | January 19, 1990 NGC Specification - Moisture Meter Testing Gypsum Board (NG00410368-73) |
| 101 | | | | July, 1990 article, Gibson, G., "Physiology and ecology of the sulphate-reducing bacteria" |
| 102 | | | | December, 1990 article, Odom, et al., "Immunological Cross-Reactivities of Adenosine-5'-Phosphosulfate Reductases from Sulfate-Reducing and Sulfide-Oxidizing Bacteria" |
| 103 | | | | May, 1991 article, Rosnes, J. et al., "Spore-Forming Thermophilic Sulfate-Reducing Bacteria Isolated from North Sea Oil Field Waters" (Straus Ex. CC) |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 104 | | | | 1992 article, Pronk, J., de Bruyn, J. et al., "Anaerobic Growth of Thiobacillus ferrooxidans" |
| 105 | | | | January 1, 1992 Tampa Electric Company and National Gypsum Company Sales Agreement (NG00357037-45) |
| 106 | | | | July 17, 1992 NGC Manufacturing Specification - Gypsum Board (NG00410101-105) |
| 107 | | | | July 17, 1992 NGC Manufacturing Specification - Time-Temperature Setting Characteristics (NG410302-03) |
| 108 | | | | March, 1994 article, Rawlings, D. et al., "Molecular Genetics of Thiobacillus ferrooxidans" |
| 109 | | | | October, 1994 Calgon Carbon Corporation article, "Can 'Sulfur Water' be Cured with Carbon?" |
| 110 | | | | February, 1996 article, Lovley, D., "Potential for anaerobic bioremediation of BTEX in petroleum-contaminated aquifers" |
| 111 | | | | March 25, 1996 NGC Specification - TECO Byproduct Gypsum (NG00410180-81) |
| 112 | | | | May, 1996 article, O'Donnell, K., et al., "Two Divergent Intragenomic rDNA ITS2 Types within a Monophyletic Lineage of the Fungus Fusarium Are Nonorthologous" |
| 113 | | | | December 1997 EPA publication "Leading by Example" |
| 114 | | | | 1998 article, Boschker, H. et al., "Direct linking of microbial populations to specific biogeochemical processes by 13 C-labeling of biomarkers" |
| 115 | | | | March 16, 1998 Tampa Electric Company and National Gypsum Company Sales Agreement (NG00357046-67) |
| 116 | | | | April 22 & 27, 1998 Buckman Laboratories Material Safety Data Sheet, Busan 1030 & Busan 1009 |
| 117 | | | | June, 1998 article, Sass, H. et al, "High genetic and physiological diversity of sulfate-reducing bacteria isolated from an oligotrophic lake sediment" |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 118 | | | | January 7, 1999 Lemley, A., et al., Cornell University Cooperative Extension article, "Hydrogen Sulfide in Household Drinking Water" |
| 119 | | | | June, 1999 article, McFarland, et al., "Hydrogen Sulfide in Drinking Water Causes and Treatment Alternatives" |
| 120 | | | | 2000 article, Kelly, D. et al., "Reclassification of some species of Thiobacillus to the newly designated genera Acidithiobacillus gen.nov., Halothiobacillus gen. nov. and Thermithiobacillus gen.nov." |
| 121 | | | | January 1, 2000 Tampa Electric Company and National Gypsum Company Gypsum Slurry Supply and Processing Agreement (NG00357068-88) |
| 122 | | | | 2000 article, Amend, J. and Shock, E., "Energetics of overall metabolic reactions of thermophilic and hyperthermophilic Archaea and Bacteria" |
| 123 | | | | May, 2000 article, Ng, K. et al., "Production of Hydrogen Sulfide from Tetrathionate by the Iron-Oxidizing Bacterium Thiobacillus ferrooxidans NASF-1" |
| 124 | | | | Florida Department of Health Private Well Fact Sheet |
| 125 | | | | National Gypsum Company Construction Guide 09 20 00 (NG00000016 - 179) |
| 126 | | | | December 21, 2000 letter from Syracuse (National Gypsum Company) to Farrington (Tampa Electric Company) (NG00390690-96) |
| 127 | | | | 2001 article, Cruz-Perez, P. et al., "Specific detection of Stachybotrys chartarum in pure culture using quantitative polymerase chain reaction" |
| 128 | | | | January 10, 2001 Reclaimed Water Service Agreement between National Gypsum Company and Hillsborough County FL (Schinella Ex. #5 - Pltf.) |
| 129 | | | | September 18, 2001 email from Seufert to Macary (Macary Ex. #22) |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 130 | | | | October, 2001 article, Friedrich, M., "Phylogenetic Analysis Reveals Multiple Lateral Transfers of Adenosine-5'-Phosphosulfate Reductase Genes among Sulfate-Reducing Microorganisms" |
| 131 | | | | November 15, 2001 email from Radigan to Hunter (NG00272435-36) |
| 132 | | | | May, 2002 article, Jeanthon, C., et al., "Thermodesulfobacterium hydrogeniphilum etc." |
| 133 | | | | June, 2002 article, Wu, et al., "Application of PCR and probe hybridization techniques in detection of airborne fungal spores in environmental samples" |
| 134 | | | | September 19, 2002 National Gypsum Analytical Service Report (NG00219883) |
| 135 | | | | October, 2002 Colorado DOH publication, "Drinking Water From Household Wells" |
| 136 | | | | October 25, 2002 National Gypsum Analytical Service Report (NG00219884) |
| 137 | | | | 2003 article, Detmers, J. et al., "FISH Shows That Desulfotomaculum spp. Are the Dominating Sulfate-Reducing Bacteria in a Pristine Aquifer" |
| 138 | | | | 2003 article, Neretin, L. et al., "Quantification of dissimilatory (bi)sulphite reductase gene expression in Desulfobacterium autotrophicum using reat-time RT-PCR" |
| 139 | | | | 2003 article, Tran, T. et al., "The atmospheric corrosion of copper by hydrogen sulphide in underground conditions" |
| 140 | | | | 2003 Apollo Beach Quality Plant of the Year Award announcement (NG00067089) |
| 141 | | | | January, 2003 University of Georgia article, "Your Household Water Quality: Hydrogen Sulfide and Sulfate" |
| 142 | | | | January 10, 2003 National Gypsum Analytical Service Report (NG00164199) |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 143 | | | | May 13, 2003 letter from Peterson (NGC Apollo Beach Plant Manager) to McWeeney (Hillsborough County Water Department) (NG00183759-60) |
| 144 | | | | June 2003, document "Water Reuse for Florida Strategies for Effective Use of Reclaimed Water" (Schinella Ex. #3 - Deft.) |
| 145 | | | | FL Administrative Code - Public Water System Wells |
| 146 | | | | December 3, 2003 Brincku Residential Building Permit Application - Lee County FL |
| 147 | | | | 2004 article, MuBmann, M., et al., "Diversity and vertical distribution of cultured and uncultured Deltaproteobacteria in an intertidal mud flat of the Wadden Sea" |
| 148 | | | | 2004 article, Tran, T. et al., "Oxide and sulphide layers on copper exposed to H2S containing moist air" |
| 149 | | | | January 28, 2004 Brincku Residential Permit Information - Lee County FL |
| 150 | | | | February 6, 2004 Apollo Beach Quality Letter (NG00002899-900) |
| 151 | | | | February 21, 2004 Daily Production Report (NG00002973) |
| 152 | | | | March 9, 2004 Apollo Beach Quality Letter (NG00002901-02) |
| 153 | | | | April 6, 2004 Apollo Beach Quality Letter (NG00002903-04) |
| 154 | | | | April 15, 2004 Daily Production Report (NG00002945) |
| 155 | | | | April 16, 2004 and August 11, 2004 Banner Supply Co. invoices (G. Brincku Ex. #2) |
| 156 | | | | April 27, 2004 RJL Drywall Inc. work proposal (G. Brincku Ex. #3) |
| 157 | | | | May 7, 2004 Apollo Beach Quality Letter (NG00002905-06) |
| 158 | | | | May 12, 2004 National Gypsum Analytical Service Report (NG00194951-53) |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 159 | | | | June 2004 U.S. Army Corps of Engineers Report, "Water-Quality Changes During Cycle Tests at Aquifer Storage Recovery (ASR) Systems of South Florida" |
| 160 | | | | June 8, 2004 Apollo Beach Quality Letter (NG00002907-08) |
| 161 | | | | June 25, 2004 email from Carroll to Gypsum Plant Managers (Macary Ex. #1) |
| 162 | | | | June 28, 2004 email from Reid to Marolf et al. (Macary Ex. #2) |
| 163 | | | | June 28, 2004 email from Carroll to Gypsum Plant Managers (Macary Ex. #3) |
| 164 | | | | June 30, 2004 email from McChesney to Gulick, et al. (Macary Ex. #4) |
| 165 | | | | July 5, 2004 Daily Production Report (NG00002923) |
| 166 | | | | July 12, 2004 Apollo Beach Quality Letter (NG00002909-10) |
| 167 | | | | August 3, 2004 Apollo Beach Quality Letter (NG00002911-12) |
| 168 | | | | August 16, 2004 email from Price to Carroll, et al. (Macary Ex. #5) |
| 169 | | | | August 25, 2004 email from Reid to Marolf, et al. (Macary Ex. #6) |
| 170 | | | | September 9, 2004 Apollo Beach Quality Letter (NG00002913-14) |
| 171 | | | | October 8, 2004 Apollo Beach Quality Letter (NG00002915-16) |
| 172 | | | | November 2004 article, Dar, S. et al., "Nested PCR-Denaturing Gradient Gel Electrophoresis Approach to Determine the Diversity of Sulfate-Reducing Bacteria in Complex Microbial Communities" |
| 173 | | | | November 5, 2004 Apollo Beach Quality Letter (NG00002917-18) |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 174 | | | | December, 2004 Hillsborough County FL letter to "Dear Reclaimed Water Customer" (NG00394526-27) |
| 175 | | | | December 6, 2004 Apollo Beach Quality Letter (NG00002919-20) |
| 176 | | | | Los Angeles Times Article - December 7, 2004 |
| 177 | | | | Los Angeles Times Article - December 8, 2004 |
| 178 | | | | Los Angeles Times Article - December 10, 2004 |
| 179 | | | | Los Angeles Times Article - December 15, 2004 |
| 180 | | | | San Antonio Express (Texas) Article December 23, 3004 |
| 181 | | | | 2005 ed. "Standard Methods for the Examination of Water & Wastewater" extract, "Bacteria Living in Acidic Environments" |
| 182 | | | | 2005 "Industry Week" Apollo Beach Best Plants Profile (NG00234308-11) |
| 183 | | | | 2005 ASTM Standard Specification for Gypsum (NG00000008-9) |
| 184 | | | | January 6, 2005 Apollo Beach Quality Letter (NG00002921-22) |
| 185 | | | | March 30, 2005 Strategic Diagnostics Users Guide for RapidChek II SRB Detection System (Sutton Ex. Q) |
| 186 | | | | July 6, 2005 email from Macary to Haglan (Macary Ex. 7) |
| 187 | | | | July 20, 2005 email from Macary to Haglan (Macary Ex. 8) |
| 188 | | | | Article - Los Angeles Times August 26, 2005 |
| 189 | | | | November 7, 2005 Tampa Electric Company Material Safety Data Sheet for Gypsum (NG00158470-73) |
| 190 | | | | December 12, 2005 Decision of Division of Medical Quality Medical Board of California in the Matter of the Accusation Against: Dennis Glenn Hooper, M.D. (NGC Dispositive Motion App. #70) |
| 191 | | | | Article - Los Angeles Times December 20, 2005 |
| 192 | | | | 2006 article, Vera, R. et al., "Effect of atmospheric pollutants on the corrosion of high power electrical conductors - Part 2. Pure copper" |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 193 | | | | 2006 article, Ben-Dov, E., Brenner, A. et al., "Quantification of Sulfate-reducing Bacteria in Industrial Wastewater, by Real-time Polymerase Chain Reaction (PCR) Using dsrA and apsA Genes" |
| 194 | | | | 2006 article, Dar, S., Yao, L., et al., "Analysis of Diversity and Activity of Sulfate-Reducing Bacterial Communities in Sulfidogenic Bioreactors Using 16S rRNA and dsrB Genes as Molecular Markers" |
| 195 | | | | 2006 article, Mitchell, J. et al., "Sequences, the environment and fungi" |
| 196 | | | | January, 2006 article, Lee, J., et al., "Indoor and outdoor air quality assessment of four wastewater treatment plants" |
| 197 | | | | January 5, 2006 email from Macary to Andrews (Macary Ex. #9) |
| 198 | | | | March, 2006 article, Webster, G. et al., "A comparison of stable-isotope probing of DNA and phospholipid fatty acids to study prokaryotic functional diversity in sulfate-reducing marine sediment enrichment slurries" |
| 199 | | | | October 2006 Buckman Laboratories "Microbiological Audit and Board Odor Testing National Gypsum - National City" |
| 200 | | | | October 9-10, 2006 Buckman Laboratories Trip Report Summary National Gypsum Board Mill, National City, MI |
| 201 | | | | November 17, 2006 Buckman Laboratories memorandum from Geuss to Koepke (Macary Ex. #10) |
| 202 | | | | November 27, 2006 email from Koepke to Price (Macary Ex. #12) |
| 203 | | | | 2007 article, "Molecular analysis of the distribution and phylogeny of dissimilatory adenosine-5" etc. (Straus Ex. HH) |
| 204 | | | | 2007 article, Hines, M., et al., "Sulfur Cycling" |
| 205 | | | | 2007 Annual Consumer Report on the Quality of Tap Water for the City of Cape Coral |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 206 | | | | 2007 article, Meyer, B. et al., "Molecular analysis of the distribution and phylogeny of dissimilatory adenosine-5' etc." |
| 207 | | | | 2002 Apollo Beach Most Improved Plant Award announcement (NG0067237) |
| 208 | | | | Document headed "Quality Significant Events For May 2007" (Macary Ex. #15) |
| 209 | | | | June 1, 2007 EPA (Massachusetts) publication, "Hydrogen Sulfide and Sulfate in Private Drinking Water" |
| 210 | | | | June 4, 2007 email from Guess (Buckman Laboratories) |
| 211 | | | | June 5, 2007 email from Martin (National Gypsum Technology Innovation Center) |
| 212 | | | | June 18, 2007 Minnesota DOH publication, "Hydrogen Sulfide and Sulfur Bacteria in Well Water" |
| 213 | | | | July 5, 2007 NGC Specification - Pulp Slurry (NG00410129-30) |
| 214 | | | | July 26, 2007 National Gypsum Analytical Service Report (NG00058481-82) |
| 215 | | | | Document headed "Quality Significant Events For August 2007" (Macary Ex. #14) |
| 216 | | | | September 17, 2007 email from Price to Gypsum Plant Managers, et al. (Macary Ex. #11) |
| 217 | | | | September 17, 2007 email re Busan 1009 (NG00059279) |
| 218 | | | | Document headed "Quality Significant Events For November 2007" (Macary Ex. #13) |
| 219 | | | | 2008 Technical Paper, Bergersen, O. and Haarstad, K., "Metal Exides Remove Hydrogen Sulfide from Landfill Gas Produced from Waste Mixed with Plaster Board under Wet Conditions". |
| 220 | | | | March, 2008 U.S. EPA brochure "Agricultural Uses for Flue Gas Desulfurization (FGD) Gypsum |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 221 | | | | March, 2008 article, Watling, H., et al., "Comparison of selected characteristics of Sulfobacillus species and review of their occurrence in acidic and bioleaching environments" |
| 222 | | | | June, 2008 article, Muyzer, G. et al., "The ecology and biotechnology of sulphate-reducing bacteria" |
| 223 | | | | July 8, 2008 First Amendment to Gypsum Slurry Supply and Processing Agreement between Tampa Electric Company and National Gypsum Company (NG00357089-92) |
| 224 | | | | July 18, 2008 email from Marolf to Gypsum Plt Quality Supervisors (Macary Ex. #16) |
| 225 | | | | August 29, 2008 email from Macary to Robertson (Macary Ex. #17) |
| 226 | | | | October 2008 EPA publication "Using Recycled Industrial Materials in Buildlings" |
| 227 | | | | December, 2008 article, Halstensen, A., "Species-specific Fungal DNA in Airborne Dust as Surrogate for Occupational Mycotoxin Exposure? |
| 228 | | | | 2009 Wisconsin Department of Health Services "Sewer Gas" Fact Sheet |
| 229 | | | | January, 2009 article, Opel, K. et al., "A Study of PCR Inhibition Mechanisms Using Real Time PCR" |
| 230 | | | | January 6, 2009 letter from Radigan (National Gypsum Company) to Gregory (Everton Oglesby) (NG00069635) |
| 231 | | | | Call notes from G. Brincku - beginning 1/19/2009 (NG00134901-04) |
| 232 | | | | February 6, 2009 email from Macary to Bailey (Macary Ex. #18) |
| 233 | | | | February 12, 2009 letter report from Eagar to Brincku (G. Brincku Ex. #6) (Myatt Ex. #7) (McCarthy Ex. #4) |
| 234 | | | | February 18, 2009 letter from Larson to Brincku (G. Brincku Ex. #7) |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 235 | | | | March 20, 2009 Florida Department of Health letter "To Whom It May Concern" re: sampling analysis |
| 236 | | | | April 23, 2009 FL Attorney General Bill McCollum News Release, "McCollum: Con Artists Taking Advantage of Chinese Drywall Concerns" |
| 237 | | | | April 23, 2009 Press Release of Florida Attorney General Bill McCollum |
| 238 | | | | May 7, 2009 EPA document "Drywall Sampling Analysis" |
| 239 | | | | May 7, 2009 letter from EPA to ATSDR regarding drywall sampling |
| 240 | | | | May 15, 2009 email from Macary to Santore (NG00026475) |
| 241 | | | | June 4, 2009 email from Macary to Gulick (Macary Ex. #19) |
| 242 | | | | June 5, 2009 letter report from Eagar to Brincku (G. Brincku Ex. #8) |
| 243 | | | | August 4, 2009 Overview of Apollo Production (NG00000931) |
| 244 | | | | August 7, 2009 Realtime Laboratories Inc. Standard Operation Procedure for "Drywall Nucleic Acid Extraction (Adapted from the Qiagen DNeasy Tissue Kit)" |
| 245 | | | | September 2009 CPSC Imported Drywall Fact Sheet (NGC Dispositive Motion App. 79) |
| 246 | | | | Presentation (CAS) Tuday "Measurement of Corrosive, Odorous and Potentially Harmful Gases from Imported and Domestic Drywall |
| 247 | | | | November 18, 2009 CPSC letter to the Brinckus transmitting report (B. Brincku Ex. #11) |
| 248 | | | | September 22, 2009 Specifications "Pulp Slurry Preservative" (Macary Ex. #21) |
| 249 | | | | October 2009 "CPSC Staff Preliminary Evaluation of Drywall Chamber Test Results" (Straus Ex. FF) |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 250 | | | | October 29, 2009 Executive Summary of Release of Interagency Task Force on Chinese Drywall (with attached Studies and Statistical Analysis) |
| 251 | | | | November 2, 2009 letter report from Eagar to Brincku with attachments (G. Brincku Ex. #9) |
| 252 | | | | November 16, 2009 letter from U.S. Senators to FTC |
| 253 | | | | December 2009 FTC Consumer Alert. "Defective Imported Drywall: Don't Get Nailed by Bogus Tests and Treatments" |
| 254 | | | | December, 2009 Ohio State University Fact Sheet, "Hydrogen Sulfide in Drinking Water" |
| 255 | | | | Florida Department of Health "Case Definition for Drywall Associated Corrosion in Residences (Exhibit #8) |
| 256 | | | | December 22, 2009 Packer Engineering Final Report - Brincku Home Investigation |
| 257 | | | | 2009 Apollo Beach Quality Plant of the Year Award announcement (NG00014129) |
| 258 | | | | January 12, 2010 Brincku Class Action Complaint |
| 259 | | | | January 28, 2010 Proposed Decision of California Administrative Law Judge regarding Dennis G. Hooper, M.D. |
| 260 | | | | January 28, 2010 CPSC 51 Home Study, "Final Report on an Indoor Environmental Quality Assessment of Residences Containing Chinese Drywall" (Hejzlar Ex. #11) |
| 261 | | | | Article (Hooper)- Isolation of Sulfur Reducing and Oxidizing Bacteria in Contaminated Drywall (Exhibit O) |
| 262 | | | | February, 2010 article, Ikenaga, M. et al., "Changes in Community Structure of Sediment Bacteria Along the Florida Coastal Everglades Marsh-Mangrove-Seagrass Salinity Gradient" |
| 263 | | | | CPSC Staff Preliminary Evaluation of Drywall Chamber Test Results Reactive Sulfur Gases |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 264 | | | | March 26, 2010 EH&E Report - "Draft Report on Preliminary Microbiological Assessment of Chinese Drywall" (Myatt Ex. #1) |
| 265 | | | | May 18, 2010 Gypsum Association brochure, "The Gypsum Industry" |
| 266 | | | | May 25, 2010 CPSC Press Release, "CPSC Identifies Manufacturers of Problem Drywall Made in China" (Engbrecht Ex. PP) |
| 267 | | | | May 28, 2010 EH&E Report "Identification of Problematic Drywall: Source Markers and Detection Methods" |
| 268 | | | | Fed. Reg., Vol. 75, No. 118, June 21, 2010 EPA Proposed Rule |
| 269 | | | | June 23, 2010 Realtime Laboratories LLC Standard Operating Procedure for "Sulfur Reducing and Oxidizing Bacteria Culture Procedure" |
| 270 | | | | June 24, 2010 Brincku Amended Complaint |
| 271 | | | | 2010 article, Duranceau, S. et al., "Innovative Hydrogen Sulfide Treatment Methods: Moving Beyond Packed Tower Aeration" |
| 272 | | | | July, 2010 article, Vesper, S., "Traditional mould analysis compared to a DNA-based method of mould analysis" |
| 273 | | | | July 8, 2010 Brincku Initial Disclosures |
| 274 | | | | July 26, 2010 email from Berry to Phillips (Macary Ex. #20) |
| 275 | | | | August, 2010 article, Rees, G. et al., "Sulfide formation in freshwater sediments, by sulfate-reducing microorganisms with diverse tolerance to salt" |
| 276 | | | | September 3, 2010 Brincku Supplemental Initial Disclosures |
| 277 | | | | 2011 article, Bulaev, A. et al., "Polymorphism of Sulfobacillus thermosulfidooxidans Strains Dominating in Processes of High-Temperature Oxidation of Gold-Arsenic Concentrate" |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 278 | | | | 2011 Florida Statutes Chapter 373 (Schinella Ex. #2 - Deft.) |
| 279 | | | | January 1, 2011 Realtime Laboratories LLC Standard Operating Procedure for "Corrosion Testing of Drywall" |
| 280 | | | | January 2011 Becton, Dickinson and Company Quality Control Procedures regarding BBL Nutrient Broth (Sutton Ex. M) |
| 281 | | | | 2011 U.S. Geological Survey Report "Hydrogeology and Water Quality of the Floridian Aquifer System and Effects of Lower Floridian Aquifer Pumping on the Upper Floridian Aquifer at Fort Stewart, Georgia" |
| 282 | | | | January, 2011 U.S. Geological Survey, Mineral Commodity Summary re: Gypsum |
| 283 | | | | March 2011, National Association of Home Builders guidelines, "Imported Problematic Drywall: Identification Strategies and Remediation Guidelines" (Williams Ex. #10) |
| 284 | | | | "Summary of Identification Guidance for Homes with Corrosion from Problem Drywall as of March 18, 2011" (Williams Ex. #11) |
| 285 | | | | April, 2011 article, Xu, Q., et al., "Inhibition of hydrogen sulfide generation from disposed gypsum drywall using chemical inhibitors" |
| 286 | | | | Texas Medical Board Public Verification/Physician Profile, Dennis Glenn Hooper MD |
| 287 | | | | April 12, 2011 EH&E Report - "Evaluation of Homes Reported To Be Constructed With Domestic Drywall" (B. Brincku Exhibit #12) |
| 288 | | | | May 1, 2011 Realtime Laboratories LLC Standard Operating Procedure for "Adenosine-5' - phosphosulfonate (APS) Reductase detection in SRB in Drywall Specimens" |
| 289 | | | | May 3, 2011 Brincku Second Amended Complaint |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 290 | | | | May 12, 2011 EH&E Report - "Indoor Environmental Quality Assessment of Residences Containing Problem Drywall: Six-Home Follow-Up Study" prepared for CPSC (Myatt Ex. #2) |
| 291 | | | | June 2, 2011 EPA definition "Flue Gas Desulfurization Material" |
| 292 | | | | July 29, 2011 NGC (Brincku) Request for Entry |
| 293 | | | | September, 2011 "CPSC Staff Report on Metallurgical Investigations into Corrosion Damage in Homes Constructed with Problem Drywall" |
| 294 | | | | September, 2011 article, Inglett, K., "Soil Microbial Community Composition in a Restored Calcareous Subtropical Wetland" |
| 295 | | | | Building Inspection Report- Brincku Home (Cramer Exhibit #3) |
| 296 | | | | September 14, 2011 CPSC Summary of Contractor's Report, "The Use of Epifluorescent Microscopy and Quantitative Polymerase, etc." (Sutton Ex. P) (Engbrecht Ex. P) (Little Ex. P) (Myatt Ex. P) |
| 297 | | | | September 14, 2011 B. Brincku Responses to National Gypsum Company's First Set of Interrogatories |
| 298 | | | | September 14, 2011 B. Brincku Responses to National Gypsum Company's First Request for Production of Documents |
| 299 | | | | "Remediation Guidance for Homes with Corrosion from Problem Drywall as of September 15, 2011" (Williams Ex. #12) |
| 300 | | | | September 15, 2011 CPSC and HUD Press Release - "CPSC Completes Dinal Studies to Help Affected Homeowners Remediate Problem Drywall" (NGC Dispositive Motion App. 80) |
| 301 | | | | September 15, 2011 "CPSC Staff Report on Study of Fire Sprinkler Corrosion Related to Problem Drywall" |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 302 | | | | September 15, 2011 "CPSC Staff Report on Study of Smoke Alarm Corrosion Related to Problem Drywall" |
| 303 | | | | Report re: Brucker and Brincku Residences (Williams Exhibit #8) |
| 304 | | | | Realtime Laboratories LLC Brincku Samples Culture Worksheet - Reviewed and Approved by D. Hooper 10-27-2011 |
| 305 | | | | Sewer and Septic Tank documents produced November 10, 2011 by Brincku  (Brincku-678 to 681) |
| 306 | | | | Part 12 of documents produced November 10, 2011 (Brincku)  (Brincku-1031 to 1042) |
| 307 | | | | Part 1 of documents produced November 10, 2011 (Brincku) (Brincku-1 to 318) |
| 308 | | | | Packer Engineering information produced November 10, 2011 (Brincku)  (Brincku-908 to 1030) |
| 309 | | | | November 16, 2011 Sutton Report re: Brincku residence (Sutton Ex. C) (Engbrecht Ex. C) |
| 310 | | | | November 17, 2011 Straus Report re: Brincku residence (Straus Ex. V) |
| 311 | | | | November 18, 2011 Hejzlar report re: Brincku residence (Hejzlar Ex. #5) |
| 312 | | | | November 18, 2011 Engbrecht report re: Brincku and Brucker residences (Engbrecht Ex. OO) |
| 313 | | | | December 2011 R. Odle Report, "Corrosion Evaluation of Brinku [sic] House" (Odle Ex. #2) |
| 314 | | | | December, 2011 Lewis Report, "Inspection and Sampling Report Brincku Property" (Plaintiffs' Ex. #6) |
| 315 | | | | December 6, 2011 B. Brincku Senate Testimony (B. Brincku Ex. #8) |
| 316 | | | | December 7, 2011 ProPublica.org article regarding Senate subcommittee hearing re: drywall (B. Brincku Ex. #10) |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 317 | | | | December 7, 2011 Moon Report, "Building Sciences Department Report Temperature Range Experiment national Gypsum Manufacturing Facility Gibsonton, Florida" (Moon Ex. #3) |
| 318 | | | | December 18, 2011 B. Little Report (Brincku/Brucker) (Little Ex. #1) |
| 319 | | | | December 21, 2011 Complete copy of CAS Report - Brincku (Tuday Ex. #3) |
| 320 | | | | December 21, 2011 Lewis Report, "Sulfate-Reducing Bacteria (SRB) Test in Environmental Samples" (Plaintiffs' Ex. #3) |
| 321 | | | | December 22, 2011 T. Myatt Report (Brincku/Brucker) (Myatt Ex. #3) |
| 322 | | | | December 22, 2011 J. McCarthy Report (Brincku/Brucker) (McCarthy Ex. #3) |
| 323 | | | | January 25, 2012 fax from HSA to Smart transmitting groundwater, sediment and soil sample laboratory testing results (Plaintiffs' Ex. #10) |
| 324 | | | | February 13, 2012 Hejzlar supplemental report re: Brincku residence (Hejzlar Ex. #7) |
| 325 | | | | February 13, 2012 Derelle Inc. Estimate prepared for Williams Building Diagnostics regarding Brincku residence (Williams Ex. #13) |
| 326 | | | | Chart - "Williams Building Diagnostics 02/15/12 Projected Cost Summary-Preliminary: 18891 River Estates Lane, Alva, Florida" (Williams Ex. #2) |
| 327 | | | | Chart - "Williams Building Diagnostics 02/15/12 REVISED: Projected Cost Summary-Preliminary: 18891 River Estates Lane, Alva, Florida" (Williams Ex. #3) |
| 328 | | | | Chart - "Williams Building Diagnostics 02/15/12 REVISED: Projected Cost Summary - Preliminary: 18891 River Estates Lane, Alva, Florida" (containing handwritten notations) (Williams Ex. #4) |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 329 | | | | August 4, 2009 email from Macary to McChesney with attached PowerPoint re synthetic gypsum (NG00059181-212) |
| 330 | | | | Busan 1030 Label |
| 331 | | | | May 5, 1993 letter from EPA to Barbee re: EPA registration Busan 30 |
| 332 | | | | January 31, 1996 Busan 1009 EPA registration |
| 333 | | | | July 8, 1998 Busan 1009 EPA registration |
| 334 | | | | April 6, 2000 Busan 30 EPA registration |
| 335 | | | | April 30, 2001 letter from EPA to Barbee re: EPA registration Busan 30 |
| 336 | | | | May 22, 2001 Busan 1009 EPA registration |
| 337 | | | | July 29, 2003 letter from EPA to Stobbe re: Busan 30RM registration |
| 338 | | | | October 2, 2003 letter from EPA to Stobbe re: Busan 1280 registration |
| 339 | | | | March 26, 2004 EPA Notice of Busan 1009 re-registration |
| 340 | | | | January 17, 2005 Busan 30 EPA registration |
| 341 | | | | January 25, 2005 Busan 1009 EPA registration |
| 342 | | | | March 22, 2007 EPA letter to Miller and attachments regarding Busan 30 alternate trade name Busan 1253 and Busan 1254 registration |
| 343 | | | | February 18, 2010 EPA letter to Watson re: Busan 30 registration |
| 344 | | | | B. Brincku Twitter account printout January 10, 2012 |
| 345 | | | | B. Brincku Facebook postings January 17, 2012 |
| 346 | | | | www.cbsnews.com story, "Company: We Didn't Make Toxic Drywall" (w/ comments) |
| 347 | | | | www.jimsparrow.com blog postings re: toxic drywall (w/ comments) |
| 348 | | | | www.nola.com comments |
| 349 | | | | www.youtube.com comments to Brinkcu posting |
| 350 | | | | www.bucks.blogs.nytimes.com postings |

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 351 | | | | www.winknews.com story, "CPSC investigating possible tainted American drywall" (w/ comments) |
| 352 | | | | www.wral.com story, "Homeowners in three states sue Bragg drywall supplier" (w/ comments) |