**Columbia Analytical Services™**   2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

# LABORATORY REPORT

October 13, 2011

Tom Ayala
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

### RE: Brucker / 6077 NW Pine Level St. Arcadia, FL 34266

Dear Tom:

Enclosed are the results of the samples submitted to our laboratory on September 14, 2011. For your reference, these analyses have been assigned our service request number P1103520.

All analyses were performed according to our laboratory's NELAP and DoD-ELAP-approved quality assurance program. The test results meet requirements of the current NELAP and DoD-ELAP standards, where applicable, and except as noted in the laboratory case narrative provided. For a specific list of NELAP and DoD-ELAP-accredited analytes, refer to the certifications section at www.caslab.com. Results are intended to be considered in their entirety and apply only to the samples analyzed and reported herein.

Columbia Analytical Services, Inc. is certified by the California Department of Health Services, NELAP Laboratory Certificate No. 02115CA; Arizona Department of Health Services, Certificate No. AZ0694; Florida Department of Health, NELAP Certification E871020; New Jersey Department of Environmental Protection, NELAP Laboratory Certification ID #CA009; New York State Department of Health, NELAP NY Lab ID No: 11221; Oregon Environmental Laboratory Accreditation Program, NELAP ID: CA20007; The American Industrial Hygiene Association, Laboratory #101661; United States Department of Defense Environmental Laboratory Accreditation Program (DoD-ELAP), Certificate No. L10-3-R2; Pennsylvania Registration No. 68-03307; TX Commission of Environmental Quality, NELAP ID T104704413-11-2; Minnesota Department of Health, NELAP Certificate No. 219474; Washington State Department of Ecology, ELAP Lab ID: C946. Each of the certifications listed above have an explicit Scope of Accreditation that applies to specific matrices/methods/analytes; therefore, please contact me for information corresponding to a particular certification.

If you have any questions, please call me at (805) 526-7161.

Respectfully submitted,

**Columbia Analytical Services, Inc.**

Sue Anderson
Project Manager



**Columbia**
**Analytical Services**™   2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

Client:      National Gypsum Company                    CAS Project No:      P1103520
Project:     Brucker / 6077 NW Pine Level St. Arcadia, FL 34266

## CASE NARRATIVE

The samples were received intact under chain of custody on September 14, 2011 and were stored in accordance with the analytical method requirements. Please refer to the sample acceptance check form for additional information. The results reported herein are applicable only to the condition of the samples at the time of sample receipt.

Orthorhombic Cyclooctasulfur Analysis

A portion of the wallboard samples was prepared and analyzed for orthorhombic cyclooctasulfur according to CAS AQL 103A using a gas chromatograph equipped with an electron capture detector (ECD).

Sulfur Analysis

A portion of the wallboard samples was prepared according to CAS AQL 104 and analyzed for twenty sulfur compounds per ASTM D 5504-08 using a gas chromatograph equipped with a sulfur chemiluminescence detector (SCD). All compounds with the exception of hydrogen sulfide and carbonyl sulfide are quantitated against the initial calibration curve for methyl mercaptan.

Copper Corrosion

A portion of the wallboard samples and a copper control sample were enclosed in a humidified environment and evaluated according to CAS AQL 105. A visual conclusion of negative copper corrosion results were determined as shown by the photographs in this report.

The negative results for the orthorhombic cyclooctasulfur, hydrogen sulfide and copper corrosion performed in conjunction with each other, are indicative of non-suspect wallboard for all of the samples in this delivery group.

*The results of analyses are given in the attached laboratory report. All results are intended to be considered in their entirety, and Columbia Analytical Services, Inc. (CAS) is not responsible for utilization of less than the complete report.*

*Use of Columbia Analytical Services, Inc. (CAS) Name. Client shall not use CAS's name or trademark in any marketing or reporting materials, press releases or in any other manner ("Materials") whatsoever and shall not attribute to CAS any test result, tolerance or specification derived from CAS's data ("Attribution") without CAS's prior written consent, which may be withheld by CAS for any reason in its sole discretion. To request CAS's consent, Client shall provide copies of the proposed Materials or Attribution and describe in writing Client's proposed use of such Materials or Attribution. If CAS has not provided written approval of the Materials or Attribution within ten (10) days of receipt from Client, Client's request to use CAS's name or trademark in any Materials or Attribution shall be deemed denied. CAS may, in its discretion, reasonably charge Client for its time in reviewing Materials or Attribution requests. Client acknowledges and agrees that the unauthorized use of CAS's name or trademark may cause CAS to incur irreparable harm for which the recovery of money damages will be inadequate. Accordingly, Client acknowledges and agrees that a violation shall justify preliminary injunctive relief. For questions contact the laboratory.*



**Columbia Analytical Services**™   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

## DETAIL SUMMARY REPORT

Client:          National Gypsum Company                                    Service Request: P1103520
Project ID:      Brucker / 6077 NW Pine Level St. Arcadia, FL 34266

Date Received:   9/14/2011
Time Received:   11:25

| Client Sample ID | Lab Code | Matrix | Date Collected | Time Collected | Cu Corrosion - Cu Corrosion | Sulfur Red+ H2S - SulfurCrushRd + | S8-ECD - S8 |
|---|---|---|---|---|---|---|---|
| #1 NGC | P1103520-001 | Solid | 9/9/2011 | 00:00 | X | X | X |
| #2 NGC | P1103520-002 | Solid | 9/9/2011 | 00:00 | X | X | X |
| #3 NGC | P1103520-003 | Solid | 9/9/2011 | 00:00 | X | X | X |
| #4 No I.D. | P1103520-004 | Solid | 9/9/2011 | 00:00 | X | X | X |
| #5 NGC | P1103520-005 | Solid | 9/9/2011 | 00:00 | X | X | X |
| #6 NGC | P1103520-006 | Solid | 9/9/2011 | 00:00 | X | X | X |
| #7 NGC | P1103520-007 | Solid | 9/9/2011 | 00:00 | X | X | X |



2655 Park Center Drive, Suite A, Simi Valley, CA 93065 | 805.526.7161 | www.caslab.com

## DETAIL SUMMARY REPORT

Client: National Gypsum Company

Project ID: Brucker / 6077 NW Pine Level St. Arcadia, FL 34266

Service Request: P1103520

Date Received: 9/14/2011
Time Received: 11:25

| Client Sample ID | Lab Code | Matrix | Date Collected | Time Collected | Cu Corrosion -- Cu Corrosion | Sulfur Red+ H2S - SulfurCrushRd + | S8-ECD - S8 |
|---|---|---|---|---|---|---|---|
| #1 NGC | P1103520-001 | Solid | 9/9/2011 | 00:00 | X | X | X |
| #2 NGC | P1103520-002 | Solid | 9/9/2011 | 00:00 | X | X | X |
| #3 NGC | P1103520-003 | Solid | 9/9/2011 | 00:00 | X | X | X |
| #4 No I.D. | P1103520-004 | Solid | 9/9/2011 | 00:00 | X | X | X |
| #5 NGC | P1103520-005 | Solid | 9/9/2011 | 00:00 | X | X | X |
| #6 NGC | P1103520-006 | Solid | 9/9/2011 | 00:00 | X | X | X |
| #7 NGC | P1103520-007 | Solid | 9/9/2011 | 00:00 | X | X | X |

# Columbia Analytical Services™

2655 Park Center Drive, Suite A
Simi Valley, California 93065
Phone (805) 526-7161
Fax (805) 526-7270

**Drywall - Chain of Custody Record & Analytical Service Request**

Page ____ of ____

Sample Requirements: 2" x 2" piece of drywall required for S₈ GC/ECD test.
5" x 5" piece of drywall required if additional tests are desired.

| | | | | |
|---|---|---|---|---|
| Com: National Gypsum Company | | | Pro: **Brucker** | CAS Contact: |
| Proj: 5901 Carnegie Blvd. Charlotte, NC 28209 | | | P/C 6077 NW Pine Level St. Arcadia Fl 34266 | CAS Project No. **P10352** |

Pro: Jack Walker
Dir. Quality Service
Eml: jrwalker@nationalgypsum.com
(O) 704-551-5820
(F) 704-551-5770

Standard Turnaround Time (TAT) for Drywall Testing is 2-3 weeks
Expedited TATs is available for selected tests for a surcharge, please call to inquire

| Client Sample ID | Laboratory ID Number | Date Collected | Time Collected | Drywall Description/Location/Other Information | Elemental Sulfur (S₈) Marker Test (GC/ECD) | Elemental Sulfur (S₈) Marker Test (GC/MS) | Hydrogen Sulfide Emission Test | Copper Corrosion Jar Test | Comments |
|---|---|---|---|---|---|---|---|---|---|
| #1 NGC | ① | Fri. 9-9-11 Thurs. 9-8-11 | | #1 B/R2 S.WALL 20p-2 1:18 | | | | | |
| #2 NGC | ② | | | #2 HALLWAY CLOSET 20p-1-9-20p2 MASTER CLOSET 20p-1 14:35 | | | | | |
| #3 NGC | ③ | | | #3 ATTIC ABOVE BATH #2 | | | | | |
| #4 No I.D. | ④ | | | #4 LAUNDRY BELOW PREVIOUS CUT | | | | | |
| #5 NGC | ⑤ | | | #5 MASTER CLOSET W WALL NEXT TO PREVIOUS CUT | | | | | |
| #6 NGC | ⑥ | | | #6 B/R#2 NEXT TO PREVIOUS SAMPLE CLOSET EAST WALL | | | | | |
| #7 NGC | ⑦ | | | #7 L/R E NEAR PREVIOUS CUT | | | | | |

**Report Tier Levels - please select one**
Tier I - (Results + QC (Default if not specified) _____
Tier II - (Results + QC (Default if not specified) _____
Tier III (Data Validation Package) 10% Surcharge _____

| Relinquished by (Signature) | Date 9/9/11 | Time 5:06 | Received by (Signature) | Date 9/11 | Time 5:06pm |
|---|---|---|---|---|---|
| Relinquished by (Signature) | Date | Time | Received by (Signature) | Date 9/14/11 | Time 11:55 |
| Relinquished by (Signature) | Date | Time | Received by (Signature) | Date | Time |











#6 NGC
Leach Plastic Bag Unpreserved          .01
P1103520-006   (F-37)

Next to previous
sample

E wall

FR!
Thurs: 9-8-11
Brucker
6077 NW Pine Level St.
Arcadia, FL 34266

Brucker Sample #_____ 6
B/R #2   NEXT TO PREVIOUS SAMPLE
03:13 20-2 CLOSET E. WALL
05-19-06



#7 NGC

1 each Plastic Bag  Unpreserved                .01

P1103520-007  (P-37)

Thurs.8-11

**Brucker**

6077 NW Pine Level St.

Arcadia FL 34266

**Brucker** Sample # 7

L/R  E. WALL  NEAR  PREVIOUS
                                    CUT



**Columbia
Analytical Services**™  2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

**Sample Acceptance Check Form**

Client: National Gypsum Company                                  Work order:   P1103520

Project: Brucker / 6077 NW Pine Level St. Arcadia, FL 34266

Sample(s) received on: 9/14/11                    Date opened: 9/14/11        by:      MZAMORA

*Note:* This form is used for all samples received by CAS. The use of this form for custody seals is strictly meant to indicate presence/absence and not as an indication of

compliance or nonconformity. Thermal preservation and pH will only be evaluated either at the request of the client and/or as required by the method/SOP.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| 1 | Were **sample containers** properly marked with client sample ID? | ☒ | ☐ | ☐ |
| 2 | Container(s) **supplied by CAS**? | ☐ | ☒ | ☐ |
| 3 | Did **sample containers** arrive in good condition? | ☒ | ☐ | ☐ |
| 4 | Were **chain-of-custody** papers used and filled out? | ☒ | ☐ | ☐ |
| 5 | Did **sample container labels** and/or tags agree with custody papers? | ☒ | ☐ | ☐ |
| 6 | Was **sample volume** received adequate for analysis? | ☒ | ☐ | ☐ |
| 7 | Are samples within specified holding times? | ☒ | ☐ | ☐ |
| 8 | Was proper **temperature** (thermal preservation) of cooler at receipt adhered to? | ☐ | ☐ | ☒ |
| 9 | Was a **trip blank** received? | ☐ | ☐ | ☒ |
| 10 | Were **custody seals** on outside of cooler/Box? | ☐ | ☒ | ☐ |
|  | Location of seal(s)? _____ Sealing Lid? | ☐ | ☐ | ☒ |
|  | Were signature and date included? | ☐ | ☐ | ☒ |
|  | Were seals intact? | ☐ | ☐ | ☒ |
|  | Were custody seals on outside of sample container? | ☐ | ☒ | ☐ |
|  | Location of seal(s)? _____ Sealing Lid? | ☐ | ☐ | ☒ |
|  | Were signature and date included? | ☐ | ☐ | ☒ |
|  | Were seals intact? | ☐ | ☐ | ☒ |
| 11 | Do containers have appropriate **preservation**, according to method/SOP or Client specified information? | ☐ | ☐ | ☒ |
|  | Is there a client indication that the submitted samples are **pH** preserved? | ☐ | ☐ | ☒ |
|  | Were **VOA vials** checked for presence/absence of air bubbles? | ☐ | ☐ | ☒ |
|  | Does the client/method/SOP require that the analyst check the sample pH and *if necessary* alter it? | ☐ | ☐ | ☒ |
| 12 | **Tubes:**        Are the tubes capped and intact? | ☐ | ☐ | ☒ |
|  | Do they contain moisture? | ☐ | ☐ | ☒ |
| 13 | **Badges:**      Are the badges properly capped and intact? | ☐ | ☐ | ☒ |
|  | Are dual bed badges separated and individually capped and intact? | ☐ | ☐ | ☒ |

| Lab Sample ID | Container Description | Required pH * | Received pH | Adjusted pH | VOA Headspace (Presence/Absence) | Receipt / Preservation Comments |
|---|---|---|---|---|---|---|
| P1103520-001.01 | 1 each Plastic Bag |  |  |  |  |  |
| P1103520-001.02 | 32oz Glass Jar |  |  |  |  | Added by Lab |
| P1103520-001.03 | 1 L Zefon Bag |  |  |  |  | Added by Lab |
| P1103520-001.04 | 8oz Glass Jar |  |  |  |  | Added by Lab |
| P1103520-002.01 | 1 each Plastic Bag |  |  |  |  |  |
| P1103520-002.02 | 32oz Glass Jar |  |  |  |  | Added by Lab |
| P1103520-002.03 | 1 L Zefon Bag |  |  |  |  | Added by Lab |
| P1103520-002.04 | 8oz Glass Jar |  |  |  |  | Added by Lab |

Explain any discrepancies: (include lab sample ID numbers): _____
The times of sample collection were not indicated on the COC.

RSK - MEEPP, HCL (pH<2); RSK - CO2, (pH 5-8); Sulfur (pH>4)



**Columbia Analytical Services™**   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

**Sample Acceptance Check Form**

Client: National Gypsum Company                          Work order: P1103520
Project: Brucker / 6077 NW Pine Level St. Arcadia, FL 34266
Sample(s) received on: 9/14/11            Date opened: 9/14/11          by:    MZAMORA

| Lab Sample ID | Container Description | Required pH * | Received pH | Adjusted pH | VOA Headspace (Presence/Absence) | Receipt / Preservation Comments |
|---|---|---|---|---|---|---|
| P1103520-003.01 | 1 each Plastic Bag | | | | | |
| P1103520-003.02 | 32oz Glass Jar | | | | | Added by Lab |
| P1103520-003.03 | 1 L Zefon Bag | | | | | Added by Lab |
| P1103520-003.04 | 8oz Glass Jar | | | | | Added by Lab |
| P1103520-004.01 | 1 each Plastic Bag | | | | | |
| P1103520-004.02 | 32oz Glass Jar | | | | | Added by Lab |
| P1103520-004.03 | 1 L Zefon Bag | | | | | Added by Lab |
| P1103520-004.04 | 8oz Glass Jar | | | | | Added by Lab |
| P1103520-005.01 | 1 each Plastic Bag | | | | | |
| P1103520-005.02 | 32oz Glass Jar | | | | | Added by Lab |
| P1103520-005.03 | 1 L Zefon Bag | | | | | Added by Lab |
| P1103520-005.04 | 8oz Glass Jar | | | | | Added by Lab |
| P1103520-006.01 | 1 each Plastic Bag | | | | | |
| P1103520-006.02 | 32oz Glass Jar | | | | | Added by Lab |
| P1103520-006.03 | 1 L Zefon Bag | | | | | Added by Lab |
| P1103520-006.04 | 8oz Glass Jar | | | | | Added by Lab |
| P1103520-007.01 | 1 each Plastic Bag | | | | | |
| P1103520-007.02 | 32oz Glass Jar | | | | | Added by Lab |
| P1103520-007.03 | 1 L Zefon Bag | | | | | Added by Lab |
| P1103520-007.04 | 8oz Glass Jar | | | | | Added by Lab |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Explain any discrepancies: (include lab sample ID numbers): _____

_____

_____

RSK - MEEPP, HCL (pH<2); RSK - CO2, (pH 5-8); Sulfur (pH>4)


Columbia
Analytical Services™   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

| | | |
|---|---|---|
| **Client:** | **National Gypsum Company** | |
| **Client Project ID:** | **Brucker / 6077 NW Pine Level St. Arcadia, FL 34266** | CAS Project ID: P1103520 |

### Orthorhombic Cyclooctasulfur

| | | |
|---|---|---|
| Test Code: | CAS AQL 103A | |
| Instrument ID: | HP6890/GC6/ECD/ECD | Date Received: 9/14/11 |
| Analyst: | Zheng Wang | Date Extracted: 9/13 - 9/15/11 |
| Sampling Media: | Wallboard | Date Analyzed: 9/13 - 9/16/11 |
| Test Notes: | | |

| Client Sample ID | CAS Sample ID | Sample Amount Gram(s) | Extract Volume ml(s) | Dilution Factor | Result mg/Kg | LOQ mg/Kg | Data Qualifier |
|---|---|---|---|---|---|---|---|
| #1 NGC | P1103520-001 | 1.02 | 5.0 | 1.00 | ND | 4.9 | |
| #2 NGC | P1103520-002 | 1.05 | 5.0 | 1.00 | ND | 4.8 | |
| #3 NGC | P1103520-003 | 1.02 | 5.0 | 1.00 | ND | 4.9 | |
| #4 No I.D. | P1103520-004 | 1.02 | 5.0 | 1.00 | ND | 4.9 | |
| #5 NGC | P1103520-005 | 1.02 | 5.0 | 1.00 | ND | 4.9 | |
| #6 NGC | P1103520-006 | 1.01 | 5.0 | 1.00 | ND | 5.0 | |
| #7 NGC | P1103520-007 | 1.03 | 5.0 | 1.00 | ND | 4.9 | |
| Negative Control Sample | P110913-NCS | 1.04 | 5.0 | 1.00 | ND | 4.8 | |

ND = Compound was analyzed for, but not detected above the limit of quantitation.

LOQ = Limit of Quantitation.

According to the Florida Department of Health (http://www.doh.state.fl.us/environment/community/indoor-air/casedefinition.html, 1/5/2010), a positive result above 10 mg/kg is indicative of corrosive drywall.

A positive result between 5-10 mg/kg is inconclusive; further testing may be warranted.

### LABORATORY CONTROL SAMPLE / DUPLICATE LABORATORY CONTROL SAMPLE SUMMARY

| Client Sample ID | CAS Sample ID | Spike Amount LCS / DLCS mg/Kg | Result LCS mg/Kg | DLCS mg/Kg | % Recovery LCS | DLCS | CAS Acceptance Limits | RPD | RPD Limit | Data Qualifier |
|---|---|---|---|---|---|---|---|---|---|---|
| Dup Lab Control Sample | P110913-DLCS | 148 | 136 | 133 | 92 | 90 | 78-120 | 2 | 13 | |



**Columbia Analytical Services**™   2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:**           **National Gypsum Company**
**Client Sample ID:**  **#1 NGC**
**Client Project ID:** **Brucker / 6077 NW Pine Level St. Arcadia, FL 34266**

CAS Project ID: P1103520
CAS Sample ID: P1103520-001

| | | | |
|---|---|---|---|
| Test Code: | CAS AQL 104 | Date Received: | 9/14/11 |
| Instrument ID: | Agilent 6890A/GC13/SCD | Date Analyzed: | 9/19/11 |
| Analyst: | Wade Henton/Lauryn Keeler | Sample Amount: | 25.52 Gram(s) |
| Sampling Media: | Wallboard | Chamber Volume: | 0.50 Liter(s) |
| Test Notes: | | | |

Dilution Factor: 1.00

| CAS # | Compound | Result µg/Kg | LOQ µg/Kg | Data Qualifier |
|---|---|---|---|---|
| 7783-06-4 | Hydrogen Sulfide | ND | 0.27 | |
| 463-58-1 | Carbonyl Sulfide | ND | 0.48 | |
| 74-93-1 | Methyl Mercaptan | ND | 0.39 | |
| 75-08-1 | Ethyl Mercaptan | ND | 0.50 | |
| 75-18-3 | Dimethyl Sulfide | ND | 0.50 | |
| 75-15-0 | Carbon Disulfide | 0.48 | 0.30 | |
| 75-33-2 | Isopropyl Mercaptan | ND | 0.61 | |
| 75-66-1 | tert-Butyl Mercaptan | ND | 0.72 | |
| 107-03-9 | n-Propyl Mercaptan | ND | 0.61 | |
| 624-89-5 | Ethyl Methyl Sulfide | ND | 0.61 | |
| 110-02-1 | Thiophene | ND | 0.67 | |
| 513-44-0 | Isobutyl Mercaptan | ND | 0.72 | |
| 352-93-2 | Diethyl Sulfide | ND | 0.72 | |
| 109-79-5 | n-Butyl Mercaptan | ND | 0.72 | |
| 624-92-0 | Dimethyl Disulfide | ND | 0.38 | |
| 616-44-4 | 3-Methylthiophene | ND | 0.79 | |
| 110-01-0 | Tetrahydrothiophene | ND | 0.71 | |
| 638-02-8 | 2,5-Dimethylthiophene | ND | 0.90 | |
| 872-55-9 | 2-Ethylthiophene | ND | 0.90 | |
| 110-81-6 | Diethyl Disulfide | ND | 0.49 | |

ND = Compound was analyzed for, but not detected above the limit of quantitation.
LOQ = Limit of Quantitation.



**Columbia Analytical Services™**   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:** **National Gypsum Company**
**Client Sample ID:** **#2 NGC**
**Client Project ID:** **Brucker / 6077 NW Pine Level St. Arcadia, FL 34266**

CAS Project ID: P1103520
CAS Sample ID: P1103520-002

| | | | |
|---|---|---|---|
| Test Code: | CAS AQL 104 | Date Received: | 9/14/11 |
| Instrument ID: | Agilent 6890A/GC13/SCD | Date Analyzed: | 9/19/11 |
| Analyst: | Wade Henton/Lauryn Keeler | Sample Amount: | 25.33 Gram(s) |
| Sampling Media: | Wallboard | Chamber Volume: | 0.50 Liter(s) |
| Test Notes: | | | |

Dilution Factor: 1.00

| CAS # | Compound | Result µg/Kg | LOQ µg/Kg | Data Qualifier |
|---|---|---|---|---|
| 7783-06-4 | Hydrogen Sulfide | ND | 0.28 | |
| 463-58-1 | Carbonyl Sulfide | ND | 0.48 | |
| 74-93-1 | Methyl Mercaptan | ND | 0.39 | |
| 75-08-1 | Ethyl Mercaptan | ND | 0.50 | |
| 75-18-3 | Dimethyl Sulfide | ND | 0.50 | |
| 75-15-0 | Carbon Disulfide | **0.51** | 0.31 | |
| 75-33-2 | Isopropyl Mercaptan | ND | 0.61 | |
| 75-66-1 | tert-Butyl Mercaptan | ND | 0.73 | |
| 107-03-9 | n-Propyl Mercaptan | ND | 0.61 | |
| 624-89-5 | Ethyl Methyl Sulfide | ND | 0.61 | |
| 110-02-1 | Thiophene | ND | 0.68 | |
| 513-44-0 | Isobutyl Mercaptan | ND | 0.73 | |
| 352-93-2 | Diethyl Sulfide | ND | 0.73 | |
| 109-79-5 | n-Butyl Mercaptan | ND | 0.73 | |
| 624-92-0 | Dimethyl Disulfide | ND | 0.38 | |
| 616-44-4 | 3-Methylthiophene | ND | 0.79 | |
| 110-01-0 | Tetrahydrothiophene | ND | 0.71 | |
| 638-02-8 | 2,5-Dimethylthiophene | ND | 0.91 | |
| 872-55-9 | 2-Ethylthiophene | ND | 0.91 | |
| 110-81-6 | Diethyl Disulfide | ND | 0.49 | |

ND = Compound was analyzed for, but not detected above the limit of quantitation.
LOQ = Limit of Quantitation.


**Columbia
Analytical Services**™  2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:** **National Gypsum Company**
**Client Sample ID:** **#3 NGC**
**Client Project ID:** **Brucker / 6077 NW Pine Level St. Arcadia, FL 34266**

CAS Project ID: P1103520
CAS Sample ID: P1103520-003

| | | | |
|---|---|---|---|
| Test Code: | CAS AQL 104 | Date Received: | 9/14/11 |
| Instrument ID: | Agilent 6890A/GC13/SCD | Date Analyzed: | 9/19/11 |
| Analyst: | Wade Henton/Lauryn Keeler | Sample Amount: | 25.81  Gram(s) |
| Sampling Media: | Wallboard | Chamber Volume: | 0.50  Liter(s) |
| Test Notes: | | | |

Dilution Factor: 1.00

| CAS # | Compound | Result<br>µg/Kg | LOQ<br>µg/Kg | Data<br>Qualifier |
|---|---|---|---|---|
| 7783-06-4 | Hydrogen Sulfide | ND | 0.27 | |
| 463-58-1 | Carbonyl Sulfide | ND | 0.48 | |
| 74-93-1 | Methyl Mercaptan | ND | 0.38 | |
| 75-08-1 | Ethyl Mercaptan | ND | 0.49 | |
| 75-18-3 | Dimethyl Sulfide | ND | 0.49 | |
| 75-15-0 | Carbon Disulfide | **0.65** | 0.30 | |
| 75-33-2 | Isopropyl Mercaptan | ND | 0.60 | |
| 75-66-1 | tert-Butyl Mercaptan | ND | 0.71 | |
| 107-03-9 | n-Propyl Mercaptan | ND | 0.60 | |
| 624-89-5 | Ethyl Methyl Sulfide | ND | 0.60 | |
| 110-02-1 | Thiophene | ND | 0.67 | |
| 513-44-0 | Isobutyl Mercaptan | ND | 0.71 | |
| 352-93-2 | Diethyl Sulfide | ND | 0.71 | |
| 109-79-5 | n-Butyl Mercaptan | ND | 0.71 | |
| 624-92-0 | Dimethyl Disulfide | ND | 0.37 | |
| 616-44-4 | 3-Methylthiophene | ND | 0.78 | |
| 110-01-0 | Tetrahydrothiophene | ND | 0.70 | |
| 638-02-8 | 2,5-Dimethylthiophene | ND | 0.89 | |
| 872-55-9 | 2-Ethylthiophene | ND | 0.89 | |
| 110-81-6 | Diethyl Disulfide | ND | 0.48 | |

ND = Compound was analyzed for, but not detected above the limit of quantitation.
LOQ = Limit of Quantitation.



**Columbia**
**Analytical Services™**   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

| | |
|---|---|
| **Client:** | **National Gypsum Company** |
| **Client Sample ID:** | **#4 No I.D.** |
| **Client Project ID:** | **Brucker / 6077 NW Pine Level St. Arcadia, FL 34266** |

CAS Project ID: P1103520
CAS Sample ID: P1103520-004

| | | | |
|---|---|---|---|
| Test Code: | CAS AQL 104 | Date Received: | 9/14/11 |
| Instrument ID: | Agilent 6890A/GC13/SCD | Date Analyzed: | 9/19/11 |
| Analyst: | Wade Henton/Lauryn Keeler | Sample Amount: | 25.34 Gram(s) |
| Sampling Media: | Wallboard | Chamber Volume: | 0.50 Liter(s) |
| Test Notes: | | | |

Dilution Factor: 1.00

| CAS # | Compound | Result<br>µg/Kg | LOQ<br>µg/Kg | Data<br>Qualifier |
|---|---|---|---|---|
| 7783-06-4 | Hydrogen Sulfide | ND | 0.27 | |
| 463-58-1 | Carbonyl Sulfide | ND | 0.48 | |
| 74-93-1 | Methyl Mercaptan | ND | 0.39 | |
| 75-08-1 | Ethyl Mercaptan | ND | 0.50 | |
| 75-18-3 | Dimethyl Sulfide | ND | 0.50 | |
| 75-15-0 | Carbon Disulfide | **0.99** | 0.31 | |
| 75-33-2 | Isopropyl Mercaptan | ND | 0.61 | |
| 75-66-1 | tert-Butyl Mercaptan | ND | 0.73 | |
| 107-03-9 | n-Propyl Mercaptan | ND | 0.61 | |
| 624-89-5 | Ethyl Methyl Sulfide | ND | 0.61 | |
| 110-02-1 | Thiophene | ND | 0.68 | |
| 513-44-0 | Isobutyl Mercaptan | ND | 0.73 | |
| 352-93-2 | Diethyl Sulfide | ND | 0.73 | |
| 109-79-5 | n-Butyl Mercaptan | ND | 0.73 | |
| 624-92-0 | Dimethyl Disulfide | ND | 0.38 | |
| 616-44-4 | 3-Methylthiophene | ND | 0.79 | |
| 110-01-0 | Tetrahydrothiophene | ND | 0.71 | |
| 638-02-8 | 2,5-Dimethylthiophene | ND | 0.91 | |
| 872-55-9 | 2-Ethylthiophene | ND | 0.91 | |
| 110-81-6 | Diethyl Disulfide | ND | 0.49 | |

ND = Compound was analyzed for, but not detected above the limit of quantitation.
LOQ = Limit of Quantitation.



**Columbia Analytical Services™**  2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

| | |
|---|---|
| **Client:** | **National Gypsum Company** |
| **Client Sample ID:** | **#5 NGC** |
| **Client Project ID:** | **Brucker / 6077 NW Pine Level St. Arcadia, FL 34266** |

CAS Project ID: P1103520
CAS Sample ID: P1103520-005

| | | | |
|---|---|---|---|
| Test Code: | CAS AQL 104 | Date Received: | 9/14/11 |
| Instrument ID: | Agilent 6890A/GC13/SCD | Date Analyzed: | 9/19/11 |
| Analyst: | Wade Henton/Lauryn Keeler | Sample Amount: | 25.60 Gram(s) |
| Sampling Media: | Wallboard | Chamber Volume: | 0.50 Liter(s) |
| Test Notes: | | | |

Dilution Factor: 1.00

| CAS # | Compound | Result<br>µg/Kg | LOQ<br>µg/Kg | Data<br>Qualifier |
|---|---|---|---|---|
| 7783-06-4 | Hydrogen Sulfide | ND | 0.27 | |
| 463-58-1 | Carbonyl Sulfide | ND | 0.48 | |
| 74-93-1 | Methyl Mercaptan | ND | 0.38 | |
| 75-08-1 | Ethyl Mercaptan | ND | 0.50 | |
| 75-18-3 | Dimethyl Sulfide | ND | 0.50 | |
| 75-15-0 | Carbon Disulfide | 1.2 | 0.30 | |
| 75-33-2 | Isopropyl Mercaptan | ND | 0.61 | |
| 75-66-1 | tert-Butyl Mercaptan | ND | 0.72 | |
| 107-03-9 | n-Propyl Mercaptan | ND | 0.61 | |
| 624-89-5 | Ethyl Methyl Sulfide | ND | 0.61 | |
| 110-02-1 | Thiophene | ND | 0.67 | |
| 513-44-0 | Isobutyl Mercaptan | ND | 0.72 | |
| 352-93-2 | Diethyl Sulfide | ND | 0.72 | |
| 109-79-5 | n-Butyl Mercaptan | ND | 0.72 | |
| 624-92-0 | Dimethyl Disulfide | ND | 0.38 | |
| 616-44-4 | 3-Methylthiophene | ND | 0.78 | |
| 110-01-0 | Tetrahydrothiophene | ND | 0.70 | |
| 638-02-8 | 2,5-Dimethylthiophene | ND | 0.90 | |
| 872-55-9 | 2-Ethylthiophene | ND | 0.90 | |
| 110-81-6 | Diethyl Disulfide | ND | 0.49 | |

ND = Compound was analyzed for, but not detected above the limit of quantitation.

LOQ = Limit of Quantitation.



**Columbia Analytical Services™**   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

| | |
|---|---|
| **Client:** | **National Gypsum Company** |
| **Client Sample ID:** | **#6 NGC** |
| **Client Project ID:** | **Brucker / 6077 NW Pine Level St. Arcadia, FL 34266** |

CAS Project ID: P1103520
CAS Sample ID: P1103520-006

| | | | |
|---|---|---|---|
| Test Code: | CAS AQL 104 | Date Received: | 9/14/11 |
| Instrument ID: | Agilent 6890A/GC13/SCD | Date Analyzed: | 9/19/11 |
| Analyst: | Wade Henton/Lauryn Keeler | Sample Amount: | 25.36 Gram(s) |
| Sampling Media: | Wallboard | Chamber Volume: | 0.50 Liter(s) |
| Test Notes: | | | |

Dilution Factor: 1.00

| CAS # | Compound | Result µg/Kg | LOQ µg/Kg | Data Qualifier |
|---|---|---|---|---|
| 7783-06-4 | Hydrogen Sulfide | ND | 0.27 | |
| 463-58-1 | Carbonyl Sulfide | ND | 0.48 | |
| 74-93-1 | Methyl Mercaptan | ND | 0.39 | |
| 75-08-1 | Ethyl Mercaptan | ND | 0.50 | |
| 75-18-3 | Dimethyl Sulfide | ND | 0.50 | |
| 75-15-0 | Carbon Disulfide | 1.3 | 0.31 | |
| 75-33-2 | Isopropyl Mercaptan | ND | 0.61 | |
| 75-66-1 | tert-Butyl Mercaptan | ND | 0.73 | |
| 107-03-9 | n-Propyl Mercaptan | ND | 0.61 | |
| 624-89-5 | Ethyl Methyl Sulfide | ND | 0.61 | |
| 110-02-1 | Thiophene | ND | 0.68 | |
| 513-44-0 | Isobutyl Mercaptan | ND | 0.73 | |
| 352-93-2 | Diethyl Sulfide | ND | 0.73 | |
| 109-79-5 | n-Butyl Mercaptan | ND | 0.73 | |
| 624-92-0 | Dimethyl Disulfide | ND | 0.38 | |
| 616-44-4 | 3-Methylthiophene | ND | 0.79 | |
| 110-01-0 | Tetrahydrothiophene | ND | 0.71 | |
| 638-02-8 | 2,5-Dimethylthiophene | ND | 0.90 | |
| 872-55-9 | 2-Ethylthiophene | ND | 0.90 | |
| 110-81-6 | Diethyl Disulfide | ND | 0.49 | |

ND = Compound was analyzed for, but not detected above the limit of quantitation.
LOQ = Limit of Quantitation.



**Columbia**
**Analytical Services™**   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

| | |
|---|---|
| **Client:** | **National Gypsum Company** |
| **Client Sample ID:** | **#7 NGC** |
| **Client Project ID:** | **Brucker / 6077 NW Pine Level St. Arcadia, FL 34266** |

CAS Project ID: P1103520
CAS Sample ID: P1103520-007

| | | | |
|---|---|---|---|
| Test Code: | CAS AQL 104 | Date Received: | 9/14/11 |
| Instrument ID: | Agilent 6890A/GC13/SCD | Date Analyzed: | 9/19/11 |
| Analyst: | Wade Henton/Lauryn Keeler | Sample Amount: | 25.41 Gram(s) |
| Sampling Media: | Wallboard | Chamber Volume: | 0.50 Liter(s) |
| Test Notes: | | | |

Dilution Factor: 1.00

| CAS # | Compound | Result µg/Kg | LOQ µg/Kg | Data Qualifier |
|---|---|---|---|---|
| 7783-06-4 | Hydrogen Sulfide | ND | 0.27 | |
| 463-58-1 | Carbonyl Sulfide | ND | 0.48 | |
| 74-93-1 | Methyl Mercaptan | ND | 0.39 | |
| 75-08-1 | Ethyl Mercaptan | ND | 0.50 | |
| 75-18-3 | Dimethyl Sulfide | ND | 0.50 | |
| 75-15-0 | Carbon Disulfide | **1.3** | 0.31 | |
| 75-33-2 | Isopropyl Mercaptan | ND | 0.61 | |
| 75-66-1 | tert-Butyl Mercaptan | ND | 0.73 | |
| 107-03-9 | n-Propyl Mercaptan | ND | 0.61 | |
| 624-89-5 | Ethyl Methyl Sulfide | ND | 0.61 | |
| 110-02-1 | Thiophene | ND | 0.68 | |
| 513-44-0 | Isobutyl Mercaptan | ND | 0.73 | |
| 352-93-2 | Diethyl Sulfide | ND | 0.73 | |
| 109-79-5 | n-Butyl Mercaptan | ND | 0.73 | |
| 624-92-0 | Dimethyl Disulfide | ND | 0.38 | |
| 616-44-4 | 3-Methylthiophene | ND | 0.79 | |
| 110-01-0 | Tetrahydrothiophene | ND | 0.71 | |
| 638-02-8 | 2,5-Dimethylthiophene | ND | 0.90 | |
| 872-55-9 | 2-Ethylthiophene | ND | 0.90 | |
| 110-81-6 | Diethyl Disulfide | ND | 0.49 | |

ND = Compound was analyzed for, but not detected above the limit of quantitation.
LOQ = Limit of Quantitation.



**Columbia Analytical Services™**   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

························ RESULTS OF ANALYSIS ························

Page 1 of 1

**Client:** **National Gypsum Company**
**Client Sample ID:** **Negative Control Sample**                    CAS Project ID: P1103520
**Client Project ID:** **Brucker / 6077 NW Pine Level St. Arcadia, FL 34266**       CAS Sample ID: P110919-NCS

| | | | |
|---|---|---|---|
| Test Code: | CAS AQL 104 | Date Received: | NA |
| Instrument ID: | Agilent 6890A/GC13/SCD | Date Analyzed: | 9/19/11 |
| Analyst: | Wade Henton/Lauryn Keeler | Sample Amount: | 25.77 Gram(s) |
| Sampling Media: | Wallboard | Chamber Volume: | 0.50 Liter(s) |
| Test Notes: | | | |

Dilution Factor: 1.00

| CAS # | Compound | Result<br>µg/Kg | LOQ<br>µg/Kg | Data<br>Qualifier |
|---|---|---|---|---|
| 7783-06-4 | Hydrogen Sulfide | ND | 0.27 | |
| 463-58-1 | Carbonyl Sulfide | ND | 0.48 | |
| 74-93-1 | Methyl Mercaptan | ND | 0.38 | |
| 75-08-1 | Ethyl Mercaptan | ND | 0.49 | |
| 75-18-3 | Dimethyl Sulfide | ND | 0.49 | |
| 75-15-0 | Carbon Disulfide | ND | 0.30 | |
| 75-33-2 | Isopropyl Mercaptan | ND | 0.60 | |
| 75-66-1 | tert-Butyl Mercaptan | ND | 0.72 | |
| 107-03-9 | n-Propyl Mercaptan | ND | 0.60 | |
| 624-89-5 | Ethyl Methyl Sulfide | ND | 0.60 | |
| 110-02-1 | Thiophene | ND | 0.67 | |
| 513-44-0 | Isobutyl Mercaptan | ND | 0.72 | |
| 352-93-2 | Diethyl Sulfide | ND | 0.72 | |
| 109-79-5 | n-Butyl Mercaptan | ND | 0.72 | |
| 624-92-0 | Dimethyl Disulfide | ND | 0.37 | |
| 616-44-4 | 3-Methylthiophene | ND | 0.78 | |
| 110-01-0 | Tetrahydrothiophene | ND | 0.70 | |
| 638-02-8 | 2,5-Dimethylthiophene | ND | 0.89 | |
| 872-55-9 | 2-Ethylthiophene | ND | 0.89 | |
| 110-81-6 | Diethyl Disulfide | ND | 0.48 | |

ND = Compound was analyzed for, but not detected above the limit of quantitation.
LOQ = Limit of Quantitation.



**Columbia**
**Analytical Services**™   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:**              **National Gypsum Company**
**Client Sample ID:**    **Positive Control Sample**                    CAS Project ID: P1103520
**Client Project ID:**   **Brucker / 6077 NW Pine Level St. Arcadia, FL 34266**       CAS Sample ID: P110919-PCS

| | | | |
|---|---|---|---|
| Test Code: | CAS AQL 104 | Date Received: | NA |
| Instrument ID: | Agilent 6890A/GC13/SCD | Date Analyzed: | 9/19/11 |
| Analyst: | Wade Henton/Lauryn Keeler | Sample Amount: | 25.11  Gram(s) |
| Sampling Media: | Wallboard | Chamber Volume: | 0.50  Liter(s) |
| Test Notes: | | | |

Dilution Factor: 1.00

| CAS # | Compound | Result<br>µg/Kg | LOQ<br>µg/Kg | Data<br>Qualifier |
|---|---|---|---|---|
| 7783-06-4 | Hydrogen Sulfide | **1.9** | 0.28 | |
| 463-58-1 | Carbonyl Sulfide | **3.3** | 0.49 | |
| 74-93-1 | Methyl Mercaptan | ND | 0.39 | |
| 75-08-1 | Ethyl Mercaptan | ND | 0.51 | |
| 75-18-3 | Dimethyl Sulfide | ND | 0.51 | |
| 75-15-0 | Carbon Disulfide | **3.1** | 0.31 | |
| 75-33-2 | Isopropyl Mercaptan | ND | 0.62 | |
| 75-66-1 | tert-Butyl Mercaptan | ND | 0.73 | |
| 107-03-9 | n-Propyl Mercaptan | ND | 0.62 | |
| 624-89-5 | Ethyl Methyl Sulfide | ND | 0.62 | |
| 110-02-1 | Thiophene | ND | 0.68 | |
| 513-44-0 | Isobutyl Mercaptan | ND | 0.73 | |
| 352-93-2 | Diethyl Sulfide | ND | 0.73 | |
| 109-79-5 | n-Butyl Mercaptan | ND | 0.73 | |
| 624-92-0 | Dimethyl Disulfide | ND | 0.38 | |
| 616-44-4 | 3-Methylthiophene | ND | 0.80 | |
| 110-01-0 | Tetrahydrothiophene | ND | 0.72 | |
| 638-02-8 | 2,5-Dimethylthiophene | ND | 0.91 | |
| 872-55-9 | 2-Ethylthiophene | ND | 0.91 | |
| 110-81-6 | Diethyl Disulfide | ND | 0.50 | |

ND = Compound was analyzed for, but not detected above the limit of quantitation.
LOQ = Limit of Quantitation.



**Columbia Analytical Services**™  2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:**  **National Gypsum Company**
**Client Sample ID:**  **#1 NGC**
**Client Project ID:**  **Brucker / 6077 NW Pine Level St. Arcadia, FL 34266**

CAS Project ID: P1103520
CAS Sample ID: P1103520-001

| | | |
|---|---|---|
| Test Code: | CAS AQL 105 | Date Received: 9/14/11 |
| Analyst: | Michael Conjeo | Date Sample Prepared: 9/19/11 |
| Sample Type: | Wallboard | Date Photo Taken: 10/12/11 |
| Test Notes: | | |



The Negative Control Sample is U.S. Gypsum drywall purchased from a building supply store.
The Positive Control Sample is a known source of defective drywall which tests positive for orthorhombic cyclooctasulfur and hydrogen sulfide.
The result for this sample indicates a match with the negative control sample.



**Columbia
Analytical Services**™  2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:** **National Gypsum Company**
**Client Sample ID:** **#2 NGC**
**Client Project ID:** **Brucker / 6077 NW Pine Level St. Arcadia, FL 34266**

CAS Project ID: P1103520
CAS Sample ID: P1103520-002

Test Code: CAS AQL 105
Analyst: Michael Conjeo
Sample Type: Wallboard
Test Notes:

Date Received: 9/14/11
Date Sample Prepared: 9/19/11
Date Photo Taken: 10/12/11



The Negative Control Sample is U.S. Gypsum drywall purchased from a building supply store.
The Positive Control Sample is a known source of defective drywall which tests positive for orthorhombic cyclooctasulfur and hydrogen sulfide.
The result for this sample indicates a match with the negative control sample.



Columbia
Analytical Services™    2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:**          **National Gypsum Company**
**Client Sample ID:**  **#3 NGC**                                                        CAS Project ID: P1103520
**Client Project ID:**  **Brucker / 6077 NW Pine Level St. Arcadia, FL 34266**            CAS Sample ID: P1103520-003

Test Code:        CAS AQL 105                                      Date Received: 9/14/11
Analyst:          Michael Conjeo                         Date Sample Prepared: 9/19/11
Sample Type:      Wallboard                                 Date Photo Taken: 10/12/11
Test Notes:



The Negative Control Sample is U.S. Gypsum drywall purchased from a building supply store.
The Positive Control Sample is a known source of defective drywall which tests positive for orthorhombic cyclooctasulfur and hydrogen sulfide.
The result for this sample indicates a match with the negative control sample.



**Columbia Analytical Services**™   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:**            **National Gypsum Company**
**Client Sample ID:**  **#4 No I.D.**                                          CAS Project ID: P1103520
**Client Project ID:** **Brucker / 6077 NW Pine Level St. Arcadia, FL 34266**   CAS Sample ID: P1103520-004

Test Code:      CAS AQL 105                                        Date Received: 9/14/11
Analyst:        Michael Conjeo                               Date Sample Prepared: 9/19/11
Sample Type:    Wallboard                                       Date Photo Taken: 10/12/11
Test Notes:



The Negative Control Sample is U.S. Gypsum drywall purchased from a building supply store.
The Positive Control Sample is a known source of defective drywall which tests positive for orthorhombic cyclooctasulfur and hydrogen sulfide.
The result for this sample indicates a match with the negative control sample.



**Columbia Analytical Services**™  2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:** **National Gypsum Company**
**Client Sample ID:** **#5 NGC**
**Client Project ID:** **Brucker / 6077 NW Pine Level St. Arcadia, FL 34266**

CAS Project ID: P1103520
CAS Sample ID: P1103520-005

Test Code:    CAS AQL 105
Analyst:      Michael Conjeo
Sample Type:  Wallboard
Test Notes:

Date Received: 9/14/11
Date Sample Prepared: 9/19/11
Date Photo Taken: 10/12/11



The Negative Control Sample is U.S. Gypsum drywall purchased from a building supply store.
The Positive Control Sample is a known source of defective drywall which tests positive for orthorhombic cyclooctasulfur and hydrogen sulfide.
The result for this sample indicates a match with the negative control sample.



**Columbia**
**Analytical Services™**   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:**              **National Gypsum Company**
**Client Sample ID:**   **#6 NGC**                                              CAS Project ID: P1103520
**Client Project ID:**  **Brucker / 6077 NW Pine Level St. Arcadia, FL 34266**   CAS Sample ID: P1103520-006

Test Code:      CAS AQL 105                                    Date Received: 9/14/11
Analyst:        Michael Conjeo                         Date Sample Prepared: 9/19/11
Sample Type:    Wallboard                                 Date Photo Taken: 10/12/11
Test Notes:



The Negative Control Sample is U.S. Gypsum drywall purchased from a building supply store.
The Positive Control Sample is a known source of defective drywall which tests positive for orthorhombic cyclooctasulfur and hydrogen sulfide.
The result for this sample indicates a match with the negative control sample.



**Columbia
Analytical Services**™   2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:**            **National Gypsum Company**
**Client Sample ID:** **#7 NGC**
**Client Project ID:** **Brucker / 6077 NW Pine Level St. Arcadia, FL 34266**

CAS Project ID: P1103520
CAS Sample ID: P1103520-007

Test Code:      CAS AQL 105
Analyst:        Michael Conjeo
Sample Type:    Wallboard
Test Notes:

Date Received: 9/14/11
Date Sample Prepared: 9/19/11
Date Photo Taken: 10/12/11



The Negative Control Sample is U.S. Gypsum drywall purchased from a building supply store.
The Positive Control Sample is a known source of defective drywall which tests positive for orthorhombic cyclooctasulfur and hydrogen sulfide.
The result for this sample indicates a match with the negative control sample.