**Columbia
Analytical Services™**  2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

# LABORATORY REPORT

December 21, 2011

Tom Ayala
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

### RE: Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569

Dear Mr. Ayala:

Enclosed please find the final enhanced report for samples submitted to our laboratory on September 13, 2011. For your reference, these analyses have been assigned our service request number P1103499.

All analyses were performed according to our laboratory's NELAP and DoD-ELAP-approved quality assurance program. The test results meet requirements of the current NELAP and DoD-ELAP standards, where applicable, and except as noted in the laboratory case narrative provided. For a specific list of NELAP and DoD-ELAP-accredited analytes, refer to the certifications section at www.caslab.com. Results are intended to be considered in their entirety and apply only to the samples analyzed and reported herein.

Columbia Analytical Services, Inc. is certified by the California Department of Health Services, NELAP Laboratory Certificate No. 02115CA; Arizona Department of Health Services, Certificate No. AZ0694; Florida Department of Health, NELAP Certification E871020; New Jersey Department of Environmental Protection, NELAP Laboratory Certification ID #CA009; New York State Department of Health, NELAP NY Lab ID No: 11221; Oregon Environmental Laboratory Accreditation Program, NELAP ID: CA20007; The American Industrial Hygiene Association, Laboratory #101661; United States Department of Defense Environmental Laboratory Accreditation Program (DoD-ELAP), Certificate No. L10-3-R2; Pennsylvania Registration No. 68-03307; TX Commission of Environmental Quality, NELAP ID T104704413-11-2; Minnesota Department of Health, NELAP Certificate No. 219474; Washington State Department of Ecology, ELAP Lab ID: C946. Each of the certifications listed above have an explicit Scope of Accreditation that applies to specific matrices/methods/analytes; therefore, please contact me for information corresponding to a particular certification.

If you have any questions, please call me at (805) 526-7161.

Respectfully submitted,

**Columbia Analytical Services, Inc.**

Digitally signed by
Michael Tuday
Date: 2011.12.21 16:29:35
-08'00'

Michael Tuday
Director of Research and Development



**Columbia Analytical Services™**   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

Client:   National Gypsum                                    CAS Project No: P1003499
Project:   Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569

### LABORATORY REPORT

Columbia Analytical analyzed 11 samples from the Retana home for orthorhombic cyclooctasulfur (elemental sulfur— $S_8$), offgassing of reduced sulfur compounds and copper corrosion.  The Retana samples were received intact under chain of custody on September 13, 2011 and were stored in accordance with the analytical method requirements.  Please refer to the sample acceptance check form for additional information. The results reported herein are applicable only to the condition of the samples as of the time of sample receipt.

### <u>Analytical Methods</u>

#### *Elemental Sulfur ($S_8$) Testing (GC/ECD)*

Drywall samples were prepared by pulverizing, removing the paper portion, and weighing out a 1g aliquot of powder. Samples were solvent extracted with agitation using toluene. A 1.0 μL aliquot of the sample extract was injected into the gas chromatograph (GC) by splitless injection where a fused silica capillary column separated $S_8$ from other species compounds and an electron capture detector (ECD) detected the $S_8$. Helium was used as the carrier gas in the analytical system. The identification of $S_8$ was performed by comparing the retention time of $S_8$ with the respective retention time of an authentic standard. Quantitative analysis is performed by using an internal standard calibration procedure, which involves the comparison of instrument responses from the target compounds in the sample to the response of the internal standard that is added to the sample prior to analysis. The ratio of the peak area of the target compound in the sample to the peak area of the internal standard in the sample was compared to a similar ratio derived for each calibration standard.

Additional instrument quality control checks include a five point calibration for $S_8$, initial calibration verification standard analysis, and evaluation of extraction surrogate recovery.  A negative control sample (known unaffected drywall) was also prepared and analyzed along with the client samples as a means of quality control.

The concentration of $S_8$ in the sample was reported in mg/Kg, and was calculated using the analytical result (mass of $S_8$ detected), the sample weight and the final extract volume.

#### *Hydrogen Sulfide ($H_2S$) Off-gassing Testing*

After sample preparation, approximately 25-50 grams of the drywall in question was weighed using a top loading balance and placed in a proprietary design chamber. The chamber was placed in a designated area and maintained at 37°C for a period of 48 to 96 hours. After the incubation period, the samples were analyzed for the appropriate sulfur compound(s) in accordance with method ASTM D5504. A 1.0 mL aliquot of the chamber headspace was analyzed using a gas chromatograph (GC) equipped with a sulfur chemiluminescence detector (SCD).



**Columbia Analytical Services**™   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

A positive control sample (known faulty drywall) and negative control sample (known unaffected drywall purchased new from a store) were prepared and analyzed along with the client samples as a means of quality control. Client sample results may be compared to the positive and negative control results for purposes of data interpretation.

All samples were introduced into the analytical system using a gas-tight syringe. Reduced sulfur compounds in these gaseous samples were separated by gas chromatography and were combusted in a fuel-rich environment to yield sulfur monoxide and other products (1). The effluent from the combustion furnace was directed to the chemiluminescence analyzer where the sulfur monoxide was reacted with ozone to produce an electronically excited sulfur dioxide molecule and oxygen molecule (2). The excited sulfur dioxide molecule relaxed with emission of light in the blue and ultraviolet regions of the spectrum (3). This light was then detected with a blue-sensitive photomultiplier tube.

(1) Sulfur Compound + $H_2/Air \rightarrow SO$ + products

(2) $SO + O_3 \rightarrow SO_2 * + O_2$

(3) $SO_2* \rightarrow SO_2 + Hv$

Where:
$Hv$ = chemiluminescence
$SO_2*$ = electronically excited $SO_2$

Hydrogen sulfide emission results were reported in $\mu g/Kg$, and were calculated using the ppbV value obtained from the GC/SCD analysis, the volume of the chamber, and the weight of the drywall sample analyzed.

In a similar manner, COS and $CS_2$ were also determined in the same analytical run as the hydrogen sulfide. At the time of the initial report, these additional compounds were not reported, since they were not believed to be unique indicators of corrosive drywall. As discussed in this report, statistics from the Columbia Analytical Database indicate that neither COS nor CS2 are reliable indicators of corrosive drywall, and these compounds may be emitted from non-corrosive drywall.

### *Corrosion Jar Testing*

A small portion of drywall (approximately 2.5" x 3") was cut and placed in a 32 oz jar with a small piece of copper tubing/coupon and 3 mL deionized water to serve as a humidifier, but the drywall was not placed in contact with the liquid water. The jar was placed in a designated area and maintained at 37ºC space for a period of 21 days. After the incubation period, a visual determination was made by the analyst as to whether or not copper corrosion has occurred. The result was recorded in a logbook and results were visually documented by means of a cataloged digital photograph. A positive control sample (known faulty drywall) and negative control sample (known unaffected drywall) were prepared and analyzed along with the client samples as a means of quality control. Client sample results may be compared to the positive and negative control results for purposes of data interpretation.



2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

#### Conclusions

The analytical results of the Retana samples #1 China Dining Room, #3 China-Venture Supply, #6 Chinese D/W, #10 Chinese Foyer-Wall and #11 Chinese Foyer Wall indicate that the drywall is corrosive. These samples had positive detections of $S_8$ above 5 mg/Kg (ppm) for this unique marker compound. Specifically, the detections of $S_8$ ranged from 1,000 mg/Kg to 1,400 mg/Kg, or between and 200 and 280 times greater than the reporting limit. In addition, these samples had positive detections of hydrogen sulfide ($H_2S$) and copper corrosion (jar corrosion test). These three analyses are included in the FLDOH Case Definition (12-18- 09) for Drywall Associated Corrosion in Residences and the CPSC/HUD Interim Guidance— Identification of Homes with Corrosion from Problem Drywall (CPSC/HUD 2010).

The analytical results of the Retana sample #4 – Garage NGC – indicate that the drywall is not corrosive. The sample was analyzed for $S_8$ and found to be non-detect for this unique marker compound. This sample did have a low-level $H_2S$ detection slightly above the reporting limit; however, the results appear to be a laboratory anomaly due to the fact that the jar corrosion test was also determined to be negative. The low-level $H_2S$ detection in this sample is shown to be similar to the non-corrosive samples in the Columbia Analytical Database.

The analytical results of the Retana samples #2 American Gyp. Co., #5 American Gyp., #7 American Gyp., #8 American Gyp. and #9 American Gyp. indicate that the drywall is not corrosive. All of the aforementioned samples were analyzed for $S_8$ and found to be non-detect for this unique marker compound. Next, these samples were analyzed for $H_2S$ emission and copper corrosion; again, with all samples found to be non-detect for these parameters.

The detected concentrations in the non-corrosive Retana samples for $H_2S$ and $CS_2$ are consistent in terms of concentration with the non-corrosive samples in the Columbia Analytical Database. Statistics from the Columbia Analytical Database indicate that neither COS nor $CS_2$ are reliable indicators of corrosive drywall, and these compounds may be emitted from non-corrosive drywall. These findings are consistent with the data presented in Figure 5.4 of the February 2011 CPSC Fort Bragg report (EHE 2011) and the conclusions for the sample "4 Darden Street" in the 2010 LBNL report (LBNL 2010).

**Columbia**
**Analytical Services**™  2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

## Elemental Sulfur as a Unique Marker Compound of Corrosive Drywall

### *Background & Database Statistics*

It has been confirmed by many researchers, including contractors hired by the US Consumer Product Safety Commission (CPSC), that corrosive drywall contains a naturally occurring allotrope of elemental sulfur—orthorhombic cyclooctasulfur ($S_8$) (CPSC/HUD 2010, EHE 2010, EHE 2011, FLDOH 2009, Tuday 2009). This allotrope is a unique marker of corrosive drywall and is rarely if ever found in non-corrosive drywall.

Columbia Analytical Services has compiled an extensive database of analytical results from corrosive and non-corrosive drywall samples (hereto after referred to as "the Columbia Analytical Database"). All database statistics shown in this report are valid for samples assessed between April 21, 2009 and February 22, 2011.

The following is a summary of database statistics associated with the $S_8$ analysis.

Figure 1 presents a box-whisker plot of all $S_8$ detected concentrations (n=1192) in the Columbia Analytical Database, along with summary statistics.



All detected $S_8$ values, mg/Kg:
(n=1192)

| | |
|---|---|
| Mean | 285 |
| Stdev | 379 |
| CV | 1.33 |
| Median | 160 |
| Minimum | 4.10 |
| Maximum | 5100 |

Top of box = 75th Percentile (Q3)
Bottom of box = 25th Percentile (Q1)
Horizontal line in box = Median
Pink diamond = Mean
Whiskers = Minimum/Maximum

Figure 1. Summary of $S_8$ detected concentrations from the Columbia Analytical Database

**Columbia Analytical Services™**   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

Figure 2 visually presents the relationship between $S_8$ and corrosion or blackening (as determined by the protocol described in this report). This figure shows the near perfect association between $S_8$ and corrosion, with less than 1% instance of false positives ($S_8$ detected but no corrosion) or false negatives ($S_8$ not detected but positive corrosion). Statistically, this small rate of anomalies is expected in a large data set and these observations may be attributable to laboratory/human error.



Figure 2. Visual presentation of $S_8$ vs. corrosion/blackening relationship

**Columbia Analytical Services**™   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   **www.caslab.com**

Figure 3 visually presents the relationship between $S_8$ and hydrogen sulfide ($H_2S$) emission (as determined by the protocol described in this report). This figure shows excellent association between $S_8$ and $H_2S$ emission, with approximately 3% rate of false positives ($S_8$ detected but no $H_2S$ emission) or false negatives ($S_8$ not detected but positive $H_2S$ emission). For the 3.1% of the time (10 samples) where $S_8$ was not detected and $H_2S$ was detected, the jar corrosion test was performed on 8 samples. All 8 samples displayed negative corrosion in the jar corrosion test. For the 96.9% of the time (314 samples) where $S_8$ was not detected and $H_2S$ was not detected, the jar corrosion test was performed on 224 samples. 221 out of 224 samples (98.7%) displayed negative corrosion in the jar corrosion test; 3 out of 224 samples (1.3%) displayed positive corrosion in the jar corrosion test. Conversely, for the 3.2% of the time (13 samples) where $S_8$ was detected and $H_2S$ was not detected, the jar corrosion test was performed on 7 samples. 5 out of 7 samples (71.4%) displayed positive corrosion in the jar corrosion test while 2 out of 7 samples (28.6%) displayed negative corrosion. For the 96.8% of the time (391 samples) where $S_8$ was detected and $H_2S$ was detected, the jar corrosion test was performed on 296 samples. 295 samples (99.7%) displayed positive corrosion in the jar corrosion test while 1 sample (0.3%) displayed negative corrosion in the jar corrosion test. Again, it is possible that some of these outliers are due to laboratory/human error, and/or it is possible that for some samples, $H_2S$ emission was below the reporting limit of the analytical instrumentation.

### $S_8$ vs. Hydrogen Sulfide Emission Relationship



Figure 3. Visual presentation of $S_8$ vs. hydrogen sulfide emission relationship

**Columbia Analytical Services™**   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

*Retana Sample Results (Elemental Sulfur)*

Figures 4a and 4b compares the $S_8$ sample results to the state of Florida Department of Health's (FLDOH) case definition of corrosive drywall criteria for elemental sulfur. The reporting limit of the $S_8$ analysis is also shown on the same figure.



Figure 4a. Comparison of sample results (samples deemed corrosive by laboratory) to FLDOH Case Definition Criteria

**Columbia**
**Analytical Services™**   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com



Figure 4b. Comparison of sample results (samples deemed non-corrosive by laboratory) to FLDOH Case Definition Criteria

The reporting limit (also known as Method Reporting Limit, or MRL) is defined as the lowest amount of an analyte in a sample that can be quantitatively determined with stated, acceptable precision and accuracy under stated analytical conditions (ie: the lower limit of quantitation). The lowest calibration standard in the initial calibration is at or below the MRL. It is typical laboratory protocol for any analytical method to report sample results where the analyte was not found as ND, being defined as non-detect at or above the MRL.

Columbia
Analytical Services™   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

## Reduced Sulfur Compound Emission from Corrosive and Non-Corrosive Drywall

### Background & Database Statistics: Hydrogen Sulfide ($H_2S$)

Figure 5a presents a box-whisker plot of all $H_2S$ detected concentrations (n=433) in the Columbia Analytical Database, along with summary statistics. All units were converted from μg/Kg back to ppbV in the chamber (assuming 25g sample used and 0.5L of headspace in chamber, as per Equation 1), for more intuitive interpretation purposes.

$$ppbV = \left( \frac{\mu g}{Kg} \right)\left( \frac{25g}{0.5L} \right)\left( \frac{24.46}{34.08} \right)$$

Equation 1. Conversion of $H_2S$ concentration in μg/Kg to ppbV in chamber (using molecular weight of 34.08).



All detected $H_2S$ values, ppbV: n=433

| Mean | 124 |
|---------|------|
| Stdev | 216 |
| CV | 1.74 |
| Median | 61.0 |
| Minimum | 10.1 |
| Maximum | 1970 |

Top of box = 75th Percentile (Q3)
Bottom of box = 25th Percentile (Q1)
Horizontal line in box = Median
Pink diamond = Mean
Whiskers = Minimum/Maximum

Figure 5a. Summary of $H_2S$ detected concentrations from the Columbia Analytical Database

### Retana (P1003499) Sample Results ($H_2S$)

Of the 11 Retana samples, samples #2 American Gyp. Co., #5 American Gyp., #7 American Gyp., #8 American Gyp. and #9 American Gyp did not detect $H_2S$ in the emission chamber. However, sample #4 NGC had low level detected concentrations of $H_2S$, slightly above the reporting limit. Samples #1 China Dining Room, #3 China-Venture Supply, #6 Chinese D/W, #10 Chinese Foyer-Wall  and #11 Chinese Foyer Wall had positive detections of $H_2S$ in the emission chamber as well.

**Columbia Analytical Services™**  2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

Figure 5b presents the detected $H_2S$ concentrations in the samples as compared to the mean concentration when $S_8$ is detected and when $S_8$ is non-detect. Please note that the mean concentration of $H_2S$ when $S_8$ is non-detect only represents n=10 (this is not a common occurrence, and is typically considered a lab anomaly).



Figure 5b. $H_2S$ sample concentration compared to the mean concentrations with $S_8$ detected/not detected

**Columbia Analytical Services™**   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

### *Background & Database Statistics: Carbon Disulfide (CS$_2$)*

Figure 6 presents a box-whisker plot of all CS$_2$ detected concentrations (n=601) in the Columbia Analytical Database, along with summary statistics. All units were converted from μg/Kg back to ppbV in the chamber (assuming 25g sample used and 0.5L of headspace in chamber, as per Equation 2), for more intuitive interpretation purposes.

$$ppbV = \left(\frac{\mu g}{Kg}\right)\left(\frac{25g}{0.5L}\right)\left(\frac{24.46}{76.14}\right)$$

Equation 2. Conversion of CS$_2$ concentration in μg/Kg to ppbV in chamber (using molecular weight of 76.14).



All detected CS$_2$ values, ppbV:
n=601

| Mean | 20.0 |
|---|---|
| Stdev | 33.9 |
| CV | 1.70 |
| Median | 14.0 |
| Minimum | 4.98 |
| Maximum | 642 |

Top of box = 75th Percentile (Q3)
Bottom of box = 25th Percentile (Q1)
Horizontal line in box = Median
Pink diamond = Mean
Whiskers = Minimum/Maximum

Maximum value is off scale on plot

CS2 (Sample data, detected values: n=601)

Figure 6. Summary of CS$_2$ detected concentrations from the Columbia Analytical Database

**Columbia
Analytical Services**  2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

Figure 7 presents a comparison of $CS_2$ detected concentrations from the Columbia Analytical Database when $S_8$ was detected vs. non-detected. The mean concentrations presented in this figure are within 25% relative percent difference (RPD), indicating that there is not much difference between the two data sets. The relative spread (coefficient of variation, CV) of the $CS_2$ data is higher when $S_8$ is detected; however, both CVs are greater than 1, indicating sizable variability around the mean.



Top of boxes = 75th Percentiles (Q3)
Bottom of boxes = 25th Percentiles (Q1)
Horizontal lines in box = Medians
Pink diamonds = Means
Whiskers = Minimums/Maximums

Maximum values are off scale on plot

All detected $CS_2$ values, ppbV when $S_8$ >MRL (n=397):

| Mean | 21.6 |
|---|---|
| Stdev | 25.3 |
| CV | 1.17 |
| Median | 15.7 |
| Minimum | 5.14 |
| Maximum | 273 |

All detected $CS_2$ values, ppbV when $S_8$ <MRL (n=163):

| Mean | 16.7 |
|---|---|
| Stdev | 51.4 |
| CV | 3.08 |
| Median | 7.71 |
| Minimum | 4.98 |
| Maximum | 642 |

Figure 7. Comparison of $CS_2$ detected concentrations from the Columbia Analytical Database when $S_8$ was detected vs. non-detected

**Columbia Analytical Services™**   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

Figure 8 presents a visual presentation of the $S_8$ vs. $CS_2$ emission relationship. Here, for the entire dataset, 98.3 % of the time when $S_8$ was detected, $CS_2$ was detected as well; 1.7% of the time when $S_8$ was detected, $CS_2$ was not detected. 49.7% of the time when $S_8$ was not detected, $CS_2$ was not detected as well; 50.3% of the time when $S_8$ was not detected, $CS_2$ was detected. For this 50.3% of the time (163 samples) where $S_8$ was not detected and $CS_2$ was detected, the jar corrosion test was performed on 122 samples. For 120 out of 122 (98.4%) samples, the jar corrosion test was negative; for 2 out of the 122 samples (1.6%), the jar corrosion test was positive. This indicates that some non-corrosive drywall may also emit $CS_2$.

## $S_8$ vs. $CS_2$ Relationship



Figure 8. Visual presentation of $S_8$ vs. $CS_2$ emission relationship

**Columbia Analytical Services™**  2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

Figure 9 presents a visual presentation of the $H_2S$ vs. $CS_2$ emission relationship. A similar trend is noted for the relationship between $H_2S$ detection and $CS_2$ detection, further strengthening the indication that some non-corrosive drywall may also emit $CS_2$. 97.5 % of the time when $H_2S$ was detected, $CS_2$ was detected as well; 2.5% of the time when $H_2S$ was detected, $CS_2$ was not detected. 47.2% of the time when $H_2S$ was not detected, $CS_2$ was not detected as well; 52.8% of the time when $H_2S$ was not detected, $CS_2$ was detected.



Figure 9. Visual presentation of $H_2S$ vs. $CS_2$ emission relationship

### Retana (P1003499) Sample Results ($CS_2$)

Of the 11 samples analyzed (where $S_8$ results were non-detect for 6 samples, and detected in 5 samples), all had detected concentrations for $CS_2$ (100%).

**Columbia Analytical Services™**   2655 Park Center Drive, Suite A, Simi Valley, CA 93065 | 805.526.7161 | www.caslab.com

Figure 10 presents a visual presentation of the $S_8$ vs. $CS_2$ emission relationship for the samples (n=11).



Figure 10. Visual presentation of $S_8$ vs. $CS_2$ emission relationship for the samples (n=11)

Columbia
Analytical Services™   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

Figure 11 presents a visual presentation of the $H_2S$ vs. $CS_2$ emission relationship for the samples (n=11).

## $H_2S$ vs. $CS_2$ Relationship (Retana Samples)



Figure 11. Visual presentation of $H_2S$ vs. $CS_2$ emission relationship for the samples (n=11)

**Columbia Analytical Services™**   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

Figure 12 presents the detected $CS_2$ concentrations in the samples as compared to the mean concentration when $S_8$ is detected and when $S_8$ is non-detect.



Figure 12. $CS_2$ sample concentration compared to the mean concentrations with $S_8$ detected/not detected

**Columbia Analytical Services™**  2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

**Background & Database Statistics: Carbonyl Sulfide (COS)**

Figure 13 presents a box-whisker plot of all COS detected concentrations (n=326) in the Columbia Analytical Database, along with summary statistics. All units were converted from µg/Kg back to ppbV in the chamber (assuming 25g sample used and 0.5L of headspace in chamber, as per Equation 3), for more intuitive interpretation purposes.

$$ppbV = \left( \frac{\mu g}{Kg} \right)\left( \frac{25g}{0.5L} \right)\left( \frac{24.46}{60.08} \right)$$

Equation 3. Conversion of COS concentration in µg/Kg to ppbV in chamber (using molecular weight of 60.08).



All detected COS values, ppbV:
n=326

| Mean | 51.2 |
|---|---|
| Stdev | 108 |
| CV | 2.11 |
| Median | 15.3 |
| Minimum | 8.14 |
| Maximum | 753 |

Top of box = 75th Percentile (Q3)
Bottom of box = 25th Percentile (Q1)
Horizontal line in box = Median
Pink diamond = Mean
Whiskers = Minimum/Maximum

Maximum value is off scale on plot

Figure 13. Summary of COS detected concentrations from the Columbia Analytical Database

**Columbia**
**Analytical Services**  2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

Figure 14 presents a comparison of COS detected concentrations from the Columbia Analytical Database when $S_8$ was detected vs. non-detected. The mean concentrations presented in this figure are within 10% relative percent difference (RPD), indicating that there is hardly a difference between the two data sets. The relative spread (coefficient of variation, CV) of the COS data is higher when $S_8$ is detected; however, both CVs are greater than 1, indicating sizable variability around the mean.



Top of boxes = 75th Percentiles (Q3)
Bottom of boxes = 25th Percentiles (Q1)
Horizontal lines in box = Medians
Pink diamonds = Means
Whiskers = Minimums/Maximums

Maximum values are off scale on plot

All detected COS values, ppbV when $S_8$ >MRL (n=271):

| Mean | 54.8 |
|---|---|
| Stdev | 115 |
| CV | 2.11 |
| Median | 14.9 |
| Minimum | 8.14 |
| Maximum | 753 |

All detected COS values, ppbV when $S_8$ <MRL (n=27):

| Mean | 50.1 |
|---|---|
| Stdev | 75.2 |
| CV | 1.50 |
| Median | 34.6 |
| Minimum | 9.98 |
| Maximum | 407 |

Figure 14. Comparison of COS detected concentrations from the Columbia Analytical Database when $S_8$ was detected vs. non-detected

**Columbia Analytical Services™** 2655 Park Center Drive, Suite A, Simi Valley, CA 93065 | 805.526.7161 | www.caslab.com

Figure 15 presents a visual presentation of the $S_8$ vs. COS emission relationship. Here, for the entire dataset, 67.1 % of the time when $S_8$ was detected, COS was detected as well; 32.9% of the time when $S_8$ was detected, COS was not detected. 91.7% of the time when $S_8$ was not detected, COS was not detected as well; 8.3% of the time when $S_8$ was not detected, COS was detected. For this 8.3% of the time (27 samples) where $S_8$ was not detected and COS was detected, the jar corrosion test was performed on 9 samples. For 9 out of 9 (100%) samples, the jar corrosion test was negative. These statistics indicate that COS is not a reliable predictive marker of corrosive drywall.

## $S_8$ vs. COS Relationship



Figure 15. Visual presentation of $S_8$ vs. COS emission relationship

**Columbia Analytical Services**™   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

Figure 16 presents a visual presentation of the $H_2S$ vs. COS emission relationship. A similar trend is noted for the relationship between $H_2S$ detection and COS detection, further strengthening the indication that COS is not a reliable predictive marker of corrosive drywall. 68.3 % of the time when $H_2S$ was detected, COS was detected as well; 31.7% of the time when $H_2S$ was detected, COS was not detected. 87.5% of the time when $H_2S$ was not detected, COS was not detected as well; 12.5% of the time when $H_2S$ was not detected, COS was detected.



Figure 16. Visual presentation of $H_2S$ vs. COS emission relationship

### Retana (P1003499) Sample Results (COS)

Of the 11 Retana samples analyzed (where all $S_8$ results were non-detect), 7 samples had detected concentrations of COS (64%), while all other samples were non-detect for COS (36%).



Columbia
Analytical Services™   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   **www.caslab.com**

Figure 17 presents a visual presentation of the $S_8$ vs. COS emission relationship for the Retana samples (n=11).

### $S_8$ vs. COS Relationship (Retana Samples)



Figure 17. Visual presentation of $S_8$ vs. COS emission relationship for the Retana samples (n=11)

Columbia
Analytical Services™   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

Figure 18 presents a visual presentation of the $H_2S$ vs. COS emission relationship for the Retana samples (n=11).

## $H_2S$ vs. COS Relationship (Retana Samples)



Figure 18. Visual presentation of $H_2S$ vs. COS emission relationship for the Retana samples (n=11)

**Columbia Analytical Services™**   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

Figure 19 presents the detected COS concentrations in the Retana samples as compared to the mean concentration when $S_8$ is detected and when $S_8$ is non-detect.



Figure 19. COS sample concentrations compared to the mean concentrations with $S_8$ detected/not detected

Columbia
Analytical Services™    2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

## References

CPSC/HUD (2010). *Summary of Revision 1 to the Interim Guidance—Identification of Homes with Corrosion from Problem Drywall, August 27, 2010*. Washington, DC: U.S. Consumer Product Safety Commission and U.S. Department of Housing and Urban Development.

EHE (2010). *Draft Identification of Problematic Drywall: Source Markers and Detection Methods,* prepared for the U.S. Consumer Product Safety Commission. Needham, MA, USA: Environmental Health & Engineering, Inc. May 28, 2010.

EHE (2011). *Problem Drywall Assessment and Indoor Environmental Quality Evaluation, 144 Groesbeek Street and 4 Darden Street, Fort Bragg, North Carolina*, prepared for the U.S. Consumer Product Safety Commission. Needham, MA, USA: Environmental Health & Engineering, Inc. February 7, 2011.

Florida Department of Health (FLDOH) (2009). *FLDOH Case Definition (12-18-09) for Drywall Associated Corrosion in Residences.* Available online at: http://www.doh.state.fl.us/environment/community/indoor-air/casedefinition.html (last accessed 3/4/11).

LBNL (2010). *Small Chamber Measurements of Chemical Specific Emission Factors for Drywall*, prepared for the U.S. Consumer Product Safety Commission. Berkeley, CA: Lawrence Berkeley National Laboratory. October 2010. Available online at: http://www.cpsc.gov/library/foia/foia11/os/lblreport.pdf (last accessed 3/4/11).

Tuday, M., Chen, K, Cherazaie, H., Fortune, A., Henton, W., Parnell, C, Dangazyan, M., Cornett, C. (2009). *Measurement of Corrosive, Odorous and Potentially Harmful Gases from Imported and Domestic Wallboard*. Oral Presentation at Technical Symposium on Corrosive Imported Drywall Nov 5-6, 2009. Available online at: http://www.drywallsymposium.com/  (last accessed 3/4/11).