**Columbia Analytical Services™**  2655 Park Center Drive, Suite A, Simi Valley, CA 93065 | 805.526.7161 | www.caslab.com

## LABORATORY REPORT

October 13, 2011

Tom Ayala
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

### RE: Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569

Dear Tom:

Enclosed are the results of the samples submitted to our laboratory on September 13, 2011. For your reference, these analyses have been assigned our service request number P1103499.

All analyses were performed according to our laboratory's NELAP and DoD-ELAP-approved quality assurance program. The test results meet requirements of the current NELAP and DoD-ELAP standards, where applicable, and except as noted in the laboratory case narrative provided. For a specific list of NELAP and DoD-ELAP-accredited analytes, refer to the certifications section at www.caslab.com. Results are intended to be considered in their entirety and apply only to the samples analyzed and reported herein.

Columbia Analytical Services, Inc. is certified by the California Department of Health Services, NELAP Laboratory Certificate No. 02115CA; Arizona Department of Health Services, Certificate No. AZ0694; Florida Department of Health, NELAP Certification E871020; New Jersey Department of Environmental Protection, NELAP Laboratory Certification ID #CA009; New York State Department of Health, NELAP NY Lab ID No: 11221; Oregon Environmental Laboratory Accreditation Program, NELAP ID: CA20007; The American Industrial Hygiene Association, Laboratory #101661; United States Department of Defense Environmental Laboratory Accreditation Program (DoD-ELAP), Certificate No. L10-3-R2; Pennsylvania Registration No. 68-03307; TX Commission of Environmental Quality, NELAP ID T104704413-11-2; Minnesota Department of Health, NELAP Certificate No. 219474; Washington State Department of Ecology, ELAP Lab ID: C946. Each of the certifications listed above have an explicit Scope of Accreditation that applies to specific matrices/methods/analytes; therefore, please contact me for information corresponding to a particular certification.

If you have any questions, please call me at (805) 526-7161.

Respectfully submitted,

**Columbia Analytical Services, Inc.**

Sue Anderson
Project Manager



**Columbia Analytical Services**™   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

Client:      National Gypsum Company                    CAS Project No:      P1103499
Project:    Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569

### CASE NARRATIVE

The samples were received intact under chain of custody on September 13, 2011 and were stored in accordance with the analytical method requirements. Please refer to the sample acceptance check form for additional information. The results reported herein are applicable only to the condition of the samples at the time of sample receipt.

Orthorhombic Cyclooctasulfur Analysis

A portion of the wallboard samples was prepared and analyzed for orthorhombic cyclooctasulfur according to CAS AQL 103A using a gas chromatograph equipped with an electron capture detector (ECD).

Sulfur Analysis

A portion of the wallboard samples was prepared according to CAS AQL 104 and analyzed for twenty sulfur compounds per ASTM D 5504-08 using a gas chromatograph equipped with a sulfur chemiluminescence detector (SCD). All compounds with the exception of hydrogen sulfide and carbonyl sulfide are quantitated against the initial calibration curve for methyl mercaptan.

Copper Corrosion

A portion of the wallboard samples and a copper control sample were enclosed in a humidified environment and evaluated according to CAS AQL 105. A visual conclusion of negative & positive copper corrosion results were determined as shown by the photographs in this report.

The negative results for the orthorhombic cyclooctasulfur, hydrogen sulfide and copper corrosion performed in conjunction with each other, are indicative of non-suspect wallboard for the following samples: #2 American Gyp. Co. (P1103499-002), #5 American Gyp. (P1103499-005), #7 American Gyp. (P1103499-007), #8 American Gyp. (P1103499-008) and #9 American Gyp. (P1103499-009).

The positive results for the orthorhombic cyclooctasulfur, hydrogen sulfide and copper corrosion performed in conjunction with each other, are indicative of suspect wallboard for the following samples: #1 China Dining Room (P1103499-001), #3 China-Venture Supply (P1103499-003), #6 Chinese D/W (P1103499-006), #10 Chinese Foyer-Wall (P1103499-010) and #11 Chinese Foyer Wall (P1103499-011).

Sample #4 NGC (P1103499-004) resulted in a non-detect result for orthorhombic cyclooctasulfur. However, a hit of hydrogen sulfide was found at a concentration close to the reporting limit. The negative copper corrosion result corroborates the elemental sulfur results suggesting the low level hydrogen sulfide hit was an anomaly and that the results are indicative of non-corrosive wallboard.

*The results of analyses are given in the attached laboratory report. All results are intended to be considered in their entirety, and Columbia Analytical Services, Inc. (CAS) is not responsible for utilization of less than the complete report.*

*Use of Columbia Analytical Services, Inc. (CAS) Name. Client shall not use CAS's name or trademark in any marketing or reporting materials, press releases or in any other manner ("Materials") whatsoever and shall not attribute to CAS any test result, tolerance or specification derived from CAS's data ("Attribution") without CAS's prior written consent, which may be withheld by CAS for any reason in its sole discretion. To request CAS's consent, Client shall provide copies of the proposed Materials or Attribution and describe in writing Client's proposed use of such Materials or Attribution. If CAS has not provided written approval of the Materials or Attribution within ten (10) days of receipt from Client, Client's request to use CAS's name or trademark in any Materials or Attribution shall be deemed denied. CAS may, in its discretion, reasonably charge Client for its time in reviewing Materials or Attribution requests. Client acknowledges and agrees that the unauthorized use of CAS's name or trademark may cause CAS to incur irreparable harm for which the recovery of money damages will be inadequate. Accordingly, Client acknowledges and agrees that a violation shall justify preliminary injunctive relief. For questions contact the laboratory.*



2655 Park Center Drive, Suite A, Simi Valley, CA 93065 | 805.526.7161 | www.caslab.com

## DETAIL SUMMARY REPORT

Client: National Gypsum Company  
Project ID: Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569

Service Request: P1103499

Date Received: 9/13/2011  
Time Received: 10:55

| Client Sample ID | Lab Code | Matrix | Date Collected | Time Collected | Cu Corrosion -- Cu Corrosion | Sulfur Red+ H2S - SulfurCrushRd + | S8-ECD - S8 |
|---|---|---|---|---|---|---|---|
| #1 China Dining Room | P1103499-001 | Solid | 9/8/2011 | 00:00 | X | X | X |
| #2 American Gyp. Co. | P1103499-002 | Solid | 9/8/2011 | 00:00 | X | X | X |
| #3 China-Venture Supply | P1103499-003 | Solid | 9/8/2011 | 00:00 | X | X | X |
| #4 NGC | P1103499-004 | Solid | 9/8/2011 | 00:00 | X | X | X |
| #5 American Gyp. | P1103499-005 | Solid | 9/8/2011 | 00:00 | X | X | X |
| #6 Chinese D/W | P1103499-006 | Solid | 9/8/2011 | 00:00 | X | X | X |
| #7 American Gyp. | P1103499-007 | Solid | 9/8/2011 | 00:00 | X | X | X |
| #8 American Gyp. | P1103499-008 | Solid | 9/8/2011 | 00:00 | X | X | X |
| #9 American Gyp. | P1103499-009 | Solid | 9/8/2011 | 00:00 | X | X | X |
| #10 Chinese Foyer-Wall | P1103499-010 | Solid | 9/8/2011 | 00:00 | X | X | X |
| #11 Chinese Foyer Wall | P1103499-011 | Solid | 9/8/2011 | 00:00 | X | X | X |

## Columbia Analytical Services™

2655 Park Center Drive, Suite A
Simi Valley, California 93065
Phone (805) 526-7161
Fax (805) 526-7270

**Drywall - Chain of Custody Record & Analytical Service Request**

Page ___ of ___

*Sample Requirements: 2" x 2" piece of drywall required for S₈ GC/ECD test.*
*5" x 5" piece of drywall required if additional tests are desired.*

Standard Turnaround Time (TAT) for Drywall Testing is 2-3 weeks
Expedited TATs available for selected tests for a surcharge, please call to inquire

| Company Nam | National Gypsum Company |
| Project Manager | Jack Walker |
| | Dir. Quality Service |
| Email Address | jrwalker@nationalgypsum.com |
| Phone | (O) 704-551-5820 |
| | (F) 704-551-5770 |

CAS Contact
CAS Project No.  P10 7461

Retana
11412 Mountain Bay Dr.
Riverview, FL 33569

THURSDAY  7/8/11
FRI 9-9-11

| Client Sample ID | Laboratory ID Number | Date Collected | Time Collected | Drywall Description/Location/Other Information | Elemental Sulfur (S₈) Marker Test (GC/ECD) | Elemental Sulfur (S₈) Marker Test (GC/MS) | Hydrogen Sulfide Emission Test | Copper Corrosion Jar Test | Comments |
|---|---|---|---|---|---|---|---|---|---|
| #1 CHINA DINING ROOM | ① | | | #1 - CHINA - VENTURE SUPPLY | | | | | |
| #2 AMERICAN CAP CO | ② | | | #2 - DINING ROOM - AMERICAN GYPSUM Co | | | | | |
| #3 CHINA - VENTURE SUPPLY | ③ | | | #3 - CHINA - VENTURE SUPPLY | | | | | |
| #4 NGC | ④ | | | #4 - FAMILY Rm - CHINA - VENTURE SPLY | | | | | |
| #5 AMERICAN Cap. | ⑤ | | | #5 - GARAGE - NGC 043 17:03 03-10-06 HS | | | | | |
| #6 CHINESE DW | ⑥ | | | #5 BONUS ROOM - AMERICAN GYPSUM 45D 07/20/05 K HART | | | | | |
| #7 AMERICANCaP | ⑦ | | | #6 CHINESE D W - KITCHEN 03:32:3 | | | | | |
| #8 " " | ⑧ | | | #7 AMERICAN GYPSUM - BR 2 | | | | BR3 | |
| #9 " " | ⑨ | | | #8 " " | | | | BR3 | |
| | | | | #9 " " | | | | BR23 | |

**Report Tier Levels - please select one**

Tier I - (Results + QC / Default if not specified) _____

Tier II - (Data Validation Package) 10% Surcharge

Tier III - (Data Validation Package) 10% Surcharge

| | Signature | Date | Time | Signature | Date | Time |
|---|---|---|---|---|---|---|
| Relinquished by (Signature) | Jr. Walker | 7/8/11 | 4:45 PM | Received by (Signature) | UPS Stor | 7/8/11 | 5:45 PM |
| Relinquished by (Signature) | | Date | Time | Received by (Signature) | | Date | Time |
| Relinquished by (Signature) | UPS | Date | Time | Received by (Signature) | | Date 7/11/11 | Time 10:55 |

| Sample Number | Sample Location | Description of Sample | Sample Size | Identifying Marks |
|---|---|---|---|---|
| # 10 CHINESE | Foyer-Wall | #10 CHINESE Foyer Wall | Approx 4"x 5" | CHINESE LABEL (GREEN) |
| # 11 CHINESE | Foyer Wall | # 11 CHINES Foyer Wall | " " | |

P1133469



#2 American Gyp. Co.
1 each Plastic Bag Unpreserved
P1103499-002 (P-37)
01

450 09/20/05
K. HART 03:29B
DINING ROOM

AMERICAN GYPSUM, ALBUQUERQUE, NM

**Fri. 9-9-11**
**Retana**
11412 Mountain Bay Dr.
Riverview. FL 33569

**Retana** Sample # 2

DINING ROOM - AMERICAN
GYPSUM Co.





Fri. 9-9-11
**Retana**
11412 Mountain Bay Dr.
Riverview, FL 33569

**Retana** Sample #____4____
GARAGE - NGC
023  17:03  03-10-06 HS



#5-American Gyp.
1 each Plastic Bag Unpreserved          .01
P1103499-005  (P-37)

Fri. 9-9-11
**Retana**
11412 Mountain Bay Dr.
Riverview. FL 33569

**Retana** Sample #____5____
AMERICAN GYPSUM - BONUS ROOM
45D   09/20/05  K. HART  03:25 B





#8 American Gyp
1 each Plastic Bag Unpreserved
P1103499-008  (P-37)
01

Fri. 9-9-11
**Retana**
11412 Mountain Bay Dr.
Riverview, FL 33569

**Retana** Sample # ___8___

AMERICAN - B|R 3



#10 Chinese Foyer Wall
P1183409-010

Fri. 9-9-11
Retana
11412 Mountain Bay Dr.
Riverview, FL 33569

Retana Sample # 10
CHINESE - FOYER WALL



#11 Chinese Foyer Wall                01
1 each Plastic Bag Unpreserved
P1103499-011 (P-37)

Fri. 9-9-11
Retana
11412 Mountain Bay Dr.
Riverview, FL 33569

Retana Sample # 11
CHINESE - FOYER WALL



**Columbia Analytical Services**™    2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

**Sample Acceptance Check Form**

Client: National Gypsum Company                                   Work order:   P1103499

Project: Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569

Sample(s) received on: 9/13/11                    Date opened: 9/13/11        by:      MZAMORA

**Note:** This form is used for all samples received by CAS. The use of this form for custody seals is strictly meant to indicate presence/absence and not as an indication of

compliance or nonconformity. Thermal preservation and pH will only be evaluated either at the request of the client and/or as required by the method/SOP.

|    |                                                                                                      | Yes | No | N/A |
|----|------------------------------------------------------------------------------------------------------|:---:|:--:|:---:|
| 1  | Were **sample containers** properly marked with client sample ID?                                    | ☒ | ☐ | ☐ |
| 2  | Container(s) **supplied by CAS**?                                                                     | ☐ | ☒ | ☐ |
| 3  | Did **sample containers** arrive in good condition?                                                  | ☒ | ☐ | ☐ |
| 4  | Were **chain-of-custody** papers used and filled out?                                                | ☒ | ☐ | ☐ |
| 5  | Did **sample container labels** and/or tags agree with custody papers?                               | ☒ | ☐ | ☐ |
| 6  | Was **sample volume** received adequate for analysis?                                                | ☒ | ☐ | ☐ |
| 7  | Are samples within specified holding times?                                                          | ☒ | ☐ | ☐ |
| 8  | Was proper **temperature** (thermal preservation) of cooler at receipt adhered to?                  | ☐ | ☐ | ☒ |
| 9  | Was a **trip blank** received?                                                                       | ☐ | ☐ | ☒ |
| 10 | Were **custody seals** on outside of cooler/Box?                                                     | ☐ | ☒ | ☐ |
|    | Location of seal(s)? _____  Sealing Lid?                                  | ☐ | ☐ | ☒ |
|    | Were signature and date included?                                                                    | ☐ | ☐ | ☒ |
|    | Were seals intact?                                                                                   | ☐ | ☐ | ☒ |
|    | Were custody seals on outside of sample container?                                                   | ☐ | ☒ | ☐ |
|    | Location of seal(s)? _____  Sealing Lid?                                  | ☐ | ☐ | ☒ |
|    | Were signature and date included?                                                                    | ☐ | ☐ | ☒ |
|    | Were seals intact?                                                                                   | ☐ | ☐ | ☒ |
| 11 | Do containers have appropriate **preservation**, according to method/SOP or Client specified information? | ☐ | ☐ | ☒ |
|    | Is there a client indication that the submitted samples are **pH** preserved?                        | ☐ | ☐ | ☒ |
|    | Were **VOA vials** checked for presence/absence of air bubbles?                                      | ☐ | ☐ | ☒ |
|    | Does the client/method/SOP require that the analyst check the sample pH and if necessary alter it?   | ☐ | ☐ | ☒ |
| 12 | **Tubes:**        Are the tubes capped and intact?                                                    | ☐ | ☐ | ☒ |
|    |                   Do they contain moisture?                                                           | ☐ | ☐ | ☒ |
| 13 | **Badges:**       Are the badges properly capped and intact?                                         | ☐ | ☐ | ☒ |
|    |                   Are dual bed badges separated and individually capped and intact?                  | ☐ | ☐ | ☒ |

| Lab Sample ID | Container Description | Required pH * | Received pH | Adjusted pH | VOA Headspace (Presence/Absence) | Receipt / Preservation Comments |
|---------------|----------------------|---------------|-------------|-------------|----------------------------------|---------------------------------|
| P1103499-001.01 | 1 each Plastic Bag |  |  |  |  |  |
| P1103499-001.02 | 32oz Glass Jar |  |  |  |  | Added by Lab |
| P1103499-001.03 | 1 L Zefon Bag |  |  |  |  | Added by Lab |
| P1103499-001.04 | 8oz Glass Jar |  |  |  |  | Added by Lab |
| P1103499-002.01 | 1 each Plastic Bag |  |  |  |  |  |
| P1103499-002.02 | 32oz Glass Jar |  |  |  |  | Added by Lab |
| P1103499-002.03 | 1 L Zefon Bag |  |  |  |  | Added by Lab |
| P1103499-002.04 | 8oz Glass Jar |  |  |  |  | Added by Lab |

Explain any discrepancies: (include lab sample ID numbers): _____

The times of sample collection were not indicated on the COC.

RSK - MEEPP, HCL (pH<2); RSK - CO2, (pH 5-8); Sulfur (pH>4)



## Columbia Analytical Services™

2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

**Sample Acceptance Check Form**

Client: National Gypsum Company                                   Work order:   P1103499

Project: Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569

Sample(s) received on: 9/13/11                    Date opened: 9/13/11          by:    MZAMORA

| Lab Sample ID | Container Description | Required pH * | Received pH | Adjusted pH | VOA Headspace (Presence/Absence) | Receipt / Preservation Comments |
|---|---|---|---|---|---|---|
| P1103499-003.01 | 1 each Plastic Bag | | | | | |
| P1103499-003.02 | 32oz Glass Jar | | | | | Added by Lab |
| P1103499-003.03 | 1 L Zefon Bag | | | | | Added by Lab |
| P1103499-003.04 | 8oz Glass Jar | | | | | Added by Lab |
| P1103499-004.01 | 1 each Plastic Bag | | | | | |
| P1103499-004.02 | 32oz Glass Jar | | | | | Added by Lab |
| P1103499-004.03 | 1 L Zefon Bag | | | | | Added by Lab |
| P1103499-004.04 | 8oz Glass Jar | | | | | Added by Lab |
| P1103499-005.01 | 1 each Plastic Bag | | | | | |
| P1103499-005.02 | 32oz Glass Jar | | | | | Added by Lab |
| P1103499-005.03 | 1 L Zefon Bag | | | | | Added by Lab |
| P1103499-005.04 | 8oz Glass Jar | | | | | Added by Lab |
| P1103499-006.01 | 1 each Plastic Bag | | | | | |
| P1103499-006.02 | 32oz Glass Jar | | | | | Added by Lab |
| P1103499-006.03 | 1 L Zefon Bag | | | | | Added by Lab |
| P1103499-006.04 | 8oz Glass Jar | | | | | Added by Lab |
| P1103499-007.01 | 1 each Plastic Bag | | | | | |
| P1103499-007.02 | 32oz Glass Jar | | | | | Added by Lab |
| P1103499-007.03 | 1 L Zefon Bag | | | | | Added by Lab |
| P1103499-007.04 | 8oz Glass Jar | | | | | Added by Lab |
| P1103499-008.01 | 1 each Plastic Bag | | | | | |
| P1103499-008.02 | 32oz Glass Jar | | | | | Added by Lab |
| P1103499-008.03 | 1 L Zefon Bag | | | | | Added by Lab |
| P1103499-008.04 | 8oz Glass Jar | | | | | Added by Lab |
| P1103499-009.01 | 1 each Plastic Bag | | | | | |
| P1103499-009.02 | 32oz Glass Jar | | | | | Added by Lab |
| P1103499-009.03 | 1 L Zefon Bag | | | | | Added by Lab |
| P1103499-009.04 | 8oz Glass Jar | | | | | Added by Lab |
| P1103499-010.01 | 1 each Plastic Bag | | | | | |
| P1103499-010.02 | 32oz Glass Jar | | | | | Added by Lab |
| P1103499-010.03 | 1 L Zefon Bag | | | | | Added by Lab |
| P1103499-010.04 | 8oz Glass Jar | | | | | Added by Lab |
| P1103499-011.01 | 1 each Plastic Bag | | | | | |
| P1103499-011.02 | 32oz Glass Jar | | | | | Added by Lab |
| P1103499-011.03 | 1 L Zefon Bag | | | | | Added by Lab |
| P1103499-011.04 | 8oz Glass Jar | | | | | Added by Lab |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Explain any discrepancies: (include lab sample ID numbers): _____

RSK - MEEPP, HCL (pH<2); RSK - CO2, (pH 5-8); Sulfur (pH>4)


**Columbia Analytical Services**™   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:**   **National Gypsum Company**
**Client Project ID:**   **Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569**   CAS Project ID: P1103499

### Orthorhombic Cyclooctasulfur

| Test Code: | CAS AQL 103A | |
|---|---|---|
| Instrument ID: | HP6890/GC6/ECD/ECD | Date Received: 9/13/11 |
| Analyst: | Zheng Wang | Date Extracted: 9/13 - 9/15/11 |
| Sampling Media: | Wallboard | Date Analyzed: 9/13 - 9/16/11 |
| Test Notes: | | |

| Client Sample ID | CAS Sample ID | Sample Amount Gram(s) | Extract Volume ml(s) | Dilution Factor | Result mg/Kg | LOQ mg/Kg | Data Qualifier |
|---|---|---|---|---|---|---|---|
| **#1 China Dining Room** | P1103499-001 | 1.02 | 5.0 | 20.0 | **1,400** | 98 | |
| #2 American Gyp. Co. | P1103499-002 | 1.00 | 5.0 | 1.00 | ND | 5.0 | |
| **#3 China-Venture Supply** | P1103499-003 | 1.00 | 5.0 | 20.0 | **1,500** | 100 | |
| #4 NGC | P1103499-004 | 1.00 | 5.0 | 1.00 | ND | 5.0 | |
| #5 American Gyp. | P1103499-005 | 1.01 | 5.0 | 1.00 | ND | 5.0 | |
| **#6 Chinese D/W** | P1103499-006 | 1.00 | 5.0 | 20.0 | **1,500** | 100 | |
| #7 American Gyp. | P1103499-007 | 1.01 | 5.0 | 1.00 | ND | 5.0 | |
| #8 American Gyp. | P1103499-008 | 1.04 | 5.0 | 1.00 | ND | 4.8 | |
| #9 American Gyp. | P1103499-009 | 1.06 | 5.0 | 1.00 | ND | 4.7 | |
| **#10 Chinese Foyer-Wall** | P1103499-010 | 1.00 | 5.0 | 10.0 | **1,000** | 50 | |
| **#11 Chinese Foyer Wall** | P1103499-011 | 1.00 | 5.0 | 10.0 | **1,100** | 50 | |
| Negative Control Sample | P110913-NCS | 1.04 | 5.0 | 1.00 | ND | 4.8 | |

ND = Compound was analyzed for, but not detected above the limit of quantitation.

LOQ = Limit of Quantitation.

According to the Florida Department of Health (http://www.doh.state.fl.us/environment/community/indoor-air/casedefinition.html, 1/5/2010), a positive result above 10 mg/kg is indicative of corrosive drywall.

A positive result between 5-10 mg/kg is inconclusive; further testing may be warranted.

### LABORATORY CONTROL SAMPLE / DUPLICATE LABORATORY CONTROL SAMPLE SUMMARY

| Client Sample ID | CAS Sample ID | Spike Amount LCS / DLCS mg/Kg | Result LCS mg/Kg | Result DLCS mg/Kg | % Recovery LCS | % Recovery DLCS | CAS Acceptance Limits | RPD | RPD Limit | Data Qualifier |
|---|---|---|---|---|---|---|---|---|---|---|
| Dup Lab Control Sample | P110913-DLCS | 148 | 136 | 133 | 92 | 90 | 78-120 | 2 | 13 | |



**Columbia Analytical Services™**   2655 Park Center Drive, Suite A, Simi Valley, CA 93065 | 805.526.7161 | www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:** **National Gypsum Company**
**Client Sample ID:** **#1 China Dining Room**
**Client Project ID:** **Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569**

CAS Project ID: P1103499
CAS Sample ID: P1103499-001

| | | |
|---|---|---|
| Test Code: | CAS AQL 104 | |
| Instrument ID: | Agilent 7890A/GC22/SCD | |
| Analyst: | Lauryn Keeler | |
| Sampling Media: | Wallboard | |
| Test Notes: | | |

Date Received: 9/13/11
Date Analyzed: 9/19/11
Sample Amount: 25.61 Gram(s)
Chamber Volume: 0.50 Liter(s)

Dilution Factor: 1.00

| CAS # | Compound | Result µg/Kg | LOQ µg/Kg | Data Qualifier |
|---|---|---|---|---|
| 7783-06-4 | Hydrogen Sulfide | **1.2** | 0.27 | |
| 463-58-1 | Carbonyl Sulfide | **3.1** | 0.48 | |
| 74-93-1 | Methyl Mercaptan | ND | 0.38 | |
| 75-08-1 | Ethyl Mercaptan | ND | 0.50 | |
| 75-18-3 | Dimethyl Sulfide | ND | 0.50 | |
| 75-15-0 | Carbon Disulfide | **4.7** | 0.30 | |
| 75-33-2 | Isopropyl Mercaptan | ND | 0.61 | |
| 75-66-1 | tert-Butyl Mercaptan | ND | 0.72 | |
| 107-03-9 | n-Propyl Mercaptan | ND | 0.61 | |
| 624-89-5 | Ethyl Methyl Sulfide | ND | 0.61 | |
| 110-02-1 | Thiophene | ND | 0.67 | |
| 513-44-0 | Isobutyl Mercaptan | ND | 0.72 | |
| 352-93-2 | Diethyl Sulfide | ND | 0.72 | |
| 109-79-5 | n-Butyl Mercaptan | ND | 0.72 | |
| 624-92-0 | Dimethyl Disulfide | ND | 0.38 | |
| 616-44-4 | 3-Methylthiophene | ND | 0.78 | |
| 110-01-0 | Tetrahydrothiophene | ND | 0.70 | |
| 638-02-8 | 2,5-Dimethylthiophene | ND | 0.90 | |
| 872-55-9 | 2-Ethylthiophene | ND | 0.90 | |
| 110-81-6 | Diethyl Disulfide | ND | 0.49 | |

ND = Compound was analyzed for, but not detected above the limit of quantitation.
LOQ = Limit of Quantitation.



**Columbia Analytical Services™**   2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:**            **National Gypsum Company**
**Client Sample ID:**  **#2 American Gyp. Co.**
**Client Project ID:** **Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569**

CAS Project ID: P1103499
CAS Sample ID: P1103499-002

| | | |
|---|---|---|
| Test Code: | CAS AQL 104 | Date Received: 9/13/11 |
| Instrument ID: | Agilent 7890A/GC22/SCD | Date Analyzed: 9/19/11 |
| Analyst: | Lauryn Keeler | Sample Amount:  25.14  Gram(s) |
| Sampling Media: | Wallboard | Chamber Volume:  0.50  Liter(s) |
| Test Notes: | | |

Dilution Factor: 1.00

| CAS # | Compound | Result µg/Kg | LOQ µg/Kg | Data Qualifier |
|---|---|---|---|---|
| 7783-06-4 | Hydrogen Sulfide | ND | 0.28 | |
| 463-58-1 | Carbonyl Sulfide | **0.74** | 0.49 | |
| 74-93-1 | Methyl Mercaptan | ND | 0.39 | |
| 75-08-1 | Ethyl Mercaptan | ND | 0.51 | |
| 75-18-3 | Dimethyl Sulfide | ND | 0.51 | |
| 75-15-0 | Carbon Disulfide | **1.9** | 0.31 | |
| 75-33-2 | Isopropyl Mercaptan | ND | 0.62 | |
| 75-66-1 | tert-Butyl Mercaptan | ND | 0.73 | |
| 107-03-9 | n-Propyl Mercaptan | ND | 0.62 | |
| 624-89-5 | Ethyl Methyl Sulfide | ND | 0.62 | |
| 110-02-1 | Thiophene | ND | 0.68 | |
| 513-44-0 | Isobutyl Mercaptan | ND | 0.73 | |
| 352-93-2 | Diethyl Sulfide | ND | 0.73 | |
| 109-79-5 | n-Butyl Mercaptan | ND | 0.73 | |
| 624-92-0 | Dimethyl Disulfide | ND | 0.38 | |
| 616-44-4 | 3-Methylthiophene | ND | 0.80 | |
| 110-01-0 | Tetrahydrothiophene | ND | 0.72 | |
| 638-02-8 | 2,5-Dimethylthiophene | ND | 0.91 | |
| 872-55-9 | 2-Ethylthiophene | ND | 0.91 | |
| 110-81-6 | Diethyl Disulfide | ND | 0.50 | |

ND = Compound was analyzed for, but not detected above the limit of quantitation.

LOQ = Limit of Quantitation.



**Columbia Analytical Services**™   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:**                **National Gypsum Company**
**Client Sample ID:**  **#3 China-Venture Supply**
**Client Project ID:**  **Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569**

CAS Project ID: P1103499
CAS Sample ID: P1103499-003

| | | |
|---|---|---|
| Test Code: | CAS AQL 104 | |
| Instrument ID: | Agilent 7890A/GC22/SCD | |
| Analyst: | Lauryn Keeler | |
| Sampling Media: | Wallboard | |
| Test Notes: | | |

Date Received: 9/13/11
Date Analyzed: 9/19/11
Sample Amount:    25.41  Gram(s)
Chamber Volume:      0.50  Liter(s)

Dilution Factor: 1.00

| CAS # | Compound | Result µg/Kg | LOQ µg/Kg | Data Qualifier |
|---|---|---|---|---|
| 7783-06-4 | Hydrogen Sulfide | **3.1** | 0.27 | |
| 463-58-1 | Carbonyl Sulfide | **3.3** | 0.48 | |
| 74-93-1 | Methyl Mercaptan | ND | 0.39 | |
| 75-08-1 | Ethyl Mercaptan | ND | 0.50 | |
| 75-18-3 | Dimethyl Sulfide | ND | 0.50 | |
| 75-15-0 | Carbon Disulfide | **4.2** | 0.31 | |
| 75-33-2 | Isopropyl Mercaptan | ND | 0.61 | |
| 75-66-1 | tert-Butyl Mercaptan | ND | 0.73 | |
| 107-03-9 | n-Propyl Mercaptan | ND | 0.61 | |
| 624-89-5 | Ethyl Methyl Sulfide | ND | 0.61 | |
| 110-02-1 | Thiophene | ND | 0.68 | |
| 513-44-0 | Isobutyl Mercaptan | ND | 0.73 | |
| 352-93-2 | Diethyl Sulfide | ND | 0.73 | |
| 109-79-5 | n-Butyl Mercaptan | ND | 0.73 | |
| 624-92-0 | Dimethyl Disulfide | ND | 0.38 | |
| 616-44-4 | 3-Methylthiophene | ND | 0.79 | |
| 110-01-0 | Tetrahydrothiophene | ND | 0.71 | |
| 638-02-8 | 2,5-Dimethylthiophene | ND | 0.90 | |
| 872-55-9 | 2-Ethylthiophene | ND | 0.90 | |
| 110-81-6 | Diethyl Disulfide | ND | 0.49 | |

ND = Compound was analyzed for, but not detected above the limit of quantitation.
LOQ = Limit of Quantitation.



**Columbia Analytical Services**™    2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:**              **National Gypsum Company**
**Client Sample ID:**  **#4 NGC**
**Client Project ID:**  **Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569**

CAS Project ID: P1103499
CAS Sample ID: P1103499-004

| | | | |
|---|---|---|---|
| Test Code: | CAS AQL 104 | Date Received: | 9/13/11 |
| Instrument ID: | Agilent 7890A/GC22/SCD | Date Analyzed: | 9/19/11 |
| Analyst: | Lauryn Keeler | Sample Amount: | 25.55 Gram(s) |
| Sampling Media: | Wallboard | Chamber Volume: | 0.50 Liter(s) |
| Test Notes: | | | |

Dilution Factor: 1.00

| CAS # | Compound | Result µg/Kg | LOQ µg/Kg | Data Qualifier |
|---|---|---|---|---|
| 7783-06-4 | Hydrogen Sulfide | **0.40** | 0.27 | |
| 463-58-1 | Carbonyl Sulfide | ND | 0.48 | |
| 74-93-1 | Methyl Mercaptan | ND | 0.38 | |
| 75-08-1 | Ethyl Mercaptan | ND | 0.50 | |
| 75-18-3 | Dimethyl Sulfide | ND | 0.50 | |
| 75-15-0 | Carbon Disulfide | **1.2** | 0.30 | |
| 75-33-2 | Isopropyl Mercaptan | ND | 0.61 | |
| 75-66-1 | tert-Butyl Mercaptan | ND | 0.72 | |
| 107-03-9 | n-Propyl Mercaptan | ND | 0.61 | |
| 624-89-5 | Ethyl Methyl Sulfide | ND | 0.61 | |
| 110-02-1 | Thiophene | ND | 0.67 | |
| 513-44-0 | Isobutyl Mercaptan | ND | 0.72 | |
| 352-93-2 | Diethyl Sulfide | ND | 0.72 | |
| 109-79-5 | n-Butyl Mercaptan | ND | 0.72 | |
| 624-92-0 | Dimethyl Disulfide | ND | 0.38 | |
| 616-44-4 | 3-Methylthiophene | ND | 0.79 | |
| 110-01-0 | Tetrahydrothiophene | ND | 0.71 | |
| 638-02-8 | 2,5-Dimethylthiophene | ND | 0.90 | |
| 872-55-9 | 2-Ethylthiophene | ND | 0.90 | |
| 110-81-6 | Diethyl Disulfide | ND | 0.49 | |

ND = Compound was analyzed for, but not detected above the limit of quantitation.

LOQ = Limit of Quantitation.



Columbia
Analytical Services™   2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:** **National Gypsum Company**
**Client Sample ID:** **#5 American Gyp.**
**Client Project ID:** **Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569**

CAS Project ID: P1103499
CAS Sample ID: P1103499-005

| | | | |
|---|---|---|---|
| Test Code: | CAS AQL 104 | Date Received: | 9/13/11 |
| Instrument ID: | Agilent 7890A/GC22/SCD | Date Analyzed: | 9/19/11 |
| Analyst: | Lauryn Keeler | Sample Amount: | 25.60 Gram(s) |
| Sampling Media: | Wallboard | Chamber Volume: | 0.50 Liter(s) |
| Test Notes: | | | |

Dilution Factor: 1.00

| CAS # | Compound | Result µg/Kg | LOQ µg/Kg | Data Qualifier |
|---|---|---|---|---|
| 7783-06-4 | Hydrogen Sulfide | ND | 0.27 | |
| 463-58-1 | Carbonyl Sulfide | ND | 0.48 | |
| 74-93-1 | Methyl Mercaptan | ND | 0.38 | |
| 75-08-1 | Ethyl Mercaptan | ND | 0.50 | |
| 75-18-3 | Dimethyl Sulfide | ND | 0.50 | |
| 75-15-0 | Carbon Disulfide | **0.70** | 0.30 | |
| 75-33-2 | Isopropyl Mercaptan | ND | 0.61 | |
| 75-66-1 | tert-Butyl Mercaptan | ND | 0.72 | |
| 107-03-9 | n-Propyl Mercaptan | ND | 0.61 | |
| 624-89-5 | Ethyl Methyl Sulfide | ND | 0.61 | |
| 110-02-1 | Thiophene | ND | 0.67 | |
| 513-44-0 | Isobutyl Mercaptan | ND | 0.72 | |
| 352-93-2 | Diethyl Sulfide | ND | 0.72 | |
| 109-79-5 | n-Butyl Mercaptan | ND | 0.72 | |
| 624-92-0 | Dimethyl Disulfide | ND | 0.38 | |
| 616-44-4 | 3-Methylthiophene | ND | 0.78 | |
| 110-01-0 | Tetrahydrothiophene | ND | 0.70 | |
| 638-02-8 | 2,5-Dimethylthiophene | ND | 0.90 | |
| 872-55-9 | 2-Ethylthiophene | ND | 0.90 | |
| 110-81-6 | Diethyl Disulfide | ND | 0.49 | |

ND = Compound was analyzed for, but not detected above the limit of quantitation.
LOQ = Limit of Quantitation.



**Columbia Analytical Services**™   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:** **National Gypsum Company**
**Client Sample ID:** **#6 Chinese D/W**
**Client Project ID:** **Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569**

CAS Project ID: P1103499
CAS Sample ID: P1103499-006

| | | |
|---|---|---|
| Test Code: | CAS AQL 104 | |
| Instrument ID: | Agilent 7890A/GC22/SCD | |
| Analyst: | Lauryn Keeler | |
| Sampling Media: | Wallboard | |
| Test Notes: | | |

Date Received: 9/13/11
Date Analyzed: 9/19/11
Sample Amount:   25.46 Gram(s)
Chamber Volume:   0.50 Liter(s)

Dilution Factor: 1.00

| CAS # | Compound | Result μg/Kg | LOQ μg/Kg | Data Qualifier |
|-------|----------|-------------:|----------:|----------------|
| 7783-06-4 | Hydrogen Sulfide | **3.7** | 0.27 | |
| 463-58-1 | Carbonyl Sulfide | **3.7** | 0.48 | |
| 74-93-1 | Methyl Mercaptan | ND | 0.39 | |
| 75-08-1 | Ethyl Mercaptan | ND | 0.50 | |
| 75-18-3 | Dimethyl Sulfide | ND | 0.50 | |
| 75-15-0 | Carbon Disulfide | **3.4** | 0.31 | |
| 75-33-2 | Isopropyl Mercaptan | ND | 0.61 | |
| 75-66-1 | tert-Butyl Mercaptan | ND | 0.72 | |
| 107-03-9 | n-Propyl Mercaptan | ND | 0.61 | |
| 624-89-5 | Ethyl Methyl Sulfide | ND | 0.61 | |
| 110-02-1 | Thiophene | ND | 0.68 | |
| 513-44-0 | Isobutyl Mercaptan | ND | 0.72 | |
| 352-93-2 | Diethyl Sulfide | ND | 0.72 | |
| 109-79-5 | n-Butyl Mercaptan | ND | 0.72 | |
| 624-92-0 | Dimethyl Disulfide | ND | 0.38 | |
| 616-44-4 | 3-Methylthiophene | ND | 0.79 | |
| 110-01-0 | Tetrahydrothiophene | ND | 0.71 | |
| 638-02-8 | 2,5-Dimethylthiophene | ND | 0.90 | |
| 872-55-9 | 2-Ethylthiophene | ND | 0.90 | |
| 110-81-6 | Diethyl Disulfide | ND | 0.49 | |

ND = Compound was analyzed for, but not detected above the limit of quantitation.
LOQ = Limit of Quantitation.



Columbia
Analytical Services™    2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

· · · · · · · · · · · · · · · · · RESULTS OF ANALYSIS · · · · · · · · · · · · · · · · ·

Page 1 of 1

**Client:**            **National Gypsum Company**
**Client Sample ID:**  **#7 American Gyp.**                       CAS Project ID: P1103499
**Client Project ID:** **Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569**    CAS Sample ID: P1103499-007

| | | |
|---|---|---|
| Test Code: | CAS AQL 104 | Date Received: 9/13/11 |
| Instrument ID: | Agilent 7890A/GC22/SCD | Date Analyzed: 9/19/11 |
| Analyst: | Lauryn Keeler | Sample Amount: 25.63 Gram(s) |
| Sampling Media: | Wallboard | Chamber Volume: 0.50 Liter(s) |
| Test Notes: | | |

Dilution Factor: 1.00

| CAS # | Compound | Result µg/Kg | LOQ µg/Kg | Data Qualifier |
|---|---|---|---|---|
| 7783-06-4 | Hydrogen Sulfide | ND | 0.27 | |
| 463-58-1 | Carbonyl Sulfide | ND | 0.48 | |
| 74-93-1 | Methyl Mercaptan | ND | 0.38 | |
| 75-08-1 | Ethyl Mercaptan | ND | 0.50 | |
| 75-18-3 | Dimethyl Sulfide | ND | 0.50 | |
| 75-15-0 | Carbon Disulfide | **0.82** | 0.30 | |
| 75-33-2 | Isopropyl Mercaptan | ND | 0.61 | |
| 75-66-1 | tert-Butyl Mercaptan | ND | 0.72 | |
| 107-03-9 | n-Propyl Mercaptan | ND | 0.61 | |
| 624-89-5 | Ethyl Methyl Sulfide | ND | 0.61 | |
| 110-02-1 | Thiophene | ND | 0.67 | |
| 513-44-0 | Isobutyl Mercaptan | ND | 0.72 | |
| 352-93-2 | Diethyl Sulfide | ND | 0.72 | |
| 109-79-5 | n-Butyl Mercaptan | ND | 0.72 | |
| 624-92-0 | Dimethyl Disulfide | ND | 0.38 | |
| 616-44-4 | 3-Methylthiophene | ND | 0.78 | |
| 110-01-0 | Tetrahydrothiophene | ND | 0.70 | |
| 638-02-8 | 2,5-Dimethylthiophene | ND | 0.89 | |
| 872-55-9 | 2-Ethylthiophene | ND | 0.89 | |
| 110-81-6 | Diethyl Disulfide | ND | 0.49 | |

ND = Compound was analyzed for, but not detected above the limit of quantitation.
LOQ = Limit of Quantitation.



Columbia
Analytical Services™    2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:**              **National Gypsum Company**
**Client Sample ID:**    **#8 American Gyp.**
**Client Project ID:**   **Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569**

CAS Project ID: P1103499
CAS Sample ID: P1103499-008

| | |
|---|---|
| Test Code: | CAS AQL 104 |
| Instrument ID: | Agilent 7890A/GC22/SCD |
| Analyst: | Lauryn Keeler |
| Sampling Media: | Wallboard |
| Test Notes: | |

Date Received: 9/13/11
Date Analyzed: 9/19/11
Sample Amount:    25.54 Gram(s)
Chamber Volume:   0.50 Liter(s)

Dilution Factor: 1.00

| CAS # | Compound | Result µg/Kg | LOQ µg/Kg | Data Qualifier |
|---|---|---|---|---|
| 7783-06-4 | Hydrogen Sulfide | ND | 0.27 | |
| 463-58-1 | Carbonyl Sulfide | **0.59** | 0.48 | |
| 74-93-1 | Methyl Mercaptan | ND | 0.39 | |
| 75-08-1 | Ethyl Mercaptan | ND | 0.50 | |
| 75-18-3 | Dimethyl Sulfide | ND | 0.50 | |
| 75-15-0 | Carbon Disulfide | **1.4** | 0.30 | |
| 75-33-2 | Isopropyl Mercaptan | ND | 0.61 | |
| 75-66-1 | tert-Butyl Mercaptan | ND | 0.72 | |
| 107-03-9 | n-Propyl Mercaptan | ND | 0.61 | |
| 624-89-5 | Ethyl Methyl Sulfide | ND | 0.61 | |
| 110-02-1 | Thiophene | ND | 0.67 | |
| 513-44-0 | Isobutyl Mercaptan | ND | 0.72 | |
| 352-93-2 | Diethyl Sulfide | ND | 0.72 | |
| 109-79-5 | n-Butyl Mercaptan | ND | 0.72 | |
| 624-92-0 | Dimethyl Disulfide | ND | 0.38 | |
| 616-44-4 | 3-Methylthiophene | ND | 0.79 | |
| 110-01-0 | Tetrahydrothiophene | ND | 0.71 | |
| 638-02-8 | 2,5-Dimethylthiophene | ND | 0.90 | |
| 872-55-9 | 2-Ethylthiophene | ND | 0.90 | |
| 110-81-6 | Diethyl Disulfide | ND | 0.49 | |

ND = Compound was analyzed for, but not detected above the limit of quantitation.
LOQ = Limit of Quantitation.



Columbia
Analytical Services™   2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:** **National Gypsum Company**
**Client Sample ID:** **#9 American Gyp.**
**Client Project ID:** **Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569**

CAS Project ID: P1103499
CAS Sample ID: P1103499-009

| | | | |
|---|---|---|---|
| Test Code: | CAS AQL 104 | Date Received: | 9/13/11 |
| Instrument ID: | Agilent 7890A/GC22/SCD | Date Analyzed: | 9/19/11 |
| Analyst: | Lauryn Keeler | Sample Amount: | 25.39 Gram(s) |
| Sampling Media: | Wallboard | Chamber Volume: | 0.50 Liter(s) |
| Test Notes: | | | |

Dilution Factor: 1.00

| CAS # | Compound | Result µg/Kg | LOQ µg/Kg | Data Qualifier |
|---|---|---|---|---|
| 7783-06-4 | Hydrogen Sulfide | ND | 0.27 | |
| 463-58-1 | Carbonyl Sulfide | ND | 0.48 | |
| 74-93-1 | Methyl Mercaptan | ND | 0.39 | |
| 75-08-1 | Ethyl Mercaptan | ND | 0.50 | |
| 75-18-3 | Dimethyl Sulfide | ND | 0.50 | |
| 75-15-0 | Carbon Disulfide | 1.3 | 0.31 | |
| 75-33-2 | Isopropyl Mercaptan | ND | 0.61 | |
| 75-66-1 | tert-Butyl Mercaptan | ND | 0.73 | |
| 107-03-9 | n-Propyl Mercaptan | ND | 0.61 | |
| 624-89-5 | Ethyl Methyl Sulfide | ND | 0.61 | |
| 110-02-1 | Thiophene | ND | 0.68 | |
| 513-44-0 | Isobutyl Mercaptan | ND | 0.73 | |
| 352-93-2 | Diethyl Sulfide | ND | 0.73 | |
| 109-79-5 | n-Butyl Mercaptan | ND | 0.73 | |
| 624-92-0 | Dimethyl Disulfide | ND | 0.38 | |
| 616-44-4 | 3-Methylthiophene | ND | 0.79 | |
| 110-01-0 | Tetrahydrothiophene | ND | 0.71 | |
| 638-02-8 | 2,5-Dimethylthiophene | ND | 0.90 | |
| 872-55-9 | 2-Ethylthiophene | ND | 0.90 | |
| 110-81-6 | Diethyl Disulfide | ND | 0.49 | |

ND = Compound was analyzed for, but not detected above the limit of quantitation.

LOQ = Limit of Quantitation.



**Columbia Analytical Services**™   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:** **National Gypsum Company**
**Client Sample ID:** **#10 Chinese Foyer-Wall**
**Client Project ID:** **Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569**

CAS Project ID: P1103499
CAS Sample ID: P1103499-010

| | | | |
|---|---|---|---|
| Test Code: | CAS AQL 104 | Date Received: | 9/13/11 |
| Instrument ID: | Agilent 7890A/GC22/SCD | Date Analyzed: | 9/19/11 |
| Analyst: | Lauryn Keeler | Sample Amount: | 25.60 Gram(s) |
| Sampling Media: | Wallboard | Chamber Volume: | 0.50 Liter(s) |
| Test Notes: | | | |

Dilution Factor: 1.00

| CAS # | Compound | Result µg/Kg | LOQ µg/Kg | Data Qualifier |
|---|---|---|---|---|
| 7783-06-4 | Hydrogen Sulfide | **1.4** | 0.27 | |
| 463-58-1 | Carbonyl Sulfide | **3.3** | 0.48 | |
| 74-93-1 | Methyl Mercaptan | ND | 0.38 | |
| 75-08-1 | Ethyl Mercaptan | ND | 0.50 | |
| 75-18-3 | Dimethyl Sulfide | ND | 0.50 | |
| 75-15-0 | Carbon Disulfide | **5.2** | 0.30 | |
| 75-33-2 | Isopropyl Mercaptan | ND | 0.61 | |
| 75-66-1 | tert-Butyl Mercaptan | ND | 0.72 | |
| 107-03-9 | n-Propyl Mercaptan | ND | 0.61 | |
| 624-89-5 | Ethyl Methyl Sulfide | ND | 0.61 | |
| 110-02-1 | Thiophene | ND | 0.67 | |
| 513-44-0 | Isobutyl Mercaptan | ND | 0.72 | |
| 352-93-2 | Diethyl Sulfide | ND | 0.72 | |
| 109-79-5 | n-Butyl Mercaptan | ND | 0.72 | |
| 624-92-0 | Dimethyl Disulfide | ND | 0.38 | |
| 616-44-4 | 3-Methylthiophene | ND | 0.78 | |
| 110-01-0 | Tetrahydrothiophene | ND | 0.70 | |
| 638-02-8 | 2,5-Dimethylthiophene | ND | 0.90 | |
| 872-55-9 | 2-Ethylthiophene | ND | 0.90 | |
| 110-81-6 | Diethyl Disulfide | ND | 0.49 | |

ND = Compound was analyzed for, but not detected above the limit of quantitation.
LOQ = Limit of Quantitation.



Columbia
Analytical Services™   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

........................................ RESULTS OF ANALYSIS ........................................

Page 1 of 1

**Client:** **National Gypsum Company**
**Client Sample ID:** **#11 Chinese Foyer Wall**
**Client Project ID:** **Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569**

CAS Project ID: P1103499
CAS Sample ID: P1103499-011

| | | | |
|---|---|---|---|
| Test Code: | CAS AQL 104 | Date Received: | 9/13/11 |
| Instrument ID: | Agilent 7890A/GC22/SCD | Date Analyzed: | 9/19/11 |
| Analyst: | Lauryn Keeler | Sample Amount: | 25.75 Gram(s) |
| Sampling Media: | Wallboard | Chamber Volume: | 0.50 Liter(s) |
| Test Notes: | | | |

Dilution Factor: 1.00

| CAS # | Compound | Result µg/Kg | LOQ µg/Kg | Data Qualifier |
|---|---|---|---|---|
| 7783-06-4 | Hydrogen Sulfide | **2.6** | 0.27 | |
| 463-58-1 | Carbonyl Sulfide | **1.9** | 0.48 | |
| 74-93-1 | Methyl Mercaptan | ND | 0.38 | |
| 75-08-1 | Ethyl Mercaptan | ND | 0.49 | |
| 75-18-3 | Dimethyl Sulfide | ND | 0.49 | |
| 75-15-0 | Carbon Disulfide | **5.7** | 0.30 | |
| 75-33-2 | Isopropyl Mercaptan | ND | 0.60 | |
| 75-66-1 | tert-Butyl Mercaptan | ND | 0.72 | |
| 107-03-9 | n-Propyl Mercaptan | ND | 0.60 | |
| 624-89-5 | Ethyl Methyl Sulfide | ND | 0.60 | |
| 110-02-1 | Thiophene | ND | 0.67 | |
| 513-44-0 | Isobutyl Mercaptan | ND | 0.72 | |
| 352-93-2 | Diethyl Sulfide | ND | 0.72 | |
| 109-79-5 | n-Butyl Mercaptan | ND | 0.72 | |
| 624-92-0 | Dimethyl Disulfide | ND | 0.37 | |
| 616-44-4 | 3-Methylthiophene | ND | 0.78 | |
| 110-01-0 | Tetrahydrothiophene | ND | 0.70 | |
| 638-02-8 | 2,5-Dimethylthiophene | ND | 0.89 | |
| 872-55-9 | 2-Ethylthiophene | ND | 0.89 | |
| 110-81-6 | Diethyl Disulfide | ND | 0.49 | |

ND = Compound was analyzed for, but not detected above the limit of quantitation.
LOQ = Limit of Quantitation.



**Columbia Analytical Services**™   2655 Park Center Drive, Suite A, Simi Valley, CA 93065   |   805.526.7161   |   www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:** **National Gypsum Company**
**Client Sample ID:** **Negative Control Sample**
**Client Project ID:** **Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569**

CAS Project ID: P1103499
CAS Sample ID: P110919-NCS

| | | | |
|---|---|---|---|
| Test Code: | CAS AQL 104 | Date Received: | NA |
| Instrument ID: | Agilent 7890A/GC22/SCD | Date Analyzed: | 9/19/11 |
| Analyst: | Lauryn Keeler | Sample Amount: | 25.77 Gram(s) |
| Sampling Media: | Wallboard | Chamber Volume: | 0.50 Liter(s) |
| Test Notes: | | | |

Dilution Factor: 1.00

| CAS # | Compound | Result µg/Kg | LOQ µg/Kg | Data Qualifier |
|---|---|---|---|---|
| 7783-06-4 | Hydrogen Sulfide | ND | 0.27 | |
| 463-58-1 | Carbonyl Sulfide | ND | 0.48 | |
| 74-93-1 | Methyl Mercaptan | ND | 0.38 | |
| 75-08-1 | Ethyl Mercaptan | ND | 0.49 | |
| 75-18-3 | Dimethyl Sulfide | ND | 0.49 | |
| 75-15-0 | Carbon Disulfide | ND | 0.30 | |
| 75-33-2 | Isopropyl Mercaptan | ND | 0.60 | |
| 75-66-1 | tert-Butyl Mercaptan | ND | 0.72 | |
| 107-03-9 | n-Propyl Mercaptan | ND | 0.60 | |
| 624-89-5 | Ethyl Methyl Sulfide | ND | 0.60 | |
| 110-02-1 | Thiophene | ND | 0.67 | |
| 513-44-0 | Isobutyl Mercaptan | ND | 0.72 | |
| 352-93-2 | Diethyl Sulfide | ND | 0.72 | |
| 109-79-5 | n-Butyl Mercaptan | ND | 0.72 | |
| 624-92-0 | Dimethyl Disulfide | ND | 0.37 | |
| 616-44-4 | 3-Methylthiophene | ND | 0.78 | |
| 110-01-0 | Tetrahydrothiophene | ND | 0.70 | |
| 638-02-8 | 2,5-Dimethylthiophene | ND | 0.89 | |
| 872-55-9 | 2-Ethylthiophene | ND | 0.89 | |
| 110-81-6 | Diethyl Disulfide | ND | 0.48 | |

ND = Compound was analyzed for, but not detected above the limit of quantitation.
LOQ = Limit of Quantitation.



**Columbia Analytical Services™**  2655 Park Center Drive, Suite A, Simi Valley, CA 93065 | 805.526.7161 | www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:** **National Gypsum Company**
**Client Sample ID:** **Positive Control Sample**
**Client Project ID:** **Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569**

CAS Project ID: P1103499
CAS Sample ID: P110919-PCS

| | |
|---|---|
| Test Code: | CAS AQL 104 |
| Instrument ID: | Agilent 7890A/GC22/SCD |
| Analyst: | Lauryn Keeler |
| Sampling Media: | Wallboard |
| Test Notes: | |

Date Received: NA
Date Analyzed: 9/19/11
Sample Amount: 25.11 Gram(s)
Chamber Volume: 0.50 Liter(s)

Dilution Factor: 1.00

| CAS # | Compound | Result µg/Kg | LOQ µg/Kg | Data Qualifier |
|---|---|---|---|---|
| 7783-06-4 | Hydrogen Sulfide | **1.2** | 0.28 | |
| 463-58-1 | Carbonyl Sulfide | **2.0** | 0.49 | |
| 74-93-1 | Methyl Mercaptan | ND | 0.39 | |
| 75-08-1 | Ethyl Mercaptan | ND | 0.51 | |
| 75-18-3 | Dimethyl Sulfide | ND | 0.51 | |
| 75-15-0 | Carbon Disulfide | **2.0** | 0.31 | |
| 75-33-2 | Isopropyl Mercaptan | ND | 0.62 | |
| 75-66-1 | tert-Butyl Mercaptan | ND | 0.73 | |
| 107-03-9 | n-Propyl Mercaptan | ND | 0.62 | |
| 624-89-5 | Ethyl Methyl Sulfide | ND | 0.62 | |
| 110-02-1 | Thiophene | ND | 0.68 | |
| 513-44-0 | Isobutyl Mercaptan | ND | 0.73 | |
| 352-93-2 | Diethyl Sulfide | ND | 0.73 | |
| 109-79-5 | n-Butyl Mercaptan | ND | 0.73 | |
| 624-92-0 | Dimethyl Disulfide | ND | 0.38 | |
| 616-44-4 | 3-Methylthiophene | ND | 0.80 | |
| 110-01-0 | Tetrahydrothiophene | ND | 0.72 | |
| 638-02-8 | 2,5-Dimethylthiophene | ND | 0.91 | |
| 872-55-9 | 2-Ethylthiophene | ND | 0.91 | |
| 110-81-6 | Diethyl Disulfide | ND | 0.50 | |

ND = Compound was analyzed for, but not detected above the limit of quantitation.
LOQ = Limit of Quantitation.



**Columbia
Analytical Services™**  2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:**              **National Gypsum Company**
**Client Sample ID:**  **#1 China Dining Room**                                    CAS Project ID: P1103499
**Client Project ID:**  **Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569**   CAS Sample ID: P1103499-001

Test Code:        CAS AQL 105                                         Date Received: 9/13/11
Analyst:          Michael Conejo                                Date Sample Prepared: 9/20/11
Sample Type:      Wallboard                                       Date Photo Taken: 10/12/11
Test Notes:



The Negative Control Sample is U.S. Gypsum drywall purchased from a building supply store.
The Positive Control Sample is a known source of defective drywall which tests positive for orthorhombic cyclooctasulfur and hydrogen sulfide.
The result for this sample indicates a match with the positive control sample

P1103499_Corrosion_110130933_SS.xls - Sample



**Columbia Analytical Services**™   2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:**               **National Gypsum Company**
**Client Sample ID:**  **#2 American Gyp. Co.**
**Client Project ID:**  **Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569**

CAS Project ID: P1103499
CAS Sample ID: P1103499-002

Test Code:       CAS AQL 105
Analyst:          Michael Conejo
Sample Type:   Wallboard
Test Notes:

Date Received: 9/13/11
Date Sample Prepared: 9/20/11
Date Photo Taken: 10/12/11



The Negative Control Sample is U.S. Gypsum drywall purchased from a building supply store.
The Positive Control Sample is a known source of defective drywall which tests positive for orthorhombic cyclooctasulfur and hydrogen sulfide.
The result for this sample indicates a match with the negative control sample.


**Columbia
Analytical Services**™  2655 Park Center Drive, Suite A, Simi Valley, CA 93065 | 805.526.7161 | www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:**          **National Gypsum Company**
**Client Sample ID:**  **#3 China-Venture Supply**                    CAS Project ID: P1103499
**Client Project ID:**  **Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569**   CAS Sample ID: P1103499-003

Test Code:      CAS AQL 105                          Date Received: 9/13/11
Analyst:        Michael Conejo                   Date Sample Prepared: 9/20/11
Sample Type:    Wallboard                         Date Photo Taken: 10/12/11
Test Notes:



The Negative Control Sample is U.S. Gypsum drywall purchased from a building supply store.
The Positive Control Sample is a known source of defective drywall which tests positive for orthorhombic cyclooctasulfur and hydrogen sulfide.
The result for this sample indicates a match with the positive control sample



**Columbia Analytical Services**™  2655 Park Center Drive, Suite A, Simi Valley, CA 93065 | 805.526.7161 | www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:** **National Gypsum Company**
**Client Sample ID:** **#4 NGC**
**Client Project ID:** **Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569**

CAS Project ID: P1103499
CAS Sample ID: P1103499-004

Test Code:      CAS AQL 105
Analyst:        Michael Conejo
Sample Type:    Wallboard
Test Notes:

Date Received: 9/13/11
Date Sample Prepared: 9/20/11
Date Photo Taken: 10/12/11



The Negative Control Sample is U.S. Gypsum drywall purchased from a building supply store.
The Positive Control Sample is a known source of defective drywall which tests positive for orthorhombic cyclooctasulfur and hydrogen sulfide.
The result for this sample indicates a match with the negative control sample.



**Columbia Analytical Services**™  2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:**           **National Gypsum Company**
**Client Sample ID:** **#5 American Gyp.**                                    CAS Project ID: P1103499
**Client Project ID:** **Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569**    CAS Sample ID: P1103499-005

Test Code:      CAS AQL 105                                  Date Received: 9/13/11
Analyst:        Michael Conejo                      Date Sample Prepared: 9/20/11
Sample Type:    Wallboard                              Date Photo Taken: 10/12/11
Test Notes:



The Negative Control Sample is U.S. Gypsum drywall purchased from a building supply store.
The Positive Control Sample is a known source of defective drywall which tests positive for orthorhombic cyclooctasulfur and hydrogen sulfide.
The result for this sample indicates a match with the negative control sample.



**Columbia
Analytical Services**™   2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:**          **National Gypsum Company**
**Client Sample ID:**  **#6 Chinese D/W**                                    CAS Project ID: P1103499
**Client Project ID:**  **Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569**       CAS Sample ID: P1103499-006

Test Code:      CAS AQL 105                                           Date Received: 9/13/11
Analyst:        Michael Conejo                             Date Sample Prepared: 9/20/11
Sample Type:    Wallboard                                    Date Photo Taken: 10/12/11
Test Notes:



The Negative Control Sample is U.S. Gypsum drywall purchased from a building supply store.
The Positive Control Sample is a known source of defective drywall which tests positive for orthorhombic cyclooctasulfur and hydrogen sulfide.
The result for this sample indicates a match with the positive control sample


**Columbia
Analytical Services**™   2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

| | |
|---|---|
| **Client:** | **National Gypsum Company** |
| **Client Sample ID:** | **#7 American Gyp.** |
| **Client Project ID:** | **Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569** |

CAS Project ID: P1103499
CAS Sample ID: P1103499-007

| | |
|---|---|
| Test Code: | CAS AQL 105 |
| Analyst: | Michael Conejo |
| Sample Type: | Wallboard |
| Test Notes: | |

Date Received: 9/13/11
Date Sample Prepared: 9/20/11
Date Photo Taken: 10/12/11



The Negative Control Sample is U.S. Gypsum drywall purchased from a building supply store.
The Positive Control Sample is a known source of defective drywall which tests positive for orthorhombic cyclooctasulfur and hydrogen sulfide.
The result for this sample indicates a match with the negative control sample.



**Columbia Analytical Services™**   2655 Park Center Drive, Suite A, Simi Valley, CA 93065 | 805.526.7161 | www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:** **National Gypsum Company**
**Client Sample ID:** **#8 American Gyp.**
**Client Project ID:** **Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569**

CAS Project ID: P1103499
CAS Sample ID: P1103499-008

Test Code: CAS AQL 105
Analyst: Michael Conejo
Sample Type: Wallboard
Test Notes:

Date Received: 9/13/11
Date Sample Prepared: 9/20/11
Date Photo Taken: 10/12/11



The Negative Control Sample is U.S. Gypsum drywall purchased from a building supply store.
The Positive Control Sample is a known source of defective drywall which tests positive for orthorhombic cyclooctasulfur and hydrogen sulfide.
The result for this sample indicates a match with the negative control sample.



**Columbia Analytical Services™**   2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:**            **National Gypsum Company**
**Client Sample ID:**  **#9 American Gyp.**                               CAS Project ID: P1103499
**Client Project ID:** **Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569**          CAS Sample ID: P1103499-009

Test Code:      CAS AQL 105                                  Date Received: 9/13/11
Analyst:        Michael Conejo                        Date Sample Prepared: 9/20/11
Sample Type:    Wallboard                               Date Photo Taken: 10/12/11
Test Notes:



The Negative Control Sample is U.S. Gypsum drywall purchased from a building supply store.
The Positive Control Sample is a known source of defective drywall which tests positive for orthorhombic cyclooctasulfur and hydrogen sulfide.
The result for this sample indicates a match with the negative control sample.



**Columbia
Analytical Services**™  2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:**　　　　　　　**National Gypsum Company**
**Client Sample ID:**　**#10 Chinese Foyer-Wall**
**Client Project ID:**　**Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569**

CAS Project ID: P1103499
CAS Sample ID: P1103499-010

Test Code:　　　CAS AQL 105
Analyst:　　　　Michael Conejo
Sample Type:　　Wallboard
Test Notes:

Date Received: 9/13/11
Date Sample Prepared: 9/20/11
Date Photo Taken: 10/12/11



The Negative Control Sample is U.S. Gypsum drywall purchased from a building supply store.
The Positive Control Sample is a known source of defective drywall which tests positive for orthorhombic cyclooctasulfur and hydrogen sulfide.
The result for this sample indicates a match with the positive control sample



**Columbia Analytical Services**™  2655 Park Center Drive, Suite A, Simi Valley, CA 93065  |  805.526.7161  |  www.caslab.com

RESULTS OF ANALYSIS

Page 1 of 1

**Client:**           **National Gypsum Company**
**Client Sample ID:**  **#11 Chinese Foyer Wall**              CAS Project ID: P1103499
**Client Project ID:**  **Retana / 11412 Mountain Bay Dr. Riverview, FL. 33569**       CAS Sample ID: P1103499-011

Test Code:      CAS AQL 105                           Date Received: 9/13/11
Analyst:        Michael Conejo                   Date Sample Prepared: 9/20/11
Sample Type:    Wallboard                          Date Photo Taken: 10/12/11
Test Notes:



The Negative Control Sample is U.S. Gypsum drywall purchased from a building supply store.
The Positive Control Sample is a known source of defective drywall which tests positive for orthorhombic cyclooctasulfur and hydrogen sulfide.
The result for this sample indicates a match with the positive control sample