This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Downstairs bathroom toilet tank : Very heavy corrosion on metal components exposed to water inside toilet tank.



Downstairs bath door hinge in the same room as toilet shown above. No corrosion.



18891 River Estates Lane, Alva  9/6/11        Page 36 of 64

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Laundry room: Heavy corrosion on metal water valve below laundry tub next to washer machine space.



Laundry room: Black corrosion on copper water hammer arrestor at washing machine connection.



18891 River Estates Lane, Alva  9/6/11        Page 37 of 64

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Upstairs hall bath sink valve: Heavy abnormal corrosion and pitting on chrome plated valve.



Upstairs hall bath toilet tank: Heavy corrosion on metal float valve rod.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Upstairs hall bath shower valve. Abnormal corrosion and pitting on metal shower head.



Upstairs hall bath tub spout. Abnormal black corrosion on chrome tub valve.



18891 River Estates Lane, Alva  9/6/11        Page 39 of 64

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.



Master bath shower head: Abnormal corrosion and pitting on chrome surfaces.

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

I observed a long term in-place corrosion test being performed in the upstairs bonus room.

The test consists of 28 holes drilled partially through existing original drywall. Copper pipe caps were inserted into the holes and taped in place to directly expose them to the interior of the drywall.

In addition, 3 pieces of National Gypsum Drywall labeled as being manufactured on 10/4/2010 were placed in the same location. 24 holes were drilled in these boards and copper pipe caps inserted and taped in place.

Multiple dates are written on the wall including 10/19/10 and 11/3/10.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.



None of the copper showed signs of corrosion either in the original drywall or the new drywall. In the above sample marked N2.8, the portion of the copper that was embedded in the drywall is less tarnished that the portion exposed to the ambient air.

The lack of corrosion here is typical of every piece of copper embedded in the drywall, after being in close proximity to the National Gypsum brand drywall for approximately 11 months.

This clearly indicates that the drywall is not the source of the compounds causing the corrosion, especially given the fact that the home has not been air conditioned during this entire period.

Corrosion is accelerated by moisture. If the drywall was the source, the corrosion would be accelerated during 11 month period of time when the air conditioning was not running and was not removing moisture from the air.

18891 River Estates Lane, Alva  9/6/11      Page 42 of 64

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.



Sample 4.2 in new National Gypsum brand drywall, embedded for approximately 11 months. No corrosion evident.

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.



Sample 1.2 embedded in original National Gypsum brand drywall for 11 months. No signs of corrosion. The portion of the copper pipe cap that was embedded in the drywall is brighter and shinier with less tarnishing that portion that was exposed to the ambient air.

This clearly indicates that the drywall is not the source of the compounds causing the corrosion, especially given the fact that the home has not been air conditioned during this entire period. (Corrosion is accelerated by moisture.)

The fact that the copper pipe caps have not corroded during this long period of time when the house was unoccupied indicates that the corrosion is caused by a factor that's only present during occupancy and use, such as Sulfur Compounds in water, that are introduced (aerated) into the air by showering and doing laundry, then are distributed throughout the house by the central air conditioning systems.

Corrosion is accelerated by moisture. If the drywall was the source, the corrosion would be accelerated during 11 month period of time when the air conditioning was not running and was not removing moisture from the air.

18891 River Estates Lane, Alva  9/6/11       Page 44 of 64

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #34: Bonus room insulation. Mr. Brincku stated that the back of the insulation was turning black due to the drywall. The appearance here is typical of insulation. The black substance is the adhesive used to bond the fiberglass blanket to the paper facing. Some of this black adhesive is bleeding through the paper.



No noticeable sulfur odor was present upon entering the home. This alone, however, is not a reliable indicator of the presence or absence of corrosive drywall.

18891 River Estates Lane, Alva  9/6/11      Page 45 of 64

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

The Criteria for the Florida DOEH Case definition are broken down into three levels of evidence.

---

Criteria 1:

Sentinel Indicators of Drywall Associated Corrosion (Possible Case = all 3)

1. The home was constructed or renovated with new drywall since 2001.

2. Observed corrosion of air conditioner evaporator coil exemplified by black corrosion on copper tubing components. The corrosion can result in refrigerant leakage making it impossible to cool the home requiring coil replacement. Coil failures indicative of this problem typically occur every 6-14 months

3. Observed metal corrosion, indicated by blackening of one or more of the following:

- copper wires, ground wires, and electrical connectors

- un-insulated and un-coated copper pipes and fittings

- chrome-plated bathroom fixtures

- silver and copper jewelry

- mirror backing in bathrooms

---

The subject property is positive for all three sentinel indicators, meeting the criteria for a "*possible case*." Therefore, further investigation is justified to determine the cause of the visible corrosion.

---

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Criteria 2:

For Trained Professionals

Supporting Indicators of Drywall Associated Corrosion (Probable Case = 1 or more)

1. Observed markings on the back of drywall indicating the country of origin is China.

2. Objective analysis of drywall in home finds Strontium levels exceed 2,000 mg/kg (ppm), indicating the gypsum used in the drywall was probably mined in China. Analytical methods commonly used for this include XRF and ICP. 2, 3, 5, 7, 8, 9, 10, 11, 12

If you have met the criteria for "possible case" and answered yes to at least one of the above indicators in Criteria 2, the home meets the criteria for "probable case". These criteria do not confirm that the drywall causes corrosion. Identifying the origin of the drywall is considered a screening tool for suspect drywall, but confirmation requires analysis described in Criteria 3

The drywall was not manufactured in China.

Measured Strontium levels do not exceed 2,000mg/kg(ppm).

The subject property does *not* meet the definition of a probable case of corrosive drywall as defined by the Florida Department of Environmental Health.

However, as corrosion is present, further investigation was made to determine the source.

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Criteria 3:

Confirmatory Evidence of Drywall Associated Corrosion (Confirmed Case = 1 or more)

1. Elemental sulfur (Orthorhombic sulfur, cyclooctasulfur, S8) content of gypsum core exceeding 10 mg/kg (ppm), indicating the gypsum in drywall samples from the home contains the source material that is believed to contribute to the reduced sulfur gasses emitted from corrosive drywall. Analytical methods commonly used for this include GC/ECD, GC/MS, or HPLC. 1, 2, 3, 4, 6, 8, 9, 10, 11

2. Laboratory analysis of suspect drywall headspace for reduced sulfur gas emissions (H2S, COS, CS2) indicating drywall samples from the home emit reduced sulfur gasses capable of causing copper corrosion. Analytical methods commonly used for this include GC/SCD.6 Results that are indicative of corrosive drywall must be established by each laboratory based upon internal procedures, comparison to control samples, and validated methods.

3. Qualitative analysis of suspect drywall for its ability to cause corrosion/blackening of copper under controlled conditions, indicating drywall samples from the home emit gasses capable of corroding copper. Results that are indicative of corrosive drywall must be established by each laboratory based upon internal procedures, comparison to control samples, and validated methods.

If you have met the criteria for "possible case", ruled out other sources of hydrogen sulfide as significant contributors to copper corrosion in the home, and receive positive results on a sufficient number of samples from one or more of the above evaluations in Criteria 3, the home meets the criteria for a "confirmed case". **Some confounding factors that should be excluded as causes of observed corrosion are hydrogen sulfide from well water, sewer gas, or soil gas.**

## CONCLUSION USING FL DOEH CRITERIA

The inspection and laboratory analyses do not confirm the corrosion is associated with drywall. Therefore, this home cannot be classified as a confirmed case of corrosive drywall.

One of the stated confounding causes of corrosion *was* found, e. g., hydrogen sulfide in the well water.

Another confounding factor that has been considered is the production of sulfur emission from sulfur-reducing bacteria. Various individuals and/or organizations have proposed that sulfur-reducing bacteria may be a source of sulfur emissions from problem drywall. There is no evidence to support this theory. In an analysis performed by the U.S Geological Survey under contract to the U.S. Consumer Product Safety Commission[1], the following conclusions were reached:

---

[1] U.S. Consumer Product Safety Commission Staff Summary of Contractor's Report "The Use of Epifluorescent Microscopy and Quantitative Polymerase Chain Reaction to Determine the Presence/Absence and Identification of Microorganisms Associated with

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

- *No sulfur-reducing bacteria were observed in imported and domestic drywall collected from manufacturers, suppliers, storage warehouses, and complaint and non-complaint homes.*

- *No differences were seen in the presence or absence of sulfur-reducing bacteria between imported Chinese drywall and North American domestic drywall, including Chinese samples found by LBNL to have some of the highest reactive sulfur gas emissions in the chamber tests.*

- *No SBR were found in rock samples that were collected by CPSC staff during their 2009 trip to China.*

- *Because the manufacture, transport, and storage of drywall is not sterile, bacteria were found in nearly all drywall and rock samples when the samples were culture enriched and DNA amplified by PCR. This was not an unexpected result.*

- *The low number of bacteria and the lack of observation of any viable bacteria clusters do not support the contention that sulfur-reducing bacteria were metabolically active in problem drywall and causing the emission of sulfur gases, the reported health effects, and the reported corrosion to metal components in homes.*

Sewer gas was eliminated as a source as no odors associated with sewer gases were observed.

---

Domestic and Foreign Wallboard Samples" Joanna Matheson, Ph.D., Lori E. Saltzman, M.S., Mary Ann Danello, Ph.D., Directorate for Health Sciences - September 2011

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

The water is supplied by a well system which is equipped with an aerator tank, located outdoors behind the barn/shed.

The purpose of an aerator tank is to remove hydrogen sulfide from the water by spraying it into the air above the water level in the tank. Spraying the water through small nozzles helps to disperse the hydrogen sulfide gas into the air.



These systems are common in areas of Florida plagued by high Hydrogen Sulfite levels in the water, which can cause corrosion and rotten egg like odors.

Inside of aerator tank with lid removed.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Inside the aerator tank, the metal nozzles were found to be corroded and black in color.

This is consistent with exposure to reactive sulfur compounds.



18891 River Estates Lane, Alva  9/6/11          Page 51 of 64

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Outside the aerator tank, copper wires on the pump relay are corroded black, typical for exposure to corrosive drywall or $H_2S$. Note that there is no drywall anywhere near this tank.





H2S is dispersed into the atmosphere through the screened holes in the top of the aerator tank.

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

## COMPARISON OF CORROSION NEAR SOURCES OF WATER VS. NOT NEAR SOURCES OF WATER

Outside Barn/Shed at Aerator tank. Black corrosion on copper wiring.



Inside Barn/Shed where National Gypsum drywall was removed from walls and stacked in shed. This panel is on the wall adjacent to the aerator. Light tarnishing on copper wires.



18891 River Estates Lane, Alva  9/6/11        Page 53 of 64

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

## COMPARISON OF CORROSION NEAR SOURCES OF WATER VS. NOT NEAR SOURCES OF WATER

Downstairs powder bathroom. Float rod and metal screws inside toilet tank are heavily corroded.



Downstairs powder bathroom receptacle. Light corrosion on bare copper wire. (There is no shower in this bathroom.)



18891 River Estates Lane, Alva  9/6/11      Page 54 of 64

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

## COMPARISON OF CORROSION NEAR SOURCES OF WATER VS. NOT NEAR SOURCES OF WATER

Master bath shower head. Heavy corrosion on chrome shower head.



Front door hardware. No corrosion on brushed chrome hardware.



18891 River Estates Lane, Alva  9/6/11        Page 55 of 64

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

## COMPARISON OF CORROSION NEAR SOURCES OF WATER VS. NOT NEAR SOURCES OF WATER

Laundry room sink metal valve. Heavy corrosion.



Garage water heater. No corrosion on metal valve or copper wiring. (No source of water in garage.)



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

## COMPARISON OF CORROSION NEAR SOURCES OF WATER VS. NOT NEAR SOURCES OF WATER

Master bathroom receptacle. Heavy black corrosion completely coats bare copper ground wire.



Typical receptacle. Light to moderate corrosion. Location #40.



18891 River Estates Lane, Alva  9/6/11       Page 57 of 64

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

## Analysis of Drywall Samples

Samples were taken during a previous inspection and were analyzed by Columbia Analytical Services. Their report is attached. The results indicate the drywall exhibits no corrosive effects.

I examined the report prepared by Packer Engineering, Inc, for National Gypsum Company dated December 22, 2009. Extensive inspection of the drywall revealed four different sources, two different manufacturers, and two boards with no manufacturer's markings. The predominant manufacturer was National Gypsum Company.

Packer staff entered the attic and found all of the ceiling board to be National Gypsum Company brand. The report states that exposed copper wiring at a speaker and in junction boxes in the attic *"was not blackened, indicating that the wallboard was not producing any gases that could cause such a problem."*

Laboratory analysis of a representative sample of the wallboard performed by Packer found no evidence that the drywall causes corrosion.

I examined the report entitled *Evaluation of Homes Reported to be Constructed with Domestic Drywall* prepared by Environmental Health & Engineering, Inc, for the Consumer Product Safety Commission. The subject property is known to be house "H" in that report. That report states:

> Drywall samples from Home H did not have elevated concentrations of S8 in drywall samples, nor did they have the strontium/carbonate marker. Hydrogen sulfide was not detected in the air of the home. There was evidence of elevated rates of corrosion based on the ground wire corrosion rating and the Cu2S formation on coupons deployed at the AHU air supply register. Cu2S formation rates in the rooms were not elevated, and Ag2S formation rates were not elevated in any sample locations and were lower than outdoor rates.

> An elevated rate of corrosion in a home is insufficient, by itself, to conclude that the corrosion is associated with problem drywall in the home. It is necessary to link the source (i.e., drywall) to the effect (i.e., corrosion). Elemental sulfur has been demonstrated to be a useful marker for this purpose. Five of the nine homes with a corrosive environment had elevated levels of elemental sulfur found in drywall samples.

> Importantly, homes with and without the elemental sulfur marker differed in the magnitude, extent, and sometimes characteristics of their corrosive environment. For example, in the five homes with the elemental sulfur marker (Homes A – E), the average silver sulfide formation rate at the AHU air supply register was approximately 3,700 A/30d. In contrast, the average rate in Homes H – K was only 870 A/30d.

> Additionally, in the five homes with the elemental sulfur marker (Homes A – E), the corrosion rates measured in the rooms exceeded outdoor corrosion rates by up to a factor of 9. This is consistent

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

*with results from the 51-Home Study; homes impacted with problem drywall had indoor corrosion rates that were typically much greater than outdoor corrosion rates (Figures 6.2 and 6.3). For Homes H – K, the outdoor corrosion rates were similar to indoor corrosion rates measured in the rooms. Therefore, based upon the fact that the outdoor corrosion rates seem to be driving the indoor rates, it is likely that there is some external source(s) that is impacting these homes.*

## Analysis of Metal Samples

Samples copper wire and scrapings from copper piping were collected and analyzed by Metallurgical Viability, Inc. Their report is attached. Analysis of the samples indicates that the corrosion is caused by exposure to reactive sulfur gases, such as those produced by high levels of sulfide in well water.

## Analysis of Air and Water Samples

I examined the report prepared by HSA Engineers & Scientists, dated December 2011. Air and water samples were collected by HSA Engineers & Scientists. Their report is attached. Their analysis concludes that high levels of sulfide are present in the well water that supplies the house and that $H_2S$ gas is emitted into the air in high concentrations while water is in use.

Air testing revealed rising concentrations over time while running the showers in the bathrooms, culminating in $H_2S$ levels 1000 times those typically found in homes with corrosive drywall. The report concludes that the aerator is not working effectively to remove $H_2S$ from the well water.

Air and water sampling performed by Packer showed no detectable levels of sulfides, noting that such levels may be transient. It's not stated whether or not the sampling was performed after draining and refilling the aerator tank, which would significantly affect the results.

The Packer report states that *"a review of Lee County permit history for the well that supplies the Brincku residence indicates that a positive test for sulfur was reported in the spring of 2004."*

## XRF Screening Results

Wallboard was analyzed by HSA using a portable X-Ray Flourescence (XRF) Analyzer to measure Strontium content in the wallboard.  None of the drywall tested has Strontium levels that indicate problematic corrosive drywall, according to CPSC preliminary screening levels. See HSA report attached.

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

## Remediation Report Review

At your request, I reviewed the Williams Building Diagnostics, Inc. report dated November 17,2011 on the subject of Drywall Remediation Protocol.

This report is not an estimate of the cost of remediating a home with corrosive drywall, but rather a listing of individual cost items. As such, it's of limited use and is non-specific to this home as there are no measurement units listed and no prices listed.

The protocol does not reflect the latest information regarding replacement of electrical wiring from the Consumer Product Safety Commission in a report entitled *"Remediation Guidance for Homes with Corrosion from Problem Drywall as of September 15, 2011"* (attached.)

The CPSC protocol no longer recommends removal and replacement of electrical wiring, but states:

> *CPSC staff's assessment of the effect of problem drywall-related corrosion on electrical distribution wiring indicated that exposed copper wires were corroded.4 However, the corrosion was superficial, and it did not reduce the overall cross-section of copper significantly. Thus, the corrosion did not decrease the wire's ability to carry its rated current. Removal or cleaning of the exposed ends of the wiring to reveal a clean/uncorroded surface is recommended. Removal/replacement of cable runs is not necessary, unless the remaining cable has been damaged during drywall removal.*

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

# Summary

When analyzing homes for corrosive drywall, it's critical to consider each home individually as there are multiple causes of corrosion of metals, environmental conditions vary, and any given home is likely to have drywall from different manufacturers and even different countries or origin. There is no simple blanket formula that can be used to conclude that an individual home does or does not contain corrosive drywall. Each home requires individual investigation as to the source of corrosion.

One must also consider that other sources of sulfur compounds can cause corrosion or metals (aside from drywall.) The US Consumer Product Safety Commission points this out in the document <u>Interim Guidance – Identification of Homes with Corrosion from Problem Drywall.</u>  In that document, they state:

> *It is possible to misclassify homes because of other possible sources of metal corrosion such as volatile sulfur compounds from sewer gas, well water, and outdoor contaminants that may enter the home independent of the drywall in the home.*

I've personally observed this many times in homes long before drywall began being imported from China. I've observed heavily corroded copper wiring in electrical panels attributed to charging a battery nearby. (Charging a battery can produce hydrogen sulfide gas.)

I've observed the same corrosion in electrical panels supplied by conduit emanating from the ground, i.e., the typical underground electrical service. This corrosion is attributed to sulfur compounds present in ground water in some locations, which produces the well-known rotten egg odor that's commonly found in ground water in many areas in Florida.

As a home inspector, I regularly observe vacant homes with a rotten egg odor associated with sulfur reducing bacteria growing in unused water heaters.

Using the State of Florida Department of Environmental Health's case definition for Drywall Associated Corrosion in Residences, this home does *not* meet the criteria for a confirmed case, for the following reasons:

- Multiple laboratory analyses by different parties of the drywall do not show the presence of elemental sulfur.

- Multiple laboratory analyses of the drywall do not show the ability of the drywall to cause corrosion under controlled laboratory conditions.

- XRF screening for Strontium levels reveals that the drywall does not contain elevated levels of Strontium associated with corrosive drywall.

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

- In place long term testing of copper pipe caps embedded in the drywall show no signs that the drywall can cause corrosion of copper. In fact, this indicates the drywall is not a factor.

There is some visual evidence of corrosion of copper wires at receptacles and switches, but it's not typical of corrosive drywall, (except at one location in the master bathroom), in that it's much less severe than typically seen in the presence of corrosive drywall. This is particularly true at receptacles, where the cut edge of the drywall is in close proximity to bare copper wiring. In such cases, the bare copper wires at receptacles are typically heavily corroded in homes with corrosive drywall.

Metallurgical analysis of the corrosion (by Metallurgical Viability Inc.) indicates that the source causing the corrosion is reactive sulfur compounds.

Laboratory analysis of the water samples reveals the presence of high levels of sulfide in the water. The presence of the aerator tank is, by itself, an indicator that the water has sulfide present. Sulfide in water is a known source of reactive sulfur gases that cause corrosion.

Prior analysis of the water did not reveal the presence of sulfide in the water; however this may be due to failure to drain the water from the aerator to introduce new contaminated water into the tank. Given that the house was unoccupied, the sulfide compounds in the aerator tank would dissipate into the atmosphere over time, resulting in a negative sample.

The most prominent corrosion of metals was observed at metals in the laundry room and bathrooms. The most severe corrosion was observed inside toilet tanks containing water. The levels of corrosion are much lower away from sources of water, such as showers and the laundry. The heaviest corrosion on copper wiring was found in the master bathroom.

Other metals in nearby rooms were not corroded to the same extent, indicating that the water is the source. In a typical home with known corrosive drywall, metals in all areas are typically heavily corroded, especially at wiring at receptacles and switches, which is in close proximity to cut edges of drywall.

The lack of visible corrosion of the metal pipe caps embedded in the drywall and apparently left in place for approximately 11 months indicates that the drywall is not the cause of the corrosion. The house was vacant during this time, without the air conditioning running. No new sulfur compounds would have been introduced into the house by normal bathing and washing, resulting in no corrosion of the copper. Showering is similar to the function of the aerator tank in that water is sprayed into the air, removing some of the sulfur gases from the water and dispersing them into the air.

These observations are consistent with the results of air sampling which revealed highly elevated $H_2S$ levels in the bathroom air after running the showers. (Approximately 1000 times higher than before running shower.

18891 River Estates Lane, Alva  9/6/11       Page 62 of 64

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

Putting aside the scientific evidence that points to sulfide in the water as the source of corrosion, observational evidence also leads to the conclusion that the water is the source.

- There's more corrosion near areas where water is aerated by showering or washing clothes.

- There's little or no corrosion on copper wiring in the outbuilding which has no water supply.

- There's little or no corrosion on copper wiring and metals in the garage which has no water supply.

- There's no corrosion at copper wiring in the attic which is isolated from the air in the house, yet is close to the drywall ceiling.

- No corrosion occurred during the long term in place testing done by drilling holes in the drywall and inserting copper pipe caps during a period of time when the house was unoccupied and water was not being used.

In conclusion, it's my opinion that the corrosion evident here is caused by $H_2S$ emitted from the sulfide in the potable well water, due to inadequate aeration or failure of the aerator.

There is no evidence to implicate the National Gypsum Company brand drywall, and there is strong evidence to exclude the drywall as a possible source of corrosion.

Sincerely,

Mark A. Cramer, ACI, CRC, HI
President,
Mark Cramer Inspection Services, Inc.