# Mark Cramer Inspection Services, Inc.

492 Twentieth Avenue, Indian Rocks Beach, FL 34635-2970

(727) 595-4211  Fax  (866) 865-9076

Member #12085
American Society of Home Inspectors®
Florida Licensed Home Inspector #HI69
Florida Licensed Contractor #CRC042482

# Building Inspection Report

Prepared For:     Mr. Thomas Ayala

Morgan, Lewis & Bockius LLP

1701 Market St.

Philadelphia, PA  19103

Report Number:  121711A

Inspection Date:  9/11/11

## Property Information

Address: 3245 Reef Rd. SE, Palm Bay FL

Approximate Age or Year Built:     2004

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

# Introduction

## PURPOSE AND SCOPE

This purpose of the inspection and report was to investigate a claim that corrosion of metals in the home was caused by drywall manufactured by National Gypsum Company.

We inspected the home for evidence of the presence of Corrosive Drywall using criteria published by the State of Florida Division of Environmental Health and the Consumer Product Safety Commission. (Attached.)

During the inspection, samples were taken of drywall manufactured by National Gypsum Company for analysis by a laboratory. We took samples of metals and scrapings from metals and had them analyzed by a metallurgist and a laboratory. We took samples of air and water and had them analyzed by a laboratory. We screened all the drywall for Strontium levels using a portable X-Ray Fluorescence Spectrometer. We measured Hydrogen Sulfide levels in the indoor & outdoor air using a hand held meter. We sampled water and measured sulfide levels in the water and soil gases in the ground.

## INSPECTION TEAM

Jack Walker, Director of Quality Services, National Gypsum Company.

Zeke He, Ph.D., P.E., Environmental Engineer, HSA Engineers & Scientists.

Richard Lewis, Ph.D., P.E., Civil and Environmental Engineer, HSA Engineers & Scientists

Shannon Tucker, HSA Engineers & Scientists

Robert Odle, Ph.D., Corrosion Engineer, Metallurgical Viability, Inc.

Mark Cramer, Home Inspector & Contractor, Mark Cramer Inspection Services, Inc.

Tim Moore, Electrician

## OBSERVERS

Brian Warwick, attorney for Nutting.

Mr. and Mrs. Nutting.

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

# CONDITIONS DURING INSPECTION

The weather was warm and sunny, with no rain. Soil was dry.

The outdoor temperature during the inspection was about 78 degrees F.

Relative humidity in the home was about 53% at 76 degrees F.

The home is occupied and furnished.

# SUBJECT PROPERTY



The subject property is a one story masonry single family home located in a subdivision setting. Construction is typical.

The HVAC system is a central system with the air handler located in the garage.

Plumbing supply piping is CPVC plastic. The water supplied from a well. A water softener system is installed. No aerator is installed.

Electrical wiring is copper in non-metallic cable.

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

## General Observations

Mr. Nutting reported that the house was completed in 2004.

A rotten egg odor was noticeable inside the home and became much stronger after running water.

Drywall had been previously removed by others for testing in various locations. We noted that the samples taken previously were too small to identify the manufacturer of the specific pieces of drywall, and as such are meaningless, as often, boards from multiple manufacturers are present in any given home.

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

We sampled and photographed copper wires and other metals at locations in the home identified below. Drywall samples were taken at locations shown below.



Palm Bay Front Side

Metal & Drywall Sampling Locations

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

## Corrosive Drywall Visual Observations

We inspected the home for evidence of the presence of Chinese Drywall using criteria published by the State of Florida Division of Environmental Health (*Case Definition (12-18-09) for Drywall Associated Corrosion in Residences*) and the Consumer Product Safety Commission (*Interim Guidance – Identification of Homes with Corrosion from Problem Drywall by the Consumer Product Safety Commission and the Department of Housing and Urban Development January 28, 2010*).

The following are sentinel indicators that the home *may* have corrosion associated with drywall. (Note that sources other than drywall can cause corrosion.)

Sentinel indicator #1: The home was constructed or renovated with new drywall since 2001.

This indicator is positive.

We were able to positively identify the drywall as National Gypsum Company brand at 7 locations.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Sentinel indicator #2: Black corrosion is present on copper tubing inside the air handler at the evaporator coil.

This indicator is positive.

Black corrosion is present on copper tubing inside the air handler consistent with exposure to reactive sulfur gases.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Sentinel indicator #3: Black corrosion is present at bare copper wiring at electrical equipment such as receptacles.

This indicator is positive. Most of the bare copper wiring at receptacles has black corrosion consistent with exposure to reactive sulfur gases.

Location #1: B/R#1: Heavy black corrosion is present on bare copper wire.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #2: B/R#1:
Moderate black
corrosion is present on
bare copper wire.



Location #3: B/R#1:
Moderate black
corrosion is present on
bare copper wire.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

Location #4: Bath#1: B/R#1: Heavy black corrosion is present on bare copper wire.



Location #5: Bath#1: B/R#1: Moderate to heavy black corrosion is present on bare copper wire.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #6: Bath#1: B/R#1: Moderate black corrosion is present on bare copper wire.



Location #7: Laundry room: Bare copper wire has moderate to heavy black corrosion.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #8: Laundry room: Bare copper wire has moderate corrosion.



Location #9: Dining area: Bare copper wire has moderate to heavy corrosion.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #10: Kitchen: Bare copper wire has moderate corrosion.



Location #11: Kitchen counter: Bare copper wire has light corrosion.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #12: Kitchen counter: Bare copper wire has heavy corrosion.



Location #13: Living room: Bare copper wire has moderate to heavy corrosion.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #14: Living room: Bare copper wire has moderate corrosion.



Location #15: Living room: Bare copper wire has moderate corrosion.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.   All rights reserved.

Location #16: Living room: Bare copper wire has moderate to heavy corrosion.



Location #17: Bedroom #2: Bare copper wire has heavy corrosion.



3245 Reef Rd. SE, Palm Bay  9/11/11        Page 16 of 37

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #18: Bedroom #2: Bare copper wire has heavy corrosion.



Location #19: Bedroom #2: Bare copper wire has moderate to heavy corrosion.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #20: Bedroom #3: Bare copper wire has moderate to heavy corrosion.



Location #21: Bedroom #3: Bare copper wire has moderate corrosion.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #22: Bedroom #3: Bare copper wire has heavy corrosion.



Location #23: Bath #2: Bare copper wire has heavy corrosion.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #24: Bath #2: Bare copper wire has heavy corrosion.



Location #27: Garage receptacle. Bare copper wire has no corrosion. No exposure to water.

Exposed to National Gypsum brand drywall on ceiling of garage.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location: Garage electrical panel: Bare copper wire has no corrosion. No exposure to water.

Exposed to National Gypsum brand drywall on ceiling of garage.



Location: Outdoor electrical panel. Bare copper wire has little or no corrosion.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

FL DOEH Criteria (continued):

Sentinel indicator #3: Corrosion is present at other metal components such as chrome plated
plumbing fixtures, jewelry, door hardware or mirror backings.

This indicator is positive. Abnormal corrosion was found on other metal components in the home,
particularly those near water.

Location: Bath #1: Sink
spout aerator has
abnormal black
corrosion.





This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location: Bath #1:
Shower valve has
abnormal black pitting
and corrosion.





This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location: Bath #1: Tub spout and valves have abnormal black pitting and corrosion.





3245 Reef Rd. SE, Palm Bay  9/11/11      Page 24 of 37

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Same Location



Location: Bath #1:
Pocket door latch has
abnormal black
corrosion.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location: Kitchen sink valve has heavy abnormal black corrosion and pitting.





This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location: Under
kitchen sink: Copper
water hammer arrester
has heavy black
corrosion.



Location: Water supply
well pipe in front yard:
Galvanized piping has
abnormal corrosion.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

The Criteria for the Florida DOEH Case definition are broken down into three levels of evidence.

---

Criteria 1:

Sentinel Indicators of Drywall Associated Corrosion (Possible Case = all 3)

1. The home was constructed or renovated with new drywall since 2001.

2. Observed corrosion of air conditioner evaporator coil exemplified by black corrosion on copper tubing components. The corrosion can result in refrigerant leakage making it impossible to cool the home requiring coil replacement. Coil failures indicative of this problem typically occur every 6-14 months

3. Observed metal corrosion, indicated by blackening of one or more of the following:

- copper wires, ground wires, and electrical connectors

- un-insulated and un-coated copper pipes and fittings

- chrome-plated bathroom fixtures

- silver and copper jewelry

- mirror backing in bathrooms

---

The subject property is positive for all three sentinel indicators, meeting the criteria for a "*possible case.*" Therefore, further investigation is justified to determine the cause of the visible corrosion.

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

Criteria 2:

For Trained Professionals

Supporting Indicators of Drywall Associated Corrosion (Probable Case = 1 or more)

1. Observed markings on the back of drywall indicating the country of origin is China.

2. Objective analysis of drywall in home finds Strontium levels exceed 2,000 mg/kg (ppm), indicating the gypsum used in the drywall was probably mined in China. Analytical methods commonly used for this include XRF and ICP. 2, 3, 5, 7, 8, 9, 10, 11, 12

If you have met the criteria for "possible case" and answered yes to at least one of the above indicators in Criteria 2, the home meets the criteria for "probable case". These criteria do not confirm that the drywall causes corrosion. Identifying the origin of the drywall is considered a screening tool for suspect drywall, but confirmation requires analysis described in Criteria 3

The drywall was not manufactured in China.

Measured Strontium levels do not exceed 2,000mg/kg(ppm).

The subject property does *not* meet the definition of a probable case of corrosive drywall as defined by the Florida Department of Environmental Health. However, as corrosion is present, further investigation was made to determine the source.

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

Criteria 3:

Confirmatory Evidence of Drywall Associated Corrosion (Confirmed Case = 1 or more)

1. Elemental sulfur (Orthorhombic sulfur, cyclooctasulfur, S8) content of gypsum core exceeding 10 mg/kg (ppm), indicating the gypsum in drywall samples from the home contains the source material that is believed to contribute to the reduced sulfur gasses emitted from corrosive drywall. Analytical methods commonly used for this include GC/ECD, GC/MS, or HPLC. 1, 2, 3, 4, 6, 8, 9, 10, 11

2. Laboratory analysis of suspect drywall headspace for reduced sulfur gas emissions (H2S, COS, CS2) indicating drywall samples from the home emit reduced sulfur gasses capable of causing copper corrosion. Analytical methods commonly used for this include GC/SCD.6 Results that are indicative of corrosive drywall must be established by each laboratory based upon internal procedures, comparison to control samples, and validated methods.

3. Qualitative analysis of suspect drywall for its ability to cause corrosion/blackening of copper under controlled conditions, indicating drywall samples from the home emit gasses capable of corroding copper. Results that are indicative of corrosive drywall must be established by each laboratory based upon internal procedures, comparison to control samples, and validated methods.

If you have met the criteria for "possible case", ruled out other sources of hydrogen sulfide as significant contributors to copper corrosion in the home, and receive positive results on a sufficient number of samples from one or more of the above evaluations in Criteria 3, the home meets the criteria for a "confirmed case". **Some confounding factors that should be excluded as causes of observed corrosion are hydrogen sulfide from well water, sewer gas, or soil gas.**

## CONCLUSION USING FL DOEH CRITERIA

The inspection and laboratory analyses do not confirm the corrosion is associated with drywall. Therefore, this home cannot be classified as a confirmed case of corrosive drywall.

One of the stated confounding causes of corrosion *was* found, e. g., hydrogen sulfide from well water.

Another confounding factor that has been considered is the production of sulfur emission from sulfur-reducing bacteria. It has been proposed that sulfur-reducing bacteria may be a source of sulfur emissions from problem drywall. There is no evidence to support this theory. In an analysis performed by the U.S Geological Survey under contract to the U.S. Consumer Product Safety Commission[1], the following conclusions were reached:

---

[1] U.S. Consumer Product Safety Commission Staff Summary of Contractor's Report "The Use of Epifluorescent Microscopy and Quantitative Polymerase Chain Reaction to Determine the Presence/Absence and Identification of Microorganisms Associated with

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

- *No sulfur-reducing bacteria were observed in imported and domestic drywall collected from manufacturers, suppliers, storage warehouses, and complaint and non-complaint homes.*

- *No differences were seen in the presence or absence of sulfur-reducing bacteria between imported Chinese drywall and North American domestic drywall, including Chinese samples found by LBNL to have some of the highest reactive sulfur gas emissions in the chamber tests.*

- *No SBR were found in rock samples that were collected by CPSC staff during their 2009 trip to China.*

- *Because the manufacture, transport, and storage of drywall is not sterile, bacteria were found in nearly all drywall and rock samples when the samples were culture enriched and DNA amplified by PCR. This was not an unexpected result.*

- *The low number of bacteria and the lack of observation of any viable bacteria clusters do not support the contention that sulfur-reducing bacteria were metabolically active in problem drywall and causing the emission of sulfur gases, the reported health effects, and the reported corrosion to metal components in homes.*

Sewer gas was eliminated as a source as no odors associated with sewer gases were observed.

---

Domestic and Foreign Wallboard Samples" Joanna Matheson, Ph.D., Lori E. Saltzman, M.S., Mary Ann Danello, Ph.D., Directorate for Health Sciences - September 2011

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

## Analysis of Metal Samples

Samples copper wire and scrapings from copper piping were collected and analyzed by Metallurgical Viability, Inc. Their report is attached. Analysis of the samples indicates that the corrosion is caused by exposure to reactive sulfur gases, such as those associated with sulfides in well water.

## Analysis of Air and Water Samples

I examined the report prepared by HSA Engineers & Scientists, dated December 2011. Air and water samples were collected by HSA Engineers & Scientists. Their report is attached. Their analysis concludes that high levels of sulfide are present in the well water that supplies the house and that $H_2S$ gas is emitted into the air in high concentrations while water is in use. The sulfide levels in the water inside the home was approximately two times higher than the allowable limit for public well water systems in the Florida Administrative Code (Chapter 62-555.315).

Air testing revealed rising concentrations over time while running the showers in the bathrooms, culminating in $H_2S$ levels almost 1000 times those typically found in homes with corrosive drywall.

This home does not have an aerator to remove sulfides from the well water.

## XRF Screening Results

Wallboard was analyzed by HSA using a portable X-Ray Flourescence (XRF) Analyzer to measure Strontium content in the wallboard.  None of the drywall tested has Strontium levels that indicate problematic corrosive drywall, according to CPSC preliminary screening levels. See HSA report attached.

## Drywall Laboratory Analysis Results

I have reviewed the Columbia Analytical Services report for the Nutting residence dated 12/21/11. The report concludes that the 7 samples of National Gypsum Company drywall are not corrosive.

## Remediation Report Review

At your request, I reviewed the Williams Building Diagnostics, Inc. report dated November 17,2011 on the subject of Drywall Remediation Protocol.

This report is not an estimate of the cost of remediating a home with corrosive drywall, but rather a listing of individual cost items. As such, it's of limited use and is non-specific to this home as there are no measurement units listed and no prices listed.

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

The protocol does not reflect the latest information regarding replacement of electrical wiring from the Consumer Product Safety Commission in a report entitled *"Remediation Guidance for Homes with Corrosion from Problem Drywall as of September 15, 2011"* (attached.)

The CPSC protocol no longer recommends removal and replacement of electrical wiring, but states:

*CPSC staff's assessment of the effect of problem drywall-related corrosion on electrical distribution wiring indicated that exposed copper wires were corroded.4 However, the corrosion was superficial, and it did not reduce the overall cross-section of copper significantly. Thus, the corrosion did not decrease the wire's ability to carry its rated current. Removal or cleaning of the exposed ends of the wiring to reveal a clean/uncorroded surface is recommended. Removal/replacement of cable runs is not necessary, unless the remaining cable has been damaged during drywall removal.*

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

# Summary

When analyzing homes for corrosive drywall, it's critical to consider each home individually as there are multiple causes of corrosion of metals, environmental conditions vary, and any given home is likely to have drywall from different manufacturers and even different countries or origin. There is no simple blanket formula that can be used to conclude that an individual home does or does not contain corrosive drywall. Each home requires individual investigation as to the source of corrosion.

One must also consider that other sources of sulfur compounds can cause corrosion or metals (aside from drywall.) The US Consumer Product Safety Commission points this out in the document <u>Interim Guidance – Identification of Homes with Corrosion from Problem Drywall.</u>  In that document, they state:

> *It is possible to misclassify homes because of other possible sources of metal corrosion such as volatile sulfur compounds from sewer gas, well water, and outdoor contaminants that may enter the home independent of the drywall in the home.*

I've personally observed this many times in homes long before drywall began being imported from China. I've observed heavily corroded copper wiring in electrical panels attributed to charging a battery nearby. (Charging a battery can produce hydrogen sulfide gas.)

I've observed the same corrosion in electrical panels supplied by conduit emanating from the ground, i.e., the typical underground electrical service. This corrosion is attributed to sulfur compounds present in ground water in some locations, which produces the well-known rotten egg odor that's commonly found in ground water in many areas in Florida.

As a home inspector, I regularly observe vacant homes with a rotten egg odor associated with sulfur producing bacteria growing in unused water heaters.

Using the State of Florida Division of Environmental Health's case definition for Drywall Associated Corrosion in Residences, this home does *not* meet the criteria for a confirmed case, for the following reasons:

- Laboratory analysis of the drywall does not show the presence of elemental sulfur.

- Laboratory analysis of the drywall does not show the ability of the drywall to cause corrosion under controlled laboratory conditions.

- XRF screening for Strontium levels reveals that the drywall does not contain elevated levels of Strontium associated with corrosive drywall.

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

There is visual evidence of corrosion of copper wires at receptacles and switches, but it's not uniform. For example, there is little or no corrosion on wires in the garage.

Metallurgical analysis of the corrosion indicates that the source causing the corrosion is reactive sulfur compounds, such as those associated with sulfide in well water.

Laboratory analysis of the water samples reveals the presence of high levels of sulfide in the water, almost two times higher than is acceptable for public well water, according to Chapter 62.555.315 of the Florida Administrative Code.

The strong sulfur-like odor present inside the home when running water indicates the presence of sulfide.

This home does not have an aerator to remove sulfides. Driving through the neighborhood, I observed that many of the homes in this area do have aerator tanks, indicating that sulfides are present in the water in this area.

Air sampling indicates that the $H_2S$ levels in the air are in excess of those typically found in homes with corrosive drywall. After running the shower in bathroom #2, levels were more than 1,000 times higher than the median level associated with corrosive drywall.

The most prominent corrosion of metals was observed at metals near sources of water, such as the kitchen sink and bathroom tub and shower valves. The corrosion here is extreme. These observations are consistent with the results of air sampling which revealed $H_2S$ levels higher indoors vs. outdoors and highly elevated $H_2S$ levels in the bathroom air after running the showers.

Aside from the scientific evidence that points to sulfide in the water as the source of corrosion, observational evidence also leads to the conclusion that the water is the source.

- There's very heavy corrosion of metals near sources of water.

- The lack of corrosion in the garage electrical panel and receptacle indicate a source other than the drywall, which is present on the garage ceiling.

- A strong sulfur like odor in the water indicates the presence of sulfides, which are known to be corrosive.

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

In conclusion, it's my opinion that the corrosion evident here is caused by $H_2S$ emitted from the sulfide in the potable well water, due to lack of aeration to remove sulfides.

There is no evidence to implicate the drywall, and there is strong evidence to exclude the drywall as a possible source of corrosion.

Sincerely,

Mark A. Cramer, ACI, CRC, HI
President,
Mark Cramer Inspection Services, Inc.