# Mark Cramer Inspection Services, Inc.

492 Twentieth Avenue, Indian Rocks Beach, FL 34635-2970

☎ (727) 595-4211  Fax (866) 865-9076

Member #12085
American Society of Home Inspectors®
Florida Licensed Home Inspector #HI69
Florida Licensed Contractor #CRC042482

# Building Inspection Report

Prepared For:    Mr. Thomas Ayala

Morgan, Lewis & Bockius LLP

1701 Market St.

Philadelphia, PA  19103

Report Number:  121611B

Inspection Date:  9/7/11

## Property Information

Address: 11412 Mountain Bay Dr., Riverview FL  33569

Approximate Age or Year Built:    2006

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

# Introduction

## PURPOSE AND SCOPE

This purpose of the inspection and report was to investigate a claim that corrosion of metals in the home was caused by drywall manufactured by National Gypsum Company.

We inspected the home for evidence of the presence of Corrosive Drywall using criteria published by the State of Florida Division of Environmental Health and the Consumer Product Safety Commission. (Attached.)

Samples were taken of drywall manufactured by National Gypsum Company and other manufacturers and were analyzed by a laboratory. We took samples of metals and scrapings from metals and had them analyzed by a metallurgist and a laboratory. We took samples of air and water and had them analyzed by a laboratory. We screened all the drywall for Strontium levels using a portable X-Ray Fluorescence Spectrometer. We measured Hydrogen Sulfide levels in the indoor air using a hand held meter. We sampled water and measured sulfide levels in the water soil gases in the ground.

## INSPECTION TEAM

Jack Walker, Director of Quality Services, National Gypsum Company.

Zeke He, Ph.D., P.E., Environmental Engineer, HSA Engineers & Scientists.

Richard Lewis, Ph.D., P.E., Civil and Environmental Engineer, HSA Engineers & Scientists

Shannon Tucker, HSA Engineers & Scientists

Robert Odle, Ph.D., Corrosion Engineer, Metallurgical Viability, Inc.

Mark Cramer, Home Inspector & Contractor, Mark Cramer Inspection Services, Inc.

Cliff Hardt, Electrician – Mr. Electric, Cape Coral

## OBSERVERS

Tatum Whiddon, representing Loepold-Kuvin,  attorneys for Retana

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

# CONDITIONS DURING INSPECTION

The weather was warm and sunny.

The outdoor temperature during the inspection was in the mid 70's.

The home is vacant and unoccupied and has not been air conditioned since an unknown point in time.

The soil was dry during the inspection.

# SUBJECT PROPERTY



The subject property is a two story home located in a subdivision with homes on either side. The first floor walls are masonry. Second floor walls are wood frame. Construction is typical.

Water is supplied by the municipal water system through a meter.

The HVAC system is a central system with an air handler located within the living space.

Plumbing supply piping is CPVC plastic.

Electrical wiring is copper in non-metallic cable.

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

## General Observations

The house is currently unoccupied. No history was available. Drywall in the garage had been previously removed (by others) in one location for sampling and testing.  A rotten egg odor was noticeable in the house and was much stronger after running water.

## Corrosive Drywall Visual Observations

We inspected the home for evidence of the presence of Chinese Drywall using criteria published by the State of Florida Division of Environmental Health (*Case Definition (12-18-09) for Drywall Associated Corrosion in Residences*) and the Consumer Product Safety Commission (*Interim Guidance – Identification of Homes with Corrosion from Problem Drywall by the Consumer Product Safety Commission and the Department of Housing and Urban Development January 28, 2010*).

The following are sentinel indicators that the home *may* have corrosion associated with drywall. (Note that sources other than drywall can cause corrosion.)

Sentinel Indicator #1: The home was constructed or renovated with new drywall since 2001.

*This indicator is positive.*

Sentinel Indicator #2: Black corrosion is present on copper tubing inside the air handler at the evaporator coil.

*This indicator is positive.*

Corrosion is present on the evaporator coils in the air handler located in an upstairs closet. The corrosion is similar to the black corrosion that's typically found in homes with corrosive drywall, but somewhat less severe.

The serial number on the evaporator coil indicates it was manufactured in 2009, suggesting that it's a replacement for a failed coil.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Sentinel Indicator #3: Black corrosion is present at bare copper wiring at electrical equipment such as receptacles.

*This indicator is positive.*

We sampled and photographed copper wires and other metals at locations in the home identified below. Drywall samples were taken at locations shown below.



First Floor

Front (West) Side

Riverview Metal & Drywall Sample Locations

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.



Front (West) Side

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

Location #1: Living room: Light to moderate corrosion on bare copper wire.



Locatoin #2: Living room: Moderate corrosion on bare copper wire.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #3: Dining Room: Light corrosion on bare copper wire.



Location #4: Dining Room: Heavy corrosion on bare copper wire.



11412 Mountain Bay Dr., Riverview  9/7/11       Page 8 of 52

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

Location #5: Dining Room: Moderate corrosion on bare copper wire.



Location #6: Foyer: Moderate to heavy corrosion on bare copper wire.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #7: Foyer:
Moderate corrosion on
bare copper wire.



Location #8: Kitchen:
Heavy corrosion on
bare copper wire.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

Location #9: Kitchen: Heavy corrosion on bare copper wire.



Location #10: Kitchen counter: Heavy corrosion on bare copper wire.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #11: Kitchen counter: Moderate to heavy corrosion on bare copper wire.



Location #12: Kitchen counter: Heavy corrosion on bare copper wire.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

Location #13: Family room: Heavy corrosion on bare copper wire.



Location #14: Family room: Heavy corrosion on bare copper wire.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #15:
Moderate corrosion on
bare copper wire.



Location #16: Hallway
near Bath #1:
Moderate corrosion on
bare copper wire.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

Location #17: Laundry room: Heavy corrosion on bare copper wire.



Location #18: Laundry room near garage door: Heavy corrosion on bare copper wire.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #19: Hallway outside Bath #1: Heavy corrosion on bare copper wire.



Location #20: Bath #1: Bare copper wire is heavily corroded.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #21: Bath #1:
Bare copper wire is
heavily corroded.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #22: Garage receptacle in National Gypsum Co. brand board. (Drywall was previously sampled by others.) Wire is tarnished somewhat, but shows no significant corrosion.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #23: Garage:
Wire is tarnished
somewhat, but shows
no significant
corrosion.



Location #24: Garage
electrical panel: No
corrosion evident.



11412 Mountain Bay Dr., Riverview  9/7/11       Page 19 of 52

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

Location #25: Upstairs bonus room: Moderate corrosion on bare copper wires.



Location #26: Upstairs bonus room. Light corrosion on bare copper wire.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

Location #27: Upstairs
bonus room: Moderate
corrosion on bare
copper wire.



Location #28: Upstairs
bonus room: Moderate
corrosion on bare
copper wire.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #30:Upstairs landing: Moderate corrosion on bare copper wire.



Location #31: Upstairs hallway: Moderate corrosion on bare copper wire.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #32: BR #1: Light to moderate corrosion on bare copper wire.

Location #33: BR #1: Light to moderate corrosion on bare copper wire.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

Location #34: BR #1:
Light corrosion on bare
copper wire.



Location #35: BR #1:
Light to moderate
corrosion on bare
copper wire.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

Location #36: BR#2:
Light corrosion on bare
copper wire.



Location #37: BR#2: Light to moderate
corrosion on bare copper wire.



11412 Mountain Bay Dr., Riverview  9/7/11          Page 25 of 52

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #38: BR#2: Little or no corrosion on bare copper wire.



Location #39: BR#2: Little or no corrosion on bare copper wire.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #40: Master bedroom: Moderate corrosion on bare copper wire.



Location #41: Master bedroom. Light to moderate corrosion on bare copper wire.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

Location #42: Master bedroom: Light to moderate corrosion on bare copper wire.



Location #43: Master bedroom: Light corrosion on bare copper wire.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #44: Master
bedroom: Light to
moderate corrosion on
bare copper wire.



Location # 45: Master
bath: Little or no
corrosion on bare
copper wire.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #46: Master bath: Light corrosion on bare copper wire.



Location #47: Master bath: Light to moderate corrosion on bare copper wire.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #48: Bath #2:
Heavy corrosion on
bare copper wire.



Location #49: Bath #2:
Light to moderate
corrosion on bare
copper wire.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Location #50: Inside air handler: Heavy corrosion on bare copper wire.



Bare copper wires throughout the house show signs of corrosion consistent with exposure to reactive sulfur gases emitted by corrosive drywall.

FL DOEH Criteria (continued):

- Corrosion is present at other metal components such as chrome plated plumbing fixtures, jewelry, door hardware or mirror backings.

This indicator is negative. We found no significant corrosion at other metals.

2.1. Observed markings on the back of drywall indicating the country of origin is China.

This indicator is positive. We found numerous drywall boards labeled as having been made in China.

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.



We were able to positively identify drywall manufactured in China labeled "Venture Supply Inc. MFG TAIHE CHINA" We found this brand in the dining room, kitchen, family room and on the second story wall of the entry foyer.

Venture Supply Inc. is known to have purchased drywall from the Shandong Taihe Dongxin Co.. according to Finding of Fact & Conclusions of Law in the case styled Germano, et al. v. Taishan Gypsum Co. Ltd. et al., case no. 09-6687, US District Court, Eastern District of Louisiana.

The Consumer Product Safety Commission News Release #10-243 dated May 25, 2010 entitled "*CPSC Identifies Manufacturers of Problem Drywall Made in China*" identifies drywall produced by the Shandong Taihe Dongxin Co. as having very high emissions of hydrogen sulfide.

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

In other areas inside the home, and primarily on the second floor, we were able to positively identify drywall manufactured by American Gypsum, Albuquerque, NM

Ceiling boards, to the extent we could determine were manufactured by National Gypsum Company.



We found one National Gypsum brand board on the wall of the garage. It's likely that this was a left over ceiling board.

This board had been previously sampled.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
©  2011 Mark Cramer Inspection Services, Inc.  All rights reserved.



Garage: National Gypsum brand board on wall, sampled by others previously.

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.



Bonus room: American Gypsum brand board on wall.

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.



Bonus room: American Gyspsum brand board on wall.

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.



Back of wall in bath #2: American Gypsum brand board on wall.

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.



Kitchen: Venture Supply board made in China on wall.

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.



Venture Supply
Chinese made board in
foyer on wall.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.



Venture Supply
Chinese made board in
family room on wall.



11412 Mountain Bay Dr., Riverview  9/7/11        Page 41 of 52

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.



Bedroom #2: American Gypsum brand board on wall.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.



Master bedroom: American Gypsum brand board on wall.



This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

The Criteria for the Florida DOEH Case definition are broken down into three levels of evidence.

---

Criteria 1:

Sentinel Indicators of Drywall Associated Corrosion (Possible Case = all 3)

1. The home was constructed or renovated with new drywall since 2001.

2. Observed corrosion of air conditioner evaporator coil exemplified by black corrosion on copper tubing components. The corrosion can result in refrigerant leakage making it impossible to cool the home requiring coil replacement. Coil failures indicative of this problem typically occur every 6-14 months

3. Observed metal corrosion, indicated by blackening of one or more of the following:

- copper wires, ground wires, and electrical connectors

- un-insulated and un-coated copper pipes and fittings

- chrome-plated bathroom fixtures

- silver and copper jewelry

- mirror backing in bathrooms

---

The subject property is positive for all three sentinel indicators, meeting the criteria for a "*possible case*." Therefore, further investigation is justified to determine the cause of the visible corrosion.

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Criteria 2:

For Trained Professionals

Supporting Indicators of Drywall Associated Corrosion (Probable Case = 1 or more)

1. Observed markings on the back of drywall indicating the country of origin is China.

2. Objective analysis of drywall in home finds Strontium levels exceed 2,000 mg/kg (ppm), indicating the gypsum used in the drywall was probably mined in China. Analytical methods commonly used for this include XRF and ICP. 2, 3, 5, 7, 8, 9, 10, 11, 12

If you have met the criteria for "possible case" and answered yes to at least one of the above indicators in Criteria 2, the home meets the criteria for "probable case". These criteria do not confirm that the drywall causes corrosion. Identifying the origin of the drywall is considered a screening tool for suspect drywall, but confirmation requires analysis described in Criteria 3

Some of the drywall was manufactured in China, perhaps as much as 50% of the boards on the walls. (An exact determination of the percentage manufactured in China would require removal of every board in the house.)

The Chinese board found in this house is known to be problematic.

Measured Strontium levels do not exceed 2,000mg/kg(ppm), except for the Venture Supply brand Chinese drywall.

Given these two findings, the subject property *does* meet the definition of a probable case of corrosive drywall as defined by the Florida Division of Environmental Health.

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

Criteria 3:

Confirmatory Evidence of Drywall Associated Corrosion (Confirmed Case = 1 or more)

1. Elemental sulfur (Orthorhombic sulfur, cyclooctasulfur, S8) content of gypsum core exceeding 10 mg/kg (ppm), indicating the gypsum in drywall samples from the home contains the source material that is believed to contribute to the reduced sulfur gasses emitted from corrosive drywall. Analytical methods commonly used for this include GC/ECD, GC/MS, or HPLC. 1, 2, 3, 4, 6, 8, 9, 10, 11

2. Laboratory analysis of suspect drywall headspace for reduced sulfur gas emissions (H2S, COS, CS2) indicating drywall samples from the home emit reduced sulfur gasses capable of causing copper corrosion. Analytical methods commonly used for this include GC/SCD.6 Results that are indicative of corrosive drywall must be established by each laboratory based upon internal procedures, comparison to control samples, and validated methods.

3. Qualitative analysis of suspect drywall for its ability to cause corrosion/blackening of copper under controlled conditions, indicating drywall samples from the home emit gasses capable of corroding copper. Results that are indicative of corrosive drywall must be established by each laboratory based upon internal procedures, comparison to control samples, and validated methods.

If you have met the criteria for "possible case", ruled out other sources of hydrogen sulfide as significant contributors to copper corrosion in the home, and receive positive results on a sufficient number of samples from one or more of the above evaluations in Criteria 3, the home meets the criteria for a "confirmed case". **Some confounding factors that should be excluded as causes of observed corrosion are hydrogen sulfide from well water, sewer gas, or soil gas.**

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

## CONCLUSION USING FL DOEH CRITERIA

The inspection and laboratory analyses do not confirm the corrosion is associated with National Gypsum brand drywall.

The laboratory analyses confirm that the Venture Supply Chinese drywall is corrosive.

Another confounding factor that has been considered is the production of sulfur emission from sulfur-reducing bacteria. It has been proposed that sulfur-reducing bacteria may be a source of sulfur emissions from problem drywall. There is no evidence to support this theory. In an analysis performed by the U.S Geological Survey under contract to the U.S. Consumer Product Safety Commission[1], the following conclusions were reached:

- *No sulfur-reducing bacteria were observed in imported and domestic drywall collected from manufacturers, suppliers, storage warehouses, and complaint and non-complaint homes.*

- *No differences were seen in the presence or absence of sulfur-reducing bacteria between imported Chinese drywall and North American domestic drywall, including Chinese samples found by LBNL to have some of the highest reactive sulfur gas emissions in the chamber tests.*

- *No SBR were found in rock samples that were collected by CPSC staff during their 2009 trip to China.*

- *Because the manufacture, transport, and storage of drywall is not sterile, bacteria were found in nearly all drywall and rock samples when the samples were culture enriched and DNA amplified by PCR. This was not an unexpected result.*

- *The low number of bacteria and the lack of observation of any viable bacteria clusters do not support the contention that sulfur-reducing bacteria were metabolically active in problem drywall and causing the emission of sulfur gases, the reported health effects, and the reported corrosion to metal components in homes.*

Sewer gas was eliminated as a source as no odors associated with sewer gases were observed.

---

[1] U.S. Consumer Product Safety Commission Staff Summary of Contractor's Report "The Use of Epifluorescent Microscopy and Quantitative Polymerase Chain Reaction to Determine the Presence/Absence and Identification of Microorganisms Associated with Domestic and Foreign Wallboard Samples" Joanna Matheson, Ph.D., Lori E. Saltzman, M.S., Mary Ann Danello, Ph.D., Directorate for Health Sciences - September 2011

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

## Analysis of Metal Samples

Samples copper wire and scrapings from copper piping were collected and analyzed by Metallurgical Viability, Inc. Their report is attached. Analysis of the samples indicates that the corrosion is caused by exposure to reactive sulfur gases, such as those associated with corrosive drywall.

## Analysis of Air and Water Samples

Another confounding factor in this home is the presence of $H_2S$ in the water heater, creating a strong sulfur-like odor. This condition is common in vacant homes in the Tampa area after the chlorine dissipates from the stagnant water in the water heater tank, allowing a sulfate reducing bacteria to grow in the water[2]. One of the second floor bathroom toilets is connected to hot water rather than cold, creating an additional source of $H_2S$.

I examined the report prepared by HSA Engineers & Scientists, dated December 2011. Air and water samples were collected by HSA Engineers & Scientists. Their report is attached.

Their analysis concludes that high levels of sulfide are present in the municipal water that supplies the house and that $H_2S$ gas is emitted into the air in very high concentrations while water is in use. The levels were lower after draining the water heater and flushing lines. This suggests the high sulfide levels are the result of bacteria in the water heater and water lines. The HSA report concludes that the water is a source of $H_2S$ in the air in the home, however it's unclear when this contamination condition in the water heater and water lines developed, and whether or not it's a significant source. Typically, occupants would correct this condition rather than live with it.

## XRF Screening Results

Wallboard was analyzed by HSA using a portable X-Ray Flourescence (XRF) Analyzer to measure Strontium content in the wallboard.  Strontium levels varied widely, indicating multiple sources of drywall, some of which is problematic.

After removing some of the boards from the wall, it was clear that the Chinese made Venture Supply boards had Strontium levels that indicate problematic drywall.

None of the National Gypsum brand or American Gypsum brand drywall samples tested had Strontium levels that indicate problematic corrosive drywall, according to CPSC preliminary screening levels. See HSA report attached.

---

[2] A.O. Smith Technical Bulletin #22, "*Smelly Water*"

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

## Drywall Laboratory Report

I've reviewed the Columbia Analytical Services report on the Retana residence dated 12/21/2011.  The samples were collected during our site inspection.

The results indicate that the Chinese made Venture Supply brand drywall is corrosive.

The results indicate that the National Gypsum Company drywall is not corrosive.

## Remediation Report Review

At your request, I reviewed the Williams Building Diagnostics, Inc. report dated November 17,2011 on the subject of Drywall Remediation Protocol.

This report is not an estimate of the cost of remediating a home with corrosive drywall, but rather a listing of individual cost items. As such, it's of limited use and is non-specific to this home as there are no measurement units listed and no prices listed.

The protocol does not reflect the latest information regarding replacement of electrical wiring from the Consumer Product Safety Commission in a report entitled *"Remediation Guidance for Homes with Corrosion from Problem Drywall as of September 15, 2011"* (attached.)

The CPSC protocol no longer recommends removal and replacement of electrical wiring, but states:

*CPSC staff's assessment of the effect of problem drywall-related corrosion on electrical distribution wiring indicated that exposed copper wires were corroded.4 However, the corrosion was superficial, and it did not reduce the overall cross-section of copper significantly. Thus, the corrosion did not decrease the wire's ability to carry its rated current. Removal or cleaning of the exposed ends of the wiring to reveal a clean/uncorroded surface is recommended. Removal/replacement of cable runs is not necessary, unless the remaining cable has been damaged during drywall removal.*

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc. All rights reserved.

# Summary

When analyzing homes for corrosive drywall, it's critical to consider each home individually as there are multiple causes of corrosion of metals, environmental conditions vary, and any given home is likely to have drywall from different manufacturers and even different countries or origin. There is no simple blanket formula that can be used to conclude that an individual home does or does not contain corrosive drywall. Each home requires individual investigation to determine the cause of corrosion.

One must also consider that other sources of sulfur compounds can cause corrosion or metals (aside from drywall.) The US Consumer Product Safety Commission points this out in the document <u>Interim Guidance – Identification of Homes with Corrosion from Problem Drywall.</u>  In that document, they state:

> It is possible to misclassify homes because of other possible sources of metal corrosion such as volatile sulfur compounds from sewer gas, well water, and outdoor contaminants that may enter the home independent of the drywall in the home.

I've personally observed this many times in homes long before drywall began being imported from China. I've observed heavily corroded copper wiring in electrical panels attributed to charging a battery nearby. (Charging a battery can produce hydrogen sulfide gas.)

I've observed the same corrosion in electrical panels supplied by conduit emanating from the ground, i.e., the typical underground electrical service. This corrosion is attributed to sulfur compounds present in ground water in some locations, which produces the well-known rotten egg odor that's commonly found in ground water in many areas in Florida.

As a home inspector, I regularly observe vacant homes with a rotten egg odor associated with sulfur reducing bacteria growing in unused water heaters, such as was found in this home.

Using the State of Florida Department of Environmental Health's case definition for Drywall Associated Corrosion in Residences, this home does meet the criteria for a confirmed case, for the following reasons:

- Drywall board labeled as being made in China were found.

- Laboratory analysis of the drywall does show the presence of elemental sulfur (in boards made in China only.)

- Laboratory analysis of the drywall does show the ability of the Chinese made drywall to cause corrosion under controlled laboratory conditions.

- XRF screening for Strontium levels reveals that the Chinese made drywall does contain elevated levels of Strontium associated with corrosive drywall.

Visual evidence of corrosion of copper wires at receptacles and switches is typical of corrosive drywall.

Corrosion of copper wiring at receptacle varied in degree of corrosion. This is typical for homes with mixtures of corrosive and non-corrosive drywall. In a typical home with known corrosive drywall, metals in

This Confidential Report Prepared for the Exclusive Use of Mr. Thomas Ayala
DO NOT DUPLICATE WITHOUT PERMISSION
© 2011 Mark Cramer Inspection Services, Inc.  All rights reserved.

all areas are typically heavily corroded, especially at wiring at receptacles and switches, which is in close proximity to cut edges of drywall.

Metallurgical analysis of the corrosion indicates that the source causing the corrosion is reactive sulfur compounds, such as those emitted by problematic corrosive drywall.

Laboratory analysis of the water samples reveals the presence of high levels of sulfide in the water.

The strong sulfur-like odor present in the hot water indicates the presence of sulfide, although this is likely a transient event that's occurred only after the home was vacated and the water in the water heater became stagnant.

Analysis of all of the laboratory and sampling evidence demonstrates that the home has corrosive Chinese made drywall.

Further, this laboratory analysis demonstrates that the National Gypsum brand drywall is *not* a source of corrosion.

There is no evidence to implicate National Gypsum brand drywall as a source of corrosion, and there is another source of known problematic Chinese made drywall present, shown by laboratory testing to be corrosive.

Sincerely,

Mark A. Cramer, ACI, CRC, HI
President,
Mark Cramer Inspection Services, Inc.