November 17, 2011 (revised 24 January 2012 and March 5, 2012)

From: David C. Straus, Ph.D.
7605 Saratoga Ave.
Lubbock, Texas
79424


Brian Warwick
Varnell and Warwick, P.A.
20 La Grande Blvd.
The Villages, FL.
32159

Dear Mr. Warwick:


You have asked me to review the reports by Realtime Laboratories, Inc. (RTL), LLC in Carrolton, Texas, CPSC, Lee Drywall Inc. (LDI) in Fort Myers, FL, and SkyeTec on the Brucker house. I also reviewed the intake questionnaire for this household. I have done as you have asked and my report appears below. I have never been to the below house. The following is a revision of my November 17, 2011 report based on new testing data received by me on January 24, 2012.

You have asked me to review data on this house to determine if sulfur reducing bacteria (SRB) might be playing a role in the corrosion problems that are occurring in this house. I would now like to describe what SRB are and how they could be problematic if they are found in drywall in humid environments.

SRB are bacteria that obtain their energy (ATP) by oxidizing organic compounds or hydrogen ($H_2$) while reducing sulfates ($SO_4^{-2}$) to sulfides ($S^{-2}$; sulfide is an anion of sulfur in its lowest oxidation state of -2). In other words, they breathe sulfur instead of oxygen. For an example of this, look at the following equation by which SRB metabolize by reduction:

$$SO_4^{-2} \rightarrow S^{-2} \rightarrow H_2S \text{ (hydrogen sulfide, a gas)}.$$

This is how SRB would produce $H_2S$ in a house. $H_2S$ is a known poison with adverse effects on the function of the eye, lung, skin, and brain [1]. $H_2S$ is known by its characteristic, very unpleasant, rotten egg odor. This production of $H_2S$ can occur in drywall under anaerobic conditions where there would be little or no oxygen. The absence of oxygen or the presence of very low levels of oxygen could be due to the presence of aerobic bacteria which use up the available oxygen as happens in the human

body, or the driving of oxygen out of the drywall in the heating step during the manufacturing process. In the home, the SRB can create problems when metal is exposed to sulfate containing water. The interaction of water and metal creates a layer of molecular $H_2$ on the metal surface. The SRB then oxidize the $H_2$ while creating $H_2S$, thus contributing to the observed corrosion in these houses. Now I will discuss the reports on the Brucker house.

**Brucker residence**
**6077 NW Pinelevel Street**
**Arcadia FL**
**34206**

The intake questionnaire, dated 6-22-2010 on the Brucker residence noted, among other things, the following: they never noticed a "rotten egg sulfur smell"; they have replaced the evaporator coil on the house two times; they also replaced them on the compressor; they have had problems with their air conditioner; the house fire alarms have gone off at different times for no apparent reason; and they have had to replace three coffee pots. Their health complaints are headaches, nosebleeds, shortness of breath, and respiratory problems. Other things they have noticed are tarnished jewelry, especially silver jewelry; all copper items in the house have tarnished; and the fixtures in the house have black pit marks on them from corrosion. Mr. Brucker feels that" the house is corroding at a very rapid pace" and he feels this should not be happening to a house that is less than 5 years old.

The CPSC report on the Brucker residence demonstrates, among other things: the home owner related that he has had sinus problems in the past but they have become more frequent and severe since living in this house; the homeowner pointed out that the copper pipes underneath his bathroom sink and kitchen sink have all turned black and were corroded; the homeowner noted that several pieces of jewelry had turned black and appeared to be corroding and the pieces could not be cleaned; and finally, some pieces of drywall in the house had "National Gypsum" on them.

Lee Drywall, Inc. tested the Brucker residence on July 9, 2010 and issued a report on their results on July 13, 2010. The results can be read in the LDI report but the conclusions of that report are as follows: "In conclusion, the physical evidence observed indicates the subject residence reveals characteristics identified with sulfur corrosion. Gypsum wall board manufacturer's markings were observed at three (3) locations. The manufacturer was identified as National Gypsum."

SkyeTec visited the Brucker property on May 11, 2011.Their purpose was to evaluate the property for signs of corrosion, to determine the manufacturer of the drywall in the home, and to collect drywall samples for testing. They issued a report on this residence on May 25, 2011. Their observations included among other things; "the copper piping to the air handler was corroded/ discolored components adjacent to the air handler";"we observed

corrosion and discoloration on copper components in the kitchen sink cabinet";" we observed corrosion on the Master Bathroom faucet"; "we observed the wallboard label "GridMarx" ("National Gypsum") and the date stamp "05/23/06" on the wallboard (above the ceiling) in attic " ; "the paper color , texture, and markings on the drywall observed in the sample areas (Pink Bedroom Closet, Master Bedroom Closet, and Laundry Room ) in the remainder of the home matched board identified as " National Gypsum"." Three bulk samples measuring 4" (round) of the wallboard were taken inside the residence in the areas described above. The drill bits were sterilized before and after each sample were taken. A new set of latex gloves was used to handle each sample. These samples were double bagged individually and sent to RTL in Carrolton, Texas.

RTL in Carrolton, Texas received the Brucker drywall samples from SkyeTec as described above. RTL tested the above samples for the presence of sulfur reducing bacteria (SRB) by the following four techniques: culture , corrosion testing, DNA testing for SRB by polymerase chain reaction (PCR) testing , and enzyme testing (SRB detection system ) (RapidChek II). RTL is a Clinical Laboratory Improvement Amendments (CLIA) registered laboratory.

The culture analysis was done according to recommendations put forward by the American Petroleum institute (API) and is done as follows. Crushed drywall is added to the designated media and then the media is overlaid with 2 ml of sterile mineral oil. The tube is then incubated at 37 degrees C for up to 21 days. The presence of a black precipitate throughout the tube is interpreted as positive for SRB. Positive and negative controls are included and handled the same way to insure quality control.

 In corrosion testing, three grams of the crushed gypsum powder is placed in a sterile biohazard bag with 0.5 ml of distilled purified water and a 3 inch piece of copper wiring placed in the bag as well. The bag is then sealed and incubated for 21 days at 37 degrees C. Results are interpreted as positive if there is a dark corrosion on the wire. Positive and negative controls are included to insure quality control.

 For DNA testing for SRB by PCR testing, portions of the sample from the culture that was interpreted as positive for growth were then run using proprietary DNA probes from RTL. The entire procedure is described [1] in detail and is too long to be described here. Assays for organisms were run against domestic drywall samples. Positive and negative controls were run for each test. Tests were initially conducted on domestic drywall to determine which organism was predominant. After determination that *Sulfobacillus thermosulfidooxidans* (ST) was noted to be the predominant positive organism found in affected drywall, all further domestic drywall was tested only for this particular organism. The positive or negative results indicated in the results section were results of realtime PCR testing run against *S. thermosulfidooxidans.* Because there are thousands of SRB, a negative result obtained in these studies for DNA does not indicate a true negative, because only one SRB was tested for.

For enzyme testing, RTL used the RapidChek II SRB enzyme test which is the gold standard used in environmental testing procedures when looking at contaminated petroleum. This test uses purified antibodies to detect the presence of the enzyme adenosine -5'-phosphosulfonate (APS) reductase, which is found in all SRB strains [U.S. patent No. 4,999,286 owned by Strategic Diagnostics, Inc.]. The RapidChek II SRB test detection system applies an immunoassay technology to detect SRB. The antibodies used are attached to small particles that selectively capture the APS reductase. Details on how to perform this assay can be found in the RTL Brucker report [2].

**Results of drywall testing in the Brucker residence by RTL (my report dated 17 Nov. 2011)**

| Specimen | Culture | APS Enzyme | Lab Corrosion | RTL DNA |
|---|---|---|---|---|
| Master closet | + | - | - | - |
| Pink bed closet | + | - | - | - |
| Laundry room | + | - | + | - |

+ = Positive; - = Negative

As evidenced by the positive culture results, it appears that there is something in the Brucker residence that is causing corrosion. However, the RTL data are inconclusive for SRB in this home. There may be SRB on the drywall in the Brucker house that was not tested. An additional testing may be necessary. The significance of SRB in home drywall is the production of $H_2S$ which results in an unpleasant odor and potential health risks [3]. In addition, it has recently been shown that some SRB from sea waters are capable of spore formation [4]. These spores have been shown to survive temperatures of 131 degrees C (267.8 F), indicating that those individuals involved in the manufacturing process of drywall must take additional steps to kill the bacteria rather than simply relying on the manufacturing temperatures to kill all bacteria present.

**Results of drywall testing in the Brucker residence by RTL (report dated 17 Jan. 2012)**

| Specimen | Culture | APS Enzyme | Lab Corrosion | RTL DNA |
|---|---|---|---|---|
| Master Bathroom, South wall | + | + | + | + |

| | | | | |
|---|---|---|---|---|
| Living Room -East Wall | + | + | + | - |
| South Wall, Pink Room | + | + | + | + |
| Laundry Room, West Wall | + | + | + | + |

LEGEND:

+ = Positive; - = Negative

DNA Results = Positive for *Sulfobacillus thermosulidooxidans* only in 3 out of 4 samples tested.

These new findings (17 January 2012) are significant because recently drywall from various sources has been reported to release sulfur containing compounds which could be corrosive to various metals. As stated above, the production of $H_2S$ has been reported to result in unpleasant odors and could possibly represent a significant health risk [3].

The January 17, 2012 results support the theory of the presence of SRB on the drywall in the Brucker residence. These data also support the theory that the corrosion problems reported in the Brucker residence are related to the presence of National Gypsum drywall in the home. The presence of the APS enzyme in the above drywall samples supports the theory that there are SRB in the drywall. ST is a sulfur oxidizing bacterium (SOB) and therefore offers an explanation for the extensive corrosion observed in this home.

The finding of ST in the drywall of this home is highly significant because these organisms are known to convert sulfides to sulfuric acid (5, 6, and 7). This finding is of great significance because extensive corrosion of copper components is one of the findings in this home and said corrosion would be consistent with exposure to sulfuric acid.

ST which was the primary SOB found in this home has been shown to convert $H_2S$ to sulfate (8). A quotation from that paper (8) reads ... "The moderately thermophilic *S. thermosulfidooxidans* strain 41 was capable of actively oxidizing the sulfide sulfur of concentrate to sulfate ($SO_4^{-2}$) ". A personal communication from Dr. D.E. Rawlings (who is one of the world's experts on SOB) states "ST can oxidize sulfides to sulfates. If the sulfur source is hydrogen sulfide ($H_2S$), the sulfur will be in the form of sulfuric acid (which is dihydrogen sulfate or $H_2SO_4$) "(9). This is very relevant because the defense expert report from Dr. John F. McCarthy (December 22, 2011) states that "These test results offer clear evidence that the air in the Brucker house is impacted by elevated levels of hydrogen sulfide present in the water supplying the house".

I did not have access to Dr. McCarthy's report when I issued my initial report in this matter. Therefore I did not realize that there was much more $H_2S$ in this house than I could have reasonably anticipated. The fact that the ST found in the home has the ability to convert the $H_2S$ from the water (as described by Dr. McCarthy) to sulfuric acid explains the corrosion (blackening of copper components) observed in this house. Sulfuric acid is one of the most corrosive substances known (10). Thus the finding of ST in the National Gypsum drywall offers a reliable scientific explanation for the presence of the corrosion of the copper components found in this home.

All of my opinions have been expressed to a reasonable degree of scientific certainty. I would be happy to answer any questions regarding this report.

Sincerely, *David C. Straus*

David C. Straus, Ph.D.
Professor of Microbiology and Immunology

### Literature Cited

1). Hooper, D.G., J. Shane, D.C. Straus, K.H. Kilburn, V. Bolton, J.S. Sutton, and F. T. Guilford. 2010. Isolation of sulfur reducing and oxidizing bacteria found in contaminated drywall. Int. J. Mol. Sci. **11**:647-655.

2). Strategic Diagnostics, Inc. brochure describing RapidChek II, SRB Detection System, Part number SD50950 (10 test), Part Number SD50951 (100 test), March 30, 2005.

3). Halford, B. Wallboard woes. Odors and corrosion raise concern over drywall imported from China. 2009. Science and Technology **87:** (# 18), pgs 50-51.

4). Rosnes, J.T., T.Torsvik, and T. Lien. 1991. Spore-forming thermophilic sulfur-reducing bacteria isolated from North Sea oil field waters. Appl. Environ. Microbiol. **57**: 2302-2307.

5). Das, T., S. Ayyappan, and G.R. Chaudhury. 1999. Factors affecting bioleaching kinetics of sulfide ores using acidophilic micro-organisms. Biometals **12**: 1-8.

6). Yamanaka, T., I.Aso, S. Togashi, M. Tanigawa, K. Shoji, T. Watanabe, N. Watanabe, K. Maki, and H. Suzuki. 2002. Corrosion by bacteria of concrete in sewerage systems and inhibitory effects of formats on their growth. Water Research **36** : 2636-2642.

7). Rawlings, D.E. Characteristics and adaptability of iron- and sulfur- oxidizing microorganisms used for recovery of metals from minerals and their concentrates. 2005. Microbial Cell Factories **4**:1-12.

8).Egorova, M.A., I.A. Tsaplina, L.M. Zakharchuk, T.I. Bogdanova, and E.N. Krasil'nikova. 2004. Applied Biochemistry and Microbiology **40**:381-387.

9). Rawlings, D.E. 2012. Personal communication.

10). Material Safety Data Sheet – Sulfuric Acid. ACC# 22350 Pages 1-7.