November 17, 2011

From: David C. Straus, Ph.D.
7605 Saratoga Ave.
Lubbock, Texas
79424

Brian Warwick
Varnell and Warwick, P.A.
20 La Grande Blvd.
The Villages, FL.
32159

Dear Mr. Warwick:

You have asked me to review the reports by Realtime Laboratories, Inc. (RTL), LLC in
Carrolton, Texas, SkyeTec, Florida Building Engineering & Inspections (FBEI) in North
Miami, FL., and Allied Home Inspections (AHI), on the Nutting house. I also reviewed
the intake questionnaire for this household. I have done as you have asked and my report
appears below. I have never been to the below house.

You have asked me to review data on this house to determine if sulfur reducing bacteria
(SRB) might be playing a role in the corrosion problems that are occurring in this house.
I would now like to describe what SRB are and how they could be problematic if they are
found in drywall in humid environments.

SRB are bacteria that obtain their energy (ATP) by oxidizing organic compounds or
hydrogen ($H_2$) while reducing sulfates ($SO_4^{-2}$) to sulfides ($S^{-2}$; sulfide is an anion of sulfur
in its lowest oxidation state of -2). In other words, they breathe sulfur instead of oxygen.
For an example of this, look at the following equation by which SRB metabolize by
reduction:

$$SO_4^{-2} - \rightarrow S^{-2} \rightarrow H_2S \text{ (hydrogen sulfide, a gas).}$$

This is how SRB would produce $H_2S$ in a house. $H_2S$ is a known poison with adverse
effects on the function of the eye, lung, skin, and brain [1]. $H_2S$ is known by its
characteristic, very unpleasant, rotten egg odor. This production of $H_2S$ can occur in
drywall under anaerobic conditions where there would be little or no oxygen. The

absence of oxygen or the presence of very low levels of oxygen could be due to the presence of aerobic bacteria which use up the available oxygen as happens in the human body, or the driving of oxygen out of the drywall in the heating step during the manufacturing process. In the home, the SRB can create problems when metal is exposed to sulfate containing water. The interaction of water and metal creates a layer of molecular $H_2$ on the metal surface. The SRB then oxidize the $H_2$ while creating $H_2S$ , thus contributing to the observed corrosion in these houses. Now I will discuss the reports on the Nutting house.

**Nutting residence**
**3245 Reef Rd. SE**
**Palm Bay, FL**
**32909**

The Defective Drywall Questionnaire on the Nutting residence showed the following: the house is 8 years old; residents of the house experienced sulfur odor, corrosion (black scaling) in the A/C coil, corrosion in electrical wiring, silver jewelry turning black, blackened pipes or faucets, irritated eyes, cough, a daughter who was complaining of a constant stomachache, and allergy- like symptoms.

FBE & I inspected the Nutting residence on November 18, 2009. Their conclusions were as follows: "the air handler evaporator coil and all adjacent copper components were blackened"; "electrical receptacles and switches we (sic) inspected throughout the residence; exposed copper wires were found to be blackened at all inspection locations"; "inspection reveals blackened copper lines at various areas of plumbing"; "sulfur- like odor noted in this house at the time of the inspection"; and finally, "based on a series of visual inspections performed, it is the opinion of the undersigned (Eric Sanford, certified general contractor) that the subject residence of this inspection does exhibit the known effects of the presence of defective or problematic Chinese drywall."

Allied Home Inspections examined the Nutting residence in a report dated 10/ 03/10. They reported the following: ;"Labeling found in the laundry room > Gridmarx 05:22 11-24-03 Made in the USA"; "Labeling found in the bedroom closet > Made in the USA 20 04:19 11-24-03"; "Labeling found in the bedroom > National Gypsum (1 side) 25/03 15:51 023 (2nd side)";" Labeling found in the bedroom > National Gypsum" ;" Labeling found in the bedroom closet > Gridmarx Made in the USA 20 05:22 11-24-03"; and finally," Labeling found in the bedroom > National Gypsum ( on both sides of the wall)".

SkyeTec also examined the Nutting residence. In a report dated May 25, 2011, they made , among others, the following observations: " after entering the home , we removed

covers from the electrical outlets in the nook and northeast bedroom and identified corrosion on the copper wiring"; " we observed corrosion and discoloration on the HVAC coils and copper components in the air handler'; we observed corrosion and discoloration on the kitchen sink faucet and valve in the cabinet"; "we observed corrosion on the bathroom sink line and faucet"; " we observed the label "National Gypsum" on the wallboard in the Northeast Bedroom , and the date stamp "11-24-03 " on the wallboard in the Master bedroom closet"; "the paper color , texture, and markings on the drywall observed in the sample areas (Northeast Bedroom, Master Bedroom, and Laundry room) matched board identified as" National Gypsum"; and , finally, "we observed the label "National Gypsum " and "GridMarx" on the drywall in the attic". ." Three bulk samples measuring 4" (round) of the wallboard were taken inside the residence in the areas described above. The drill bits were sterilized before and after each sample were taken. A new set of latex gloves was used to handle each sample. These samples were double bagged individually and sent to RTL in Carrolton, Texas."


RTL in Carrolton, Texas received the Nutting drywall samples from SkyeTec as described above. RTL tested the above samples for the presence of sulfur reducing bacteria (SRB) by the following four techniques: culture , corrosion testing, DNA testing for SRB by polymerase chain reaction (PCR) testing , and enzyme testing (SRB detection system ) (RapidChek II). RTL is a Clinical Laboratory Improvement Amendments (CLIA) registered laboratory.


The culture analysis was done according to recommendations put forward by the American Petroleum institute (API) and is done as follows. Crushed drywall is added to the designated media and then the media is overlaid with 2 ml of sterile mineral oil. The tube is then incubated at 37 degrees C for up to 21 days. The presence of a black precipitate throughout the tube is interpreted as positive for SRB. Positive and negative controls are included and handled the same way to insure quality control.


In corrosion testing, three grams of the crushed gypsum powder is placed in a sterile biohazard bag with 0.5 ml of distilled purified water and a 3 inch piece of copper wiring placed in the bag as well. The bag is then sealed and incubated for 21 days at 37 degrees C. Results are interpreted as positive if there is a dark corrosion on the wire. Positive and negative controls are included to insure quality control.


For DNA testing for SRB by PCR testing, portions of the sample from the culture that was interpreted as positive for growth were then run using proprietary DNA probes from RTL. The entire procedure is described [1] in detail and is too long to be described here. Assays for organisms were run against domestic drywall samples. Positive and negative controls were run for each test. Tests were initially conducted on domestic drywall to determine which organism was predominant. After determination that *Sulfobacillus*

*thermosulfidooxidans* was noted to be the predominant positive organism found in affected drywall samples, all further domestic drywall was tested only for this particular organism. The positive or negative results indicated in the results section were results of realtime PCR testing run against *S. thermosulfidooxidans.* Because there are thousands of SRB, a negative result for DNA obtained in these studies does not indicate a true negative, because only one SRB was tested for.

For enzyme testing, RTL used the RapidChek II SRB enzyme test which is the gold standard used in environmental testing procedures when looking at contaminated petroleum. This test uses purified antibodies to detect the presence of the enzyme adenosine -5'-phosphosulfonate (APS) reductase , which is found in all SRB strains [U.S. patent No. 4,999,286 owned by Strategic Diagnostics, Inc.]. The RapidChek II SRB test detection system applies an immunoassay technology to detect SRB. The antibodies used are attached to small particles that selectively capture the APS reductase. Details on how to perform this assay can be found in the RTL Nutting report [2].

**Results of drywall testing in the Nutting residence by RTL**

| Specimen | Culture | APS Enzyme | Lab Corrosion | RTL DNA |
|---|---|---|---|---|
| NE Bed | + | + | + | + |
| Master closet | + | + | + | − |
| Laundry room | + | + | + | + |

+ = Positive; - = Negative

These data support the theory of the presence of SRB on the drywall in the Nutting residence. These data also support the theory that the sulfur–like odor and the corrosion problems reported in the Nutting residence are related to the presence of National Gypsum drywall in the home.

These findings are significant because recently drywall from various sources has been reported to release sulfur containing compounds which could be corrosive to various metals. This has been reported to result in unpleasant odors and could possibly represent a significant health risk [3]. We have recently published a paper describing the methods used here to isolate SRB found in drywall [1]. There is sufficient evidence to indicate that there are bacteria that can reduce sulfur and iron in contaminated drywall that may be

responsible for some of the properties listed above. Some of those organisms were found in the drywall taken from the Nutting home. In addition, it has recently been shown that some SRB from sea waters are capable of spore formation [4]. These spores have been shown to survive temperatures of 131 degrees C ( 267.8 degrees F), indicating that those individuals involved in the manufacturing process of drywall must accurately monitor the temperature at which the process occurs in order to kill all SRB present.

All of my opinions have been expressed to a reasonable degree of scientific certainty. I would be happy to answer any questions regarding this report.

Sincerely,

David C. Straus, Ph.D.
Professor of Microbiology and Immunology

**Literature Cited**

1). Hooper, D.G., J. Shane, D.C. Straus, K.H. Kilburn, V. Bolton, J.S. Sutton, and F. T. Guilford. 2010. Isolation of sulfur reducing and oxidizing bacteria found in contaminated drywall. Int. J. Mol. Sci. **11**:647-655.

2). Strategic Diagnostics, Inc. brochure describing RapidChek II, SRB Detection System, Part number SD50950 (10 test), Part Number SD50951 (100 test), March 30, 2005.

3). Halford, B. Wallboard woes. Odors and corrosion raise concern over drywall imported from China. 2009. Science and Technology **87:** (# 18), pgs 50-51.

4).Rosnes, J.T., T.Torsvik, and T. Lien. 1991. Spore-forming thermophilic sulfur-reducing bacteria isolated from North Sea oil field waters. Appl. Environ. Microbiol. **57**: 2302-2307.



REALTIME
LABORATORIES, INC

4100 Fairway Court #600, Carrollton, TX 75010
Phone: 972-243-7754    Fax: 972-243-7759
Website: www.realtimelab.com
CLIA #: 45D1051736

September 26, 2011

To:   Brian Warwick
      Varnell & Warwick, P.A.
      20 La Grande Boulevard
      The Villages, Florida  32159
      352-752-8600
      352-752-8606 (fax)

Re:  Nutting Home; Inspection and Lab Work conducted on Samples taken on April 28, 2011.

Dear Mr. Warwick:

      This letter is a report of the inspections, the sampling, and the testing results  RTL reviewed on the home of Nutting, located at Palm Bay, FL  which was sampled on  April 28,  2011 and sent to RealTime Laboratories, Inc. (RTL).  The samples were collected by SKYETEC, INC, 9570 Regency Square Blvd., #410, Jacksonville, FLA, 32225, whom RTL recognizes as competent to conduct professional scientific collection for testing purposes and were further received into RTL under chain of custody (COC) on May 10, 2011, and is attached as Exhibit # 1.   The purpose of the inspection was to examine the home for the presence of suspected contamination, which may be creating problems for the inhabitants of the home, by physically inspecting the home and removing samples of drywall, and testing of the samples at RTL. Such problems consist of, but are not limited to:  corrosion of metals, the presence of a distinct sulfur odor or other odors which are normally not present in homes, and any other issues which may be attributed to building products, especially drywall, in the home.  All work reported in this report was conducted either at the home (the actual inspection), or at the laboratory of RealTime Laboratories, LLC, (RTL) between  May 18, 2011,  and July 15, 2011.

## 1. Description of Materials received from SKYETEC describing home.

RTL provided SKYETEC the instructions for collection in the form and are attached hereto. (See Drywall Sample Collection Instruction Form (Exhibit  # 2) form that was executed on the day of the inspection.

Domestic Dry Wall Study
Date of sample: April 28, 2011
Date of letter:  September 27, 2011

## 2. Inspection and Sampling Protocol and Methodology:

**a. Inspector:** The premises were inspected by Charles Eric Webb, a licensed inspector and Certified Industrial Hygienist (CIH) in the State of Florida. (Webb Resume Exhibit #3). All samples in the case of this home were sampled by Charles Eric Webb and placed in appropriate containers as well as documented on the COC (Exhibit #1) by Charles Webb. All samples were transported to Texas under COC by using FedEx to RealTime Laboratories, LLC, (RTL), Carrollton, TX.

**b.Testing Laboratory:** RTL is a laboratory located in Carrollton, Texas, and is licensed by the State of Texas to conduct clinical testing on human specimens for mold, mycotoxins, and bacteria as well as the toxins that the bacteria may produce. The State of Texas conducts regular inspections of the RTL facilities and examines quality control, standard operating procedures, and personnel qualifications. A copy of the most recent certification is shown in Exhibit # 4. The standards set by that regulatory agency has been upheld before, during, and continues after the testing and resulting of the specimens examined. RTL and its personnel have published a peer reviewed article in 2009 regarding sulfur reducing and iron oxidizing bacteria in drywall samples (See Exhibit 5). The procedures set forth in that paper are the procedures used to conduct the DNA testing for this set of tests. Other tests conducted and reported in this letter are scientifically established tests that are commonly accepted in the industry as either gold standards (i.e. culture) or have been utilized and reported by various governmental agencies (i.e. the Consumer Protection Safety Committee (CPSC), or Florida Dept. of Health). These tests include culture using API RP38 media (See below) and corrosion testing of copper wire (standard operating procedure of RTL (see below).

## 3. Sampling Description:

All samples of drywall were collected in similar fashion as described by the RTL protocol. The collection procedure is attached as Exhibit # 2 . Samples were obtained using a 2-4 inch drill bit. After sampling each sample, the drill bit was cleaned well with tap water and rinsed with 95% ethanol and allowed to air dry prior to sampling the next sample of drywall. All samples are carefully removed from the drill bit and placed in a clean biohazard bag, labeled appropriately with location, name, and date, and number, and transported to the laboratory. All specimens were identified with a location and a location number and were documented on a Chain of Custody form (COC). (See Exhibit #1).   Samples were transported to the lab by utilizing FedEx in every instance, documenting time and date of transport on the COC form.

Upon arrival at RTL, the COC form was reviewed and specimens were signed for by the accepting personnel in RTL (See Exhibit #1 , bottom signature blocks of page). The specimens are then given their own unique accession number beginning with EN (for environmental samples). In the case of these samples taken from the Nutting home, the specimen accession numbers are: EN0511026, and EN0511027, and EN0511028 (see Left side of Chain of Custody Form, Exhibit #1). The accession sheets accompanying those specimens traveled with the specimen through various areas of laboratory while testing was conducted.

Domestic Dry Wall Study
Date of sample: April 28, 2011
Date of letter: September 27, 2011

## 4. Testing Procedures:

### A. CULTURE:

1. Obtaining powder and paper from dry wall: The drywall specimens were accepted in a sterile biohazard plastic bag. The paper is removed from the drywall carefully to insure no drywall core material is present on the paper. The drywall is then crushed in the biohazard bag until it is powder.

2. A 5 mm by 5 mm portion of paper is placed in media generated in accordance with recommendations put forth by the American Petroleum Institute (API): API RP38 Method (Revision/Edition: 75; chg: REIS; Date 03/00/82) "Recommended proactive for biological analysis of subsurface injection waters" (Exhibit #6). This media is then over-laid with 2 ml of sterile mineral oil. The tube is closed tightly to insure on oxygen exchange. The tube is incubated at $37^\circ$ C up to 21 days (3 weeks). The presence of black precipitate throughout the vial is interpreted as positive for SRB (Sulfur Reducing Bacteria).

3. In the same manner, approximately 3 grams of crushed gypsum core sample is added to a core media preparation. This media is closed with a screw cap and again incubated in like manner as in #2 above. Presence of turbidity and/or black color is interpreted as positive for SRB. The procedure here is as well described by the API, as described above in #2.

4. Negative controls as well as known positive controls are incubated side by side the specimens to insure quality control of the test procedures.

5. Reduced sulfur gas is interpreted in either one or both of the tubes as gas bubbles presence in the media.

### B. CORROSION TESTING:

This procedure involves taking three (3) grams of crushed gypsum powder from the specimen and placing the powder in a sterile biohazard bag with 0.5 milliliters (ml) of distilled, purified water and a 3 inch piece of copper wiring placed in the bag as well. The bag is then sealed and incubated for 21 days as well at $37^\circ$ C. Results are interpreted as positive if there is dark corrosion on the wire (See Exhibit #7, Positive and Negative Controls of Corroded Copper Wire). Drywall manufactured by U.S. Gypsum was purchased at a local home improvement store in the Dallas area and was used as the control drywall. The manufacturer was US Gypsum. The drywall was purchased as a 12 inch X 12 inch cut segment of drywall on or about September 10, 2009. The specimen has been held in a sterile biohazard bag after sampling was conducted

### C. DNA TESTING FOR SRB BY POLYMERASE CHAIN REACTION TESTING (PCR):

Portions of the sample from the culture that is interpreted as positive for growth (either turbidity and/or black precipitate) are then run using proprietary DNA probes from RTL. The entire procedure is described in the peer reviewed paper written by Hooper, et al, in 2009, and is attached herein as Exhibit #5. This procedure is described as follows: Control samples consisted of samples of US manufactured dry wall, not exuding $H_2S$ and $SO_2$ were purchased from a local building supply store and sampled in the same matter as the contaminated dry wall sections. Positive controls were non-contaminated drywall spiked with various concentrations of the five different bacterial organisms examined (Exhibit 8). The control organisms were ordered and received from the American Type Culture Collection (ATCC), New

Domestic Dry Wall Study
Date of sample: April 28, 2011
Date of letter: September 27, 2011

York.   Internal controls consisted of a known fungal organism, *Geotricum* sp., (GEO Control) which is present to insure that that extraction system is working properly. Positive and negative controls and all samples were extracted using a commercially available extraction system (Qiagen, Inc., Valencia, CA) that was optimized for the extraction of bacterial genomic DNA.

Powdered samples were extracted by pretreatment with Proteinase K and lysis solution in the presence of silica beads for bead beating (Sigma, St. Louis, MO). A set volume of internal control GEO spores was introduced to all samples, including the negative control. All samples were incubated at 55 °C for 1 hour, then at 72 °C for 15 minutes, and then finally further subjected to a second lysis solution. After ethanol addition, the samples were placed into spin columns containing a silica filter. DNA in the mixture was bound to the silica filter, washed several times to remove contaminants and eluted from the spin column filter by utilizing a low salt solution. Samples were stored at −20 °C until tested.

Although there are thousands of different species of SRB's, RTL selected five organisms that were prominently reported in the peer reviewed literature and were available through ATCC as well. The five primers and probes specific for *Thiobacillus caldus, Leptospirillium ferroxidans, Acidothiobacillus thiooxidans, Thiobacillus ferroxidans,* and *Sulfobacillus thermosulfidooxidans* bacterial targets plus an internal control assay were designed by RTL and synthesized by Sigma-Aldrich (St. Louis, MO).  All probes used for the assays are hydrolysis probes with the reporter FAM (Fluorsescein Amidite) attached to the 5' end and the quencher Black Hole Quencher (BHQ) attached to the 3' end. Primers and probes were received lyophilized and re-suspended and mixed into working stocks containing probe and primer at required concentrations. The enzyme for the reaction was purchased as a lyophilized bead from Cepheid (Palo Alto, CA) and manufactured specifically for the SmartCycler® system. Each 50.0 μL SmartCycler® reaction tube contained reaction mix in the formula: 1.0 bead, 33.0 μL of PCR grade water,7.0 μL primer/probe working stock, and 5.0 μL of extracted DNA. The internal control was run for each extracted sample and a negative control was added as an independent assay to insure a quality control step for the extraction. All 5 bacterial assays and the internal control had a cycling profile containing an initial hot start followed by 45 denature and anneal cycles. All assays were designed and operated as qualitative detection assays. The capacity of a single SmartCycler® instrument varied from 16 to 96 reactions depending on the configuration. Multiple bacterial assays could be processed on a single SmartCycler® run with each assay containing samples, a negative control and a positive control. Data generated from the assays were analyzed utilizing the SmartCycler® Software and positives were defined as any target that crossed the Cepheid recommended threshold of 20 on the fluorescence scale during processing on the instrument.

All assays were designed using sequence data from the strains listed in Exhibit #8, with the assays and utilizing commercially available assay design software (GenBank). Specificity was checked between the organisms using an assembly program. The probe and primer sequence specificity was checked using the Blast tool available at the National Center for Biotechnology Information (NCBI) website.

Domestic Dry Wall Study
Date of sample: April 28, 2011
Date of letter:  September 27, 2011

All assays were optimized by utilizing lyophilized stocks of master mix, and then running standard curves. Further optimization was accomplished by testing spiked samples of drywall and actual drywall unknowns.

All lyophilized stocks were rehydrated to 100 μM concentration. Master Mix Stocks were made for each assay by using the following formulation for 700.0 μL of Master Mix Stock: Primer 1–15.0 μL; Primer 2–15.0 μL; Probe–10.0 μL; Water–660.0 μL; giving a total master mix stock of 700.0 μL.

Assays for organisms were optimized utilizing target DNA in 10 fold serial dilutions formulating a curve. Data were collected and evaluated. The assays were optimized to the specification of RealTime Laboratories.

Assays for organisms were run against domestic drywall samples. Positive and negative controls were run with each test. Tests were initially conducted on domestic drywall to determine which organism in Exhibit #8 was predominant. After determination that *Sulfobacillus thermosulfidooxidans* was noted to be the only positive organism from this list in most domestic drywall samples, all further domestic drywall was only tested for this organism. The positive or negative results indicated in the results section were results of realtime PCR testing run against *Sulfobacillus thermosulfidooxidans*. The results of realtime PCR in this study indicate the result of only one positive using five (5) different probes/primer sets (Exhibit #8). There are thousands of SRB present, thus a negative result obtained in these studies does not indicate a true negative because not every SRB was tested for.

### D.   ENZYME TESTING (SRB DETECTION SYSTEM (RAPIDCHECK II)

RTL used the Rapid Check II SRB enzyme test which is the gold standard used in the environmental testing procedures when examining contaminated petroleum products. The RapidCheck II SRB test employs purified antibodies to detect the enzyme adenosine-5'-phosphosulfonate (APS) reductase which is common to most, if not all, strains of SRB. (J. of Microbiology, 2007, Meyer, et al; Journal of Bacteriology 2002, Friedrich,et al.) The method for detecting and quantifying SRB is covered under U.S. Patent No. 4,999,286, which is owned by Strategic Diagnostic Inc. The Rapid Check II SRB detection system applies immunoassay technology to detect sulfate reducing bacteria (SRB). The antibodies used are attached to small particles that selectively capture the APS reductase enzyme. These particles and the captured enzyme are then isolated on a porous membrane, forming a reactive layer. The layer become blue in the presence of a chromagen (color reagent) indicating the presence of the APS reductase enzyme. Darker shades of blue indicate a higher number of SRB.

The process involves rehydrating the chemical lysing reagent, placing a sample in a solid filtration medium, and then filtering and washing the sample. Then, the sample undergoes chemical cell lysing, which is then subjeted to an antibody enzyme reaction. During this time, the antibody coated particles bind with the APS reductase in solution. The sample contents are then poured over a test membrane device, washed, and then exposed to the chromagen liquid onto the membrane. The enzyme color reaction must be completed and read after 10 minutes of incubation at room temperature.

Domestic Dry Wall Study
Date of sample: April 28, 2011
Date of letter:   September 27, 2011

1.  **SUMMARY/CONCLUSIONS:**

*__Testing Results__:  Results of the tests conducted at RTL on three (3) samples obtained from the Nutting Home in Lehigh Acres, Florida on  April 28, 2011, are attached as exhibit #9.*
*Samples from the Nutting Home  were tested using all four parameters described in this letter.  Results from RTL are shown in the attached result forms   .*

**APPENDICES**

**Exhibits # 1-9.**

Respectfully submitted,

J.S. Sutton
VP Laboratory Operations
RealTime Laboratories, Inc.

Domestic Dry Wall Study
Date of sample: April 28, 2011
Date of letter:   September 27, 2011

EXHIBIT 1

Carrollton, TX

Receiving Division:

DNA _____
ENZYME _____
STORAGE _____

## DryWall Chain of Custody Form

RTL Accession #
Only For RTL

| CLIENT ID: Last Name Nothing | | City Palm Bay, FL | |
|---|---|---|---|
| Sample IDs | Collection Date | Collection Time | Shipped Date |
| 100-NEBa | 4-26-11 | 3:30 | 4.27 |
| 101-Master Cool | | 3:50 | |
| 102-Laundry Room | | 4:20 | |
| | | | |
| Collected By: EW | Printed Name: Eric Webb | Signature: | Date: 4.27 |
| Released by: | Printed Name: | Signature: | Date: |
| Received By: | Printed Name: S S Tan | Signature: | Date: 5/10/11 |

ENO511026
ENO511027
ENO511028



EXHIBIT 2

4100 Fairway Court, Ste 600, Carrollton, TX  75010 – USA – * Ph: 972-243-7754 * Fx: 972-243-7759
Website: _____ * CLIA #: 45D1051736 * Tax ID #: 20-4158880

## Drywall Sample Collection and Test Methodology

### Drywall Sampling Procedures
**Equipment & Supplies:**
- Drywall Sample Chain-of-Custody (COC)
- Sample bags (e.g. Ziploc)
- Sterile alcohol wipes
- Drill & 4-inch hole saw
- Disposable gloves

**Samples to be collected:**
Collect six four-inch core samples, with three taken from known or suspected problem drywall areas if possible. Samples are to be collected from targeted locations based upon labeling indicative of Chinese Drywall (e.g. "Knauf Plasterboard Tianjin Co. Ltd.") and/or close proximity to blackened copper. If labeled Chinese Drywall is identified, collect three such samples for testing and three random samples. If labeling is not visible or known, the six samples should be collected from locations that are in close proximity to blackened copper. Include one positive control and one negative control in sample set to be sent to RealTime Laboratories. To avoid damaging vapor barriers present within the home, samples will not be collected from any bathroom or laundry room locations.
**Draw a floor plan of the home (8 ••• by 11 sketch for each floor) and identify the following on each page:**
- Address of home
- Each drywall sampling location.

**Collection of Drywall Cores:**
- Collect one four-inch wallboard core from each targeted sample location using general aseptic technique (sterilize hole-saw between cores using sterile alcohol wipes).
- Place each wallboard core in sample bag labeled with Sample ID #, date, and time of collection.
- Fill out Drywall Sample Chain of Custody form (COC):
- Ship samples with COC to:

RealTime Laboratories
4100 Fairway Ct. Suite 600
Carrollton, TX 75010



EXHIBIT 3

# Charles Eric Webb

358 Peregrine Court
Jacksonville, FL 32225
Phone: (904) 654-5670
E-mail: cwebb_13@yahoo.com

---

**Education**       1995 - 2000          Keene State College          Keene, NH
**Bachelor of Science, Occupational Safety**

- Member of American Society of Safety Engineers (ASSE)

**Professional Experience**  July 2003 -- Present          SkyeTec, Inc.          Jacksonville, FL **Industrial Hygienist &**
**Project Manager  (7/03 -- Present)**

- Serve as company-wide safety director
- Implement employee training programs related to safety and industrial hygiene, developed internal employee health and safety program
- Executed over 1,500 assessments related to industrial hygiene in commercial, residential, educational and government settings
- Prepared technical reports and protocols
- Conduct workspace monitoring for asbestos and volatile organic compounds
- Prepare all RFP's related to industrial hygiene and indoor air quality for city, county and state governments
  - Secured contracts with city, county and state governments related to indoor air quality and industrial hygiene .
- Prepare proposals for indoor air quality assessments and testing including: microbial, asbestos, lead, radon and industrial hygiene
- Maintain and create new relationships with builders, contractors, insurers and key stakeholders
- Provide daily customer service and problem solving solutions for homeowners, builders
- Serve as account manager for insurance companies; assist with mitigation and remediation costing software; provide training and customer service for insurance adjuster

**Summary of**          Includes both practicum experience and in-depth academic studies as part of a Bachelor's Degree
**Qualifications**      program in Occupational Safety, involving:

- Extensive coursework studying safety issues, including:   OSHA Regulations, worker's compensation, ergonomics, safety and health standards, industrial hygiene, systems safety, legal affairs, accident investigation, fire science and employee problem solving.
- OSHA HAZWOPER
- Practicum experience with hazardous materials awareness, testing, containment and clean-up procedures.
- Professional and coursework experience developing occupational safety procedures and implementing company-wide safety management programs, including producing client-employee waivers, contracts and associated legal documents.
- Competent with standard office computer applications.

**Certifications**

- AHERA Asbestos Inspector - State of Florida
- Mold Assessment Consultant - State of Texas
- Mold Assessor- State of Florida



EXHIBIT 4

CENTERS FOR MEDICARE & MEDICAID SERVICES
CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

*CERTIFICATE OF REGISTRATION*

CLIA ID NUMBER
45D1051736

REAL TIME LABORATORIES, LLC
4100 FAIRWAY COURT, SUITE 600
CARROLLTON, TX  75010

EFFECTIVE DATE
08/17/2010

EXPIRATION DATE
08/16/2012

LABORATORY DIRECTOR
DENNIS G HOOPER

Pursuant to Section 353 of the Public Health Service Act (42 USC 263a) as cited by the Clinical Laboratory Improvement Amendments (CLIA), this certificate authorizes the above named laboratory to accept human specimens for the purpose of performing laboratory examination or procedures.

This certificate shall be valid until the expiration date above, but is subject to revocation, limitation, or other sanctions in accordance with the regulations promulgated thereunder.

Judith Yost, Director
Division of Laboratory Services
Survey and Certification Group
Center for Medicaid and State Operations

If this is a *Certificate of Registration*, it is a certificate only. Its enrollment in the Laboratory in the CLIA program and does not indicate a successful certification of compliance with other CLIA requirements. The laboratory is permitted to begin testing upon receipt of this certificate, but is not determined to be in compliance until a survey is successfully completed.

If this is a *Certificate for Provider-performed Microscopy*, it authorizes the laboratory to perform only those listed any procedures that have been certified as provider-performed microscopy procedures and its applicable waived tests or procedures that have been approved as waived tests by the Department of Health and Human Services.

If this is a *Certificate of Waiver*, it certifies the laboratory to perform only certain tests or procedures that have been approved as waived tests by the Department of Health and Human Services.

FOR MORE INFORMATION ABOUT CLIA VISIT OUR WEBSITE AT WWW.CMS.HHS.GOV/CLIA
OR CONTACT YOUR LOCAL STATE AGENCY. PLEASE SEE THE REVERSE FOR
YOUR STATE AGENCY'S ADDRESS AND PHONE NUMBER

EXHIBIT 5

*Int. J. Mol. Sci.* **2010**, *11*, 647-655; doi:10.3390/ijms11020647

International Journal of
Molecular Sciences

**ISSN 1422-0067**
www.mdpi.com/journal/ijms

*Article*

# Isolation of Sulfur Reducing and Oxidizing Bacteria Found in Contaminated Drywall

**Dennis G. Hooper** [1,*], **John Shane** [2], **David C. Straus** [3], **Kaye H. Kilburn** [4], **Vincent Bolton** [1], **John S. Sutton** [5] **and Frederick T. Guilford** [1]

[1]   RealTime Laboratories, LLC, 13016 Bee Street #203, Dallas, TX 79234, USA;
      E-Mails: vincebolton@yahoo.com (V.B.); drg@readisorb.com (F.T.G.)
[2]   PRO-LAB, Weston, FL 33326, USA; E-Mail: jshane@core.com
[3]   Department of Microbiology and Immunology, Texas Tech University Health Sciences Center,
      Lubbock, TX 79430, USA; E-Mail: david.straus@ttuhsc.edu
[4]   Neuro-Test, Inc., Pasadena, CA 91107, USA; E-Mail: khkilburn@sbcglobal.net
[5]   Embark Scientific, LLC, Austin, TX 78757, USA; E-Mail: ssutton@embarkscientific.com

*   Author to whom correspondence should be addressed; E-Mail: mscmd@cox.net;
    Tel.: +1-972-243-7754; Fax: +1-972-243-7759.

*Received: 22 January 2010 / Accepted: 29 January 2010 / Published: 5 February 2010*

**Abstract:** Drywall from China has been reported to release sulfur producing products which are corrosive to metals, result in noxious odors, and represent a significant health risk. It has been reported that these emissions produce medical symptoms such as respiratory or asthma type problems, sinusitis, gastrointestinal disorders, and vision problems in home owners and their household pets. We report here a method of identifying a causative agent for these emissions by sampling affected gypsum wallboard and subjecting those samples to Real Time Polymerase Chain Reaction [RT-PCR] studies. Specific DNA probes and primers have been designed and patented that detect a specific iron and sulfur reducing bacterium (*i.e.*, *Thiobacillus ferrooxidans*). One hundred percent of affected drywall samples obtained from homes located in the southeastern United States tested positive for the presence of *T. ferrooxidans*. All negative controls consisting of unaffected wallboard and internal controls, *Geotrichum* sp., tested negative within our limits of detection.

*Int. J. Mol. Sci.* **2010**, *11*                                                                                      648

**Keywords:** Chinese drywall; *Thiobacillus ferrooxidans*; sulfur reducing bacteria; sulfur emissions

## 1. Introduction

Corrosive imported drywall refers to drywall imported into the United States from China from 2004 to 2007 [1]. The U.S. Consumer Product Safety Commission has recently received more than 550 reports from people in 19 states and the District of Columbia involving odors, health symptoms and corrosion problems they blame on imported Chinese drywall. The complaints also describe "rotten egg" and "burnt match" smells, corrosion of wiring, and corrosion and/or tarnishing of other metals in the homes [2]. It is reported that the imported drywall emits gases that produce a sulfurous odor which cause significant property damage in heating, ventilation, and air conditioning systems, electrical wiring, copper plumbing, and appliances. The inhabitants of these same buildings report a variety of health related problems [3–5]. The source and/or cause of the property damage has not been identified. There are, however, many who conjecture that the gases arise from tainted drywall manufactured in China which is both the source and cause of both the reported environmental and health problems. One theory is that the tainted drywall was manufactured with gypsum mined in China and that the gypsum was then mixed with fly ash, a waste material that is a byproduct from power plants using coal. Samples of Chinese drywall that were tested by United Engineering, however, found that the wallboard consisted of 5–15% organic material, which contradicts the theory that Chinese drywall was made using waste from coal fired power plants, and indicates that the tainted drywall from China comes from mined gypsum, not synthetic gypsum made from coal ash [5,6]. Since this wallboard contains such a high concentration of organic material, a current theory in the industry is that Chinese drywall contains an organism that is degrading iron and sulfur compounds to produce sulfur odors [7]. The organisms in this study produce hydrogen sulfide and sulfur dioxide which have been documented to cause many symptoms when humans are exposed to them [8,9]. Sulfur reducing bacteria (SRB) make hydrogen sulfide and have recently been linked as a causative agent in disorders of the gastrointestinal tract [10], eyes [11], and respiratory system [12] in humans and animals. Furthermore, testimony before the United States Senate by the Director of the Division of Environmental Hazards and Health Effects emphasized the existing health and product issues associated with imported drywall [13].

Our objective was to determine if sulfur and iron reducing/oxidizing bacteria could be isolated from contaminated wallboard. The organisms studied were: *Thiobacillus(Acidithiobacillus)ferrooxidans, Sulfobacillus thermosulfidooxidans, Leptosprillium ferrooxidans, Thiobacillus (Acidithiobacillus) caldus,* and *Actinobacillus thiooxidans*. All work was conducted on either American Type Culture Collection (ATCC), New York, NY, cultures or DNA obtained directly from ATCC. RealTime polymerase chain reaction studies (RT-PCR) were conducted on the five organisms. The isolation of sulfur reducing/oxidizing bacteria in drywall may explain the reported patient symptoms.

*Int. J. Mol. Sci.* **2010**, *11*                                                                                   **649**

## 2. Results and Discussion

Samples were extracted and subjected to DNA probes and primers to SRB. (See Table 1 for organisms tested). Controls consisting of known positive organisms as well as known negative organisms were used in each test. *Geotrichum* (GEO) was used as an internal control to indicate that the entire system can and does exhibit polymerase chain reaction (PCR) activity. PCR control curves for known positive SRB organisms and known SRB negative (*i.e.*, *Escherichia coli*) as well as the GEO internal control are shown in Figures 1 and 2.

**Figure 1.** Representative control curves for bacteria tested in contaminated drywall samples.





**Figure 2.** Representative *geotricum* sp. (GEO_control for all tests conducted (internal control). Different concentrations of GEO were added to the same amount of drywall material.



Assays for all organisms were optimized utilizing target DNA in 10-fold serial dilutions formulating multiple curves. Organisms used in this study are shown in Table 1. Data collected and evaluated, as well as the assays were determined to be optimized to the specification of RealTime Laboratories, LLC, Dallas, Texas. The results of the 1:10 dilutions made of each organism tested in water demonstrated the sensitivity of system. Thus, standard PCR curves could be drawn for each

*Int. J. Mol. Sci.* **2010**, *11*

organism. (Table 2). These studies were conducted using non-contaminated drywall to show that the components in drywall do not inhibit the PCR reaction. Although the assay validation was not quantitative, the assay was sensitive to five copies of DNA for the organism(s) tested. Samples were considered positive when the replication curve crossed the 20.0 fluorescence mark (log scale). Negative samples did not cross the 20.0 fluorescence mark.

**Table 1.** Bacterial organisms and the strains used to create DNA probes/primers.

| | |
|---|---|
| *Thiobacillus (Actinobacillus) caldus* | Designed with strains N39-30-02, P5-10, MTH-04, DSM8584, DX-2, J-1, D-2, YN06, S-1, T-1, S-2, D-1, and ATCC51756. |
| *Sulfobacillus thermosulfidooxidans* | Designed with strains HR-K17-45, DK-J16-45, DK-E8-45, N19-45-01, N19-50-01, G-2, YN22, and ATCC 51911 (*S. disulfidooxidans*). |
| *Leptospirillum ferrooxidans* | Designed with strains JCM17, C2-6, C21, C2-3, C2-7, C2-2, C2-4, and ATCC 53993 D. |
| *Actinobacillus thioxidans* | Designed with strains ATCC 19377, and ATCC 55020. |
| *Thiobacillus (Actinobacillus) ferrooxidans* | Designed with strains ATCC2327OT, ATCC33020, SS6, CC1, BRGM1, LMT1, LMT4, DSM9465, SS4, 84, ATCC19859, TF-49, B9, B20, B5, ML17-48A, and ATCC23270D. |

**Table 2.** Drywall test results for validation studies of sulfur and iron reducing and oxidizing bacteria.

| Organism | Standard Curves Drawn | Spiked Drywall Showing No Inhibition of Curves Number spiked/Number Positive | Drywall Unknowns Positive/Total Tested (Percent Positive] |
|---|---|---|---|
| *Thiobacillus (Actinobacillus) caldus* | Yes | 6/6 | 1 (weak)/25 (4.0%) |
| *Sulfobacillus thermosulfidoxidans* | Yes | 6/6 | 0/25 (0%) |
| *Leptospirillum ferrooxidans* | Yes | 6/6 | 0/25 (0%) |
| *Actinobacillus thioxidans* | Yes | 6/6 | 0/25 (0%) |
| *Thiobacillus (Actinobacillus) ferrooxidans* | Yes | 6/6 | 25/25(100%) |

Normal drywall samples (not emitting any sulfur compounds) were purchased from a local building supply store and then tested by spiking them with known ATCC organisms. Normal spiked drywall was tested using each of five DNA probes to the organisms listed in Table 2. A positive GEO control and negative drywall sample was also tested. In all cases of the spiking test, the DNA from all five organisms and the GEO control was detected (Table 2). Drywall samples from homes with known contaminated drywall were then assayed. Assays using probes for all organisms in this study were conducted using all five organisms noted in Table 1. *Thiobacillus ferroxidans* was detected in all

Case 2:11-cv-00338-JES-SPC   Document 218-3   Filed 05/14/12   Page 25 of 45 PageID 5097

twenty-five samples tested. Only one very weak positive result with *T. caldus* was detected in one of twenty-five drywalls tested.

In this study, five organisms were examined to see if they were present in contaminated drywall. The iron-oxidizing bacterium *T. ferrooxidans* is an important organism for the leaching of sulfide ores [14,15]. *Thiobacillus ferrooxidans* can oxidize both $Fe^{2+}$ and reduced sulfur compounds [16]. Two enzymes have been isolated from *T. ferrooxidans* which can use $Fe^{3+}$ as an electron acceptor for the oxidation of sulfide and sulfite ions. These enzymes, hydrogen sulfide: ferric ion oxidoreductase (SFORase] and sulfite: ferric ion oxidoreductase, have been purified from *T. ferrooxidans*. A new route for sulfur oxidation in *T. ferrooxidans* was reported by Sugio *et al.* in 1989 [17]. They showed that the substrate for SFORase in solid elemental sulfur oxidation by *T. ferrooxidans* was hydrogen sulfide. This system involves a hydrogen sulfide-binding protein (SBP), which reversibly binds hydrogen sulfide and supplies SFORase with hydrogen sulfide as a substrate. Thus, the existence of SBP demonstrated that hydrogen sulfide was synthesized in *T. ferrooxidans* cells. This study concluded that hydrogen sulfide plays a role as an energy reserve in *T. ferroxidans*. Sugio *et al.* in 1992 [18] and again in 2000 [19] substantiated the existence of a hydrogen sulfide:ferric ion oxidoreductase in iron-oxidizing bacteria such as *T. ferrooxidans*.

Although the source has not yet been identified, analytical testing of contaminated Chinese drywall samples has revealed strontium sulfide, hydrogen sulfide, and sulfur dioxide ($SO_2$) [20]. Emissions from the drywall have been blamed for the reported corrosion of plumbing and electrical systems and homeowners have blamed the gases for their health ailments [1–3]. After a report from the Florida Department of Health on October 15, 2009 [3] many questions remained concerning the adverse health effects of the contaminated drywall. Although sulfur gases were found, there was no evidence of high emissions in any of the samples evaluated [21]. These results do not explain the human ailments due to this exposure. Dose response relationships for hydrogen sulfide in human subjects cannot be developed directly because of known adverse effects on function of the brain, eye, lung, and skin [22]. Kilburn showed that the best data have been assembled from observed episodes rather than from experimental exposures [9]. These data showed impairment of balance, color discrimination, and reaction time, verbal memory and other functions at average daily exposures to $H_2S$ of 1 part per million (ppm) to 5 ppm. There is also evidence that brief spikes of concentrations of $H_2S$ for 1 to 3 breaths at 50 ppm to 200 ppm. cause coma, while average levels of 100 ppm and higher concentrations are fatal. Also, levels that corrode metal cause brain damage, corneal ulcers, and asthma in human subjects [23,24]. These effects on the brain appeared permanent, judged from studies a year later [9,22] while, in contrast, asthma and corneal ulcers improved.

## 3. Experimental Section

*3.1. The Hypothesis in This Study Tested the Following:*

3.1.1. Null Hypothesis

There was not a significant difference in the presence of sulfur and iron reducing/oxidizing bacteria between contaminated and non-contaminated drywall.

Case 2:11-cv-00338-JES-SPC Document 218-3 Filed 05/14/12 Page 26 of 45 PageID 5098

### 3.1.2. Alternative Hypothesis

There was a significant difference in the presence of sulfur and iron reducing/oxidizing bacteria between contaminated and non-contaminated drywall.

### 3.2. Samples

Samples of contaminated drywall previously tested for the presence of strontium, carbon disulfide, carbonyl sulfide, dimethyl disulfide, and dimethyl sulfide in 25 homes in southeastern US were examined in this study. All tested positive for volatile sulfides. Sulfides are known to be strong oxidants and odorants. In the presence of hydrogen sulfide, carbonyl sulfide will turn copper and silver black and further corrode these metals. All samples were obtained from PRO-LAB, Weston, FL, and were subjected to multiple toxicology, mycology and microbiology examinations. All standard conventional bacterial and mycology cultures were negative. Thus, all studies were non-contributory to causation of the production of hydrogen sulfide and sulfur dioxide. A two square inch piece of dry wall was submitted under chain of custody to RealTime Laboratories. Each specimen was placed in a clean, sterile crucible and crushed into dry powder. One gram of powdered dry wall was then subjected to extraction.

Samples of US manufactured dry wall, not exuding $H_2S$ and $SO_2$ were purchased from a local building supply store and sampled in the same matter as the contaminated dry wall sections. Positive controls were non-contaminated drywall spiked with various concentrations of the five different bacterial organisms examined (Table 1). Internal controls consisted of a known fungal organism, *Geotricum* sp., (GEO Control) which is present to insure that that extraction system is working properly.

### 3.3. Extraction of Samples

Positive and negative controls and all samples were extracted using a commercially available extraction system (Qiagen, Inc., Valencia, CA) that was optimized for the extraction of bacterial genomic DNA. Powdered samples were extracted by pretreatment with Proteinase K and lysis solution in the presence of silica beads for bead beating (Sigma, St. Louis, MO). A set volume of internal control GEO spores was introduced to all samples, including the negative control. All samples were incubated at 55 °C for 1 hour, then at 72 °C for 15 minutes, and then finally further subjected to a second lysis solution. After ethanol addition, the samples were placed into spin columns containing a silica filter. DNA in the mixture was bound to the silica filter, washed several times to remove contaminants and eluted from the spin column filter by utilizing a low salt solution. Samples were stored at −20 °C until tested.

### 3.4. Target Design

Primers and probes specific for each of 5 bacterial targets plus an internal control assay were designed by RealTime Labs, LLC and synthesized by Sigma-Aldrich (St. Louis, MO). All probes used for the assays are hydrolysis probes with the reporter FAM attached to the 5' end and the quencher

Case 2:11-cv-00338-JES-SPC   Document 218-3   Filed 05/14/12   Page 27 of 45 PageID 5099

re-suspended and mixed into working stocks containing probe and primer at required concentrations. The enzyme for the reaction was purchased as a lyophilized bead from Cepheid (Palo Alto, CA) and manufactured specifically for the SmartCycler® system. Each 50.0 µL SmartCycler® reaction tube contained reaction mix in the formula: 1.0 bead, 33.0 µL of PCR grade water, 7.0 µL primer/probe working stock, and 5.0 µL of extracted DNA. The internal control was run for each extracted sample and a negative control was added as an independent assay to insure a quality control step for the extraction. All 5 bacterial assays and the internal control had a cycling profile containing an initial hot start followed by 45 denature and anneal cycles. All assays were designed and operated as qualitative detection assays. The capacity of a single SmartCycler® instrument varied from 16 to 96 reactions depending on the configuration. Multiple bacterial assays could be processed on a single SmartCycler® run with each assay containing samples, a negative control and a positive control. Data generated from the assays were analyzed utilizing the SmartCycler® Software and positives were defined as any target that crossed the Cepheid recommended threshold of 20 on the fluorescence scale during processing on the instrument.

*3.5. Assay Design*

All assays were designed using sequence data from the strains listed in Table 1 with the assays and utilizing commercially available assay design software (GenBank). Specificity was checked between the organisms using an assembly program. The probe and primer sequence specificity was checked using the Blast tool available at the National Center for Biotechnology Information (NCBI) website.

*3.6. Assay Optimization*

All assays were optimized by utilizing lyophilized stocks of master mix, and then running standard curves. Further optimization was accomplished by testing spiked samples of drywall and actual drywall unknowns.

3.6.1. Rehydration of Lyophilized Stocks

All lyophilized stocks were rehydrated to 100 µM concentration. Master Mix Stocks were made for each assay by using the following formulation for 700.0 µL of Master Mix Stock: Primer 1–15.0 µL; Primer 2–15.0 µL; Probe–10.0 µL; Water–660.0 µL; giving a total master mix stock of 700.0 µL.

3.6.2. Standard Curves

Assays for organisms were optimized utilizing target DNA in 10 fold serial dilutions formulating a curve. Data were collected and evaluated. The assays were optimized to the specification of RealTime Laboratories.

3.6.3. Testing of Spiked Drywall

Assays for organisms were further tested by spiking known organisms into wallboard that was not contaminated with any organisms. This wallboard was tested for each organism along with a positive

*Int. J. Mol. Sci.* **2010**, *11*                                                                           654

3.6.4. Testing of Drywall Unknowns

Assays for organisms were run against 25 unknown drywall samples. Results are shown in Table 2.

**4. Conclusions**

Contaminated drywall can be defined as drywall that emits hydrogen sulfide and sulfur dioxide gases. The control group in this case consists of drywall that does not emit the same types of gases. Results of the testing in this study indicate that the null hypothesis is rejected. There is sufficient evidence to indicate that there are bacteria that can reduce/oxidize sulfur and iron in contaminated drywall and these bacteria are not present in the non-contaminated drywall. This bacterial group is one that reduces and oxidizes sulfur and iron. The significant organism in contaminated dry wall was determined to be *Thiobacillus ferrooxidans*.

**References and Notes**

1.  Defective Imported Drywall: Don't get nailed by bogus tests and treatments. Federal Trade Commission (FTC) Consumer Alert: Washington, DC, USA, December 2009.
2.  Drywall Review. US Consumer Product Safety Commission: Washington, DC, USA, December 22, 2009.
3.  Krause, D.; Salazar, R.; Eldredge, C. *Results of Indoor Air Testing in Two Homes Experiencing Copper Corrosion Associated with Corrosive Imported Drywall*; Florida Department of Health (DOH) Report. Tallahassee, FL, USA, 15 October 2009. Available at http://drywallsymposium.org/Posters/Krause.pdf (Accessed on 29 January 2010).
4.  *Case Definition for Drywall Associated Corrosion in Residences*; Florida Department of Health (DOH): Tallahassee, FL, USA, 18 December 2009.
5.  *Imported Drywall and Health – A guide for Healthcare Providers*; Agency for Toxic Substances and Disease Registry, Center for Disease Control: Atlanta, GA, USA, September, 2009. Available at: http://www.cdc.gov/nceh/drywall/docs/Drywall_for_Healthcare_Providers.pdf (Accessed on 29 January 2010).
6.  Halford, B.; Wallboard, W. Odors and corrosion raise concern over drywall imported from China. *Sci. Technol.* **2009**, *87*, 50–51.
7.  Hooper, D.; Shane, J.; Straus, D.; Bolton, V.; Kilburn, K.; Guilford, F. Isolation of sulfur reducing and oxidizing bacteria found in drywall. In *Poster Presentation at Technical Symposium for Corrossion of Drywall*. Tampa, FL, USA, November 5–6, 2009. Available at http://www.drywallsymposium.com/Posters/Hooper.pdf (Accessed on 29 January 2010).
8.  Hydrogen Sulfide (H$_2$S). *OSHA Fact Sheet*. October, 2005. Available at: http://www.osha.gov/OshDoc/data_Hurricane_Facts/hydrogen_sulfide_fact.pdf (Accessed on 29 January 2010).
9.  Kilburn, K.H. Evaluating health effects from exposure to hydrogen sulfide: central nervous system dysfunction. *Environ. Epidemiol. Toxicol.* **1999**, *1*, 207–216.

*Int. J. Mol. Sci.* **2010**, *11*

10. Deplancke, B.; Hristova, K.R.; Oakley, H.A.; McCracken, V.J.; Aminov, R.; Mackie, R.I.; Gaskins, H.R. Molecular ecological analysis of the succession and diversity of sulfate- reducing bacteria in the mouse gastrointestinal tract. *Appl. Environ. Microbiol.* **2000**, *66*, 2166–2174.

11. Lambert, T.; Goodwin, V.M.; Stefani, D.; Strosher, L. Hydrogen sulfide ($H_2S$) and sour gas effects on the eye. A historical perspective. *Sci. Total Environ.* **2006**, *367*, 1–22.

12. Loubinoux, J.; Jaulhac, B.; Piemont, Y.; Monteil, H.; Le Faoui, A.E. Isolation of sulfate- reducing bacteria from human thoracoabdominal pus. *J. Clin. Microbiol.* **2003**, *41*, 1304–1306.

13. McGeehin, M. Testimony before the subcommittee on Consumer Protection, Product Safety, and Insurance Committee on Commerce, Science, and Transportation United States Senate. Health and Product Safety Issues associated with imported drywall. CDC: Atlanta, GA, USA, May 21, 2009. Available at: http://www.cdc.gov/nceh/drywall/docs/CDC_Drywall_Testimony_05-13-09.pdf (Accessed on 29 January 2010).

14. Park, H.; Lee, J.; Ahn, J. The effects of *Acidithiobacillus ferrooxidans* on the leaching of cobalt and strontium adsorbed onto soil particles. *Environ. Geochem. Health.* **2007**, *29*, 1573–2983.

15. Rao, Y.; Mirajkar, K.; Natarajan, K.A.; Somasundaran, P. *Int. J. Min. Proc.* **1997**, *50*, 203–210.

16. Suzuki, I.; Takeuchi, T.; Yuthasastrakosol, T.; Oh, J.K. Ferrous iron and sulfur oxidation and ferric iron reduction activities of *Thiobacillus ferrooxidans* are affected by growth on ferrous iron, sulfur, or a sulfide ore. *Appl. Environ. Microbiol.* **1990**, *56*, 1620–1626.

17. Sugio, T.; Katagiri, T.; Inagaki, K.; Tano, T. Actual substrate for elemental sulfur oxidation by sulfur:ferric ion oxidoreductase purified from *Thiobacillus ferrooxidans. Biochim. Biophys. Acta* **1989**, *973*, 250–256.

18. Sugio, T.; Hirose, T.; Ye, L.Z.; Tano, T. Purification and some properties of sulfite: Ferricion oxidoreductase from *Thiobacillus ferrooxidans. J. Bacteriol.* **1992**, *174*, 4189–4192.

19. Ng, K.Y.; Kamimura, K.; Sugio, T. Production of hydrogen sulfide from tetrathionate by the iron-oxidizing bacterium *Thiobacillus ferrooxidans* NASF-1. *J. Biosci. Bioeng.* **2000**, *90*, 193–198.

20. Interagency task force on chinese drywall. Executive Summary of October 29, 2009 Release of Initial Chinese Drywall Studies. October 29, 2009. Available at: http://www.cpsc.gov/info/drywall/execsum.pdf (Accessed on 3 February 2010).

21. Chinese drywall. Executive Summary of November 23, 2009 Release. US Consumer Product Safety Commission. Washington, DC, USA, 2009.

22. Kilburn, K.H; Warshaw, R.H. Hydrogen sulfide and reduced-sulfur gases adversely affect neurophysiological functions. *Toxicol. Environ. Health* **1995**, *11*, 185–197.

23. Kilburn, K.H. Exposure to reduced sulfur gases impairs neurobehavioral function. *South. Med. J.* **1997**, *90*, 997–1006.

24. *Toxicological Review of Hydrogen Sulfide in Support of Summary Information on Integrated Risk Information System (IRIS)*; EPA/635/R-03/005; National Center for Environmental Assessment-U.S. Environmental Protection Agency: Washington, DC, USA, 2003

© 2010 by the authors; licensee Molecular Diversity Preservation International, Basel, Switzerland. This article is an open-access article distributed under the terms and conditions of the Creative Commons Attribution license (http://creativecommons.org/licenses/by/3.0/).



EXHIBIT 6

**Exhibit #6. API RP38 Media. Laboratory Generated Media**

Media generated following recommendations put forth by the American Petroleum Institute (API): API RP38 Method (Revision/Edition: 75; Chg: REIS; Date: 03/00/82) "Recommended practice for biological analysis of subsurface injection waters"

**Formula** 1. Distilled water $H_2O$ 1L 2. Sodium lactate, USP--4ml 3. Yeast Extract--1g 4. Magnesium sulfate $MgSO_4 \cdot 7H_2O$ 0.2g 5. Dipotassium hydrogen phosphate (anhydrous) $K_2HPO_4$ 0.01g 6. Sodium chloride $NaCl$ 10g 7. Ascorbic acid $C_6H_8O_6$ 0.1g 8. Ferrous ammonium sulfate $Fe(SO_4)_2(NH_4)_2 \cdot 6H_2O$ 0.2g 9. Iron Powder $Fe$--

## Method 1: SRB in Drywall Back Paper (Presence/Absence)
**SRB Media Preparation:**
1. Dissolve ingredients 1 through 7 with gentle heating.
2. Adjust pH to 7.3 with NaOH - If excessive precipitation occurs, discard medium.
3. Autoclave 15 min @ 15 psi steam pressure.
4. Cool media.
5. Dissolve iron salts in media (ferrous ammonium sulfate).
   **SRB Drywall Back Paper Testing:**
   1. Dispense 10 ml of media into each test tube.
   2. Add enough iron powder to cover bottom of each test tube.
   3. Add 5x5 mm of drywall back paper to tube.
   4. Overlay media with 2 ml of mineral oil.
   5. Seal tube cap.
   6. Incubate @ 37°C up to 28 days (4 weeks).
   7. Presence of black precipitate throughout vial = Positive for SRB.

## Method II: Bacteria in Drywall Gypsum Core (Presence/Absence)
Beef extract 3g, Peptone 5g, NaCl 10g, Distilled H2O 1L

**Gypsum Core Growth Media Preparation:**
1. Dissolve ingredients with gentle heating.
2. Adjust pH to 7.0 with NaOH.
3. Dispense 10 ml of media into each test tube.
4. Autoclave 15 min @ 15 psi steam pressure.
5. Cool media.
**Drywall Gypsum Core Testing:**
1. Add small amount of crushed gypsum core sample to tube.
2. Close tube cap.
3. Incubate @ 37°C for a minimum of 5 days.
4. Presence of turbidity = Positive for bacteria.

Note: BD Difco™ Nutrient Broth (REF 234000) used for beef extract and peptone.

EXHIBIT 7

**Copper Wire exposed to domestic dry wall.**

Oxidized Copper Wire Example:   Copper Wire exposed to SRB contaminated Drywall.

Non-Oxidized Copper Wire Example:   Copper Wire exposed to non-contaminated Drywall.





EXHIBIT 8

Exhibit 8. Bacterial organisms and the strains used to create DNA probes/primers.

| | |
|---|---|
| *Thiobacillus (Actinobacillus) caldus* | Designed with strains N39-30-02, P5-10, MTH-04, DSM8584, DX-2, J-1, D-2, YN06, S-1, T-1, S-2, D-1, and ATCC51756. |
| *Sulfobacillus thermosulfidooxidans* | Designed with strains HR-K17-45, DK-J16-45, DK-E8-45, N19-45-01, N19-50-01, G-2, YN22, and ATCC 51911 (S. disulfidooxidans). |
| *Leptospirillum ferrooxidans* | Designed with strains JCM17, C2-6, C21, C2-3, C2-7, C2-2, C2-4, and ATCC 53993 D. |
| *Actinobacillus thioxidans* | Designed with strains ATCC 19377, and ATCC 55020. |
| *Thiobacillus (Actinobacillus) ferrooxidans* | Designed with strains ATCC2327OT, ATCC33020, SS6, CC1, BRGM1, LMT1, LMT4, DSM9465, SS4, 84, ATCC19859, TF-49, B9, B20, B5, ML17-48A, and ATCC23270D. |

Note:   Tests were initially conducted on Domestic drywall to determine which organism in Exhibit 8 was predominant.  After determination that *Sulfobacillus thermosulfidooxidans* was noted to be the only positive organism from this list, all domestic drywall was only tested for this organism.

EXHIBIT 9

# REALTIME LABORATORIES, LLC
## 4100 FAIRWAY DR. #600
## CARROLLTON, TEXAS 75010
### CLIA #: 45D1051736    TAX ID #: 20-4158880
### PHONE: 972-243-7754    FAX: 972-243-7759
### WEBSITE: www.realtimelab.com    E-MAIL: info@realtimelab.com

## SULFUR REDUCING BACTERIA REPORT - ENVIRONMENTAL

**CUSTOMER:**　　　SkyeTec, Jacksonville, FL.

**LOCATION:**　　　Nutting

**ACCESSION #:**　　EN0511026,  EN0511027, EN0511028,

**DATE OF SERVICE:**　　5/10/2011

**DATE OF REPORT:**　　7/31/2011

**SAMPLE TYPE:**　　Drywall from various areas in the home (See Below)

### PROCEDURE:

SRB Panel : Culture by API-RP38,   APS ENZYME,  Corrossion Test,   RTL-pcr DNA testing

### RESULTS:

| RTL # | Client Name | Specimen | Culture Results | APS Enzyme Results | Lab Corrosion Results | RTL DNA Results * |
|---|---|---|---|---|---|---|
| EN0511026 | Nutting | 100- NE Bed | Pos | Pos | Pos | Pos |
| EN0511027 | Nutting | 101- Master Closed | Pos | Pos | Pos | Neg |
| EN0511028 | Nutting | 102- Laundry Room | Pos | Pos | Pos | Pos |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

LEGEND:
  POS = Positive
  NEG = Negative

\* DNA Results =　　　Positive for Sulfobacillus thermosulfidooxidans only

Technician's Initials: _____



May 25, 2011

Varnell & Warwick, P.A.
20 La Grande Blvd,
The Villages, FL 32159
Attn:  Brian Warwick
*BWarwick@varnellandwarwick.com*

**RE:   Nutting, Trevor and Julie**
**3245 Reed Rd SE,**
**Palm Bay, FL 32909**
**Assessment Date: April 28, 2011**
**SkyeTec Work Order Number: 129548-259912**

Mr. Warwick:

SkyeTec has completed a limited assessment at the above-referenced property. The purpose of this assessment was to evaluate the property for signs of corrosion, to determine the manufacturer of the drywall within the home, and collect drywall samples for testing.

SkyeTec visited the property on April 28, 2011. This report summarizes the findings of our assessment.

## Observations

- After entering the home, we removed covers from electrical outlets in the nook and northeast bedroom and identified corrosion on the copper wiring (see images 3-5).

- We observed corrosion and discoloration on the HVAC coils and copper components in the air handler (see images 6-8).

- We observed corrosion and discoloration on the kitchen sink faucet and valve in the cabinet (see images 1-2).

- We observed corrosion on the bathroom sink line and faucet (see images 9-10).

Nutting, Trevor and Julie
3245 Reed Rd SE,
Palm Bay, FL 32909

- We attempted to confirm the manufacturer of the drywall by observing exploratory holes in the drywall in the master bedroom closet, laundry room, and northeast bedroom.

- We observed the label "National Gypsum" on the wallboard in the Northeast Bedroom, and the date stamp "11-24-03" on the wallboard in the Master Bedroom Closet (see images 12, 15-16).

- The paper color, texture, and markings on the drywall observed in the sample areas (Northeast Bedroom, Master Bedroom, and Laundry Room) matched board identified as "National Gypsum".

- We observed the label "National Gypsum" and "GridMarx" on the drywall in the attic (see images 18-20).

- Approximately 4900 square feet of drywall was observed in the residence.

- A malodor was not detected in the residence at the time of our assessment.

## Wallboard Bulk Sampling

Three bulk drywall samples measuring 4" (round) of the wallboard were taken inside of the residence in the Northeast Bedroom, Master Bedroom, and Laundry Room. The drill bits used were sterilized before and after each sample were taken and a new set of latex gloves were used when handling each sample. The bulk samples were double bagged individually and sent to Realtime Laboratories, Inc. in Carrollton, TX for analysis.

SkyeTec appreciates the opportunity to provide professional services for this project. If you have any questions regarding the assessment or would like a follow up inspection, please feel free to contact us at 904.482.4260.

Sincerely,

*Charles Eric Webb*

Charles Eric Webb
Project Manager

*John D. Fearer*

John D. Fearer, CIH
Executive Director, Industrial Hygiene Services



Nutting, Trevor and Julie
3245 Reed Rd SE,
Palm Bay, FL 32909

## ATTACHMENT A

### IMAGES



Trevor and Julie Nutting
3245 Reef Road SE,
Palm Bay, FL 32909
Date: April 28, 2011



| | |
|---|---|
| 1. Kitchen- Corrosion on sink components | 2. Kitchen Sink Cabinet- Corrosion on plumbing component |
| 3. Nook- Corrosion on outlet wire | 4. Northeast Bedroom- Corrosion on outlet wire |
| 5. Northeast Bedroom- Corrosion on outlet wire | 6. HVAC- Copper pipe discolored |



Trevor and Julie Nutting
3245 Reef Road SE,
Palm Bay, FL 32909

7. HVAC- Internal components corroded

8. HVAC- Internal components corroded

9. Hall Bath- Sink component corroded

10. Hall Bath- Sink line corroded

11. Northeast Bedroom- Area of sample

12. Northeast Bedroom- "National Gypsum Company" on backside of wallboard



Trevor and Julie Nutting
3245 Reef Road SE,
Palm Bay, FL 32909

| | |
|---|---|
| 13. Cleaning of drill bit | 14. Master Bedroom Closet- Area of sample |
| 15. Master Bedroom Closet- "11-24-03" Date stamp | 16. Master Bedroom Closet- "11-24-03" Date stamp |
| 17. Laundry Room- Area of sample | 18. Attic "Grid Marx" logo |

**Trevor and Julie Nutting**
**3245 Reef Road SE,**
**Palm Bay, FL 32909**

| | |
|---|---|
| 19. Attic- "National Gypsum Company" | 20. Attic- "National Gypsum Company" |

## ATTACHMENT B

### Limitations

The findings and recommendations included represent conditions evident at the time of the assessment. Building conditions related to indoor air quality may be subject to change on a daily basis. Therefore, the conditions observed and reported herein may not be evident in the future. If additional information becomes available which may affect SkyeTec's findings and recommendations, we request the opportunity to evaluate the information and modify our findings and recommendations as appropriate.

SkyeTec has endeavored to meet what it believes is the applicable standard of care ordinarily exercised by others in conducting this assessment. No other warranty, express or implied, is made regarding the information contained in this report.

This report has been prepared for the sole and exclusive use of the Client subject to previously agreed-upon terms and conditions. This report may not be suitable for the needs of others. Therefore, any reliance by other parties on the contents of this report is not granted and any such reliance shall be at the sole risk of the user.