

REAL TIME
LABORATORIES, INC

4100 Fairway Court #600, Carrollton, TX 75010
Phone: 972-243-7754    Fax: 972-243-7759
Website: www.realtimelab.com
CLIA #: 45D1051736

September 26, 2011

To:    Brian Warwick
       Varnell & Warwick, P.A.
       20 La Grande Boulevard
       The Villages, Florida  32159
       352-752-8600
       352-752-8606 (fax)

Re: Retana  Home; Inspection and Lab Work conducted on Samples taken on January 25,2011.

Dear Mr. Warwick:

This letter is a report of the inspections, the sampling, and the testing results  RTL reviewed on the home of Retana. located at Riverview, Florida  which was sampled on  January 25,  2011 and sent to RealTime Laboratories, Inc. (RTL). The samples were collected by Dennis Hooper, M.D., Ph.D., (HOOPER) of RealTime Laboratories, Inc. , Carrollton, TX., and is  competent to conduct professional scientific collection for testing purposes and were further received into RTL under chain of custody (COC) on January 26, 2011 and is attached as Exhibit # 1.   The purpose of the inspection was to examine the home for the presence of suspected contamination, which may be creating problems for the inhabitants of the home, by physically inspecting the home and removing samples of drywall, and testing of the samples at RTL.  Such problems consist of, but are not limited to:  corrosion of metals, the presence of a distinct sulfur odor or other odors which are normally not present in homes, and any other issues which may be attributed to building products, especially drywall, in the home.  All work reported in this report was conducted either at the home (the actual inspection), or at the laboratory of RealTime Laboratories, LLC, (RTL) between  January 25, 2011,  and  May 5, 2011.

## 1. Description of Materials received from SKYETEC describing home.

RTL provided HOOPER  the instructions for collection in the form and are attached hereto. (See Drywall Sample Collection Instruction Form (Exhibit  # 2) form that was executed on the day of the inspection.

Domestic Dry Wall Study
Date of sample: January 26, 2011
Date of letter:  May 3, 2011

## 2. Inspection and Sampling Protocol and Methodology:

**a. Inspector:** The premises were inspected by Dennis Hooper, M.D., Ph.D. (See above) and placed in appropriate containers as well as documented on the COC (Exhibit #1) by Dennis Hooper. All samples were transported to Texas under COC by personal courier (HOOPER) to RealTime Laboratories, LLC, (RTL), Carrollton, TX.

**b.Testing Laboratory:** RTL is a laboratory located in Carrollton, Texas, and is licensed by the State of Texas to conduct clinical testing on human specimens for mold, mycotoxins, and bacteria as well as the toxins that the bacteria may produce. The State of Texas conducts regular inspections of the RTL facilities and examines quality control, standard operating procedures, and personnel qualifications. A copy of the most recent certification is shown in Exhibit # 4. The standards set by that regulatory agency has been upheld before, during, and continues after the testing and resulting of the specimens examined. RTL and its personnel have published a peer reviewed article in 2009 regarding sulfur reducing and iron oxidizing bacteria in drywall samples (See Exhibit 5). The procedures set forth in that paper are the procedures used to conduct the DNA testing for this set of tests. Other tests conducted and reported in this letter are scientifically established tests that are commonly accepted in the industry as either gold standards (i.e. culture) or have been utilized and reported by various governmental agencies (i.e. the Consumer Protection Safety Committee (CPSC), or Florida Dept. of Health). These tests include culture using API RP38 media (See below) and corrosion testing of copper wire (standard operating procedure of RTL (see below).

## 3. Sampling Description:

All samples of drywall were collected in similar fashion as described by the RTL protocol. The collection procedure is attached as Exhibit # 2 . Samples were obtained using a 2-4 inch drill bit. After sampling each sample, the drill bit was cleaned well with tap water and rinsed with 95% ethanol and allowed to air dry prior to sampling the next sample of drywall. All samples are carefully removed from the drill bit and placed in a clean biohazard bag, labeled appropriately with location, name, and date, and number, and transported to the laboratory. All specimens were identified with a location and a location number and were documented on a Chain of Custody form (COC). (See Exhibit #1). Samples were transported to the lab by utilizing FedEx in every instance, documenting time and date of transport on the COC form.

Upon arrival at RTL, the COC form was reviewed and specimens were signed for by the accepting personnel in RTL (See Exhibit #1 , bottom signature blocks of page). The specimens are then given their own unique accession number beginning with EN (for environmental samples). In the case of these samples taken from the Retana Home , the specimen accession numbers are: EN0111014 and EN0111015 (see Left side of Chain of Custody Form, Exhibit #1). The accession sheets accompanying those specimens traveled with the specimen through various areas of laboratory while testing was conducted.

Domestic Dry Wall Study
Date of sample: January 26, 2011
Date of letter: May 3, 2011

## 4. **Testing Procedures:**

### A. **CULTURE:**

1. Obtaining powder and paper from dry wall: The drywall specimens were accepted in a sterile biohazard plastic bag. The paper is removed from the drywall carefully to insure no drywall core material is present on the paper. The drywall is then crushed in the biohazard bag until it is powder.

2. A 5 mm by 5 mm portion of paper is placed in media generated in accordance with recommendations put forth by the American Petroleum Institute (API): API RP38 Method (Revision/Edition: 75; chg: REIS; Date 03/00/82) "Recommended proactive for biological analysis of subsurface injection waters" (Exhibit #6). This media is then over-laid with 2 ml of sterile mineral oil. The tube is closed tightly to insure on oxygen exchange. The tube is incubated at $37^\circ$ C up to 21 days (3 weeks). The presence of black precipitate throughout the vial is interpreted as positive for SRB (Sulfur Reducing Bacteria).

3. In the same manner, approximately 3 grams of crushed gypsum core sample is added to a core media preparation. This media is closed with a screw cap and again incubated in like manner as in #2 above. Presence of turbidity and/or black color is interpreted as positive for SRB. The procedure here is as well described by the API, as described above in #2.

4. Negative controls as well as known positive controls are incubated side by side the specimens to insure quality control of the test procedures.

5. Reduced sulfur gas is interpreted in either one or both of the tubes as gas bubbles presence in the media.

### B. **CORROSION TESTING:**

This procedure involves taking three (3) grams of crushed gypsum powder from the specimen and placing the powder in a sterile biohazard bag with 0.5 milliliters (ml) of distilled, purified water and a 3 inch piece of copper wiring placed in the bag as well. The bag is then sealed and incubated for 21 days as well at $37^\circ$ C. Results are interpreted as positive if there is dark corrosion on the wire (See Exhibit #7, Positive and Negative Controls of Corroded Copper Wire). Drywall manufactured by U.S. Gypsum was purchased at a local home improvement store in the Dallas area and was used as the control drywall. The manufacturer was US Gypsum. The drywall was purchased as a 12 inch X 12 inch cut segment of drywall on or about September 10, 2009. The specimen has been held in a sterile biohazard bag after sampling was conducted

### C. **DNA TESTING FOR SRB BY POLYMERASE CHAIN REACTION TESTING (PCR):**

Portions of the sample from the culture that is interpreted as positive for growth (either turbidity and/or black precipitate) are then run using proprietary DNA probes from RTL. The entire procedure is described in the peer reviewed paper written by Hooper, et al, in 2009, and is attached herein as Exhibit #5. This procedure is described as follows: Control samples consisted of samples of US manufactured dry wall, not exuding $H_2S$ and $SO_2$ were purchased from a local building supply store and sampled in the same matter as the contaminated dry wall sections. Positive controls were non-contaminated drywall spiked with various concentrations of the five different bacterial organisms examined (Exhibit 8). The control organisms were ordered and received from the American Type Culture Collection (ATCC), New

Domestic Dry Wall Study
Date of sample: January 26, 2011
Date of letter: May 3, 2011

York.   Internal controls consisted of a known fungal organism, *Geotricum* sp., (GEO Control) which is present to insure that that extraction system is working properly. Positive and negative controls and all samples were extracted using a commercially available extraction system (Qiagen, Inc., Valencia, CA) that was optimized for the extraction of bacterial genomic DNA.

Powdered samples were extracted by pretreatment with Proteinase K and lysis solution in the presence of silica beads for bead beating (Sigma, St. Louis, MO). A set volume of internal control GEO spores was introduced to all samples, including the negative control. All samples were incubated at 55 °C for 1 hour, then at 72 °C for 15 minutes, and then finally further subjected to a second lysis solution. After ethanol addition, the samples were placed into spin columns containing a silica filter. DNA in the mixture was bound to the silica filter, washed several times to remove contaminants and eluted from the spin column filter by utilizing a low salt solution. Samples were stored at −20 °C until tested.

Although there are thousands of different species of SRB's, RTL selected five organisms that were prominently reported in the peer reviewed literature and were available through ATCC as well. The five primers and probes specific for *Thiobacillus caldus, Leptospirillium ferroxidans, Acidothiobacillus thiooxidans, Thiobacillus ferroxidans,* and *Sulfobacillus thermosulfidooxidans* bacterial targets plus an internal control assay were designed by RTL and synthesized by Sigma-Aldrich (St. Louis, MO). All probes used for the assays are hydrolysis probes with the reporter FAM (Fluorsescein Amidite) attached to the 5' end and the quencher Black Hole Quencher (BHQ) attached to the 3' end. Primers and probes were received lyophilized and re-suspended and mixed into working stocks containing probe and primer at required concentrations. The enzyme for the reaction was purchased as a lyophilized bead from Cepheid (Palo Alto, CA) and manufactured specifically for the SmartCycler® system. Each 50.0 µL SmartCycler® reaction tube contained reaction mix in the formula: 1.0 bead, 33.0 µL of PCR grade water,7.0 µL primer/probe working stock, and 5.0 µL of extracted DNA. The internal control was run for each extracted sample and a negative control was added as an independent assay to insure a quality control step for the extraction. All 5 bacterial assays and the internal control had a cycling profile containing an initial hot start followed by 45 denature and anneal cycles. All assays were designed and operated as qualitative detection assays. The capacity of a single SmartCycler® instrument varied from 16 to 96 reactions depending on the configuration. Multiple bacterial assays could be processed on a single SmartCycler® run with each assay containing samples, a negative control and a positive control. Data generated from the assays were analyzed utilizing the SmartCycler® Software and positives were defined as any target that crossed the Cepheid recommended threshold of 20 on the fluorescence scale during processing on the instrument.

All assays were designed using sequence data from the strains listed in Exhibit #8, with the assays and utilizing commercially available assay design software (GenBank). Specificity was checked between the organisms using an assembly program. The probe and primer sequence specificity was checked using the Blast tool available at the National Center for Biotechnology Information (NCBI) website.

Domestic Dry Wall Study
Date of sample: January 26, 2011
Date of letter:  May 3, 2011

All assays were optimized by utilizing lyophilized stocks of master mix, and then running standard curves. Further optimization was accomplished by testing spiked samples of drywall and actual drywall unknowns.

All lyophilized stocks were rehydrated to 100 μM concentration. Master Mix Stocks were made for each assay by using the following formulation for 700.0 μL of Master Mix Stock: Primer 1–15.0 μL; Primer 2–15.0 μL; Probe–10.0 μL; Water– 660.0 μL; giving a total master mix stock of 700.0 μL.

Assays for organisms were optimized utilizing target DNA in 10 fold serial dilutions formulating a curve. Data were collected and evaluated. The assays were optimized to the specification of RealTime Laboratories.

Assays for organisms were run against domestic drywall samples. Positive and negative controls were run with each test. Tests were initially conducted on domestic drywall to determine which organism in Exhibit #8 was predominant. After determination that *Sulfobacillus thermosulfidooxidans* was noted to be the only positive organism from this list in most domestic drywall samples, all further domestic drywall was only tested for this organism. The positive or negative results indicated in the results section were results of realtime PCR testing run against *Sulfobacillus thermosulfidooxidans*. The results of realtime PCR in this study indicate the result of only one positive using five (5) different probes/primer sets (Exhibit #8). There are thousands of SRB present, thus a negative result obtained in these studies does not indicate a true negative because not every SRB was tested for.

1. **SUMMARY/CONCLUSIONS:**

***Testing Results:*** *Results of the tests conducted at RTL on two (2) of the three (3) samples obtained from the Retana Home in Riverview, Florida on January 26, 2011 are attached as exhibit #9.*

*Samples from the Retana Home were tested using three parameters described in this letter. Results from RTL are shown in the attached result forms .*

Domestic Dry Wall Study
Date of sample: January 26, 2011
Date of letter:   May 3, 2011

**APPENDICES**

**Exhibits # 1-9.**

Respectfully submitted,

J.S. Sutton
VP Laboratory Operations
RealTime Laboratories, Inc.

Domestic Dry Wall Study
Date of sample: January 26, 2011
Date of letter:  May 3, 2011

EXHIBIT 1



## Pre-Treatment Sample Collection—Chain of Custody Form

| CLIENT ID: Last Name/City | |
|---|---|

| Sample IDs | Collection Date | Collection Time | Shipped |
|---|---|---|---|
| A-1 Garag | 1-25-11 | N/A | ☑ 1-26-11 |
| A-3 Bathroom master | 1-25-11 | N/A | ☐ 1-26-11 |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

ENC 1101 I
ENC 1110 BI

| Collected By: | Printed Name: | Signature: | Date: |
|---|---|---|---|
| | | | |

| Relinquished By: | Printed Name: | Signature: | Date: |
|---|---|---|---|
| | | | |

| Received By: | Printed Name: | Signature: | Date: |
|---|---|---|---|
| N Hooper | D Hooper | Hooper | 1-26-11 |
| Storeu | S. Aarces | | |

ENVIRONMENTAL

FN0111014

CUNEO GILBERT & LA DUCCA

4100 Fairway Court, #600, Carrollton, TX 75010 U.S.A. * Ph: 972-243-7754 * Fx: 972-243-7759
CLIA #: 45D1051736     Tax ID #: 20-4158680

## TESTING REQUISITION FORM —

Last _Cuneo, Gilbert & LaDucca_          Name Last _____

First _ATTN: William Anderson_          First _____

_202-789-3960_          Company _____

_Am. Drywall_          Address _____

_Drywall_          Phone _____

_RetANA A-1 (6ARA60)_
(brief description)          Fax _____

_1 * 25 * 11_

| | | |
|---|---|---|
| ____ Total Mycotoxin Panel | (EB500) | |
| (Includes Ochratoxin, Aflatoxin and Tricothecene) | | |
| ____ Ochratoxin Group (A) | (EB501) | |
| ____ Aflatoxin Group (B1, B2, G1 and G2) | (EB502) | |
| ____ Tricothecene Group (ELISA) | (EB503) | |

____ Fungal Culture and Final ID   (E9000)
____ Bacterial Culture and Final ID   (E9100)
X  Other _SRB culture_
       _& Reflex to DNA_

____ DNA Probe (see list of probes below)          (EB600)

| Probe **Aspergillus Panel** | Probe **Stachybotrys Panel** | Probe **Candida Panel** | Probe **Penicillium Panel** |
|---|---|---|---|
| ____ E amstelodami | ____ S chartarum | ____ C albicans | ____ P aurantiogriseum |
| ____ A flavus | ____ S echinata | ____ C kruseii | ____ P chrysogenium |
| ____ A fumigatus | | ____ C glabrata | ____ P citrinum |
| ____ E nidulans | Probe **Fusarium Panel** | ____ C tropicalis | ____ P corylophilum |
| ____ A niger | ____ F solani | | ____ P crustosum |
| ____ A ochraceus | | | ____ P expansum |
| ____ A parasiticus | | Probe **Histoplasmosis Panel** | ____ P fellutanum |
| ____ A sydowii | | ____ H capsulata | ____ P roquefortii |
| ____ A ustus | | | ____ P simplisticum |
| ____ A versicolor | | | ____ P verrucosum |

01 26 11     215pm          D. Hooper
                          — paid

COC delivered by D. Hooper 1/26/10  DH
(TR)                          FN0111014

ENVIRONMENTAL * ENVIRONMENTAL * ENVIRONMENTAL * ENVIRONMENTAL
ENVIRONMENTAL    EN011015

REALTIME          CUNEO, GILBERT, & LaDUCCA

4100 Fairway Court, #600, Carrollton, TX 75010   U.S.A.  *  Ph: 972-243-7754  *  Fx 972-243-7759
CLIA #: 45D1051736    Tax ID #: 20-4158880

## TESTING REQUISITION FORM — ENVIRONMENTAL SPECIMEN

**Client Information**

Name Last  Cuneo, Gilbert + LaDucca
First  ATTN: William Anderson
Phone  202-789-3960
Project Name  Am. Drywall
Specimen description  Dry Wall
Return A-3 - BATHROOM MIRROR
(brief description)
Date specimen was collected  1 * 25 * 11

**Requested / Additional Report Information**

Name Last _____
First _____
Company _____
Address _____
Phone _____
Fax _____

_____ Total Mycotoxin Panel          (EB500)
      (includes Ochratoxin, Aflatoxin and Tricothecene)
_____ Ochratoxin Group (A)           (EB501)
_____ Aflatoxin Group (B1, B2, G1 and G2)  (EB502)
_____ Tricothecene Group (ELISA)     (EB503)

_____ Fungal Culture and Final ID    (E9000)
_____ Bacterial Culture and Final ID (E9100)
  X  Other  SRB Culture
      & Reflex to DNA

_____ DNA Probe (see list of probes below)                              (EB600)

| Probe | Aspergillus Panel | Probe | Stachybotrys Panel | Probe | Candida Panel | Probe | Penicillium Panel |
|---|---|---|---|---|---|---|---|
| | E amstelodami | | S chartarum | | C albicans | | P aurantiogriseum |
| | A flavus | | S echinata | | C kruseii | | P chrysogenium |
| | A fumigatus | | | | C glabrata | | P citrinum |
| | E nidulans | Probe | Fusarium Panel | | C tropicalis | | P corylophilum |
| | A niger | | F solani | | | | P crustosum |
| | A ochraceus | | | Probe | Histoplasmosis Panel | | P expansium |
| | A parasiticus | | | | H capsulata | | P fellutanum |
| | A sydowii | | | | | | P roqueforti |
| | A ustus | | | | | | P simplisticum |
| | A versicolor | | | | | | P verrucosum |

'01  26  11    215pm              D. Hooper
                                  ~paid

CoC delivered by Mr. Hooper
                              EN011015



## Pre-Treatment Sample Collection—Field Form

*NOTE: Sample collection and testing to be in accordance with DRYWALL SAMPLING PROCEDURES*

| CLIENT ID: Last Name/City | |
|---|---|

Take 6 four-inch core samples, three from known or suspected problem drywall areas if possible and three taken randomly. Include one positive control and one negative control in sample set.
If Owner present, take location preferences into consideration.

| Sample IDs | Known/Suspected (K/S) or Random | Description of location (if other than wall, indicate why; If K/S, indicate why) | Marked on Plan |
|---|---|---|---|
| | ☑ K/S ☐ Random | | ☐ Yes ☐ No |
| | ☐ K/S ☐ Random | | ☐ Yes ☐ No |
| | ☐ K/S ☐ Random | | ☐ Yes ☐ No |
| | ☐ K/S ☐ Random | | ☐ Yes ☐ No |
| | ☐ K/S ☐ Random | | ☐ Yes ☐ No |
| | ☐ K/S ☐ Random | | ☐ Yes ☐ No |
| | Positive Control | NA | NA |
| | Negative Control | NA | NA |

| | |
|---|---|
| Did Owner have Sample location input | ☐ Yes ☐ No |
| Date of Sample collection | |
| Sample collection person | |
| Chain of Custody document prepared | ☐ Yes |
| Date Samples sent to Lab (total of 8 samples with Chain of Custody Form)—*Do Not Send This Form with Samples* | |



EXHIBIT 2



4100 Fairway Court, Ste 600, Carrollton, TX 75010 – USA · Ph: 972-243-7754 · Fx 972-243-7759
Website: _____ · CLIA #: 45D1051735 · Tax ID #: 20-4158880

## Drywall Sample Collection and Test Methodology

### Drywall Sampling Procedures
**Equipment & Supplies:**
• Drywall Sample Chain-of-Custody (COC)
• Sample bags (e.g. Ziploc)
• Sterile alcohol wipes
• Drill & 4-inch hole saw
• Disposable gloves

**Samples to be collected:**
Collect six four-inch core samples, with three taken from known or suspected problem
drywall areas if possible. Samples are to be collected from targeted locations based upon
labeling indicative of Chinese Drywall (e.g. "Knauf Plasterboard Tianjin Co. Ltd.") and/or
close proximity to blackened copper. If labeled Chinese Drywall is identified, collect three
such samples for testing and three random samples. If labeling is not visible or known, the
six samples should be collected from locations that are in close proximity to blackened
copper. Include one positive control and one negative control in sample set to be sent to
RealTime Laboratories. To avoid damaging vapor barriers present within the home, samples
will not be collected from any bathroom or laundry room locations.
**Draw a floor plan of the home (8 ••• by 11 sketch for each floor) and identify the
following on each page:**
• Address of home
• Each drywall sampling location.

**Collection of Drywall Cores:**
• Collect one four-inch wallboard core from each targeted sample location using general
aseptic technique (sterilize hole-saw between cores using sterile alcohol wipes).
• Place each wallboard core in sample bag labeled with Sample ID #, date, and time of
collection.
• Fill out Drywall Sample Chain of Custody form (COC):
• Ship samples with COC to:

>RealTime Laboratories
>4100 Fairway Ct. Suite 600
>Carrollton, TX 75010



EXHIBIT 4

REAL TIME LABORATORIES LLC
4130 FAIRWAY COURT SUITE 200
CARROLLTON, TX 750--

DENNIS G HOOPER

08/17/2010

06/16/2010



EXHIBIT 5

*Int. J. Mol. Sci.* **2010**, *11*, 647-655; doi:10.3390/ijms11020647

ISSN 1422-0067
www.mdpi.com/journal/ijms

*Article*

# Isolation of Sulfur Reducing and Oxidizing Bacteria Found in Contaminated Drywall

**Dennis G. Hooper** [1,*], **John Shane** [2], **David C. Straus** [3], **Kaye H. Kilburn** [4], **Vincent Bolton** [1], **John S. Sutton** [5] and **Frederick T. Guilford** [1]

[1] RealTime Laboratories, LLC, 13016 Bee Street #203, Dallas, TX 79234, USA;
E-Mails: vincebolton@yahoo.com (V.B.); drg@readisorb.com (F.T.G.)

[2] PRO-LAB, Weston, FL 33326, USA; E-Mail: jshane@core.com

[3] Department of Microbiology and Immunology, Texas Tech University Health Sciences Center,
Lubbock, TX 79430, USA; E-Mail: david.straus@ttuhsc.edu

[4] Neuro-Test, Inc., Pasadena, CA 91107, USA; E-Mail: khkilburn@sbcglobal.net

[5] Embark Scientific, LLC, Austin, TX 78757, USA; E-Mail: ssutton@embarkscientific.com

* Author to whom correspondence should be addressed; E-Mail: mscmd@cox.net;
Tel.: +1-972-243-7754; Fax: +1-972-243-7759.

*Received: 22 January 2010 / Accepted: 29 January 2010 / Published: 5 February 2010*

**Abstract:** Drywall from China has been reported to release sulfur producing products which are corrosive to metals, result in noxious odors, and represent a significant health risk. It has been reported that these emissions produce medical symptoms such as respiratory or asthma type problems, sinusitis, gastrointestinal disorders, and vision problems in home owners and their household pets. We report here a method of identifying a causative agent for these emissions by sampling affected gypsum wallboard and subjecting those samples to Real Time Polymerase Chain Reaction [RT-PCR] studies. Specific DNA probes and primers have been designed and patented that detect a specific iron and sulfur reducing bacterium (*i.e., Thiobacillus ferrooxidans*). One hundred percent of affected drywall samples obtained from homes located in the southeastern United States tested positive for the presence of *T. ferrooxidans*. All negative controls consisting of unaffected wallboard and internal controls, *Geotrichum* sp., tested negative within our limits of detection.

*Int. J. Mol. Sci.* **2010**, *11*
648

**Keywords:** Chinese drywall; *Thiobacillus ferrooxidans*; sulfur reducing bacteria; sulfur emissions

---

## 1. Introduction

Corrosive imported drywall refers to drywall imported into the United States from China from 2004 to 2007 [1]. The U.S. Consumer Product Safety Commission has recently received more than 550 reports from people in 19 states and the District of Columbia involving odors, health symptoms and corrosion problems they blame on imported Chinese drywall. The complaints also describe "rotten egg" and "burnt match" smells, corrosion of wiring, and corrosion and/or tarnishing of other metals in the homes [2]. It is reported that the imported drywall emits gases that produce a sulfurous odor which cause significant property damage in heating, ventilation, and air conditioning systems, electrical wiring, copper plumbing, and appliances. The inhabitants of these same buildings report a variety of health related problems [3–5]. The source and/or cause of the property damage has not been identified. There are, however, many who conjecture that the gases arise from tainted drywall manufactured in China which is both the source and cause of both the reported environmental and health problems. One theory is that the tainted drywall was manufactured with gypsum mined in China and that the gypsum was then mixed with fly ash, a waste material that is a byproduct from power plants using coal. Samples of Chinese drywall that were tested by United Engineering, however, found that the wallboard consisted of 5–15% organic material, which contradicts the theory that Chinese drywall was made using waste from coal fired power plants, and indicates that the tainted drywall from China comes from mined gypsum, not synthetic gypsum made from coal ash [5,6]. Since this wallboard contains such a high concentration of organic material, a current theory in the industry is that Chinese drywall contains an organism that is degrading iron and sulfur compounds to produce sulfur odors [7]. The organisms in this study produce hydrogen sulfide and sulfur dioxide which have been documented to cause many symptoms when humans are exposed to them [8,9]. Sulfur reducing bacteria (SRB) make hydrogen sulfide and have recently been linked as a causative agent in disorders of the gastrointestinal tract [10], eyes [11], and respiratory system [12] in humans and animals. Furthermore, testimony before the United States Senate by the Director of the Division of Environmental Hazards and Health Effects emphasized the existing health and product issues associated with imported drywall [13].

Our objective was to determine if sulfur and iron reducing/oxidizing bacteria could be isolated from contaminated wallboard. The organisms studied were: *Thiobacillus(Acidithiobacillus)ferrooxidans*, *Sulfobacillus thermosulfidooxidans*, *Leptosprilium ferrooxidans*, *Thiobacillus (Acidithiobacillus) caldus*, and *Actinobacillus thiooxidans*. All work was conducted on either American Type Culture Collection (ATCC), New York, NY, cultures or DNA obtained directly from ATCC. RealTime polymerase chain reaction studies (RT-PCR) were conducted on the five organisms. The isolation of sulfur reducing/oxidizing bacteria in drywall may explain the reported patient symptoms.

## 2. Results and Discussion

Samples were extracted and subjected to DNA probes and primers to SRB. (See Table 1 for organisms tested). Controls consisting of known positive organisms as well as known negative organisms were used in each test. *Geotrichum* (GEO) was used as an internal control to indicate that the entire system can and does exhibit polymerase chain reaction (PCR) activity. PCR control curves for known positive SRB organisms and known SRB negative (*i.e., Escherichia coli*) as well as the GEO internal control are shown in Figures 1 and 2.

**Figure 1.** Representative control curves for bacteria tested in contaminated drywall samples.



**Figure 2.** Representative *geotricum* sp. (GEO_control for all tests conducted (internal control). Different concentrations of GEO were added to the same amount of drywall material.



Assays for all organisms were optimized utilizing target DNA in 10-fold serial dilutions formulating multiple curves. Organisms used in this study are shown in Table 1. Data collected and evaluated, as well as the assays were determined to be optimized to the specification of RealTime Laboratories, LLC, Dallas, Texas. The results of the 1:10 dilutions made of each organism tested in water demonstrated the sensitivity of system. Thus, standard PCR curves could be drawn for each

Int. J. Mol. Sci. 2010, 11 650

organism. (Table 2). These studies were conducted using non-contaminated drywall to show that the components in drywall do not inhibit the PCR reaction. Although the assay validation was not quantitative, the assay was sensitive to five copies of DNA for the organism(s) tested. Samples were considered positive when the replication curve crossed the 20.0 fluorescence mark (log scale). Negative samples did not cross the 20.0 fluorescence mark.

**Table 1.** Bacterial organisms and the strains used to create DNA probes/primers.

| | |
|---|---|
| *Thiobacillus (Actinobacillus) caldus* | Designed with strains N39-30-02, P5-10, MTH-04, DSM8584, DX-2, J-1, D-2, YN06, S-1, T-1, S-2, D-1, and ATCC51756. |
| *Sulfobacillus thermosulfidooxidans* | Designed with strains HR-K17-45, DK-J16-45, DK-E8-45, N19-45-01, N19-50-01, G-2, YN22, and ATCC 51911 (*S. disulfidooxidans*). |
| *Leptospirillum ferrooxidans* | Designed with strains JCM17, C2-6, C21, C2-3, C2-7, C2-2, C2-4, and ATCC 53993 D. |
| *Actinobacillus thioxidans* | Designed with strains ATCC 19377, and ATCC 55020. |
| *Thiobacillus (Actinobacillus) ferrooxidans* | Designed with strains ATCC23270T, ATCC33020, SS6, CC1, BRGM1, LMT1, LMT4, DSM9465, SS4, 84, ATCC19859, TF-49, B9, B20, B5, ML17-48A, and ATCC23270D. |

**Table 2.** Drywall test results for validation studies of sulfur and iron reducing and oxidizing bacteria.

| Organism | Standard Curves Drawn | Spiked Drywall Showing No Inhibition of Curves Number spiked/Number Positive | Drywall Unknowns Positive/Total Tested (Percent Positive] |
|---|---|---|---|
| *Thiobacillus (Actinobacillus) caldus* | Yes | 6/6 | 1 (weak)/25 (4.0%) |
| *Sulfobacillus thermosulfidoxidans* | Yes | 6/6 | 0/25 (0%) |
| *Leptospirillum ferrooxidans* | Yes | 6/6 | 0/25 (0%) |
| *Actinobacillus thioxidans* | Yes | 6/6 | 0/25 (0%) |
| *Thiobacillus (Actinobacillus) ferrooxidans* | Yes | 6/6 | 25/25(100%) |

Normal drywall samples (not emitting any sulfur compounds) were purchased from a local building supply store and then tested by spiking them with known ATCC organisms. Normal spiked drywall was tested using each of five DNA probes to the organisms listed in Table 2. A positive GEO control and negative drywall sample was also tested. In all cases of the spiking test, the DNA from all five organisms and the GEO control was detected (Table 2). Drywall samples from homes with known contaminated drywall were then assayed. Assays using probes for all organisms in this study were conducted using all five organisms noted in Table 1. *Thiobacillus ferroxidans* was detected in all

*Int. J. Mol. Sci.* 2010, *11*                                                                                      651

twenty-five samples tested. Only one very weak positive result with *T. caldus* was detected in one of twenty-five drywalls tested.

In this study, five organisms were examined to see if they were present in contaminated drywall. The iron-oxidizing bacterium *T. ferrooxidans* is an important organism for the leaching of sulfide ores [14,15]. *Thiobacillus ferrooxidans* can oxidize both $Fe^{2+}$ and reduced sulfur compounds [16]. Two enzymes have been isolated from *T. ferrooxidans* which can use $Fe^{3+}$ as an electron acceptor for the oxidation of sulfide and sulfite ions. These enzymes, hydrogen sulfide: ferric ion oxidoreductase (SFORase] and sulfite: ferric ion oxidoreductase, have been purified from *T. ferrooxidans*. A new route for sulfur oxidation in *T. ferrooxidans* was reported by Sugio *et al.* in 1989 [17]. They showed that the substrate for SFORase in solid elemental sulfur oxidation by *T. ferrooxidans* was hydrogen sulfide. This system involves a hydrogen sulfide-binding protein (SBP), which reversibly binds hydrogen sulfide and supplies SFORase with hydrogen sulfide as a substrate. Thus, the existence of SBP demonstrated that hydrogen sulfide was synthesized in *T. ferrooxidans* cells. This study concluded that hydrogen sulfide plays a role as an energy reserve in *T. ferrooxidans*. Sugio *et al.* in 1992 [18] and again in 2000 [19] substantiated the existence of a hydrogen sulfide:ferric ion oxidoreductase in iron-oxidizing bacteria such as *T. ferrooxidans*.

Although the source has not yet been identified, analytical testing of contaminated Chinese drywall samples has revealed strontium sulfide, hydrogen sulfide, and sulfur dioxide ($SO_2$) [20]. Emissions from the drywall have been blamed for the reported corrosion of plumbing and electrical systems and homeowners have blamed the gases for their health ailments [1–3]. After a report from the Florida Department of Health on October 15, 2009 [3] many questions remained concerning the adverse health effects of the contaminated drywall. Although sulfur gases were found, there was no evidence of high emissions in any of the samples evaluated [21]. These results do not explain the human ailments due to this exposure. Dose response relationships for hydrogen sulfide in human subjects cannot be developed directly because of known adverse effects on function of the brain, eye, lung, and skin [22]. Kilburn showed that the best data have been assembled from observed episodes rather than from experimental exposures [9]. These data showed impairment of balance, color discrimination, and reaction time, verbal memory and other functions at average daily exposures to $H_2S$ of 1 part per million (ppm) to 5 ppm. There is also evidence that brief spikes of concentrations of $H_2S$ for 1 to 3 breaths at 50 ppm to 200 ppm. cause coma, while average levels of 100 ppm and higher concentrations are fatal. Also, levels that corrode metal cause brain damage, corneal ulcers, and asthma in human subjects [23,24]. These effects on the brain appeared permanent, judged from studies a year later [9,22] while, in contrast, asthma and corneal ulcers improved.

## 3. Experimental Section

*3.1. The Hypothesis in This Study Tested the Following:*

### 3.1.1. Null Hypothesis

There was not a significant difference in the presence of sulfur and iron reducing/oxidizing bacteria between contaminated and non-contaminated drywall.

*Int. J. Mol. Sci.* **2010**, *11*                                                                 652

### 3.1.2. Alternative Hypothesis

There was a significant difference in the presence of sulfur and iron reducing/oxidizing bacteria between contaminated and non-contaminated drywall.

### 3.2. Samples

Samples of contaminated drywall previously tested for the presence of strontium, carbon disulfide, carbonyl sulfide, dimethyl disulfide, and dimethyl sulfide in 25 homes in southeastern US were examined in this study. All tested positive for volatile sulfides. Sulfides are known to be strong oxidants and odorants. In the presence of hydrogen sulfide, carbonyl sulfide will turn copper and silver black and further corrode these metals. All samples were obtained from PRO-LAB, Weston, FL, and were subjected to multiple toxicology, mycology and microbiology examinations. All standard conventional bacterial and mycology cultures were negative. Thus, all studies were non-contributory to causation of the production of hydrogen sulfide and sulfur dioxide. A two square inch piece of dry wall was submitted under chain of custody to RealTime Laboratories. Each specimen was placed in a clean, sterile crucible and crushed into dry powder. One gram of powdered dry wall was then subjected to extraction.

Samples of US manufactured dry wall, not exuding $H_2S$ and $SO_2$ were purchased from a local building supply store and sampled in the same matter as the contaminated dry wall sections. Positive controls were non-contaminated drywall spiked with various concentrations of the five different bacterial organisms examined (Table 1). Internal controls consisted of a known fungal organism, *Geotricum* sp., (GEO Control) which is present to insure that that extraction system is working properly.

### 3.3. Extraction of Samples

Positive and negative controls and all samples were extracted using a commercially available extraction system (Qiagen, Inc., Valencia, CA) that was optimized for the extraction of bacterial genomic DNA. Powdered samples were extracted by pretreatment with Proteinase K and lysis solution in the presence of silica beads for bead beating (Sigma, St. Louis, MO). A set volume of internal control GEO spores was introduced to all samples, including the negative control. All samples were incubated at 55 °C for 1 hour, then at 72 °C for 15 minutes, and then finally further subjected to a second lysis solution. After ethanol addition, the samples were placed into spin columns containing a silica filter. DNA in the mixture was bound to the silica filter, washed several times to remove contaminants and eluted from the spin column filter by utilizing a low salt solution. Samples were stored at −20 °C until tested.

### 3.4. Target Design

Primers and probes specific for each of 5 bacterial targets plus an internal control assay were designed by RealTime Labs, LLC and synthesized by Sigma-Aldrich (St. Louis, MO). All probes used for the assays are hydrolysis probes with the reporter FAM attached to the 5' end and the quencher

re-suspended and mixed into working stocks containing probe and primer at required concentrations. The enzyme for the reaction was purchased as a lyophilized bead from Cepheid (Palo Alto, CA) and manufactured specifically for the SmartCycler® system. Each 50.0 μL SmartCycler® reaction tube contained reaction mix in the formula: 1.0 bead, 33.0 μL of PCR grade water, 7.0 μL primer/probe working stock, and 5.0 μL of extracted DNA. The internal control was run for each extracted sample and a negative control was added as an independent assay to insure a quality control step for the extraction. All 5 bacterial assays and the internal control had a cycling profile containing an initial hot start followed by 45 denature and anneal cycles. All assays were designed and operated as qualitative detection assays. The capacity of a single SmartCycler® instrument varied from 16 to 96 reactions depending on the configuration. Multiple bacterial assays could be processed on a single SmartCycler® run with each assay containing samples, a negative control and a positive control. Data generated from the assays were analyzed utilizing the SmartCycler® Software and positives were defined as any target that crossed the Cepheid recommended threshold of 20 on the fluorescence scale during processing on the instrument.

*3.5. Assay Design*

All assays were designed using sequence data from the strains listed in Table 1 with the assays and utilizing commercially available assay design software (GenBank). Specificity was checked between the organisms using an assembly program. The probe and primer sequence specificity was checked using the Blast tool available at the National Center for Biotechnology Information (NCBI) website.

*3.6. Assay Optimization*

All assays were optimized by utilizing lyophilized stocks of master mix, and then running standard curves. Further optimization was accomplished by testing spiked samples of drywall and actual drywall unknowns.

### 3.6.1. Rehydration of Lyophilized Stocks

All lyophilized stocks were rehydrated to 100 μM concentration. Master Mix Stocks were made for each assay by using the following formulation for 700.0 μL of Master Mix Stock: Primer 1–15.0 μL; Primer 2–15.0 μL; Probe–10.0 μL; Water–660.0 μL; giving a total master mix stock of 700.0 μL.

### 3.6.2. Standard Curves

Assays for organisms were optimized utilizing target DNA in 10 fold serial dilutions formulating a curve. Data were collected and evaluated. The assays were optimized to the specification of RealTime Laboratories.

### 3.6.3. Testing of Spiked Drywall

Assays for organisms were further tested by spiking known organisms into wallboard that was not contaminated with any organisms. This wallboard was tested for each organism along with a positive

*Int. J. Mol. Sci.* **2010**, *11*                                                                    654

3.6.4. Testing of Drywall Unknowns

Assays for organisms were run against 25 unknown drywall samples. Results are shown in Table 2.

4. Conclusions

Contaminated drywall can be defined as drywall that emits hydrogen sulfide and sulfur dioxide gases. The control group in this case consists of drywall that does not emit the same types of gases. Results of the testing in this study indicate that the null hypothesis is rejected. There is sufficient evidence to indicate that there are bacteria that can reduce/oxidize sulfur and iron in contaminated drywall and these bacteria are not present in the non-contaminated drywall. This bacterial group is one that reduces and oxidizes sulfur and iron. The significant organism in contaminated dry wall was determined to be *Thiobacillus ferrooxidans.*

References and Notes

1.  Defective Imported Drywall: Don't get nailed by bogus tests and treatments. Federal Trade Commission (FTC) Consumer Alert: Washington, DC, USA, December 2009.
2.  Drywall Review. US Consumer Product Safety Commission: Washington, DC, USA, December 22, 2009.
3.  Krause, D.; Salazar, R.; Eldredge, C. *Results of Indoor Air Testing in Two Homes Experiencing Copper Corrosion Associated with Corrosive Imported Drywall*; Florida Department of Health (DOH) Report. Tallahassee, FL, USA, 15 October 2009. Available at http://drywallsymposium.org/Posters/Krause.pdf (Accessed on 29 January 2010).
4.  *Case Definition for Drywall Associated Corrosion in Residences*; Florida Department of Health (DOH): Tallahassee, FL, USA, 18 December 2009.
5.  *Imported Drywall and Health – A guide for Healthcare Providers*; Agency for Toxic Substances and Disease Registry, Center for Disease Control: Atlanta, GA, USA, September, 2009. Available at: http://www.cdc.gov/nceh/drywall/docs/Drywall_for_Healthcare_Providers.pdf (Accessed on 29 January 2010).
6.  Halford, B.; Wallboard, W. Odors and corrosion raise concern over drywall imported from China. *Sci. Technol.* **2009**, *87*, 50–51.
7.  Hooper, D.; Shane, J.; Straus, D.; Bolton, V.; Kilburn, K.; Guilford, F. Isolation of sulfur reducing and oxidizing bacteria found in drywall. In *Poster Presentation at Technical Symposium for Corrossion of Drywall*. Tampa, FL, USA, November 5–6, 2009. Available at http://www.drywallsymposium.com/Posters/Hooper.pdf (Accessed on 29 January 2010).
8.  Hydrogen Sulfide (H$_2$S). *OSHA Fact Sheet*. October, 2005. Available at: http://www.osha.gov/OshDoc/data_Hurricane_Facts/hydrogen_sulfide_fact.pdf (Accessed on 29 January 2010).
9.  Kilburn, K.H. Evaluating health effects from exposure to hydrogen sulfide: central nervous system dysfunction. *Environ. Epidemiol. Toxicol.* **1999**, *1*, 207–216.

Case 2:11-cv-00338-JES-SPC   Document 218-14   Filed 05/14/12   Page 25 of 33 PageID 5433

10. Deplancke, B.; Hristova, K.R.; Oakley, H.A.; McCracken, V.J.; Aminov, R.; Mackie, R.I.; Gaskins, H.R. Molecular ecological analysis of the succession and diversity of sulfate- reducing bacteria in the mouse gastrointestinal tract. *Appl. Environ. Microbiol.* **2000**, *66*, 2166–2174.

11. Lambert, T.; Goodwin, V.M.; Stefani, D.; Strosher, L. Hydrogen sulfide ($H_2S$) and sour gas effects on the eye. A historical perspective. *Sci. Total Environ.* **2006**, *367*, 1–22.

12. Loubinoux, J.; Jaulhac, B.; Piemont, Y.; Monteil, H.; Le Faoui, A.E. Isolation of sulfate- reducing bacteria from human thoracoabdominal pus. *J. Clin. Microbiol.* **2003**, *41*, 1304–1306.

13. McGeehin, M. Testimony before the subcommittee on Consumer Protection, Product Safety, and Insurance Committee on Commerce, Science, and Transportation United States Senate. Health and Product Safety Issues associated with imported drywall. CDC: Atlanta, GA, USA, May 21, 2009. Available at: http://www.cdc.gov/nceh/drywall/docs/CDC_Drywall_Testimony_05-13-09.pdf (Accessed on 29 January 2010).

14. Park, H.; Lee, J.; Ahn, J. The effects of *Acidithiobacillus ferrooxidans* on the leaching of cobalt and strontium adsorbed onto soil particles. *Environ. Geochem. Health* **2007**, *29*, 1573–2983.

15. Rao, Y.; Mirajkar, K.; Natarajan, K.A.; Somasundaran, P. *Int. J. Min. Proc.* **1997**, *50*, 203–210.

16. Suzuki, I.; Takeuchi, T.; Yuthasastrakosol, T.; Oh, J.K. Ferrous iron and sulfur oxidation and ferric iron reduction activities of *Thiobacillus ferrooxidans* are affected by growth on ferrous iron, sulfur, or a sulfide ore. *Appl. Environ. Microbiol.* **1990**, *56*, 1620–1626.

17. Sugio, T.; Katagiri, T.; Inagaki, K.; Tano, T. Actual substrate for elemental sulfur oxidation by sulfur:ferric ion oxidoreductase purified from *Thiobacillus ferrooxidans*. *Biochim. Biophys. Acta* **1989**, *973*, 250–256.

18. Sugio, T.; Hirose, T.; Ye, L.Z.; Tano, T. Purification and some properties of sulfite: Ferricion oxidoreductase from *Thiobacillus ferrooxidans*. *J. Bacteriol.* **1992**, *174*, 4189–4192.

19. Ng, K.Y.; Kamimura, K.; Sugio, T. Production of hydrogen sulfide from tetrathionate by the iron-oxidizing bacterium *Thiobacillus ferrooxidans* NASF-1. *J. Biosci. Bioeng.* **2000**, *90*, 193–198.

20. Interagency task force on chinese drywall. Executive Summary of October 29, 2009 Release of Initial Chinese Drywall Studies. October 29, 2009. Available at: http://www.cpsc.gov/info/drywall/execsum.pdf (Accessed on 3 February 2010).

21. Chinese drywall. Executive Summary of November 23, 2009 Release. US Consumer Product Safety Commission. Washington, DC, USA, 2009.

22. Kilburn, K.H; Warshaw, R.H. Hydrogen sulfide and reduced-sulfur gases adversely affect neurophysiological functions. *Toxicol. Environ. Health* **1995**, *11*, 185–197.

23. Kilburn, K.H. Exposure to reduced sulfur gases impairs neurobehavioral function. *South. Med. J.* **1997**, *90*, 997–1006.

24. *Toxicological Review of Hydrogen Sulfide in Support of Summary Information on Integrated Risk Information System (IRIS)*; EPA/635/R-03/005; National Center for Environmental Assessment-U.S. Environmental Protection Agency: Washington, DC, USA, 2003

© 2010 by the authors; licensee Molecular Diversity Preservation International, Basel, Switzerland. This article is an open-access article distributed under the terms and conditions of the Creative Commons Attribution license (http://creativecommons.org/licenses/by/3.0/).



Exhibit 46.  API RP38 Media.  Laboratory Generated Media

Media generated following recommendations put forth by the American Petroleum Institute (API); API RP38 Method (Revision/Edition: 75; Chg: REIS; Date: 03/00/82) "Recommended practice for biological analysis of subsurface injection waters"

Formula.) Distilled water $H_2O$ 1L,2 Sodium lactate, USP--4ml3 Yeast Extract—1g4 Magnesium sulfate $MgSO_4 \cdot 7H_2O$ 0.2g5 Dipotassium hydrogen phosphate (anhydrous) $K_2HPO_4$ 0.01g6 Sodium chloride $NaCl$ 10g7 Ascorbic acid $C_6H_8O_6$ 0.1g8 Ferrous ammonium sulfate $Fe(SO_4)_2(NH_4)_2 \cdot 6H_2O$ 0.2g9 Iron Powder $Fe$—

## Method 1: SRB in Drywall Back Paper (Presence/Absence)
SRB Media Preparation:
1. Dissolve ingredients 1 through 7 with gentle heating.
2. Adjust pH to 7.3 with NaOH - If excessive precipitation occurs, discard medium.
3. Autoclave 15 min @ 15 psi steam pressure.
4. Cool media.
5. Dissolve iron salts in media (ferrous ammonium sulfate).
   SRB Drywall Back Paper Testing:
   1. Dispense 10 ml of media into each test tube.
   2. Add enough iron powder to cover bottom of each test tube.
   3. Add 5x5 mm of drywall back paper to tube.
   4. Overlay media with 2 ml of mineral oil.
   5. Seal tube cap.
   6. Incubate @ 37°C up to 28 days (4 weeks).
   7. Presence of black precipitate throughout vial = Positive for SRB

## Method II: Bacteria in Drywall Gypsum Core (Presence/Absence)
Beef extract 3g.  Peptone 5g,  NaCl 10g.  Distilled H2O 1L.

Gypsum Core Growth Media Preparation:
1. Dissolve ingredients with gentle heating.
2. Adjust pH to 7.0 with NaOH.
3. Dispense 10 ml of media into each test tube.
4. Autoclave 15 min @ 15 psi steam pressure
5. Cool media.
Drywall Gypsum Core Testing:
1. Add small amount of crushed gypsum core sample to tube.
2. Close tube cap.
3. Incubate @ 37°C for a minimum of 5 days.
4. Presence of turbidity = Positive for bacteria.

Note: BD Difco™ Nutrient Broth (REF 234000) used for beef extract and peptone.



EXHIBIT 7

Copper Wire exposed to domestic dry wall.

Oxidized Copper Wire Example:   Copper Wire exposed to SRB contaminated Drywall.

Non-Oxidized Copper Wire Example:   Copper Wire exposed to non-contaminated Drywall.

OXIDIZED
EXAMPle

NON-OXIDIZED
EXAMPle



EXHIBIT 8

Exhibit 8 Bacterial organisms and the strains used to create DNA probes/primers.

| | |
|---|---|
| *Thiobacillus (Actinobacillus) caldus* | Designed with strains N39-30-02, P5-10, MTH-04, DSM8584, DX-2, J-1, D-2, YN06, S-1, T-1, S-2, D-1, and ATCC51756. |
| *Sulfobacillus thermosulfidooxidans* | Designed with strains HR-K17-45, DK-J16-45, DK-E6-45, N19-45-01, N19-50-01, G-2, YN22, and ATCC 51911 (S. disulfidooxidans). |
| *Leptospirillum ferrooxidans* | Designed with strains JCM17, C2-6, C21, C2-3, C2-7, C2-2, C2-4, and ATCC 53993 D. |
| *Actinobacillus thioxidans* | Designed with strains ATCC 19377, and ATCC 55020. |
| *Thiobacillus (Actinobacillus) ferrooxidans* | Designed with strains ATCC2327OT, ATCC33020, SS6, CC1, BRGM1, LMT1, LMT4, DSM9465, SS4, 84, ATCC19859, TF-49, B9, B20, B6, ML17-48A, and ATCC23270D. |

Note: Tests were initially conducted on Domestic drywall to determine which organism in Exhibit 8 was predominant. After determination that *Sulfobacillus thermosulfidooxidans* was noted to be the only positive organism from this list, all domestic drywall was only tested for this organism.



# REALTIME LABORATORIES, LLC
## 4100 FAIRWAY DR. #600
## CARROLLTON, TEXAS 75010
CLIA #: 45D1051736    TAX ID #: 20-4158880
PHONE: 972-243-7754    FAX: 972-243-7759
WEBSITE: www.realtimelab.com    E-MAIL: info@realtimelab.com

## SULFUR REDUCING BACTERIA REPORT - ENVIRONMENTAL

**CUSTOMER:**    Cuneo, Gilbert and LaDucca, Attn: William Anderson

**LOCATION:**    Retana Home, 11412 Mountain Bay Dr., Riverview, FL  33569

**ACCESSION #:**    EN0111014, EN0111015

**DATE OF SERVICE:**    1/26/2011

**DATE OF REPORT:**    5/3/2011

**SAMPLE TYPE:**    Drywall from various areas in the home (See Below)

**PROCEDURE:**

SRB Panel : Culture by API-RP38.  Corrossion Test.  RTL-pcr DNA testing

**RESULTS:**

| RTL # | Client Name | Specimen | Culture Results | APS Enzyme Results | Lab Corrossion Results | RTL DNA Results * |
|-------|-------------|----------|-----------------|--------------------|-----------------------|-------------------|
| EN0111014 | Retana Home | A-1 Garage | Pos | NA | Pos | Pos |
| EN0111015 | Retana Home | A-3 Bathroom Mirror | Pos | NA | Pos | Pos |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

LEGEND:
POS = Positive
NEG = Negative

* DNA Results =    Positive for Sulfobacillus thermosulfidooxidans only

NA    Not Applicable
Technician's Initials: _____