## Williams Building Diagnostics Inc.

*Building Enclosure Consultants*

305 15ᵗʰ Street West
Bradenton, FL 34205

941.238.1000
941.238.1005 Facsimile

November 17, 2011

Brian W. Warwick Esq.
Varnell & Warwick, P.A.
20 LaGrande Blvd.
The Villages, Florida 32159

**Re:    Drywall Remediation Protocol for Brucker v. Lowes Home Centers, Inc., et al.,
Case No.:  2:10-cv-00405 and Brincku v. National Gypsum Company, et al. Case
No.:  2:11-cv-00338**

Dear Mr. Warwick,

Williams Building Diagnostics Inc. (WBD) has prepared background information regarding the development of a planning and estimating tool for the repair of residences adversely affected by "corrosive" drywall.  The purpose of this activity is to establish a real-world procedural framework which would enable counsel and homeowners to plan for necessary remediation, with the expectation that these procedures could be further expanded to serve as a cost reference guide for such repairs.

By way of background, during the past several years thousands of homeowners have experienced adverse effects due to use of "corrosive drywall" in their dwellings' construction.  The problem has primarily arisen in Gulf and Atlantic Coast regions (e.g., Florida, Texas, Virginia, Louisiana, and Alabama).  The adverse concerns appear to occur in cases where certain formulations of drywall were installed, in a variety of residential dwelling types, and which subsequently emitted sulfide odors.  Comprehensive repairs are required, which essentially involve stripping the home's interior finishes and construction to the underlying structure, cleaning and ventilating the work, and installing replacement systems, components and materials.

Williams Building Diagnostics Inc.

*Building Enclosure Consultants*

**Brian W. Warwick Esq.**                                    November 17, 2011
**Drywall Remediation Protocol**                                    Page 2

WBD has developed construction documents for such comprehensive repairs, and provided construction administration and project management services at several dwellings affected by "corrosive drywall." As part of WBD's consulting work, the undersigned has personally inspected, designed, and directed the remedial process for these dwellings. We have gained valuable insights regarding the planning, execution and follow-through of these specialized repairs. These insights can be applied to the large population of similar residential properties that will need "corrosive drywall" repairs in the near future.

The purpose of this document is to generally describe WBD's first-hand expertise in this area, and to offer recommendations regarding a comprehensive approach for addressing residences which will require "corrosive drywall" remediation. With additional experience, it is possible that some aspects of WBD's approach may be further developed, modified and refined. However, at the time of this writing, and in light of what is currently known, WBD believes the drywall remediation protocol provided herein is the most comprehensive and practical approach for remediating the adverse effects of "corrosive drywall" in a realistic and cost-effective manner. WBD does not currently recommend or support a partial repair approach for these residences.

## PROFESSIONAL BACKGROUND AND EXPERIENCE

The undersigned is President and cofounder of Williams Building Diagnostics (WBD) Inc. My background and experience is based on over 30 years of architectural and building diagnostic practice, which is focused primarily on analysis and consulting on moisture related concerns in buildings. In many cases, remedial Scopes of Work have also been provided. This experience encompasses more than 5,000 buildings located in all the contiguous 48 states, and in Canada and Europe. I am currently registered or licensed in 15 states, including the state of Florida. A high percentage of the dwelling units and buildings investigated by WBD in the U.S. and Canada were believed to be well-constructed in

## Williams Building Diagnostics Inc.

*Building Enclosure Consultants*

**Brian W. Warwick Esq.**                                        November 17, 2011
**Drywall Remediation Protocol**                                        Page 3

accordance with accepted industry practices and in general compliance with applicable building codes. Approximately half of WBD's projects have been residential construction, and the remainder includes hospitality, commercial, and institutional projects. Two examples of residential projects include the White House (Washington, D.C.) and Frank Lloyd Wright's "Fallingwater" (Bear Run, PA).

My comprehensive architectural and building diagnostics experience includes, but is not limited to, the following: Most types of residential "enclosure" construction; siding products, such as traditional Portland cement plaster (stucco), one-coat stucco, and veneer type claddings; interior gypsum wallboard ("drywall"); all types of insulation; masonry; window/door/sloped glazing systems; wood and wood-based framing/sheathing materials; weather/air barriers; vapor retarders; exterior insulation and finish systems (EIFS); poured-in-place concrete; most roof systems (shingles, single-ply, built-up, metal, modified bitumen); raised terraces; wood decks; and sealants and flashings. I have observed construction sequencing issues at numerous projects, analyzed the impact of prevailing weather events, building orientation, and the like, in order to characterize patterns of moisture and related damage to exterior and interior components. My ongoing work involves extensive case study field investigations; strategic remedial planning; cost estimating; and project management during the remedial construction phase for many different building types.

A list of my professional affiliations, State registrations, professional experience and presentations/publications are provided on the attached Curriculum Vitae (Refer to Appendix C).

Williams Building Diagnostics Inc.

*Building Enclosure Consultants*

Brian W. Warwick Esq.                                    November 17, 2011
Drywall Remediation Protocol                                        Page 4

## Procedures and Insights for Remediating "Corrosive Drywall" in Dwellings

This section summarizes the major drywall remediation protocol activities, which are further
expanded in Appendix A. It will be useful to begin with a discussion of overall cost
methodology insights which guide WBD's remediation process.

Having completed remediation of several of these homes, we find that determining the cost
of remediation for "corrosive drywall" homes can be challenging, because construction
variables specific to each home can skew project costs. However, these homes also share
numerous common characteristics that allow for informed cost projections.

Typically, residences share many common features, which allows for an overall "general
range" of "square footage" based remedial costs. To advance from this "general range"
approach to a more realistic analysis, a variety of project specific conditions need to be
identified, studied, estimated, and incorporated into the budget for repairs. All of the
affected dwellings share the concern of having "corrosive drywall" present within all or
some portion of the home. Based on WBD's previous experience, all such drywall should be
removed from the dwelling to remediate these concerns. However, "removing all drywall"
poses different challenges and costs, depending on the type of dwelling construction. For
instance, in a two-story residence the drywall may be installed prior to placement of the
finished staircase assembly, thereby concealing some drywall behind the staircase stringer.
Removing "all" of this concealed drywall may mean removing and reinstalling the entire
staircase assembly, which adds significantly to the unit cost of removing drywall, cleaning
substrate surfaces, and replacing drywall. It is evident that simply applying a "square
footage" unit cost to affected wall surfaces will not generally produce "final" project-specific
results.

Williams Building Diagnostics Inc.

*Building Enclosure Consultants*

**Brian W. Warwick Esq.**                                        November 17, 2011
**Drywall Remediation Protocol**                                          Page 5

However, if certain initial survey information is collected, analyzed and locational factors are applied, an estimate can be established which will be more accurate than the "general range" remedial cost approach. By considering project specific criteria, dwelling features, and local labor rates, a more detailed scope of the repairs can be completed and priced. WBD's drywall remediation protocol is designed to take such variables into account.

Central to WBD's remediation planning direction is the completion of a "Survey Data Sheet" for each individual home. These data sheets would contain information about the home's location, size in square feet, number of floors, types of finishes, number of water heaters, number and types of mechanical equipment, a count of ceiling fans and light fixtures, number of plumbing fixtures, among many other items. Once compiled and analyzed, this survey information is entered into a spreadsheet which incorporates cost factors associated with each item. The spreadsheet enables us to accommodate any cost variables such as those mentioned above. Cost factors would vary based on the geographic location of the project (e.g., labor rates are generally higher in some locales such as Miami, FL than in rural areas). WBD also proposes that pricing be obtained by consulting with local contractors, and by utilizing industry recognized estimating guides, estimating software programs, and a combination of sources.

The accuracy of estimated remedial costs is related to the specificity of the survey data obtained. When general assumptions are made, special conditions may affect cost values. Material costs vary by location and the proximity of the residence to the material source. Material costs are also higher since more waste is expected, smaller quantities are needed, and fewer economies of scale are likely (e.g., installing new materials and systems in one house versus an entire subdivision). Remediation is typically more costly than new

## Williams Building Diagnostics Inc.

*Building Enclosure Consultants*

**Brian W. Warwick Esq.**                                    **November 17, 2011**
**Drywall Remediation Protocol**                                        **Page 6**

construction.  This is because remediation companies are typically smaller in size and more specialized, with higher labor costs.  Remediation contractors have to work with (and around) existing conditions, which also increases cost.  Therefore, a contingency factor should be used with the initial cost projections to cover unknown conditions.  WBD has found that once an in-depth analysis of the residence has occurred, and a scope of repair prepared, the contingency factor may be reduced.

Beyond the analysis and cost information provided through the "Survey Data Sheet" protocol, WBD's overall drywall remediation protocol would be implemented in five separate phases, which are summarized below.  (Also refer to Appendix A.)

- **Phase One: Pre-Demolition Process** involves homeowner contact, reviewing available project information, performing a detailed investigation of the residence, determining the scope of the specific repairs (e.g., how to address personal property, which interior finishes/electrical/ mechanical components are to be removed/stored, or removed/discarded, etc.); completing Scope of Work and/or Construction Documents; obtaining Building Code approvals; obtaining contractor bids; qualifying contractors; and the like.

- **Phase Two:  Demolition Process** involves protection of remaining interior components; demolition and removal of problematic drywall and related materials in a sequential and controlled manner (starting on upper floors); ventilation of work areas using various methods; and any sampling activities.

- **Phase Three: Cleaning Process** involves a 5-step process that includes containing and removing debris and particulate material by vacuuming and damp wipe-down /

## Williams Building Diagnostics Inc.

**Brian W. Warwick Esq.**                                    **November 17, 2011**
**Drywall Remediation Protocol**                                    **Page 7**

"white glove" procedures; and ventilation and/or air scrubbing for 15-30 days.  An optional Corrosion Sensor Monitoring process may be implemented at this phase.

- **Phase Four:  Rebuild Process** involves evaluation of structural connections by a design professional; evaluation of the remedial drywall product to be used; installing M/E/P components, new drywall and interior finishes, etc.; verifying systems operation; restoring the home to pre-remediation condition; clearing the site; providing manuals /warranties to the homeowner; close-out punch list; obtaining final Code inspection and/or Certificate of Occupancy.

- **Phase Five: Post-Remediation Process** involves follow-up activity with the homeowner.   An optional Corrosion Sensor Monitoring process may be implemented at this phase.

## CONCLUSION

WBD has provided an overview which utilizes a "Survey Data Sheet" protocol to establish preliminary, yet realistic, remedial costing.  Beyond that analysis and pricing, a 5-phase drywall remediation protocol may be implemented, based upon our experience in remediating homes containing "corrosive drywall."   This program addresses the large population of similarly affected homes which will require repair in the near future.  The "Survey Data Sheet" protocol is a planning and estimating tool, which is broadly applicable to this group of homes, and is designed to accommodate cost variables which may arise. When using this Protocol, WBD recommends that pricing be obtained in part by consulting with local contractors, and by utilizing industry recognized estimating guides, estimating software programs, and the like.  Although a contingency factor should be used with the

## Williams Building Diagnostics Inc.

*Building Enclosure Consultants*

**Brian W. Warwick Esq.**
**Drywall Remediation Protocol**

**November 17, 2011**
**Page 8**

initial cost projections to cover unknown conditions, WBD's protocol procedures may potentially reduce the contingency factor.

Mr. Warwick, I hope this information is helpful to you; we look forward to assisting you further in the future.

Sincerely,
**WILLIAMS BUILDING DIAGNOSTICS INC.**

Mark F. Williams, FAIA
President

*Attachments:*

Appendix A:   Outline of Drywall Remediation Protocol
Appendix B:   Sample Cost Estimate Form
Appendix C:   Mark F. Williams FAIA Curriculum Vitae

Williams Building Diagnostics Inc.

*Building Enclosure Consultants*

Brian W. Warwick Esq.                                          November 17, 2011
Drywall Remediation Protocol                                           Page 9

**Appendix A:**

**OUTLINE OF DRYWALL REMEDIATION PROTOCOL**

*Phase One: Pre-Demolition*

- Meet with the Homeowner, review available drawings (if any) that were prepared for the original construction. Complete the field "Survey Data Sheet."

- Examine project specific field conditions (both interior and exterior) for problematic design/detailing conditions and construction anomalies, which may contribute to elevated moisture conditions. Examine the HVAC equipment, controls and layout, as well as exposed portions of the electrical, plumbing, security, and entertainment systems.

- Review other unique characteristics of the home impacting remedial costs.

- Prepare detailed Scope of Work, and/or Sealed Drawings and Specifications, depending upon project specific needs and actual field conditions.

- Contact and meet with local Code officials regarding the likely course of action for remediation, and to check on possible Building Code changes which have occurred since the time of original construction and may/must be included at the time of remediation.

- Implement Bid Process, including interviewing and selecting Contractor.

- Verify Contractor's Licensing and Insurance provisions.

- Secure Building permit(s) if required by local municipality.

- Personal property removed by homeowner and relocated to alternate living/rental location.

- Determine areas for access, dumpster, storage of materials, temporary toilets, etc.

- Confirm on site which finishes and components at the residence must be removed and discarded; which components will be removed, cleaned and reinstalled; and which finishes will remain in place with the benefit of temporary protection.

Williams Building Diagnostics Inc.

*Building Enclosure Consultants*

**Brian W. Warwick Esq.**                                          November 17, 2011
**Drywall Remediation Protocol**                                          Page 10

- General Approach used by WBD:  Soft surfaces (i.e., carpet, carpet padding, etc.) probably have absorbed corrosive odors/particles, etc., and will most likely need to be removed and replaced with new products.  Hard surfaces (i.e., floor tile, hardwood flooring, cabinets, countertops, etc.) will likely be initially protected and then cleaned in place; or removed, cleaned, and re-installed.

- Storage of removed items will depend on whether the items are being removed, cleaned and re-installed or replaced with new items.

- Review completed work/stored materials, and process pay application(s).

*Phase Two:  Demolition Process*

- Protect all items remaining in place, i.e., cabinets, countertops, etc.

- Protect all remaining flooring materials and all exposed floors.

- Ventilate dwelling (natural, mechanical or combination thereof).  Workers to use dust masks (N-95) and other customary and mandatory safety precautions.

- Contractor to remove MEP fixtures, component equipment, and appliances (possibly cabinets, countertops, tubs, showers, stair stringers, etc., if "corrosive drywall" is likely to be located behind such fixed components).

- Remove all drywall and insulation in a sequential and controlled manner, starting on the upper floor(s) and ceilings first.  This will help promote settlement of airborne particulates in a downward direction.

  - Follow special procedure if samples of drywall and/or manufacturer labeling are to be retained for future reference.

- Review completed work/stored materials and process pay application(s).

## Williams Building Diagnostics Inc.

*Building Enclosure Consultants*

**Brian W. Warwick Esq.**                                             November 17, 2011
**Drywall Remediation Protocol**                                        Page 11

*Phase Three: Cleaning Process*

- 5-Step Cleaning Process:
  - Carefully contain and remove residual debris found on the temporary protection sheets which were placed over remaining "hard surface" finishes. Dispose of temporary protection used during Demolition Phase, and install new protection for upcoming Cleaning and Rebuild Phases.
  - Preliminary vacuum all exposed surfaces (Shop Vac with exhaust port discharging to the building exterior).
  - Final vacuum all exposed surfaces (HEPA Vac).
  - Wipe down exposed surfaces with cleaning solution and 2-rag method.
  - Implement "white glove" quality control check.
- Ventilation Period:
  - Ventilation and/or Air Scrubbers for 15-30 days.
- Items that were removed from home and stored (cabinets, countertops, tubs, etc.) need to be cleaned/wiped down with cleaning solution.
- Optional: Corrosion Sensor Monitoring Data Collection to verify that the corrosion activity has been addressed.
- Review completed work/stored materials, and process pay application(s).

*Phase Four: Rebuild Process*

- Before remediation begins, but after the ventilation period ends, a design professional (architect or structural engineer) should examine certain metal components which affect the structural framing connections, such as tie-down plates/straps.
- Evaluate (test, if necessary) the replacement drywall to ensure that corrosive drywall is not simply replaced with another type of corrosive drywall.

## Williams Building Diagnostics Inc.

*Building Enclosure Consultants*

**Brian W. Warwick Esq.**
**Drywall Remediation Protocol**

November 17, 2011
Page 12

- Determine the manufacturer and plant location.
- Rough-in MEP components.
- Interior inspection by local Building Code authorities where required.
- Install insulation.
- Install and finish replacement drywall.
- Install new or stored/cleaned components.
- Finish mechanical, plumbing and electrical component installation.
- Verify operation of all systems.
- Finish, paint, and complete interior remediation.
- Remove dumpster, any remaining stored materials, and temporary toilets.
- Restore site to pre-remediation condition.
- Compile and deliver all warranties and component manuals to Homeowner.
- Prepare and resolve punch list for project close-out.
- Review completed work and process pay application(s).
- Final inspection by local Building Code authorities where required.
- Obtain Certificate of Occupancy if applicable.

*Phase Five: Post-Remediation Process*

- Follow-up with Homeowner.
- Optional: Corrosion Sensor Monitoring Data Collection.

Williams Building Diagnostics Inc.

305 15th Street West
Bradenton, FL  34205

941.238.1000
941.238.1005

November 17, 2011

Building Enclosure Consultants

**Appendix B:  Sample Cost Estimate Form for Remediation of Corrosive Drywall Houses**

| | Scope of Work | Further Action | Quantity | Unit | Labor Unit Cost | Total Labor Cost | Equip./Mat'l Unit Cost | Total Equip./Mat'l Cost | LINE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **Pre-Demolition Process** | Site Visit and Homeowner Meeting/Field Survey Data Sheet | - | NA | | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Prepare Project Scope of Work and Drawings | - | NA | | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Bid Process/ Contractor Selection | - | NA | | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Homeowner Rental and Storage Space | - | TBD | | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Rent Dumpster - CY | - | 3 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Project Permits | - | TBD | | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Remove Personal Effects | Store | 17 | rm | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | **Pre-Demolition Sub Total:** | | | | | | | | $0.00 |
| **Demolition Process** | Remove Plumbing Fixtures (Bath & Kit.) | Store | 30 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Remove Bathroom Countertops | Store | 32 | sf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |

'illiams Building Diagnostics Inc.

Building Enclosure Consultants
Page 2

| | Scope of Work | Further Action | Quantity | Unit | Labor Unit Cost | Total Labor Cost | Equip./ Mat'l Unit Cost | Total Equip./ Mat'l Cost | LINE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | Remove Bathroom Cabinets | Store | 16 | lf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Remove Water Heater(s) | Discard | 1 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Remove Heat Pump(s) | Discard | 2 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Remove Breaker Panels | Discard | 2 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Remove Kitchen Countertops | Store | 95 | sf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Remove Kitchen Cabinets | Store | 40 | lf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Demolition Process | Remove Kitchen Appliances | Discard/ Store | 4 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Remove Ceiling Fans | Discard | 7 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Remove Ceiling Light Fixtures | Discard | 37 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Remove Speakers | Discard | 11 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Remove Smoke Detectors | Discard | 8 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Remove Thermostats | Discard | 2 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Remove Grills and Registers | Store | | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Remove Exhaust Fans | Discard | 4 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Remove Crown Mould | Discard | 342 | lf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Remove Baseboard | Discard | 1117 | lf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Remove Carpet | Discard | 130 | sy | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |

Williams Building Diagnostics Inc.

| | Scope of Work | Further Action | Quantity | Unit | Labor Unit Cost | Total Labor Cost | Equip./ Mat'l Unit Cost | Total Equip./ Mat'l Cost | LINE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **Demolition Process** | Remove Carpet Padding | Discard | 130 | sy | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Remove Ceiling Drywall | Discard | 3556 | sf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Remove Wall Drywall | Discard | 9548 | sf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Remove Pocket Doors | Store | 3 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Remove Pocket Dr Jambs & Casing | Discard | 3 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Remove Interior Doors | Store | 20 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Remove Int. Door Jambs & Casing | Discard | 20 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Remove Electrical Wiring | Discard | 3136 | sf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Remove Duct Work | Discard | 3556 | sf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Remove Ceiling Insulation | Discard | 2357 | sf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Remove Wall Insulation | Discard | 3670 | sf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Final Demolition Clean Up | - | 16 | hr | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | | | | | | | Demolition Sub Total: | | $0.00 |
| **Cleaning Process** | Disposal of Temporary Protection | Discard | TBD | | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Preliminary Shop Vac | - | TBD | | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | HEPA Vac | - | TBD | | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Wipe Down: On-Site | - | TBD | | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Quality Control Check | - | TBD | | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |

Williams Building Diagnostics Inc.

*Building Enclosure Consultants*
**Page 4**

| | Scope of Work | Further Action | Quantity | Unit | Labor Unit Cost | Total Labor Cost | Equip./ Mat'l Unit Cost | Total Equip./ Mat'l Cost | LINE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **Cleaning Process** | Wipe Down: Items Stored Off-Site | - | TBD | | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Corrosion Sensor Monitoring Process | - | TBD | | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | | | | | | | **Cleaning Process Sub Total:** | | $0.00 |
| | Structural connection inspection by Design Professional | - | - | | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Install Duct Work | New | Job | sf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Install Rough Electrical Wiring | New | Job | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Install Hot Water Heater | New | 1 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Install Heat Pump 2 ton | New | 1 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| **Rebuild Process** | Install Heat Pumps 3 ton | New | 1 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Install Breaker Panel | New | 1 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Install Wall Insulation - 1st Fl. | New | 2254 | sf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Install Wall Insulation - 2nd Fl. | New | 1416 | sf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Install Ceiling Insulation | New | 2357 | sf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Install Int. Door Jambs & Casing | New | 20 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |

Williams Building Diagnostics Inc.

*Building Enclosure Consultants*
Page 5

| | Scope of Work | Further Action | Quantity | Unit | Labor Unit Cost | Total Labor Cost | Equip./ Mat'l Unit Cost | Total Equip./ Mat'l Cost | LINE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | Install Pocket Door Jambs & Casing | New | 3 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Install Int. Doors | Re-use | 20 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Install Pocket Doors | Re-use | 3 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Install Walls with Lt. Texture | New | 9548 | sf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Install Ceiling with KD Texture | New | 3556 | sf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Install Baseboard | New | 1117 | lf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Install Crown Mould | New | 342 | lf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Prime Walls & Ceiling | New | 13104 | sf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Paint Walls & Ceiling (2 coats) | New | 13104 | sf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Prime Baseboard | New | 1117 | lf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Paint Baseboard (2 coats) | New | 1117 | lf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Prime Crown Mould | New | 342 | lf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Paint Crown Mould (2 coats) | New | 342 | lf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Prime Casing | New | 874 | lf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Paint Casing (2 coats) | New | 874 | lf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Rebuild Process | Install Bathroom Tile | New | Allow. | | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Install Bathroom Cabinets | Re-use | 16 | lf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Install Bathroom Countertops | Re-use | 32 | sf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |

Williams Building Diagnostics Inc.

Building Enclosure Consultants
Page 6

|  | Scope of Work | Further Action | Quantity | Unit | Labor Unit Cost | Total Labor Cost | Equip./ Mat'l Unit Cost | Total Equip./ Mat'l Cost | LINE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Rebuild Process | Install Plumbing Fixtures (Bath. & Kit.) | Re-use | 28 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
|  | Install Kitchen Tile | New | Allow. |  |  0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
|  | Install Kitchen Cabinets | Re-use | 40 | lf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
|  | Install Kitchen Countertops | Re-use | 95 | sf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
|  | Install Kitchen Appliances | Re-use | 4 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
|  | Install Linen Closet Components | Re-use | 7 | lf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
|  | Install Closet Components | Re-use | 64 | lf | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
|  | Install Grilles | Re-use | 10 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
|  | Install Registers | Re-use | 22 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
|  | Install Smoke Detectors | New | 8 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
|  | Install Speakers | New | 11 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
|  | Install Thermostats | New | 2 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
|  | Install Security Key Pads | New | 2 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
|  | Install Electrical Receptacles | New |  | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
|  | Install Light Switches | New |  | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
|  | Install Light Fixtures | New | Allow. | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
|  | Install Ceiling Fans | New | 7 | ea | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |

Williams Building Diagnostics Inc.

Building Enclosure Consultants
Page 7

| Scope of Work | | Further Action | Quantity | Unit | Labor Unit Cost | Total Labor Cost | Equip./Mat'l Unit Cost | Total Equip./Mat'l Cost | LINE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Rebuild Process | Finish/Touch up Painting | New | | | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Install Carpet Padding | New | 130 | sy | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Install Carpet | New | 130 | sy | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Final House Cleaning | | Job | | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Replace Personal Effects | | Job | | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Dumpster Removal | | Job | | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Area Modification | | Job | | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | | | | | | Remediation Process Sub Total: | | | $0.00 |
| Post-Remediation Process | Follow-up with Homeowner | | TBD | | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | Corrosion Sensor Monitoring Process | | TBD | | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| | | | | | | Post Remediation Sub Total: | | | $0.00 |
| | | | | | | Sub Total: | | | $0.00 |
| | | | | | | Overhead @ xx% | | | $0.00 |
| | | | | | | Sub Total: | | | $0.00 |
| | | | | | | Profit @ xx% | | | $0.00 |
| | | | | | | Sub Total: | | | $0.00 |
| | | | | | | Contingency @ xx% | | | $0.00 |
| | | | | | | Total: | | | $0.00 |

Sources:
- Renovation & Insurance Repair Estimator
- Subcontractor Estimates: Drywall/Insulation; Plumbing; Electrical; Doors and Trim
- Williams Building Diagnostics Inc. Overall Experience

## Williams Building Diagnostics Inc.

*Building Enclosure Consultants*

305 15th Street West
Bradenton, FL 34205

941.238.1000
941.238.1005 Facsimile

### MARK F. WILLIAMS, FAIA

| | |
|---|---|
| **Education:** | VIRGINIA POLYTECHNIC INSTITUTE:  Blacksburg, Virginia<br>Bachelor of Architecture, 1975 |
| **Academic Honors:** | Graduation with Distinction, Virginia Polytechnic Institute<br>Phi Kappa Phi Honor Society |
| **Professional Affiliations:** | National Council of Architectural Registration Board Certified<br>Member, American Institute of Architects:  1978 - Present<br>Member, AIA - National Energy Committee:  1983 - 1985<br>Member, Prestressed Concrete Institute:  1985 - Present<br>Member, American Society for Testing and Materials:  1987 - Present<br>Member, AIA Graphic Standards Committee:  1987<br>Trained for use of Nuclear Testing Equipment - Radiation Safety Officer:  1987 -present<br>Member, ASTM E06.5, Exterior Building Wall Systems<br>Former Chairman, ASTM Steering Group on EIFS<br>Former Chairman, ASTM Task Group on EIFS E06.55.02<br>Member, Construction Specifications Institute:  1988 - Present<br>Member, International Code Council:  1990 - Present<br>Member, The American Society for Nondestructive Testing:  1992 - Present<br>Certified Infrared Thermographer - Level I:  1993 - Present<br>Member, Sealant Waterproofing & Restoration Institute:  1994 - Present<br>Member, International Concrete Repair Institute:  1995<br>ASTM Committee E-6 on Performance of Buildings, Award of Appreciation:  1995<br>Elevated to College of Fellows, AIA - 1996 |
| **State Registrations:** | Registered Architect, State of Alabama:  2000<br>Registered Architect, State of California:  1997<br>Registered Architect, State of Florida:  1994<br>Registered Architect, State of Georgia:  1996<br>Registered Architect, State of Illinois:  2008<br>Registered Architect, State of Louisiana:  2008<br>Registered Architect, State of New Jersey:  1997<br>Registered Architect, State of New York:  2008<br>Registered Architect, State of North Carolina:  1996<br>Registered Architect, State of Oregon:  1997<br>Registered Architect, Commonwealth of Pennsylvania: 1977<br>Registered Architect, State of South Carolina:  1994<br>Registered Architect, State of Tennessee:  1997<br>Registered Architect, State of Texas:  2001<br>Registered Architect, Commonwealth of Virginia:  1995 |

## Williams Building Diagnostics Inc.

*Building Enclosure Consultants*

**Professional
Experience:**

*1986 - Present*    WILLIAMS BUILDING DIAGNOSTICS INC.:  Maple Glen, Pennsylvania and
Bradenton, Florida
(formerly KENNEY|WILLIAMS|WILLIAMS, INC.)  President, responsible for
Building Diagnostic Services.  Expertise includes investigation, research, and
recommendations for repair.

*February 1978 -*    GEDDES BRECHER QUALLS CUNNINGHAM:  Philadelphia, Pennsylvania
*1986*    Associate (1982), Project Manager and Project Architect for numerous
office/commercial projects, new construction and renovations.  Responsible for
technical/design decisions and delivery of services.  Experience includes pre-design
feasibility studies through post-construction evaluations.

*July 1977 -*    COPE LINDER AND WALMSLEY:  Philadelphia, Pennsylvania
*February 1978*    Project Architect for several commercial projects.  Responsible for design and technical
studies.

*January 1976 -*    DISEROAD AND WOLFF:  Lansdale, Pennsylvania
*July 1977*    Project Architect for commercial, institutional and multi-family housing.  Responsible
for schematic design through construction administration.

*September 1974 -*    JANSON, ROBERTS AND TAYLOR ASSOCIATES:  Reston, Virginia
*June 1975*    GULF RESTON INCORPORATED:  Reston, Virginia Off-campus thesis project
completed in Reston, Virginia with the above firms as professional advisors.
Experience included site analysis and schematic design for a new town center.

*June 1973 -*    BAKER ROTHSCHILD HORN BLYTH:  Philadelphia, Pennsylvania
*September 1974*    CYLINDER AND BROWN:  Doylestown, Pennsylvania
LYNN TAYLOR ASSOCIATES:  Spring House, Pennsylvania
HANS HESSE, ARCHITECT:  Jenkintown, Pennsylvania
Design Assistant, Draftsman and Model Builder as part of the Virginia Polytechnic
Institute Off-campus Professional Development Program.  Experience included site
analysis/planning schematic design through construction administration for residential
and commercial buildings.

*March 1972 -*    LOUIS SAUER ASSOCIATES:  Philadelphia, Pennsylvania
*September 1972*    Design Assistant, Draftsman and Model Builder as part of the Virginia Polytechnic
Institute Independent Study Program.  Experience included design and documentation of
residential projects and a day care center.

*June 1969 -*    LYNN TAYLOR ASSOCIATES:  Spring House, Pennsylvania
*December 1971*    Part-time employment.  Design Assistant, Draftsman, and Model Builder for single
family housing and a village shopping center.

Williams Building Diagnostics Inc.

*Building Enclosure Consultants*

**Presentations/
Publications:**

| | |
|---|---|
| *December 2010* | "Evaluating Performance of 'Next Generation' Water-Resistive Barrier Materials Using Simple Ponding Tests". Presentation to American Society of Heating, Refrigerating and Air-Conditioning Engineers, Clearwater Beach, FL. |
| *January 2010* | "Laboratory Tests of Water Penetration Through Wall-Window Interfaces Based on U.S. Residential Window Installation Practice". Co-author with M.A. LaCasse, M. Rousseau, S.M. Cornick, M. Armstrong, G. Ganapathy and M. Nicholls in ASTM's <u>Up Against the Wall: An Examination of Building Envelope Interface Techniques and Systems (STP 1509)</u>. *Article originally published in Journal of ASTM International,* Vol. 6, Issue #8. |
| *January 2010* | "Evaluating Drainage Characteristics of Water Resistive Barriers as Part of an Overall Durable Wall Approach for the Building Enclosure" in ASTM's <u>Up Against the Wall: An Examination of Building Envelope Interface Techniques and Systems (STP 1509)</u>. Article originally published in *Journal of ASTM International, Vol. 5, Issue #7.* |
| *January 2010* | "Cost Effective Methods for Sealing the Building Enclosure." Seminar presentation to the National Association of Homebuilders Show, Las Vegas, NV |
| *September 2009* | "Water Penetration Behind Stucco…And Other Claddings." Presentation to the Tri-State ASHI Fall Seminar, Ambler, PA |
| *September 2009* | "Laboratory Tests of Water Penetration Through Wall-Window Interfaces Based on U.S. Residential Window Installation Practice." Co-author with M.A. LaCasse, M. Rousseau, S.M. Cornick, M. Armstrong, G. Ganapathy and M. Nicholls. *Article published in Journal of ASTM International,* Vol. 6, Issue #8. |
| *July, 2009* | "Evaluation of Wall and Roof Assemblies" Presentation to ASTM Mold Assessment Conference at the University of Vermont, Burlington, VT |
| *December 2008* | "Improving Drainage and Drying Features in Certain Conditions: Rain Screen Designs for Absorptive Claddings" Guide prepared by the National Association of Home Builders with assistance from Mark F. Williams. |
| *July/August 2008* | "Evaluating Drainage Characteristics of Water Resistive Barriers as Part of an Overall Durable Wall Approach for the Building Enclosure" Article published in *Journal of ASTM International, Vol. 5, Issue #7* |
| *March 2008* | "Forensic Analysis: Definition of a Defect and Expert's Role/Is it a Defect or a Maintenance Item?" Presentation to Fourth Annual Judicial Symposium on Critical Issues in Construction Defects Litigation presented by AEI-Brookings Joint Center for Regulatory Studies, Orange, CA |

## Williams Building Diagnostics Inc.

*Building Enclosure Consultants*

| | |
|---|---|
| *December 2007* | "Developing Innovative Drainage and Drying Solutions for the Building Enclosure" Paper presented in Performance of Exterior Envelopes of Whole Buildings X[th] International Conference, US Department of Energy, Oak Ridge National Laboratory, Clearwater, FL |
| *June 2007* | "Elements of Building Science and Moisture Problems in Buildings" Presentation to the American Industrial Hygiene Association, Philadelphia, PA |
| *March 2007* | "Forensic Analysis:  Definition of a Defect and Expert's Role/Is it a Defect or a Maintenance Item?"  Presentation to Third Annual Judicial Symposium on Critical Issues in Construction Defects Litigation presented by AEI-Brookings Joint Center for Regulatory Studies, Orange, CA |
| *February 2007* | "New Approaches to Solving Water Intrusion Problems" Presentation to International Builders Show, Orlando, FL |
| *January 2006* | "Moisture Management Trends in Residential Construction" Presentation to International Builders Show, Orlando, FL |
| *January 2005* | "Risk Reduction for Residential Designers" Presentation to International Builders Show, Orlando, FL |
| *December 2004* | "Evaluation of Water-Resistive Barrier Performance Using Simple Ponding and Vapor Diffusion Tests" Paper presented to Performance of Exterior Envelopes of Whole Buildings  IX International Conference, US Department of Energy, Oak Ridge National Laboratory, Clearwater, FL |
| *July 2003* | "Synthetic Stucco-What Is It and Why Are People Suing Over It?" Presentation to the International Association of Defense Counsel, Maui, HI |
| *May 2003* | "Practical Guidelines for Moisture Control From A Diagnostic/Architectural Perspective" Seminar Presentation to The Home Builders Association of Maryland, Columbia, MD |
| *April 2003* | "Advances in Environmental Mold Issues in Maryland" Seminar Presentation, Baltimore, MD |
| *January 2003* | "Diagnosing Building Facades Using Infrared Thermography" Presentation to Infraspection Institute seminar IR/INFO 2003, Orlando FL |
| *September 2002* | "Solving Water Intrusion and Mold Problems in Maryland…and Elsewhere" Seminar Presentation, Baltimore, MD |
| *May 2002* | "Unsightly or Unsafe? Molds and Mortar" Presentation to American Law Firm Association Mold Litigation Seminar, Atlanta, GA |
| *May 2001* | "Construction Defects" Seminar Presentation to clients of Thomas Rutherfoord, Inc. |

## Williams Building Diagnostics Inc.

*Building Enclosure Consultants*

| | |
|---|---|
| *February 2001* | "Proper Installation of Housewrap"<br>Presentation to National Association of Home Builders, Atlanta, GA |
| *October 2000* | 2000 Applicator Award of Merit.  Presented to Mark F. Williams and Barbara Lamp Williams in recognition of their Autumn 1999 article published in *The Applicator* |
| *Autumn 1999* | "Single-Family Residences Clad with Exterior Insulation and Finish Systems (EIFS): Investigative and Remedial Update".  Co-Author of article published in *The Applicator*, previously presented at ASTM Symposium in October 1997, San Diego |
| *September 1999* | "EIFS Problems and Solutions"<br>Presentation at SWRI Fall Technical Meeting, Toronto, Canada |
| *April 1998* | "A Procedure for Implementing a Moisture-Protective Plane in Light-Frame Construction"<br>Presentation at Third Symposium on Water Problems in Building Exterior Walls: Evaluation, Prevention, and Repair, Atlanta, GA |
| *February 1998* | "An Overview of Water Leakage Problems in Single-Family Residences Clad with Exterior Insulation and Finish Systems (EIFS)".  Co-author with Barbara Lamp Williams in ASTM's <u>Water Leakage Through Building Facades (STP 1314)</u>, previously presented at ASTM Symposium March 1996 |
| *February 1998* | "In Situ Assessment of Moisture Levels in Exterior Walls for Single Family Residences Clad with Exterior Insulation Finish Systems (EIFS)".  Co-Author with Barbara Lamp Williams in ASTM's <u>Water Leakage Through Building Facades (STP 1314)</u>, previously presented at ASTM Symposium March 1996 |
| *January 1998* | "EIFS Case Studies:  Problems and Solutions" and "Building Problem Case Study"<br>Presentations at Annual Conference and Exposition of the American Society of Home Inspectors, New Orleans, Louisiana |
| *October 1997* | "Review of EIFS Performance"<br>Presentation at the PCI (Precast/Prestressed Concrete Institute) Convention<br>New Orleans, Louisiana |
| *October 1997* | "Single Family Residences Clad with EIFS:  Investigative and Remedial Update"<br>Presentation at ASTM Third Symposium on EIFS, San Diego, California |
| *April 1997* | Presentation to ICBO ES Evaluation Committee Hearing<br>Re:  Water Penetration in EIFS / Acceptance Criteria, Los Angeles, California |
| *February 1997* | Presentation to Building Code Development Committee<br>Re:  Proposed Changes to Flashing Section of the BOCA National Code<br>Oak Brook, Illinois |

## Williams Building Diagnostics Inc.

*Building Enclosure Consultants*

| | |
|---|---|
| *December 1996* | "The Effect of Base Coat Thickness on the Water Resistance of Class PB (Polymer Based) Exterior Insulation and Finish Systems (EIFS)", Co-author with Barbara Lamp Williams in ASTM's <u>Exterior Insulation Finish Systems (EIFS)</u> (STP 1269). Previously presented at ASTM Symposium, March 1995. |
| *November 1996* | "EIFS, Windows and Roofs: Problems and Solutions" Presentation at the Virginia AIA, Building Virginia 96, Richmond, Virginia |
| *October 1996* | "EIFS, Windows and Roofs" Presentation at the Wilmington - Cape Fear Home Builders Association Wilmington, North Carolina |
| *September 1996* | "The Performance of Exterior Insulation and Finish Systems (EIFS) on Single-Family Residences", Presentation at 1996 BOCA Annual Conference Education Program Providence, Rhode Island |
| *September 1996* | "EIFS: Problems and Solutions" Presentation at 25th Annual Meeting of Waterproofing Contract Myrtle Beach, South Carolina |
| *September 1996* | "The Other Side of EIFS" Presentation at the Raleigh Home Builders Association Raleigh, North Carolina |
| *August 1996* | "EIFS: Recent Research and Findings" Presentation at the North Carolina Home Builders Association Raleigh, North Carolina |
| *April 1996* | "Building Facades" Presentation at the Philadelphia Chapter of Construction Specifications Institute Philadelphia, Pennsylvania |
| *April 1996* | "The Use of Exterior Insulation and Finish System (EIFS) Claddings on Single-Family Residences: Current Issues" Presentation at the Allentown Chapter of Construction Specifications Institute Expo '96, Allentown, Pennsylvania |
| *March 1996* | "An Overview of Water Leakage Problems in Single-Family Residences Clad with Exterior Insulation and Finish Systems (EIFS)" Paper presented at the ASTM Symposium on Water Leakage Through Building Facades, Orlando, Florida Co-Author of paper published in February 1998 in ASTM's *Water Leakage Through Building Facades* (STP 1314) |

## Williams Building Diagnostics Inc.

*Building Enclosure Consultants*

| | |
|---|---|
| *March 1996* | "In Situ Assessment of Moisture Levels in Exterior Walls for Single Family Residences Clad with Exterior Insulation Finish Systems (EIFS)"<br>Paper presented at the ASTM Symposium on Water Leakage Through Building Facades, Orlando, Florida.  Co-Author of paper published in February 1998 in ASTM's *Water Leakage Through Building Facades* (STP 1314) |
| *October 1995* | "A Case Study of the Performance and Repair of a Masonry Veneer Cavity Wall Construction"<br>Co-author of paper for presentation at the British Masonry Society's 4th International Masonry Conference, London, England |
| *October 1995* | "The Expert Witness & the Building Failure Case"<br>Co-author of article published in *Virginia Lawyer* |
| *May 1995* | "A Case Study of Roof, Window and Exterior Wall Diagnostics and Remediation"<br>Presentation for International Concrete Repair Institute |
| *April 1995* | "Exterior Insulation and Finish Systems (EIFS) Part I:  EIFS Standards Development in the U.S."  Published in Journal of Thermal Insulation and Building Envelopes |
| *March 1995* | Development, Use, and Performance of Exterior Insulation and Finish Systems (EIFS)<br>Co-editor of book published by ASTM (ASTM STP 1187) |
| *1994* | Exterior Insulation and Finish Systems:  Current Practices and Future Considerations<br>Co-author of book published by ASTM (ASTM Manual Series:  MNL 16) |
| *May 1994* | "Case Studies of Common Failures in the Building Enclosure:  Causes and Prevention" and "Diagnosis and Remediation of Water Intrusion In An Office Building"<br>Presentation at CONTECHS '94, Boston, Massachusetts |
| *April 1994* | "Critical Considerations for the Performance of Building Enclosure Systems"<br>Presentation at the Bucks County AIA, Doylestown, Pennsylvania |
| *February 1994* | "Diagnosing the Building Enclosure"<br>Presentation at the International Facilities Management Association, Harrisburg, Pennsylvania |
| *October 1993* | "Innovative Designs and Materials for a Durable/Cost Effective Demountable Interior Wall System"  Presented at the 6th International Conference on Durability of Building Materials and Components in Omiya, Japan.  Published in 1993 book , entitled Durability of Building Materials and Components 6, Volume Two Durability, Repair, Design |
| *July 1993* | "Sealant Joints:  The Critical Factor in EIFS Performance"<br>Article published in *Walls & Ceilings* |
| *April 1993* | "Technics Focus:  Ensuring Good EIFS Performance"<br>Article published in *Progressive Architecture*. |

## Williams Building Diagnostics Inc.

*Building Enclosure Consultants*

| | |
|---|---|
| *April 1993* | "Roof and Wall Water Intrusion Case Studies"<br>Presentation at the Drexel University Seminar Series, Drexel University, Philadelphia, Pennsylvania |
| *February 1993* | "ASTM Development of EIFS Performance Standards"<br>Presentation at EIMA Annual Meeting<br>Phoenix, Arizona |
| *November 1992* | "Monitoring Joint Movement in a Panelized EIFS Building"<br>Paper published in 1995 in ASTM's *Development, Use and Performance of Exterior Insulation and Finish Systems (STP 1187)* |
| *November 1992* | "Standards Development for EIFS"<br>Article published in *ASTM Standardization News* |
| *September 1992* | "EIFS Resistance to Moisture: Barrier Performance"<br>Paper presented at the ASTM International Symposium on Exterior Insulation and Finish Systems (EIFS): Performance of EIFS Worldwide Paper published in 1995 in *Development, Use and Performance of Exterior Insulation and Finish Systems (STP 1187)* |
| *September 1992* | Chairman, ASTM International Symposium on Exterior Insulation and Finish Systems (EIFS): Performance of EIFS Worldwide, Arlington, Virginia |
| *September 1992* | "EIF Systems: Sealants Failures and Differential Movement"<br>Presentation at the Sealant, Waterproofing & Restoration Institute 1992 Fall Meeting Washington, DC |
| *September 1992* | "Use of Fiber Composite Boards for a Demountable, Panelized Interior Wall System"<br>Paper presented at the Third International Inorganic-Bonded Wood & Fiber Composite Materials Conference in Spokane, Washington |
| *February 1992* | "Water Intrusion in Barrier and Cavity/Rain Screen Walls".<br>Published in ASTM's Water in Exterior Building Walls: Problems and Solutions (STP 1107). Previously presented at ASTM Symposium October 1990 |
| *Spring 1991* | "PB EIFS Claddings and Sealant Joints". Article published in *The Applicator* |
| *January 1991* | "Thermal Movement Analyses for Panelized PB EIFS Claddings"<br>Paper presented at ASTM Symposium on Science and Technology of Building Seals, Sealants, Glazing and Waterproofing Paper published *Science and Technology of Building Seals, Sealants, Glazing, and Waterproofing (STP 1168)*, September 1992 |
| *October 1990* | "EIFS State-of-the-Art Report and ASTM Standards Development"<br>Presentation at the Research Review Session ASTM Committee E06, Performance of Building Constructions in Dearborn, Michigan |

## Williams Building Diagnostics Inc.

*Building Enclosure Consultants*

| | |
|---|---|
| *October 1990* | "Water Intrusion in Barrier and Cavity/Rain Screen Walls"<br>Paper presented at ASTM Symposium on Water in Exterior Building Walls<br>Paper published *Water in Exterior Building Walls: Problems and Solutions (STP 1107)*, February 1992 |
| *August 1990* | "Sealant Usage for Exterior Insulation and Finish Systems". Published in ASTM's <u>Building Sealants:  Materials, Properties, and Performance (STP 1069)</u>. Previously presented at ASTM Symposium January 1990 |
| *May 1990* | "EIFS Selection and Installation".  Article for *Building Operating Management* |
| *April 1990* | "Building Diagnostics"<br>Presentation at The Construction Specifications Institute Twelfth Annual Product Show and Exhibit, Allentown, Pennsylvania |
| *March 1990* | "Recent EIFS Project Investigations for the Construction Engineering Research Laboratory"<br>Presentation for ASTM Committee E06.55, Exterior Building Wall Systems, New Orleans, Louisiana |
| *January 1990* | "Sealant Usage for Exterior Insulation and Finish Systems"<br>Paper presented at ASTM Symposium on Sealant Technology<br>Paper published *Building Sealants:  Materials, Properties, and Performance (STP 1069)*, August 1990 |
| *October 1989* | "Use of Sealant in EIFS".  Article for *Progressive Architecture* |
| *July 1989* | "EIF Systems:  Quality Lost in the Translation?"<br>Interviewed for article published in *Architectural Record* |
| *April 1989* | "Updated Materials Recreate Traditional Architecture" by Randy Threndyle Interviewed for article published in *Southam Building Guide* |
| *November 1988* | "Stucco, Synthetic"<br>Article for *Encyclopedia of Architecture, Design, Engineering and Construction*, John Wiley and Sons, Inc. |
| *November 1988* | "EIFS in the United States and Current ASTM EIFS Activities"<br>Presentation at the First European Symposium on External Wall Insulation, Paris, France |
| *October 1988* | "Precast Architectural Concrete".  Article for *Encyclopedia of Architecture, Design, Engineering and Construction*, John Wiley and Sons, Inc. |
| *August 1988* | "Trends in Specifying EIFS" by Margaret Doyle<br>Interviewed for article published in *Building Design and Construction* |

# Williams Building Diagnostics Inc.

*Building Enclosure Consultants*

| | |
|---|---|
| *June 1988* | "Building Diagnostic Techniques"<br>Presentation at the Center for Building Technology Symposium, National Institute of Standards and Technology in Gaithersburg, Maryland |
| *March 1988* | "Architectural Precast Concrete and the Design Process"<br>Presentation at the American Concrete Institute in Orlando, Florida |
| *June 1986* | "Architectural Precast Concrete in the U.S. - Current Trends in Design and Technology"<br>Presentation at the Ostlandske Spennbetong in Honefoss, Norway |
| *March 1986* | "Masonry Preservation, Patching and Tinting"<br>Presentation at the Committee on Historic Resources<br>National Headquarters, American Institute of Architects, Washington, DC |
| *March 1986* | "Reasonable Expectations for Architects and Precast Contractors"<br>Presentation at the Architectural Precast Association's Annual Convention<br>New Orleans, Louisiana |
| *February 1986* | "Failures: Rustic Terrazzo"<br>Article for *Progressive Architecture* |
| *October 1985* | "Trends in Facade Materials"<br>Presentation at the Prestressed Concrete Institute, 31st Annual Convention<br>Nashville, Tennessee |

## Product Design:

| | |
|---|---|
| *1988* | Co-inventor of panelized building assembly system. |
| *1999* | Co-inventor of multi-component elastomeric materials for building flashing system<br>Awarded U.S. patent. |
| *2002* | Inventor of multi-component flashing systems.  Awarded U.S. patent. |
| *2002* | Inventor of pre-formed flashing systems.  Awarded U.S. patent. |
| *2003* | Co-inventor of training device for baseball pitchers.  Awarded U.S. patent. |
| *2005* | Inventor of integrated system for controlling water intrusion and air movement through exterior wall construction.  Awarded U.S. patent. |
| *2005* | Inventor of multi-unit termination accessory flashing.  Awarded U.S. patent. |
| *2007* | Inventor of housewrap with integral furring strips.  Patent pending. |