Williams Building Diagnostics
02/15/12
Projected Cost Summary-Preliminary: 18891 River Estates Lane, Alva, Florida

| | Scope of Work | Further Action | Quantity | Unit | Labor Unit Cost | Total Labor Cost | Equip./ Mat'l Unit Cost | Total Equip./ Mat'l Cost | LINE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | **Demolition Process** | | | | | | | | |
| 1 | Rent Dumpster - 30 CY | - | 3 | ea | | | 500.00 | 1500.00 | $1,500.00 |
| 2 | Temporary Toilets | - | Allow. | | | | | | $500.00 |
| 3 | Temporary Electric | - | Allow. | | | | | | $200.00 |
| 4 | Storage | - | Allow. | | | | | | $1,500.00 |
| 5 | Builders Risk Insurance | - | Allow. | | | | | | $500.00 |
| 6 | Project Permits | - | Allow. | | | | | | $750.00 |
| 7 | Existing Floor Protection | - | Allow. | | | | | | $2,000.00 |
| 8 | Personal Protection Equipment | - | Allow. | | | | | | $100.00 |
| 9 | Remove Plumbing Fixtures (B&K) | Store | Allow. | | | | | | $1,000.00 |
| 10 | Remove Cabinets/Counters(B&K) | Store | Allow. | | | | | | $2,500.00 |
| 11 | Garage Door Motors | Discard | Allow. | | | | | | $50.00 |
| 12 | Remove Water Heater | Discard | 1 | ea | 38.60 | 38.60 | | | $38.60 |
| 13 | Remove Interior Air Handlers | Discard | 2 | ea | 84.80 | 169.60 | | | $169.60 |
| 14 | Remove Breaker Panel | Discard | 1 | ea | 222.00 | 222.00 | | | $222.00 |
| 15 | Remove Kitchen Appliances | Discard | 4 | ea | 66.00 | 264.00 | | | $264.00 |
| 16 | Remove Ceiling Fans | Discard | 6 | ea | 18.20 | 109.20 | | | $109.20 |
| 17 | Remove Light Fixtures | Discard | 23 | ea | 10.90 | 250.70 | | | $250.70 |
| 18 | Remove Smoke Detectors | Discard | 8 | ea | 7.28 | 58.24 | | | $58.24 |
| 19 | Remove Thermostats | Discard | 2 | ea | 8.09 | 16.18 | | | $16.18 |
| 20 | Remove Grills and Registers | Store | - | ea | Incl.#40 | | | | $0.00 |
| 21 | Remove Exhaust Fans | Discard | 3 | ea | 18.40 | 55.20 | | | $55.20 |
| 22 | Remove Baseboard | Discard | 860 | lf | 0.90 | 774.00 | | | $774.00 |
| 23 | Remove Wood/Laminate Flooring | Discard | Allow. | | | | | | $3,500.00 |
| 24 | Remove Wall & Ceiling Drywall | Discard | Allow. | | | | | | $7,000.00 |
| 25 | Remove Pocket Doors | Store | 2 | ea | Incl.#26 | | | | $0.00 |
| 26 | Remove Pocket Door Jambs&Cas. | Discard | 2 | ea | 174.00 | 348.00 | | | $348.00 |
| 27 | Remove Interior Doors | Store | 17 | ea | 7.90 | 134.30 | | | $134.30 |
| 28 | Remove Int. Door Jambs & Casing | Discard | 17 | ea | 13.46 | 228.82 | | | $228.82 |

1

Williams Building Diagnostics
02/15/12
Projected Cost Summary-Preliminary: 18891 River Estates Lane, Alva, Florida

2

| # | Scope of Work | Further Action | Quantity | Unit | Labor Unit Cost | Total Labor Cost | Equip./ Mat'l Unit Cost | Total Equip./ Mat'l Cost | LINE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 29 | Remove Electrical Wiring | Discard | 2355 | sf | 0.65 | 1530.75 | | | $1,530.75 |
| 30 | Remove Duct Work | Discard | 2355 | sf | 0.65 | 1530.75 | | | $1,530.75 |
| 31 | Remove Ceramic Tile | Discard | Allow. | | | | | | $1,000.00 |
| 32 | Remove Stair | Discard | Allow. | | | | | | $500.00 |
| 33 | Remove Ceiling Insulation | Discard | 2355 | sf | 0.47 | 1106.85 | | | $1,106.85 |
| 34 | Remove Wall Insulation & Furring | Discard | 8755 | sf | 0.33 | 2889.15 | | | $2,889.15 |
| 35 | Final Demolition Clean Up | - | 16 | hr | 30.80 | 492.80 | | | $492.80 |
| | | | | | | | | Demo Sub Tot: | $32,819.14 |
| | **Cleaning Process** | | | | | | | | |
| 36 | Air Scrubbers | - | Allow. | | | | | | $1,000.00 |
| 37 | Preliminary Shop Vac | - | Allow. | | | | | | $3,500.00 |
| 38 | HEPA Vac | - | Allow. | | | | | | $4,000.00 |
| 39 | Wipe Down/Spray/Clean | - | Allow. | | | | | | $3,500.00 |
| | | | | | | | | Cleaning Sub. Tot: | $12,000.00 |
| | **Rebuild Process** | | | | | | | | |
| 40 | Install Duct Work | New | 1 | sf | 3110.00 | 3110.00 | 1120.00 | 1120.00 | $4,230.00 |
| 41 | Install Rough Electrical Wiring | New | 2355 | sf | 3.50 | | | | $8,242.50 |
| 42 | Install Hot Water Heater | New | 1 | ea | 186.00 | 186.00 | 1020.00 | 1020.00 | $1,206.00 |
| 43 | Install Interior Air Handlers | New | 2 | ea | 1080.00 | 2160.00 | 2790.00 | 5580.00 | $7,740.00 |
| 44 | Install Interior Breaker Panel | New | 1 | ea | 562.00 | 562.00 | 709.00 | 709.00 | $1,271.00 |
| 45 | Install Stair | New | Allow. | | | | | | $1,500.00 |
| 46 | Install Wall Insulation - 1st Fl. | New | 3360 | sf | 0.55 | 1848.00 | 0.72 | 2419.20 | $4,267.20 |
| 47 | Install Furring Strips | New | Allow. | | | | | | $500.00 |
| 48 | Install Wall Insulation - 2nd Fl. | New | 4292 | sf | 0.43 | 1845.56 | 0.48 | 2060.16 | $3,905.72 |
| 49 | Install Ceiling Insulation | New | 2355 | sf | 0.59 | 1389.45 | 1.57 | 3697.35 | $5,086.80 |
| 50 | Install Int. Door Jambs & Casing | New | 17 | ea | 73.65 | 1252.05 | 29.30 | 498.10 | $1,750.15 |
| 51 | Install Pocket Door Jambs & Cas. | New | 2 | ea | 90.23 | 180.46 | 46.20 | 92.40 | $272.86 |

3

Williams Building Diagnostics
02/15/12
Projected Cost Summary-Preliminary: 18891 River Estates Lane, Alva, Florida

| | Scope of Work | Further Action | Quantity | Unit | Labor Unit Cost | Total Labor Cost | Equip./ Mat'l Unit Cost | Total Equip./ Mat'l Cost | LINE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 52 | Install Int. Doors | Re-use | 17 | ea | Incl.#27 | | | | |
| 53 | Install Pocket Doors | Re-use | 2 | ea | Incl.#26 | | | | |
| 54 | Install Walls with Lt. Tex. | New | 8755 | sf | 1.00 | 8755.00 | 0.25 | 2188.75 | $10,943.75 |
| 55 | Install Ceiling with KD Tex. | New | 2355 | sf | 1.00 | 2355.00 | 0.25 | 588.75 | $2,943.75 |
| 56 | Install Baseboard | New | 860 | lf | 2.50 | 2150.00 | 1.50 | 1290.00 | $3,440.00 |
| 57 | Prime Walls & Ceiling | New | 8755 | sf | 0.29 | 2538.95 | 0.14 | 1225.70 | $3,764.65 |
| 58 | Paint Walls & Ceiling (2 coats) | New | 8755 | sf | 0.49 | 4289.95 | 0.22 | 1926.10 | $6,216.05 |
| 59 | Prime Baseboard | New | 860 | lf | 0.54 | 464.40 | 0.14 | 120.40 | $584.80 |
| 60 | Paint Baseboard (2 coats) | New | 860 | lf | 0.83 | 713.80 | 0.22 | 189.20 | $903.00 |
| 61 | Install Wallpaper Border | New | Allow. | | | | | | $500.00 |
| 62 | Prime Casing | New | 475 | lf | 0.64 | 304.00 | 0.14 | 66.50 | $370.50 |
| 63 | Paint Casing (2 coats) | New | 475 | lf | 0.83 | 394.25 | 0.22 | 104.50 | $498.75 |
| 64 | Install Ceramic Tile | New | Allow. | | | | | | $6,000.00 |
| 65 | Install Cabinets/Counters (B&K) | Re-use | Allow. | | | | | | $7,500.00 |
| 66 | Install Plumbing | New | Allow. | | | | | | $4,000.00 |
| 67 | Install Plumbing Fixtures (B&K) | New | Allow. | | | | | | $2,500.00 |
| 68 | Install Appliances | New | Allow. | | | | | | $12,000.00 |
| 69 | Install Closets/Shelving | New | Allow. | | | | | | $500.00 |
| 70 | Install Grilles | Re-use | - | ea | Incl.#40 | | | | $0.00 |
| 71 | Install Registers | Re-use | - | ea | Incl.#40 | | | | $0.00 |
| 72 | Install Exhaust Fans | New | 3 | ea | 34.30 | 102.90 | 105.00 | 315.00 | $417.90 |
| 73 | Install Smoke Detectors | New | 8 | ea | 19.90 | 159.20 | 55.60 | 444.80 | $604.00 |
| 74 | Install Thermostats | New | 2 | ea | 16.30 | 32.60 | 22.20 | 44.40 | $77.00 |
| 75 | Install Light Fixtures | New | Allow. | ea | | | | | $4,000.00 |
| 76 | Install Ceiling Fans | New | 6 | ea | 50.00 | 300.00 | 300.00 | 1800.00 | $2,100.00 |
| 77 | Install Sound System | New | Allow. | | | | | | $1,500.00 |
| 78 | Install Fire Sprinkler System | New | Allow. | | | | | | $3,500.00 |
| 79 | Finish/Touch up Painting | New | - | | Incl. #58 | | | | $0.00 |
| 80 | Install Shower Enclosures/Mirrors | New | Allow. | | | | | | $2,000.00 |

Williams Building Diagnostics
02/15/12
Projected Cost Summary-Preliminary: 18891 River Estates Lane, Alva, Florida

4

| | Scope of Work | Further Action | Quantity | Unit | Labor Unit Cost | Total Labor Cost | Equip./ Mat'l Unit Cost | Total Equip./ Mat'l Cost | LINE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 81 | Install Wood/Laminate Floor | New | Allow. | | | | | | $10,000.00 |
| 82 | Garage Door Openers/Motors | New | Allow. | | | | | | $500.00 |
| 83 | Final House Cleaning | | 32 | hr | 28.30 | 905.60 | | | $905.60 |
| 84 | Dumpster Removal | | - | | Incl. # 1 | | | | $0.00 |
| | | | | | | | | Rebuild Sub Tot: | $128,241.98 |
| | | | | | | Sub Total: | | | $173,061.12 |
| | | | | | | Overhead @ 10% | | | $17,306.11 |
| | | | | | | Sub Total: | | | $190,367.23 |
| | | | | | | Profit @ 10% | | | $19,036.72 |
| | | | | | | Sub Total: | | | $209,403.96 |
| | | | | | Architect/ Program Manager @ 10% | | | | $20,940.40 |
| | | | | | | Total: | | | $230,344.35 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | Living | Garage | | | |
| | | | | Area (SF) per Drawings Provided by Owner | 2355 | 514 | | | |
| | | | | | | | | | |
| | Sources: | | | | | | | | |
| 1 | 2012 National Renovation & Insurance Repair Estimator | | | | | | | | |
| 2 | Williams Building Diagnostics Inc. Overall Experience | | | | | | | | |

Prepared By:   Williams Building Diagnostics Inc., 305 15th Street West, Bradenton, FL 34205
941.238.1000