UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

**GEORGE BRINCKU and BRENDA BRINCKU,**

        **Plaintiffs,**

v.                              No. 2:11-cv-00338-JES-SPC

**NATIONAL GYPSUM COMPANY, a Delaware Corporation,**

        **Defendant.**

## DEFENDANT NEW NGC, INC.'S NOTICE OF RE-FILING OF APPENDIX VOLUME V OF V IN SUPPORT OF NEW NGC, INC.'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO EXCLUDE EXPERT REPORTS AND TESTIMONY OF PLAINTIFFS' EXPERT WITNESSES DAVID C. STRAUS AND JOHN SAM SUTTON

Defendant New NGC, Inc., doing business as National Gypsum Company ("National Gypsum"), hereby submits this Notice of Re-filing of Appendix Volume V of V in Support of National Gypsum's Motion for Summary Judgment (doc. no. 171) and Motion to Exclude Expert Reports and Testimony of Plaintiffs' Expert Witnesses David C. Straus and John Sam Sutton (doc. no. 172).

The Appendix was timely filed on March 16, 2012. At that time, National Gypsum filed for the official case file a color copy of the Appendix in paper form and electronic form on a DVD (as reflected in docket entries 178-82). Courtesy copies of the same were provided to Chambers and to Plaintiffs' counsel. Also at that time, not all of the exhibits were uploaded to the Court's Electronic Case Filing ("ECF") system because of exceptional circumstances.[1]

---

[1] The exhibits contained in Volume I of the Appendix were uploaded to ECF and are available at docket entry number 178.

- 2 -

Specifically, the voluminous nature of the exhibits, coupled with the fact that many of the exhibit files were embedded with color images, rendered compliance with the ECF system's five-megabyte size limitation on exhibit filings impracticable.  For example, because many of the exhibit files far exceeded the ECF system's five megabyte size limitation, uploading the original digital copies of the exhibits to ECF would have required dividing many of the exhibits into multiple sub-parts and likely resulting in more than five hundred exhibit sub-parts on the ECF system.

  At the request of the Court, the Appendix is now being re-filed in full on the Court's ECF system.  The undersigned has recently become aware of technology that enables the electronic filing of the vast majority of the exhibits in compliance with ECF's five-megabyte size limitation, and it thus avoids burdening the ECF system hundreds of exhibit subparts.  For ease of reference, a Table of Contents of the exhibits contained in the Appendix is attached hereto.

- 3 -

Dated:       May 14, 2012                             Respectfully submitted,


/s/ Thomas V. Ayala
Christopher J.M. Collings,
Fla. Bar No. 184403
MORGAN, LEWIS & BOCKIUS LLP
200 South Biscayne Boulevard
Suite 5300
Miami, FL  33131-2339
(305)415.3000 (Phone)
(305)415.3001 (Fax)
ccollings@morganlewis.com

James D. Pagliaro (admitted pro hac vice)
Thomas J. Sullivan (admitted pro hac vice)
Thomas V. Ayala (admitted pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000 (Phone)
(215) 963-5001 (Fax)
jpagliaro@morganlewis.com
tsullivan@morganlewis.com
tayala@morganlewis.com

*Counsel for National Gypsum Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 14, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which in turn sent a notice of electronic filing to **Brian W. Warwick**: bwarwick@varnellandwarwick.com, Varnell & Warwick, PA, 20 LaGrande Blvd., The Villages, FL 32159-2384; **Jack Landskroner**: jack@lgmlegal.com, Landye Bennett Blumstein, LLP Suite 3500, 1300 SW 5th Ave , Portland, OR 97201; **Gregory Scott Weiss**: gweiss@leopold-law.com, Leopold-Kuvin, P.A., 2925 PGA Boulevard, Suite 200, Palm Beach Gardens, FL 33410; **Jori Bloom Naegele**: jbnaegele@gmail.com and **Robert D. Gary**: rdgary@gmail.com, Gary Naegele & Theado LLC 446 Broadway, Lorain, OH 44052, **Theodore J. Leopold**: tleopold@leopoldkuvin.com, Leopold Kuvin, PA, Suite 200, 2925 PGA Blvd., Palm Beach Gardens, FL 33410; **William C. Wright**: willwright@wrightlawoffice.com, Wright Law Office, Suite 3000, 301 Clematis St., West Palm Beach, FL 33401.

        /s/ Thomas V. Ayala  
        Thomas V. Ayala

# **TABLE OF CONTENTS**

*Description*                                         **Exhibit**

**VOLUME I**

Transcript, Deposition of Mark Cramer ............................................................................... 1

Transcript, Deposition of Richard Lewis .............................................................................. 2

Transcript, Deposition of Brenda Little ................................................................................ 3

Transcript, Deposition of John McCarthy ............................................................................ 4

Transcript, Deposition of Ralph Moon ................................................................................. 5

Transcript, Deposition of Theodore Myatt .......................................................................... 6

Transcript, Deposition of Robert Odle ................................................................................. 7

Transcript, Deposition of Michael Tuday ............................................................................ 8

Transcript, Deposition of Dick Engbrecht ........................................................................... 9

Transcript, Deposition of Zdenek Hejzlar ..........................................................................10

Transcript, Deposition of David C. Straus .........................................................................11

Transcript, Deposition of J.S. Sutton .................................................................................12

Transcript, Deposition of Mark Williams ...........................................................................13

**VOLUME II**

National Gypsum Company Expert Report – Brenda Little, Ph.D
 (Brincku/Bucker) ..........................................................................................................14

National Gypsum Company Expert Report – Michael Tuday (Brincku) ...................................15

Columbia Analytical Services Report for National Gypsum Company regarding
 copper corrosion – Brincku home ................................................................................16

National Gypsum Company Expert Report – Michael Tuday (Brucker) ...................................17

Columbia Analytical Services Report for National Gypsum Company regarding
 copper corrosion – Brucker home ...............................................................................18

National Gypsum Company Expert Report – Michael Tuday (Nutting) .................................. 19

Columbia Analytical Services Report for National Gypsum Company regarding copper corrosion – Nutting home ................................................................................................ 20

National Gypsum Company Expert Report – Michael Tuday (Ravelo) .................................. 21

Columbia Analytical Services Report for National Gypsum Company regarding copper corrosion – Ravelo home ................................................................................................ 22

National Gypsum Company Expert Report – Michael Tuday (Retana) .................................. 23

Columbia Analytical Services Report for National Gypsum Company regarding copper corrosion – Retana home ................................................................................................ 24

National Gypsum Company Expert Report – Mark Cramer (Brincku) .................................... 25

National Gypsum Company Expert Report – Mark Cramer (Brucker) .................................... 26

National Gypsum Company Expert Report – Mark Cramer (Nutting) ..................................... 27

National Gypsum Company Expert Report – Mark Cramer (Ravelo) ...................................... 28

National Gypsum Company Expert Report – Mark Cramer (Retana) ...................................... 29

**VOLUME III**

National Gypsum Company Expert Report – Richard Lewis (Brincku) ................................... 30

National Gypsum Company Expert Report – Richard Lewis (Brucker) ................................... 31

National Gypsum Company Expert Report – Richard Lewis (Nutting) .................................... 32

National Gypsum Company Expert Report – Richard Lewis (Ravelo) ..................................... 33

National Gypsum Company Expert Report – Richard Lewis (Retana) ..................................... 34

National Gypsum Company Expert Report – Richard Lewis – "Sulfate-Reducing Bacteria (SRB) Test in Environmental Samples". ..................................................................... 35

National Gypsum Company Expert Report – Ralph Moon – "Building Sciences Department Report Temperature Range Experiment National Gypsum Manufacturing Facility Gibsonton, Florida". ............................................................................................................. 36

National Gypsum Company Expert Report – John McCarthy

(Brucker and Brincku) ..................................................................................................37

National Gypsum Company Expert Report – Theodore Myatt
(Brucker and Brincku) ..................................................................................................38

National Gypsum Company Expert Report – Robert Odle, Ph.D (Brincku) ..............................39

National Gypsum Company Expert Report – Robert Odle, Ph.D (Brucker) ..............................40

National Gypsum Company Expert Report – Robert Odle, Ph.D (Nutting) ..............................41

National Gypsum Company Expert Report – Robert Odle, Ph.D (Ravelo) ...............................42

National Gypsum Company Expert Report – Robert Odle, Ph.D (Retana) ...............................43

Plaintiffs' November 18, 2011 Expert Report – Dick Engbrecht (Brincku/Brucker) ................44

Plaintiffs' November 18, 2011 Expert Report – Zedenek Hejzlar (Brincku) ............................45

Plaintiffs' February 13, 2012 Addendum to Expert Report – Zdenek Hejzlar (Brincku) ..........46

Plaintiffs' November 10, 2011 Expert Report – Zdenek Hejzlar (Brucker Plaintiffs) ...............47

Plaintiffs' November 17, 2011 Expert Report – David Straus, Ph.D (Brincku).........................48

Plaintiffs' March 5, 2012 Revision to Expert Report – David Straus, Ph.D (Brincku)..............49

Plaintiffs' November 17, 2011 Expert Report – David Straus, Ph.D (Brucker).........................50

**VOLUME I V**

Plaintiffs' January 24, 2012 Revision to Expert Report – David Straus, Ph.D (Brucker)..........51

Plaintiffs' March 5, 2012 Revision to Expert Report – David Straus, Ph.D (Brucker)..............52

Plaintiffs' November 17, 2011 Expert Report – David Straus, Ph.D (Nutting) .........................53

Plaintiffs' March 5, 2012 Revision to Expert Report – David Straus, Ph.D (Nutting) ..............54

Plaintiffs' November 17, 2011 Expert Report – David Straus, Ph.D. (Ravelo) .........................55

Plaintiffs' March 5, 2012 Revision to Expert Report – David Straus, Ph.D (Ravelo) ...............56

Plaintiffs' November 17, 2011 Expert Report – David Straus, Ph.D (Retana) ..........................57

Plaintiffs' March 5, 2012 Revision to Expert Report – David Straus, Ph.D. (Retana)...............58

Plaintiffs' November 16, 2011 Expert Report – J.S. Sutton (Brincku) ....................................59

Plaintiffs' September 26, 2011 Expert Report – J.S. Sutton (Brucker) ....................................60

Plaintiffs' January 17, 2012 Supplemental Expert Report – J.S. Sutton (Brucker)....................61

Plaintiffs' September 26, 2011 Expert Report – J.S. Sutton (Nutting)......................................62

Plaintiffs' September 26, 2011 Expert Report – J.S. Sutton (Ravelo).......................................63

Plaintiffs' September 26, 2011 Expert Report – J.S. Sutton (Retana).......................................64

Plaintiffs' November 17, 2011 Expert Report – Mark Williams (Brincku/Brucker) .................65

Plaintiffs' February 15, 2012 Supplemental Expert Report – Mark Williams (Brincku)...........66

**VOLUME V**

Extract *Brucker* Third Amended Class Action Complaint, October 4, 2011 .............................67

U.S. Geological Survey, "The Use of Epifluorescent Microscopy and Quantitative
Polymerase Chain Reaction to Determine the Presence/Absence and Identification
of Microorganisms Associated with Domestic and Foreign Wallboard Samples".....................68

CPSC Drywall Information Center "Other Frequently Asked Questions (FAQs)" ...................69

December 12, 2005 Decision of Division of Medical Quality Medical Board of
California In the Matter of the Accusation Against:  Dennis Glenn Hooper, M.D. ...................70

Texas Medical Board Public Verification/Physician Profile,
Dennis Glenn Hooper, M.D. ......................................................................................................71

Environmental Health & Engineering Report, "Evaluation of Homes Reported to be
Constructed with Domestic Drywall", April 12, 2011 ...............................................................72

CPSC Staff Summary of Contractor's Evaluation of Homes Reported to be
Constructed with Domestic Drywall, April 15, 2011 ................................................................73

Hejzlar, "Applications of X-Ray Fluorescence to Confirm Sulfur Impact of Corrosive
Drywall", 2010 (Hejzlar Deposition Exhibit #10).....................................................................74

Hooper, et al., "Isolation of Sulfur Reducing and Oxidizing Bacteria Found in Contaminated
Drywall" (Sutton Deposition Exhibit O) ...................................................................................75

Environmental Health & Engineering Report, "Draft Report on Preliminary Microbiological

Assessment of Chinese Drywall", March 26, 2010 ....................................................................76

Gypsum Association document, "Gypsum Panel Products, Types, Uses, Sizes and Standards (GA-223-04)" (Engbrecht Deposition Exhibit NN)...................................................77

Transcript, Deposition of Jeffrey McChesney ............................................................................78

September, 2009 CPSC Imported Drywall Fact Sheet ................................................................79

September 15, 2011 CPSC/HUD Press Release ..........................................................................80

CPSC "Summary of Identification Guidance For Homes With Corrosion From Problem Drywall As of March 18, 2011" ....................................................................................81

Florida Department of Health "Case Definition (12-18-09) for Drywall Associated Corrosion in Residences" ..............................................................................................................82

Transcript, Deposition of Chris Brucker ......................................................................................83

Transcript, Deposition of Trever Nutting .....................................................................................84

Transcript, Deposition of Xiomara Ravelo ..................................................................................85

July 9, 2010 Intervening Plaintiffs' Memorandum of Law in Support of Their Motion to Intervene, MDL 2047, *In Re: Chinese-Manufactured Drywall Products Liability Litigation*...................................................................................................................................86

Transcript, Deposition of Beatrix Retana ....................................................................................87

Transcript, Deposition of George Brincku ..................................................................................88

Transcript, Deposition of Brenda Brincku ...................................................................................89