# EVALUATION OF HOMES
# REPORTED TO BE CONSTRUCTED
# WITH DOMESTIC DRYWALL

Prepared For:

**U.S. Consumer Product Safety Commission**
**4330 East West Highway**
**Bethesda, MD 20814**

Prepared By:

**Environmental Health & Engineering, Inc.**
**117 Fourth Avenue**
**Needham, MA 02494-2725**

EH&E Report 17314

April 12, 2011

This report was prepared for the Commission pursuant to contract CPSC--D-10-0002. It has not been reviewed or approved by, and may not necessarily reflect the views of, the Commission.

## TABLE OF CONTENTS

1.0 EXECUTIVE SUMMARY ........................................................................................ 1
    1.1 INTRODUCTION ........................................................................................ 1
    1.2 OVERVIEW OF STUDY DESIGN ............................................................. 2
    1.3 SUMMARY OF FINDINGS ....................................................................... 7
    1.4 CONCLUSIONS ........................................................................................ 7
2.0 BACKGROUND ..................................................................................................... 9
    2.1 PURPOSE AND SCOPE .......................................................................... 9
3.0 SAMPLING AND ANALYTICAL METHODS ....................................................... 11
    3.1 OVERVIEW .............................................................................................. 11
    3.2 SOURCE DRYWALL MEASUREMENTS ............................................... 11
    3.3 AIR SAMPLING ....................................................................................... 13
    3.4 RELATIVE HUMIDITY/TEMPERATURE ................................................ 14
    3.5 AIR EXCHANGE RATE ........................................................................... 14
    3.6 CORROSION ASSESSMENT ................................................................. 15
    3.7 DRINKING WATER SAMPLING METHODS ........................................... 17
    3.8 REPORTING LIMITS .............................................................................. 17
    3.9 QUALITY ASSURANCE AND QUALITY CONTROL PROCEDURES ........... 18
4.0 DECISION CRITERIA FOR THE EVALUATION OF THE PRESENCE OF
PROBLEM DRYWALL ........................................................................................ 19
    4.1 COMPARISON WITH RESULTS FROM THE 51-HOME STUDY ................. 19
    4.2 OVERVIEW OF GUIDANCE FROM THE INTERAGENCY TASK FORCE ..... 20
    4.3 DECISION CRITERIA FOR EVALUATING TEST RESULTS ....................... 21
5.0 RESULTS ............................................................................................................ 28
    5.1 AIR EXCHANGE RATE, THERMAL COMFORT, FORMALDEHYDE,
SULFIDES IN WATER ............................................................................. 28
    5.2 HOME A (CONSTRUCTED 2006) ......................................................... 30
    5.3 HOME B (CONSTRUCTED 2006) ......................................................... 33
    5.4 HOME C (CONSTRUCTED 2005-2006) ................................................ 35
    5.5 HOME D (CONSTRUCTED 2005-2007) ................................................ 37
    5.6 HOME E (CONSTRUCTED 2006) ......................................................... 39
    5.7 HOME F (CONSTRUCTED 2005-2006) ................................................. 41
    5.8 HOME G (CONSTRUCTED 2002) ......................................................... 43

## TABLE OF CONTENTS (Continued)

5.9  HOME H (CONSTRUCTED 2004) ................................................................. 45

5.10 HOME I (CONSTRUCTED 2004) ................................................................ 47

5.11 HOME J (CONSTRUCTED 2005-2006) ....................................................... 49

5.12 HOME K (CONSTRUCTED 2006) ............................................................... 51

6.0 DISCUSSION ................................................................................................ 53

6.1  SUMMARY .............................................................................................. 53

6.2  LIMITATIONS ......................................................................................... 60

7.0 CONCLUSION................................................................................................ 63

8.0 REFERENCES .............................................................................................. 64

### LIST OF APPENDICES

Appendix A    Table
Appendix B    Sampling Methods

### LIST OF TABLES

Table 1.1   Summary of Interagency Task Force's Guidance for Identification of Homes with Corrosion from Problem Drywall, March 18, 2011

Table 3.1   Analytical Reporting Limits

Table 4.1   Summary of the Interagency Task Force Guidance for Identification of Homes with Corrosion from Problem Drywall, March 18, 2011

Table 4.2   House Average Hydrogen Sulfide Concentrations in Air ($\mu g/m^3$)

Table 5.1   Results of Continuous Temperature, Relative Humidity, and Dew Point Monitoring, September 2010

Table 6.1   Comparison of Elemental Sulfur ($S_8$) and Strontium/Carbonate Markers

Table 6.2   Environmental Test Results for Each Home, by Location

Table 6.3   Summary Statistics for Ratio of $Cu_2S:Ag_2S$ Formation Rates at Air Handling Unit Air Supply Register in Homes Known to be Impacted by Problem Drywall

Table 6.4   Material Sensitivities to Atmospheric Corrodants

## TABLE OF CONTENTS (Continued)

**LIST OF FIGURES**

Figure 3.1   Example of Visual Corrosion Ratings, Electrical Ground Wire

Figure 4.1   Distribution of Mean Ground Wire Corrosion Rating in 51-Home Study homes with Problem Drywall and Control Homes

Figure 4.2   Distribution of Mean $S_8$ Concentrations in Homes Impacted by Problem Drywall and Control Homes from 51-Home Study

Figure 4.3   Distribution of Room Average Copper Corrosion Rates in Homes Impacted by Problem Drywall and Control Homes from 51-Home Study

Figure 4.4   Distribution of Room Average Copper Corrosion Rates in Homes Impacted by Problem Drywall and Control Homes from 51-Home Study

Figure 5.1   Comparison of Distribution of House-average Formaldehyde Concentrations Measured in the 51-Home Study (both homes impacted by problem drywall and control homes) and Homes in this Study

Figure 5.2   Comparison of Results from Homes Impacted by Problem Drywall (51-Home Study), Control Homes (51-Home Study) and Home A

Figure 5.3   Comparison of Results from Homes Impacted by Problem Drywall (51-Home Study), Control Homes (51-Home Study) and Home B

Figure 5.4   Comparison of Results from Homes Impacted by Problem Drywall (51-Home Study), Control Homes (51-Home Study) and Home C

Figure 5.5   Comparison of Results from Homes Impacted by Problem Drywall (51-Home Study), Control Homes (51-Home Study) and Home D

Figure 5.6   Comparison of Results from Homes Impacted by Problem Drywall (51-Home Study), Control Homes (51-Home Study) and Home E

Figure 5.7   Comparison of Results from Homes Impacted by Problem Drywall (51-Home Study), Control Homes (51-Home Study) and Home F

Figure 5.8   Comparison of Results from Homes Impacted by Problem Drywall (51-Home Study), Control Homes (51-Home Study) and Home G

Figure 5.9   Comparison of Results from Homes Impacted by Problem Drywall (51-Home Study), Control Homes (51-Home Study) and Home H

Figure 5.10  Comparison of Results from Homes Impacted by Problem Drywall (51-Home Study), Control Homes (51-Home Study) and Home I

Figure 5.11  Comparison of Results from Homes Impacted by Problem Drywall (51-Home Study), Control Homes (51-Home Study) and Home J

Figure 5.12  Comparison of Results from Homes Impacted by Problem Drywall (51-Home Study), Control Homes (51-Home Study) and Home K

Figure 6.1   Scatterplot of $S_8$ and Strontium Concentrations (mg/kg) Measured in Drywall from Study Homes

Figure 6.2   Indoor/Outdoor Ratio for $Cu_2S$ Formation in Homes from 51-Home Study

Figure 6.3   Indoor/Outdoor Ratio for $Ag_2S$ Formation in Homes from 51-Home Study

## TABLE OF CONTENTS (Continued)

### LIST OF ABBREVIATIONS AND ACRONYMS

| | |
|---|---|
| A/30d | angstroms per 30 days |
| ACGIH | American Conference of Governmental Industrial Hygienists |
| ACH | air changes per hour |
| $Ag_2S$ | silver sulfide |
| AgCl | silver chloride |
| AHU | air handling unit |
| AIHA | American Industrial Hygiene Association |
| ASHRAE | American Society of Heating, Refrigerating and Air Conditioning Engineers, Inc. |
| ASTM | ASTM International (formerly American Society for Testing and Materials) |
| $CO_2$ | carbon dioxide |
| CPSC | U.S. Consumer Product Safety Commission |
| $Cu_2S$ | copper sulfide |
| CuO | copper oxide |
| EH&E | Environmental Health & Engineering, Inc. |
| EPA | U.S. Environmental Protection Agency |
| FTIR | Fourier transform infrared |
| GC/ECD | gas chromatography/electron capture detector |
| LBNL | Lawrence Berkeley National Laboratory |
| mg/kg | milligrams per kilograms |
| NIOSH | National Institute for Occupational Safety and Health |
| OSHA | U.S. Occupational Safety and Health Administration |
| ppb | parts per billion |
| ppm | parts per million |
| QA/QC | quality assurance quality control |
| QAPP | Quality Assurance Project Plan |
| $S_8$ | elemental (orthorhombic) sulfur |
| VOC | volatile organic compound |
| XRF | x-ray fluorescence |
| °C | degrees Celsius |
| °F | degrees Fahrenheit |
| $\mu g/m^3$ | micrograms per cubic meter |
| < | less than |
| > | greater than |
| ' | feet |
| % | percent |

## 1.0   EXECUTIVE SUMMARY

### 1.1   INTRODUCTION

Under contract with the U.S. Consumer Product Safety Commission (CPSC), Environmental Health & Engineering, Inc. (EH&E) conducted an investigation of homes reported to be constructed of domestic drywall. This investigation was conducted in support of CPSC's continuing evaluation of residential problem drywall installations that have elicited occupant complaints. The issue with problem drywall was originally commonly referred to as the "Chinese drywall" issue because early reports of problem drywall appeared to be associated with material that was imported from the People's Republic of China. This specific project was designed to determine if source markers, hydrogen sulfide, and corrosion conditions previously identified to be associated with problem drywall installations are present in complaint homes reported to be constructed of domestic drywall. The specific goals of the project were as follows:

1) Characterize the indoor environment of homes selected by the CPSC due to occupant complaints, and reported by homeowners to be constructed with domestic drywall.

2) Compare the drywall composition, indoor air quality, and corrosion conditions in those homes to corresponding parameters observed in residences from the 51-Home Study and laboratory findings from the CPSC catalog samples of drywall.

The CPSC has developed a comprehensive assessment program of the characteristics of problem drywall. EH&E has been responsible for aspects of the in-home testing and evaluations, certain laboratory-based studies of the source materials, characterizing indoor environmental conditions, and the effects associated with wallboard typically described by the public, media, and others as "Chinese drywall." Summaries of this work have been presented to key stakeholders and are described in detail in publicly available reports (CPSC 2011; EH&E 2010a; EH&E 2010b). The previous investigations have highlighted the link between specific components of drywall in a home and several indoor environmental quality parameters, including increased levels of hydrogen sulfide in indoor air and increased rates of silver and copper corrosion. The CPSC and EH&E

also identified elemental sulfur ($S_8$) and strontium content in drywall as useful markers of problematic drywall.

In addition to those findings, these investigations also demonstrated that not all drywall imported from the People's Republic of China is problematic. Additionally, the CPSC reported that they have received complaints of odor and corrosion from homeowners who believe their residences are constructed with domestically manufactured drywall. These homeowner complaints were reported to be similar to the descriptions of odor and corrosion that are typical of homes demonstrated by the CPSC and EH&E to contain problem drywall. This study was designed to evaluate homes reportedly constructed with only domestically produced drywall and compare the in-home test results with objective criteria established by the earlier investigations for the identification of the presence of problem drywall. CPSC staff performed in-depth investigations during the home selection process to remove those homes from the study where Chinese markings were clearly present.

## 1.2    OVERVIEW OF STUDY DESIGN

### 1.2.1   Environmental Sampling

Methods developed in earlier CPSC studies for characterizing the composition of drywall, constituents of indoor air, and rates of corrosion were used to address the objectives of this project. To ensure that results from this investigation were directly comparable to previous indoor environmental characterizations conducted by the CPSC and EH&E, all sample collection and analytic methods were kept consistent with those used in the "51-Home Study" and the "Source Characterization Study" (EH&E 2010a; EH&E 2010b). Key elements of the indoor environmental characterization are described in the following sections.

The 51-Home Study was an extensive indoor environmental quality characterization commissioned by the CPSC. The field study was conducted on a set of 41 homes where CPSC had received complaints of sulfur-like odors and rapid corrosion of various metal surfaces in the homes. In addition, 10 homes were recruited by the CPSC as non-complaint, or control, homes (Note: the in-home investigation confirmed that 38 of the 41 "complaint" homes evaluated were adversely impacted by problem drywall). The

Source Characterization Study was an in-depth, laboratory-based examination of the elemental and mineral content of drywall samples obtained from known sources. These known samples were also subjected to a standardized chamber test procedure where their capacity to cause copper corrosion was quantified. In addition, many of these samples were analyzed by Lawrence Berkeley National Laboratory (LBNL) to determine the off-gassing of sulfur compounds (LBNL 2010). These studies provide a robust set of reference data for assessing results from this study.

For this current evaluation, field personnel conducted a full-day visit to each study home, to perform an environmental quality assessment. This work was carried out between September 20 and 29, 2010. During the visit, the field team performed the following activities: collected drywall samples, inspected ground wires and air handling unit(s) (AHU) for corrosion, conducted air exchange measurements, and deployed passive samplers for determining indoor air concentrations of specific gases and assessing corrosion rates. A summary of each method follows, with details provided in Section 3. Field sampling was conducted in accordance with the previously developed Quality Assurance Project Plan (QAPP) described in the 51-Home Study.

### 1.2.1.1   Source Characterization

The field team used an x-ray fluorescence (XRF) analyzer as a screening tool to scan multiple locations on each wall of every room in the home. This *in situ* assessment focused on quantifying strontium concentrations in the drywall, with the goal of obtaining spatially resolved data for estimating the amounts/types of drywall present.

In addition to *in situ* measurements, multiple drywall samples were collected from each room. The samples were taken, using a coring tool, from areas of drywall located behind wall outlet covers. Drywall samples taken from the home were analyzed for strontium and carbonate content, as well as $S_8$ concentration.

### 1.2.1.2   Air Sampling

Hydrogen sulfide and formaldehyde measurements were obtained in multiple rooms of each home using passive samplers. The passive samplers were deployed for a two-week integrated sampling period.

*1.2.1.3   Measurement of Corrosion Effects*

In-home corrosion was assessed using two methods. First, the field team inspected and rated corrosion on the ground wires of representative electrical outlets. Second, corrosion classification coupons, consisting of pre-cleaned copper and silver metal coupons, were deployed for two-week periods at two locations in the home, the main living area, and at one AHU air supply register.

*1.2.1.4   Environmental Conditions*

Temperature and relative humidity were monitored over the two-week period when passive samplers were deployed. Air exchange rate of the home was determined during the initial visit by releasing a known volume of carbon dioxide ($CO_2$) into the home and monitoring its decay. In addition, an electronic sensor was used to record the duty cycle of the AHU(s) during the two-week collection period.

*1.2.1.5   Alternate Source Sampling—Water*

Because the homes that were recruited into this study are thought to be constructed of domestic drywall, it was important to evaluate alternative sources of sulfides and sulfide corrosion in homes in addition to the penetration of outdoor air. Evidence of the influence of hydrogen sulfide emissions from water sources was found in one home from the 51-Home Study. Therefore, the home characterization in this study included sampling and analysis of tap water, and if present, irrigation water, for sulfides.

## 1.2.2   Evaluation for the Presence of Problem Drywall

Test results in this study were evaluated on a home-by-home basis. The evaluation consisted of two components: 1) comparison of the test results to the distribution of results obtained from homes with problem drywall, and those without, in the previously conducted 51-Home Study; and 2) evaluation of the test results for each home against the criteria from the *Identification Guidance for Homes with Corrosion from Problem Drywall,* which was developed by the Federal Interagency Task Force on Problem Drywall (the Interagency Task Force) and published by the CPSC and the U.S.

Department of Housing and Urban Development (HUD), regarding the identification of homes with corrosion from problem drywall (CPSC 2011).

### 1.2.2.1    Comparison with Results from the 51-Home Study

The 51-Home Study comprised a set of homes demonstrated to be adversely impacted by problem drywall, and homes that represent typical, non-impacted homes (i.e., control homes). The distributions of the results for each parameter tested are presented as box plots, and two box plots are presented for comparison (homes with problem drywall v. control homes). The box represents the 25th and 75th percentile values; the dotted line represents the mean; the solid line represents the median; the "whiskers" represent the 10th and 90th percentile values; and the individual points are values that fell outside of the 10th and 90th percentile values.

### 1.2.2.2    Overview of Guidance from the Interagency Task Force on Problem Drywall

The Interagency Task Force released a summary guidance document for identification of homes with problem drywall (i.e., drywall associated with corrosion) (CPSC 2011). The identification method, based on extensive testing of problem drywall in homes and in laboratory settings (EH&E 2010a; EH&E 2010b; LBNL 2010), involves two steps: 1) conducting threshold inspection of the home; and 2) verifying the presence of corroborating evidence. A summary of the steps and criteria are provided in Table 1.1. Briefly, a positive result for Step 1 includes the observation of the blackening of the copper materials found in the home and verifying that drywall was installed in the home during the relevant time period (2001 – 2009). Positive results for both criteria are a prerequisite to any further consideration. Once the Step 1 criteria are met, confirmation of the presence of several pieces of corroborating evidence is also necessary to properly identify the home as having problem drywall. Depending upon the date of drywall installation, the number of pieces of corroborating evidence will vary. For homes built/renovated between 2001 and 2004, at least four of the Step 2 criteria must be met. For homes built/renovated between 2005 and 2009, at least two of the Step 2 criteria must be met.

The rationale for including each parameter in the guidance is detailed in the Interagency Task Force's guidance document (CPSC 2011). The decision criteria used by EH&E to evaluate whether a parameter was similar to values of problem drywall-impacted homes from the 51-Home Study are presented in the last column of Table 1.1.

**Table 1.1**   Summary of Interagency Task Force's Guidance for Identification of Homes with Corrosion from Problem Drywall, March 18, 2011

| Steps | Interagency Criteria | Decision Criteria |
|---|---|---|
| Step 1 – Threshold Inspection | a) Blackening of copper electrical wiring and/or air conditioning evaporator coils. | Mean ground wire corrosion rating >2. |
| | -- AND -- | |
| | b) The installation of drywall (for new construction or renovations) between 2001 and 2009. | Reported installation date fits range. |
| Step 2 – Corroborating Evidence[a] | a) Elemental sulfur levels in samples of drywall core found in the home exceeding 10 mg/kg. | Elemental sulfur present at concentrations >10 mg/kg. |
| | b) Corrosive conditions in the home, demonstrated by the formation of copper sulfide on copper coupons (test strips of metal) placed in the home for a period of two weeks to 30 days or confirmation of the presence of sulfur in the blackening of the grounding wires and/or air conditioning coils. | $Cu_2S$ formation rate >100 A/30d (room-level) or >300 A/30d (air handling unit air supply register). |
| | c) Confirmed markings of Chinese origin for drywall in the home. | Visual observation of markings. |
| | d) Hydrogen sulfide, carbonyl sulfide, and/or carbon disulfide emitted from samples of drywall from the home when placed in test chambers. | Elevated levels of listed gases using standardized headspace testing. |
| | e) Corrosion of copper metal to form copper sulfide when copper is placed in test chambers with drywall samples taken from the home. | Elevated rates of copper sulfide formation in chamber testing. |

| | |
|---|---|
| > | greater than |
| mg/kg | milligrams per kilograms |
| $Cu_2S$ | copper sulfide |
| A/30d | angstroms per 30 days |

[a]   For homes built/renovated between 2001 and 2004, at least four of the Step 2 criteria must be met. For homes built/renovated between 2005 and 2009 at least two of the Step 2 criteria must be met.

In addition, EH&E evaluated several other relevant factors that, when combined with other test results, are useful for aiding in the determination of the presence or absence of problem drywall in a home. These include: elevated rates of silver sulfide formation on silver coupons (>300 angstroms per 30 days [A/30d] [room-level] or >1,000 A/30d [AHU air supply register]); the presence of the strontium/carbonate marker (>1,200 milligrams per kilograms [mg/kg] and 5 absorbance units, respectively); and hydrogen sulfide detected in indoor air.

## 1.3   SUMMARY OF FINDINGS

Using the 51-Home Study results as the comparison data, five of the 11 homes (Homes A – E) in this study had test results consistent with homes that contained problem drywall. Using the Interagency Task Force's identification criteria, nine of the 11 homes met the Step 1 criteria (visible observation of corrosion on existing copper wiring and relevant date of construction/renovation) (Homes A – E and H – K). Of those nine homes, five had a sufficient number of pieces of corroborating evidence outlined in Step 2 to be classified as having problem drywall (Homes A – E). These correspond to the same five homes identified using the 51-Home Study comparison data, which included additional parameters as points of comparison. Detailed results and analysis for each home are presented in the body of this report. All results, for each home, are presented in Appendix A (Table A.1).

## 1.4   CONCLUSIONS

Based on: 1) the characterization of the drywall and indoor environments of these homes; 2) comparison of results in this study to existing data from homes known to be impacted by problem drywall; 3) evaluation of test results in relation to the CPSC guidance on identification of homes with corrosion from problem drywall; and 4) EH&E's extensive experience in conducting in-home investigations of homes with problem drywall, EH&E concludes that five of the homes in this study have drywall that is consistent with problem drywall.

The focus of this report was to evaluate homes reported to be constructed with domestically produced drywall. Homeowners self-reported their homes as being

constructed of domestically produced drywall, and CPSC staff performed in-depth investigations to remove those homes from the study where Chinese markings were clearly present. EH&E was not able to independently confirm that all of the drywall in the impacted homes was domestically produced, as this would have required extensive removal of the interior drywall. This extremely invasive activity was excluded from the scope of work for this study. Therefore, conclusions regarding the presence of domestic drywall throughout the houses identified as being problematic cannot be confirmed at this time without further invasive investigation or detailed documentation of the origin of the drywall in the impacted homes.

## 2.0   BACKGROUND

### 2.1   PURPOSE AND SCOPE

EH&E was retained by CPSC to provide support to them in their continuing evaluation of residential drywall installations that have elicited occupant complaints. The issue with problem drywall was originally commonly referred to as the "Chinese drywall" issue because early reports of problem drywall appeared to be associated with material that was imported from the People's Republic of China. This specific project was designed to determine if source markers, hydrogen sulfide, and corrosion conditions previously identified to be associated with problem drywall are present in complaint homes reported to be constructed of domestic drywall. The specific goals of the project were as follows:

1) Characterize the indoor environment of homes selected by the CPSC due to occupant complaints, and reported by homeowners to be constructed with domestic drywall.

2) Compare the drywall composition, indoor air quality, and corrosion conditions in those homes to corresponding parameters observed in residences from the 51-Home Study and laboratory findings from the CPSC catalog samples of drywall.

### 2.2   BACKGROUND

The Interagency Task Force has developed a comprehensive assessment program for investigation of the characteristics of problem drywall. EH&E has conducted the field investigations and certain laboratory-based studies of the source materials, characterizing indoor environmental conditions and the effects associated with wallboard typically described by the public, media, and others as "Chinese drywall." Summaries of this work have been presented to key stakeholders and are described in detail in publicly available reports (CPSC 2011; EH&E 2010a; EH&E 2010b). The ongoing investigation has highlighted the link between specific components of drywall in a home and several indoor environmental quality parameters, including increased levels of hydrogen sulfide in indoor air and increased rates of silver and copper corrosion. The CPSC and EH&E also identified $S_8$ and strontium content in drywall as useful markers of problematic drywall.

The earlier 51-Home Study was an extensive indoor environmental quality characterization commissioned by the CPSC. The field study was conducted on a set of 41 homes where the CPSC had received complaints of sulfur-like odors and rapid corrosion of various metal surfaces in the homes. In addition, 10 homes were recruited by the CSPC as non-complaint or control homes. (Note: the in-home investigation confirmed that 38 of the 41 "complaint" homes evaluated were adversely impacted by problem drywall.) The Source Characterization Study was an in-depth, laboratory-based examination of the elemental and mineral content of drywall samples obtained from known sources. These known samples were also subjected to a standardized chamber test procedure where their capacity to cause copper corrosion was quantified. In addition, many of these samples were analyzed by LBNL for off-gassing of sulfur compounds (LBNL 2010). These studies provide a robust set of reference data for assessing results from this study.

In addition, these investigations also demonstrated that not all drywall imported from the People's Republic of China is problematic. Additionally, the CPSC reported that they have received complaints of odor and corrosion from homeowners that believe their residences are constructed with domestically manufactured drywall. These homeowner complaints were reported to be similar to the descriptions of odor and corrosion that are typical of homes demonstrated by the CPSC and EH&E to contain problem drywall. This study was designed to evaluate those claims against criteria established by the earlier investigations for the identification of the presence of problem drywall.

## 3.0   SAMPLING AND ANALYTICAL METHODS

### 3.1   OVERVIEW

Methods developed in earlier CPSC studies for characterizing the composition of drywall, constituents of indoor air, and rates of corrosion were used to address the objectives of this project. To ensure that results from this investigation were directly comparable to previous indoor environment characterizations conducted by the CPSC and EH&E, all sample collection and analytic methods were kept consistent with those used in the "51-Home Study" and the "Source Characterization Study" (EH&E 2010a; EH&E 2010b). Field sampling was conducted in accordance with the previously developed QAPP described in the 51-Home Study.

For this evaluation, field personnel conducted a full-day visit to each study home to conduct an environmental quality assessment. This work was carried out between September 20 and 29, 2010. During the visit, the field team conducted the following activities: collected drywall samples; inspected drywall for markings of Chinese origin (where accessible); inspected ground wires and AHU(s) for corrosion; conducted air exchange measurements; and deployed passive samplers for determining indoor air concentrations of specific gases and assessing corrosion rates.

The following sections describe the sampling and analytical procedures used to collect data in each home, the procedures used to process and analyze the data, and the quality assurance and quality control (QA/QC) procedures implemented by EH&E.

### 3.2   SOURCE DRYWALL MEASUREMENTS

Material characteristics of representative sections of drywall from each of the 11 homes were determined using gas chromatography/electron capture detector (GC/ECD), XRF, and Fourier transform infrared (FTIR) spectrometry. These methods have been assessed previously and validated for analysis of markers in problem drywall (EH&E 2010b). As described below, the elemental composition analysis was conducted using XRF in the field at each home. More detailed analyses, using a combination of GC/ECD, XRF, and FTIR were obtained subsequently in the laboratory from the bulk samples of drywall collected and archived from each home. The number of representative drywall

bulk samples collected from each of the homes and analyzed at EH&E's main facility by these methods ranged from 55 to 111 (average 84), depending on the size of the home.

### 3.2.1   Elemental Sulfur ($S_8$) Analysis by GC/ECD

In each home, a total of eight drywall samples were analyzed for content of $S_8$. The samples selected for analysis were chosen in a manner that maximized the likelihood of detecting $S_8$ and also ensured representative samples were analyzed. This was done by first selecting the drywall samples with the highest strontium concentrations because strontium and $S_8$ have been found to be positively correlated in problem drywall (EH&E 2010b). Once samples with the highest strontium were selected, additional samples were selected by choosing drywall boards across the full distribution of strontium concentrations as determined by XRF.

Drywall samples were sent to an independent laboratory (Columbia Analytical Services, Inc., Simi Valley, California) for analysis of $S_8$ using GC/ECD. A detailed description of this method can be found in a previous report (CPSC 2011).

### 3.2.2   X-Ray Fluorescence Analysis

An XRF Spectrometer (Innov-X OMEGA™ Handheld XRF, Innov-X Systems, Inc., Woburn, Massachusetts) provided on-site and laboratory metals analysis in this study. This device is a handheld, portable XRF analyzer and was used to identify and quantify the elements in representative wall surfaces in each home, as well as in the bulk samples collected from each home.

Every wall, including the ceilings in each home, was gridded into approximately 4' x 4' areas, and at least one XRF measurement was obtained from each grid in all of the homes included in the study. The elemental scanning profile for each location was stored on the internal flash memory card of the XRF. The location of each measurement was marked on a floor plan and recorded in the master field log binder. Data files were downloaded daily and saved on a central file server. In addition, drywall bulk samples collected from each of the homes were scanned, analyzed, and downloaded with the XRF software package in EH&E's main facility. Samples of drywall with known strontium

concentrations were tested repeatedly (at the beginning and at the end of each day of testing) as a means of assessing instrument drift and repeatability.

### 3.2.3   Fourier Transform Infrared Analysis

Bulk samples of drywall collected from the study homes were tested using FTIR at EH&E's main facility. FTIR measurements were obtained using the A2 Technologies Exoscan instrument, a full-scanning Fourier transform mid-infrared spectrometer, equipped with a Michelson interferometer and non-hydroscopic optics. The diffuse reflectance Exoscan was configured for porous and rough-surfaced materials. It has an optical design that focuses an infrared light beam perpendicular to the sample surface, resulting in diffusely scattered infrared light. This scattered infrared light interacts with the sample and is subsequently reflected back to the detector in the Exoscan. This diffuse reflectance configuration provides spectra for drywall analysis. Each sample was scanned, analyzed, and the results downloaded with the A2 Technologies Microlab PC software package. Samples of drywall were tested repeatedly (at the beginning and at the end of each day of laboratory testing) during laboratory analysis.

### 3.3   AIR SAMPLING

Passive monitors were placed in multiple locations in each home to collect two-week integrated samples for hydrogen sulfide and aldehydes using Radiello Diffusive Sampling Systems (Buzica et al. 2008; Cocheo et al. 1996; Sigma-Aldrich 2006; Swaans et al. 2007).

Two indoor locations and one outdoor sampling location were selected in each home. At one indoor station per house, a duplicate sampling device for each analyte was used to assess repeatability of these methods. In addition, one field and one shipping blank were collected from each home for analysis of $H_2S$, and shipping and field blanks were collected from every other home for formaldehyde analysis. To begin sampling, the adsorbent cartridge was transferred from the sealed storage tube into the diffusive body and was screwed onto the supporting plate. Field personnel recorded the start time and date on the field log sheet, and the assembled device was attached to the sampling tripod at a sampling height of approximately four feet. To achieve the desired limit of

detection, the sampling devices were deployed for 13 – 15 days in each of the test homes. Upon completion of the sampling period, a field investigator retrieved the sampling device, sealed the chemiadsorbing cartridge into the storage tube, and shipped the sample to the analytical laboratory. All samples were temperature-controlled before and after the sampling period, and QA/QC samples were sent to the analytical laboratory in a blinded manner. Statistical analysis of blank and duplicate samples is discussed in Appendix B.

## 3.4    RELATIVE HUMIDITY/TEMPERATURE

Real-time temperature and relative humidity measurements were collected in each home using HOBO® U10 Temperature Relative Humidity Data Loggers (U10-003) manufactured by Onset Computer Corporation (Bourne, Massachusetts). The temperature sensor is a thermistor, and relative humidity is measured by a thin-film capacitive sensor. The data loggers were programmed to record 5-minute average measurements with a sampling rate of 5 seconds. A minimum of two temperature and humidity monitoring locations were selected in each of the homes: one typically in the central room of the house and the second typically in the master bedroom. Monitors were also located at the supply vent and outdoors at each home. If the home had two stories, one monitor was placed on each floor. Temperature and relative humidity measurements were collected for approximately 13 – 15 days in each home.

## 3.5    AIR EXCHANGE RATE

The air exchange rates in each test home were assessed using the method detailed in American Society for Testing and Materials (ASTM) Standard E741-00, *Standard Test Method for Determining Air Change Rate in a Single Zone by Means of a Tracer Gas Dilution*. Air exchange rate determinations utilized $CO_2$ as a tracer, given that this gas is readily available in the field and can be measured accurately using calibrated real-time instruments. The tests were conducted by introducing approximately five pounds of $CO_2$ throughout the home, allowing the gas to mix, and recording the decaying part of the tracer curve over time.

$CO_2$ concentrations were measured continuously at multiple locations inside the home using a Q-Trak Model 8551 Indoor Air Quality Monitor, manufactured by TSI, Inc. (St. Paul, Minnesota). The $CO_2$ sensor utilized by this monitor is non-dispersive infrared (NDIR) and is accurate within 3% (or 50 parts per million [ppm] at 25 degrees Celsius [°C] (78 degrees Fahrenheit [°F]) of the reading. Prior to each air exchange rate test, the sensors were calibrated at zero using hydrocarbon free air and spanned to 2,000 ppm (nominal) of $CO_2$ using certified gas standards. Air exchange rates were calculated from the $CO_2$ decay results using the regression method.

## 3.6    CORROSION ASSESSMENT

In order to evaluate corrosion of metal building components, EH&E conducted a detailed inspection of each home to qualitatively determine the extent of corrosion found on specific surfaces, as well as to deploy devices to quantitatively measure the corrosion rate in each home over a fixed time period.

### 3.6.1   Visual Inspection

Detailed visual inspections were performed on the electrical grounding wires, air handling units, plumbing components, and appliances. Notes were also made regarding other home contents that could show visible evidence of corrosion.

Grounding wires were evaluated on a three-point scale. A score of one indicated no visible corrosion, two indicated moderate visible corrosion, and three indicated significant visible corrosion. Field team members performed cross reference evaluations during training to ensure consistency between teams in the field. Visual corrosion ratings were recorded in the master field log binder. Examples of grounding wires and the associated evaluation are provided in Figure 3.1.



**Figure 3.1**  Example of Visual Corrosion Ratings, Electrical Ground Wire
(3—Significant Visible Corrosion, 2—Moderate Visible Corrosion, 1—No Visible Corrosion)

Air handling unit inspection focused on the cooling coils and associated copper refrigerant lines. Surfaces were photographed and all locations were logged into the master field log binder. Appliances and fixtures, including accessible refrigerator components, hot water heaters, faucets, plumbing lines, and other items indicating patterns of corrosion were logged and photographed.

### 3.6.2   Corrosion Classification Coupons

Corrosion classification coupons were used to determine the integrated corrosion rate present in the study homes. The corrosion coupons used in this study contained copper and silver metal and were supplied by Purafil, Inc., Research and Development Laboratory in Doraville, Georgia. Copper and silver corrosion coupons were placed at three indoor locations (one in the master bedroom, one in the living room, and one at the AHU air supply register) and one outdoor location for approximately a two-week period (range of 13 to 15 days). At one indoor station per house, a duplicate coupon sampling device was collected. In addition, field blank coupons were collected from every other home. At the end of the sampling period, the corrosion coupons were collected, placed in sealed containers and returned to Purafil for analysis. The laboratory measured the

thickness of several copper and silver compounds, including silver sulfide ($Ag_2S$), silver chloride (AgCl), silver (Ag) unknown, copper sulfide ($Cu_2S$), copper oxide (CuO), and copper (Cu) unknown present in the sample corrosion coupons. The laboratory normalized the data using the actual period of exposure and reported the result in units of "angstroms per 30 days of exposure."

## 3.7   DRINKING WATER SAMPLING METHODS

Samples of drinking water were collected from the kitchens and outdoor spigot (if any) in each of the homes and analyzed for sulfide to assess the potential for corrosive sulfur compounds volatilizing from drinking water sources. Four duplicate and four field blanks (using distilled water provided by the laboratory) were collected for QA/QC purposes.

The samples were collected using specially cleaned bottles containing preservatives specified by the reference method and provided by the analytical laboratory. Prior to sample collection, faucets were flushed for approximately 1 – 2 minutes. Samples were placed on ice, in a cooler, for transport via overnight shipping to the analytical laboratory. Sulfide analysis was performed by Columbia Analytical Services (Kelso, Washington) using the SM 4500-S2-D method.

## 3.8   REPORTING LIMITS

Table 3.1 lists the reporting limits from the measurements collected during the study.

**Table 3.1**   Analytical Reporting Limits

| Analyte | Units | Reporting Limit (range) |
|---|---|---|
| Hydrogen Sulfide (air) | $\mu g/m^3$ | 0.52 – 0.67 |
| Formaldehyde | $\mu g/m^3$ | 0.47 – 5.4 |
| Corrosion ($Cu_2S$) | A/30d | 32 |
| Corrosion ($Ag_2S$) | A/30d | 32 |
| Sulfides (water) | mg/L | 0.05 |
| Strontium | mg/kg | 9.0 – 160 |
| Carbonate | absorbance | 1.7* |

$\mu g/m^3$   micrograms per cubic meter
$Cu_2S$   copper sulfide
A/30d   angstroms per 30 days
$Ag_2S$   silver sulfide
mg/L   milligrams per liter
mg/kg   milligrams per kilogram

\*   Calculated based on 3 times the standard deviation from the repeat readings.

## 3.9   QUALITY ASSURANCE AND QUALITY CONTROL PROCEDURES

The overall project QA/QC measures used to design, implement, and report the results of the study and analysis described in this Report are presented in Appendix B. Every effort was made in each phase of the project to ensure completeness and accuracy of data collection, application of analytical methods, data entry, calculation procedures, and reporting of results.

All sampling and analytical procedures for the project utilized appropriate and valid monitoring procedures approved and recommended in relevant published sources, either from regulatory agencies, such as the U.S. Environmental Protection Agency (EPA), the U.S. Occupational Safety and Health Administration (OSHA), other cognizant governmental organizations, such as the National Institute for Occupational Safety and Health (NIOSH), consensus standard organizations, such as ASTM, or the peer-reviewed scientific literature.

## 4.0   DECISION CRITERIA FOR THE EVALUATION OF THE PRESENCE OF PROBLEM DRYWALL

Test results in this study were evaluated on a home-by-home basis. The evaluation consisted of two components: 1) comparison of the test results to the distribution of results obtained from homes with problem drywall, and those without, in the previously conducted 51-Home Study, and 2) evaluation of the test results for each home against the guidance criteria provided by the Interagency Task Force regarding the identification of homes with corrosion from problem drywall (CPSC 2011).

### 4.1   COMPARISON WITH RESULTS FROM THE 51-HOME STUDY

The 51-Home Study comprised a set of homes demonstrated to be adversely impacted by problem drywall, and homes that represent typical, non-impacted homes (i.e., control homes). The distributions of the results for each parameter tested are presented as box plots, and two box plots are presented for comparison (homes with problem drywall v. control homes). The box represents the 25th and 75th percentile values; the dotted line represents the mean; the solid line represents the median; the "whiskers" represent the 10th and 90th percentile values; and the individual points are values that fell outside of the 10th and 90th percentile values. In presenting the results for each home in this study, the value for each home is shown as a star, which can be compared to the distribution of results from the 51-Home Study (Figures 5.2 – 5.12).

In addition to the specific guidance provided in the Interagency Task Force document, we evaluated several other relevant factors that, when combined with other test results, are useful for aiding in the determination of the presence or absence of problem drywall in a home. These include: elevated rates of silver sulfide formation on silver coupons; the presence of the strontium/carbonate marker in drywall samples (>1,200 mg/kg and 5 absorbance units, respectively); and hydrogen sulfide detected in the air.

Decision criteria and supporting information are presented in Section 4.3.

## 4.2    OVERVIEW OF GUIDANCE FROM THE INTERAGENCY TASK FORCE

The Interagency Task Force released a summary guidance document for identification of homes with problem drywall (i.e., drywall associated with corrosion) (CPSC 2011). The identification method, based on extensive testing of problem drywall in homes and in laboratory settings (EH&E 2010a; EH&E 2010b; LBNL 2010), involves two steps: 1) conducting threshold inspection of the home, and 2) verifying the presence of corroborating evidence. A summary of the steps and criteria are provided in Table 4.1. Briefly, a positive result for Step 1 includes the observation of the blackening of the copper materials found in the home and verifying that drywall was installed in the home during the relevant time period (2001 – 2009). Positive results for both criteria are a prerequisite to any further consideration. Once the Step 1 criteria are met, confirmation of the presence of several pieces of corroborating evidence is also necessary to properly identify the home as having problem drywall. Depending on the date of drywall installation, the number of pieces of corroborating evidence will vary. For homes built/renovated between 2001 and 2004, at least four of the Step 2 criteria must be met. For homes built/renovated between 2005 and 2009, at least two of the Step 2 criteria must be met.

The rationale for including each parameter in the guidance is detailed in the Interagency Task Force's guidance document (CPSC 2011), and is described in Table 4.1. The decision criteria used by EH&E to evaluate whether a parameter was similar to values of problem drywall-impacted homes from the 51-Home Study are presented in the last column of Table 4.1.

**Table 4.1**   Summary of the Interagency Task Force Guidance for Identification of Homes with Corrosion from Problem Drywall, March 18, 2011

| Steps | Interagency Task Force Criteria | Decision Criteria |
|---|---|---|
| Step 1 – Threshold Inspection | a) Blackening of copper electrical wiring and/or air conditioning evaporator coils. | Mean ground wire corrosion rating >2. |
| | -- AND -- | |
| | b) The installation of drywall (for new construction or renovations) between 2001 and 2009. | Reported installation date fits range. |
| Step 2 – Corroborating Evidence[a] | a) Elemental sulfur levels in samples of drywall core found in the home exceeding 10 mg/kg. | Elemental sulfur present at concentrations >10 mg/kg. |
| | b) Corrosive conditions in the home, demonstrated by the formation of copper sulfide on copper coupons (test strips of metal) placed in the home for a period of two weeks to 30 days or confirmation of the presence of sulfur in the blackening of the grounding wires and/or air conditioning coils. | $Cu_2S$ formation rate >100 A/30d (room-level) or >300 A/30d (air handling unit air supply register). |
| | c) Confirmed markings of Chinese origin for drywall in the home. | Visual observation of markings. |
| | d) Elevated levels of hydrogen sulfide, carbonyl sulfide, and/or carbon disulfide emitted from samples of drywall from the home when placed in test chambers. | Elevated levels of listed gases using standardized headspace testing. |
| | e) Corrosion of copper metal to form copper sulfide when copper is placed in test chambers with drywall samples taken from the home. | Elevated rates of copper sulfide formation in chamber testing. |

>      greater than
mg/kg    milligrams per kilograms
$Cu_2S$    copper sulfide
A/30d    angstroms per 30 days

[a]   For homes built/renovated between 2001 and 2004, at least four of the Step 2 criteria must be met. For homes built/renovated between 2005 and 2009, at least two of the Step 2 criteria must be met.

## 4.3   DECISION CRITERIA FOR EVALUATING TEST RESULTS

The following section describes the decision criteria used by CPSC and/or EH&E to evaluate the test results from homes in this study.

*Blackening of copper electrical wiring and/or air conditioning evaporator coils*

Results from the 51-Home Study found that every home in that study that was impacted by problem drywall had at least one ground wire rated with the highest level of corrosion. In most cases, the majority of ground wires were significantly corroded (i.e., heavily blackened) (Figure 4.1), and there was evidence of significant corrosion on copper cooling coils.



Distribution of Mean Ground Wire Corrosion Rating

**Figure 4.1**  Distribution of Mean Ground Wire Corrosion Rating in 51-Home Study Homes with Problem Drywall (n=38) and Control Homes (n=13)

*The installation of new drywall (for new construction or renovations) between 2001 and 2009*

This date range corresponds to the time period when drywall was installed for the majority of drywall-related complaints received by the CPSC.

*Elemental sulfur levels in samples of drywall core found in the home exceeding 10 ppm*

Elemental sulfur levels >10 mg/kg (10 ppm) in drywall samples have been found to be a sensitive and specific marker of problem drywall (EH&E 2010b) (Figure 4.2). Elemental

sulfur concentrations in drywall were associated with chamber-based measurements of hydrogen sulfide gas levels and coupon corrosion. Consistent findings were observed when this relationship was evaluated using archived samples of drywall and measurements of hydrogen sulfide gas levels and metal corrosion in the 51-Home Study.



**Figure 4.2** Distribution of Mean $S_8$ Concentrations in Homes Impacted by Problem Drywall and Control Homes from 51-Home Study

*Corrosive conditions in the home, demonstrated by the formation of copper sulfide on copper coupons*

Previous testing of homes with and without problem drywall identified significantly different rates of copper sulfide formation on classification coupons between the two groups (EH&E, 2010a). For coupons placed at an AHU air supply register, elevated rates of copper sulfide formation are defined as those greater than 300 A/30d (Figure 4.3). For coupons placed in rooms within the home, elevated rates of copper sulfide formation are defined as those greater than 100 A/30d.



**Figure 4.3**  Distribution of Room Average Copper Corrosion Rates in Homes Impacted by Problem Drywall and Control Homes from 51-Home Study

*Confirmed markings of Chinese origin for drywall in the home*

The problem drywall issue was originally associated with drywall imported from the People's Republic of China. Because this study was focused on homes reported to be built/renovated with domestic drywall, the absence of finding markings may not be relevant, while the presence of such markings would provide important evidence in establishing that not all of the drywall in these homes was domestically produced. Importantly, the CPSC notes that it is not absolutely necessary for the markings to be found because in some cases even problem drywall of Chinese origin does not have markings indicating the nation of origin.

*Elevated levels of hydrogen sulfide, carbonyl sulfide, and/or carbon disulfide emitted from samples of drywall from the home when placed in test chambers*

Testing conducted by LBNL found that problem drywall had higher emission rates for several sulfur gases, on average, compared to control samples.

This study, like the earlier 51-Home Study (EH&E, 2010a) was intentionally designed to identify source characteristics of drywall and characterize the indoor environment in the home where the complaint was reported. The CPSC did not task EH&E with conducting laboratory-based testing during this phase of the investigation; therefore, chamber emissions testing and chamber-based corrosion testing were not performed as part of the suite of tests.

*Corrosion of copper metal to form copper sulfide when copper is placed in test chambers with drywall samples taken from the home*

EH&E previously conducted a chamber-based study of representative samples of drywall of known origin. In this controlled study, problem drywall was associated with elevated rates of copper sulfide formation in the chamber (EH&E, 2010b).

This study, like the earlier 51-Home Study (EH&E, 2010a) was intentionally designed to identify source characteristics of drywall and characterize the indoor environment in the home where the complaint was reported. The CPSC did not task EH&E with conducting laboratory-based testing during this phase of the investigation; therefore, chamber emissions testing and chamber-based corrosion testing were not performed as part of the suite of tests.

*Corrosive conditions in the home, demonstrated by the formation of silver sulfide on silver coupons*

Formation of silver sulfide on the silver coupons has previously been found to be a useful indicator of corrosive conditions in the homes associated with problem drywall (EH&E 2010a). For silver coupons deployed at an AHU air supply register, elevated silver sulfide formation rates are defined as those greater than 1,000 A/30d (Figure 4.4). For silver coupons deployed in rooms in the home, elevated silver sulfide formation rates are defined as those greater than 300 A/30d.



**Figure 4.4**  Distribution of Room Average Silver Corrosion Rates in Homes Impacted by
Problem Drywall and Control Homes from 51-Home Study

*Presence of Strontium/Carbonate Marker in Drywall Samples*

Elevated levels of strontium and carbonate, defined as >1,200 mg/kg and 5 absorbance units, respectively, have been demonstrated to be a useful screening tool to aid in the identification of homes with problem drywall when they are found jointly in a sample (EH&E 2010a). In addition, strontium concentrations can be used as a means of identifying samples that may have elevated elemental sulfur content because previous studies have shown that strontium and elemental sulfur are positively correlated in problem drywall (EH&E 2010b). Because strontium can be measured more rapidly, directly, and inexpensively than elemental sulfur, a greater number of samples throughout the home can be screened for strontium. Using the strontium measurements to select samples for elemental sulfur analysis, therefore, reduces the likelihood of not finding a problem drywall board in the home if one is present due to insufficient sample size (Type II error).

*Presence of Hydrogen Sulfide in Indoor Air*

In-home and laboratory-based studies have both demonstrated that hydrogen sulfide is associated with problem drywall (EH&E 2010a; EH&E 2010b; LBNL 2010). Test results from the 51-Home Study demonstrated that there were significant differences in the concentrations of hydrogen sulfide between homes with problem drywall and control homes, on average (Table 4.2) (EH&E 2010a).

**Table 4.2**   House Average Hydrogen Sulfide Concentrations in Air ($\mu g/m^3$)

| Analyte | Home Status | n | % Det | Mean | Min | P50 | Max |
|---|---|---|---|---|---|---|---|
| Hydrogen sulfide | Problem Homes | 38 | 68.7 | 0.98 | <LOD | 0.85 | 3.11 |
| | Control Homes | 13 | 35.3 | 0.56 | <LOD | <LOD | 3.11 |

| | |
|---|---|
| $\mu g/m^3$ | micrograms per cubic meter |
| n | number of samples |
| **%** Det | percent detected |
| Min | minimum |
| P | percentile |
| Max | maximum |
| <LOD | less than the limit of detection |

## 5.0   RESULTS

Results of the building system performance (e.g., air exchange rate, temperature) and additional parameters monitored (e.g., formaldehyde) were consistent for this group of homes. As a result, a general description and discussion of results for these parameters is presented, in aggregate, in Section 5.1.

Results for testing parameters related to problem drywall (e.g., corrosion) are presented on a home-by-home basis in Sections 5.2 – 5.12. The results for each home are plotted alongside the distribution of results from the two sets of homes in the 51-Home Study (homes known to be impacted with problem drywall ["Problem Homes"] and those not impacted by problem drywall ["Control Homes"]). Corrosion data presented in the boxplots are from the room-level corrosion monitoring. Data for corrosion rates measured at the AHU air supply register can be found in Table A.1, Appendix A.

A summary of all of the results by home in relation to the Interagency Task Force's guidance is presented in Section 6.1. Detailed results for all of the homes, grouped by analyte, can be found in Table A.1, Appendix A,.

### 5.1   AIR EXCHANGE RATE, THERMAL COMFORT, FORMALDEHYDE, SULFIDES IN WATER

All of the homes in this study had ventilation rates, measured in air changes per hour (ACH) (range: 0.16 – 0.63 ACH; median = 0.23 ACH), that are typical for residential buildings in North America. Typical air exchange rates in North American homes range from a seasonal average of about 0.2 ACH for tightly constructed homes, to upwards of 2 ACH for loosely constructed housing (ASHRAE 2005). Additional studies have shown that an ACH of approximately 0.4 to 0.5 is a reasonable estimate of average seasonal air exchange rate for residences (ASHRAE 2005; Ek et al. 1990; Grimsrud et al. 1982; Palmiter and Brown 1989; Parker et al. 1990).

Formaldehyde concentrations in the indoor air of these study homes were consistent with those found in recently constructed homes, and results from the 51-Home Study (Figure 5.1). For example, Hodgson et al. (2000) evaluated air exchange rates and formaldehyde concentrations in newly manufactured houses and site-built houses. The

average indoor concentrations for those 14 residences was 49 micrograms per cubic meter ($\mu$g/m$^3$) (40 parts per billion [ppb]) with a median of 47 $\mu$g/m$^3$ (38 ppb) with a range from 9 – 66 $\mu$g/m$^3$ (7 – 54 ppb).



**Figure 5.1**  Comparison of Distribution of House Average Formaldehyde Concentrations Measured in the 51-Home Study (both homes impacted by problem drywall and control homes) and Homes in this Study

Sulfides were not detected in any water samples from any of the 11 homes and, therefore, are not likely a potential contributing factor to measured indoor corrosion rates.

Average temperature and humidity conditions within the homes were typically within the ranges recommended by ASHRAE for summer months (ASHRAE 55-2004). Average indoor temperature and humidity conditions varied within the homes, and as expected,

were generally higher in homes situated in southern Florida, when compared to homes located in Pennsylvania and North Carolina (Table 5.1).

**Table 5.1**   Results of Continuous Temperature, Relative Humidity, and Dew Point Monitoring, September 2010

| Home | Location | Temperature (°F) | | Humidity | | | |
|---|---|---|---|---|---|---|---|
| | | | | Relative Humidity (%) | | Dew Point (°F) | |
| | | Range | Ave | Range | Ave | Range | Ave |
| A | Florida | 74 – 78 | 76 | 42 – 57 | 48 | 51 – 58 | 55 |
| B | Florida | 75 – 82 | 80 | 47 – 63 | 51 | 58 – 64 | 61 |
| C | Florida | 79 – 83 | 81 | 45 – 58 | 50 | 57 – 66 | 61 |
| D | Florida | 73 – 87 | 79 | 39 – 61 | 49 | 48 – 70 | 59 |
| E | Florida | 78 – 79 | 79 | 41 – 51 | 45 | 53 – 59 | 56 |
| F | North Carolina | 70 – 75 | 73 | 40 – 62 | 52 | 48 – 59 | 54 |
| G | Pennsylvania | 66 – 73 | 70 | 44 – 61 | 51 | 47 – 55 | 51 |
| H | Florida | 78 – 86 | 82 | 51 – 71 | 62 | 60 – 74 | 68 |
| I | Florida | 72 – 78 | 74 | 39 – 51 | 42 | 47 – 55 | 50 |
| J | Florida | 76 – 78 | 77 | 39 – 48 | 42 | 51 – 56 | 52 |
| K | Florida | 74 – 79 | 76 | 44 – 58 | 49 | 52 – 63 | 55 |

°F      degrees Fahrenheit
Ave     average

Although the ASHRAE recommended ranges for thermal comfort are considered good guidelines (72 degrees Fahrenheit [°F] to 80 °F for summer months, and 68 °F to 76 °F for winter months), optimal thermal comfort also depends on a variety of factors, including individual occupant preferences, an individual's metabolic rate, transfer of body heat to the surrounding environment, and body temperature.

## 5.2    HOME A (CONSTRUCTED 2006)

Test results for Home A in comparison to results from the 51-Home Study are depicted by the star in Figure 5.2. Drywall samples from Home A had elevated concentrations of $S_8$ in multiple drywall samples analyzed (mean concentration = 500 mg/kg) and nearly 40% of the drywall samples tested in the home had the strontium/carbonate marker (the living room and master bedroom had the strontium/carbonate marker present in 75% and 100% of samples, respectively). Hydrogen sulfide was detected in the air of the home. There was strong evidence of elevated rates of corrosion based on the ground wire corrosion rating and rates of $Cu_2S$ and $Ag_2S$ formation on the copper and silver

coupons deployed in rooms in the home. Additionally, elevated rates of corrosion were also observed in copper and silver coupons at the AHU air supply register (Appendix A, Table A.1). Indoor corrosion rates in the rooms were up to six times higher than outdoor corrosion rates.



**Figure 5.2**  Comparison of Results from Homes Impacted by Problem Drywall (51-Home Study), Control Homes (51-Home Study) and Home A

## 5.3     HOME B (CONSTRUCTED 2006)

Test results for Home B in comparison to results from the 51-Home Study are depicted by the star in Figure 5.3. Drywall samples from Home B had elevated concentrations of $S_8$ in multiple drywall samples (mean concentration = 500 mg/kg). The strontium/carbonate marker was present in 17% of the samples from the entire home. Source markers varied by room in the home; neither $S_8$ nor the strontium/carbonate marker were found in the living room, but both were found in the master bedroom. Hydrogen sulfide was detected in the air of the home. There was evidence of elevated rates of corrosion based on the ground wire corrosion rating and rates of $Ag_2S$ and $Cu_2S$ formation in coupons deployed in all of the rooms (Appendix A, Table A.1). The ground wire corrosion rating was significantly higher in the master bedroom (2.6) compared to the living room (1.7) where markers of problem drywall were not detected. $Cu_2S$ and $Ag_2S$ formation rates were not elevated at the AHU air supply register. Indoor corrosion rates in the rooms were up to 2.5 times higher than outdoor corrosion rates.



**Figure 5.3**  Comparison of Results from Homes Impacted by Problem Drywall (51-Home Study), Control Homes (51-Home Study) and Home B

## 5.4    HOME C (CONSTRUCTED 2005-2006)

Results for Home C in relation to results from the 51-Home Study are depicted by the star in Figure 5.4. Drywall samples from Home C had elevated concentrations of $S_8$ in multiple drywall samples (mean concentration = 810 mg/kg). The strontium/carbonate marker was present in 25% of the samples from the entire home. Both the $S_8$ and strontium/carbonate source markers were detected in the living room but not in the master bedroom. Hydrogen sulfide was not detected in the air of the home. There was evidence of elevated rates of corrosion based on the ground wire corrosion rating and rates of $Cu_2S$ and $Ag_2S$ formation in coupons deployed in rooms in the home. $Cu_2S$ formation rates were higher in the living room compared to the bedroom (230 v. <32 A/30d); $Ag_2S$ formation rates were similar across rooms (1,500 v. 1,900 A/30d). Additionally, elevated rates of corrosion were also observed in copper and silver coupons at the AHU air supply register (Appendix A, Table A.1). Indoor corrosion rates in the rooms were up to four times higher than outdoor corrosion rates.



**Figure 5.4** Comparison of Results from Homes Impacted by Problem Drywall (51-Home Study), Control Homes (51-Home Study) and Home C

## 5.5    HOME D (CONSTRUCTED 2005-2007)

Results for Home D in relation to results from the 51-Home Study are depicted by the star in Figure 5.5. Drywall samples from Home D had elevated concentrations of $S_8$ in 100% of drywall samples tested (mean concentration = 180 mg/kg) and a majority of samples (82%) had the strontium/carbonate marker. Hydrogen sulfide was detected in the air of the home. There was strong evidence of elevated rates of corrosion based on the ground wire corrosion rating and rates of $Ag_2S$ formation on coupons deployed in all locations. Elevated $Cu_2S$ formation rates were observed at the AHU air supply register and in one room in the home (Appendix A, Table A.1). Indoor corrosion rates in the rooms were up to nine times higher than outdoor corrosion rates.



**Figure 5.5** Comparison of Results from Homes Impacted by Problem Drywall (51-Home Study), Control Homes (51-Home Study) and Home D

## 5.6     HOME E (CONSTRUCTED 2006)

Results for Home E in relation to results from the 51-Home Study are depicted by the star in Figure 5.6. Drywall samples from Home E had elevated concentrations of $S_8$ in multiple drywall samples (mean concentration = 1,100 mg/kg) and approximately 50% had the strontium/carbonate marker. Hydrogen sulfide was not detected in the air of the home. There was evidence of elevated rates of corrosion based on the ground wire corrosion rating and rates of $Ag_2S$ formation on coupons deployed in all locations. $Cu_2S$ formation rates were elevated in one room in the home but not in the sample deployed at the AHU air supply register (Appendix A, Table A.1). Indoor corrosion rates in the rooms were up to two times higher than outdoor corrosion rates.



**Figure 5.6**  Comparison of Results from Homes Impacted by Problem Drywall (51-Home Study), Control Homes (51-Home Study) and Home E

## 5.7    HOME F (CONSTRUCTED 2005-2006)

Results for Home F in relation to results from the 51-Home Study are depicted by the star in Figure 5.7. Drywall samples from Home F did not have elevated concentrations of $S_8$ in any drywall samples, nor did they have the strontium/carbonate marker. Hydrogen sulfide was not detected in the air of the home. There was no evidence of elevated rates of corrosion based on the ground wire corrosion rating or rates of $Cu_2S$ and $Ag_2S$ formation on deployed coupons in any locations within the home. Indoor corrosion rates were similar to outdoor rates.



**Figure 5.7** Comparision of Results from Homes Impacted by Problem Drywall (51-Home Study), Control Homes (51-Home Study) and Home F

## 5.8    HOME G (CONSTRUCTED 2002)

Results for Home G in relation to results from the 51-Home Study are depicted by the star in Figure 5.8. Drywall samples from Home G did not have elevated concentrations of $S_8$ in drywall samples, nor did they have the strontium/carbonate marker. Hydrogen sulfide was not detected in the air of the home. There was no evidence of elevated rates of corrosion based on the ground wire corrosion rating and the rates of $Cu_2S$ formationon deployed coupons in any locations within the home. $Ag_2S$ formation rates were above the threshold level in the rooms within the home, but not at the AHU air supply register (Appendix A, Table A.1). Indoor $Ag_2S$ formation rates were similar to, but slightly higher than, outdoor rates.



**Figure 5.8** Comparison of Results from Homes Impacted by Problem Drywall (51-Home Study), Control Homes (51-Home Study) and Home G



## 5.9    HOME H (CONSTRUCTED 2004)

Results for Home H in relation to results from the 51-Home Study are depicted by the star in Figure 5.9. Drywall samples from Home H did not have elevated concentrations of $S_8$ in drywall samples, nor did they have the strontium/carbonate marker. Hydrogen sulfide was not detected in the air of the home. There was evidence of elevated rates of corrosion based on the ground wire corrosion rating and the $Cu_2S$ formation on coupons deployed at the AHU air supply register. $Cu_2S$ formation rates in the rooms were not elevated, and $Ag_2S$ formation rates were not elevated in any sample locations and were lower than outdoor rates (Appendix A, Table A.1).



**Figure 5.9** Comparison of Results from Homes Impacted by Problem Drywall (51-Home Study), Control Homes (51-Home Study) and Home H

## 5.10    HOME I (CONSTRUCTED 2004)

Results for Home I in relation to results from the 51-Home Study are depicted by the star in Figure 5.10. Drywall samples from Home I did not have elevated concentrations of $S_8$ in drywall samples, nor did the samples have the strontium/carbonate marker. Hydrogen sulfide was not detected in the air of the home. There was evidence of elevated rates of corrosion based on the ground wire corrosion rating and rates of $Ag_2S$ formation on coupons deployed in all sample locations (Appendix A, Table A.1). $Cu_2S$ formation rates were not elevated. Outdoor rates of copper corrosion were similar to indoor rates and lower than, but similar to, indoor rates of silver corrosion.



**Figure 5.10** Comparison of Results from Homes Impacted by Problem Drywall (51-Home Study), Control Homes (51-Home Study) and Home I

### 5.11    HOME J (CONSTRUCTED 2005-2006)

Results for Home J in relation to results from the 51-Home Study are depicted by the star in Figure 5.11. Drywall samples from Home J did not have elevated concentrations of $S_8$ in drywall samples, nor did they have the strontium/carbonate marker. Hydrogen sulfide was detected in the air of the home. Corrosion rates for both copper and silver coupons were elevated in rooms in the home, but not at the AHU air supply register (Appendix A, Table A.1). The silver corrosion rates observed in the home were similar to, but higher than, rates observed outdoors. Copper corrosion rates were higher indoors than outdoors.