Journal of Testing and Evaluation, Vol. 39, No. 1
Paper ID JTE103027
Available online at: www.astm.org

# TECHNICAL NOTE

Zdenek Hejzlar[1]

# Applications of X-Ray Fluorescence to Confirm Sulfur Impact of Corrosive Drywall



**ABSTRACT:** A U.S. building boom that started in the late 1990s and peaked in early to mid 2000s resulted in imports of gypsum board, commonly known as drywall, from foreign sources particularly from China. Some of the homeowners began experiencing problems with homes built during this time. The complaints included sulfur based attack on the copper in the residences. The purpose of the paper is to present data obtained from a copper conductor exposure test designed to evaluate the use of X-ray fluorescence (XRF) in detecting and evaluating the sulfur impact on the exposed copper. In the experiment, small segments of copper were exposed to 45 different samples of drywall and evaluated using the XRF. The results show that the method can detect impacts on copper due to emissions from drywall and distinguish between corrosive and noncorrosive drywalls. The method affords corroborating evidence required by the interim guidance published in January 2010 by the Consumer Product Safety Commission and Department of Housing and Urban Development for homeowners in identifying homes with corrosion from problematic drywall. It also provides corroborating evidence for the Florida Department of Health Case Definition (12-18-09), Criteria 3.3.

**KEYWORDS:** Chinese drywall, XRF, corrosive drywall, sulfur impacts

## Background

During the late 1990s and continuing into the early and mid 2000s, the United States experienced a building boom particularly in the residential sector. The demand for building material further increased due to rebuilding and restoration activities from the hurricanes particularly from 2004 through 2006. Due to the high demand for building materials, there was a shortage of gypsum board (drywall), and a number of companies started to import a significant amount of drywall from overseas, particularly from China. According to published import data presented by Crangle [1] at the Drywall Symposium in Tampa [2], the majority of the documented imports from China occurred from 1999 though 2007. Some of the homeowners with homes built with Chinese drywall started noticing a number of undesirable symptoms in their houses. These included offensive odor, pitting of silver, black deposits on the ground wire inside the receptacles, black deposits on the copper of the HVAC evaporator coils, black deposits on copper water pipes, pitting of chrome plumbing fixtures, failing mirror finish, failing electronics, failing refrigerators, sparking in light switches, failing alarm systems, and a number of health effects. As the complaints started to increase, Florida Department of Health (FL DOH) started to investigate, and the investigation culminated in a number of state and federal agencies getting involved. In March 2009, relatively early in the investigation, the FL DOH developed a case definition that helped owners and investigators in identifying affected homes that fit the case definition. As more information became available, the definition was updated and revised to incorporate the latest verifiable data [3]. The purpose of this case definition is to help identify homes that are affected by corrosion associated with drywall emissions. Using this definition, some homes built as early as 2001 have been identified with corrosive drywall. The definition consists of three criteria. Criteria 1 are intended to be performed by homeowners, and if the residence meets the criteria, it can be categorized as "possible case." Criteria 2 are designed to be evaluated by trained professionals, and if the residence meets these criteria, it can be classified as "probable case." X-ray fluorescence (XRF) can be used for one of these criteria to analyze levels of strontium in the drywall. Measuring strontium levels in the drywall is not the focus of this study. Criteria 3 are designed to be evaluated by trained professionals, and if the residence meets these criteria, then it can be classified a "confirmed case." The criteria 3.3 is a qualitative analysis of suspect drywall for its ability to cause corrosion/blackening of copper under controlled conditions, indicating that drywall samples from the home emit gasses capable of corroding copper. This study was designed to meet this requirement.

According to the Consumer Product Safety Commission (CPSC) Drywall Information Center [4], by the end of Jan. 30, 2010, the CPSC has received about 2810 reports from residents in 36 states, the District of Columbia, and Puerto Rico, who believe that their health symptoms or the corrosion of certain metal components in their homes is related to the presence of drywall produced in China. State and local authorities have also received similar reports. Portions of the investigation are continuing, but some preliminary reports have been released. The Interim Report on the Status of the Analysis of Electrical Components Installed in Homes with Chinese Drywall [5] documents that the blackening of the copper has been identified as primarily consisting of copper sulfide as a result of primarily hydrogen sulfide emissions from the drywall.

The CPSC investigation of 51 homes [6] revealed that in many of the instances, the houses were constructed with more than one type of drywall. A number of different approaches including XRF and Fourier transform infrared spectroscopy are being used in attempts to identify and distinguish between corrosive and noncorrosive drywalls. These approaches are not the focus of this paper. The

Manuscript received February 9, 2010; accepted for publication June 28, 2010; published online August 2010.
[1]Ph.D., CSP, Engineering Systems, Inc., Fort Myers, FL 33913.

Copyright © 2011 by ASTM Int'l (all rights reserved); Fri Dec 2 16:30:15 EST 2011
Downloaded/printed by
David Schwartz (Innovative+Science+Solutions,+LLC) pursuant to License Agreement. No further reproductions authorized.



FIG. 1—*Typical sample jar set-up, shown here after exposure for 49 days, with the copper discolored due to the off-gassing.*

research presented here is limited to evaluating qualitative analysis of suspect drywall for its ability to cause corrosion/blackening of copper under controlled conditions, indicating that drywall samples from the home emit gasses capable of corroding copper as required by the December 2009 FL DOH revised Case Definition [3]. The results from these tests would provide corroborating evidence of corrosive drywall. Shortly after the FL DOH introduced the revised case definition, the Department of Housing and Urban Development (HUD) and the CPSC, in January 2010, issued guidance [7] on how to identify the presence of metal corrosion, as well as other indicators of problematic drywall in homes. The guidance takes into account visual signs of metal corrosion, evidence of drywall installation in the relevant time period, and the identification of other corroborating evidence or characteristics. Because it is possible that corrosion of metal in homes can occur for other reasons, FL DOH, CPSC, and HUD felt that it is important to obtain additional corroborating evidence of problematic drywall. A number of approaches have been proposed including gas chromatography methods and exposure testing. The exposure testing was one of the suggested approaches for demonstrating corroborating evidence.



FIG. 2—*XRF set-up (left open, right closed for analysis).*



FIG. 3—*Copper wires after termination of the exposure test. The wire on the left is from corrosive drywall with the top portion showing more discoloration. The top portion of the wire is from the section of the wire that was placed in the center hole of the sample. The wire on the right is from control 3.*

In the exposure testing, a sample of drywall is placed into a sealed chamber with a sample of copper. Many variations of the tests are in use by various researchers and laboratories. Although a number of methods are offered, with the exception of the CPSC study of 51 homes [6], published peer reviewed research on these methods has generally been lacking. In many exposure tests, humidity is introduced by various means, and the samples are sometimes heated above 100°F (38°C) in an attempt to simulate worst-case conditions and accelerate the off-gassing. Some of these methods have been criticized for inaccurately simulating conditions in the home, particularly if the humidity is so high that it can cause bacterial activity in the drywall. The bacterial degradation of gypsum under anaerobic conditions that produces hydrogen sulfide off-gassing has been well documented and is a recognized problem for landfills with high water tables. These anaerobic conditions are unlikely to be encountered in the homes unless the residence was exposed to an extended period of flooding where portions of the drywall were under water. Additional criticism also came with respect to elevating the temperature because it is believed that elevated temperatures may actually cause a reduction in off-gassing in some drywalls. The experiment described in this paper attempts to minimize influence on the reaction due to artificially elevated humidity and temperature.

## Experimental Design

Drywall samples from 45 residences (20 from Virginia and 25 from Florida) with symptoms that fit the FL DOH criteria for corrosive drywall case definition [3] and known and visually confirmed Chinese drywall were obtained. The samples were cut disks 1.25 in. (3.175 cm) in diameter of the 0.5 in. (1.27 cm) thick drywall. The painted finish from the houses and the backing paper was left attached to the disk. The disk had a 0.25 in. (0.635 cm) center hole left from the core drill used to cut the samples. The weight of the samples was typically 0.33 oz (9.3 g). Prior to the initiation of the test, the samples were left opened to air in an air conditioned building at 45 % humidity and 76°F (24.4°C) for 48 h to equilibrate.

Copyright by ASTM Int'l (all rights reserved); Fri Dec 2 16:30:15 EST 2011
Downloaded/printed by
David Schwartz (Innovative+Science+Solutions,+LLC) pursuant to License Agreement. No further reproductions authorized.

TABLE 1—*Results summary—percent sulfur detected on the exposed wire at the conclusion of the exposure study.*

| Sample | Units | Sigma Value | Start and End Dates | Sulfur, % | Error +/− |
|---|---|---|---|---|---|
| Control 1[a] | % | 2 | 11-03-09 to 12-21-09 | BDL | |
| Control 2[b] | % | 2 | 11-03-09 to 12-21-09 | BDL | |
| Control 3[c] | % | 2 | 11-03-09 to 12-21-09 | BDL | |
| 1 | % | 2 | 11-03-09 to 12-21-09 | 11.363 | 1.021 |
| 2 | % | 2 | 11-03-09 to 12-21-09 | 11.63 | 1.226 |
| 3 | % | 2 | 11-03-09 to 12-21-09 | 8.791 | 1.019 |
| 4 | % | 2 | 11-03-09 to 12-21-09 | 11.999 | 1.367 |
| 5 | % | 2 | 11-03-09 to 12-21-09 | 10.019 | 1.136 |
| 6 | % | 2 | 11-11-09 to 12-21-09 | 11.294 | 1.336 |
| 7 | % | 2 | 11-25-09 to 12-21-09 | 8.263 | 0.978 |
| 8 | % | 2 | 11-12-09 to 12-21-09 | 9.334 | 1.024 |
| 9 | % | 2 | 11-12-09 to 12-21-09 | 10.413 | 1.173 |
| 10 | % | 2 | 11-11-09 to 12-21-09 | 10.792 | 1.141 |
| 11 | % | 2 | 11-11-09 to 12-21-09 | 9.546 | 1.081 |
| 12 | % | 2 | 11-11-09 to 12-21-09 | 11.523 | 1.349 |
| 13 | % | 2 | 11-11-09 to 12-21-09 | 10.268 | 1.158 |
| 14 | % | 2 | 11-11-09 to 12-21-09 | 10.693 | 1.175 |
| 15 | % | 2 | 11-11-09 to 12-21-09 | 10.531 | 1.184 |
| 16 | % | 2 | 11-11-09 to 12-21-09 | 13.301 | 1.449 |
| 17 | % | 2 | 11-11-09 to 12-21-09 | 11.881 | 1.36 |
| 18 | % | 2 | 11-11-09 to 12-21-09 | 11.535 | 1.207 |
| 19 | % | 2 | 11-11-09 to 12-21-09 | 10.406 | 1.219 |
| 20 | % | 2 | 11-12-09 to 12-21-09 | 11.049 | 1.098 |
| 21 | % | 2 | 11-12-09 to 12-21-09 | 10.58 | 1.176 |
| 22 | % | 2 | 11-12-09 to 12-21-09 | 9.833 | 1.098 |
| 23 | % | 2 | 11-11-09 to 12-21-09 | 10.644 | 1.171 |
| 24 | % | 2 | 11-11-09 to 12-21-09 | 11.299 | 1.275 |
| 25 | % | 2 | 11-11-09 to 12-21-09 | 11.416 | 1.24 |
| 26 | % | 2 | 11-11-09 to 12-21-09 | 11.563 | 1.293 |
| 27 | % | 2 | 11-11-09 to 12-21-09 | 10.094 | 1.166 |
| 28 | % | 2 | 11-11-09 to 12-21-09 | 9.53 | 1.088 |
| 29 | % | 2 | 11-11-09 to 12-21-09 | 9.967 | 1.104 |
| 30 | % | 2 | 11-11-09 to 12-21-09 | 10.11 | 1.078 |
| 31 | % | 2 | 11-11-09 to 12-21-09 | 9.916 | 1.196 |
| 32 | % | 2 | 11-11-09 to 12-21-09 | 11.82 | 1.4 |
| 33 | % | 2 | 11-11-09 to 12-21-09 | 10.073 | 1.165 |
| 34 | % | 2 | 11-11-09 to 12-21-09 | 9.4 | 1.094 |
| 35 | % | 2 | 11-11-09 to 12-21-09 | 10.691 | 1.23 |
| 36 | % | 2 | 11-11-09 to 12-21-09 | 11.364 | 1.45 |
| 37 | % | 2 | 11-11-09 to 12-21-09 | 10.451 | 1.139 |
| 38 | % | 2 | 11-11-09 to 12-21-09 | 10.944 | 1.215 |
| 39 | % | 2 | 11-11-09 to 12-21-09 | 11.671 | 1.404 |
| 40 | % | 2 | 11-09-09 to 12-21-09 | 11.138 | 1.272 |
| 41 | % | 2 | 11-12-09 to 12-21-09 | 10.284 | 1.324 |
| 42 | % | 2 | 11-12-09 to 12-21-09 | 8.434 | 0.939 |
| 43 | % | 2 | 11-12-09 to 12-21-09 | 13.25 | 1.42 |
| 44 | % | 2 | 11-12-09 to 12-21-09 | 11.681 | 1.373 |
| 45 | % | 2 | 11-12-09 to 12-21-09 | 12.665 | 1.4 |
| Duplicate 45 | % | 2 | 11-12-09 to 12-21-09 | 12.235 | 1.385 |

Note: BDL—bellow detection limit of 0.15 % (1500 ppm).
[a]Control sample 1—wire from a jar with wire only, no drywall added.
[b]Control sample 2—wire from a jar with drywall from domestic noncorrosive drywall.
[c]Control sample 3—wire domestic noncorrosive drywall from a residence with both corrosive and noncorrosive drywall.

The drywall samples were placed into clear polycarbonate jars 3.25 in. (8.25 cm) in diameter and 3.625 in. (9.2 cm) deep. The volume of the inside of the jar was nominally 16.6 U.S. fluid ounces (491 mL) A copper wire from a three-wire conductor *Type 12 gage 2 wire UF-B with ground* was extracted from its insulation, stripped and cleaned using an abrasive wool pad, and followed by surface wipe with 70 isopropyl alcohol. The XRF instrument was used to confirm the efficacy of the wire cleaning process to ensure that the

Copyright by ASTM Int'l (all rights reserved); Fri Dec  2 16:30:15 EST 2011
Downloaded/printed by
David Schwartz (Innovative+Science+Solutions,+LLC) pursuant to License Agreement. No further reproductions authorized.

4  JOURNAL OF TESTING AND EVALUATION



FIG. 4—*Spectra from controls 2 and 3 without sulfur peak.*

sulfur content was below the instrument's detection limit for sulfur of 0.15 % (1500 ppm). The cleaned copper wire was cut to 1–1.25 in. in length, and one was placed into each sample jar. The center hole in the drywall samples was used to support the wire in an upright position. The jars were then sealed with the screw-on lid. Figure 1 shows the typical sample jar set-up.

One copper sample with a drywall from a control home that did not exhibit any symptoms was prepared as a first control. A second control sample was prepared from a domestic drywall that was installed in a symptomatic house with domestic and Chinese drywalls. The domestic and the Chinese drywalls were from opposite sides of the same wall cavity. The cavity did not contain insulation, and the drywalls were ~3.5 in. (8.89 cm) from each other due to the standard $2 \times 4$ ($1.5 \times 3.5$ in.$^2$ nominal) wooden construction studs.

A venting hypothesis presented by Poole, CIH of ENVIRON International Corporation at the Tampa Corrosive Drywall Symposium [2], indicated that the off-gassing may penetrate adjacent porous building materials, including drywall, but upon removal of the corrosive drywall, any corrosive gasses the porous materials may have absorbed vent naturally and out-gas in a short period of time. For this reason, the sample of the domestic drywall was placed in an open container in an air conditioned building and allowed to vent for 2 weeks prior to it being used as the second control sample.

A third control was used in the experiment. It consisted of a jar without a drywall sample and only had a section of the cleaned wire placed at the bottom of the jar, which was then sealed. The reason for this control was to evaluate the potential interference with the method from the polycarbonate jars and evaluating potential air impacts in a sealed jar without any drywall samples.

Due to the staggered availability of the samples, the start times of the test ended up being staggered with some of the samples being exposed for the longest period of time (49 days), while others were exposed for a shorter time. The shortest exposure time was 40 days. The start and end times were recorded for each sample. The control samples were exposed for 49 days. A duplicate sample jar was made of sample 45. This sample was equipped with a temperature and humidity gauge, and the temperature readings were periodically recorded.

The instrument used for this experiment was the Thermo Niton portable XRF analyzer Model XL3t900s, serial number 36951. For this experiment, the *light filter* was utilized. The instrument is equipped with a silicone drift detector, and the light filter is used to detect light elements [8]. In this experiment, sulfur accumulated on the copper conductor at the conclusion of the test was selected as the element of interest. The portable analyzer was set up in a lead lined stand. The instrument set-up is depicted in Fig. 2. The copper wire was placed in the instrument, and the wire samples were all analyzed for a minimum of 40 s. The sampling rate is continuous, and longer times allow the instrument to improve both the detection and accuracy. The detection limit for sulfur under these parameters was 0.15 % (1500 ppm) or less. The instrument also calculates the

Copyright by ASTM Int'l (all rights reserved); Fri Dec  2 16:30:15 EST 2011
Downloaded/printed by
David Schwartz (Innovative+Science+Solutions,+LLC) pursuant to License Agreement. No further reproductions authorized.



FIG. 5—*Spectra from sample 4. The sulfur peak is the first large peak on the left of the figure marked with the S symbol.*

error term associated with the analysis. The error term for each sample that was analyzed is included in the table of results (Table 1). The instrument derived the error rate as follows: The relative rate for each element is calculated (extracted) by three times its one sigma count rate error (counting statistics), and then the fundamental parameters program is re-run by the instrument. After doing this for all elements, the error is driven by the calculated value from the flexible parsing algorithm and the value calculated from the relative rate [8].

## Discussion of the Results

The clear polycarbonate jars permit fairly accurate observation of impacts. The darkening of the copper wire became visible on some of the samples after just 7 days of exposure. The temperature ranged from 65 to 78°F (18–24°C). The relative humidity inside the jars remained relatively steady ranging from 48 % to 52 %. Upon the termination of the test, it was observed that the highest discoloration on the wires was observed on the part of the wire that was resting in the center hole of the sample. This may be indicative of higher concentration of the off-gassing in this area. In the analysis of the samples, the darkest portion of the wire was analyzed. Figure 3 shows the visual comparison of control and corrosive drywall after the termination of the test. The delineation of the impacted portion of the wire that rested in the center hole is somewhat perceptible in the figure.

Considering that the instrument uses an 8 mm window, the results clearly indicate the presence of sulfur in a significant amount on the copper. It is noteworthy that all of the control samples were below the detection limit of the instrument. In previous preliminary tests when the instrument was used to evaluate ground wires in the field, the results indicated some sulfur on the copper even in the residences without symptoms. These typically ranged from 0.5 % to 2.5 % (5000–25 000 ppm) and were attributed to presence of reduced sulfur compounds present in the environment of the residences. The research into the sulfur impact on copper under field conditions is continuing, and the results will be submitted under a separate research paper on the subject.

The absence of detectable sulfur in the results from this study may be due to the elimination of environmental factors that may be present in residences. Due to a relatively small sealed air space in the jar, the control samples did not develop detectable sulfur impacts.

Figures 4 and 5 provide examples of spectral output that can be generated by the instrument from the analysis. Figure 4 depicts the spectra from controls 2 and 3 that did not detect the presence of sulfur on the copper wires after the conclusion of the test. Figure 5 depicts spectra from sample number 2 that detected the sulfur on the copper at the conclusion of the test at 11.63 % (11 6300 ppm). The sulfur peak is identified in the figure with the S symbol. The

Copyright by ASTM Int'l (all rights reserved); Fri Dec  2 16:30:15 EST 2011
Downloaded/printed by
David Schwartz (Innovative+Science+Solutions,+LLC) pursuant to License Agreement. No further reproductions authorized.

...

relatively high results for sulfur of the corrosive drywall samples compared to nondetected results for the controls indicate that the length of exposure could likely be shortened to obtain results that show a readily identifiable and statistically significant XRF difference. The instrument is likely to detect sulfur on the surface of the copper even before the color change becomes obvious to the eye. More research would likely provide insights into minimum amounts of time of exposure that yields a sufficient sulfur result to distinguish between corrosive and noncorrosive drywalls.

The third control sample result from the noncorrosive drywall that was installed next to corrosive drywall was also below detection limit of the instrument. This appears to support some of the preliminary findings presented at the Tampa Corrosive Drywall Symposium that the noncorrosive drywall in corrosive drywall houses does not become corrosive if the drywall is allowed to vent for a sufficient period of time. Additional research would likely enable better estimation of the minimum length of venting time needed.

In general, this method shows that corroborating evidence of sulfur based corrosion of corrosive drywall can be confirmed in a relatively simple manner without artificially elevating temperature and humidity in the jar tests.

## Conclusion

The experiment demonstrates that corrosive drywall will turn copper black in a test using a sealed jar without artificially increasing humidity or temperature. The sulfur based impact on the exposed copper can be confirmed using XRF if necessary. Additional research that would study the corrosion versus time of exposure is likely to shorten the duration of the test, and it could be used to identify corrosive drywall faster.

## References

[1] Crangle, R., Chinese Drywall Imports, U.S. Geological Survey, http://www.drywallsymposium.com/SpeakerPresentations/Crangle.pdf (Last accessed July 26, 2010).
[2] Florida Department of Health, Corrosive Imported Drywall Symposium, Nov. 5–6, 2009, Tampa, FL, http://www.doh.state.fl.us/Environment/community/indoor-air/drywall.html (Last accessed July 26, 2010).
[3] Florida Department of Health, Case Definition, Dec. 18, 2009, http://www.doh.state.fl.us/Environment/community/indoor-air/casedefinition.html (Last accessed July 26, 2010).
[4] Consumer Product Safety Commission, CPSC Drywall Information Center, www.cpsc.gov/info/drywall/index.html (Last accessed July 26, 2010).
[5] Gill, M. and Trotta, A., "The Interim Report on the Status of the Analysis of Electrical Components Installed in Homes with Chinese Drywall—Draft," *Report*, Consumer Product Safety Commission, Nov. 23, 2009.
[6] Saltzman, L. E., *U.S. Consumer Product Safety Commission Staff Summary of Contractor's Indoor Air Quality Assessment of Homes Containing Chinese Drywall*, CPSC Division of Health Sciences, 2009.
[7] *Interim Guidance—Identification of Homes with Corrosion from Problem Drywall*, Consumer Product Safety Commission (CPSC) and Department of Housing and Urban Development (HUD), 2010.
[8] Thermo Niton Analyzers, LLC, Thermo Niton Analyzers Home Page, Billerica, MA, http://www.niton.com/Default.aspx?sflang=en (Last accessed July 26, 2010).

Copyright by ASTM Int'l (all rights reserved); Fri Dec  2 16:30:15 EST 2011
Downloaded/printed by
David Schwartz (Innovative+Science+Solutions,+LLC) pursuant to License Agreement. No further reproductions authorized.