1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

------------------------------------------------

CHRIS BRUCKER, TREVER S. NUTTING,
XIOMARA RAVELO, WILFREDO E. RETANA
and BEATRIX CELSA RETANA, individually,
and on behalf of all others
similarly situated,

          Plaintiffs,

                                      CASE ACTION NO.
vs.                         2:10-cv-00405-FtM-29SPC

LOWES HOME CENTERS, INC., a North Carolina
Corporation, and NATIONAL GYPSUM COMANY,
a Delaware Corporation,

          Defendants.

------------------------------------------------

VIDEOTAPED DEPOSITION OF TREVER NUTTING

13051 Bell Tower Drive

Fort Myers, FL

January 27, 2012

9:10 a.m. to 11:18 a.m.

Reported By:
Lori L. Bundy, FPR, RPR, CRR, CLR
Job No: 23650

**2**

1    APPEARANCES:
2    For the Plaintiff:
3        Gary, Naegele & Theado, LLP
4        446 Broadway
5        Lorain, OH  44052-1797
6        (440) 244-3462
7        BY:  ROBERT D. GARY, ESQ.
8
9
10
11
12    For the Defendant National Gypsum:
13        Morgan, Lewis & Bockius, LLP
14        1701 Market Street
15        Philadelphia, PA  19103-2921
16        (215) 963-5668
17        BY:  KRISTOFOR T. HENNING, ESQ.
18            khenning@morganlewis.com
19
20
21
22    Videographer:      KEVIN BUNDY, CLVS
23
24
25

**3**

1                I N D E X
2    WITNESS:                      PAGE:
3    TREVER NUTTING
     DIRECT EXAMINATION              5
4    BY MR. HENNING:
5            - - -
6            E X H I B I T S
7            - - -
8            Description          Page
9    Defendants'    Notice of deposition    70
     Exhibit 1
10   Defendants'    Document              74
     Exhibit 2
11   Defendants'    Document              80
     Exhibit 3
12   Defendants'    Third Amended Class Action    83
     Exhibit 4      Complaint
13
14
15
16
17
18
19
20
21
22
23
24
25

**4**

1        VIDEOGRAPHER:  This is Video Number 1 of the
2    videotaped deposition of Trever Nutting taken by the
3    defendant in the matter of Chris Brucker, et al.,
4    versus Lowes Home Centers, et al., in the United
5    States District Court, Middle District of Florida,
6    Fort Myers Division, Civil Action No. 210 CV 405 FTM
7    29 SPC.
8        This deposition is being held at 13051 Bell Tower
9    Drive, Fort Myers, Florida 33907 on January 27th, 2012
10   at approximately 9:10 a.m.  My name is Kevin Bundy
11   from the firm of David Feldman Worldwide and I'm the
12   legal video specialist.  The court reporter is Lori
13   Bundy in association with David Feldman Worldwide.
14   Will counsel please introduce themselves.
15       MR. HENNING:  Chris Henning for National Gypsum
16   Company.
17       MR. GARY:  I'm Bob Gary for the plaintiffs and
18   I'm here pursuant to the Brincku and Brucker
19   stipulation.
20       VIDEOGRAPHER:  Will the court reporter please
21   swear in the witness.
22   THEREUPON,
23              TREVER NUTTING,
24   a witness, having been first duly sworn, upon his oath,
25   testified as follows:

**5**

1        DIRECT EXAMINATION
2    BY MR. HENNING:
3        Q.  Mr. Brucker (sic), we met just a few moments ago
4    off the record.  I'm from the law firm Morgan, Lewis &
5    Bockius in Philadelphia, Pennsylvania, and you understand
6    you're here today for a deposition regarding a lawsuit
7    that you and others brought about some drywall?
8        A.  Yes.
9        Q.  Let me give you just a few ground rules that
10   might help us move along more smoothly today.
11       First, as you said earlier, if you need a break,
12   just say so and I'll accommodate you.  You want to use the
13   restroom, get a drink, whatever, just say so.
14       A.  Thank you.
15       Q.  You can see that the court reporter is taking
16   down everything we say and there's also a video recording
17   the proceedings today.  For the court reporter's sake,
18   it's best if we're not talking at the same time.
19       So if you'll wait to start your answer until I
20   finish a question, that will be best, and I'll likewise
21   wait until you finish your answer to ask another question.
22       Sound okay?
23       A.  Yes, sir.
24       Q.  If you don't understand something I say, or one
25   of my questions, just say so and I'll try to rephrase it

2  (Pages 2 to 5)

6

1  or fix whatever the problem might be.
2      Also, please answer all the questions out loud as
3  opposed to shakes of the heads, nods of the head -- again,
4  for the court reporter's sake.
5      Have you ever been deposed before?
6  A.  No.
7  Q.  Have you ever been involved in a lawsuit before
8  this one?
9  A.  No.  Car accident.
10  Q.  Was there a lawsuit that resulted out of that
11  accident?
12  A.  I never went to court or anything.  It was just
13  insurance to insurance.
14  Q.  Any other litigation you've ever been involved in
15  other than the car accident?
16  A.  No.
17  Q.  Have you ever testified in court?
18  A.  No.
19  Q.  Mr. Brucker -- excuse me, Mr. Nutting.
20      What's your current address?
21  A.  3245 Reef Road, Southeast, Palm Bay, Florida
22  32909.
23  Q.  And that is the house that's the subject of your
24  lawsuit; is that right?
25  A.  Yes.

7

1  Q.  There is no other house that you claim has a
2  problem with drywall in it; is that right?
3  A.  No.
4  Q.  During the day, if we refer to "your house" or
5  "the house," can you and I agree we're talking about that
6  house, unless we're clearly talking about something
7  differently?
8  A.  Yes, sir.
9  Q.  Do you own the house?
10  A.  Yes.
11  Q.  Just in your name?
12  A.  Yes.
13  Q.  When did you buy the house?
14  A.  Close to seven years ago.
15  Q.  Was it new construction at the time?
16  A.  Yes.
17  Q.  Why did you decide to buy this house?
18  A.  It was time.  It was a good time to buy.
19  Q.  Any other reason?
20  A.  Family.
21  Q.  How so?
22  A.  Huh?
23  Q.  What do you mean by that?
24  A.  Wife and kid.
25  Q.  Where had you been living right before you bought

8

1  this house?
2  A.  My wife's aunt and uncle's house.
3  Q.  Did you take out a mortgage to buy the house?
4  A.  Yes.
5  Q.  How much was it, do you know?
6  A.  90 -- somewhere around 91,000, and then close to
7  91,000.
8  Q.  Did you add any more money, or did that cover the
9  entire purchase price of the house?
10  A.  That was everything.
11  Q.  Are you alone on the note to pay the mortgage?
12  A.  Yes.
13  Q.  That's not a joint obligation between you and
14  your wife or anyone else?
15  A.  No.
16  Q.  Are you aware of any appraisals done to your
17  house to determine its value?
18  A.  No.
19  Q.  In your own mind, do you have any sense of what
20  you consider the value of your house to be today?
21      MR. GARY:  Objection.  You can answer.
22  BY MR. HENNING:
23  Q.  I should say that during the course of the
24  deposition today, Mr. Gary may object to something.
25  A.  Okay.

9

1  Q.  Unless he tells you not to answer the question,
2  you can still go ahead and answer.
3      MR. GARY:  That's correct.
4      THE WITNESS:  Okay.  We bought at such a good
5  time that I don't think it's made a huge difference in
6  our house.
7  BY MR. HENNING:
8  Q.  Who is the builder?
9  A.  Holiday Builders.
10  Q.  Did you shop around at other houses, or was this
11  the only one you ever looked at?
12  A.  I'm not 100 percent sure, but I think we looked
13  around and Holiday was just one of the -- as far as, you
14  know, pricewise, it's one of the most affordable, so --
15  Q.  Did you look at any other locations than where
16  you ultimately bought?
17  A.  As far as lots, property?
18  Q.  Sure.
19  A.  Yes.
20  Q.  And this, I take it, was a lot in a development
21  in a subdivision?
22  A.  No, this is in just a standard neighborhood.
23  It's not a subdivision.
24  Q.  Okay.  I'm sorry.  I forget what you said.  Did
25  you look at other lots?

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

10

1   A. Yes.
2   **Q. Did you have to buy the property?**
3   A. The property, everything, you know, was included
4  in the price.
5   **Q. Everything came to 91 or so?**
6   A. Yeah.
7   **Q. Had the house been started when you bought it?**
8   A. No.
9   **Q. Did you get to make decisions about what model**
10  **and what kind of construction it would be?**
11   A. Yes. We chose what model the house we wanted.
12   **Q. Did you choose any of the components of the**
13  **house?**
14   A. Such as?
15   **Q. Did you choose the refrigerator?**
16   A. That was a package. I think all the appliances
17  came with -- I think we chose the color; that was about
18  it. It came with, you know, if you bought the lot through
19  Holiday, you got the appliances.
20   **Q. How about any of the building materials? Did you**
21  **have any role in deciding what they would be?**
22   A. The cabinets we had a choice to go from, you
23  know, standard formica, whatever, in the cheap material,
24  to oak.
25   **Q. Kind of the list you can get to upgrade?**

11

1   A. Yeah.
2   **Q. What about drywall? Did you have any role in**
3  **determining what drywall would be installed?**
4   A. No.
5   **Q. Do you know who decided that?**
6   A. Who decided about the drywall?
7   **Q. Yeah.**
8   A. I have no idea. I don't believe there was ever a
9  question asked.
10   **Q. Do you have any idea whether Holiday**
11  **subcontracted the drywall to anyone?**
12   A. No idea.
13   **Q. Was there a particular individual you interacted**
14  **with more from Holiday when you were buying the house?**
15   A. Al -- I don't remember his last name -- he was
16  our superintendent.
17   **Q. When did you move into the house?**
18   A. I don't remember the exact date.
19   **Q. Can you estimate whether by month or year,**
20  **whatever is easiest for you?**
21   A. I believe it took six months to move into the
22  house, so 2006. I have to look at my wife and ask.
23   **Q. Unfortunately only you can answer the questions**
24  **today.**
25   A. I don't know the exact date. I'm horrible with

12

1  dates. Sorry.
2   **Q. That's all right. Can you estimate when you**
3  **bought the house, when you entered into the purchase**
4  **agreement?**
5   A. Like I said, I believe it's like seven years.
6  It's close to seven years. I don't know the exact date.
7   **Q. Before you bought the house, had you ever heard**
8  **of National Gypsum Company?**
9   A. No.
10   **Q. Before you bought the house, had you ever heard**
11  **of any company that manufactured drywall?**
12   A. No.
13   **Q. Were you employed at the time you bought your**
14  **house?**
15   A. Yes.
16   **Q. What were you doing?**
17   A. Building awnings.
18   **Q. Did that ever bring you any contact with drywall?**
19   A. No.
20   **Q. For how long were you doing that?**
21   A. For how long as of now?
22   **Q. How long did you build awnings?**
23   A. I'm currently up to now.
24   **Q. How long has that been?**
25   A. 11 years as of last November.

13

1   **Q. And let's start now. Who are you working for**
2  **now, if anyone?**
3   A. Mit Javila, M-I-T J-A-V-I-L-A Florida, Inc.
4   **Q. How long have you been working for them?**
5   A. 11 years as of last November.
6   **Q. Did you work for anyone before them?**
7   A. I've worked for them -- yeah, I worked for a few
8  different companies.
9   **Q. So you started there, when, around 2001 or so?**
10   A. Yeah, yeah.
11   **Q. And have you always been building awnings for**
12  **them?**
13   A. Buildings awnings, customer service, and
14  technical support.
15   **Q. Did your house have a well, Mr. Nutting?**
16   A. Yes.
17   **Q. Did you have a choice about that?**
18   A. No, not where we live.
19   **Q. And I take it it also has a septic tank?**
20   A. Yes.
21   **Q. I take it, likewise, you didn't have any choice**
22  **about that?**
23   A. No.
24   **Q. Where geographically is your house? Tell me how**
25  **far from here.**

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

14

1    A.  Three -- close to three and a half -- three hours
2    and 45 minutes.
3    Q.  East of here, if I remember right; is that right?
4    A.  East, northeast, yeah.
5    Q.  Are you from the area where you live now?
6    A.  Yes.
7    Q.  Have you lived there your whole life?
8    A.  Yes.
9    Q.  Before you bought the house, Mr. Nutting, did you
10   see any statements from anyone about the drywall that
11   would go into your house?
12   A.  No.
13   Q.  Did you hear any statements from anyone about the
14   drywall to go into your house?
15   MR. GARY:  Objection.  Form of the question.
16   Hear any statements --
17   MR. HENNING:  Okay.
18   BY MR. HENNING:
19   Q.  Did you hear any statements from anyone about the
20   drywall before you bought your house?
21   A.  No.
22   Q.  Did you know anything about what drywall would go
23   into your house before you bought it?
24   A.  No.
25   Q.  What did you expect, if anything -- did you have

15

1    any expectation about the drywall that would go into your
2    house?
3    A.  Brand-new house, you know, brand-new drywall, you
4    know, a good house; that's all I wanted.
5    Q.  Had you -- before you bought the house have you
6    had any experience installing drywall?
7    A.  No.
8    Q.  Any experience cutting drywall?
9    A.  No.
10   Q.  Had you had any experience with drywall at all
11   before you bought your house?
12   A.  No.
13   Q.  Did you ever get your well water tested?
14   A.  I think we had -- yeah, just during the home
15   inspections.
16   Q.  How many home inspections did you have?
17   A.  Two or three.
18   Q.  All of those before you bought the house, I take
19   it?
20   A.  No, no, no, the home inspections for this.
21   Q.  For the litigation you mean?
22   A.  Correct.
23   Q.  Let's break it apart.  Did you have any
24   inspections done before you bought the house?
25   A.  No.

16

1    Q.  So the only inspections that have been done to
2    the house are those that have been done for the
3    litigation?
4    A.  Correct.
5    Q.  Do you know the name of the person or company who
6    tested the well water?
7    A.  No.
8    Q.  Do you know what it was tested for?
9    A.  No.
10   Q.  Do you know whether there were any actual tests
11   ever done to the well water?
12   A.  Yeah, they tested -- you're talking about for
13   the -- for this process.
14   Q.  At any time, any tests ever done to your well
15   water?
16   A.  Yeah, they test -- they said they test the water.
17   Q.  Did anyone other than your lawyers ever tell you
18   the results of that test?
19   A.  No, don't believe so, no.
20   Q.  Do you know the results of that test?
21   A.  No.
22   Q.  Was there only one, as far as you're aware, for
23   the well water?
24   A.  Like I said, maybe it was one or two, I don't
25   know.  I don't remember.

17

1    Q.  For however many there were --
2    A.  Right.
3    Q.  -- are you aware of the results of the test?
4    A.  No.
5    Q.  Have you asked anyone what the results were?
6    A.  No.
7    Q.  Do you have a hot water heater?
8    A.  Yes.
9    Q.  Is it electric hot water heater?
10   A.  Yes.
11   Q.  Do you know the brand, company name of it?
12   A.  No, sir.
13   Q.  Where is it located in the office?
14   A.  It's located in the garage.
15   Q.  And is there drywall in the garage?
16   A.  Yes.
17   Q.  Do you know where you -- do you know the
18   identities of any manufacturers of the drywall in your
19   house?
20   A.  The brand or the company that's the manufacturing
21   company?
22   Q.  Yeah.  Do you know who made any of the drywall in
23   your house?
24   A.  Yes.
25   Q.  Who is that?

5  (Pages 14 to 17)

18

1    A.  National Gypsum.
2    Q.  Do you know whether National Gypsum made all the
3    drywall in your house?
4    A.  Yes.
5    Q.  You think it made all of it in your house?
6    A.  Yeah.
7    Q.  Have you done anything to check all the drywall
8    in your house to see whether it's all National Gypsum?
9    A.  The inspections done to it.
10   Q.  And am I right, the reason you believe it's all
11   in National Gypsum is from the inspections?
12   A.  Yeah.
13   Q.  You haven't ever noticed that any non-National
14   Gypsum drywall is in your house?
15   A.  No.
16   Q.  Do you have a well pump?
17   A.  Yes.
18   Q.  Another way to get the water in the house?
19   A.  Right.  Yeah.
20   Q.  Do you know what kind it is?
21   A.  No idea.
22   Q.  Do you know whether the well pump was new when
23   you bought the house?
24   A.  It was supposed to be, yes.
25   Q.  Do you know who dug the well?

19

1    A.  Whether Holiday did it or subcontracted that.
2    Holiday doesn't -- I don't think they did anything
3    directly; it was all subcontracted.  I believe it was
4    Heidi Krugen (phonetic).  Please don't ask how to spell
5    it.
6        But it's one of their main well companies that
7    supposedly does a lot of their jobs.
8    Q.  Did you ever have any communications with whoever
9    dug the well about your house?
10   A.  No.
11   Q.  Since you've moved into the house, have you ever
12   gotten the well pump serviced?
13   A.  Not the well pump, no.
14   Q.  Do you have any other water treatment system --
15   or do you have a water treatment system at your house?
16   A.  Water softener.
17   Q.  Anything other than the water softener?
18   A.  No.
19   Q.  Did you have that installed as soon as you moved
20   in?
21   A.  Yeah.
22   Q.  Do you know who did that?
23   A.  Me and my father installed one the first time,
24   and then I believe we changed it to the water man.
25   Q.  Do you know what kind the first one was?

20

1    A.  No, I don't remember.
2    Q.  When did you and your father change it out?
3    A.  Don't remember how long it lasted.
4    Q.  Why did you change it out?
5    A.  We were just told by many people it was a lousy
6    water softener.
7    Q.  Any other reason?
8    A.  No.
9    Q.  Was it working okay when you changed it out?
10   A.  Yes.
11   Q.  Can you give me a sense of who you mean who was
12   telling you it was a lousy softener?  Neighbors, family?
13   Who are we talking about here?
14   A.  I believe it was an electric water softener, like
15   a digital water softener, and just a lot of my buddies who
16   have houses told me, you know, you need to change it out
17   to a more standard one.
18   Q.  Was it your decision to get a water softener for
19   your house?
20   A.  Yes.
21   Q.  Why did you decide to do that?
22   A.  Because I thought every house had to have a water
23   softener.
24   Q.  Do you have any other water treatment system at
25   the house other than the water softener?

21

1    A.  No.
2    Q.  Anything inside?  Do you filter the water
3    anywhere inside the house?
4    A.  Huh-uh, no.
5    Q.  Do you know what an aerator is or an aerator tank
6    for well water?
7    A.  Yes.
8    Q.  What do you understand that to be?
9    A.  It is a tank that runs by a pump that shoots
10   water out of the pipe.  Yes, I understand how it works.
11   Q.  Have you seen them?
12   A.  Yeah.
13   Q.  Do you have one?
14   A.  No.
15   Q.  Have you ever lived in a place that did have one?
16   A.  Not that I can remember.
17   Q.  Fair enough.  At least as far as you saw?
18   A.  Yeah, correct.
19   Q.  Do you have neighbors?
20   A.  Yes.
21   Q.  Give me a sense of how close your neighbors are
22   to you.
23   A.  Very close.  They're on the street.
24   Q.  Do you have neighbors on all sides of you?
25   A.  Yes.

6  (Pages 18 to 21)

22

1    Q.   Do you know whether, at least to your knowledge,
2  any of your neighbors have aerators?
3    A.   I believe at least two out of the three may have,
4  yes.
5    Q.   Was it your decision not to have an aerator?
6    A.   Yes.
7    Q.   Why did you decide not to have one?
8    A.   We couldn't afford it for a while.
9    Q.   Did you think about it?
10   A.   Thought about it, yes.
11   Q.   Was there any reason you thought about getting
12  one?
13   A.   I just thought about getting one because
14  everybody seemed to have one.
15   Q.   Do you have any idea what they're supposed to do?
16   A.   They remove sulfur gases out of your water.
17   Q.   Did you know that at the time you bought your
18  house?
19   A.   No, I had no idea what an aerator was when I
20  bought my house.
21   Q.   When did you come to learn -- when did you come
22  to learn what they're supposed to do?
23   A.   When my neighbor bought one.
24   Q.   Do you remember when that was, if not -- I'm not
25  talking about a particular day -- how long after you moved

23

1  into your house?
2    A.   It was probably a few years after we built ours,
3  I believe they built theirs.
4    Q.   Did you have any conversations with your neighbor
5  about the aerator tank?
6    A.   Yeah, yeah.
7    Q.   Man or woman?
8    A.   It was a buddy of mine.  It's a friend.  It's a
9  guy.
10   Q.   What did you and he talk about?
11   A.   He just said that he thought it would be a good
12  thing to have for his house, so he bought one.
13   Q.   Did you ask him why he thought it would be a good
14  thing to have?
15   A.   He just has a lot of money, so anything he can
16  put into his house, he just wants to have it.
17   Q.   I'm sorry.  I missed the beginning of that.  I'm
18  sorry.
19   A.   He has a lot of money, so anything he thinks is
20  great for his house, he would get.  He didn't mention why
21  he bought one.  He just said it's a good thing to have.
22   Q.   Did you ask him what it was he thought it would
23  do?
24   A.   He said it might help his water.
25   Q.   Did you ever have any conversations with anyone

24

1  else other than your lawyers about an aerator tank?
2    A.   My wife.
3    Q.   What did you and she talk about?
4    A.   My dad.  Whether we should buy -- is it worth it,
5  you know.
6    Q.   I'm sorry.  I cut you off.  You mentioned your
7  wife and your dad.  Anyone else you talked to about
8  whether to get an aerator tank?
9    A.   Pretty much my wife and my dad, yeah.
10   Q.   Let's take your dad first.
11   A.   Yeah.
12   Q.   Can you tell me what you and he talked about in
13  that regard?
14   A.   How many he's seen done.  He's a general
15  contractor.
16   Q.   What did he tell you about how many he's seen?
17   A.   He says it's nothing that they -- it's not an
18  average thing that they, you know, put in.
19   Q.   Did he suggest to you one way or the other that
20  you do or do not get one?
21   A.   He didn't see why I should spend the money to get
22  one.
23   Q.   Did he tell you why he thought it would be a good
24  thing?
25   A.   No.

25

1    Q.   As a general contractor, does your dad do home
2  construction?
3    A.   Commercial.
4    Q.   Do you know whether he's ever installed an
5  aerator tank?
6    A.   I don't believe he has at all, no.
7    Q.   Does he live around you?
8    A.   Fifteen minutes.
9    Q.   Do you know whether his house has one?
10   A.   He has never had an aerator tank, no.
11   Q.   When -- if it's more than one, tell me the first
12  time -- when did you first talk to your dad about whether
13  to get an aerator tank?
14   A.   I think when me and my friend started talking
15  about them a few years into us owning the home.
16   Q.   The neighbor you talked about?
17   A.   Yeah.
18   Q.   Did you reach out to him?
19   A.   I'm not sure.  I'm not sure who brought it up.
20  It could have been conversation, I'm not sure.
21   Q.   In any event, following your conversation with
22  your dad, did you decide you would just stick without one?
23   A.   Yeah, because something -- it just wasn't right.
24  I grew up with well water, and, you know, it smelled like
25  well water.  You know, the sprinklers go on, his house

7  (Pages 22 to 25)

26

1   smelled like well water. I grew up with well water and
2   never had an aerator tank. So he just didn't see the
3   purpose of it, you know.
4       Q. What do you mean? Can you describe what you mean
5   by "smells like well water"?
6       A. Well water just has the well water smell. I grew
7   up with it, so it's hard -- I don't know exactly what to
8   tell you. It's rotten egg sulfur smell, you know,
9   whatever.
10      Q. I'm sorry. I started to cut you off. Can you
11  tell me the rotten egg sulfur smell?
12      A. Yeah, it smells like sulfur, I guess, it
13  smells -- it just smells like well water.
14      Q. And do you mean by that it has a rotten egg,
15  sulfur-like smell?
16      A. That's how you hear it described by other people.
17  I don't know if that's exactly how it smells like, but
18  it's just it has a well water smell.
19      Q. Do you think it has a rotten egg smell to it?
20      A. I guess, I mean, it could, yeah, yeah.
21      Q. Can you contrast it to other kinds of water, how
22  does it smell different to you to some other kind of
23  water?
24      A. I cannot tell the difference between anybody's
25  city water, you know. Well water smells like well water;

27

1   city water just doesn't have a, you know, any smell to it.
2   I don't know. That's pretty much it. Is that what your
3   question is?
4       Q. Yeah, yeah, I think you answered -- well, have
5   you told me everything you can, anyway, about what you
6   mean by smells like well water?
7       A. Yeah, yeah, yeah.
8       Q. Do you drink the water at your house?
9       A. No.
10      Q. You sound like you were going to say absolutely?
11      A. Absolutely, no.
12      Q. Sound pretty forcible about you don't want to
13  drink that water?
14      A. My parents never drank any water, city water,
15  well water, it's just you go to the store and buy bottled
16  water and that's it.
17      Q. And why don't you -- you at least drink the well
18  water at your house?
19      A. Just something you grew up doing, you know. I
20  don't drink -- I don't care if it's filtered or if I'm at
21  a friend's house and they have a filtration system, I'll
22  just go buy my own water.
23      Q. Do you think it's not safe to drink?
24      MR. GARY: Objection.
25      THE WITNESS: I don't think any of the water is

28

1   safe to drink, whether it's city water, well water.
2   BY MR. HENNING:
3       Q. Do you only drink bottled water?
4       A. Yes. Bottled water meaning, you know, you go to
5   the store and fill a five-gallon jug. So it's just
6   bottled water, you know what I mean, treated water.
7       Q. You get --
8       A. From a water store.
9       Q. That's what you do now?
10      A. Yeah.
11      Q. Have you always done that since you moved into
12  your house?
13      A. Yes.
14      Q. Is there one store you go to for that?
15      A. There's many.
16      Q. Give me a sense of the ones you all go to.
17      A. I believe she goes to -- I guess I'm not the one
18  that buys the water.
19      Q. If you know.
20      A. Could be out in front of a store at a water
21  machine.
22      Q. Is that something your wife takes care of?
23      A. Yes.
24      Q. We've talked about your dad -- a conversation you
25  and your dad had about whether to get an aerator tank. I

29

1   think you also mentioned that you talked about 245 with
2   your wife; is that right?
3       A. Uh-huh.
4       Q. Is there anybody else you talked to about that?
5       A. Not that I remember, no.
6       Q. Can you tell me what it is you and your wife
7   talked about?
8       A. Whether or not -- whether or not we should get
9   one just because things just weren't -- things weren't
10  normal in the house, you know, we didn't know if that
11  would help or not.
12      Q. Can you remember when you first talked with your
13  wife about it?
14      A. I think it was maybe after our AC broke for the
15  first three or four times, you know.
16      Q. Sometime after you moved into the house?
17      A. A couple years, yeah.
18      Q. I think you said some things weren't normal; is
19  that right?
20      A. Yeah, yeah.
21      Q. What did you mean by that?
22      A. Just visible things, meaning broken air
23  conditioner, my dad not being able to explain after almost
24  30 years of being a GC of why my AC is breaking so many
25  times, and visual pitting on my fixtures.

8  (Pages 26 to 29)

30

1    Q.   Well, we'll sure talk about all of that.
2    A.   Okay.
3    Q.   Is that what you meant by "unusual"?
4    A.   Yeah, yeah.
5    Q.   Can you tell me, you know, did you or your
6    wife -- did you ever suggest to your wife that you get an
7    aerator tank?
8    A.   I think it was more of a question, should we, you
9    know.
10   Q.   And was it a joint decision between the two of
11   you not to?
12   A.   Yes, after we talked to my dad.
13   Q.   Did your wife ever propose that you get one?
14   A.   No, I think it was, like I said, more a question,
15   just us asking each other whether we should get it and
16   whether we can afford to get one.
17   Q.   Do you know how much one costs?
18   A.   Somewhere -- I think maybe close to 1600 bucks,
19   yes.
20   Q.   I'm sorry, 1600 you said?
21   A.   I think so, yeah.
22   Q.   Did you know that when you bought the house?
23   A.   Not when we bought the house, no.
24   Q.   When did you come to learn how much an aerator
25   tank might cost?

31

1    A.   I think when we talked to the neighbor about his.
2    Q.   And I think you said that was a couple years
3    after you moved in?
4    A.   Yeah, yeah, close to a couple years, yes.
5    Q.   Have you ever heard any different numbers about
6    what they might cost?
7    A.   No, no, sir.
8    Q.   Did you ever do any investigation on your own
9    aside from conversation with your family to figure out
10   what they might cost?
11   A.   Yeah.  We looked around at them, and, you know,
12   ultimately, obviously, we decided not to get one.  Way too
13   much.
14   Q.   I think you said it was a little too much to
15   spend; is that right?
16   A.   Yes.
17   Q.   Is there any other reason you didn't get one?
18   A.   We just decided that there's just something not
19   right, you know.  I don't think an aeration system is
20   going to take care of what's wrong with the house.
21   Q.   What makes you think that the aeration system
22   wouldn't take care of what's wrong with your house?
23   A.   Well, it only took us a few years to hear about
24   the problems with the drywall, so that's -- I think that's
25   what the decision was finally made, you know, besides the

32

1    expense factor.
2    Q.   Have you concluded -- in your own mind, at least,
3    that whatever has gone wrong with your house is caused by
4    the drywall?
5    A.   In my own mind, yes.
6    Q.   And have you considered whether it's any other
7    source?
8    A.   That was our first -- our first question was, you
9    know, why, why is all this -- why is this happening.
10   Q.   Have you ever considered whether it's the water?
11   A.   I think that was our first question, and that
12   was, you know, that's why I talked to my dad, yeah.
13   Q.   All right.  So your first thought was water?
14   A.   Well, it's the first question to my father was,
15   you know, why is my house breaking?  Why is all this going
16   wrong?
17   Q.   Did your father have any role in the building of
18   your house?
19   A.   No.
20   Q.   And it sounds like -- did you ask him what he
21   thought about what was going wrong with your house?
22   A.   Yeah.
23   Q.   What did he tell you?
24   A.   He's never seen anything like this.
25   Q.   Did he tell you anything else?

33

1    A.   My dad has told me a lot about my house.
2    Q.   Did he tell you what he thought it might be?
3    A.   At first when we first, you know -- no, no.
4    Q.   Has he ever told you what he thought it might be?
5    A.   No.  Like I said, he had no clue.  He's never
6    mentioned it.
7    Q.   You said in your own mind you believe it's
8    drywall.  When did you first to believe, at least in your
9    own mind, that it was the drywall?
10   A.   I'm not sure.  I don't know the exact date of
11   when.  Maybe it was a few years into owning the house.  I
12   don't know.
13   Q.   Was it before or after you came in contact with
14   any -- any lawyer?
15   A.   It was before because I'm sure we heard about it
16   before we contacted an attorney.
17   Q.   Can you tell me what then prompted you to think
18   it was the drywall?
19   A.   Maybe just hearing about it on -- I don't know,
20   the news or through somebody.  I don't know.
21   Q.   Does the water smell like well water in the
22   house?
23   A.   I don't notice it, but yeah, you can smell -- you
24   can smell it more so on the outside of the house through
25   the -- you know, there's a hose that does not go through

9  (Pages 30 to 33)

34

1  the water softener, yeah.
2      Q.  Describe that to me.  A hose coming from where,
3  the well pump?
4      A.  Yeah, directly from the pump, yeah.
5      Q.  From the well pump and tell me where it goes.
6      A.  You can smell it more from -- you know, there's a
7  well and the well goes to a pump and then the pump, before
8  it gets softened, there's a hose that is connected to
9  that.
10     Q.  Talking about a hose that goes from somewhere
11  from the well to the well pump?
12     A.  Yeah.
13     Q.  And do you mean there's where you smell it?
14     A.  You can smell it more there than inside the
15  house, yeah.  It's different, it's different.  When you go
16  inside the house, it's different.
17     Q.  Maybe I misunderstood you.  Is there any water
18  that comes into your house that doesn't first go through
19  the softener?
20     A.  There is no water inside the house that does not
21  go through the water softener.
22     Q.  Tell me what you understand the water softener to
23  do to the water.
24     A.  I have absolutely no idea what the water softener
25  does.

35

1      Q.  You may have --
2      A.  Sorry.
3      Q.  -- said this and I forget.  Was it your idea to
4  get the water softener?
5      A.  Yeah.  It makes your water soft.
6      Q.  Just feels different?
7      A.  Yeah, it lets -- your soap actually bubbles
8  instead of does nothing, you know.
9      Q.  When the water comes out of the faucet, say, at
10  the sink, does it smell like well water?
11     A.  It smells like well water.  My friends can tell
12  me more so than me.  Like I said, I was raised to it and I
13  think we're used to it.
14     Q.  What do your friends tell you about that?
15     A.  They just mention they can smell well water.
16     Q.  How about when you take a shower, does that smell
17  like well water?
18     A.  Yeah, it's the same water.
19     Q.  Does it smell worse the longer the water runs?
20     A.  I have never noticed, no.
21     Q.  Anybody who maybe isn't as familiar with the area
22  as you ever tell you:  Hey, this smells?
23     A.  Yeah, like -- yeah.  Like I said, people notice
24  it, you know.  Maybe they have city water or whatever, you
25  know, that come over.

36

1      Q.  Can you remember the first time someone in your
2  house said:  Hey, this smells like well water?
3      A.  I cannot remember, no.
4      Q.  Can you tell me any more specifically what it is
5  anyone has said about the water?
6      A.  That they can smell it.
7      Q.  Mr. Nutting, do you have any kids?
8      A.  Yes.
9      Q.  How many?
10     A.  One.
11     Q.  Boy or girl?
12     A.  Girl.
13     Q.  Does he live at the house?
14     A.  Yeah, she does.
15     Q.  I'm sorry, you said girl.
16     A.  That's okay.
17     Q.  How old is she?
18     A.  She just turned eight.
19     Q.  I take it she's lived in the house as long as
20  you've lived in the house?
21     A.  Yes.  Yes, sir.
22     Q.  Do you let her drink the water?
23     A.  No.
24     Q.  Why is that?
25     A.  Just same reason my parents never let me drink

37

1  any water.
2      Q.  What did they tell you about that?
3      A.  Just force of habit, I guess.  It's just
4  something you grew up doing.  Nothing specific; just, you
5  know, it's better to go buy your water.
6      Q.  Do you remember your parents ever saying anything
7  to you about why you shouldn't drink the water?
8      A.  No, nothing specific about it.
9      Q.  When you go to your neighbor's houses who have
10  aerator tanks, do you notice whether they drink the water?
11     A.  No, I don't believe anybody drinks water from
12  their tap that we know of -- I mean, you know, that's not
13  city water.  Some people we have noticed drink their
14  water, but even a lot of families buy bottled water.
15     Q.  I'm sure you're not in your neighbor's house all
16  the time; you don't know what they always do?
17     A.  Right.
18     Q.  But at least whenever you've been there, you
19  don't see anybody drink the water?
20     A.  No.
21     Q.  Has anyone ever lived in the house since you
22  moved in other than you, your wife, or your daughter?
23     A.  No.
24     Q.  Have you ever rented out part of the house?
25     A.  No.

10  (Pages 34 to 37)

38

1    Q.   Used the house for anything other than to live
2  in?
3    A.   No.
4    Q.   Do you have a garage?
5    A.   Yes.
6    Q.   Attached garage?
7    A.   Yes.
8    Q.   Do you know whether there's drywall in the
9  garage?
10    A.   There's drywall in the garage.
11    Q.   Do you park the cars -- do you have a car?
12    A.   Yes.
13    Q.   How many cars do you have?
14    A.   Three.
15    Q.   Do you park them all in the garage?
16    A.   None.
17    Q.   Have you ever parked any in the garage?
18    A.   Briefly until it filled up with family stuff
19  after not too long.
20    Q.   I understand how that goes.  Did you paint the
21  drywall when you moved in?
22    A.   On the inside of the house.
23    Q.   Is that -- are you distinguishing between that
24  and the drywall in the garage?
25    A.   Yeah, that we didn't touch the drywall in the

39

1  garage.
2    Q.   So the drywall in the garage is as it was when
3  you moved in; is that right?
4    A.   Yes, correct.
5    Q.   Any other changes you made to the drywall in the
6  house other than paint it?
7    A.   No, just prime and paint, I believe, or just
8  paint.  I'm not sure.
9    Q.   Did you paint it?
10    A.   Yes.
11    Q.   You and your wife did that?
12    A.   Yes.
13    Q.   Do you remember what kind of paint you used?
14    A.   Behr.
15    Q.   Do you remember where you got it?
16    A.   Home Depot or Lowe's, whoever carries Behr.  I
17  think it's one of the two.
18    Q.   Do you still have any of it?
19    A.   I believe so, yes.
20    Q.   Did you see your drywall being installed?
21    A.   I believe we went out there and saw -- we went
22  out, you know, tried to go out as much as possible, so
23  I believe we saw stacks of drywall, at the very least,
24  maybe sitting inside the house.  Whether it was being
25  installed at the time, I'm not sure.

40

1    Q.   Do you know anything about how it was installed?
2    A.   Meaning?
3    Q.   Did you watch people install it?
4    A.   I don't believe so.
5    Q.   So you couldn't describe what they did in order
6  to install it?
7    A.   No.
8    Q.   You mentioned you saw stacks of it.
9         Do you remember what stage your house was when
10  you saw the stacks?
11    A.   Not specifically, no.
12    Q.   Where were the stacks?
13    A.   I think -- I believe they were inside the house.
14    Q.   Was the -- did the house have a roof by the time
15  you saw the stacks?
16    A.   Yeah, yeah.  I'm sure.
17    Q.   Did you go -- I mean, I assume you went by and
18  checked on the house as it was periodically going?
19    A.   Yes.
20    Q.   How frequently did you do that?
21    A.   Quite often.
22    Q.   Do you remember how long the whole process took
23  from the time you signed up to the time it was finished?
24    A.   I would almost say six to nine months, but I'm
25  not 100 percent sure.  You know, there's a certain

41

1  paperwork time and bill time.
2    Q.   Did you ever complain to Holiday Builders about
3  your house?
4    A.   No.
5    Q.   Did you ever consider doing that?
6    A.   Oh, yes, actually, yes, we did because of our AC.
7    Q.   Tell me about that.
8    A.   Air conditioner broke within the first year, I
9  believe, the first time, and as far as I remember, I think
10  it was fixed with a lot of excuses.  And then I think the
11  second time it broke is when I, you know, another phone
12  call to Dad:  What do you do?
13    Q.   How long after you moved in did you first have a
14  problem with your air conditioning?
15    A.   I think within the first year is the first time
16  it broke.
17    Q.   And tell me what happened.  Did it stop pushing
18  cold air through the house?  Did it push warm air through
19  the house.  What happened?
20    A.   It would constantly run and not cool the house.
21    Q.   And did you call Holiday builders about that,
22  talking about the first time?
23    A.   Not the first time, no.
24    Q.   Who did you call the very first time that
25  happened?

11  (Pages 38 to 41)

42

1    A.  The subcontractor.
2    Q.  And who was that, do you know?
3    A.  Mid Florida Air.
4    Q.  What did they do?
5    A.  I believe the first time they came out and
6  refilled it, I'm not sure.  I have all the receipts, but
7  I'm not sure.
8    Q.  In any event, after they came out, did it work?
9    A.  For a while.
10    Q.  For how much longer did it work?
11    A.  Not much.  I don't remember exactly.
12    Q.  Do you know what they did, or is that something I
13  would have to talk to them to find out what they did when
14  they came out?
15    A.  I don't remember right offhand exactly what they
16  did on each of the 10 to 13 trips out to my house.
17    Q.  Was the first one a warranty repair, or did you
18  have to pay for that?
19    A.  I think they may have covered the first one.
20    Q.  And then sometime after that, am I right, you
21  have another problem with the AC?
22    A.  Yeah.
23    Q.  How long after?
24    A.  Maybe a year and a half, two years, somewhere
25  close to.

43

1    Q.  Was there any difference between the first
2  problem and the second problem?
3    A.  I don't know if it was the second or the third
4  time where they noticed that they could not continue to
5  keep coming out and putting freon in it because it wasn't
6  the freon; it was the coils that were corroded.
7    Q.  And did they tell you, was it -- I'm sorry,
8  what's the name of the subcontractor?
9    A.  I believe it was Mid Florida Air or Mid Florida.
10    Q.  Did Mid Florida tell you there was something
11  wrong with the coils?
12    A.  Yeah.
13    Q.  And did they show them to you?
14    A.  They did a leak test -- oh, yeah, I was there
15  watching them.
16    Q.  Can you tell me what the leak test was?
17    A.  They have machine that clicks -- they tested the
18  outside unit, and I think they've -- I think they tried a
19  few different things, refilling stuff, changing a
20  compressor, condenser, you know, trying to change
21  different things, never found the problem.
22       And then they finally went to the inside -- the
23  return system inside the garage and that's where your
24  copper coils are, and that's when the machine went nuts,
25  you know, meaning there's a lot of freon leaking inside.

44

1    Q.  Where is the AC unit located inside your house?
2    A.  In the garage.
3    Q.  Is it just standing there by itself?  Is it
4  covered by anything?
5    A.  Covered by?
6    Q.  Is it in any of those wood closet-type things?
7    A.  No.
8    Q.  You could see it if you opened the garage?
9    A.  Yes.
10    Q.  So they showed you the coils; is that right?
11    A.  Yes.
12    Q.  What did they look like?
13    A.  Black and oily.
14    Q.  Did they tell you anything about why they thought
15  that was?
16    A.  They said it was the water.
17    Q.  Did they say they had seen that before from
18  water?
19       MR. GARY:  Objection.
20       THE WITNESS:  They claimed a lot of things.  They
21  said water from the beginning, and, you know, held to
22  it.
23  BY MR. HENNING:
24    Q.  Let me break that apart.  Did they say they had
25  seen blackened coils before?

45

1    A.  Not that I remember.  I don't remember.
2    Q.  Okay.  You remember them saying that at least in
3  their view they thought it was the water?
4    A.  Yeah.
5    Q.  Did they tell you why they thought it was the
6  water?
7    A.  I don't know why -- I don't know why they told me
8  it was the water; they just said it was the water.
9    Q.  Did you do anything in response to them telling
10  you at least they thought it was the water?
11    A.  Called my dad.
12    Q.  Not a bad thing to do for a general contractor
13  for a dad?
14    A.  Yeah.
15    Q.  And what did you tell him or ask him?
16    A.  Told my dad how many times the AC started
17  breaking what they're telling me, and he told me it was a
18  joke.
19    Q.  By the time you called your dad, how many times
20  had you had a problem with the AC?
21    A.  I think I talked to him the first time it broke.
22    Q.  Did he give you any thoughts on what he thought
23  it might be?
24    A.  I asked him, I -- you know, I asked him, I said,
25  have you ever seen an AC unit break within the first year?

12  (Pages 42 to 45)

46

1    And he's like, no, unless it's a -- you know, unless it's
2    defective, no.
3        Q.  Anything else you can remember about your
4    conversation with your dad?
5        A.  There's a lot I can remember about the
6    conversations with my dad, yeah.
7        Q.  I mean this one when you called the first time.
8        A.  The first time, no, no.  More so, you know, the
9    other conversations.
10       Q.  I think you said you had several problems with
11   the air conditioning; is that right?
12       A.  Yes.
13       Q.  How many other times did you have a problem after
14   this?
15       A.  I believe we have 13 service tickets, if not --
16   close to -- close to a dozen.
17       Q.  And was the problem always the same, just
18   wouldn't cool the house?
19       A.  Yeah.  Basically it's -- you know, it always
20   has -- you know, always runs, and I think that's the
21   problem, just, you know, you'll notice it run, and then it
22   just -- it's hot.
23       Q.  Have you ever used anybody other than Mid Florida
24   to come out and look at it?
25       A.  I've had a friend come out and look at it and,

47

1    you know, I wanted a second opinion.
2        Q.  Was it a man or a woman?
3        A.  Man.
4        Q.  What was his name?
5        A.  It's a friend of a friend.  I don't know -- I
6    don't remember his name.
7        Q.  What's the name of the guy that connected you to
8    him?
9        A.  I don't remember right offhand.
10       Q.  How many problems had you had by the time this
11   guy came to look at it?
12       A.  Probably almost towards the end, you know, I
13   would say probably after the 10th time or so.
14       Q.  And did he tell you what he felt was going on?
15       A.  Yeah.  I asked him, you know, I said:  Do you
16   think this is problems with water?
17       Q.  What did he say?
18       A.  No.
19       Q.  What did he tell you?
20       A.  He just told me that that's just not a normal
21   thing to happen so many times.
22       Q.  Did he say why he thought -- did he say he didn't
23   think it was the water?
24       A.  Yeah, he did.  Something he said that -- they've
25   never used as a reason to tell a customer on why their

48

1    coils corrode.
2        Q.  Did he tell you what he thought it was?
3        A.  He said it's probably the drywall.  You know,
4    we've had conversations about it, so that's what he said.
5        Q.  Had you had a conversation with him before that
6    about the drywall?
7        A.  I don't think we talked to him about that.  It
8    was just, you know:  My AC doesn't work, can you come look
9    at it?
10       Q.  And he told you that around, I'm not going to
11   hold you to it, but around the tenth time that he thought
12   it was the drywall; is that right?
13       A.  Yeah.
14       Q.  Did he say why he thought it was the drywall?
15       A.  Maybe it's -- I don't know.  No, he didn't tell
16   me why.
17       Q.  And did that cause you to think that maybe it is
18   the drywall?
19       A.  That wasn't the cause, but, I mean, because we've
20   already -- we've already started this process, you know.
21       Q.  So did that conversation with this guy happen
22   after the lawsuit had already started?
23       A.  Yeah, yeah.
24       Q.  Did there ever come a time when you suspected
25   your problem was the drywall?

49

1        A.  I think it was after we first heard about the
2    problems some people were having.
3        Q.  I'm sorry.  I think I already asked you -- you
4    said you thought it was sometime before you talked to the
5    lawyers, and in your own mind you thought it was the
6    drywall; is that right?
7        A.  Yeah.
8            MR. GARY:  Objection.
9    BY MR. HENNING:
10       Q.  Have you seen anything on the news about problem
11   drywall?
12       A.  Yeah.
13       Q.  Can you tell me what you saw?
14       A.  It's usually talking about families with
15   defective drywall.
16       Q.  By the time you first saw anything on the news,
17   had you had any problems in your house?
18       A.  Yes.  Yeah, we had problems before the drywall
19   was over -- mentioned, that I had heard of, you know.
20       Q.  Was it after you saw the news that at least in
21   your mind you first suspected the drywall might be the
22   problem in your house?
23       A.  Say that again.
24       Q.  Was it --
25       A.  Sorry.

13  (Pages 46 to 49)

50

1      MR. GARY:  I didn't understand it either.
2   BY MR. HENNING:
3      Q.  Was it after you saw -- was it after you saw news
4   reports about drywall that you concluded that your drywall
5   might be the problem that you have in your house?
6      MR. GARY:  Objection.
7      THE WITNESS:  That was the first time I had
8   thought, yeah.
9   BY MR. HENNING:
10     Q.  Do you remember when you first saw something on
11  the news?
12     A.  No.
13     Q.  Can you remember how many AC problems you had had
14  by the time you first saw problems on the news?
15     A.  Several.  I don't know.  I have no idea.
16     Q.  Did you ever notice a smell you considered
17  unusual in your house?
18     A.  Yeah.
19     Q.  And was that smell something different than
20  smells you characterize as something different like well
21  water?
22     A.  Yeah.
23     Q.  How was it different?
24     A.  I don't know how to explain it; just different.
25  Same as the well water, sometimes it's stronger than other

51

1   well water smells.  It's just, you know, it's a different
2   smell.
3      Q.  So it's not the same smell as the well water
4   smell?
5      A.  Correct.
6      Q.  Is there any way you can describe the smell?
7      A.  Different.  I don't know.  I'm sorry.
8      Q.  Okay.  When did you first notice it?
9      A.  I have no idea.  I don't remember specifically
10  when we first noticed it.
11     Q.  You said sometimes it's stronger; is that right?
12     A.  Yeah.
13     Q.  Does that mean this other smell is not constant?
14     A.  Oh, it's constantly there.  You know, when you
15  live in a place, you know how you get used to something,
16  but it seems to be stronger at certain times.
17     Q.  When does it seem stronger to you?
18     A.  I think it's when it's really humid out, really
19  hot and humid.
20     Q.  Does it get stronger when the water is on in the
21  house?
22     A.  Say that again.
23     Q.  Does it get stronger when the water is on in the
24  house?
25     A.  No, no, it's a different -- it just seem to be a

52

1   different smell.
2      Q.  Did you ever talk to anyone else who's had a
3   similar smell in their house?
4      A.  No.
5      Q.  Have you ever smelled that smell any other time?
6      A.  No.
7      Q.  It's not something you smelled outside your
8   house?
9      A.  No.
10     Q.  It's not something you smelled in any other
11  building you've ever been in?
12     A.  No.
13     Q.  We've talked a good bit about your air
14  conditioning.  Is there anything that's happened to your
15  house since you've moved in that's been a problem?
16     A.  Refrigerator broke, the guest bathroom was it the
17  shower, I think, quit working, hot water.  I don't know.
18  I don't know if it's the water completely quit working,
19  something happened in the house.  But the refrigerator
20  broke, yes, the refrigerator broke.
21     Q.  So the refrigerator broke, something in the guest
22  bathroom.  Anything else -- any other problems you've had
23  since you moved in?
24     A.  AC, AC, AC, AC.
25     Q.  So the AC, refrigerator broke, something in the

53

1   guest bathroom.  Anything else?
2      A.  Not that I know of.  Not that I can remember, no.
3      Q.  We've heard allegations that the metal in your
4   house has changed colors?
5      A.  Yes.
6      Q.  Has that happened?
7      A.  Yes.
8      Q.  Tell me what you have seen in that regard.
9      A.  The fixtures are pitted.
10     Q.  What do you mean by "pitted"?
11     A.  Pitted meaning it's not just a color change; it's
12  pitted, it's actually pitted.  I don't know how to
13  describe -- I don't know how to describe it.
14     Q.  Okay.  Anything other than pitting that you've
15  seen happen to metal in your house?
16     A.  Well, just besides the -- you know, the air
17  conditioning coils, we saw the refrigerator coils, too.
18     Q.  What do they look like?
19     A.  The same as the air conditioning copper coils.
20     Q.  Black?
21     A.  Yeah.
22     Q.  Have you ever seen a similar change in metal
23  color to anything outside your house?
24     A.  No.
25     Q.  Are there any metal pipes outside your house?

14  (Pages 50 to 53)

54

1    A.  I don't believe so.
2    Q.  Do you know, is it PVC that brings the water in
3    from the well?
4    A.  Yes.
5    Q.  Do you have any, you know, water faucet outlets
6    outside the house?
7    A.  Yes.
8    Q.  How many of those do you have?
9    A.  Two, I believe.
10   Q.  Do you know whether the actual faucets are
11   connected to metal pipes?
12   A.  I don't know what they're connected to inside the
13   house.
14   Q.  Ever notice anything unusual about the color of
15   those faucets outside?
16   A.  No.
17   Q.  You mentioned the fixtures are pitted.  Do you
18   think all the fixtures are?
19   A.  I believe so, yes.
20   Q.  Are they worse anywhere in different parts of the
21   house, or do they all look the same?
22   A.  I believe they're all very similar, I mean --
23   Q.  Are there any in any parts of the house you
24   consider to look worse than the others?
25        MR. GARY:  Objection.  Asked and answered.

55

1        THE WITNESS:  I'm sorry?  I didn't hear you.
2        MR. GARY:  I just objected.  You can answer.
3        THE WITNESS:  Okay.  No, not that I've noticed
4    any to be different.
5    BY MR. HENNING:
6    Q.  Mr. Nutting, whose decision was it to file the
7    lawsuit?
8    A.  Me and my wife's.
9    Q.  Can you tell me who you sued?
10       MR. GARY:  I'm sorry.  I didn't hear the
11   question.
12   BY MR. HENNING:
13   Q.  Who have you sued?
14   A.  Who have we sued --
15   Q.  Yes.
16   A.  -- during this process?
17   Q.  Yes.
18   A.  I believe it's against National Gypsum.
19   Q.  Do you know whether you sued anybody else?
20   A.  No.
21   Q.  When is the first time you ever heard of National
22   Gypsum?
23   A.  I believe during the home inspections or
24   afterwards, maybe after the test results came back.  I'm
25   not sure.

56

1    Q.  And those were the inspections that happened as
2    part of the litigation?
3    A.  Yeah, from National Gypsum.
4    Q.  When the National Gypsum representatives came
5    down; is that what you mean?
6    A.  Yeah, I believe that was the first time that we
7    heard about the name National Gypsum.
8    Q.  How about when is the first time that you learned
9    that you had National Gypsum drywall in your house?
10   A.  Like I said, I think it was during your -- the
11   inspection, the National Gypsum inspection.
12   Q.  Okay.  Can you estimate when that happened?
13   A.  I don't know.  Maybe nine months ago, maybe.  I'm
14   not sure.  I don't know.
15   Q.  Can you remember how many times people from
16   National Gypsum or on National Gypsum's behalf came out to
17   your house?
18   A.  Definitely once, maybe twice.
19   Q.  Were you there each time?
20   A.  I was there definitely for the big inspection,
21   yeah.
22   Q.  And did you walk around with them and watch what
23   they were doing?
24   A.  As much as possible, but they were in every room
25   at one time, so --

57

1    Q.  Were you with them when they turned the shower
2    on?
3    A.  No, I wasn't allowed in there.  They went in and
4    shut the doors, and they did that in both bathrooms, it
5    seemed like, at the same time.  So, no.
6    Q.  Where were you when that was going on?
7    A.  Trying to watch everybody else, everywhere.
8    Q.  Do you remember where you physically were, or
9    were you not in the house?
10   A.  Yeah, I was in the house.  I was probably, I
11   think, in the dining room.
12   Q.  Is that close to any one of the bathrooms?
13   A.  Yeah, close to my bedroom, which is where the
14   bathroom is.
15   Q.  Did you notice any smell get worse or different
16   when they were in the bathrooms with the showers on?
17   A.  No.
18   Q.  You still live in the house?
19   A.  Yes.
20   Q.  Since you moved in, have you experienced any
21   personal harm?
22   A.  Yes.
23   Q.  Tell me about that.
24   A.  I think the first time I had my first asthma
25   attack was when I was 12, and then I think it was -- maybe

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

58

1    I was close to 20, and then since I've moved in the
2    house -- so I think I've been to the emergency room twice
3    for my asthma and since I moved in the house I've been to
4    the emergency room maybe four or five times.
5         And I am on a daily nebulizer treatment, and
6    before that it was once every couple of years it seemed
7    like I would use my nebulizer.
8    Q.  So you have asthma?
9    A.  I'm sorry?
10   Q.  You have asthma?
11   A.  Yeah.
12   Q.  Did you have -- am I right, two attacks before
13   you moved in your house?
14   A.  I believe -- no, two emergency room trips.
15   Q.  Sorry.  Two emergency room trips since you moved
16   into your house?
17   A.  Yeah.
18   Q.  And how many since?
19   A.  Three or four.
20   Q.  And I think you said the medication you're taking
21   has changed since you moved into the house, or the
22   frequency of which you do it; is that right?
23   A.  Frequently, yeah.
24   Q.  That was a bad question.  Is it just the
25   frequency, or is the medication also changed?

59

1    A.  Frequency of the medication.
2    Q.  Is there any other personal harm you've
3    experienced since you moved in?
4    A.  Yeah, my sinuses, headaches.
5    Q.  Anything else?
6    A.  Just congestion headaches, sinus drip, which I
7    think is creating the asthma problems, you know.
8    Q.  Let's take the sinus and the congestion and the
9    headaches first.  Did you ever go to the doctor for that?
10   A.  Yeah.
11   Q.  How many times?
12   A.  Numerous.  I don't remember exactly how many
13   times I've been, but it's been quite a few.
14   Q.  Is that something you experienced before you
15   moved into the house, too?
16   A.  Yeah, but not as frequent -- not anywhere near as
17   many times.
18   Q.  So it's something you had before; it just became
19   more frequent when you moved in?
20   A.  Correct.
21   Q.  What doctors did you go see about the sinus
22   congestion headaches?
23   A.  Dr. Preito.  He's my family doctor.
24   Q.  P-R-E-A-T-A?
25   A.  P-R-E-I-T-O.

60

1    Q.  Any others?
2    A.  I believe.  Maybe an urgent care clinic, you
3    know, maybe an emergency room.  I don't know.  You know.
4    Q.  How about for your asthma?  Do you have a doctor
5    you go to for that?
6    A.  I almost don't even go to him anymore; it's
7    just -- you know, it's just refills, you know, a refill.
8    Q.  Since you moved in to the house, have you gone to
9    a doctor for your asthma?
10   A.  I went to a pulmonologist once.
11   Q.  When did that happen?
12   A.  Close to four to six months ago maybe.
13   Q.  Is that the only time you went to someone for
14   your asthma after you moved in?
15   A.  A specialist, yes.
16   Q.  Did you go to any nonspecialist for your asthma
17   situation?
18   A.  Yeah.  Like I said, I've been to the doctor, you
19   know, the hospital.
20   Q.  Do you know whether your personal harm is part of
21   your lawsuit?
22   A.  I believe my daughter's is mentioned in there
23   more so than mine.
24   Q.  And do you consider whatever her personal harm to
25   be part of your lawsuit?

61

1    A.  Yeah.
2         MR. GARY:  Objection.
3    BY MR. HENNING:
4    Q.  Do you consider your personal harm to be part of
5    the lawsuit?
6         MR. GARY:  Objection.  The claim speaks for
7    itself.
8         THE WITNESS:  I'm sorry?  Yeah.
9    BY MR. HENNING:
10   Q.  I'm sorry.  You can answer the question.  I think
11   it was, do you consider your personal harm to be part of
12   the lawsuit?
13   A.  I believe it should be, if it's not, yeah.
14   Q.  Do you think it's not safe for your health to be
15   in the house?
16   A.  I believe it's not, no.
17   Q.  Are you looking for anywhere else to go?
18   A.  Can't afford to move.
19   Q.  Do you have anywhere to go with family or friends
20   or anyone?
21   A.  Yes, as a very last resort.
22   Q.  Have you done anything, Mr. Nutting, to try to
23   fix the problems in your house?  Put aside you already
24   told me about the air conditioning repairs and the
25   refrigerator repairs.

16  (Pages 58 to 61)

62

1    A.  Uh-huh.
2    Q.  Have you done anything else to try to fix the
3    problem in your house?
4    A.  Such as?  What else can I do?
5    Q.  Well --
6    A.  Rebuild it or -- I don't understand.
7    Q.  Have you done anything that you thought was
8    intended to fix the problem in your house?
9    A.  No.
10   Q.  Have you got any estimates from anyone about
11   fixing your house, how much it would cost?
12   A.  No.
13   Q.  Do you have any idea in your own mind what it
14   would cost?
15   A.  No.
16   Q.  Did you ever hear of the term "Chinese drywall"?
17   A.  Yeah.
18   Q.  What does that mean to you?
19   A.  Well, it means a lot now that I've looked into
20   it, but, I mean, it's drywall that's manufactured in China
21   or imported from China, parts of it.
22   Q.  When did you first hear of problems with Chinese
23   drywall?
24   A.  The same time I first heard about it on the news.
25   Q.  The stuff you mentioned earlier about seeing on

63

1    the news --
2    A.  Yeah.
3    Q.  -- do you remember whether that was about Chinese
4    drywall?
5    A.  I believe so, yes.
6    Q.  Have you ever heard anything on the news about
7    problems with non-Chinese drywall?
8    A.  Not on the news, no.
9    Q.  Have you ever heard -- aside from your lawyers,
10   have you ever heard of problems with non-Chinese drywall
11   from anywhere?
12   MR. GARY:  Other than attorney/client privilege,
13   of course.
14   BY MR. HENNING:
15   Q.  Right.  Other than your lawyers.
16   A.  The Internet.
17   Q.  What have you seen there?
18   A.  Just other people with the same American-made
19   defective drywall.
20   Q.  Is there a particular site you go to to see that?
21   A.  Not that I remember; just Google.
22   Q.  What did you Google?
23   A.  American defective drywall.
24   Q.  How many times did you do that?
25   A.  I don't know.  Maybe only a couple of times, a

64

1    few times.
2    Q.  Do you remember the first time you did that?
3    A.  It wasn't too long ago.  Within the last year.
4    Q.  Have you ever communicated with anyone who have
5    said they at least had a problem with the American
6    drywall?
7    A.  No.
8    Q.  Are you aware of anyone who's had a problem with
9    American drywall?
10   A.  No.
11   Q.  Have you ever contacted National Gypsum,
12   Mr. Nutting?
13   A.  No.
14   Q.  Did you ever consider doing that?
15   A.  No.
16   Q.  Why is that?
17   A.  By the time I heard of National Gypsum, there's
18   no reason for me to call them.
19   Q.  Had the lawsuit already been filed by then?
20   A.  Yeah.
21   Q.  Do you know anything about how drywall is made?
22   A.  A little bit.
23   Q.  What is it you know?
24   A.  I believe Gypsum is the main ingredient that
25   makes drywall and comes from mines.

65

1    Q.  Anything else you know how it's made?
2    A.  Not really.
3    Q.  Have you ever heard the term "synthetic drywall"?
4    A.  Synthetic, I've heard of it; not too familiar
5    with what it is.
6    Q.  What does it mean to you?
7    A.  Not much.  I don't know.
8    Q.  Do you know where the National Gypsum drywall in
9    your house was made?
10   A.  South Florida.
11   Q.  Do you know any more specifically than that?
12   A.  No.
13   Q.  Do you know where in Florida National Gypsum
14   makes drywall?
15   A.  Not exactly, no.
16   Q.  Do you have any idea?
17   A.  South Florida.
18   Q.  Do you know whether it has more than one place in
19   Florida where it makes drywall?
20   A.  No, no.
21   Q.  Mr. Nutting, have you ever made any requests to
22   anyone for money as a result of the problems in your
23   house?
24   A.  I may have borrowed money from my father to fix
25   the AC unit, but I'm not 100 percent sure.

17  (Pages 62 to 65)

66

1    Q. Can you tell me how much you've spent to fix the
2  problems in your house that you have identified a little
3  bit ago?
4    A. I don't remember. There's a cost for the
5  refrigerator and then the AC units. I don't know what the
6  total is.
7    Q. Do you still have documents that would show you
8  those totals?
9    A. Yeah.
10   Q. Have you ever bought drywall?
11   A. Have I ever bought drywall? Yes.
12   Q. When did you ever buy drywall?
13   A. No, I've never bought drywall. I have never
14  bought drywall, no.
15   Q. Mr. Nutting, how did you come to be a plaintiff
16  in the lawsuit?
17      MR. GARY: Objection.
18      THE WITNESS: How did we -- say that again.
19  BY MR. HENNING:
20   Q. Have you ever heard the term "plaintiff"?
21   A. Plaintiff?
22   Q. Yes.
23   A. Yes.
24   Q. Who does that mean to you?
25   A. That is me; that's what, you know -- isn't it

67

1  plaintiff and defendant; is that correct?
2    Q. Yeah, what does "plaintiff" mean to you?
3    A. Plaintiff is the person that is -- has a problem
4  that is taking somebody else to court; is that correct?
5    Q. Do you consider yourself --
6    A. I believe so.
7    Q. I'm just asking for your understanding.
8    A. I think -- yeah, yeah.
9    Q. Are you a plaintiff?
10   A. Yes.
11   Q. Can you tell me how it came to be that you became
12  a plaintiff?
13   A. We decided to call Morgan & Morgan.
14   Q. You say "we." Is that you and your wife?
15   A. Yes, yeah.
16   Q. Why did you decide to do that?
17   A. Because we, you know, figured we had a problem
18  with our drywall.
19   Q. When did you first call?
20   A. I don't remember.
21   Q. Was it after the first AC repair?
22   A. Yes.
23   Q. Was it after the refrigerator repair?
24   A. I don't remember. I don't remember which came
25  first, it or the refrigerator.

68

1    Q. By the time I called, am I right, you concluded
2  in your own mind you had problems with drywall?
3      MR. GARY: Objection.
4      THE WITNESS: Yes.
5  BY MR. HENNING:
6    Q. And is that why you called, because you thought
7  you had a drywall problem?
8    A. Yes.
9    Q. And I don't want you to tell me what you and
10  Morgan & Morgan talked about. What happened next? Where
11  did things go after you called Morgan & Morgan?
12   A. What happened next? I believe they did -- we
13  were -- I guess we were recommending -- we got partnered
14  up with a different law firm.
15   Q. Did you know the name of that firm?
16   A. Just -- no, I don't remember right offhand.
17  Sorry.
18   Q. Why did you call Morgan & Morgan?
19   A. It's just the biggest law firm around.
20   Q. Had you ever had any relationship with them
21  before?
22   A. I don't believe I've ever called them for
23  anything else, no.
24   Q. Have you ever had a lawyer before this case?
25   A. For this case?

69

1    Q. Have you ever had a lawyer before this case?
2    A. For the car accident, yeah.
3    Q. Did you get any money from that?
4    A. Yes.
5    Q. How much, if you remember?
6    A. Maybe a few thousand dollars, I think.
7    Q. The next lawyer or law firm that you partnered up
8  with after Morgan & Morgan, did you contact them, or did
9  they contact you?
10   A. We contacted them.
11   Q. Did you talk with anyone other than your wife
12  before you decided to call Morgan & Morgan?
13   A. Probably my parents, my dad.
14   Q. Whose decision was it to call?
15   A. Me and my wife's. My wife and I.
16   Q. Mr. Nutting, what do you hope to get out of the
17  lawsuit?
18   A. Normal health and normal home, I guess, just what
19  we originally had in mind.
20   Q. Anything else?
21   A. No.
22   Q. I just need you to say it out loud.
23   A. No, no, just --
24   Q. Mr. Nutting, I'm going to give you a document?
25      MR. GARY: Chris, how about a two-minute break?

18  (Pages 66 to 69)

70

1    MR. HENNING:  Sure.
2    VIDEOGRAPHER:  Going off the record.  The time is
3  10:29 a.m.
4    (A break was taken.)
5    VIDEOGRAPHER:  Back on the record.  The time is
6  10:39 a.m.
7  BY MR. HENNING:
8    Q.  Mr. Nutting, from time to time during your
9  deposition today I may give you some documents to look at.
10  We're not going to have very many.  We have given you what
11  we marked as Exhibit 1.
12    A.  Okay.
13    (Defendants' Exhibit 1, Notice of deposition,
14  was marked for identification.)
15  BY MR. HENNING:
16    Q.  Have you seen that before?
17    A.  Can you give me one second?
18    Q.  Sure.  And I should say when I give you a
19  document, take as much time as you like --
20    A.  Okay.  Thank you.
21    Q.  -- to familiarize yourself with it.
22    A.  Yes, I believe so.
23    Q.  What do you understand it to be?
24    A.  I'm going to be videotaped and audio recorded,
25  you know.

71

1    Q.  And did you show up today in response to this
2  notice from us to take your deposition?
3    A.  Is that the reason why I showed up?
4    Q.  Yeah.
5    A.  Yes, part of the process, yes.
6    Q.  You understand you're here at the request of
7  National Gypsum to take your deposition?
8    A.  Yes.
9    Q.  That's all for that.  Mr. Nutting, you mention
10  that you went online and Googled -- was it American
11  defective drywall the term you say you Googled?
12    A.  Defective -- yeah, I mean, it could have been
13  numerous different things, but I believe that was -- I
14  believe that's what it was, yes, sir.
15    Q.  Did you ever print out any documents?
16    A.  No, I don't think so, no.
17    Q.  Did you ever save any documents to your computer?
18    A.  No, I'm horrible with the computer.  I just know
19  how to get to Google and look certain things up.
20    Q.  I asked you earlier whether you had communicated
21  with anyone.  I didn't ask you, what did you learn from
22  your Google search?
23    A.  We're not the only family, you know, that has --
24  it's not just Chinese drywall, you know, it's American
25  made also.

72

1    Q.  How did --
2    A.  Defective drywall.
3    Q.  What did you see that led you to that conclusion?
4    A.  There are other families going through -- well,
5  you know, just people that have made comments on the
6  Internet.
7    Q.  Can you remember any of those names?
8    A.  No, no.
9    Q.  And you believe, anyway, these were all folks
10  with American-made drywall?
11    A.  From what they've said, you know, obviously from
12  their comments, yes.
13    Q.  Sure, you can't know.  But at least they were
14  saying they had American drywall; right?
15    A.  Yes.
16    Q.  Did you see anything in your search that said
17  there is no problem with American drywall?
18    A.  No.
19    Q.  Have you ever heard of the Consumer Product
20  Safety Commission?
21    A.  No.
22    Q.  How about the acronym CPSC?
23    A.  Not that I remember at least, no.
24    Q.  Have you ever communicated with any government
25  entity about the drywall in your house?

73

1    A.  No, I have not, no.
2    Q.  Do you know whether anybody else has done that on
3  your behalf?
4    A.  I don't believe so, no.
5    Q.  Did you ever think about complaining to any
6  government entity about your drywall?
7    MR. GARY:  Objection.
8    THE WITNESS:  I have thought about it.
9  BY MR. HENNING:
10    Q.  But you decided not to?
11    A.  Yeah, have not, you know.
12    Q.  Why did you decide not to?
13    A.  It's really no decisions; I just never did it.
14    Q.  Have you ever communicated with your home
15  insurance company about your drywall?
16    A.  No.
17    Q.  So never made a claim to them?
18    A.  No.
19    Q.  Did you ever think about doing that?
20    A.  No.
21    Q.  Have you ever talked to anyone in the media about
22  your drywall?
23    A.  No.
24    Q.  Sounds like from your testimony you haven't
25  posted anything online about your drywall?

19  (Pages 70 to 73)

74

1   A.  No.
2   Q.  Did you ever make a video of your house?
3   A.  Maybe during the construction process, but I
4   think it was more pictures than anything.
5   Q.  Fair point.  Have you ever made a video to show
6   the problems that you're having in your house?
7   A.  No.
8   Q.  Have you ever heard the names George or Brenda
9   Brincku?
10  A.  Brincku?  No.
11  Q.  Have you ever been to a website called American
12  Watchdog?
13  A.  American watch -- no, I don't believe so.
14  Q.  Now that we've been talking a little bit about
15  your Google search a little more, do you remember any
16  websites you ended up on from your Google search?
17  A.  No.
18  Q.  Mr. Nutting, I'm giving you a document we marked
19  as Exhibit 2.  It's longer.  Take as much time as you
20  would like to look at it.  The first question is do you
21  recognize it?
22  A.  Give me one second.
23      (Defendants' Exhibit 2, Document, was marked
24  for identification.)
25  BY MR. HENNING:

75

1   Q.  Sure.  Take as much time as you would like --
2   A.  Thank you.
3   Q.  -- to look at it.
4   A.  Yes.
5   Q.  Can you flip to the last page of it?  Do you see
6   that heading there, Verification?
7   A.  Uh-huh.
8   Q.  Is that your signature?
9   A.  Yes.
10  Q.  What do you understand this document to be?
11      MR. GARY:  Objection.  To the extent it calls for
12  attorney/client communications.
13      THE WITNESS:  Am I still answering your question?
14  I'm sorry.
15  BY MR. HENNING:
16  Q.  Yeah.  Have you ever seen this -- let's start
17  over.  Have you ever seen this before today?
18  A.  Yeah.  If I signed it, I guess I've seen it; yes.
19  But --
20  Q.  Do you remember --
21  A.  -- I have seen a lot of stuff.  Sorry.
22  Q.  Do you recall looking through this in here to
23  make sure everything about you was correct?
24  A.  Yeah.  Address, social, most of the information
25  about my -- yes.

76

1   Q.  Things about your experience with the drywall,
2   your education; everything in here about you, did you look
3   through it to make sure it was all right?
4   A.  I probably need to -- yes, obviously if I signed
5   it I went through most of it.  Whether I've memorized it
6   all, no.
7   Q.  Fair enough.
8   A.  Sorry.
9   Q.  Can you turn to page 5?  I'm going to ask you
10  about a response to Question Number 3 here.  The question
11  starts on the bottom of page 4.
12  A.  Okay.
13  Q.  Your response is on page 5.
14      Do you see there on the second full paragraph
15  that's describing your educational background, it starts
16  off:  Plaintiff attended Palm Bay High School?
17  A.  Uh-huh.
18  Q.  Is this accurate?
19  A.  Palm Bay High School.  That's correct.
20  Q.  And you graduated in '97?
21  A.  Yes, that's correct.
22  Q.  And this says you went to -- is it Brevard?  Is
23  that how you pronounce that?
24  A.  Yes.
25  Q.  Brevard Community College briefly in '98; is that

77

1   right?
2   A.  Yes.
3   Q.  But ultimately left school prior to graduation to
4   pursue other opportunities; is that right?
5   A.  Yes, yes.
6   Q.  What kind of classes did you take at Brevard?
7   A.  Refresher courses, I think.  I think it's just
8   the courses to get you going into college.  I don't
9   remember the term for it, but --
10  Q.  How long --
11  A.  Nothing specific.
12  Q.  Okay.  How much time did you spend there?
13  A.  Just one semester.
14  Q.  What were the other opportunities you left to
15  pursue?
16  A.  Awnings.
17  Q.  Did you have a family awning business?
18  A.  Did.
19  Q.  Is that with your father?
20  A.  Yeah.
21  Q.  And is that where you went to work when you left
22  college here?
23  A.  No, that's where I ended up, but it was when I
24  left -- let me see.  When I left BCC -- give me a second.
25  Let me try to think of where I was back then.  I think it

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

78

1  was just a work -- just to go work, period, you know.
2      Q.  Did your father -- or does your father have an
3  awning business?
4      A.  No.
5      Q.  Did he ever?
6      A.  I believe he closed it -- we closed it.
7      Q.  And did he have that business at the same time he
8  was a general contractor?
9      A.  Yeah, we -- that was his state contractor's
10  license.  He's had a general contractor's license for a
11  lot longer than the awning company we were in.
12     Q.  Mr. Nutting, I think you said before you moved
13  into your house you lived for some time with your wife's
14  aunt and uncle; is that right?
15     A.  Yeah.
16     Q.  Did you smell the well water smell in their
17  house?
18     A.  I believe they were on city water.
19     Q.  So you didn't?
20     A.  No.
21     Q.  Did you see any of the kinds of problems you
22  experienced with metal, appliances in their house?
23     A.  No.
24     Q.  Mr. Nutting, you're married; is that right?
25     A.  Yeah.

79

1      Q.  How many times have you been married?
2      A.  Once so far.
3      Q.  When did you get married?
4      A.  Sorry.  Thanks.  Thanks a lot.
5      Q.  I'm sorry to do that.
6      A.  It's been almost a few years, close to.  This is
7  no laughing matter.  I'm sorry.
8      Q.  Is Kaitlyn Nutting your daughter?
9      A.  Yes.
10     Q.  Who are William Nutting, Gail Nutting, and Kendra
11  Nutting?
12     A.  Father, mother, sister.
13     Q.  Mr. Nutting, have you ever been convicted of a
14  crime?
15     A.  No.
16     Q.  Have you ever been arrested?
17     A.  No.
18     Q.  Have you ever been fired from a job?
19     A.  Fired?  No.
20       (A discussion was held off the record.)
21  BY MR. HENNING:
22     Q.  Mr. Nutting, I have given you a couple documents
23  marked 3 and 4.
24     A.  Okay.
25     Q.  Let's take them one at a time.  Could you grab

80

1  Exhibit 3 in front of you?
2      A.  Sure.
3        (Defendants' Exhibit 3, Document, was marked
4      for identification.)
5  BY MR. HENNING:
6      Q.  Before we get too much into the document, do you
7  see the names of people up at the top there, starting with
8  Chris Brucker, and Trever S. Nutting?
9      A.  Yes.
10     Q.  Other than yourself, obviously, do you know any
11  of those people named there?
12     A.  No.
13     Q.  Did you ever talk to any of them?
14     A.  No.
15     Q.  Ever communicate with any of them at all?
16     A.  No.
17     Q.  And, again, take some time to look at it, as much
18  time as you would like.  Have you ever seen this document
19  before?
20     A.  Yes, I believe so, yes.
21     Q.  Do you have any understanding of what the
22  document is?
23     A.  A lot -- a lot of stuff.  No, no, not like -- I
24  don't have the -- I don't know exactly what the whole
25  document is about.

81

1      Q.  Have you ever heard the term "complaint" as it
2  pertains to a lawsuit?
3      A.  Yeah.
4      Q.  Do you have any understanding of what a complaint
5  is as it relates to a lawsuit?
6        MR. GARY:  And, again, objection to the extent
7      your answer requires you to repeat a communication
8      between yourself and your lawyer, but he's asking you
9      other than those communications; is that correct?
10       MR. HENNING:  That's right.
11       THE WITNESS:  Repeat the question again.
12  BY MR. HENNING:
13     Q.  Sure.  Do you have any understanding of what a
14  complaint is as it relates to a lawsuit?
15       MR. GARY:  Other than what your lawyers explained
16     to you.
17       THE WITNESS:  Right, right, right.  A complaint
18     is a problem, I guess, that leads to a lawsuit; is
19     that --
20  BY MR. HENNING:
21     Q.  I'm just asking for whatever your understanding
22  is about what a complaint is as it pertains to a lawsuit.
23     A.  It's a problem that somebody is having that leads
24  to a complaint that leads to a lawsuit.
25     Q.  Exhibit 3, have you seen it before today?

21  (Pages 78 to 81)

82

1    A. Yes, I believe so.
2    Q. Do you remember when -- and I'll tell you there's
3    dates all over the document, but there's some dates on the
4    end of it and on the top of it, if that gives you any
5    frame of reference.
6    A. I don't know if it -- I don't know when I've seen
7    this one. I've gone through a lot of paperwork.
8    Q. What are you doing, if anything, Mr. Nutting, to
9    take -- keep track of the lawsuit?
10   A. What am I doing about it --
11   Q. Yeah.
12   A. -- to keep track of it?
13   Q. Yeah.
14   A. Occasionally call my attorney and wait for them
15   to call me.
16   Q. Anything else you're doing?
17   A. Have my wife do a lot of this for me.
18   Q. Do you know --
19   A. My wife helps, sorry.
20   Q. Do you know where the court is where your lawsuit
21   is pending?
22   A. No.
23   Q. Do you know who the judge is?
24   A. No.
25   Q. Are you willing to go to the court for any

83

1    hearings or trials that happen in the case?
2    A. Yes.
3    Q. Could you grab now Exhibit 4, the other document
4    we marked there? For now do you see the heading there
5    that says Third Amended Class Action Complaint?
6    A. Yes.
7    Q. Kind of right in the middle of the page?
8    A. Uh-huh.
9    (Defendants' Exhibit 4, Third Amended Class
10   Action Complaint, was marked for identification.)
11   BY MR. HENNING:
12   Q. Part of that says Class Action. Have you ever
13   heard the term "class action" before?
14   A. Yes.
15   Q. Do you have any understanding what that means?
16   A. There's more than one person involved. There's
17   more than one plaintiff involved.
18   Q. That's your understanding what it means?
19   A. Yes, my understanding.
20   Q. Is there anything else you think it means?
21   MR. GARY: Objection. The complaint speaks for
22   itself, certain paragraphs. He is a plaintiff in the
23   complaint, and he says he's reviewed the complaint.
24   So I'm just concerned that the question not be
25   misleading, but go ahead.

84

1    BY MR. HENNING:
2    Q. Well, I'm not sure what else I can do except to
3    say what's your understanding --
4    A. Can you repeat that again.
5    Q. What's your understanding what "class action"
6    means?
7    A. Class action is -- it's a group of people that
8    are having the same problem.
9    Q. Is your lawsuit a class action, do you know?
10   A. Yes.
11   Q. The group you described, how would you describe
12   the group that's part of your case?
13   A. How do I describe them?
14   Q. Yes.
15   A. They're all having similar problems, I guess, and
16   they're, you know, being represented by the same attorney.
17   Q. Can you flip to paragraph 74 in Exhibit 4?
18   A. Paragraph 74?
19   Q. Paragraph 74, yes.
20   A. Okay.
21   Q. It's just one sentence. Take a second to read
22   that, if you will, to yourself?
23   A. Okay. Yes.
24   Q. Do you see the term there "class
25   representatives"?

85

1    A. Yes.
2    Q. Have you ever heard the term "class
3    representative" before?
4    A. Yes.
5    Q. Are you a class representative?
6    A. I believe so, yes.
7    Q. What does that mean to you?
8    A. We are representing -- we are representing a
9    group of people that are going through similar problems.
10   Q. Was it your idea to be a class representative?
11   MR. GARY: Objection.
12   THE WITNESS: No, I don't think it was my idea.
13   BY MR. HENNING:
14   Q. In your own mind, do you think a class
15   representative has any duties?
16   A. Yeah, I'm here to represent everybody else, I
17   guess, as far as, you know --
18   Q. Any other duties you think a class representative
19   has?
20   A. Not specifically that I --
21   Q. Did you ever seek any property tax relief for
22   your house?
23   A. I think that is the tax break that we are
24   getting. I'm almost positive that -- there is a tax
25   break, and I think it's property tax.

DAVID FELDMAN WORLDWIDE, INC.
450 Seventh Avenue - Ste 500, New York, NY 10123  (212)705-8585

86

1    Q.  What's the nature of the tax break you're talking
2    about?
3        A.  Because of our drywall and the problems that
4    we're having, the State is allowing us to not pay
5    something, and I think it is property tax.
6        Q.  Did you ask for that property tax break?
7        A.  I'm not sure if we had called -- no, I'm not
8    100 percent positive how that came up.
9        Q.  Is that something your wife handled?
10       A.  Probably.
11       Q.  Are you aware of any documents about the tax
12   break?
13       A.  I believe we have -- we file everything in the
14   house -- everything is filed away.  So I'm sure I have
15   something on, you know, exactly what tax it is, you know,
16   has been left off the mortgage.
17       Q.  Do you know when you first got the tax break?
18   I'm calling it a tax break.  Is there some other term that
19   you use?
20       A.  No.
21       Q.  Do you know when you first got the tax break?
22       A.  I believe it started a couple years ago.
23       Q.  After you started having --
24       A.  1 or 2 years ago.
25       Q.  I'm sorry.  I didn't mean to cut you off.

87

1        A.  I'm sorry, yeah.
2        Q.  After you started having problems in your house?
3        A.  No, I don't think it went back that far.  I think
4    it's only been the last couple years.
5        Q.  But you first got the tax break after you first
6    started having problems with your house?  I think that's
7    what you said.  I just want to make sure I understand it.
8        MR. GARY:  Objection.  I'm confused as to what
9    the question or the statement.
10   BY MR. HENNING:
11       Q.  When did you first get the tax break?
12       A.  One to two years ago, which is after.
13       Q.  Do you know what the government body is -- well,
14   did you communicate with anybody about the tax break?
15       A.  I don't believe I did, no.
16       Q.  Again, do you think your wife handled that?
17       A.  I think so.
18       Q.  Did you and she ever have any conversations about
19   what the tax break was for?
20       A.  I think it was just some sort of aid, some sort
21   of help that, you know, that they were offering for us.
22       Q.  Do you know what --
23       A.  Some sort of relief, you know.
24       Q.  Do you know what you have to show in order to get
25   the break?

88

1        A.  No, not specifically, no.
2        Q.  Do you think at least that you all got it for
3    some reason connected to the drywall?
4        MR. GARY:  I'm sorry.  I didn't hear the
5    question.
6    BY MR. HENNING:
7        Q.  In your own mind, are you getting the tax break
8    because of your drywall?
9        MR. GARY:  Objection, in your own mind.  Go
10   ahead.
11       THE WITNESS:  In my own mind, yes, I think that's
12   why they're doing that, yes.
13   BY MR. HENNING:
14       Q.  Is there any other reason why you think you're
15   getting the tax break?
16       A.  No, because none of my friends are getting the
17   tax break.
18       Q.  Did your wife ever tell you why you're getting
19   the tax break?
20       A.  Yeah.  She said it was because of the drywall.
21       Q.  And does it mean you don't have to pay any
22   property tax?
23       A.  I believe so, if that's what it is, property tax,
24   like I said earlier.
25       Q.  Whatever kind of tax it is, do you know how much

89

1    money it's saving you?
2        A.  No.
3        Q.  Mr. Nutting, earlier in the day I asked you
4    whether you had complained to Holiday Builders about your
5    house, and you already said no.  I didn't ask you whether
6    you thought about doing that.  Did you even think about
7    it?
8        A.  Yeah, we contacted -- it went up from there, you
9    know, we started at -- at the air conditioning company,
10   and when they continued to say it was corrosion, then we
11   did go to Holiday.  We didn't go to Holiday about the
12   drywall, you know; we went to Holiday about the air
13   conditioner, the air conditioning problem.
14       Q.  Okay.
15       A.  Before any of this came up.
16       Q.  Since you concluded that your problem was
17   drywall, have you gone to Holiday Builders?
18       A.  No, no.
19       Q.  Did you think about doing that?
20       A.  No.
21       Q.  You did go to them when the air conditioning
22   first broke; is that right?
23       A.  Yes -- maybe not first broke, you know, within
24   the first few times.
25       Q.  And what did you say to them and what did they

23  (Pages 86 to 89)

90

1   say back to you?
2       A.  There was nothing friendly said between either
3   one of us.  You know, the house was under warranty, and I
4   was told that they were not going to -- basically, the
5   warranty was void because it was due to corrosion, so --
6       Q.  So Holiday Builders weren't going to --
7       A.  Nothing.
8       Q.  They weren't going to pick up the cost of any of
9   these repairs?
10      A.  Nothing.
11      Q.  Have you ever heard the word "corrosion"?
12      A.  I'm sorry?
13      Q.  Have you ever heard the word "corrosion"?
14      A.  Yes.
15      Q.  What do you understand that to mean?
16      A.  Corrosion is typical on beach side.  You know,
17  it's when a metal breaks down, I'm guessing.  I mean,
18  regardless of whether it's a tarnish or a color change or
19  a pitting.
20      Q.  Have you ever seen anything you thought was
21  corrosion?
22      MR. GARY:  Anywhere?
23      MR. HENNING:  Yes.
24      THE WITNESS:  Yes.
25  BY MR. HENNING:

91

1       Q.  Have you ever seen it in your house?
2       A.  In my house?
3       Q.  Yes.
4       A.  Yes.
5       Q.  Is that different than the pitting you talked
6   about earlier?
7       A.  Yeah.
8       Q.  So I assume you think the air conditioning was --
9   the coils, they were corroded; right?
10      A.  Yeah.
11      Q.  At least that's what you think; right?
12      A.  Yeah.
13      Q.  Anything else that you believe was corroded in
14  your house?
15      A.  We saw the wiring also from all the outlets that
16  they inspected.
17      Q.  Okay.  Anything else?
18      A.  You could see the pipes under our sinks that are
19  corroded.
20      Q.  Anything else?
21      A.  I think there was silver jewelry -- there was
22  some silver in our house that I don't wear, but it just
23  kind of sits around.  And we noticed that it just looks
24  horrible.
25      Q.  Have you complained to anyone about your drywall?

92

1       MR. GARY:  Objection.  I'm not sure I understand
2   the question.  Since he's testified to things that
3   he's done, is this somehow different than those
4   questions?
5   BY MR. HENNING:
6       Q.  Yeah.  Whatever else you testified today -- in
7   addition to whatever else you testified to today, have you
8   ever complained to anyone about your drywall?
9       A.  Maybe family, you know, I mean, obviously my dad,
10  I think I told you about, and maybe it's come up as far as
11  friends, you know.
12      Q.  Family and friends, anybody else?
13      A.  No.
14      Q.  You mentioned that some of your neighbors have
15  aerators and some don't; is that right?
16      A.  Yes.
17      Q.  You gave me a number but I forget.  Out of how
18  many of your immediate neighbors -- how many do and how
19  many don't?
20      A.  I believe -- I mean, I don't know how many
21  neighbors we have total, but just like you had mentioned
22  earlier on each side and maybe across the street, so out
23  of those two maybe two out of three have them.
24      Q.  Do you know any of your friends -- you've been
25  talking about conversations with your friends about the

93

1   drywall.
2       Any of your friends have homes fed by well water
3   that don't have aerators?
4       A.  Yes.
5       Q.  Are any of them having problems like yours?
6       A.  No.
7       Q.  Is there any other tax break you're getting other
8   than the one you talked about a minute ago?
9       A.  No, I believe it's just -- it's some sort of --
10  it's a property tax.  I mean, it's only one tax that I
11  know of.
12      Q.  Okay.  We have a note that our tape is about to
13  run out, so why don't we take just a minute?
14      A.  Okay.
15      VIDEOGRAPHER:  Going off the record.  The time is
16  11:10 a.m.
17      (A break was taken.)
18      VIDEOGRAPHER:  Back on the record.  The time is
19  11:13 a.m.
20  BY MR. HENNING:
21      Q.  Mr. Nutting, have you looked for any documents
22  that you and your wife have about any drywall?
23      A.  No.
24      Q.  Have you looked for any documents you have about
25  your house?

24  (Pages 90 to 93)

94

1   A.  Yes.
2   Q.  Coming up with any documents that you gave to
3  your lawyers for purposes of this lawsuit?
4   A.  I'm sure we have given them paperwork on our
5  house, yes.
6   Q.  Is that something your wife takes care of, yes?
7   A.  Yes, she does a lot of this; yes.
8   Q.  Would you say the lawsuit was a joint decision
9  between you or your wife or one or more of you pushed for
10  it more?
11   A.  It was our decision, joint decision.
12   Q.  Are you aware of any other drywall lawsuits out
13  there?
14   A.  Yes.
15   Q.  What are you aware of?
16   A.  There are Chinese drywall lawsuits, there are
17  American drywall lawsuits.
18   Q.  Have you ever -- have you tried to get any money
19  through any other lawsuit?
20   A.  No.
21   Q.  Have you ever tried to get any money through a
22  settlement of another lawsuit?
23   A.  Besides the car accident?
24   Q.  Right.
25   A.  No.

95

1   Q.  And I mean about your drywall.
2   A.  No, no, not at all.
3   Q.  Mr. Nutting, can you name any of the lawyers
4  representing you in the lawsuit?
5   A.  Bob.
6   Q.  Any others?
7   A.  Sorry.  No, not right offhand.  If you can't tell
8  already my memory is horrible, so, no.
9   Q.  Had you ever met any of your lawyers before
10  today?
11   A.  Yes -- sorry, Brian is another one.
12   Q.  I asked you earlier today about testing on your
13  well water, we talked about that.  I didn't ask you if you
14  were aware of any testing done to your drywall.
15   A.  Yes, yes.
16   Q.  Do you know the results of any of those tests?
17   A.  Yes.
18   Q.  What do you know?
19   A.  That --
20   Q.  And, again, I don't want to know what your
21  lawyers told you.
22   A.  Right, right.
23   Q.  Do you have any knowledge about the results of
24  those tests that didn't come from your lawyers?
25   A.  Yeah, that's what we're -- Bob --

96

1   MR. GARY:  I'm sorry.
2   THE WITNESS:  That's what we're allowed to --
3  they're talking about like what the drywall has
4  created; is that correct?
5  BY MR. HENNING:
6   Q.  The question is what do you know about the
7  results of the drywall tests that didn't come from your
8  lawyers?
9   MR. GARY:  Yeah, you can answer that.
10   THE WITNESS:  Okay.  I believe it creates a
11  bacteria and then the bacteria is creating the gas,
12  which is hydrogen sulfide; is that correct?
13  BY MR. HENNING:
14   Q.  Okay.
15   A.  Well, that's --
16   Q.  Have you ever heard the term "sulfur-reducing
17  bacteria"?
18   A.  Sulfur-reducing bacteria?  No, I don't think so.
19   Q.  Mr. Nutting, what's your current salary?
20   A.  Not enough.  I think it's 22 -- 22,000 maybe.
21   Q.  Do you remember what your salary was at the time
22  you bought the house?
23   A.  No, I don't remember.  It was a little more.
24   Q.  A little more?
25   A.  Yeah.

97

1   MR. HENNING:  I don't have any more questions.
2   MR. GARY:  We won't waive, which means that
3  you'll have an opportunity to review the deposition in
4  case there are any errors.
5   THE WITNESS:  Okay.
6   MR. GARY:  If the court reporter took down
7  anything incorrectly but you can't change your
8  testimony.
9   THE WITNESS:  Okay.
10   MR. GARY:  So that's it.  We're done.
11   VIDEOGRAPHER:  This concludes the deposition --
12   MR. HENNING:  While we're still on the record, we
13  should note:  I'm fine with his wife being here, but
14  we should note that she was here.
15   MR. GARY:  Yeah.
16   VIDEOGRAPHER:  This concludes the deposition.
17  The time is 11:18 a.m.
18
19   (Deposition concluded at 11:18 a.m.)
20
21
22
23
24
25

25  (Pages 94 to 97)

98

```
 1
 2   STATE OF _____ )
 3                            ) :ss
 4   COUNTY OF _____ )
 5
 6
 7        I, TREVER NUTTING, the witness
 8   herein, having read the foregoing
 9   testimony of the pages of this deposition,
10   do hereby certify it to be a true and
11   correct transcript, subject to the
12   corrections, if any, shown on the attached
13   page.
14
15              _____
16              TREVER NUTTING
17
18
19
20   Sworn and subscribed to before
21   me, this        day of
22            , 2012.
23
24   _____
25        Notary Public
```

99

```
 1             CERTIFICATE OF OATH
 2
 3   STATE OF FLORIDA )
 4   COUNTY OF COLLIER )
 5
 6        I, the undersigned authority, certify that TREVER
 7   NUTTING personally appeared before me and was duly sworn.
 8
 9        WITNESS my hand and official seal this 3rd
10   day of February, 2012.
11
12
13
              _____
              Lori L. Bundy
14            Notary Public - State of Florida
              My Commission No.: EE 132707
15            Expires:  September 22, 2015
16
17
18
19
20
21
22
23
24
25
```

100

```
 1             REPORTER'S DEPOSITION CERTIFICATE
 2
 3   STATE OF FLORIDA)
 4   COUNTY OF COLLIER)
 5
 6        I, Lori L. Bundy, Certified Court Reporter and Notary
 7   Public in and for the State of Florida at Large, certify
 8   that I was authorized to and did stenographically report
 9   the deposition of TREVER NUTTING; that a review of the
10   transcript was requested and that the transcript is a true
11   and complete record of my stenographic notes.
12
13        I further certify that I am not a relative, employee,
14   attorney, or counsel of any of the parties; nor am I a
15   relative or employee of any of the parties' attorney or
16   counsel connected with the action; nor am I financially
17   interested in the action.
18
19        DATED this 3rd day of February, 2012.
20
21
22              _____
                Lori L. Bundy, FPR, RPR, CRR, CLR
23
24
25
```

101

```
 1             INSTRUCTIONS TO WITNESS
 2
 3        Please read your deposition over carefully
 4   and make any necessary corrections. You should state
 5   the reason in the appropriate space on the errata
 6   sheet for any corrections that are made.
 7        After doing so, please sign the errata sheet
 8   and date it.
 9        You are signing same subject to the changes
10   you have noted on the errata sheet, which will be
11   attached to your deposition.
12        It is imperative that you return the original
13   errata sheet to the deposing attorney within thirty
14   (30) days of receipt of the deposition transcript by
15   you. If you fail to do so, the deposition transcript
16   may be deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25
```

26  (Pages 98 to 101)